AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MEGAN PETE, an individual <br><br> *Plaintiff(s)* <br> v. <br> MILAGRO ELIZABETH COOPER, an individual <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-24228-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MILAGRO ELIZABETH COOPER
15500 CUTTEN RD APT 4801
HOUSTON, TX 77070-4077

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Olga Vieria (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
(305) 402-4880
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Dr., Suite 1500, Miami, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 30, 2024

s/ C.Davis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court