| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Olga Vieria (SBN 29783)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>*Telephone No:* (213) 443-3000<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>08986-00003C | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the Southern District of Florida | | |
| *Plaintiff:* MEGAN PETE, an individual<br>*Defendant:* MILAGRO ELIZABETH COOPER, an individual | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-24228-CMA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Jury Trial Demanded; Notice of Judge Assignment to Chief Judge Cecilia M. Altonaga.; Civil Cover Sheet

3. a. Party served:     MILAGRO ELIZABETH COOPER, an individual
   b. Person served:   Party in item 3.a.
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   15500 Cutten Road Apt 4801, Houston, TX 77070

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 31 2024 (2) at: 04:48 PM

6. **Person Who Served Papers:**
   a. Lyssa Lopez                                        d. **The Fee** for Service was: $482.08
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



11/01/2024

(Date)                                                                                         *Lyssa Lopez*

                                                                                               (Signature)



PROOF OF SERVICE

12088181
(5947684)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MEGAN PETE, an individual

*Plaintiff(s)*

v.

MILAGRO ELIZABETH COOPER, an individual

*Defendant(s)*

Civil Action No. 1:24-cv-24228-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MILAGRO ELIZABETH COOPER
15500 CUTTEN RD APT 4801
HOUSTON, TX 77070-4077

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Olga Vieria (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
(305) 402-4880
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Dr., Suite 1500, Miami, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 30, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Davis

Deputy Clerk
U.S. District Courts