UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Milagro Elizabeth Cooper's Unopposed Motion Enlargement of Time to Respond to Complaint [ECF No. 18]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Defendant has up through and including **December 12, 2024** to file her response to the Complaint. Given that Defendant believes "there are jurisdictional and venue issues that may" need to be addressed (Mot. 2), the case is set for a status conference on **December 2, 2024** at **9:30 a.m.** The parties shall confer and be prepared to address the need for jurisdictional discovery — and suggested time limits for the same — should Defendant intend to challenge personal jurisdiction or venue in her response to the Complaint.

**DONE AND ORDERED** in Miami, Florida, this 20th day of November, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record