UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228

JURY TRIAL DEMANDED

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's November 5, 2024 Order (ECF No. 9) and Federal Rule of Civil Procedure 7.1, Plaintiff, Megan Pete, by and through her undersigned counsel hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement.

Pete is natural person who is a permanent resident and citizen of Florida.

Based on Pete's current knowledge and belief, the following list includes all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Plaintiff Megan Pete
2. Defendant Milagro Elizabeth Cooper
3. Quinn Emanuel Urquhart & Sullivan LLP (counsel for Megan Pete)
4. Olga Vieria (counsel for Megan Pete)
5. Daniel L. Humphrey (counsel for Megan Pete)

6.       Mari F. Henderson (counsel for Megan Pete)

7.       Julian Schoen (counsel for Megan Pete)

Dated: November 22, 2024

                                            Respectfully submitted,

                                            **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                            /s/  *Daniel L. Humphrey*
                                            Olga Vieria (Fla. Bar No. 29783)
                                            Daniel L. Humphrey (Fla. Bar No. 1024695)
                                            olgavieira@quinnemanuel.com
                                            danielhumphrey@quinnemanuel.com
                                            (305) 402-4880
                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                            2601 S. Bayshore Dr., Suite 1500
                                            Miami, FL 33133

                                            *Attorneys for Plaintiff Megan Pete*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

                                          By: */s/ Daniel L. Humphrey*
                                                Daniel L. Humphrey
                                                Fla. Bar No. 1024695