**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-24228-CIV-ALTONAGA

MEGAN PETE, an individual

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

    *Defendant.*
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Defendant, MILAGRO ELIZABETH COOPER, through undersigned counsel, pursuant to this Court's Order dated November 5, 2024, hereby submits her Certificate of Interest Persons and Corporate Disclosure Statement, and states the following:

1. Defendant, MILAGRO ELIZABETH COOPER, is a natural person and resident of the State of Texas.

2. Upon information and belief, the following list includes all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a. Plaintiff, Megan Pete

    b. Defendant, Milagro Elizabeth Cooper

    c. Quinn Emanuel Urquhart & Sullivan LLP (counsel for Megan Pete)

    d. Olga Vieria (counsel for Megan Pete)

    e. Daniel L. Humphrey (counsel for Megan Pete)

    f. Mari F. Henderson (counsel for Megan Pete)

g. Julian Schoen (counsel for Megan Pete)

h. Unite the People, Inc. (counsel for Defendant MILAGRO ELIZABETH COOPER)

i. Michael R. Hayden, Esq. (counsel for Defendant MILAGRO ELIZABETH COOPER)

j. Michael A. Pancier, Esq. (counsel for Defendant MILAGRO ELIZABETH COOPER)

k. PancierLaw (counsel for Defendant MILAGRO ELIZABETH COOPER)

Dated: November 22, 2024

Respectfully submitted,

**PANCIER LAW**

/s/ Michael Pancier
Michael Pancier (Fla Bar No. 958484)
mpancier@pancierlaw.com
(954) 862-2217
PANCIER LAW
9000 Sheridan Street, Suite 93,
Pembroke Pines, Florida 33024

*Co-counsel for Defendant,*

UNITE THE PEOPLE, INC.

/s/ Michael R. Hayden
Michael R. Hayden, Esq. (pro hac vice)
(California Bar No. 343302)
(Not admitted in Florida)
michael@unitethepeople.org
(888) 245-9393
555 E. Ocean Blvd., Suite 205
Long Beach CA 90802

*Co-counsel for Defendant,*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

      By: */s/ Michael Pancier*
           Michael Pancier
           Fla Bar No. 958484