# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228

JURY TRIAL DEMANDED

**MEGAN PETE'S PETITION FOR
INJUNCTION AGAINST STALKING**

1. The undersigned petitioner Megan Pete declares under penalty of perjury that the following statements are true:
2. Petitioner resides at: [Location to be submitted confidentially to the Court].
3. Respondent resides at: Location Unknown as stalking occurred online.
4. Respondent's last known place of employment: Unknown
5. Physical description of respondent: Female of medium build with long dark hair.
6. Race: Black
7. Sex: Female
8. Date of Birth: Unknown
9. Height: Unknown
10. Weight: Unknown
11. Eye Color: Brown
12. Hair Color: Brown
13. Distinguishing Marks or Scars: Unknown
14. Aliases of Respondent: Milagro Gramz, MobzWorld.

c) No other causes of action currently pending between petitioner and respondent. Nor have there been previous attempts by petitioner or respondent to obtain an injunction for protection against stalking in this or any other circuit.

d) Petitioner is a victim of cyberstalking because respondent has committed cyberstalking. A description of the facts regarding respondent's cyberstalking are set forth in the Amended Complaint to which this petition is attached. *See* First Amended Complaint, ¶¶ 25-88.

(e) Petitioner seeks an injunction immediately restraining respondent from committing any acts of stalking and providing any terms the court deems necessary for protection of a victim of stalking, including any injunctions or directives to law enforcement agencies.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE. I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTIES OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 92.525, FLORIDA STATUTES.

*Megan Pete*

Megan Pete