UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## **ORDER**

THIS CAUSE came before the Court on Defendant, Milagro Elizabeth Cooper's Motion to Dismiss Complaint [ECF No. 24], filed on November 26, 2024. On December 10, 2024, Plaintiff filed a First Amended Complaint [ECF No. 28].

Therefore, it is

**ORDERED AND ADJUDGED** that Defendant, Milagro Elizabeth Cooper's Motion to Dismiss Complaint **[ECF No. 24] DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2024.

_[signature]_
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record