**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-24228-CIV-ALTONAGA

MEGAN PETE, an individual

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER, an individual,

    *Defendant.*

_____/

**DEFENDANT'S NOTICE OF SERVICE OF PROPOSALS OF SETTLEMENT TO PLAINTIFF, MEGAN PETE PURSUANT TO RULE 1.442, F.R.C.P. and FLORIDA STATUTE § 768.79**

Defendant**,** MILAGRO ELIZABETH COOPER**,** by and through her undersigned counsel, notifies this honorable Court that she has served Proposals of Settlement as to Counts I, II, and IV on the Plaintiff, MEGAN PETE**,** on January 30, 2025, via electronic mail to the email addresses in the Certificate of Service below.

                                                    Respectfully submitted,

| **PANCIER LAW** | **UNITE THE PEOPLE, INC.** |
|---|---|
| /s/ Michael Pancier | /s/ Michael R. Hayden |
| Michael Pancier | Michael R. Hayden, Esq. (pro hac vice) |
| (Fla Bar No. 958484) | (California Bar No. 343302) |
| mpancier@pancierlaw.com | (Not admitted in Florida) |
| Tel: (954) 862-2217 | michael@unitethepeople.org |
| 9000 Sheridan Street, Suite 93 | Tel: (888) 245-9393 |
| Pembroke Pines, Florida 33024 | 555 E. Ocean Blvd., Suite 205 |
|  | Long Beach CA 90802 |
| *Co-counsel for Defendant,* | *Co-counsel for Defendant,* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

                                          By: */s/ Michael Pancier*
                                               Michael Pancier
                                               Fla Bar No. 958484

Service List:

olgavieira@quinnemanuel.com

danielhumphrey@quinnemanuel.com

marihenderson@quinnemanuel.com

julianschoen@quinnemanuel.com