UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228-CMA

**JURY TRIAL DEMANDED**

JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties, by and through undersigned counsel, agree, consent to, and jointly move for entry of the enclosed Stipulated Protective Order, attached hereto as Exhibit A. The requested protective order will facilitate discovery and maintain confidentiality of materials containing sensitive or other confidential information as described therein..

Dated February 21, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
/s/ Daniel L. Humphrey
Olga Vieria (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

PANCIER LAW
 s/ Michael Pancier
Michael Pancier
(Fla Bar No. 958484)
mpancier@pancierlaw.com
Tel: (954) 862-2217
9000 Sheridan Street, Suite 93
Pembroke Pines, Florida 33024
*Co-counsel for Defendant*

| | |
|---|---|
| Mari F. Henderson (pro hac vice) | UNITE THE PEOPLE, INC. |
| Julian T. Schoen (pro hac vice) | Michael R. Hayden, Esq. (pro hac vice) |
| marihenderson@quinnemanuel.com | |
| julianschoen@quinnemanuel.com | /s/ Michael R. Hayden |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | (California Bar No. 343302) |
| | (Not admitted in Florida) |
| 865 South Figueroa Street, 10th Floor | michael@unitethepeople.org |
| Los Angeles, CA 90017 | Tel: (888) 245-9393 |
| (213) 443 3000 | 555 E. Ocean Blvd., Suite 205 |
| | Long Beach CA 90802 |
| *Attorneys for Plaintiff Megan Pete* | *Co-counsel for Defendant* |

### CERTIFICATE OF COMPLIANCE WITH CM/ECF ADMINISTRATIVE PROCEDURE 3J(3)

I hereby certify that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for Defendants consented to the filing of this Joint Motion for Entry of Stipulated Protective Order.

/s/ Daniel L. Humphrey
Daniel L. Humphrey
Florida. Bar No. 1024695

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2025, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

      /s/ Daniel L. Humphrey
      Daniel L. Humphrey
      Florida Bar No. 1024695