**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE, an individual

*Plaintiff,*                                        Civil Action No. 1:24-cv-24228-CMA

v.

MILAGRO ELIZABETH COOPER,
an individual,

                                               **JURY TRIAL DEMANDED**

        *Defendant.*

**UNOPPOSED MOTION FOR LEAVE TO TAKE**
**ORAL DEPOSITION OF DAYSTAR PETERSON**

      Megan Pete, by and through undersigned counsel, requests leave of the Court for Mr. Peterson to be deposed while incarcerated pursuant to the Federal Rule of Civil Procedure 30(a)(2)(B). Counsel for Ms. Cooper and Mr. Peterson do not oppose this request. In support thereof, the Parties request the Court to enter the proposed Order attached hereto as Exhibit A, so that the Parties may proceed with Mr. Peterson's deposition. Mr. Peterson's deposition is necessary for Ms. Pete to fully investigate the extent and bases of Defendant's conduct and Defendant's relationship with Mr. Peterson, in support of her claims. *See, e.g.*, *Aviation Koncepts, Inc. v. Starr Indem. & Liab. Co.*, No. 19-60513-CIV, 2019 WL 7708456, at *1 (S.D. Fla. Nov. 27, 2019) (permitting defendant to take video deposition of incarcerated witness who owned fifty percent of plaintiff corporation and possessed key evidence); *Shepard v. Alvarez*, No. 08-10090-CIV, 2009 WL 1871966, at *1 (S.D. Fla. June 26, 2009) (granting defendants leave to depose and serve document requests on incarcerated plaintiff, in addition to extending discovery deadline);

*Commodity Futures Trading Comm'n v. Valko*, No. 06-60001-CIV, 2006 WL 2620197, at *4 (S.D. Fla. Jan 4, 2006) (granting parties leave to take depositions of defendants in prison).

WHEREFORE, the Parties jointly request entry of the proposed Order attached hereto as Exhibit A.

Dated: February 24, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Daniel L. Humphrey
Olga Vieria (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Mari F. Henderson (pro hac vice)
Julian T. Schoen (pro hac vice)
marihenderson@quinnemanuel.com
julianschoen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff Megan Pete*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2025, I electronically filed the forgoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing.

      /s/ Daniel L. Humphrey
      Daniel L. Humphrey
      Florida Bar No. 1024695