UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

MEGAN PETE,

    Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

    Defendant.

_____/

<strong><u>ORDER</u></strong>

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Leave to Take the Oral Deposition of Daystar Peterson [ECF No. 41]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff may take the oral deposition of Daystar Peterson, either remotely via videoconference technology or as otherwise arranged upon agreement with the California Correctional Institution, 24900 Highway 202, Tehachapi, CA 93561.

**DONE AND ORDERED** in Miami, Florida, this 24th day of February, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record