UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On December 10, 2024, the Court entered an Order Scheduling Mediation [ECF No. 27], scheduling the parties' mediation conference to take place on March 10, 2025. The Order reminded the parties "that a report of their mediation must be filed within seven (7) days thereafter." (*Id.*). To date, no mediation report detailing the outcome of the mediation conference has been received, nor has the Court received notice the mediation conference was cancelled.

Accordingly, by **March 19, 2025**, the parties shall submit a mediation report indicating the results of the March 10, 2025 mediation conference or a proposed order rescheduling mediation, if the mediation conference was cancelled.

**DONE AND ORDERED** in Miami, Florida, this 18th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record