**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228

JURY TRIAL DEMANDED

## **JOINT MEDIATION REPORT**

Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF No. 17), Plaintiff Megan Pete and Defendant Elizabeth Milagro Cooper hereby file this Joint Mediation Report and state as follows:

On March 10, 2025, the mandatory court ordered Mediation in the above-captioned action took place before Ret. Judge Scott Silverman. The action did not settle.

Respectfully submitted,

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | UNITE THE PEOPLE, INC. |
| /s/  Daniel L. Humphrey | /s/ Michael R. Hayden |
| Olga Vieria (Fla. Bar No. 29783) | Michael R. Hayden, Esq. (pro hac vice) |
| Daniel L. Humphrey (Fla. Bar No. 1024695) | (California Bar No. 343302) |
| olgavieira@quinnemanuel.com | (Not admitted in Florida) |
| danielhumphrey@quinnemanuel.com | michael@unitethepeople.org |
| (305) 402-4880 | Tel: (888) 245-9393 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 555 E. Ocean Blvd., Suite 205 |
| 2601 S. Bayshore Dr., Suite 1500 | Long Beach CA 90802 |
| Miami, FL 33133 | *Co-counsel for Defendant* |

Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
Julian T. Schoen (pro hac vice)
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
julianschoen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443 3000

*Attorneys for Plaintiff Megan Pete*

PANCIER LAW

Michael Pancier
(Fla Bar No. 958484)
mpancier@pancierlaw.com
Tel: (954) 862-2217
9000 Sheridan Street, Suite 93
Pembroke Pines, Florida 33024
*Co-counsel for Defendant,*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this March 18, 2025, the foregoing was filed with the Court via its CM/ECF system, which generated notices of electronic filing on all counsel of record.

*/s/ Daniel L. Humphrey*
Daniel L. Humphrey
