UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Milagro Elizabeth Cooper's Unopposed [] Motion for Sixty Day Continuance of Pretrial Deadlines and Trial Date [ECF No. 58].  Being fully advised, it is

**ORDERED** that the Motion **[ECF No. 58]** is **GRANTED**.  The Court will separately issue an amended scheduling order.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record