# EXHIBIT A

| | |
|---|---|
| From: | Michael Pancier <mpancier@pancierlaw.com> |
| Sent: | Friday, April 11, 2025 12:51 PM |
| To: | Dan Humphrey; Michael Hayden |
| Cc: | Mari Henderson; Marie Hayrapetian; Robert Schwartz; Julian Schoen; Gabby Trevino |
| Subject: | Re: Deposition of D. Peterson |

[EXTERNAL EMAIL from mpancier@pancierlaw.com]

Dan:

Let me make this crystal clear:  contrary to your assertion in your email,  we have nothing to do with Mr. Daystar Peterson and he is not **our** client, and he is certainly not my client.

While Mr. Hayden represents him in a state court criminal appeal and a habeas case in California,  and was there to protect his constitutional rights against self-incrimination,  neither I nor Mr. Hayden represent him in any civil matter or in any other capacity.

We have no control over him or his conduct and frankly his conduct wasted our time as well.  Thus, I do not know why you need to meet and confer with us as this is between you guys and Mr. Peterson.  We have not been retained to represent him in this matter and thus you guys are free to seek court intervention against him.  Any action you wish to take against him individually, we will not oppose.

———

**Michael A. Pancier, Esquire**
*Florida Bar Board Certified Specialist*
*in Labor and Employment Law*
**Law Offices of Michael A. Pancier**
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
Tel:  954-862-2217
Fax: 954-862-2287
Mobile: 305-778-0445
email: mpancier@pancierlaw.com
www.pancierlaw.com
**Twitter:** @Pancier_Law

CONFIDENTIALITY NOTICE: The information contained in this e-mail communique is attorney-client privileged and confidential information intended only for the individual or entity named above. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please contact the sender and destroy all copies of the original message. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be informed that: To the extent that this communication and any attachments contain any federal tax advice, such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or promoting, marketing, or recommending to another person any transaction, arrangement or matter addressed herein.

From: Dan Humphrey <danielhumphrey@quinnemanuel.com>
Date: Friday, April 11, 2025 at 13:23
To: Michael Hayden <michael@unitethepeople.org>, Michael Pancier <mpancier@pancierlaw.com>
Cc: Mari Henderson <marihenderson@quinnemanuel.com>, Marie Hayrapetian <mariehayrapetian@quinnemanuel.com>, Robert Schwartz <robertschwartz@quinnemanuel.com>, Julian Schoen <julianschoen@quinnemanuel.com>, Gabby Trevino <gabbytrevino@quinnemanuel.com>
Subject: Deposition of D. Peterson

Michael & Michael,

Mr. Daystar Peterson's conduct at his deposition was not only inappropriate and harassing, but it was also a violation of the Court's Order granting us the ability to take his deposition. We intend to address your client's behavior with the Court. Please advise immediately your availability to meet and confer.

Dan

Dan Humphrey
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

2601 S. Bayshore Dr, Suite 1550
Miami, Florida 33133
513-373-7837 Direct
danielhumphrey@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.