# EXHIBIT B

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

## UNITE THE PEOPLE inc. CEO CEASAR McDOWELL SETS THE RECORD STRAIGHT ON DEPOSITION. (IN RE TORY LANEZ)

Lately I haven't been responding to all the rhetoric in the media... but after reading the misinformation attempted to be spread by the media " puppet or puppets" I can no longer bite my tongue.

Megan The Stallion's lawyers continue to try and give the appearance their case against Milagro Cooper is successfully progressing by giving their "supposed mouthpiece", Meghan Cuniff and all other persons, media or non media, wrong information.   Perhaps Meghan Cuniff really does not know what she is talking about.    Just as she misunderstood, perhaps intentionally, or tried to spin the fact UTP forced Megan's lawyers to change their allegations against Ms. Cooper twice , resulting in them amending their complaint "MULTIPLE TIMES"..., she now misunderstands, again perhaps intentionally, the meaning of a potential deposition of Tory Lanez.  She continues to speak and removes all doubt SHE IS IGNORANT!

Tory Lanez is not a party to Megan The Stallion's lawsuit against UTP client Milagro Cooper and therefore UTP is not obligated to produce Tory Lanez for a deposition. Nor did UTP agree or disagree to a deposition of Mr. Lanez or any other potential witness.  By law Megan's lawyers can depose any person they believe possesses useful information to their case.   To imply UTP is going along with Megan's wishes, or somehow is being manipulated into going along, is simply wrong, as everything else Ms. Cuniff and others have said.  Despite her efforts to show she is the most useful of "ignorant tools" to Megan's counsel, she is repeatedly wrong about what is really happening in this case.

Lastly, if you know Tory Lanez how i do, good luck trying to get him to "testify" to anything, it's just not what he does... and he definitely did not "agree" to testify now.

CEASAR MCDOWELL

CEO UNITE THE PEOPLE inc.

**unitethepeopleusa** and **ceasar_mcdowell**

**unitethepeopleusa** 5w
From @ceasar_mcdowell regarding #ToryLanez deposition rumors.

**ceasar_mcdowell** ✓ 5w
@Meghanncuniff I'm gonna say it to you so you can't ever say no one made you aware ... you are being a culture vulture. You are trying to gain relevancy in a business that you are not relevant in . The only people who know you are these people who are involved in this case, friends, families, , but you are playing with these young black people's lives, and there's nothing cool about that. You have clearly taken sides and probably more, but we'll leave that between you and I. For now, You know what I'm talking about? But the way you are playing with these young black people's lives isn't funny to me.
Everything you're trying to do you think is cute. But this is a young black man, 2 young black women. These are black children, black families, black Mother's, black fathers, black brothers and you're playing with their lives just so you can get some likes??!! so you can get some views??!! so you can try to be relevant??!! That is the definition of culture vulture. If not "slave master" you are trying to get rich by defaming and degrading these black people, and it's time someone told you, you are out of line!!. Don't nobody give a d*** about your opinions. Don't nobody give a d*** about how you feel. You're supposed to be a reporter. If you're a reporter, then report on the facts, you do that won't nobody have a problem with it. The problem is, you think this is a game and there's a lot of people involved, and there's a lot of black families who are affected by this a lot of people in pain . Friends,

- AI Studio
- Threads
- More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DGeUsyxSUS_/?igsh=NjZiM2M3MzIxNA%3D%3D
Capture timestamp (UTC): Mon, 07 Apr 2025 18:00:06 GMT
Page 1 of 2

media or non media, wrong information. Perhaps Meghan Cuniff really does not know what she is talking about, she misinterpreted our earlier position in regards to a request of depo of TL for Ms. Megan's lawyers to change their allegations against Ms. Cooper twice , resulting in them amending their complaint "MULTIPLE TIMES"..., she now misunderstands, again perhaps intentionally, the meaning of a potential deposition of Tory Lanez.  She continues to speak and removes all doubt SHE IS IGNORANT!

Tory Lanez is not a party to Megan The Stallion's lawsuit against UTP client Milagro Cooper and therefore UTP is not obligated to produce Tory Lanez for a deposition. Nor did UTP agree or disagree to a deposition of Mr. Lanez or any other potential witness.  By law Megan's lawyers can depose any person they believe possesses useful information to their case.   To imply UTP is going along with Megan's wishes, or somehow is being manipulated into going along, is simply wrong, as everything else Ms. Cuniff and others have said.  Despite her efforts to show she is the most useful of "ignorant tools" to Megan's counsel, she is repeatedly wrong about what is really happening in this case.

Lastly, if you know Tory Lanez how i do, good luck trying to get him to "testify" to anything, it's just not what he does... and he definitely did not "agree" to testify now.

CEASAR MCDOWELL

CEO UNITE THE PEOPLE inc.

**unitethepeopleusa** and **ceasar_mcdowell**

**unitethepeopleusa** 5w
From @ceasar_mcdowell regarding #ToryLanez deposition rumors.

**ceasar_mcdowell** 5w
@Meghanncuniff I'm gonna say it to you so you can't ever say no one made you aware ... you are being a culture vulture. You are trying to gain relevancy in a business that you are not relevant in . The only people who know you are these people who are involved in this case, friends, families, , but you are playing with these young black people's lives, and there's nothing cool about that. You have clearly taken sides and probably more, but we'll leave that between you and I. For now, You know what I'm talking about? But the way you are playing with these young black people's lives isn't funny to me.
Everything you're trying to do you think is cute. But this is a young black man, 2 young black women. These are black children, black families, black Mother's, black fathers, black brothers and you're playing with their lives just so you can get some likes??!! so you can get some views??!! so you can try to be relevant??!! That is the definition of culture vulture. If not "slave master" you are trying to get rich by defaming and degrading these black people, and it's time someone told you, you are out of line!!. Don't nobody give a d*** about your opinions. Don't nobody give a d*** about how you feel. You're supposed to be a reporter. If you're a reporter, then report on the facts, you do that won't nobody have a problem with it. The problem is, you think this is a game and there's a lot of people involved, and there's a lot of black families who are affected by this a lot of people in pain . Friends, families, fans alike. And that's on all sides, I'm not just speaking for one side, I'm speaking for all sides. You are out of line! Stop Trying to gain fame off the sweat of these black people, off the pain of these black people, off the misfortune of these black people, it's starting to remind us of "SLAVERY", we're starting to feel like you really think you you are untouchable in this and you can just play with these black people and it's all cool, so you can get some likes or get some views. We're not gonna keep standing for that. You need to stay in your lane. Stay in your place, be a reporter report. That's great. Stop acting like the slave master!
54 likes  Reply

View all 3 replies

**meghanncuniff** 5w
Two Ns in Meghann, please!
6 likes  Reply

View all 47 replies

**sophiajazz__** 5w
Megan cuniff got called out during the ASAP rocky trial for being biased but when Tory did it was a problem

Document title: Instagram
Capture URL: https://www.instagram.com/p/DGeUsyxSUS_/?igsh=NjZiM2M3MzIxNA%3D%3D
Capture timestamp (UTC): Mon, 07 Apr 2025 18:00:06 GMT

Page 2 of 2

![PageVault]

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DGeUsyxSUS_/?igsh=NjZiM2M3MzIxNA%3D%3D |
| Page loaded at (UTC): | Mon, 07 Apr 2025 17:58:52 GMT |
| Capture timestamp (UTC): | Mon, 07 Apr 2025 18:00:06 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 63VobdnowHx7c8T4dVPJ23 |
| Display Name: | brandondietzman |

PDF REFERENCE #:      5YLuErwmTtDatPbxfiYViJ