**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MEGAN PETE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MILAGRO ELIZABETH COOPER, an individual, <br><br> Defendant. | Case No.: 1:24-cv-24228-CMA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
***UNOPPOSED* MOTION FOR ORDER TO SHOW CAUSE**

THIS CAUSE having come before the Court on Plaintiff's *Unopposed* Motion for an Order to Show Cause Why Mr. Peterson Should Not be Held in Contempt (the "Motion") [ECF No. 65], and good cause appearing therefore, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Mr. Daystar Peterson is hereby ordered to Show Cause why he should not be held in contempt of Court for violating this Court's order authorizing his deposition. (ECF No. 42.) Mr. Peterson shall have until April 30, 2025 to file a Response to this Order.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this _____ day of _____, 2025.

                                                                  _____
                                                                  HONORABLE CHIEF JUDGE CECILIA M. ALTONAGA
                                                                  UNITED STATES DISTRICT JUDGE