UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Unopposed Motion for an Order to Show Cause Why Mr. Peterson Should Not be Held in Contempt [ECF No. 65]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 65]** is **GRANTED**. Daystar Peterson is ordered to Show Cause why he should not be held in contempt of Court for violating the Court's order authorizing his deposition. (*See* [ECF No. 42]). Mr. Peterson has until April 30, 2025 to file a response to this Order. *Plaintiff has until April 21, 2025 to file a notice of service showing she served Mr. Peterson with a copy of this Order and her Motion [ECF No. 65].*

**DONE AND ORDERED** in Miami, Florida, this 17th day of April, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record