**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-24228-CIV-ALTONAGA

MEGAN PETE, an individual

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

    *Defendant.*

_____/

## CERTIFICATE OF COMPLIANCE WITH DE 71

Michael A. Pancier, Esquire, hereby submits his Notice of Compliance with this Court's Order of May 15, 2025 [DE 71] by certifying that the undersigned has sent a copy of this Court's May 15, 2025 Order [DE 71] to Defendant via text, via email, and via U.S. Mail to her current mailing address, 15500 Cutten Rd Apt 4801, Houston, Tx 77070-4077.

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ Michael Pancier*
    Michael Pancier
    Fla Bar No. 958484

Service List:

All counsel of Record
Milagro Elizabeth Cooper, ( via email - milagrogramz@gmail.com )