**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24228-CIV-ALTONAGA**

**MEGAN PETE**,

Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

Defendant.
__________________________________/

**ORDER**

**THIS CAUSE** came before the Court based on electronic mails titled, "RE: Proposed Order granting Unopposed Motion by Michael A. Pancier to Withdraw as Local Counsel for Defendant - DE 70 - Pete v. Cooper, USDC SDFL 24-cv-24228," from Michael R. Hayden, Esq., Pro Hac Vice Counsel for Defendant; and a second one from Dan Humphrey, counsel for Megan Pete, also titled, "RE: Proposed Order granting Unopposed Motion by Michael A. Pancier to Withdraw as Local Counsel for Defendant - DE 70 - Pete v. Cooper, USDC SDFL 24-cv-24228," both received on May 22, 2025.

The Court disregards the contents of the May 22 e-mails and directs counsel to Local Rule 7.7, which provides:

> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court.

*Id.* Accordingly, the Court disregards the contents of the e-mails.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of May, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record