UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the Opposed Motion to Withdraw as *Pro Hac Vice* Counsel by Attorney Michael Hayden, Esq. (Unite the People, Inc.) for Defendant, Milagro Elizabeth Cooper, filed on May 23, 2025 [ECF No. 74]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's *pro hac vice* counsel, Michael R. Hayden, Esq., is relieved of further responsibility in this case.

**DONE AND ORDERED** in Miami, Florida, this 27th day of May, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**