UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On May 15, 2025, the Court granted Defendant, Milagro Elizabeth Cooper's local counsel's Unopposed Motion to Withdraw [ECF No. 70]. (*See generally* May 15, 2025 Order [ECF No. 71]). The Court advised Defendant that she had until May 23, 2025, to secure new local counsel and ensure that a notice of appearance was filed. (*See generally id.*). On May 27, 2025, Defendant's *pro hac vice* counsel also withdrew. (*See* May 27, 2025 Order [ECF No. 75]; *see also* Opposed Motion to Withdraw [ECF No. 74]).

Being fully advised it is

**ORDERED** that by **June 12, 2025**, Defendant, Milagro Elizabeth Cooper shall either (a) retain new counsel, and have new local counsel file a notice of appearance; or (b) file a notice of intent to proceed *pro se*. Failure to do so may result in the entry of default against Defendant without further notice.

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 5th day of June, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Milagro Elizabeth Cooper