**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228

JURY TRIAL DEMANDED

## NOTICE OF ISSUES TO BE DISCUSSED AT DISCOVERY HEARING

PLEASE TAKE NOTICE that a hearing on discovery matters will be held before Magistrate Judge Lisette M. Reid on July 14, 2025 at 9:30 a.m. The discovery matters to be heard include:

1. Defendant's failure to respond to Plaintiff's Third Set of Requests for Production, served on April 26, 2025, with responses due on May 27, 2025. Despite multiple good faith attempts to obtain compliance, Defendant has not produced a single document. Plaintiff requests an order compelling immediate production with all objections deemed waived.

2. Defendant's materially deficient discovery responses and concerns regarding spoliation of electronically stored information from Defendant's devices and social media platforms, which require either:

1

      a.      Defendant's immediate provision of login credentials to the previously agreed-upon third-party forensic vendor, FTI Consulting, for follow-up collection from Discord, iMessage, WhatsApp, and Instagram accounts; or

      b.      Adverse inference instructions regarding the uncollected and potentially spoliated communications from these platforms.

3.      Plaintiff's request for sanctions pursuant to Federal Rule of Civil Procedure 37 and an award of reasonable attorneys' fees incurred due to Defendant's willful failure to produce responsive documents and refusal to engage in meaningful meet and confer.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.l(a)(3)

Undersigned counsel conferred with Ms. Cooper via email multiple times to request this status conference, which the Court granted.

Dated: July 11, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ Daniel L. Humphrey

| | |
|---|---|
| Robert Schwartz (pro hac vice) | Olga Vieira (Fla. Bar No. 29783) |
| Mari F. Henderson (pro hac vice) | Daniel L. Humphrey (Fla. Bar No. 1024695) |
| Marie Hayrapetian (pro hac vice) | olgavieira@quinnemanuel.com |
| Julian T. Schoen (pro hac vice) | danielhumphrey@quinnemanuel.com |
| robertschwartz@quinnemanuel.com | QUINN EMANUEL URQUHART & |
| marihenderson@quinnemanuel.com | SULLIVAN, LLP |
| mariehayrapetian@quinnemanuel.com | 2601 S. Bayshore Drive, Suite 1500 |
| julianschoen@quinnemanuel.com | Miami, FL 33133 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | (305) 402-4880 |
| 865 S. Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | |
| (213) 443-3000 | |

*Attorneys for Plaintiff Megan Pete*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on Defendant Cooper via email and a copy will be mailed to her, return receipt requested.

          By: */s/ Daniel L. Humphrey*
              Daniel L. Humphrey
              Fla. Bar No. 1024695