**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE, an individual,

*Plaintiff,*                                                    Civil Action No. 1:24-CV-24228-CMA

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

_____

## ORDER ON ATTORNEYS' FEES

**THIS CAUSE** is before the Court pursuant to Plaintiff Megan Pete ("Plaintiff") and Defendant Milagro Cooper's ("Defendant") conferral on reasonable attorneys' fees pursuant to the Court's July 14, 2025 Order. *See* [ECF No. 93]. Consistent with that Order, the Parties advised the Court that they have met and conferred and agreed that Defendant Cooper shall pay reasonable attorneys' fee of $5,000 to Plaintiff Pete (through counsel) within 30 days of entry of this Order.

This Court, having considered the Plaintiff's Motion to Compel [ECF No. 92], the Court's Order on July 14, 2025 [ECF No. 93], and the Parties representations regarding the same, and being otherwise advised in the premises, hereby **ORDERS and ADJUDGES** that:

1.      Defendant Milagro Elizabeth Cooper shall pay Plaintiff Megan Pete $5,000 for the time incurred by her attorneys in bringing the discovery issues on July 14, 2025. Such payment shall be made within 30 days of entry of this Order and shall be paid through Ms. Pete's counsel of record.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of July 2025.

1

_____
United States Magistrate Judge Lisette M. Reid

Copies furnished to:  All Counsel of Record