UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Megan Pete's Notice of Ninety Days Expiring [ECF No. 103]. On April 16, 2025, Plaintiff filed an Unopposed Motion for Order to Show Cause Why Daystar Peterson Should Not be Held in Contempt [ECF No. 65]. The Court granted the Motion the next day [ECF No. 66], directing Plaintiff to file proof of service by April 21, 2025, and requiring Mr. Peterson to respond by April 30, 2025. (*See generally* Apr. 17, 2025 Order). Plaintiff filed her Certificate of Service [ECF No. 67] on April 18, 2025. To date, Mr. Peterson has neither responded nor sought additional time to do so. (*See generally* Docket).

Accordingly, it is

**ORDERED AND ADJUDGED** that Mr. Peterson shall pay Plaintiff, Megan Pete the reasonable attorney's fees incurred in taking Volume I of his deposition. The continuation of Mr. Peterson's deposition shall proceed under the supervision of Magistrate Judge Lisette M. Reid.

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 1st day of August, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record