UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

       *Defendant.*

Civil Action No. 1:24-cv-24228

JURY TRIAL DEMANDED

### NOTICE OF ISSUES TO BE DISCUSSED AT EVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing on discovery matters will be held before Magistrate Judge Lisette M. Reid on August 7, 2025, at 9:30 a.m. at the C. Clyde Atkins U.S. Courthouse. The discovery matters to be heard include:

1. Sanctions pursuant to Defendant's spoliation of evidence:

    a. Defendant's deletion of communications, including those with Sonstar Peterson. Despite good faith attempts at conferral, Defendant has presented no well-reasoned explanation for the mass deletion of thousands of messages from her cell phone;

    b. Defendant's failure to produce or turn over a single responsive WhatsApp communication or her credentials to that platform, despite being ordered to do so by the Court at the last discovery hearing (ECF No. 93 at ¶ 3);

1

    c. The entry of sanctions pursuant to Federal Rule of Civil Procedure 37(e), including but not limited to an adverse inference instruction and an award of attorneys' fees.

2. Defendant's failure to respond to Plaintiff's Fourth Set of Request for Production (served July 2, 2025) and Plaintiff's Third Set of Interrogatories (served July 2, 2025).

3. Coordinating the re-deposition of Daystar Peterson pursuant to Judge Altonaga's Order (ECF No. 104).

4. Requesting the re-deposition of Caesar McDowell due to his obstructive deposition conduct, which included deliberately evading questioning, engaging in inappropriate behavior, and directing offensive comments toward examining counsel. Plaintiff seeks an order requiring that the re-deposition be conducted under the supervision of a court monitor and requests attorneys' fees. The undersigned has conferred with counsel for Mr. McDowell, who has indicated no objection to this request;

5. Request to issue subpoenas beyond the fact discovery cutoff as a result of the late disclosure of witnesses in the FTI production and Defendant's deposition.

Copies of the relevant source documents will be emailed to Chambers consistent with the procedures set forth in Magistrate Judge Reid's Discovery Procedures Order.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.l(a)(3)

Undersigned counsel conferred with counsel for Plaintiffs by phone on August 4, 2025 and via email since that date in a good-faith effort to resolve by agreement the issues raised herein, but were unable to reach any resolution of the issues. Additionally, undersigned

counsel conferred with counsel for Mr. McDowell on July 5, 2025, who responded that he had no objection ot the relief sought.

Dated: August 6, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
/s/ John F. O'Sullivan
John F. O'Sullivan (Fla. Bar No. 143154)
Olga Vieira (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
johnosullivan@quinnemanuel.com
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Robert Schwartz (pro hac vice)
Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
Julian T. Schoen (pro hac vice)
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
julianschoen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff Megan Pete*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

          By: */s/ Daniel L. Humphrey*
              Daniel L. Humphrey
              Fla. Bar No. 1024695