UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228

JURY TRIAL DEMANDED

EXHIBIT LIST
FOR AUGUST 7, 2025 EVIDENTIARY HEARING

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| | Transcript of July 21, 2025 Deposition of Milagro Cooper with Exhibits | |
| | Transcript of July 25, 2025 Deposition of Ceasar McDowell with Exhibits | |
| | Screenshot of "Off the Record"/"Lips Are Sealed" Direct Message from Sonstar Peterson to Ms. Cooper (included in September 24, 2020 text exchange between Ms. Cooper and Amiel Kitrell (FTI_DEF0007906)) | |
| | Screenshot of "Send Me Your Number Mil" Instagram Direct Message from Daystar Peterson (Tory Lanez) to Ms. Cooper (included in September 24, 2020 text exchange between Ms. Cooper and Amiel Kitrell (FTI_DEF0007842)) | |
| | February 23, 2022 "Sue me" X Post from Ms. Cooper | |
| | June 8, 2024 "It was so people could see the video another X user posted . . . What would the lawsuit for that be" X Post from Milagro Cooper | |
| | Document preservation letter received by Ms. Cooper on October 29, 2024 | |
| | November 5, 2024 Direct Message from "Stilettos" Account to Milagro Cooper regarding Legal Strategy | |

|  | November 14, 2024 Screenshot of Preservation Letter Received by Ms. Cooper on October 29, 2024 |  |
|---|---|---|
|  | November 14, 2024 Screenshot of Sonstar Peterson Text Deletion |  |
|  | July 10, 2025 FTI Report Regarding Examination of WhatsApp and Text Message Deletions |  |
|  | July 9, 2025 FTI SMS Analysis Spreadsheet |  |
|  | July 25, 2025 FTI SMS Analysis Spreadsheet |  |
|  | July 31, 2025 FTI Report Regarding Examination of WhatsApp and Text Message Deletions |  |

Dated: August 6, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ John O'Sullivan
Olga Vieria (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
John O'Sullivan (Fla. Bar No. 143154)
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
johnosullivan@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Robert Schwartz (pro hac vice)
Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
Julian T. Schoen (pro hac vice)
robertschwartz@quinnemanuel.com
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
julianschoen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff Megan Pete*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

                                                By:  */s/ John O'Sullivan*
                                                           John O'Sullivan
                                                           Fla. Bar No. 143154