**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-cv-24228**

MEGAN PETE,
        Plaintiff,
v.

MILAGRO ELIZABETH COOPER,
        Defendant,
_____/

## DEFENDANT'S MOTION FOR ORDER PERMITTING COUNSEL, SUPPORT STAFF, AND WITNESS TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Defendant, through undersigned counsel, respectfully moves this Court for an order permitting Defendant and counsel to bring certain electronic devices into the courtroom for use during the evidentiary hearing scheduled for **Thursday, August 7, 2025, at 9:30 a.m.**

Counsel and Defendant believe it may be necessary to use personal electronic devices, such as laptop computers, during the hearing. These devices will be subject to inspection in accordance with courthouse security protocols. Specifically, the following individuals request permission to bring the indicated devices:

**Jeremy McLymont, Esq -** 1 Lenovo Chromebook

**Ronda Dixon, Esq. -** 1 Silver 15" Lenovo Ideapad Laptop

## CONCLUSION

Defendant respectfully requests that this Court enter an order permitting Defendant's counsels to bring the forementioned equipment into the courtroom for use during the Argument. A proposed order is being sent to the Court under separate cover.

## CERTIFICATE OF CONFERRAL

On August 5, 2025, Counsel for Defendant sought an arrangement to file this motion. Plaintiff's counsel responded and does not object to the relief sought.

Dated: August 6, 2025

                                                  **Respectfully submitted,**

/S/ Jeremy McLymont, Esq.
AsiliA Law Firm, P.A.
33 SW 2nd Ave. Ste. 1100
Miami, FL 33130
Tel. (786) 420-3014
Jeremy@asilialaw.com
Florida Bar No.1010776
Attorney for Defendant

/S/ Ronda Dixon, Esq.
Ronda Dixon
Attorney for Defendant
**Pro Hac Vice**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  By: */s/Jeremy McLymont*
                                                  Jeremy McLymont Esq.
                                                  Florida Bar No.1010776