AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  FLORIDA

MEGAN PETE

V.

MILAGRO ELIZABETH COOPER

**EXHIBIT AND WITNESS LIST**

24-24228-CIV-ALTONAGA

| PRESIDING JUDGE<br>LISETTE M. REID | | | PLAINTIFF'S ATTORNEY<br>J. O'Sullivan, M. Hayrapetian & D. Humphrey | | DEFENDANT'S ATTORNEY<br>J. McLymont & R. Dixon |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>Evidentiary Hearing: 8/7/25 | | | COURT REPORTER<br>Lance Steinbeisser | | COURTROOM DEPUTY<br>Elizabeth Rodriguez |
| PLTF.<br>NO. | DEFT.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | |
| X | | 8/7/25 | | | Matias Livachof sworn & testified |
| Q | | | X | X | Extraction for defendant's phone on 12/22/22 at 2:58 am |
| R | | | X | X | Extraction for defendant's phone on 12/22/22 at 5:33 am (3 messages) |
| S | | | X | X | Extraction for defendant's phone on 10/30/30 at 3:27 pm (4 messages) |
| T | | | X | X | Extraction for defendant's phone on 11/6/24 at 7:52 pm |
| J | | | X | X | Screenshot from defendant's phone of deleted folder re: Sonstar Peterson |
| AA | | | X | X | Metadata in the database from the defendant's phone |
| M | | | X | X | Forensic Analysis of IPHONE by Kevin Leung |
| F | | | X | X | Defendant's Tweet dated 6/8/24 |
| E | | | X | X | Defendant's Tweet dated 2/23/22 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages