UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE,

                   Plaintiff,

     -against-

MILAGRO ELIZABETH COOPER,

                   Defendant.

Civil Action No.: 1:24-CV-24228-CMA

## EXHIBIT LIST

| PLTF NO | OFFERED | ADMITTED | DESCRIPTION |
|---|---|---|---|
| Q | X | X | Extraction for defendant's phone on 12/22/22 at 2:58 am |
| R | X | X | Extraction for defendant's phone on 12/22/22 at 5:33 am (3 messages) |
| S | X | X | Extraction for defendant's phone on 10/30/30 at 3:27 pm (4 messages) |
| T | X | X | Extraction for defendant's phone on 11/6/24 at 7:52 pm |
| J | X | X | Screenshot from defendant's phone of deleted folder re: Sonstar Peterson |
| AA | X | X | Metadata in the database from the defendant's phone |
| M | X | X | Forensic Analysis of IPHONE by Kevin Leung |
| F | X | X | Defendant's Tweet dated 6/8/24 |
| E | X | X | Defendant's Tweet dated 2/23/22 |
| A | | | Transcript of July 21, 2025 Deposition of Milagro Cooper with Exhibits |
| B | | | Transcript of July 25, 2025 Deposition of Ceasar McDowell with Exhibits |
| C | | | Screenshot of "Off the Record"/"Lips Are Sealed" Direct Message from Sonstar Peterson to Ms. Cooper (included in September 24, 2020 text exchange between Ms. Cooper and Amiel Kitrell (FTI_DEF0007906) |
| D | | | Screenshot of "Send Me Your Number Mil" Instagram Direct Message from Daystar Peterson (Tory Lanez) to Ms. Cooper (included in September 24, 2020 text exchange between Ms. Cooper and Amiel Kitrell (FTI_DEF0007842)) |
| U | | | September 24, 2020 text exchange between Ms. Cooper and Amiel Kitrell (FTI_DEF0007842) |

1

| | | | |
|---|---|---|---|
| G | | | Document preservation letter received by Ms. Cooper on October 29, 2024 |
| H | | | November 5, 2024 Direct Message from "Stilettos" Account to Milagro Cooper regarding Legal Strategy |
| I | | | November 14, 2024 Screenshot of Preservation Letter Received by Ms. Cooper on October 29, 2024 |
| K | | | July 10, 2025 FTI Report Regarding Examination of WhatsApp and Text Message Deletions |
| L | | | July 9, 2025 FTI SMS Analysis Spreadsheet |
| N | | | July 31, 2025 FTI Report Regarding Examination of WhatsApp and Text Message Deletions |

Dated: Miami, Florida
August 14, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *John O'Sullivan*
John O'Sullivan (Fla. Bar No. 143154)
Daniel L. Humphrey (Fla. Bar No. 1024695)
johnosullivan@quinnemanuel.com
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

        Mari F. Henderson (pro hac vice)
        Marie Hayrapetian (pro hac vice)
        Bomie Lee (pro hac vice)
        Julian T. Schoen (pro hac vice)
        marihenderson@quinnemanuel.com
        mariehayrapetian@quinnemanuel.com
        bomielee@quinnemanuel.com
        julianschoen@quinnemanuel.com
        865 South Figueroa Street, 10th Floor
        Los Angeles, California 90017-2543
        (213) 443 3000

        Joanna E. Menillo
        joannamenillo@quinnemanuel.com
        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP
        295 Fifth Avenue
        New York, New York 10016
        (212) 849-7000

        *Attorneys for Plaintiff Megan Pete*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2025, I caused a true and correct copy of this Exhibit List to be served upon the following parties by electronic mail:

**ASILIA LAW**
Jeremy Alexander McLymont
1000 W. Cass Street
Tampa, FL 33606
813-381-1121
Email: jeremy@asilialaw.com

**DIXON JUSTICE CENTER APC**
Ronda Dixon
400 Corporate Pointe, Suite 300
Culver City, CA 90230
(323) 641-2731
Email: ronda@dixonjusticecenter.com

Dated:  August 14, 2025                      /s/ *John O'Sullivan*
                                                John O'Sullivan