# EX. PLF A

# Deposition Transcript

Case Number: 1:24-CV-24228-CMA
Date: July 21, 2025

In the matter of:

# MEGAN PETE v MILAGRO ELIZABETH COOPER

# Milagro Elizabeth Cooper

## HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

CERTIFIED COPY

Reported by:
Ronny Zavosky



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3

4    _____

5                                    Civil Action No.1:24-
                                     CV-24228-CMA
6    MEGAN PETE, an individual,

7                      Plaintiff,

8      vs.

9    MILAGRO ELIZABETH COOPER,
     an individual,
10                     Defendant.

11    _____

12         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

13              VIDEOTAPED DEPOSITION OF

14              MILAGRO ELIZABETH COOPER

15              LOS ANGELES, CALIFORNIA

16               MONDAY, JULY 21, 2025

17

18

19

20

21   REPORTED BY:
     RONNY ZAVOSKY
22   CSR NO. 12359
     JOB NO. 1844353
23

24

25

```
 1              The deposition of MILAGRO ELIZABETH COOPER was

 2   taken on behalf of the Plaintiff at 865 South Figueroa

 3   Street, 10th Floor, Los Angeles California, commencing

 4   at 9:28 AM on Monday, July 21st, 2025, before

 5   Ronny Zavosky, CSR No. 12359.

 6

 7

 8

 9                A P P E A R A N C E S

10

11   FOR THE PLAINTIFF:

12

13   QUINN EMANUEL URQUHART & SULLIVAN, LLP

14             BY:  MARIE HAYRAPETIAN, ESQ.

15             865 South Figueroa Street, 10th Floor

16             Los Angeles, California  90017

17             (213) 443-3000

18             mariehayrapetian@quinnemanuel.com

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S (Continued):

 2

 3   QUINN EMANUEL URQUHART & SULLIVAN, LLP

 4            BY:  JOHN F. O'SULLIVAN, ESQ.

 5            DANIEL L. HUMPHREY, ESQ.

 6            (Appeared via teleconference.)

 7            2601 South Bayshore Drive, Suite 1550

 8            Miami, Florida  33133

 9            (786) 850-3630

10            johnosullivan@quinnemanuel.com

11            Danielhumphrey@quinnemanuel.com

12

13

14   FOR THE DEFENDANTS:

15

16   DIXON JUSTICE CENTER

17            BY:  RONDA R. DIXON, ESQ.

18            400 Corporate Pointe, Suite 300

19            Culver City, California  90230

20            (323) 641-2731

21             ronda@dixonjusticecenter.com

22

23

24

25
```

```
 1   A P P E A R A N C E S (Continued):

 2

 3   ASILIA LAW FIRM, P.A.

 4              BY:  JEREMY McLYMONT, ESQ.

 5              33 SW 2nd Avenue, Suite 1100

 6              Miami, Florida  33130

 7              (786) 420-0314

 8              jeremy@asilialaw.com

 9              (Appeared via teleconference.)

10

11

12

13   ALSO PRESENT:

14

15   JULIE PARKER, VIDEOGRAPHER

16   AUTUM TAYLOR, STENO TECH

17   GABBY TREVINO, PARALEGAL AT QUINN EMANUEL

18

19

20

21

22

23

24

25
```

```
 1                       I N D E X

 2
     WITNESS: MILAGRO ELIZABETH COOPER
 3

 4   EXAMINATION                                    PAGE

 5   BY MR. O'SULLIVAN                                 9

 6

 7                     E X H I B I T S

 8   EXHIBIT NUMBER     DESCRIPTION                 PAGE

 9   EXHIBIT 40   - TWEET                           152

10   EXHIBIT 41   - TWITTER POST - BATES P2165      164

11   EXHIBIT 42-A - VIDEO CLIP                      171

12   EXHIBIT 42-B - TRANSCRIPT                      171

13   EXHIBIT 43   - OPERATIVE COMPLAINT             177

14   EXHIBIT 44   - OPERATIVE ANSWER                178

15   EXHIBIT 45-A - VIDEO CLIP                      191

16   EXHIBIT 45-B - TRANSCRIPT                      191

17   EXHIBIT 46   - TWEET - BATES FTI13816          200

18   EXHIBIT 47   - DOCUMENTS - BATES MG05-12       208

19   EXHIBIT 48   - RESPONSES                       227

20   EXHIBIT 49   - DOCUMENT - BATES MG494          233

21   EXHIBIT 50-A - VIDEO CLIP                      235

22   EXHIBIT 50-B - TRANSCRIPT                      235

23   EXHIBIT 51-A - VIDEO CLIP                      242

24   EXHIBIT 51-B - TRANSCRIPT                      242

25   EXHIBIT 52   - MIZZINFORMATION                 244
```

```
 1              E X H I B I T S

 2    EXHIBIT NUMBER     DESCRIPTION                    PAGE

 3    EXHIBIT 53-A - VIDEO CLIP                         252

 4    EXHIBIT 53-B - TRANSCRIPT                         252

 5    EXHIBIT 54   - MOBZWORLD POST                     273

 6    EXHIBIT 55   - HANDWRITTEN NOTES                  276

 7    EXHIBIT 56   - X-RAY                              284

 8    EXHIBIT 57   - THREE-PAGE DOCUMENT                287

 9    EXHIBIT 58-A - VIDEO CLIP                         306

10    EXHIBIT 58-B - TRANSCRIPT                         306

11    EXHIBIT 59-A - VIDEO CLIP                         310

12    EXHIBIT 59-B - TRANSCRIPT                         310

13    EXHIBIT 60   - ZOOM INVITE                        324

14    EXHIBIT 61   - NOTICE OF CLAIMS AND PRESERVATION OF  331
                     DOCUMENTS AND INFORMATION
15
      EXHIBIT 62   - FORENSIC ANALYSIS OF iPHONE        333
16
      EXHIBIT 63   - SCREENSHOT - NOVEMBER 2024         342
17
      EXHIBIT 64   - DOCUMENT - BATES FTI7907           367
18
      EXHIBIT 65   - SCREENSHOT                         369
19
      EXHIBIT 66   - DM INSTRAGRAM MESSAGES             381
20
      EXHIBIT 67   - TEXT MESSAGES - BATES FTI508       388
21
      EXHIBIT 68   - QUICKBOOKS ENTRY                   392
22
      EXHIBIT 69   - QUICKBOOKS SHEET                   394
23
      EXHIBIT 70-A - VIDEO CLIP                         395
24
      EXHIBIT 70-B - TRANSCRIPT                         395
25
```

|     |     |
|-----|-----|
| | 1   MONDAY, JULY 21, 2025; LOS ANGELES, CALIFORNIA |
| | 2                 9:28 AM |
| | 3                   - - - |
| 09:28:05 | 4        THE VIDEOGRAPHER:  Good morning.  We are on |
| 09:28:28 | 5   the record.  My name is Julie Parker.  I'm a |
| 09:28:33 | 6   videographer contracted by Steno.  I'm not financially |
| 09:28:37 | 7   interested in this action, nor am I a relative or |
| 09:28:41 | 8   employee of any of the attorneys or any of the parties. |
| 09:28:49 | 9        Today is July 21, 2025.  The time is 9:28 AM |
| 09:28:58 | 10  Pacific time.  The deposition is taken at 865 South |
| 09:29:03 | 11  Figueroa Street, Tenth Floor, Los Angeles, California |
| 09:29:08 | 12  90017.  The deposition is also taken remotely via Steno |
| 09:29:13 | 13  Connect Zoom. |
| 09:29:14 | 14       The name of the case is Pete versus Cooper in |
| 09:29:19 | 15  the Superior Court -- or District Court.  The case |
| 09:29:21 | 16  number is 1:24-CV-24228-CMA.  This is the video-recorded |
| 09:29:32 | 17  deposition of Milagro Elizabeth Cooper. |
| 09:29:37 | 18       Would counsel in the room please identify |
| 09:29:39 | 19  yourselves and state who you represent. |
| 09:29:43 | 20       MR. O'SULLIVAN:  For the Plaintiff, |
| 09:29:43 | 21  John O'Sullivan from Quinn. |
| 09:29:48 | 22       MS. HAYRAPETIAN:  Marie Hayrapetian also from |
| 09:29:49 | 23  Quinn Emanuel on behalf of the Plaintiff Megan Pete. |
| 09:29:51 | 24       MS. DIXON:  Ronda Dixon on behalf of the |
| 09:29:53 | 25  Defendant Milagro Cooper. |

09:29:59  1            MR. O'SULLIVAN:  I'll just say we have some --

09:30:00  2  some people on the Zoom.  A number of those are from my

09:30:02  3  office in Miami, and they're -- some are young people

09:30:06  4  just watching, and lawyers who are working on this case.

09:30:09  5            And I don't know, Ronda.  Do you have anybody

09:30:12  6  on?

09:30:12  7            MS. DIXON:  I thought Jeremy was supposed to

09:30:14  8  be on.  Let me see.

09:30:18  9            MR. O'SULLIVAN:  Anyway.  He has -- he has the

09:30:19  10  details; right?

09:30:21  11            MS. DIXON:  Uh-huh.  I believe so.  Yes.

09:30:24  12            THE VIDEOGRAPHER:  Okay.  Are we ready to

09:30:26  13  proceed?

09:30:26  14            MR. O'SULLIVAN:  Yes.

09:30:28  15            THE VIDEOGRAPHER:  The court reporter today is

09:30:29  16  Ronny Zavosky with Steno.

09:30:30  17            Would the reporter please swear in the

09:30:32  18  witness?

09:30:33  19            THE COURT REPORTER:  My name is Ronny Zavosky.

09:30:33  20  I am a certified shorthand reporter licensed in the

09:30:33  21  state of California.  My license number is 12359.

09:30:33  22  I will now swear in the witness.

09:30:33  23                      - - -

09:30:33  24            MILAGRO ELIZABETH COOPER,

09:30:33  25  having first declared under penalty of perjury to tell

| | | |
|---|---|---|
| 09:30:33 | 1 | the truth, was examined and testified as follows: |
| 09:30:52 | 2 | THE WITNESS:  Yes. |
| 09:30:53 | 3 | - - - |
| 09:30:53 | 4 | EXAMINATION |
| 09:30:53 | 5 | BY MR. O'SULLIVAN: |
| 09:30:53 | 6 | Q    Okay.  Good morning, Ms. Cooper. |
| 09:30:55 | 7 | A    Good morning. |
| 09:30:56 | 8 | Q    My name is John O'Sullivan.  I'm one of the |
| 09:31:00 | 9 | lawyers for Ms. Pete, and I'm going to be asking the |
| 09:31:03 | 10 | questions today. |
| 09:31:04 | 11 | Have you ever given testimony before? |
| 09:31:06 | 12 | A    No. |
| 09:31:07 | 13 | Q    Okay.  Not -- not in something like this. |
| 09:31:08 | 14 | How about in court? |
| 09:31:09 | 15 | A    No. |
| 09:31:11 | 16 | Q    All right.  Have you ever been under oath |
| 09:31:12 | 17 | before in your whole life? |
| 09:31:15 | 18 | A    Not that I recall. |
| 09:31:16 | 19 | Q    Okay.  Did you have a chance to talk to your |
| 09:31:21 | 20 | lawyer about just the process of what this is going to |
| 09:31:22 | 21 | be? |
| 09:31:24 | 22 | A    My lawyer spoke to me about what a deposition |
| 09:31:26 | 23 | is. |
| 09:31:27 | 24 | Q    Okay.  So I'm here to get your best testimony. |
| 09:31:31 | 25 | And as we talked about before, I'll ask you to wait for |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

09:31:36  1   the end of the question.  And -- and what we already

09:31:38  2   told you -- is to think about what it's really asking

09:31:40  3   and give me your best answer.

09:31:42  4          If there's any point where I ask a question

09:31:45  5   and you don't understand, just tell me that.  Don't

09:31:48  6   answer the question if you don't understand it.  Tell me

09:31:48  7   you don't understand and we'll try to fix it.  I want to

09:31:50  8   give you a question you understand, and I want to get

09:31:51  9   your truthful answer.  Okay?

09:31:53  10         A    Okay.

09:31:53  11         Q    Deal.  There may be situations where your

09:31:59  12   lawyer will object to something.  I'll ask a question,

09:32:01  13   and she'll say, "I object."  Most of the time that means

09:32:04  14   she's just putting that in the record so that they

09:32:07  15   can -- we can argue about it later, whether that

09:32:09  16   testimony can ever be used.

09:32:12  17         There may come an occasion where she'll tell

09:32:14  18   you, "I object and don't answer the question" because

09:32:18  19   it's privileged, there's -- there's some narrow

09:32:21  20   categories where I can't know that.  But other than the

09:32:23  21   times when she says, "Don't answer the question," even

09:32:25  22   if she objects, you need to answer and then the judge

09:32:28  23   will decide later whether that gets dealt with.

09:32:30  24         A    Okay.

09:32:31  25         Q    Follow that?  Okay.

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:32:35 | 1 | Any questions for me about the process? |
| 09:32:37 | 2 | A    Not at this time. |
| 09:32:38 | 3 | Q    Okay.  All right.  Just a little background. |
| 09:32:42 | 4 | Where did you grow up? |
| 09:32:43 | 5 | A    In Houston, Texas. |
| 09:32:45 | 6 | Q    Okay.  Born and raised -- lived there your |
| 09:32:47 | 7 | whole life? |
| 09:32:48 | 8 | A    I was born and raised.  I did not live there |
| 09:32:50 | 9 | my whole life. |
| 09:32:51 | 10 | Q    Okay.  Where else have you lived besides |
| 09:32:52 | 11 | Houston? |
| 09:32:53 | 12 | A    I have lived in -- at Fort Campbell on an Army |
| 09:32:57 | 13 | base. |
| 09:32:58 | 14 | Q    Okay.  Is that when you were growing up? |
| 09:33:00 | 15 | A    No.  As an adult. |
| 09:33:01 | 16 | Q    Okay.  And what caused you to be living on an |
| 09:33:04 | 17 | Army base as an adult? |
| 09:33:06 | 18 | A    I was a spouse to a Army member. |
| 09:33:09 | 19 | Q    Okay.  And is Fort Campbell in Texas? |
| 09:33:13 | 20 | A    No.  It's in Kentucky.  It's right on the line |
| 09:33:15 | 21 | of Kentucky and Tennessee. |
| 09:33:17 | 22 | Q    Okay.  And your husband's in the military? |
| 09:33:20 | 23 | A    Was.  He is a veteran now. |
| 09:33:21 | 24 | Q    Okay.  And, I guess, starting with high |
| 09:33:27 | 25 | school, can you just trace how you got to be who you are |

MILAGRO ELIZABETH COOPER                                     JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:33:30 | 1 | right now.  Your sort of jobs along the way. |
| 09:33:33 | 2 | A    Okay.  Well, by the time I made it to |
| 09:33:37 | 3 | high school, I thought I wanted to be a doctor; so I was |
| 09:33:40 | 4 | in a forensics program and in a -- I forget the name of |
| 09:33:46 | 5 | it, but I was in a program centered around medical |
| 09:33:50 | 6 | things; and then I was in a forensics class as well, |
| 09:33:53 | 7 | like I said, because that was an extension of the |
| 09:33:55 | 8 | DeBakey program in Houston that I was in, in middle |
| 09:33:55 | 9 | school. |
| 09:33:58 | 10 | Q    An extension of a debating program? |
| 09:34:00 | 11 | A    A DeBakey. |
| 09:34:02 | 12 | Q    DeBakey.  Yes.  I've heard of it.  Okay. |
| 09:34:02 | 13 | A    Yeah.  So I was so interested in that. |
| 09:34:04 | 14 | So I go through high school, and I graduated |
| 09:34:06 | 15 | at 17 and went to Sam Houston State University because I |
| 09:34:10 | 16 | changed my mind about my major, and I wanted to go into |
| 09:34:13 | 17 | criminal justice.  And I wanted to be a victim advocate |
| 09:34:15 | 18 | so that was my major.  And so -- |
| 09:34:19 | 19 | Q    Let me separate there.  So -- so Sam Houston |
| 09:34:21 | 20 | University.  Criminal justice major? |
| 09:34:23 | 21 | A    Yes. |
| 09:34:23 | 22 | Q    Okay.  And what year did you start at |
| 09:34:25 | 23 | Sam Houston? |
| 09:34:26 | 24 | A    2010. |
| 09:34:27 | 25 | Q    2010.  Okay. |

09:34:28   1        A    Uh-huh.

09:34:29   2        Q    And so take me from there.

09:34:31   3        A    Okay.  And so I am in school going through

09:34:35   4   classes, trying to figure things out.  Had a misstep

09:34:37   5   with -- you go to an adviser to figure out what courses

09:34:41   6   you should take and what you should do.  I didn't pick

09:34:43   7   the right things, and so I had to transfer schools.

09:34:47   8        Q    'Cause you couldn't get where you needed to

09:34:49   9   get where you were?

09:34:49   10        A    Right.  Exactly.

09:34:50   11        Q    Okay.

09:34:51   12        A    So I transferred to Lamar.

09:34:54   13        Q    Lamar?

09:34:55   14        A    In Orange, Texas.

09:34:57   15        Q    And that was in 2012?

09:34:59   16        A    2011.

09:35:00   17        Q    2011.

09:35:01   18        A    Uh-huh.

09:35:01   19        Q    Okay.

09:35:02   20        A    And then I went to school there for a while,

09:35:03   21   and then I had a daughter --

09:35:05   22        Q    Uh-huh.

09:35:06   23        A    -- in 2012.  So I'm out of school at that

09:35:11   24   point, and then I go back home.

09:35:13   25             So I'm back with my mother -- my grandmother

| | | |
|---|---|---|
| 09:35:16 | 1 | adopted me so that's my mother.  I went back home.  She |
| 09:35:20 | 2 | lives in Point Blank, literally. |
| 09:35:24 | 3 | Q    Point Blank? |
| 09:35:25 | 4 | A    Point Blank.  Literally.  It's in -- I don't |
| 09:35:28 | 5 | want to curse.  I will say the middle of nowhere. |
| 09:35:31 | 6 | Q    Point Blank, Texas? |
| 09:35:33 | 7 | A    Yes. |
| 09:35:33 | 8 | Q    Is where your Grandma lives? |
| 09:35:35 | 9 | A    By Cut and Shoot. |
| 09:35:36 | 10 | Q    The other town is Cut and Shoot? |
| 09:35:38 | 11 | A    Okay.  I didn't live there, but it's close. |
| 09:35:39 | 12 | Yeah.  Those are the names of these places. |
| 09:35:41 | 13 | So I went to -- I went back home with my |
| 09:35:44 | 14 | grandmother, and then I'm living there, trying to get |
| 09:35:47 | 15 | back into college, take up a relationship.  And in 2012, |
| 09:35:50 | 16 | later in the year, is when I get married to my husband, |
| 09:35:54 | 17 | August of 2012. |
| 09:35:58 | 18 | Q    August 2012. |
| 09:35:59 | 19 | You are still married to the same person? |
| 09:36:01 | 20 | A    Yes. |
| 09:36:01 | 21 | Q    Okay.  And -- okay.  Forward from there. |
| 09:36:03 | 22 | A    And then this is when we make the move to |
| 09:36:05 | 23 | Fort Campbell -- |
| 09:36:06 | 24 | Q    Okay. |
| 09:36:07 | 25 | A    -- in 2012.  We stayed for the rest of his |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:36:11 | 1 | contract, through maybe 2015, and I have been in |
| 09:36:15 | 2 | Houston -- we're both from Houston.  I've been back |
| 09:36:18 | 3 | since 2015. |
| 09:36:19 | 4 | And to answer your question how I got into |
| 09:36:22 | 5 | this, at Fort Campbell I took up classes again.  I |
| 09:36:24 | 6 | started online because of the location. |
| 09:36:27 | 7 | When you are in the Army, you can get moved to |
| 09:36:29 | 8 | different places; so you have to make sure that your |
| 09:36:31 | 9 | schooling wouldn't be affected.  So I begin schooling at |
| 09:36:34 | 10 | the University of Phoenix online in -- maybe about 2012 |
| 09:36:41 | 11 | or '13.  And then -- |
| 09:36:45 | 12 | Q    Any particular focus of the classes? |
| 09:36:47 | 13 | A    At this time, I am majoring in psychology.  No |
| 09:36:56 | 14 | other school has the same concentration as Sam Houston. |
| 09:37:00 | 15 | It's one of the best criminal justice schools, and they |
| 09:37:03 | 16 | have a lot of different things you can get into.  So I |
| 09:37:05 | 17 | had to minor in criminal justice, because they just |
| 09:37:08 | 18 | didn't have what I wanted, and I majored in psychology. |
| 09:37:11 | 19 | Q    Okay.  This is University of Phoenix? |
| 09:37:13 | 20 | A    Yes. |
| 09:37:13 | 21 | Q    You majored in psych and minor in criminology? |
| 09:37:15 | 22 | A    In criminal justice. |
| 09:37:17 | 23 | Q    Criminal justice? |
| 09:37:18 | 24 | A    Yeah.  It's a Associate of Arts in Criminal |
| 09:37:20 | 25 | Justice is what I ended up getting from this. |

| | | |
|---|---|---|
| 09:37:24 | 1 | Q     Okay. |
| 09:37:24 | 2 | A     Uh-huh. |
| 09:37:25 | 3 | Q     And? |
| 09:37:25 | 4 | A     I graduated with a bachelor's in psychology? |
| 09:37:28 | 5 | Q     Okay.  So you have a bachelor's in psych. |
| 09:37:30 | 6 | A     And I began my master's program, but I didn't |
| 09:37:32 | 7 | finish it. |
| 09:37:32 | 8 | Q     Okay.  And within psychology, was there any |
| 09:37:34 | 9 | particular focus you -- you -- |
| 09:37:36 | 10 | A     It was overbroad.  Yeah.  It wasn't anything |
| 09:37:38 | 11 | in particular.  Just a Bachelor of Science in |
| 09:37:41 | 12 | Psychology. |
| 09:37:42 | 13 |       And so, as I'm going to school, raising my |
| 09:37:45 | 14 | children, I was a stay-at-home mom.  This is when I pick |
| 09:37:47 | 15 | up the YouTube.  It was suggested by a friend who |
| 09:37:51 | 16 | thought I was funny, and said, "You could do that."  And |
| 09:37:55 | 17 | I started doing reviews on television shows in maybe |
| 09:37:58 | 18 | about 2017-ish.  So I'm a literally getting up and |
| 09:38:06 | 19 | reviewing reality TV.  And so that's how it got started |
| 09:38:11 | 20 | with streaming and stuff like that. |
| 09:38:13 | 21 | Q     And -- and did you just come up with the idea |
| 09:38:14 | 22 | on your own?  You saw other people doing and it, and |
| 09:38:17 | 23 | said, "Maybe I can get into that." |
| 09:38:18 | 24 | A     It was suggested to me.  A friend of mine came |
| 09:38:19 | 25 | to me, and she said, "Girl, you are so funny, and I |

| | | |
|---|---|---|
| 09:38:22 | 1 | think that you should do this."  She had been watching |
| 09:38:24 | 2 | other YouTube videos.  And so I went and checked out |
| 09:38:27 | 3 | a couple of videos.  I had no idea people even did stuff |
| 09:38:30 | 4 | like that. |
| 09:38:30 | 5 |     Q   Right. |
| 09:38:30 | 6 |     A   I wasn't -- I used YouTube to watch music |
| 09:38:33 | 7 | videos. |
| 09:38:33 | 8 |            THE COURT REPORTER:  Wait, you're talking |
| 09:38:33 | 9 | really fast. |
| 09:38:33 | 10 |            THE WITNESS:  Oh, sorry. |
| 09:38:34 | 11 |            MS. DIXON:  And also wait until he asks a |
| 09:38:36 | 12 | question. |
| 09:38:37 | 13 |            THE WITNESS:  Okay.  Okay. |
| 09:38:40 | 14 |            So I used YouTube for music videos.  So I |
| 09:38:43 | 15 | wasn't aware of the fact that people were necessarily |
| 09:38:46 | 16 | uploading videos of themselves and giving opinions and |
| 09:38:48 | 17 | stuff like that. |
| 09:38:49 | 18 |            So a friend of mine called me.  She had been |
| 09:38:53 | 19 | watching videos.  And she said, "You're funny, girl.  I |
| 09:38:55 | 20 | think you could do this." |
| 09:38:56 | 21 |            And I said, "Well, what are you talking about? |
| 09:38:58 | 22 | What you are watching?" |
| 09:38:59 | 23 |            So she gave me a couple of names, and then I |
| 09:39:01 | 24 | went and watched them, and I felt like I could do that |
| 09:39:04 | 25 | easily.  And I started.  I literally just watched a |

09:39:08  1   show.  I got on camera, standing in the corner of my

09:39:10  2   room, and said, "You guys, this is what happened on the

09:39:12  3   show."  And it took off.

09:39:17  4   BY MR. O'SULLIVAN:

09:39:18  5        Q    And who were the people you watched just to

09:39:19  6   get an idea of whether you could do it?  Do you

09:39:22  7   remember?

09:39:22  8        A    Oh, gosh.  No.  It was so long ago.  I'll give

09:39:26  9   you -- there was one content creator named Bindi Bleu.

09:39:30  10       Q    Bindi Bleu?

09:39:31  11       A    Uh-huh.  I know she was one I saw, for sure.

09:39:33  12       Q    And -- and what did she talk about?

09:39:35  13       A    At the time reality television.

09:39:37  14       Q    Okay.  And what -- what would be an example of

09:39:40  15   reality television?

09:39:41  16       A    I started with "Love and Hip Hop:  Atlanta."

09:39:45  17       Q    "Love and Hip Hop:  Atlanta"?

09:39:47  18       A    Yes.

09:39:47  19       Q    Okay.  And that's one of those contestant

09:39:49  20   shows and then --

09:39:49  21       A    It was a show centered around celebrities who

09:39:53  22   were in relationships.  And just an inside look into the

09:39:56  23   behind the scenes, and how they navigate being famous

09:40:00  24   and trying to keep things together.

09:40:03  25       Q    Okay.  And then you would give commentary on

```
09:40:05   1   that?

09:40:05   2        A    Right.

09:40:06   3        Q    And at least for you, how -- how does the --

09:40:14   4   is there a financial side?  Are you making money doing

09:40:16   5   this?

09:40:18   6             That's a broad question.

09:40:19   7             At any time -- like, now, is it profitable to

09:40:21   8   you to do this?

09:40:26   9        A    I would say no.  I make money, yes.

09:40:31  10   Profitable at this time?  No.

09:40:33  11        Q    'Cause you are building -- like, you are

09:40:35  12   putting the money back in or?

09:40:37  13        A    No.  Because my platforms are not all

09:40:41  14   monetized.

09:40:42  15        (The Court Reporter requested clarification.)

09:40:42  16             THE WITNESS:  Are not all monetized.

09:40:42  17   BY MS. HENDERSON:

09:40:44  18        Q    All right.  So maybe if you -- it's kind of an

09:40:45  19   open question, but if you just explain, from your

09:40:47  20   understanding, like, how -- how the business that you

09:40:49  21   are getting into works.  Like, what you are trying to

09:40:51  22   do, and how the economics work.

09:40:53  23        A    Okay.  When I began YouTube, I was already

09:40:55  24   taken care of and comfortable in my life; so I didn't

09:40:59  25   get into it hoping to make money.  It was just for fun.
```

| | | |
|---|---|---|
| 09:41:02 | 1 | Q     Uh-huh. |
| 09:41:03 | 2 | A     Based on how much you may curse or some of the |
| 09:41:07 | 3 | subject matter, you may get demonetized, because then |
| 09:41:11 | 4 | ads may not run on videos of that nature.  I am a person |
| 09:41:15 | 5 | who does curse a lot. |
| 09:41:16 | 6 | So there was a time, in the beginning, where I |
| 09:41:20 | 7 | was able to use AdSense and get money from YouTube, but |
| 09:41:27 | 8 | then it stopped.  Because I realized if I want to be |
| 09:41:29 | 9 | able to speak through what I want to speak, then I |
| 09:41:32 | 10 | cannot have the channel monetized. |
| 09:41:34 | 11 | So that's why it's -- it hasn't been monetized |
| 09:41:38 | 12 | since at least maybe 2019-ish.  2018 maybe, 2019 -- I |
| 09:41:42 | 13 | would say. |
| 09:41:44 | 14 | Q     Okay.  So you are saying that if you wanted to |
| 09:41:48 | 15 | be commercial, if you wanted to monetize, it there's |
| 09:41:50 | 16 | going to be constraints on what you could say? |
| 09:41:52 | 17 | A     Absolutely. |
| 09:41:53 | 18 | Q     And -- and so did you say, "I'd rather be free |
| 09:41:56 | 19 | to say whatever I want" -- |
| 09:41:57 | 20 | A     Absolutely. |
| 09:41:58 | 21 | Q     -- "then have to answer to advertisers"? |
| 09:41:59 | 22 | A     Yes. |
| 09:42:00 | 23 | Q     Okay.  And have you -- I think you said not |
| 09:42:07 | 24 | all my platforms are monetized. |
| 09:42:09 | 25 | Are any of your platforms monetized? |

09:42:12  1        A    Oh, Twitch is a platform I use now.  It is

09:42:15  2   subscriber-based; so people subscribe.  That's how you

09:42:21  3   would get paid there.  And I believe that they run ads

09:42:24  4   as well, and you get a portion of ads' ad money or

09:42:29  5   however that works.

09:42:30  6        Q    Maybe you could -- so -- so Twitch is one

09:42:33  7   place where you are on that platform, you get some --

09:42:36  8        A    Yes.

09:42:36  9        Q    -- money from them.

09:42:37 10             And how does that work?  You just get the

09:42:39 11   deposit every month?

09:42:40 12        A    Once a month you get a deposit, and it -- it

09:42:42 13   fluctuates based on user engagement -- how many people

09:42:45 14   subscribe to you.

09:42:47 15        Q    Okay.  Is it generally the same for all the

09:42:49 16   platforms, or each one different?

09:42:50 17        A    Each one is different.

09:42:52 18        Q    All right.  So staying with Twitch, do you

09:42:53 19   know how they calculate how much they pay you?

09:42:55 20        A    I do not know.

09:42:57 21        Q    Do you have any sense of what you can do on

09:42:59 22   your side to get it to be more?

09:43:05 23        A    Consistency is always the first thing that

09:43:08 24   they say.

09:43:09 25        Q    Consistently in audience size?

| | | |
|---|---|---|
| 09:43:10 | 1 | A     No.  In terms of putting out content. |
| 09:43:13 | 2 | Q     Okay. |
| 09:43:13 | 3 | A     Because YouTube people watch, and they run |
| 09:43:17 | 4 | ads and you get paid.  Twitch people have to subscribe, |
| 09:43:19 | 5 | and they run ads.  So they can watch it until they're |
| 09:43:23 | 6 | blue in the face, but if they don't like it, you are not |
| 09:43:25 | 7 | going to get paid.  They need to subscribe. |
| 09:43:28 | 8 | So the way to grow it, it's -- it depends on |
| 09:43:31 | 9 | what you feel like your goals are and what works for |
| 09:43:34 | 10 | you. |
| 09:43:34 | 11 | Q     But, for example, on Twitch, it's -- it's -- |
| 09:43:38 | 12 | is -- is there the issue about using language and |
| 09:43:40 | 13 | things? |
| 09:43:41 | 14 | A     No. |
| 09:43:42 | 15 | Q     No? |
| 09:43:42 | 16 | A     All you have to do is -- |
| 09:43:43 | 17 | Q     They subscribe? |
| 09:43:44 | 18 | A     -- just talk a lot.  Exactly. |
| 09:43:46 | 19 | And you can let them know.  There's a box you |
| 09:43:49 | 20 | can check that says, "This video will contain profanity. |
| 09:43:52 | 21 | It's not for children or teens."  So you can check that |
| 09:43:54 | 22 | off, and you are good to go.  And that's what I do with |
| 09:43:56 | 23 | that platform. |
| 09:43:57 | 24 | Q     Okay.  And just ballpark, over the course of a |
| 09:44:03 | 25 | year, what's your average monthly take from Twitch? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

09:44:07   1   Just for now, like this year?  Not to the penny, just

09:44:11   2   approximately.

09:44:12   3        A    I could make between 5,000 and 10,000 on

09:44:18   4   Twitch.

09:44:19   5        Q    A month?

09:44:19   6        A    A month.

09:44:20   7        Q    Okay.  And has that -- has that been pretty

09:44:22   8   steady -- that level?

09:44:26   9        A    It fluctuates.  I wouldn't say that was

09:44:29  10   steady.  I would say more in recent months.

09:44:32  11        Q    Okay.  And do you -- do you have a sense

09:44:36  12   yourself, as the -- as the talent, what drives the

09:44:39  13   business?  Like, what makes -- what gets you from 5 to

09:44:42  14   10 to maybe 50?  What would you be needing to do?

09:44:46  15        A    To be honest with you, I'm a content creator.

09:44:49  16   That's because it's for fun for me, and I truly enjoy

09:44:53  17   engaging with the people.  That's where I put my focus.

09:44:56  18            I don't -- some people make it on camera and

09:44:59  19   really get a set and go to the max.  And I'm sure there

09:45:02  20   are things I could do to grow my platform.  But I do

09:45:05  21   really enjoy the personal type of connection in that --

09:45:09  22   what feels like a more one-on-one and smaller group of

09:45:11  23   people.  So I feel like it will grow organically, you

09:45:14  24   know, how it's supposed to.

09:45:16  25        Q    Uh-huh.  Do you -- do you have anybody who

| | | |
|---|---|---|
| 09:45:18 | 1 | helps you with the business side of all this, or you run |
| 09:45:22 | 2 | it all yourself? |
| 09:45:23 | 3 | A    I do everything myself. |
| 09:45:24 | 4 | Q    Okay.  And you've just learned as you've gone |
| 09:45:26 | 5 | along, at least the business side? |
| 09:45:29 | 6 | A    Literally, Google and YouTube videos. |
| 09:45:31 | 7 | Q    Yes.  Okay.  So -- So Twitch, you maybe get 5 |
| 09:45:34 | 8 | to 10K a month when it's good. |
| 09:45:36 | 9 | What other platforms are you on? |
| 09:45:38 | 10 | A    I'm on STATIONHEAD. |
| 09:45:41 | 11 | Q    And what's the finances of that?  Is there |
| 09:45:42 | 12 | money involved? |
| 09:45:44 | 13 | A    I have a contract with STATIONHEAD. |
| 09:45:45 | 14 | Q    And what are the basic terms of that? |
| 09:45:47 | 15 | A    That I do a show.  My -- the show that I |
| 09:45:50 | 16 | already had been doing on other platforms, they asked if |
| 09:45:53 | 17 | I could bring that to their platform. |
| 09:45:56 | 18 | Q    Exclusively? |
| 09:45:56 | 19 | A    Not exclusively.  I didn't have to just do it |
| 09:45:59 | 20 | with them, but at least five days a week come and do a |
| 09:46:02 | 21 | show on STATIONHEAD. |
| 09:46:04 | 22 | Q    And -- okay.  Does the show have a name? |
| 09:46:08 | 23 | A    Mob Radio. |
| 09:46:09 | 24 | Q    Mob Radio? |
| 09:46:09 | 25 | A    Yeah.  It was an extension of everything else |

```
09:46:11   1   I already had, yeah.
09:46:13   2        Q    Okay.  And Mob Radio is your brand?  You have
09:46:15   3   a trademark and all that?
09:46:16   4        A    I have my Mob Radio trademarked and
09:46:18   5   Milagro Gramz trademarked.
09:46:21   6        Q    What was the second one?
09:46:22   7        A    My moniker Milagro Gramz is trademarked under
09:46:25   8   Mob Radio LLC.
09:46:26   9        Q    And is -- obviously, your last name is Cooper.
09:46:31  10        Is Gramz like a stage name or --
09:46:33  11        A    Yes.
09:46:33  12        Q    And how did you chose that?  Just curious?
09:46:36  13        A    YouTube needed a last name.  I didn't want to
09:46:38  14   use my own name.  And I was, like, what's a cool little
09:46:43  15   name.  And they called me -- I have a nickname Nino, and
09:46:46  16   so they said, "What about Gramz?"
09:46:49  17        And I said, "Okay.  That sounds cute" and ran
09:46:52  18   with it.  I'm not tied to it too deeply, to be honest.
09:46:57  19        Q    But somebody at YouTube suggested that or
09:46:57  20   your friends?
09:46:58  21        A    Yeah, the audience.  I spoke with my audience
09:47:00  22   openly, like, "What do you think?"  I spoke with my
09:47:03  23   audience and asked them what they thought.  We picked
09:47:05  24   it.
09:47:06  25        Q    Okay.  So STATIONHEAD, the weekly five days a
```

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
09:47:10   1   week?

09:47:12   2           And you said -- what -- what are the economics

09:47:14   3   of that?  How would you get paid?

09:47:15   4       A    I would get paid once a month.

09:47:17   5       Q    Okay.

09:47:18   6       A    6,300.

09:47:20   7       Q    6300 a month.  And that assumes you do your

09:47:24   8   five shows.

09:47:24   9           And is there a duration of the contract?  How

09:47:27  10   long does it last?

09:47:28  11       A    It's open-ended.

09:47:29  12       Q    Okay.  Could they terminate if your audience

09:47:30  13   went away?

09:47:32  14       A    Absolutely.  For whatever reason they wanted

09:47:34  15   they could terminate it.

09:47:35  16       Q    And you too.  Can you terminate at will?

09:47:37  17       A    I'm not certain.

09:47:39  18       Q    Okay.  Is the 6300 a month a function of how

09:47:43  19   many -- how is that determined?  That's just the number

09:47:46  20   on the contract?

09:47:46  21       A    It's flat.

09:47:47  22       Q    It's flat?

09:47:48  23       A    Yeah.  It's flat.  Uh-huh.

09:47:48  24       Q    And is there something that would -- would, in

09:47:50  25   your mind, entitle you to get more there?  Like, is
```

| | | |
|---|---|---|
| 09:47:54 | 1 | there a -- a sliding scale?  Or is it -- is it tied to |
| 09:47:58 | 2 | something that then would go up -- |
| 09:48:00 | 3 | A    No. |
| 09:48:00 | 4 | Q    -- if -- if you did better in their eyes? |
| 09:48:02 | 5 | A    That's not anything we discussed, no. |
| 09:48:04 | 6 | Q    Okay.  So whose idea was the 6300?  Yours or |
| 09:48:08 | 7 | theirs? |
| 09:48:09 | 8 | A    The -- I'm not sure at this time whose idea it |
| 09:48:13 | 9 | was. |
| 09:48:14 | 10 | Q    Okay.  Did -- did -- who approached who for |
| 09:48:17 | 11 | you to go on STATIONHEAD?  Did you reach out to them? |
| 09:48:20 | 12 | A    STATIONHEAD came about because of an |
| 09:48:23 | 13 | opportunity I was offered on another show on their |
| 09:48:25 | 14 | platform.  So I actually had to do somewhat of an |
| 09:48:29 | 15 | internship for about two years before I was offered a |
| 09:48:32 | 16 | deal by STATIONHEAD; so the STATIONHEAD offered it. |
| 09:48:37 | 17 | Q    Okay.  And -- And tell me what was -- what was |
| 09:48:40 | 18 | the internship.  Who -- who was involved, and what were |
| 09:48:42 | 19 | the terms of that? |
| 09:48:43 | 20 | A    Rashida Ali is her name. |
| 09:48:46 | 21 | Q    Rashida. |
| 09:48:47 | 22 | How do you spell the last name? |
| 09:48:48 | 23 | A    A-L-I. |
| 09:48:49 | 24 | Q    Okay.  Rashida Ali -- she had a show? |
| 09:48:52 | 25 | A    She has a show and a blog titled -- it's |

09:48:55  1   "Onsite!."

09:48:56  2         Q    It's "Onsite!"?

09:48:58  3         A    Uh-huh.

09:48:59  4         Q    Okay.

09:49:01  5         A    In 2019, I was asked to appear on the show.

09:49:06  6         Q    As a guest?

09:49:07  7         A    Auditioning for a gossip column.

09:49:09  8         Q    Okay.  Okay.  So you would -- you are

09:49:13  9   auditioning to be, like, a feature on her show?  You'd

09:49:16 10   come in and talk about --

09:49:16 11         A    And co-host.

09:49:18 12         Q    Co-host?

09:49:18 13         A    Uh-huh.

09:49:18 14         Q    And your area would be the latest gossip?

09:49:21 15         A    It started with -- it started with the gossip

09:49:24 16   column.  But once Rah saw my show and -- and she felt

09:49:28 17   like I could do more, it became a co-host.  So I was

09:49:33 18   able to give opinions, present topics, and it would be

09:49:37 19   more equal than just cut scene off to the side, gossip

09:49:41 20   column.

09:49:42 21         Q    Okay.  And when you did -- and then you ended

09:49:45 22   up doing that for two years?

09:49:48 23         A    Once I did the -- the preliminary video -- or

09:49:52 24   the preliminary stream, they loved me, and I stayed on.

09:49:55 25   And I actually did my show on STATIONHEAD and a show

| | | |
|---|---|---|
| 09:49:59 | 1 | with her on STATIONHEAD once a week; so I had two shows |
| 09:50:03 | 2 | on STATIONHEAD, starting in 2019. |
| 09:50:05 | 3 | Q    So starting in 2019, you had your show |
| 09:50:07 | 4 | five days a week, Mob Radio? |
| 09:50:10 | 5 | A    No.  2019, I was with Rah Ali. |
| 09:50:11 | 6 | Q    Okay.  I thought you started doing both?  No? |
| 09:50:14 | 7 | A    It happened late -- you asked me how I got to |
| 09:50:16 | 8 | Mob Radio. |
| 09:50:17 | 9 | Q    Yes.  All right.  So 2019, you start this with |
| 09:50:19 | 10 | Rah Ali, and they love you and your role gets expanded, |
| 09:50:22 | 11 | and it's basically co-hosting. |
| 09:50:26 | 12 | And how long, from starting to do that, until |
| 09:50:28 | 13 | you had your own show? |
| 09:50:30 | 14 | A    From 2019 to 2021. |
| 09:50:32 | 15 | Q    All right.  You got your own show in 2021? |
| 09:50:35 | 16 | A    Yes.  And a formal contract but they -- |
| 09:50:37 | 17 | STATIONHEAD was paying me prior to my formal contract |
| 09:50:41 | 18 | for my show on their platform. |
| 09:50:44 | 19 | Q    Okay.  And what was your -- the current |
| 09:50:48 | 20 | contract is -- is 6300 a month; right? |
| 09:50:50 | 21 | A    Uh-huh. |
| 09:50:51 | 22 | Q    And what were you making prior to that |
| 09:50:52 | 23 | contract? |
| 09:50:53 | 24 | A    Prior to that, I don't know the exact amount |
| 09:50:56 | 25 | that I was making.  It was -- |

| | | |
|---|---|---|
| 09:50:58 | 1 | Q    Ballpark? |
| 09:50:58 | 2 | A    It was -- it was based on viewers at that time |
| 09:51:02 | 3 | and incentives.  I don't want to give you an incorrect |
| 09:51:08 | 4 | number.  I really don't know. |
| 09:51:10 | 5 | Q    I don't want you to, but also -- I mean, it's |
| 09:51:12 | 6 | your business.  It's your money.  You would have some |
| 09:51:14 | 7 | idea. |
| 09:51:14 | 8 | Was it a million dollars? |
| 09:51:15 | 9 | A    No.  At that time maybe 500, a thousand |
| 09:51:17 | 10 | dollars. |
| 09:51:18 | 11 | Q    A month? |
| 09:51:18 | 12 | A    Yeah. |
| 09:51:19 | 13 | Q    And you said based on viewers and incentives. |
| 09:51:22 | 14 | What would be a typical -- do you remember |
| 09:51:24 | 15 | what the incentives were? |
| 09:51:26 | 16 | A    At the time it was viewers. |
| 09:51:27 | 17 | Q    Okay.  And so it would be if you hit X |
| 09:51:30 | 18 | viewers, you get a bump in your money? |
| 09:51:34 | 19 | A    They had a pay scale.  So based on the viewers |
| 09:51:36 | 20 | you got, they were willing to pay a certain amount that |
| 09:51:38 | 21 | month. |
| 09:51:40 | 22 | Q    Okay.  All right. |
| 09:51:42 | 23 | So you have Twitch, STATIONHEAD. |
| 09:51:49 | 24 | Other -- other platforms that you are out on? |
| 09:51:53 | 25 | A    I am now on Kick as well. |

MILAGRO ELIZABETH COOPER                                        JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 09:51:56 | 1 | Q | Kick.  Okay. |
| 09:51:57 | 2 | | Is there any financial aspect to that? |
| 09:51:59 | 3 | A | No.  I just started. |
| 09:52:01 | 4 | Q | Okay.  Could there be? |
| 09:52:02 | 5 | A | Yes. |
| 09:52:02 | 6 | Q | Is there a way to monetize that? |
| 09:52:04 | 7 | A | Yes. |
| 09:52:05 | 8 | Q | And what makes Kick different than the other |
| 09:52:07 | 9 | | two -- STATIONHEAD and -- |
| 09:52:08 | 10 | A | Nothing.  It's very similar.  Almost identical |
| 09:52:11 | 11 | | to Twitch. |
| 09:52:12 | 12 | Q | Okay.  Is it -- does it have -- I assume it's |
| 09:52:15 | 13 | | a different audience; right?  Or no? |
| 09:52:17 | 14 | A | Sometimes.  I personally believe many people |
| 09:52:21 | 15 | | watch the same people. |
| 09:52:24 | 16 | Q | Okay. |
| 09:52:25 | 17 | A | So -- |
| 09:52:26 | 18 | Q | What -- what -- when did you start on Kick? |
| 09:52:28 | 19 | | Just -- |
| 09:52:29 | 20 | A | Within the past three to four months. |
| 09:52:31 | 21 | Q | And what made you want to do that? |
| 09:52:34 | 22 | A | More income. |
| 09:52:35 | 23 | Q | And what -- what's the income proposition |
| 09:52:38 | 24 | | there?  At Kick? |
| 09:52:41 | 25 | A | Once again, it's subscriber-based; so it's |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

09:52:43   1   open-ended.

09:52:44   2        Q    Okay.  And you just get a piece of whatever

09:52:48   3   the monthly take is on the subscribers?

09:52:51   4        A    I don't know how they break it down, but, yes,

09:52:53   5   based on subscribers.  But I'm fairly new; so I haven't

09:52:58   6   seen a return on that.

09:52:59   7        Q    You haven't gotten even one invoice?

09:53:01   8        A    No.  Huh-uh.

09:53:02   9        Q    But you expect it's going to say you have this

09:53:04   10  many subscribers?

09:53:05   11       A    Yes.

09:53:06   12       Q    And we charge them X a month, and we're going

09:53:07   13  to give you 20 percent?

09:53:09   14       A    Right, whatever.

09:53:10   15       Q    Okay.  Do you know what the split is?

09:53:12   16       A    No.

09:53:13   17       Q    Okay.  So that's new.  And you say you -- you

09:53:18   18  don't really see that as a different necessarily --

09:53:21   19  like, a different audience?

09:53:22   20       A    I don't.

09:53:23   21       Q    Just different way to get to -- okay.  So

09:53:25   22  Kick.

09:53:26   23            Other platforms you are on now?

09:53:30   24       A    For streaming, that's it -- Twitter,

09:53:32   25  STATIONHEAD -- not Twitter, STATIONHEAD, Twitch, and

| | | |
|---|---|---|
| 09:53:36 | 1 | YouTube. |
| 09:53:38 | 2 | Q    Okay. |
| 09:53:38 | 3 | A    Oh.  And I have a Rumble.  I don't use it now. |
| 09:53:42 | 4 | Q    And what is Rumble? |
| 09:53:44 | 5 | A    Another streaming platform.  It's just like |
| 09:53:47 | 6 | Twitch and Kick, but it confuses me; so I don't use it. |
| 09:53:50 | 7 | Q    Okay.  So you don't -- you don't -- you are |
| 09:53:53 | 8 | not getting money from them? |
| 09:53:54 | 9 | A    No. |
| 09:53:55 | 10 | Q    You don't see your fans there? |
| 09:53:56 | 11 | A    Right.  I've done a few videos on Rumble, but |
| 09:53:58 | 12 | I was confused.  I left it. |
| 09:54:00 | 13 | Q    Okay.  And then -- so that's all -- that's all |
| 09:54:02 | 14 | the places people would find you streaming? |
| 09:54:05 | 15 | A    Yes. |
| 09:54:06 | 16 | Q    And that's all the places you get money from |
| 09:54:08 | 17 | streaming -- those four; right? |
| 09:54:10 | 18 | A    Right.  Twitch and STATIONHEAD is where I get |
| 09:54:13 | 19 | money from streaming. |
| 09:54:14 | 20 | Q    Right.  And Kick might turn into that, but |
| 09:54:16 | 21 | Rumble, no, because you don't use it? |
| 09:54:18 | 22 | A    Right. |
| 09:54:18 | 23 | Q    All right.  What about other social media? |
| 09:54:19 | 24 | Other ways you get your -- your words out there to the |
| 09:54:22 | 25 | people? |

| | | | |
|---|---|---|---|
| 09:54:23 | 1 | A | I have a Facebook page. |
| 09:54:25 | 2 | Q | Okay. |
| 09:54:28 | 3 | A | And a blog page. |
| 09:54:29 | 4 | Q | What do you do with that? |
| 09:54:30 | 5 | A | It's an extension of my Instagram page where I |

09:54:33   6   blog; so it literally sends whatever I post on Instagram

09:54:36   7   to this Facebook page.

09:54:38   8        Q    Okay.  And do you -- do you make money off

09:54:46   9   Instagram in any way?

09:54:47  10        A    No.

09:54:47  11        Q    Or you just promote the other things?

09:54:49  12        A    I just promote.  I don't make money off of

09:54:51  13   Instagram.

09:54:51  14        Q    Okay.  And do you use Instagram to promote

09:54:53  15   your streaming and --

09:54:55  16        A    Yes.

09:54:55  17        Q    Streaming here and that.  Yes.

09:54:57  18             And have you learned, in doing the business,

09:54:58  19   how that works, meaning, like, the effects you get from

09:55:02  20   certain kinds of promotion and -- and kind of

09:55:05  21   attention-getting stuff?

09:55:06  22        A    No.  Unfortunately.

09:55:08  23        Q    You are still feeling your way?

09:55:11  24        A    You know --

09:55:13  25        Q    Go ahead --

| | | |
|---|---|---|
| 09:55:15 | 1 | A    It's difficult because I'm the talent; so |
| 09:55:18 | 2 | trying to figure out that background, you know, a lot of |
| 09:55:21 | 3 | people have a team to do all that stuff. |
| 09:55:23 | 4 | So, no, I haven't focused, and I'm not really |
| 09:55:26 | 5 | knowledgeable about those different things. |
| 09:55:30 | 6 | Q    Have -- have you developed a sense, just being |
| 09:55:32 | 7 | in it for the time you have, of sort of what sells? |
| 09:55:35 | 8 | What gets eyeballs?  What gets attention? |
| 09:55:39 | 9 | A    In a way. |
| 09:55:40 | 10 | Q    In a way? |
| 09:55:41 | 11 | A    Yeah. |
| 09:55:41 | 12 | Q    And what -- what do you think is on that list? |
| 09:55:43 | 13 | Like, if you are thinking how am I going to increase my |
| 09:55:46 | 14 | scope, get more people, get more attention, what are the |
| 09:55:49 | 15 | things you've learned that -- that pump that? |
| 09:55:52 | 16 | A    I've learned that you need to be accurate, |
| 09:55:54 | 17 | timely with your information, and it needs to be clean, |
| 09:55:59 | 18 | in terms of presentation.  I think those are the biggest |
| 09:56:02 | 19 | things. |
| 09:56:04 | 20 | Q    And by "clean," do you mean no bad words or? |
| 09:56:07 | 21 | A    I mean clean in the way that the visual |
| 09:56:08 | 22 | appears and the sound, and it needs to be produced in a |
| 09:56:11 | 23 | way that people would deem it quality. |
| 09:56:13 | 24 | Q    Yes.  And -- and on all of those things -- |
| 09:56:16 | 25 | clean, accuracy, timely -- do you -- do you try to do |

09:56:21   1   your best on all those?

09:56:22   2       A    I do.

09:56:23   3       Q    Okay.  All right.  Other -- other places on

09:56:29   4   social media that you are -- you have a presence?

09:56:34   5       A    Instagram, Twitter, Snapchat.

09:56:41   6       Q    And I'll just go to Twitter.

09:56:42   7            Do you get any direct economics out of that,

09:56:44   8   or it's just promoting the other things?

09:56:46   9       A    I have gotten money from Twitter before.

09:56:48   10      Q    Okay.  Tell me -- just -- how did it work?

09:56:50   11   What did you do, and what did you get?

09:56:52   12      A    Okay.  There was a time on a particular page,

09:56:55   13   I had, where based on your -- I believe your engagements

09:57:00   14   on Twitter, twitter would give you a payout.  I made no

09:57:04   15   more than $500 from the entire time, if even that.  You

09:57:10   16   would get maybe a $12 check for a month.  I don't know

09:57:13   17   what the scale is and how they do it, but it was very,

09:57:16   18   like, low.

09:57:17   19      Q    Okay.  And -- and what does -- in that -- in

09:57:23   20   that situation, what does "engagement" mean?  Somebody

09:57:28   21   responds to you or?

09:57:29   22      A    There was an update on Twitter where they

09:57:30   23   began to show how many people had viewed a post.  I

09:57:34   24   believe that's what they were referencing, but I'm not

09:57:37   25   sure.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

09:57:38  1        Q    Uh-huh.  And then there's some math around
09:57:44  2    that.  They say you got 5,000 views, and under our
09:57:48  3    system, that gets you $4?
09:57:50  4        A    No.  They don't pay for -- oh, oh, oh.  I
09:57:53  5    thought you --
09:57:53  6        Q    For Twitter?
09:57:54  7        A    Yeah.  I believe so, but I'm not certain how
09:57:56  8    they worked.
09:57:57  9        Q    But you think that whatever it is, it's
09:57:59 10    engagement-based --
09:58:00 11        A    I believe.
09:58:00 12        Q    -- and engagement probably means views?
09:58:03 13        A    Yes.
09:58:05 14        Q    Okay.  And -- but, in your case, the best you
09:58:09 15    ever did was $500?  Or everything together was $500 on
09:58:12 16    Twitter?
09:58:13 17        A    And I think that's very -- I think that's
09:58:14 18    exaggerated.
09:58:16 19        Q    Okay.  And then what about Snapchat?
09:58:20 20        A    I never made a dime from Snapchat.
09:58:22 21        Q    Okay.  And so why do you have that?  Just
09:58:24 22    to -- general promotion of your presence and feed the
09:58:27 23    other platforms?
09:58:28 24        A    It started actually as a personal page.
09:58:31 25        Q    Okay.

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 09:58:31 | 1 | A     As popularity has grown and more people have |
| 09:58:34 | 2 | become interested in me, it kind of turned into a public |
| 09:58:37 | 3 | page.  It's actually a personal Snapchat. |
| 09:58:40 | 4 | Q     Okay.  Other social media presence? |
| 09:58:52 | 5 | A     I have a TikTok. |
| 09:58:54 | 6 | Q     Okay.  And are there economics around that? |
| 09:58:58 | 7 | Do you get paid for that? |
| 09:58:59 | 8 | A     This TikTok was given to me by someone else. |
| 09:59:04 | 9 | Q     Okay. |
| 09:59:04 | 10 | A     So, when I got it, I was able to get a couple |
| 09:59:08 | 11 | of checks from TikTok, yes. |
| 09:59:15 | 12 | Q     So how did that happen?  Someone said, offered |
| 09:59:18 | 13 | to give you their TikTok?  Or you asked them for it?  Or |
| 09:59:21 | 14 | how did that happen? |
| 09:59:22 | 15 | A     There was -- one of my pages on social media |
| 09:59:25 | 16 | was targeted and deleted wrongly.  And a subscriber of |
| 09:59:30 | 17 | mine said, "I have a TikTok page I don't use.  Do you |
| 09:59:34 | 18 | want it?" |
| 09:59:35 | 19 | I said, "Sure." |
| 09:59:39 | 20 | Q     What -- is there some identifier of the TikTok |
| 09:59:41 | 21 | account?  Like, does it have a name or something? |
| 09:59:46 | 22 | A     Yes.  It -- I believe it's "MizzInformation" |
| 09:59:49 | 23 | at this time. |
| 09:59:50 | 24 | Q     I saw that.  Mizz with Zs; right? |
| 09:59:53 | 25 | A     Yes, two Zs. |

| | | |
|---|---|---|
| 09:59:55 | 1 | Q    Okay. |
| 09:59:55 | 2 | A    It's supposed to be an extension of my blog; |
| 09:59:57 | 3 | so it's supposed to be kind of branded the same, but I |
| 10:00:00 | 4 | don't use it at this time; so I'm not certain what the |
| 10:00:03 | 5 | name is at this time.  But I believe it's |
| 10:00:05 | 6 | MizzInformation. |
| 10:00:07 | 7 | Q    All right.  And did you go back and look at |
| 10:00:09 | 8 | any of your old social media or things on your phone or |
| 10:00:12 | 9 | computer to get ready for this deposition? |
| 10:00:16 | 10 | A    I looked at the case documents like the |
| 10:00:19 | 11 | Complaint itself.  I looked at that. |
| 10:00:22 | 12 | Q    All right.  What about any of your own |
| 10:00:24 | 13 | personal information that was getting produced, like, in |
| 10:00:26 | 14 | response to the request for documents and the questions? |
| 10:00:30 | 15 | A    Yes, I did. |
| 10:00:30 | 16 | Q    Did you go back through and just try to |
| 10:00:33 | 17 | remember what was going on? |
| 10:00:34 | 18 | A    Yes. |
| 10:00:34 | 19 | Q    All right.  And did you see in there that that |
| 10:00:36 | 20 | MizzInformation was what you used; right? |
| 10:00:39 | 21 | A    I cannot confirm that. |
| 10:00:41 | 22 | Q    Okay.  'Cause you didn't see -- like, have |
| 10:00:43 | 23 | you, in the last month, seen anything posted by you to |
| 10:00:49 | 24 | that site or handle? |
| 10:00:51 | 25 | A    No. |

MILAGRO ELIZABETH COOPER                                        JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:00:51 | 1 | Q    Okay.  Can you recall putting up anything at |
| 10:00:54 | 2 | the "MizzInformation"?  What -- what is it?  A website |
| 10:00:57 | 3 | or a -- |
| 10:01:00 | 4 | A    It's just a user name. |
| 10:01:02 | 5 | Q    Okay.  But a user name on what -- |
| 10:01:03 | 6 | A    For TikTok. |
| 10:01:04 | 7 | Q    On TikTok? |
| 10:01:04 | 8 | A    Yeah. |
| 10:01:05 | 9 | Q    Okay.  Have you gone back and looked to see |
| 10:01:09 | 10 | whether there's anything on MizzInformation -- |
| 10:01:12 | 11 | A    Oh, no. |
| 10:01:13 | 12 | Q    -- TikTok that's from you? |
| 10:01:14 | 13 | A    No. |
| 10:01:15 | 14 | Q    Okay.  And do you know -- can you remember |
| 10:01:17 | 15 | today whether you've ever posted anything to that |
| 10:01:20 | 16 | MizzInformation on TikTok? |
| 10:01:23 | 17 | A    Yes, I've posted to MizzInformation on TikTok. |
| 10:01:25 | 18 | Yes. |
| 10:01:25 | 19 | Q    Okay.  And you said something happened to |
| 10:01:27 | 20 | your -- one of your other social media accounts was |
| 10:01:30 | 21 | deleted, and so one of your audience said, "I have this. |
| 10:01:33 | 22 | You can use it"? |
| 10:01:34 | 23 | A    Right. |
| 10:01:34 | 24 | Q    And do you, like, formally transfer it, like, |
| 10:01:36 | 25 | officially? |

10:01:37  1        A    Yes.  I met with the person 'cause I know

10:01:40  2    them.

10:01:41  3        Q    Okay.

10:01:42  4        A    I met with them and -- at their apartment.

10:01:46  5    And we went over it with our phones.  You have to do --

10:01:49  6    you have to change the information name, email, phone

10:01:52  7    number.  So we did that together.

10:01:55  8        Q    Okay.  And is it a person in Houston too?

10:01:58  9        A    Yes.

10:01:58 10        Q    And what is -- him or her?

10:02:00 11        A    It's a man.

10:02:01 12        Q    And what's his name?

10:02:02 13        A    Mike Ray.

10:02:04 14        Q    How do you spell the last name?

10:02:05 15        A    Ray, R-A-Y.

10:02:07 16        Q    Okay.  And -- and this person -- did you know

10:02:11 17    Mike before he reached out on -- on, and said, "You can

10:02:14 18    have my TikTok"?

10:02:15 19        A    We had a point of reference.

10:02:17 20        Q    And what does that mean -- "point of

10:02:18 21    reference"?

10:02:18 22        A    I would not call him a friend.  He was a fan

10:02:21 23    of my show, and I enlisted him to try to intern for me

10:02:25 24    to post on my blog, but it didn't work out.

10:02:30 25        Q    It did, or didn't work out?

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:02:31 | 1 | A    It did not. |
| 10:02:32 | 2 | Q    Okay.  And other than being a potential intern |
| 10:02:35 | 3 | on your blog, what did Mr. Ray do for a living? |
| 10:02:38 | 4 | A    I'm not sure. |
| 10:02:45 | 5 | Q    Okay.  Did he become an intern for you? |
| 10:02:47 | 6 | A    Yes. |
| 10:02:48 | 7 | Q    All right.  What -- when was that? |
| 10:02:51 | 8 | A    I don't -- maybe 2022. |
| 10:02:59 | 9 | Q    All right.  So -- and prior to him reaching |
| 10:03:01 | 10 | out to you in some way on the -- on the social media, |
| 10:03:04 | 11 | did you know him at all -- Mr. Ray? |
| 10:03:09 | 12 | A    No. |
| 10:03:10 | 13 | Q    All right.  So when some- -- somebody came to |
| 10:03:12 | 14 | you through social media, and this person said, "I'm |
| 10:03:15 | 15 | your fan"? |
| 10:03:16 | 16 | A    Right.  That's my Mob Radio. |
| 10:03:17 | 17 | Q    And you had a dialogue, and at some point you |
| 10:03:18 | 18 | suggested, "Why don't you come and intern with me"? |
| 10:03:21 | 19 | A    We -- he was a fan of mine, and he came to a |
| 10:03:26 | 20 | meet and greet of mine and I met him in person. |
| 10:03:30 | 21 | Q    And that was sometime in 2022? |
| 10:03:35 | 22 | A    No.  It was before that, but I don't remember |
| 10:03:36 | 23 | exactly when that was. |
| 10:03:39 | 24 | Q    All right.  Where was the meet and greet? |
| 10:03:40 | 25 | A    In Houston. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:03:41 | 1 | Q    Okay.  And where in Houston?  Where did this |
| 10:03:46 | 2 | happen?  Like, at a restaurant or hotel? |
| 10:03:47 | 3 | A    I had booked a location.  I had booked a |
| 10:03:51 | 4 | Airbnb. |
| 10:03:52 | 5 | Q    Okay.  And is it, like, a party or? |
| 10:03:56 | 6 | A    It's like a meet and greet for fans. |
| 10:03:58 | 7 | Q    Okay.  And do you recall how many people were |
| 10:04:01 | 8 | there? |
| 10:04:02 | 9 | A    I don't. |
| 10:04:03 | 10 | Q    Was it more than a thousand? |
| 10:04:05 | 11 | A    No.  It was less than 20. |
| 10:04:07 | 12 | Q    Less than 20.  Okay. |
| 10:04:08 | 13 | A    Uh-huh. |
| 10:04:09 | 14 | Q    And -- all right.  So you met Mr. Ray at |
| 10:04:13 | 15 | this thing.  And then when you met him, did that -- the |
| 10:04:15 | 16 | issue of a possible internship come up right then? |
| 10:04:18 | 17 | A    Not at all. |
| 10:04:19 | 18 | Q    When you met him, did you have any sense of |
| 10:04:21 | 19 | what -- what he did or what his interest was besides |
| 10:04:24 | 20 | being a fan of your show? |
| 10:04:25 | 21 | A    No. |
| 10:04:27 | 22 | Q    Is there any particular reason you thought of |
| 10:04:29 | 23 | him as a candidate to be an intern? |
| 10:04:32 | 24 | A    No.  He asked me, and he had been around -- |
| 10:04:37 | 25 | Q    Okay. |

MILAGRO ELIZABETH COOPER                                        JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:04:37 | 1 | A    -- for a while as a fan, engaging in the |
| 10:04:40 | 2 | comment section.  And I felt like maybe I'll give him a |
| 10:04:44 | 3 | chance. |
| 10:04:45 | 4 | Q    Did you have any understanding of what -- |
| 10:04:46 | 5 | like, did he have any particular knowledge or skills? |
| 10:04:50 | 6 | Was he an expert in something?  Or, like, what did you |
| 10:04:53 | 7 | think he was going to bring to the table? |
| 10:04:55 | 8 | A    So what I did was I went and printed out |
| 10:04:57 | 9 | different papers that listed my expectations and how I |
| 10:05:02 | 10 | wanted things to look on my platform.  I went and sat |
| 10:05:06 | 11 | down with him.  I met him for lunch at a steakhouse, and |
| 10:05:10 | 12 | I presented him with these things.  And I said, "We'll |
| 10:05:12 | 13 | see if you can perform in a way that is satisfactory to |
| 10:05:18 | 14 | me," and it did not happen that way. |
| 10:05:20 | 15 | And so that's why, fairly quickly, I said, |
| 10:05:21 | 16 | "This isn't going to work," and I went back to doing it |
| 10:05:24 | 17 | myself.  It was a very short amount of time. |
| 10:05:27 | 18 | Q    What would you say the whole soup to nuts -- |
| 10:05:28 | 19 | how long was he around?  Less than a month? |
| 10:05:31 | 20 | A    No more than a month, I would say. |
| 10:05:33 | 21 | Q    And what -- is it fair to say what he was |
| 10:05:35 | 22 | going to help you with was, like, production values?  Or |
| 10:05:38 | 23 | it was going to be more than that? |
| 10:05:40 | 24 | A    I was going to be -- to post to Instagram on |
| 10:05:42 | 25 | my Instagram blog. |

| | | |
|---|---|---|
| 10:05:49 | 1 | Q    All right.  So the expectations were he was |
| 10:05:51 | 2 | going to kind of keep track of everything you are doing |
| 10:05:53 | 3 | and make sure it got -- it got posted to Instagram? |
| 10:05:56 | 4 | A    I just needed him to post trending topics |
| 10:05:58 | 5 | and -- and new stories on Instagram. |
| 10:06:01 | 6 | Q    And that would be under your Instagram |
| 10:06:04 | 7 | account? |
| 10:06:05 | 8 | A    Yes.  My blog page, not my personal. |
| 10:06:07 | 9 | Q    Your blog page. |
| 10:06:08 | 10 | And did he have his own Instagram account or |
| 10:06:10 | 11 | blog page? |
| 10:06:11 | 12 | A    Yes. |
| 10:06:11 | 13 | Q    What was his -- what do you call it -- handle? |
| 10:06:14 | 14 | Name? |
| 10:06:15 | 15 | A    I'm not certain what his handle was. |
| 10:06:19 | 16 | Q    Do you follow him on social media? |
| 10:06:21 | 17 | A    I do not. |
| 10:06:22 | 18 | Q    Did you back then? |
| 10:06:22 | 19 | A    Yes. |
| 10:06:23 | 20 | Q    Okay.  And at some point, you unfollow him |
| 10:06:25 | 21 | when he didn't work out? |
| 10:06:27 | 22 | A    I unfollowed him based on a -- a disagreement. |
| 10:06:32 | 23 | Q    All right.  What was that? |
| 10:06:37 | 24 | A    He was a very active member of the comment |
| 10:06:41 | 25 | section.  As a fan, he was just very active.  And I |

10:06:44  1   didn't see him for a while.  I had his personal phone

10:06:48  2   number; so I called to check on him.  He did not answer.

10:06:53  3   This went on for weeks.

10:06:56  4        Eventually, I called his job, and I said,

10:06:59  5   "Hey, is" -- I tried to book an appointment.  He was at

10:07:04  6   Paul Mitchell doing hair.  So I said, "Can I book an

10:07:07  7   appointment with Mike?"

10:07:08  8        And the woman said, "Sure."  And that's when I

10:07:10  9   knew he was alive and okay.

10:07:11  10       So I said, "Okay."

10:07:12  11       So I just hung up the phone.  And so that was

10:07:14  12  my issue with him -- that I was trying to check on him,

10:07:17  13  and that he wasn't answering.  And so, when we got back

10:07:21  14  in contact, he said that he was going through something,

10:07:22  15  and he apologized.

10:07:27  16       Q    All right.  So at the time -- so -- so what

10:07:32  17  was the disagreement?

10:07:34  18       A    That he had been a very active person and

10:07:36  19  had -- he was supposed -- he was still someone who was

10:07:39  20  adding to the space and coming and giving information.

10:07:42  21  And, when he disappeared, I was worried because this is

10:07:47  22  someone that I have a positive exchange with at this

10:07:49  23  point.  It's been years at this point that I've known

10:07:52  24  him.

10:07:52  25       So I've been to his home, like I told you.  We

| | | |
|---|---|---|
| 10:07:54 | 1 | went out to lunch.  So, when he didn't answer, I was |
| 10:07:57 | 2 | worried about him.  So I was upset because I felt like |
| 10:08:00 | 3 | he could have just let me know that he was okay. |
| 10:08:03 | 4 | Q    All right.  So the disagreement was that he |
| 10:08:05 | 5 | stopped being so active on social media and the ones |
| 10:08:08 | 6 | that you were in together? |
| 10:08:09 | 7 | A    My -- my disagreement was that he was |
| 10:08:11 | 8 | seemingly missing to me.  I was concerned for his |
| 10:08:14 | 9 | safety.  He was so active that when he wasn't, I thought |
| 10:08:17 | 10 | something happened to him. |
| 10:08:19 | 11 | Q    Okay.  Are there other fans who you had that |
| 10:08:22 | 12 | level of concern for, where you would go like call their |
| 10:08:26 | 13 | job and see if they're around? |
| 10:08:28 | 14 | A    Not call their job, but I've had a fan that I |
| 10:08:30 | 15 | took groceries to because he was fired from his job for |
| 10:08:32 | 16 | stealing food.  I literally, personally purchased |
| 10:08:35 | 17 | groceries and took them to his home, because he had come |
| 10:08:38 | 18 | to a meet and greet of mine, and I -- I thought he was |
| 10:08:41 | 19 | nice.  He was active in my community as well. |
| 10:08:45 | 20 | Yes, I have done -- yes, I've looked out. |
| 10:08:48 | 21 | Q    Okay.  And -- and -- how did it -- I don't |
| 10:08:56 | 22 | know if I'm confusing this. |
| 10:08:58 | 23 | So Michael Ray -- he is the one he was going |
| 10:08:59 | 24 | to do some things, post to the Instagram.  It was -- it |
| 10:09:02 | 25 | was less than a month before you figured out it wasn't |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:09:04 | 1 | going to work; right? |
| 10:09:05 | 2 |     A    Right. |
| 10:09:06 | 3 |     Q    And then how does that tie into all this other |
| 10:09:08 | 4 | stuff about looking for him and checking if he is okay? |
| 10:09:12 | 5 |     A    Well, you asked me about following him, and I |
| 10:09:14 | 6 | explained to you why I unfollowed him.  It had nothing |
| 10:09:17 | 7 | to do with him working for me.  Just as a person who |
| 10:09:19 | 8 | felt like he may have been in trouble.  He was very |
| 10:09:21 | 9 | active.  So, once I saw he wasn't, I got concerned. |
| 10:09:25 | 10 |     Q    Okay.  And what's the -- what's the time -- in |
| 10:09:27 | 11 | other words, did he -- did he intern for you first, and |
| 10:09:32 | 12 | then he kind of disappeared or? |
| 10:09:36 | 13 |     A    The internship happened first, and then this |
| 10:09:38 | 14 | incident I'm telling you about is years later. |
| 10:09:42 | 15 |     Q    Okay.  So he was an intern, and he left on not |
| 10:09:45 | 16 | great terms; right? |
| 10:09:47 | 17 |     A    No.  We were still fine. |
| 10:09:48 | 18 |     Q    Oh, you were fine. |
| 10:09:49 | 19 |     He just wasn't good at what you needed him to |
| 10:09:51 | 20 | do? |
| 10:09:51 | 21 |     A    Yeah.  Right, right. |
| 10:09:52 | 22 |     Q    So you said, "This isn't going to work"? |
| 10:09:54 | 23 |     A    Right. |
| 10:09:55 | 24 |     Q    "But let's stay friends"? |
| 10:09:56 | 25 |     A    Yeah. |

10:09:56   1          Q    And he continued to be on your social media?

10:09:58   2          A    Right.  And he was very active.

10:09:59   3               So when you asked me, well, why did I unfollow

10:10:02   4    him.  It was because I was worried about him.

10:10:05   5          Q    Okay.  And are you still in touch with

10:10:11   6    Mr. Ray?

10:10:12   7          A    No.

10:10:13   8          Q    Okay.  Is there a reason you stopped being in

10:10:18   9    touch with him?

10:10:19  10          A    The reason that I just gave.  I just feel like

10:10:22  11    it was very inconsiderate to not at least say, "I'm

10:10:26  12    okay."  I made it very clear that I was just concerned

10:10:28  13    for his well-being, and I just felt like, you know, I

10:10:31  14    don't want to be in this situation again.  So let's just

10:10:34  15    keep it how things are.  No contact.

10:10:39  16          Q    And what did he say?

10:10:41  17          A    He wrote me multiple times.  He text me,

10:10:43  18    begging to speak to me.  He asked for forgiveness.  He

10:10:46  19    said he was sorry.

10:10:50  20          Q    And how would you -- was there anything

10:10:52  21    romantic in that relationship?

10:10:53  22          A    Absolutely not.  He is homosexual.

10:10:55  23          Q    And -- and the -- the thing that took it apart

10:11:01  24    was that he didn't check in with you, and you -- you

10:11:06  25    were offended by that?

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:11:08 | 1 | A    I wouldn't call us friends, but I thought that |
| 10:11:10 | 2 | we had enough history that if I was calling to see if he |
| 10:11:14 | 3 | was okay, that he would be considerate enough to say, |
| 10:11:17 | 4 | "I'm okay."  An extended period of time went by where I |
| 10:11:20 | 5 | didn't know what may have -- I didn't know anything.  I |
| 10:11:22 | 6 | was just concerned. |
| 10:11:23 | 7 | Q    Okay.  But after all that, he wrote you.  He |
| 10:11:26 | 8 | apologized profusely and said, "I'm sorry"? |
| 10:11:29 | 9 | A    And I said, "That's okay, but I don't wish to |
| 10:11:31 | 10 | build" -- |
| 10:11:31 | 11 | Q    But we're done? |
| 10:11:32 | 12 | A    -- "further."  Right. |
| 10:11:34 | 13 | Q    Okay.  Other social media that you are on that |
| 10:11:46 | 14 | we haven't talked about? |
| 10:11:49 | 15 | A    I think we've gone over all of them. |
| 10:11:52 | 16 | Q    Discord -- does that count as social media? |
| 10:11:56 | 17 | A    I'm not sure how Discord is. |
| 10:11:59 | 18 | Q    What is it? |
| 10:12:00 | 19 | A    It's -- I would describe it as a community |
| 10:12:04 | 20 | server.  A community server. |
| 10:12:06 | 21 | Q    Okay.  Server like a computer server.  Like -- |
| 10:12:10 | 22 | or? |
| 10:12:11 | 23 | A    They use the term "server."  I don't know. |
| 10:12:14 | 24 | Q    How did you -- how long have you been using |
| 10:12:15 | 25 | that -- Discord? |

| | | |
|---|---|---|
| 10:12:20 | 1 | A    Maybe 2018, 2019-ish.  It's been a while. |
| 10:12:27 | 2 | Q    And -- and what do you do with Discord? |
| 10:12:31 | 3 | Obviously, it's a broad period.  But starting in 2019, |
| 10:12:34 | 4 | how have you used that as part of your social media? |
| 10:12:37 | 5 | A    Discord is a space for my community to be able |
| 10:12:39 | 6 | to speak when I'm not live.  I use it in the hopes of a |
| 10:12:45 | 7 | bonding tool; so -- |
| 10:12:49 | 8 | There are chats for gardening, working out, |
| 10:12:56 | 9 | prayer.  Sometimes we watch things together because you |
| 10:13:00 | 10 | can stream.  Music videos.  When I said, "watch things |
| 10:13:05 | 11 | together," things that would get you a copyright strike |
| 10:13:08 | 12 | on YouTube or Twitch.  So music videos and things of |
| 10:13:10 | 13 | that nature that would get a copyright strike. |
| 10:13:13 | 14 | I can't -- I can't stream a music video and |
| 10:13:15 | 15 | give my opinion there; so I would say, "Let's go to |
| 10:13:17 | 16 | Discord."  And we'll watch the music video there so we |
| 10:13:21 | 17 | can all see it and hear it, and then you have to go back |
| 10:13:24 | 18 | to the other platform and talk about how you want it. |
| 10:13:26 | 19 | Q    You said there's channels for gardening and |
| 10:13:28 | 20 | these things.  Those are within your -- |
| 10:13:31 | 21 | A    Yes. |
| 10:13:31 | 22 | Q    -- community.  Or it's more general? |
| 10:13:33 | 23 | A    A Discord server begins blank.  It's a blank |
| 10:13:37 | 24 | canvas. |
| 10:13:38 | 25 | Q    Okay. |

MILAGRO ELIZABETH COOPER                                              JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:13:38 | 1 | A    So you create everything about it; so I |
| 10:13:40 | 2 | personally created those rooms. |
| 10:13:42 | 3 | Q    Okay.  So -- so if we were to compare it to a |
| 10:13:45 | 4 | physical space, in your Discord world, there's a room |
| 10:13:48 | 5 | that's gardening.  There's a room that's -- |
| 10:13:50 | 6 | A    Right.  If it were this building, this would |
| 10:13:53 | 7 | be a gardening room, across the hall would be a room for |
| 10:13:56 | 8 | people to talk about sports.  There would be another |
| 10:13:59 | 9 | room for people to pray and give words of encouragement. |
| 10:14:01 | 10 | There would be a room where people can talk on the |
| 10:14:03 | 11 | phone. |
| 10:14:04 | 12 | Q    Okay.  And you set up the rooms? |
| 10:14:06 | 13 | A    Yes. |
| 10:14:07 | 14 | Q    And what is this whole place called? |
| 10:14:10 | 15 | A    At this time it's called "MobzWorld," M-O-B-Z. |
| 10:14:15 | 16 | MobzWorld. |
| 10:14:16 | 17 | Q    And, like, today, how many people visit that |
| 10:14:21 | 18 | or -- is it -- how do you measure the popularity of |
| 10:14:26 | 19 | that? |
| 10:14:26 | 20 | A    They allow you to see how many people are a |
| 10:14:29 | 21 | part of your community. |
| 10:14:31 | 22 | Q    Okay.  And so, in MobzWorld, on Discord, how |
| 10:14:35 | 23 | many people are part of your community now? |
| 10:14:37 | 24 | A    I would say maybe 3500.  It's 3000-something. |
| 10:14:41 | 25 | Q    And what was it back in 2019? |

| | | |
|---|---|---|
| 10:14:44 | 1 | A    Much smaller.  Maybe 20 people.  Maybe 50 |
| 10:14:51 | 2 | people.  Something like that.  Very small. |
| 10:14:53 | 3 | Q    All right.  And you said one of the utilities |
| 10:14:57 | 4 | of -- of Discord is if there's something copyrighted |
| 10:15:02 | 5 | that you want to look at to talk about, if you did it on |
| 10:15:04 | 6 | Twitter, or one of these other ones, you would get a |
| 10:15:06 | 7 | copyright strike? |
| 10:15:08 | 8 | A    Right. |
| 10:15:08 | 9 | Q    And -- and tell me what's your understanding |
| 10:15:10 | 10 | of what a copyright strike is? |
| 10:15:12 | 11 | A    A copyright strike is the person doesn't want |
| 10:15:17 | 12 | you using their content in your video. |
| 10:15:20 | 13 | Q    So how -- how does that present itself to you? |
| 10:15:25 | 14 | A    So -- |
| 10:15:26 | 15 | Q    Have you had one? |
| 10:15:27 | 16 | A    A copyright strike?  I believe so. |
| 10:15:31 | 17 | Q    So tell me what you think it is?  Like, what |
| 10:15:34 | 18 | happens?  You post? |
| 10:15:35 | 19 | A    So what happens is that I would be streaming, |
| 10:15:37 | 20 | and the system -- YouTube system would -- however they |
| 10:15:41 | 21 | detect these things -- would say, "Hey, you have" -- |
| 10:15:43 | 22 | they would send me an email.  You have copyrighted |
| 10:15:45 | 23 | material in your video. |
| 10:15:47 | 24 | Sometimes they would say, because you are not |
| 10:15:48 | 25 | monetized, there's no effect.  You can keep it. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | |
|---|---|
| 10:15:51 | 1 |

10:15:51  1          Sometimes the owner doesn't want it used at

10:15:53  2   all so you go and mute the audio, and you can keep your

10:15:56  3   video up.  That's basically it.

10:15:59  4       Q    Okay.  And -- but when they send you that

10:16:07  5   message, they're also disabling the underlying content;

10:16:10  6   right?

10:16:11  7       A    It depends on the copyright owner.

10:16:13  8       Q    Okay.

10:16:13  9       A    They get to decide.

10:16:14  10      Q    All right.  But -- but whatever it is that

10:16:17  11  happens there, it's better for you to send people to

10:16:21  12  Discord where you can watch it without it getting

10:16:24  13  copyright?

10:16:25  14          MS. DIXON:  Objection.  Assumes facts not in

10:16:26  15  evidence.

10:16:26  16          MR. O'SULLIVAN:  Okay.  Well, I just want to

10:16:26  17  know exactly how it works.

10:16:26  18  BY MR. O'SULLIVAN:

10:16:29  19      Q    So -- so I think you told me that one use of

10:16:31  20  Discord is it's a place we can look at content that

10:16:34  21  might create a copyright strike over here; is that

10:16:37  22  correct?

10:16:38  23      A    Yes.

10:16:39  24      Q    Okay.  And what's an example of something you

10:16:41  25  would look at on Discord to avoid this copyright strike

10:16:44   1   issue?

10:16:45   2       A    Okay.  So Beyonce came up with a music video

10:16:51   3   today, and it was a topic on my show on YouTube, so I

10:16:54   4   got to talk about it, but we want to hear the song, and

10:16:57   5   we want to watch the video.

10:16:59   6           Beyonce, more than likely, is going to flag

10:17:02   7   that and make you trim out that whole segment of your

10:17:04   8   video; so now the integrity of your video is affected.

10:17:07   9   You don't want that.

10:17:08   10          So, later on, as we're bonding, chilling,

10:17:11   11  "Hey, did you guys want to watch that Beyonce video"?

10:17:13   12          "Sure."

10:17:14   13          Watch the video.

10:17:18   14      Q    All right.  So -- so what I'm trying to

10:17:21   15  understand is, is what's the timing?  In other words, do

10:17:25   16  you talk for a while on your other social medias that

10:17:29   17  may have this copyright issue.  And then say, "Hey, go

10:17:32   18  to Discord and look at this" and then come back and

10:17:34   19  talk?

10:17:35   20      A    No.  Discord is just a community space that

10:17:37   21  runs on its own, based on the members.  That happens

10:17:40   22  sporadically.  Come in come out.  It's literally at

10:17:44   23  people's leisure when they want to.

10:17:45   24          So it's not scheduled.  It's not "Hey, I

10:17:48   25  talked about this today, so now I'm going to Discord to

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|--|--|--|
| 10:17:50 | 1 | do this."  No.  No. |
| 10:17:52 | 2 | Q    Right.  But -- but the -- is the -- is the -- |
| 10:17:54 | 3 | what you are trying to do for the fans saying, "You can |
| 10:17:58 | 4 | come talk to me about this late-breaking video.  We're |
| 10:18:01 | 5 | going to talk about it.  If you need to see it, to |
| 10:18:05 | 6 | understand what we're talking about, go over here"? |
| 10:18:07 | 7 | A    No. |
| 10:18:07 | 8 | Q    Tell me in your words what's the point of |
| 10:18:09 | 9 | having the music video on Discord and the conversation |
| 10:18:12 | 10 | on one of these other social media? |
| 10:18:14 | 11 | A    So I'm a music lover.  STATIONHEAD is a radio |
| 10:18:17 | 12 | hosting platform.  All the streams count towards |
| 10:18:20 | 13 | billboard.  So music is a big part of Mob Radio.  It's a |
| 10:18:24 | 14 | big part of what I do. |
| 10:18:26 | 15 | So I actually have plug-ins.  People can play |
| 10:18:28 | 16 | music on here.  So it's not a "I talked about this; so |
| 10:18:31 | 17 | let's go here."  Simply because I cannot -- I don't have |
| 10:18:35 | 18 | that freedom on YouTube. |
| 10:18:36 | 19 | If I am in this space and it comes up, we may |
| 10:18:39 | 20 | watch a music video -- is what I'm saying.  Or if there |
| 10:18:42 | 21 | was a topic that people are talking about, and there's |
| 10:18:45 | 22 | an opportunity at that point, "Hey, y'all want to watch |
| 10:18:47 | 23 | it?"  Then we'll watch it.  It's not a orchestrated |
| 10:18:49 | 24 | thing like that.  No.  It's not an extension of my show |
| 10:18:52 | 25 | in any way. |

| | | |
|---|---|---|
| 10:18:52 | 1 | Q    Okay.  I understand it's not orchestrated. |
| 10:18:54 | 2 | But -- but just the basic -- we're talking about |
| 10:18:57 | 3 | something that you -- you think you can't put up on |
| 10:18:59 | 4 | YouTube, right, because it's going to get one of these |
| 10:19:02 | 5 | strikes? |
| 10:19:03 | 6 | A    No. |
| 10:19:04 | 7 | Q    So explain it to me in your words.  I want to |
| 10:19:07 | 8 | understand why you use Discord as part of this to post a |
| 10:19:11 | 9 | music video in the case you gave me -- Beyonce. |
| 10:19:14 | 10 | A    No.  What I'm telling you is Discord is a |
| 10:19:16 | 11 | community space, and so it's -- it's a hangout, so to |
| 10:19:19 | 12 | speak.  So what I'm telling you, we may watch things. |
| 10:19:21 | 13 | You can use channels for different things. |
| 10:19:23 | 14 | So I'm just telling you that, when I'm |
| 10:19:26 | 15 | present, that -- okay.  I may play a music video when I |
| 10:19:28 | 16 | come in.  I want to talk about something; so I may play |
| 10:19:31 | 17 | a music video.  I may listen to music.  They have movies |
| 10:19:34 | 18 | on YouTube.  We may watch a YouTube movie. |
| 10:19:37 | 19 | So it's not about -- I was copyrighted so I |
| 10:19:38 | 20 | want to go Discord to show something.  No.  'Cause I |
| 10:19:40 | 21 | don't get a negative effect on YouTube. |
| 10:19:43 | 22 | Q    All right.  I'm misunderstanding.  I thought |
| 10:19:45 | 23 | we started this whole thing with you saying some things |
| 10:19:48 | 24 | go on Discord because on YouTube, I'll get a copyright |
| 10:19:52 | 25 | strike; right? |

| | | |
|---|---|---|
| 10:19:53 | 1 | A    It's possible.  Yeah. |
| 10:19:54 | 2 | Q    And that Discord was the solution to that. |
| 10:19:57 | 3 | You are not going to get a copyright strike on |
| 10:20:00 | 4 | Discord; right? |
| 10:20:02 | 5 | MS. DIXON:  Assumes facts not in evidence. |
| 10:20:04 | 6 | MR. O'SULLIVAN:  I'm asking her for her |
| 10:20:05 | 7 | experience. |
| 10:20:06 | 8 | MS. DIXON:  Objection.  Calls for speculation. |
| 10:20:06 | 9 | MR. O'SULLIVAN:  No, it isn't. |
| 10:20:06 | 10 | MS. DIXON:  Speculation on her part as to what |
| 10:20:10 | 11 | YouTube is going to do. |
| 10:20:13 | 12 | BY MR. O'SULLIVAN: |
| 10:20:14 | 13 | Q    I just want your experience. |
| 10:20:15 | 14 | MS. DIXON:  And it calls for a legal opinion. |
| 10:20:17 | 15 | MR. O'SULLIVAN:  Counsel. |
| 10:20:18 | 16 | MS. DIXON:  Objection.  Calls for a legal |
| 10:20:20 | 17 | opinion. |
| 10:20:20 | 18 | MR. O'SULLIVAN:  Okay. |
| 10:20:20 | 19 | And you just need to say, "Objection."  If I |
| 10:20:22 | 20 | need the basis, I'll ask you. |
| 10:20:24 | 21 | MS. DIXON:  I think I do have to give the |
| 10:20:25 | 22 | basis, like relevance and -- |
| 10:20:27 | 23 | MR. O'SULLIVAN:  No you don't.  Some people |
| 10:20:27 | 24 | call that -- |
| 10:20:28 | 25 | MS. DIXON:  You can't just object and not say |

10:20:28   1   what it is.  I didn't say speaking.  I'm just saying

10:20:31   2   calls for a legal opinion.  I didn't justify it.  That's

10:20:35   3   the basis of the objection.

10:20:37   4          MR. O'SULLIVAN:  Okay.

10:20:37   5   BY MR. O'SULLIVAN:

10:20:38   6      Q   I don't need a legal opinion from you.

10:20:40   7          I want to understand in the situation you told

10:20:43   8   me with the Beyonce video on Discord and a conversation

10:20:47   9   coming -- going on with you and your fans on another

10:20:50  10   channel, why are you doing it that way instead of just

10:20:53  11   putting it all together on YouTube in one place?

10:20:57  12      A   Because by the time I'm on Discord, I'm not

10:20:59  13   working anymore.  I'm trying to relax and see my -- I

10:21:05  14   actually get to know my community and hear what they

10:21:07  15   have to say, so this is not a show.

10:21:11  16          I routinely say Discord is not about me.

10:21:13  17   That's why it's MobzWorld.  It's for the people.  So

10:21:16  18   it's just about trending -- what's going on.  People

10:21:19  19   talk about their own personal lives.

10:21:21  20          So it's not because YouTube doesn't let me

10:21:24  21   do something I go to Discord.  No.  I'm just telling

10:21:27  22   that you I don't know these people personally; so the

10:21:29  23   only thing that they can -- the only place they can meet

10:21:31  24   me is what I talked about on my show.  So show topics

10:21:34  25   may come up -- is what I'm saying.

10:21:36   1        Q    Uh-huh.

10:21:37   2        A    Right.

10:21:37   3        Q    But we got in this whole thing because of the

10:21:39   4    copyright problem.

10:21:40   5             You brought it up; right?

10:21:42   6        A    I gave you an example of something.

10:21:44   7        Q    All right.  I'm just trying to stay with that

10:21:46   8    example.

10:21:46   9        A    Okay.

10:21:47  10        Q    Is it your understanding that there are

10:21:48  11    different rules on what you can do with copyrighted

10:21:52  12    material on Discord versus other social media platforms?

10:21:56  13        A    Yes.

10:21:57  14        Q    Okay.  And the rules are, looser on Discord,

10:22:00  15    would you say?

10:22:03  16        A    I wouldn't say looser.  I think because of the

10:22:06  17    benefit that artists get from YouTube 'cause they make

10:22:09  18    money on those videos and stuff like that, that's why

10:22:11  19    they're more strict.  On Twitch, I also play music

10:22:14  20    videos that YouTube may copyright.  So -- it just

10:22:18  21    depends on the platform.

10:22:20  22             But every platform has rules.  Somebody could

10:22:22  23    report the Discord, so every platform has rules.

10:22:26  24        Q    Uh-huh.  But your understanding is the chances

10:22:32  25    that you are going to get in trouble on copyright

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:22:34 | 1 | grounds on Discord are lower than on YouTube; right? |
| 10:22:37 | 2 | A    No. |
| 10:22:38 | 3 | Q    No? |
| 10:22:39 | 4 | A    No.  Because you can't speak for what someone |
| 10:22:42 | 5 | else may do.  Somebody may flag you. |
| 10:22:44 | 6 | Like, I told you one of my pages was falsely |
| 10:22:46 | 7 | flagged and suspended.  So, no, I didn't have the |
| 10:22:49 | 8 | confidence that it wasn't possible.  Of course, it can |
| 10:22:52 | 9 | happen. |
| 10:22:52 | 10 | Q    You didn't treat it as just a workaround for |
| 10:22:54 | 11 | something you knew you couldn't do.  You couldn't put it |
| 10:22:56 | 12 | up on YouTube so it wasn't -- |
| 10:22:57 | 13 | A    Right.  No.  It wasn't at all.  No. |
| 10:23:00 | 14 | Q    Okay.  And -- and you said your -- your social |
| 10:23:02 | 15 | media was suspended. |
| 10:23:03 | 16 | Which account was that? |
| 10:23:05 | 17 | A    My Twitter.  I've had Twitter and Instagram |
| 10:23:07 | 18 | suspended. |
| 10:23:09 | 19 | Q    Are they currently suspended -- either of |
| 10:23:11 | 20 | them? |
| 10:23:12 | 21 | A    My Twitter is currently suspended. |
| 10:23:14 | 22 | Q    And what were the stated grounds for that? |
| 10:23:16 | 23 | What was the reason they gave? |
| 10:23:22 | 24 | A    Evasion, I believe. |
| 10:23:23 | 25 | Q    Evasion? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:23:24 | 1 | A    Yeah.   That's when you make another Twitter |
| 10:23:26 | 2 | after one has been suspended. |
| 10:23:28 | 3 | Q    Okay.   Is that the word they use -- "evasion"? |
| 10:23:34 | 4 | A    I believe so. |
| 10:23:36 | 5 | Q    And was that true of you?  Had you had a |
| 10:23:38 | 6 | previous account suspended, and you made a new one? |
| 10:23:41 | 7 | A    Yes, I had a previous account suspended. |
| 10:23:44 | 8 | Q    And that previous account did have a different |
| 10:23:49 | 9 | name than -- than the more recent one? |
| 10:23:53 | 10 | A    Yes. |
| 10:23:53 | 11 | Q    Okay.  And what was the reason -- and was that |
| 10:23:59 | 12 | the first time your Twitter account got suspended? |
| 10:24:02 | 13 | A    No. |
| 10:24:04 | 14 | Q    All right.  What's the first time your Twitter |
| 10:24:05 | 15 | account got suspended?  What year? |
| 10:24:07 | 16 | A    I don't recall. |
| 10:24:09 | 17 | Q    Best you can estimate?  Was it 1940? |
| 10:24:13 | 18 | A    No.  I wasn't alive. |
| 10:24:15 | 19 | Q    This is -- |
| 10:24:16 | 20 | A    2020 possibly. |
| 10:24:17 | 21 | Q    Okay.  And how long had you been on Twitter at |
| 10:24:20 | 22 | that point? |
| 10:24:21 | 23 | A    Since 2010. |
| 10:24:22 | 24 | Q    Okay.  And 2020 was the first time your |
| 10:24:26 | 25 | Twitter, what, gets taken down?  Literally suspended? |

| | | |
|---|---|---|
| 10:24:29 | 1 | A    That's the first time I recall. |
| 10:24:31 | 2 | Q    Okay.  And what was the stated reason back |
| 10:24:32 | 3 | then? |
| 10:24:33 | 4 | A    I don't recall. |
| 10:24:35 | 5 | Q    Were you bothered? |
| 10:24:38 | 6 | A    That my page was deleted. |
| 10:24:39 | 7 | Q    Yeah. |
| 10:24:40 | 8 | A    I was frustrated, yes. |
| 10:24:42 | 9 | Q    And did you try to understand why -- that they |
| 10:24:44 | 10 | were able to do that to you? |
| 10:24:48 | 11 | A    At the time, I'm sure I did.  Uh-huh. |
| 10:24:52 | 12 | Q    And sitting here, you can't recall why they |
| 10:24:54 | 13 | suspended your account? |
| 10:24:55 | 14 | A    No.  Because I get harassed a lot; so it's -- |
| 10:24:59 | 15 | it's always something that doesn't make sense. |
| 10:25:02 | 16 | Q    Whether it makes sense or not, you can't even |
| 10:25:04 | 17 | remember the reason they told you your account is |
| 10:25:06 | 18 | suspended? |
| 10:25:08 | 19 | A    No.  For example, I've gotten an account |
| 10:25:10 | 20 | suspended, and I didn't get a follow-up email; so I had |
| 10:25:13 | 21 | no idea why, and I had no nobody to contact.  So there's |
| 10:25:16 | 22 | some instances where I don't know. |
| 10:25:17 | 23 | There was -- my latest Twitter got suspended. |
| 10:25:19 | 24 | They claimed I was impersonating myself.  I tried to |
| 10:25:23 | 25 | reach out, I hit a brick wall; so -- |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

10:25:28  1        Q    So the words I'm hearing here "impersonating"
10:25:30  2   and "invasion," they all seem like dishonesty words.
10:25:35  3            Is that what they were saying?  That you were
10:25:36  4   misleading people by --
10:25:36  5        A    Well --
10:25:37  6            MS. DIXON:  Calls for speculation about what
10:25:38  7   they were saying.
10:25:39  8            THE WITNESS:  'Cause I could explain to you
10:25:40  9   what the -- the situation is, I had my face on Instagram
10:25:44  10  on my profile picture, and I was verified there.  I was
10:25:48  11  not verified on Twitter.  So I had my personal picture
10:25:51  12  in my avi on Twitter.
10:25:56  13        (The Court Reporter requested clarification.)
10:25:57  14            THE WITNESS:  Avi, A-V-I.  That's what they
10:25:57  15  call the profile picture.  It was a picture of myself.
10:26:01  16            And from me being harassed, fans went on
10:26:05  17  Twitter -- Megan Pete fans.  Because they publicly said
10:26:08  18  this, they went and reported my Twitter for
10:26:11  19  impersonation of my verified Instagram.  That should
10:26:14  20  have never happened; so it should have never been
10:26:17  21  suspended.  It was suspended for me impersonating myself
10:26:20  22  because I wasn't verified on Twitter.
10:26:21  23            So they said, "She's not the real
10:26:23  24  Milagro Gramz," and they got my page deleted.  So I made
10:26:27  25  another one, and they said, "You evaded it."

| | | |
|---|---|---|
| 10:26:29 | 1 | I'm continuously saying, "You will not follow |
| 10:26:30 | 2 | up with me."  I sent my license.  I sent my trademarks. |
| 10:26:33 | 3 | I tried to talk to them for months. |
| 10:26:36 | 4 | So the words "invader" and "impersonation" |
| 10:26:39 | 5 | were used, but in understanding why, it's not really |
| 10:26:42 | 6 | anything substantial or my wrongdoing. |
| 10:26:50 | 7 | BY MR. O'SULLIVAN: |
| 10:26:51 | 8 | Q    Are any of the suspensions of your -- of your |
| 10:26:58 | 9 | Twitter or your Insta for reasons that you do |
| 10:27:00 | 10 | understand?  Do you know why they did it?  And you agree |
| 10:27:03 | 11 | you did whatever it is those suspended you for? |
| 10:27:05 | 12 | A    I do not agree. |
| 10:27:06 | 13 | Q    And whatever the reasons were, in each case, |
| 10:27:09 | 14 | you say they were wrong? |
| 10:27:10 | 15 | A    At no point in time have I agreed.  No. |
| 10:27:12 | 16 | Q    Okay.  So I'm going to go back. |
| 10:27:14 | 17 | In the beginning, we talked about making it |
| 10:27:15 | 18 | easier for the court reporter; so you have to let me |
| 10:27:17 | 19 | finish me question. |
| 10:27:18 | 20 | A    Okay. |
| 10:27:18 | 21 | Q    And just leave a little space for her to catch |
| 10:27:20 | 22 | up. |
| 10:27:20 | 23 | A    Of course. |
| 10:27:21 | 24 | Q    And then -- have you made any attempt to |
| 10:27:29 | 25 | understand what the rules are, say, on Twitter, in terms |

| | | |
|---|---|---|
| 10:27:32 | 1 | of what you can and can't do? |
| 10:27:38 | 2 | A    Yes. |
| 10:27:38 | 3 | Q    All right.  And did you -- how did you do |
| 10:27:40 | 4 | that?  How did you figure out what's going to get you |
| 10:27:43 | 5 | suspended or not on Twitter? |
| 10:27:45 | 6 | A    When I have gotten an email with an issue, |
| 10:27:49 | 7 | I've looked into that particular situation.  They have |
| 10:27:52 | 8 | links that you can follow. |
| 10:27:55 | 9 | In a broad way, looking at all of their |
| 10:27:57 | 10 | things?  No.  I don't know all their policies and stuff |
| 10:28:00 | 11 | like that.  I just know what they come to me with, and |
| 10:28:03 | 12 | I've looked into that. |
| 10:28:03 | 13 | Q    Okay.  So give me everything that you can |
| 10:28:05 | 14 | remember about that. |
| 10:28:06 | 15 | What's an example of an email you got from a |
| 10:28:08 | 16 | social media platform that said, "You are going to be |
| 10:28:11 | 17 | suspended for X," and you looked into it and got to the |
| 10:28:14 | 18 | bottom of it?  What's an issue they raised for you? |
| 10:28:17 | 19 | A    Okay.  The impersonation.  I received an email |
| 10:28:19 | 20 | saying that my Twitter was suspended for impersonation. |
| 10:28:23 | 21 | That avi was myself; so I knew that they were accusing |
| 10:28:26 | 22 | me of impersonating myself.  They said, "If you think we |
| 10:28:30 | 23 | made a mistake, follow up with us." |
| 10:28:31 | 24 | And they have different verification tools. |
| 10:28:34 | 25 | They may ask you to write a number on a piece of paper |

| | | |
|---|---|---|
| 10:28:36 | 1 | and take a picture with it.  They have different things. |
| 10:28:39 | 2 | I can't recall all the different methods, but that's |
| 10:28:42 | 3 | what I've done. |
| 10:28:43 | 4 | I sent them an email with my license.  I sent |
| 10:28:46 | 5 | emails with my trademarks.  I explained to them I own my |
| 10:28:49 | 6 | likeness, this is me.  I'm not impersonating myself. |
| 10:28:52 | 7 | Can I speak to someone.  And I went and read the rules |
| 10:28:55 | 8 | on it at the time, and I didn't qualify. |
| 10:29:03 | 9 | Q    You didn't qualify? |
| 10:29:04 | 10 | A    For suspension. |
| 10:29:05 | 11 | Q    For suspension.  And ultimately was the |
| 10:29:07 | 12 | suspension lifted? |
| 10:29:08 | 13 | A    No.  Because I never got a response. |
| 10:29:11 | 14 | Q    And, at some point, you just said -- gave up? |
| 10:29:14 | 15 | A    I just gave up.  Yeah. |
| 10:29:15 | 16 | Q    Oh.  Okay. |
| 10:29:16 | 17 | And when -- when was the last time you had an |
| 10:29:19 | 18 | active Twitter account? |
| 10:29:23 | 19 | A    I -- I have an active Twitter now. |
| 10:29:26 | 20 | Q    Okay.  The suspension we've been talking |
| 10:29:28 | 21 | about, the impersonation -- that's on Instagram? |
| 10:29:31 | 22 | A    No.  That was Twitter.  Twitter got suspended |
| 10:29:34 | 23 | for impersonation, and then I made another one. |
| 10:29:37 | 24 | Q    Okay.  And is that -- did that one get |
| 10:29:40 | 25 | suspended? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

10:29:41   1       A    Very recently, yeah.  It got suspended.

10:29:44   2       Q    And what were the grounds that they stated as

10:29:47   3   the reason you were suspended very recently?

10:29:50   4       A    Evading suspension.

10:29:51   5       Q    Evading suspension?

10:29:52   6       A    Yeah.  From the impersonation.

10:29:55   7       Q    So you got impersonation, evading?

10:29:59   8       A    Yeah.  When Twitter suspends you, you are not

10:30:01   9   supposed to make another Twitter account.

10:30:05  10       Q    And how did you know that?

10:30:08  11       A    Once they told me that in that email.

10:30:11  12       Q    All right.  So you got suspended.  You made a

10:30:13  13   new account.  They sent you an email saying, "We know

10:30:15  14   you just made a new account.  You are still suspended"?

10:30:18  15       A    It was reported and then -- 'cause I had the

10:30:20  16   Twitter account for a while.  It was mass reported.

10:30:23  17       Q    All right.  So what was the -- what was the

10:30:24  18   handle on the old Twitter -- the suspended one and the

10:30:27  19   new one?

10:30:29  20       A    There were variations of Milagro Gramz.  I

10:30:31  21   don't know exactly what they were.

10:30:33  22       Q    What's your current one?

10:30:36  23       A    It got suspended.  It was the Milagro Gramz.

10:30:39  24   It was -- or maybe MobzWorld.  I'd have to look.  It was

10:30:42  25   a variation of either Milagro Gramz or MobzWorld.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:30:45 | 1 | Q    All right.  How many times have you, total, |
| 10:30:47 | 2 | been suspended from social media platform? |
| 10:30:51 | 3 | A    Two or three. |
| 10:30:52 | 4 | Q    And it's all on Twitter? |
| 10:30:54 | 5 | A    One of my Instagram pages was suspended and |
| 10:30:57 | 6 | reinstated.  And my blog page has been suspended before. |
| 10:31:02 | 7 | Q    How many times?  Just the blog. |
| 10:31:09 | 8 | A    The blog, I believe, one time. |
| 10:31:12 | 9 | Q    And what was the stated reason? |
| 10:31:15 | 10 | A    I don't know why it got suspended. |
| 10:31:18 | 11 | Q    Did they give you a reason? |
| 10:31:20 | 12 | A    I don't recall. |
| 10:31:21 | 13 | Q    Okay.  And that, you said it was just one |
| 10:31:24 | 14 | time, and there was a reason.  You can't remember. |
| 10:31:26 | 15 | A    Right. |
| 10:31:26 | 16 | Q    And was it ultimately reinstated? |
| 10:31:28 | 17 | A    No.  I had to start fresh, and that's the one |
| 10:31:31 | 18 | I have now. |
| 10:31:33 | 19 | Q    So rather than resolving whatever got you |
| 10:31:35 | 20 | suspended, you just created a new account? |
| 10:31:38 | 21 | A    Yeah. |
| 10:31:38 | 22 | Q    Or a new blog? |
| 10:31:39 | 23 | A    Yes. |
| 10:31:40 | 24 | Q    All right. |
| 10:31:40 | 25 |      Now, what about Instagram?  How many times |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:31:42 | 1 | have you been suspended there? |
| 10:31:43 | 2 | A    Only once, I believe. |
| 10:31:45 | 3 | Q    And did you undue the suspension or just |
| 10:31:48 | 4 | create a new account? |
| 10:31:49 | 5 | A    I responded to their email, and way later, |
| 10:31:55 | 6 | they reinstated it. |
| 10:31:58 | 7 | Q    So how long were you suspended on Instagram? |
| 10:32:02 | 8 | A    I don't know how long I was without that page, |
| 10:32:03 | 9 | honestly. |
| 10:32:06 | 10 | Q    More than a year? |
| 10:32:08 | 11 | A    I don't believe it's more than a year, though. |
| 10:32:10 | 12 | Q    Several months? |
| 10:32:10 | 13 | A    But it was a while.  Yes, yes.  It was an |
| 10:32:13 | 14 | extended period of time. |
| 10:32:15 | 15 | Q    And can you recall the stated reason? |
| 10:32:16 | 16 | A    No.  I don't know why.  And they gave it back. |
| 10:32:20 | 17 | That's the one I have now. |
| 10:32:21 | 18 | Q    Several months later? |
| 10:32:22 | 19 | A    Yeah. |
| 10:32:23 | 20 | Q    And -- okay.  So I have the blog, I have |
| 10:32:27 | 21 | Instagram. |
| 10:32:27 | 22 | And then Twitter you said, what, three total |
| 10:32:30 | 23 | suspensions? |
| 10:32:31 | 24 | A    I don't know how many times I've been |
| 10:32:32 | 25 | suspended on Twitter.  But I mean, I would say about two |

| | | |
|---|---|---|
| 10:32:35 | 1 | or three. |
| 10:32:36 | 2 | Q    Okay.  And I heard impersonation, evasion. |
| 10:32:42 | 3 | And what was the other one? |
| 10:32:44 | 4 | A    That was it. |
| 10:32:45 | 5 | Q    And -- and one of those two was the |
| 10:32:48 | 6 | explanation they gave for each of your suspensions on |
| 10:32:51 | 7 | Twitter? |
| 10:32:52 | 8 | A    Yes. |
| 10:32:52 | 9 | Q    Okay.  And, in the case of Twitter, did you |
| 10:33:01 | 10 | resolve any of the suspensions with them, meaning they |
| 10:33:04 | 11 | took it back?  Or, in each case, after a suspension, you |
| 10:33:07 | 12 | just created a new account? |
| 10:33:10 | 13 | A    I would attempt -- I didn't resolve anything |
| 10:33:12 | 14 | with them.  I would try, and then I would make a new |
| 10:33:14 | 15 | one. |
| 10:33:14 | 16 | Q    Okay.  All right.  So, for whatever Twitter |
| 10:33:16 | 17 | said about suspending your account, none of those ever |
| 10:33:19 | 18 | got to the bottom of it? |
| 10:33:20 | 19 | A    No. |
| 10:33:20 | 20 | Q    Okay.  You -- but you got to be back on |
| 10:33:21 | 21 | Twitter just by using a new name? |
| 10:33:23 | 22 | A    Yeah. |
| 10:33:24 | 23 | Q    Okay.  And how did your people know about |
| 10:33:27 | 24 | that?  You just said, "I have a new Twitter"? |
| 10:33:29 | 25 | A    Yes. |

| | | |
|---|---|---|
| 10:33:33 | 1 | Q    Okay. |
| 10:33:35 | 2 | MS. DIXON:  Excuse me.  When it is convenient, |
| 10:33:35 | 3 | I need to take a bio break. |
| 10:33:40 | 4 | MR. O'SULLIVAN:  Okay.  We can do that right |
| 10:33:41 | 5 | now. |
| 10:33:41 | 6 | THE VIDEOGRAPHER:  The time is 10:33.  We're |
| 10:33:44 | 7 | going off the record. |
| 10:33:47 | 8 | (Recess was taken.) |
| 10:33:47 | 9 | THE VIDEOGRAPHER:  The time is 10:55.  We're |
| 10:55:02 | 10 | back on the record. |
| 10:55:08 | 11 | MR. O'SULLIVAN:  Thank you. |
| 10:55:09 | 12 | Can you read me back the last question.  Or |
| 10:55:13 | 13 | just the last answer. |
| 10:55:14 | 14 | (The following record was read: |
| 10:55:14 | 15 | "QUESTION:  Okay.  And how did your people |
| 10:55:14 | 16 | know about that?  You just said, 'I have a |
| 10:55:14 | 17 | new Twitter'? |
| 10:55:14 | 18 | "ANSWER:  Yes.") |
| 10:55:34 | 19 | BY MR. O'SULLIVAN: |
| 10:55:34 | 20 | Q    Okay.  Any other social media presence we |
| 10:55:36 | 21 | haven't talked about? |
| 10:55:37 | 22 | A    I don't believe so. |
| 10:55:38 | 23 | Q    Okay.  Any other suspensions from social media |
| 10:55:41 | 24 | that we haven't talked about? |
| 10:55:42 | 25 | A    No. |

| | | |
|---|---|---|
| 10:55:43 | 1 | Q    Okay.  Have you ever had any interaction with |
| 10:55:46 | 2 | the criminal-justice system other than studying it? |
| 10:55:50 | 3 | A    No. |
| 10:55:50 | 4 | Q    Okay.  You haven't had any -- any criminal |
| 10:55:54 | 5 | prosecutions of you or arrests or anything like that? |
| 10:55:56 | 6 | A    No. |
| 10:55:57 | 7 | Q    Okay.  And -- let me quickly ask you, did -- I |
| 10:56:07 | 8 | think I asked this before.  Did you do anything to |
| 10:56:08 | 9 | prepare for your testimony today, to get ready to come |
| 10:56:12 | 10 | here, in terms of looking at things or talking to your |
| 10:56:14 | 11 | lawyer? |
| 10:56:15 | 12 | A    I looked at the complaint. |
| 10:56:17 | 13 | Q    Okay. |
| 10:56:18 | 14 | A    And I looked at some -- some of my responses |
| 10:56:20 | 15 | to questions. |
| 10:56:24 | 16 | Q    What does that mean -- like, those |
| 10:56:26 | 17 | interrogatories? |
| 10:56:27 | 18 | A    Yes. |
| 10:56:27 | 19 | Q    Okay.  Anything else? |
| 10:56:28 | 20 | A    Not that I can think of. |
| 10:56:30 | 21 | Q    Did you meet with Ronda? |
| 10:56:34 | 22 | A    Yes. |
| 10:56:35 | 23 | Q    Okay.  And when was that?  Yesterday? |
| 10:56:36 | 24 | A    Yesterday. |
| 10:56:38 | 25 | Q    How long did you guys spend together? |

| | | | |
|---|---|---|---|
| 10:56:39 | 1 | A | A few hours. |
| 10:56:41 | 2 | Q | Three hours, roughly? |
| 10:56:43 | 3 | A | I could not say. |
| 10:56:45 | 4 | Q | Morning or afternoon? |
| 10:56:47 | 5 | A | Afternoon. |
| 10:56:48 | 6 | Q | And where was that? |
| 10:56:50 | 7 | A | At a restaurant. |

10:56:51   8        Q    Okay.  And did you guys have any documents

10:56:53   9    that you looked at in that meeting?

10:56:57  10        A    No.

10:56:58  11        Q    Okay.  Other than Ronda, did you talk to

10:57:06  12    anybody else about your testimony today -- the fact that

10:57:08  13    you were going to take a deposition?

10:57:11  14        A    Jeremy, my attorney.

10:57:13  15        Q    Uh-huh.  And did you meet with him to go over

10:57:17  16    whatever might come up today?

10:57:22  17        A    Can you please be more specific?

10:57:23  18        Q    Sure.  How long has Jeremy been your attorney?

10:57:29  19        A    Since May, I believe.

10:57:31  20        Q    Okay.  And have you spoken to him about the

10:57:34  21    fact that you are going to have your deposition taken?

10:57:36  22        A    Yes.

10:57:37  23        Q    Okay.  And did you guys make time to prepare

10:57:42  24    together for the deposition?

10:57:44  25        A    No.

| | | |
|---|---|---|
| 10:57:45 | 1 | Q    Okay.  He left that to Ronda, I assume; right? |
| 10:57:50 | 2 | A    I want to make sure I'm clear.  I was with |
| 10:57:51 | 3 | Ronda here, physically. |
| 10:57:53 | 4 | Q    Yes. |
| 10:57:53 | 5 | A    So I didn't speak to him then.  Separately -- |
| 10:57:55 | 6 | he's spoken to me about what a deposition is. |
| 10:58:00 | 7 | Q    Okay.  And that was -- |
| 10:58:01 | 8 | A    Prior to today, yes. |
| 10:58:02 | 9 | Q    Okay.  And when you were talking to Jeremy |
| 10:58:04 | 10 | about what a deposition is or what might come up, were |
| 10:58:07 | 11 | you guys looking at documents together? |
| 10:58:09 | 12 | MR. MCLYMONT:  I'm going to object to this |
| 10:58:16 | 13 | kind of question. |
| 10:58:17 | 14 | MR. O'SULLIVAN:  It was a yes-or-no question. |
| 10:58:18 | 15 | MR. MCLYMONT:  All right.  Well, can I answer? |
| 10:58:18 | 16 | Can I -- [Unintelligible] -- that doesn't get -- |
| 10:58:24 | 17 | THE COURT REPORTER:  I cannot hear what you |
| 10:58:24 | 18 | are saying. |
| 10:58:24 | 19 | MS. DIXON:  Oh, boy. |
| 10:58:27 | 20 | MR. O'SULLIVAN:  Okay.  I'll just tell you |
| 10:58:28 | 21 | the -- the connection's a little jumbled.  I think what |
| 10:58:30 | 22 | you were saying is that I don't want her to talk about |
| 10:58:33 | 23 | privileged information.  And that is -- I'm trying to |
| 10:58:37 | 24 | ask it so I don't get to that yet.  I just want to know |
| 10:58:40 | 25 | whether there were communications. |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:58:42 | 1 | Is -- is -- by the way, is that Jeremy |
| 10:58:43 | 2 | speaking? |
| 10:58:45 | 3 | MR. MCLYMONT:  Yes, it is. |
| 10:58:48 | 4 | MR. O'SULLIVAN:  Okay. |
| 10:58:49 | 5 | BY MR. O'SULLIVAN: |
| 10:58:49 | 6 | Q    So I'll ask it as a yes-or-no question. |
| 10:58:51 | 7 | Did you when you -- well, when you spoke with |
| 10:58:53 | 8 | Jeremy about the deposition, was it in person or some |
| 10:58:55 | 9 | other way? |
| 10:58:56 | 10 | A    Via computer. |
| 10:58:57 | 11 | Q    Like, a Zoom or a -- just a -- |
| 10:59:00 | 12 | A    Zoom, I believe. |
| 10:59:01 | 13 | Q    Okay.  And during that -- was there one |
| 10:59:08 | 14 | session or more than one? |
| 10:59:12 | 15 | A    I -- I believe we had more than one session. |
| 10:59:15 | 16 | Q    Okay.  And taking them all together, did you |
| 10:59:19 | 17 | guys, during any part of that, look at documents from |
| 10:59:22 | 18 | the underlying events? |
| 10:59:23 | 19 | A    No. |
| 10:59:24 | 20 | Q    Didn't look at any emails or texts or web |
| 10:59:27 | 21 | pages or anything like that? |
| 10:59:28 | 22 | A    No.  No. |
| 10:59:29 | 23 | Q    Okay.  Other than your lawyers, have you |
| 10:59:42 | 24 | talked to anybody else about -- well, the fact that you |
| 10:59:48 | 25 | are being deposed in this case? |

| | | |
|---|---|---|
| 10:59:52 | 1 | A    Yes. |
| 10:59:53 | 2 | Q    Okay.  Just give me a list. |
| 10:59:55 | 3 | Have you talked to Sonstar Peterson about your |
| 11:00:00 | 4 | depo in this case? |
| 11:00:01 | 5 | A    No. |
| 11:00:02 | 6 | Q    Okay.  Who have you spoken to? |
| 11:00:05 | 7 | A    I have spoken to Ceasar McDowell. |
| 11:00:10 | 8 | Q    Okay.  Who else? |
| 11:00:12 | 9 | A    And that's all who I can recall at this time |
| 11:00:15 | 10 | is Ceasar. |
| 11:00:16 | 11 | MS. DIXON:  Objection.  Though.  Regarding |
| 11:00:18 | 12 | this deposition?  Just for clarification -- |
| 11:00:21 | 13 | THE WITNESS:  Oh. |
| 11:00:21 | 14 | MS. DIXON:  -- the question he asked was this |
| 11:00:23 | 15 | deposition. |
| 11:00:23 | 16 | THE WITNESS:  Well, the date has been changed. |
| 11:00:24 | 17 | Okay.  Well, I'm sorry. |
| 11:00:26 | 18 | BY MR. O'SULLIVAN: |
| 11:00:26 | 19 | Q    The question was just the fact that you are |
| 11:00:27 | 20 | going to be giving a deposition in this case.  I was |
| 11:00:30 | 21 | trying to figure out who you said, "Hey, this is going |
| 11:00:31 | 22 | to happen."  Who is in that circle? |
| 11:00:33 | 23 | A    Right. |
| 11:00:34 | 24 | Q    Is Ceasar in that circle? |
| 11:00:35 | 25 | A    Is it specific to this deposition? |

| 11:00:38 | 1 | Q    My question was specific to -- to not this |
| 11:00:40 | 2 | moment in time.  The fact that you are being deposed |
| 11:00:42 | 3 | regardless of when it was going to happen? |
| 11:00:44 | 4 | A    Yes. |
| 11:00:44 | 5 | Q    Okay.  Anybody else you've talked to about |
| 11:00:47 | 6 | your deposition in this case besides Ceasar? |
| 11:00:49 | 7 | A    I don't recall. |
| 11:00:50 | 8 | Q    Your husband? |
| 11:00:52 | 9 | A    No.  We don't -- |
| 11:00:56 | 10 | Q    Does he know why you had to leave Houston? |
| 11:00:58 | 11 | A    Right, yes.  So let me say, yes.  In that way, |
| 11:01:01 | 12 | yes. |
| 11:01:06 | 13 | Q    Okay.  Let me broaden it to this case in |
| 11:01:12 | 14 | general.  Okay?  The case -- Megan Pete against you. |
| 11:01:15 | 15 | Who were the people in -- sort of your life, |
| 11:01:19 | 16 | not your fans, people who you directly deal with who you |
| 11:01:22 | 17 | have spoken to about this case? |
| 11:01:24 | 18 | A    Ceasar and Unite The People. |
| 11:01:27 | 19 | Q    And Ceasar is from Unite The People? |
| 11:01:29 | 20 | A    Yes.  Per my knowledge, he is over it. |
| 11:01:34 | 21 | (The Court Reporter requested clarification.) |
| 11:01:34 | 22 | THE WITNESS:  Over it.  I'm sorry. |
| 11:01:34 | 23 | BY MR. O'SULLIVAN: |
| 11:01:36 | 24 | Q    Over it? |
| 11:01:37 | 25 | A    Like, the head of. |

| | | |
|---|---|---|
| 11:01:38 | 1 | Q   Oh, okay.  Okay. |
| 11:01:39 | 2 | A   I'm sorry. |
| 11:01:39 | 3 | Q   It seemed like he has gotten over it? |
| 11:01:42 | 4 | A   No. |
| 11:01:42 | 5 | Q   I'm not going to Unite The People anymore. |
| 11:01:44 | 6 | A   I'm sorry. |
| 11:01:45 | 7 | Q   All right.  And how did you first meet |
| 11:01:47 | 8 | Mr. McDowell?  Ceasar? |
| 11:01:52 | 9 | A   I met Ceasar at trial.  At the trial of |
| 11:01:56 | 10 | Daystar Peterson. |
| 11:01:58 | 11 | Q   Okay.  And Daystar Peterson also goes by |
| 11:02:03 | 12 | Tory Lanez; right? |
| 11:02:04 | 13 | A   Yes. |
| 11:02:05 | 14 | Q   For ease of reference, I'm going to refer to |
| 11:02:08 | 15 | him that way here. |
| 11:02:09 | 16 | Okay.  And what were the circumstances?  So it |
| 11:02:12 | 17 | was in connection with the trial.  Were you introduced |
| 11:02:14 | 18 | to Ceasar by somebody? |
| 11:02:15 | 19 | A   No.  It was an in-passing "Hi." |
| 11:02:18 | 20 | Q   And when you met him, did you have an |
| 11:02:21 | 21 | understanding of what his role was there?  Why was he |
| 11:02:23 | 22 | there? |
| 11:02:24 | 23 | A   No. |
| 11:02:24 | 24 | Q   What did he tell you he was doing there? |
| 11:02:26 | 25 | A   We didn't discuss that. |

```
11:02:29   1        Q    Okay.  Tell me what you remember about the
11:02:31   2   first conversation you had with Ceasar?
11:02:33   3        A    It was a simple "Hi, my name is Milagro."
11:02:36   4             "Hi, I'm Ceasar."  It was just an
11:02:38   5   introduction.
11:02:39   6        Q    Okay.  And when was the next time you talked
11:02:41   7   to him?
11:02:42   8        A    I talked to him in passing in the hall during
11:02:44   9   trial.
11:02:44  10        Q    All right.  You saw each other around at the
11:02:46  11   trial.
11:02:47  12             When was the first time that you had, like, a
11:02:48  13   real conversation?
11:02:49  14        A    A significant conversation with him?
11:02:51  15        Q    Yeah.
11:02:51  16        A    In 2023.
11:02:55  17        Q    And tell me everything you can remember about
11:02:58  18   that conversation.
11:03:00  19        A    We spoke briefly about him coming on an
11:03:03  20   Instagram Live to explain some case updates.
11:03:08  21        Q    And -- and Instagram Live -- tell me how does
11:03:11  22   that work?  That's like a -- what is it?
11:03:15  23        A    It is -- Instagram Live is something -- you go
11:03:18  24   on Instagram, and you can stream essentially, pretty
11:03:21  25   much.  You set your camera up, and another person can
```

11:03:26    1    call in, and you can accept the invite and it would put

11:03:28    2    two people on your screen.

11:03:30    3         Q    Okay.  So it would almost look like -- like a

11:03:33    4    talk show or something.  It's two people going back and

11:03:34    5    forth?

11:03:35    6         A    Somewhat, yeah.

11:03:36    7         Q    And is that something you do for the benefit

11:03:39    8    of other people watching, or it's just -- it's just like

11:03:41    9    a phone call?

11:03:42   10         A    It's for the public.

11:03:43   11         Q    Okay.  And so you -- in 2023, after you saw

11:03:46   12    each other at the trial, you had a conversation about --

11:03:49   13    he wanted you to come on his, or he would come on yours?

11:03:52   14         A    No.  He would come on my platform.

11:03:54   15         Q    Okay.  And did you actually do that with him?

11:03:56   16         A    Yes.

11:03:57   17         Q    All right.  And that was at -- after the

11:03:59   18    trial?  During?

11:04:00   19         A    After the trial.

11:04:00   20         Q    After.

11:04:01   21              Was it after the verdict?

11:04:03   22         A    Yes.

11:04:04   23         Q    All right.  So -- so you already knew there

11:04:06   24    was a conviction, and he came on to talk about it?

11:04:08   25         A    Yes.

| | | |
|---|---|---|
| 11:04:09 | 1 | Q    Okay.  And other than the fact that Ceasar was |
| 11:04:20 | 2 | attached to Unite The People, did you have an |
| 11:04:22 | 3 | understanding of what his interest in the case was? |
| 11:04:25 | 4 | What his background was? |
| 11:04:26 | 5 | A    No. |
| 11:04:27 | 6 | Q    What was he there -- well, you had -- you had |
| 11:04:30 | 7 | the live feed on Instagram, right, with him? |
| 11:04:33 | 8 | A    Yes. |
| 11:04:34 | 9 | Q    How long did that last? |
| 11:04:35 | 10 | A    I wouldn't say more than an hour. |
| 11:04:37 | 11 | Q    And what did you talk about? |
| 11:04:43 | 12 | A    I don't recall past telling you that it was a |
| 11:04:46 | 13 | case update.  I don't know what that case update was at |
| 11:04:48 | 14 | the time. |
| 11:04:49 | 15 | Q    Did you do more than one of those with him? |
| 11:04:51 | 16 | A    Yes. |
| 11:04:52 | 17 | Q    How many altogether if you had to add them up? |
| 11:04:55 | 18 | A    No more than 10. |
| 11:04:57 | 19 | Q    Okay.  And were the other -- was the one after |
| 11:05:00 | 20 | the verdict the very first one? |
| 11:05:02 | 21 | A    I believe so. |
| 11:05:07 | 22 | Q    And then when is the most recent one?  When is |
| 11:05:10 | 23 | the last time you did one with him -- Ceasar? |
| 11:05:12 | 24 | A    Over six months ago.  It's been a while. |
| 11:05:22 | 25 | Q    And why did you stop doing them? |

| | | |
|---|---|---|
| 11:05:27 | 1 | A    I wouldn't say -- there was never a |
| 11:05:28 | 2 | conversation about stopping or da, da, da.  It just |
| 11:05:33 | 3 | hasn't happened, I would say. |
| 11:05:35 | 4 | Q    In your mind, why do you stop doing them? |
| 11:05:38 | 5 | Like, was there no more material? |
| 11:05:39 | 6 | A    In my mind, it wasn't something that it |
| 11:05:40 | 7 | progressed in a way that I needed to be reporting on |
| 11:05:44 | 8 | certain things. |
| 11:05:45 | 9 | Q    You didn't think it was going to produce more |
| 11:05:50 | 10 | helpful content for your presence? |
| 11:05:51 | 11 | A    No.  I didn't feel as though there had been a |
| 11:05:54 | 12 | significant update for me to report on. |
| 11:05:56 | 13 | Q    Oh, okay.  You are saying there wasn't really |
| 11:05:58 | 14 | any update -- |
| 11:05:59 | 15 | A    Right.  Anything to talk about. |
| 11:06:00 | 16 | Q    -- in the case? |
| 11:06:01 | 17 | A    Right, right, right. |
| 11:06:02 | 18 | Q    And that was the only thing you had to talk |
| 11:06:04 | 19 | about with Ceasar was the case update?  He wasn't a |
| 11:06:06 | 20 | guest on any other subjects? |
| 11:06:07 | 21 | A    No.  He -- he was -- he simply talked about |
| 11:06:10 | 22 | the appeals process and what was going on currently. |
| 11:06:12 | 23 | Q    And is he -- is he -- Ceasar a lawyer? |
| 11:06:16 | 24 | A    Not to my knowledge. |
| 11:06:19 | 25 | Q    And after all those case updates, did you come |

| | | |
|---|---|---|
| 11:06:21 | 1 | to have an understanding of what -- of what he brought |
| 11:06:23 | 2 | to the table?  Why -- why was he commenting on this |
| 11:06:26 | 3 | case? |
| 11:06:29 | 4 | A    I couldn't speak to all the reasons why. |
| 11:06:31 | 5 | MS. DIXON:  I'm going to object because it |
| 11:06:32 | 6 | calls for speculation.  But -- |
| 11:06:34 | 7 | BY MR. O'SULLIVAN: |
| 11:06:34 | 8 | Q    Well, I only want what you know. |
| 11:06:36 | 9 | So did anybody tell you, including Ceasar, why |
| 11:06:39 | 10 | he had a personal interest in the case? |
| 11:06:41 | 11 | A    Uh-huh.  No. |
| 11:06:43 | 12 | Q    And sitting here today, you have no idea why |
| 11:06:46 | 13 | he was interested in this case, as opposed to any other |
| 11:06:48 | 14 | one? |
| 11:06:48 | 15 | A    No. |
| 11:06:49 | 16 | Q    Did he have some connection to Tory Lanez? |
| 11:06:54 | 17 | A    Not that I know of. |
| 11:06:58 | 18 | Q    And when is the most recent time you were in |
| 11:07:01 | 19 | touch with Ceasar?  Six months ago? |
| 11:07:03 | 20 | A    No.  It was more recent than that.  I would |
| 11:07:10 | 21 | say April, May-ish. |
| 11:07:14 | 22 | Q    Okay.  And -- and you weren't -- was that |
| 11:07:16 | 23 | about doing another case update, or something else about |
| 11:07:18 | 24 | the case? |
| 11:07:20 | 25 | A    All of my interactions with him at that point |

11:07:22  1   were about my case.  Strictly.

11:07:25  2       Q    All right.  And -- and what was his role --

11:07:28  3   what is his role in your case?

11:07:30  4       A    He is no longer a person affiliated with my

11:07:33  5   case.

11:07:34  6       Q    I didn't hear the end.  He's no longer a

11:07:35  7   person of what?

11:07:36  8       A    Affiliated with my case.

11:07:38  9       Q    Okay.  Before he was no longer affiliated,

11:07:41 10   meaning when he was affiliated, what was his role?  How

11:07:43 11   was he helping you or working with you?

11:07:45 12       A    Ceasar propositioned me to represent me

11:07:50 13   pro bono -- for Unite The People to represent me

11:07:53 14   pro bono.

11:07:53 15            So my understanding was that Unite The People

11:07:57 16   was representing me, and he would handle anything that

11:07:59 17   had to do with lawyers, enlisting lawyers.  Anything

11:08:05 18   about my case, he was my point of contact.  I was to

11:08:07 19   speak to him and pay him.

11:08:10 20       Q    "And pay him," you said?

11:08:12 21       A    Eventually, it turned into that, yes.

11:08:15 22       Q    And when did that idea first get discussed

11:08:19 23   between you and Ceasar?  So you are doing the case

11:08:21 24   updates; it's about Tory's case.  And then at some

11:08:24 25   point, you are in this case with Megan.

| | | |
|---|---|---|
| 11:08:27 | 1 | And that conversation where he propositioned |
| 11:08:30 | 2 | you about being pro bono, put that in the calendar. |
| 11:08:32 | 3 | Was it 2024?  2025? |
| 11:08:37 | 4 | A    I was served in October of 2024, and within |
| 11:08:40 | 5 | days he had reached out to me to ask to represent me. |
| 11:08:45 | 6 | Q    Okay.  And you told me you don't know whether |
| 11:08:48 | 7 | he is a lawyer; right? |
| 11:08:49 | 8 | A    Right. |
| 11:08:50 | 9 | Q    And did you have an understanding, when he was |
| 11:08:51 | 10 | reaching out to you, one way or another whether he was |
| 11:08:54 | 11 | the lawyer he was going to provide to you? |
| 11:08:58 | 12 | A    I -- I honestly didn't have a real |
| 11:09:00 | 13 | understanding of all the inner workings, to be honest. |
| 11:09:04 | 14 | Q    I mean, did he say he was going to go to court |
| 11:09:07 | 15 | for you or appear in your case?  Or did he say, "I'll |
| 11:09:10 | 16 | find someone" or something else? |
| 11:09:11 | 17 | A    Ceasar just told me that Unite The People |
| 11:09:15 | 18 | wanted to represent me pro bono and that things would be |
| 11:09:18 | 19 | handled. |
| 11:09:20 | 20 | Q    Okay.  And -- and did you agree to that? |
| 11:09:23 | 21 | A    Yes. |
| 11:09:24 | 22 | Q    And did you have an understanding of what your |
| 11:09:28 | 23 | side of the bargain was?  Like -- |
| 11:09:31 | 24 | A    Yes. |
| 11:09:31 | 25 | Q    And tell me what that was? |

11:09:33   1          A     To be cooperative.

11:09:35   2          Q     With who?

11:09:37   3          A     With the lawsuit in general.  My role was

11:09:40   4    to -- when I was asked to produce something, or we

11:09:44   5    needed a meeting, I was to be present and to do my part.

11:09:49   6          Q     Okay.  So just cooperating in your own

11:09:51   7    defense?

11:09:51   8          A     Right, right.

11:09:53   9          Q     Which you would have done anyway; right?

11:09:54   10         A     Of course.

11:09:55   11         Q     And then you said something about paying him

11:09:58   12   back eventually.

11:09:59   13               What was that?  Was that talked about in the

11:10:01   14   beginning?

11:10:02   15         A     No.

11:10:03   16         Q     When did that come up?

11:10:04   17         A     When Ceasar stole my money.

11:10:07   18         Q     Tell me about that.

11:10:09   19         A     The contract was for a pro bono

11:10:11   20   representation.  Ceasar came to me and said, "I need

11:10:17   21   money for your lawyer, and if you don't figure something

11:10:21   22   out, you are not going to have a lawyer because I can't

11:10:24   23   do it."

11:10:27   24         Q     All right.  So you said your contract called

11:10:29   25   for pro bono.

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:10:29 | 1 | Was that written -- |
| 11:10:30 | 2 | A    Yes. |
| 11:10:31 | 3 | Q    -- contract? |
| 11:10:31 | 4 | A    Yes. |
| 11:10:32 | 5 | Q    You still have that? |
| 11:10:34 | 6 | A    I'm -- I may.  I have to look. |
| 11:10:37 | 7 | Q    I -- we'd ask you to produce that. |
| 11:10:39 | 8 | MS. DIXON:  Okay.  Well, I might object to |
| 11:10:40 | 9 | that because it might be privileged.  That's her |
| 11:10:42 | 10 | attorney. |
| 11:10:43 | 11 | MR. O'SULLIVAN:  It's a contract.  It's an |
| 11:10:45 | 12 | operative document. |
| 11:10:46 | 13 | MS. DIXON:  I understand, but it's just like |
| 11:10:47 | 14 | a -- you know, my -- |
| 11:10:50 | 15 | MR. O'SULLIVAN:  Take it under advisement. |
| 11:10:52 | 16 | I'd ask you to produce that if you decide it's not |
| 11:10:54 | 17 | privileged. |
| 11:10:55 | 18 | MS. DIXON:  Okay. |
| 11:10:56 | 19 | BY MR. O'SULLIVAN: |
| 11:10:56 | 20 | Q    Is that contract for anything other than to |
| 11:10:59 | 21 | be -- to represent you? |
| 11:11:02 | 22 | A    No. |
| 11:11:02 | 23 | Q    And you signed that contract.  Yeah? |
| 11:11:06 | 24 | A    Yes. |
| 11:11:06 | 25 | Q    And who signed it for the other party? |

| | | |
|---|---|---|
| 11:11:09 | 1 | A    I believe Ceasar signed it. |
| 11:11:10 | 2 | Q    All right.  And that's a contract between |
| 11:11:14 | 3 | Milagro and Unite The People? |
| 11:11:15 | 4 | A    To my knowledge, yes. |
| 11:11:17 | 5 | Q    When is the last time you looked at it? |
| 11:11:19 | 6 | A    When it was presented to me in November of |
| 11:11:23 | 7 | 2024. |
| 11:11:24 | 8 | Q    Okay.  And did you talk to a lawyer about |
| 11:11:28 | 9 | signing that? |
| 11:11:30 | 10 | A    No. |
| 11:11:30 | 11 | Q    Did you talk to anybody about whether you |
| 11:11:32 | 12 | should sign that besides Ceasar? |
| 11:11:37 | 13 | A    I believe I spoke publicly on my show. |
| 11:11:43 | 14 | Q    About the fact that you had been -- this |
| 11:11:45 | 15 | proposal had been made, and you were going to go with |
| 11:11:48 | 16 | it? |
| 11:11:49 | 17 | A    Yes. |
| 11:11:49 | 18 | Q    Did you do any investigation of who these |
| 11:11:51 | 19 | people were?  Unite The People? |
| 11:11:56 | 20 | A    No. |
| 11:11:56 | 21 | Q    I mean, you were entrusting your legal defense |
| 11:11:59 | 22 | to them.  Yeah? |
| 11:12:00 | 23 | A    Right. |
| 11:12:00 | 24 | Q    It's a big step. |
| 11:12:01 | 25 | You didn't make any investigation as to why |

| | | |
|---|---|---|
| 11:12:05 | 1 | they were involved?  What their motives were? |
| 11:12:07 | 2 | A    No. |
| 11:12:08 | 3 | Q    Did they tell you what their motives were? |
| 11:12:10 | 4 | A    Ceasar said that he of created Unite The |
| 11:12:14 | 5 | People to help people like me that he believed were |
| 11:12:16 | 6 | being bullied and taken advantage of. |
| 11:12:19 | 7 | Q    And did he give you examples of people, other |
| 11:12:22 | 8 | than you, he had helped?  Like, were they doing this for |
| 11:12:27 | 9 | the first time with you, or this is something they've |
| 11:12:29 | 10 | been doing for years? |
| 11:12:30 | 11 | A    It was my understanding that the foundation |
| 11:12:32 | 12 | was built on helping people in that way. |
| 11:12:36 | 13 | Q    But did you -- were you aware of any examples |
| 11:12:39 | 14 | where they had done that in another case before? |
| 11:12:44 | 15 | A    Not in my -- not in a case like mine but yes. |
| 11:12:47 | 16 | Q    And what -- in other words, something made you |
| 11:12:50 | 17 | think this is a good idea. |
| 11:12:52 | 18 | Did they tell you, "We've been successful for |
| 11:12:54 | 19 | some other people in this kind of circumstance"? |
| 11:12:56 | 20 | A    No. |
| 11:12:58 | 21 | Q    Did you think they had any expertise in |
| 11:13:02 | 22 | dealing with this situation? |
| 11:13:06 | 23 | A    I did once I spoke with them. |
| 11:13:09 | 24 | Q    And what did they tell you that made you think |
| 11:13:11 | 25 | they had expertise at this? |

| | | |
|---|---|---|
| 11:13:13 | 1 | A    Once I spoke to the lawyers, and they |
| 11:13:16 | 2 | explained the lawsuit, and -- |
| 11:13:18 | 3 | Q    I don't want you to tell me your conversation |
| 11:13:20 | 4 | with the lawyer; so I'm going to be careful, 'cause your |
| 11:13:22 | 5 | lawyer asked me that and that's fair. |
| 11:13:24 | 6 | A    Okay. |
| 11:13:24 | 7 | Q    So I'm going to ask you some questions about |
| 11:13:27 | 8 | the conversations.  If you are having a lawyer-client |
| 11:13:30 | 9 | conversation and there's not other people, including |
| 11:13:32 | 10 | maybe Ceasar, then that would be privileged -- or could |
| 11:13:35 | 11 | be privileged. |
| 11:13:35 | 12 | So it sounds like they put you in touch with |
| 11:13:41 | 13 | an actual lawyer, right, at some point? |
| 11:13:43 | 14 | A    Yes. |
| 11:13:43 | 15 | Q    Who was that? |
| 11:13:45 | 16 | A    Walter. |
| 11:13:46 | 17 | Q    Okay. |
| 11:13:47 | 18 | A    I don't know his last name at the time and a |
| 11:13:50 | 19 | man named Michael Hayden. |
| 11:13:52 | 20 | Q    The last name? |
| 11:13:53 | 21 | A    Hayden, H-A-Y-D-E-N. |
| 11:13:56 | 22 | Q    Okay.  And did Walter and Michael eventually |
| 11:14:05 | 23 | become your lawyers. |
| 11:14:06 | 24 | A    Michael Hayden did. |
| 11:14:09 | 25 | Q    Okay.  And without telling me what was |

| | | |
|---|---|---|
| 11:14:11 | 1 | discussed, you were put in touch with Michael Hayden, |
| 11:14:12 | 2 | and at the end of that you said, "Yes, I'm going to work |
| 11:14:19 | 3 | with these people"? |
| 11:14:19 | 4 | A    Yes. |
| 11:14:20 | 5 | Q    In the time you did that, you understood, |
| 11:14:21 | 6 | based on your contract, that it was going to be |
| 11:14:22 | 7 | pro bono; right? |
| 11:14:24 | 8 | A    Yes. |
| 11:14:25 | 9 | Q    And at some later time, you told me Ceasar |
| 11:14:27 | 10 | stole your money? |
| 11:14:28 | 11 | A    Yes. |
| 11:14:29 | 12 | Q    So walk me from when you started with Michael |
| 11:14:31 | 13 | to that. |
| 11:14:32 | 14 | A    It was supposed pro bono.  Ceasar told me |
| 11:14:40 | 15 | because of Unite The People's role, that I needed to pay |
| 11:14:43 | 16 | him directly.  I started a campaign on GiveSendGo, I |
| 11:14:52 | 17 | withdrew the money, and I sent it to Ceasar via Zelle in |
| 11:14:57 | 18 | increments.  I had sent maybe about 9,000. |
| 11:15:03 | 19 | Michael Pancier, who was my Florida attorney, |
| 11:15:07 | 20 | he reached out to me -- |
| 11:15:12 | 21 | MS. DIXON:  Anything that's privileged -- |
| 11:15:13 | 22 | BY MR. O'SULLIVAN: |
| 11:15:13 | 23 | Q    Yeah.  Your lawyer is concerned.  So I think |
| 11:15:15 | 24 | we can get what we need here without getting into what |
| 11:15:18 | 25 | they said to you; so let me just do transactional. |

| | | |
|---|---|---|
| 11:15:21 | 1 | A    Okay. |
| 11:15:22 | 2 | Q    So, at some point Ceasar, who is not a lawyer, |
| 11:15:24 | 3 | reaches out and says, "Whatever it was before now, you |
| 11:15:26 | 4 | have to pay"; right?  "I need money for lawyers." |
| 11:15:28 | 5 | Did you have a conversation about the fact |
| 11:15:32 | 6 | that that wasn't the deal? |
| 11:15:34 | 7 | A    Absolutely. |
| 11:15:35 | 8 | Q    And tell me about that conversation. |
| 11:15:36 | 9 | In person or on the phone? |
| 11:15:37 | 10 | A    On the phone. |
| 11:15:38 | 11 | Q    And what did you say, and what did he say? |
| 11:15:40 | 12 | A    I told him that I felt really abandoned, and I |
| 11:15:44 | 13 | was upset because it was supposed to be pro bono.  I |
| 11:15:47 | 14 | told him I would try as much as I could, but that was -- |
| 11:15:53 | 15 | that was pretty much it. |
| 11:15:54 | 16 | He basically told me, "It takes money.  You |
| 11:15:57 | 17 | need to find some money." |
| 11:15:59 | 18 | Q    Okay.  And did you have an understanding as to |
| 11:16:04 | 19 | whether Unite The People had other sources of money to |
| 11:16:08 | 20 | help you? |
| 11:16:09 | 21 | A    No.  I had no idea about that. |
| 11:16:13 | 22 | Q    When they first proposed representing you |
| 11:16:16 | 23 | pro bono, did you have an understanding of how they were |
| 11:16:18 | 24 | going to pay the lawyers? |
| 11:16:19 | 25 | A    Uh-huh.  Not at all. |

11:16:21   1        Q    Did you have an understanding of who funded

11:16:23   2   them, generally?

11:16:24   3        A    No.

11:16:25   4        Q    Did you know anybody who was a donor to Unite

11:16:27   5   The People?

11:16:28   6        A    No.

11:16:28   7        Q    Other than this money through Zelle for the

11:16:34   8   lawyers, did you ever make donations to Unite The

11:16:36   9   People?

11:16:37  10        A    No.

11:16:42  11        Q    Do you know who the principal members are of

11:16:43  12   Unite The People?

11:16:44  13        A    No.

11:16:45  14        Q    Do you know any members of Unite The People?

11:16:47  15        A    Ceasar McDowell, Michael Hayden, Walter,

11:16:52  16   and --

11:16:54  17        Q    Michael Hayden and Walter, the lawyers, are

11:16:58  18   members of Unite The People?

11:16:59  19        A    I believe so.

11:17:01  20        Q    Okay.  Anybody else who was attached to Unite

11:17:05  21   The People besides Ceasar and Michael and Walter?

11:17:09  22        A    There -- they have other people in their

11:17:11  23   office that I've spoken to, but I don't know -- I don't

11:17:14  24   know their names or exactly who they are.

11:17:17  25        Q    And where is their office?

11:17:19   1        A    I've never been to it, but I believe it's in

11:17:21   2   California.

11:17:23   3        Q    All right.  And tell me everything you can

11:17:26   4   about what Unite The People was doing before they

11:17:30   5   offered to be your lawyer.  Like, what did you know?

11:17:33   6   That's a big step.  What did you know about them in the

11:17:35   7   real world?

11:17:36   8        A    My only point of reference with Unite The

11:17:38   9   People was the association with the Tory Lanez case.

11:17:43  10        Q    All right.  And what did you understand with

11:17:44  11   that association?

11:17:45  12        A    That Unite The People was, in some form or

11:17:48  13   fashion, working on an appeal.

11:18:03  14             MR. O'SULLIVAN:  Are we good?

11:18:04  15             MS. DIXON:  It's getting feedback.

11:18:05  16             MR. O'SULLIVAN:  Yeah.  There was echo.  Is

11:18:05  17   it --

11:18:07  18             MS. HAYRAPETIAN:  Is there an echo?  Is it

11:18:08  19   gone?

11:18:09  20             MR. O'SULLIVAN:  I think it's gone.

11:18:10  21   BY MR. O'SULLIVAN:

11:18:11  22        Q    Okay.  And did you think Unite The People was

11:18:25  23   connected in any way with Tory Lanez' camp?

11:18:30  24        A    Can you be more specific?

11:18:32  25             MS. DIXON:  I was going to object as to being

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:18:34 | 1 | overbroad; so, yeah. |
| 11:18:37 | 2 | MR. O'SULLIVAN:  Well, I'm starting broad, and |
| 11:18:38 | 3 | then I'll narrow it down. |
| 11:18:40 | 4 | BY MR. O'SULLIVAN: |
| 11:18:40 | 5 | Q    Are you aware of any connection whatsoever |
| 11:18:42 | 6 | between Tory Lanez and his team and Unite The People? |
| 11:18:44 | 7 | A    No. |
| 11:18:45 | 8 | Q    Do you think they're unrelated?  Because I |
| 11:18:49 | 9 | thought you told me the reason you knew about them and |
| 11:18:51 | 10 | their prior work was because they were involved with the |
| 11:18:53 | 11 | Tory Lanez' appeal? |
| 11:18:54 | 12 | A    But you just asked me about a group.  You said |
| 11:18:58 | 13 | Tory Lanez group. |
| 11:18:59 | 14 | Q    I'm asking about two things.  Does Unite The |
| 11:19:01 | 15 | People have anything to do with Tory Lanez? |
| 11:19:04 | 16 | A    Yes.  As -- per my understanding, they're |
| 11:19:05 | 17 | working on appeal for Tory Lanez. |
| 11:19:07 | 18 | Q    All right.  So tell me everything you know |
| 11:19:09 | 19 | about any connection between -- or work between Unite |
| 11:19:12 | 20 | The People and anyone attached to Tory Lanez. |
| 11:19:15 | 21 | A    The only thing I'm aware of is the Tory Lanez |
| 11:19:18 | 22 | case and documents that were filed after the verdict. |
| 11:19:24 | 23 | Q    What documents were filed after the verdict? |
| 11:19:26 | 24 | A    I do not know the names of these documents, |
| 11:19:28 | 25 | but the things that were filed to help with the appeal. |

| | | |
|---|---|---|
| 11:19:32 | 1 | Whatever those different documents are that were |
| 11:19:34 | 2 | submitted to the court. |
| 11:19:36 | 3 | Q    Okay.  And do you know who those lawyers were? |
| 11:19:38 | 4 | A    No. |
| 11:19:39 | 5 | Q    They weren't -- they weren't the same lawyers |
| 11:19:40 | 6 | as the ones that were helping you? |
| 11:19:42 | 7 | A    I don't know. |
| 11:19:43 | 8 | Q    Okay.  So you understood that Unite The People |
| 11:19:48 | 9 | was involved in the appeal? |
| 11:19:51 | 10 | A    Yes. |
| 11:19:52 | 11 | Q    Tory Lanez appealed his conviction? |
| 11:19:54 | 12 | A    Yes. |
| 11:19:54 | 13 | Q    Maybe the motion for retrial? |
| 11:19:56 | 14 | A    All I know is about the appeal, for sure. |
| 11:19:58 | 15 | Q    Okay.  Have you ever discussed Unite The |
| 11:20:11 | 16 | People or their work with Tory Lanez' dad? |
| 11:20:16 | 17 | A    Yes. |
| 11:20:18 | 18 | Q    How many times?  How many times has that come |
| 11:20:21 | 19 | up in your conversations? |
| 11:20:22 | 20 | A    Only a few, I would say. |
| 11:20:25 | 21 | Q    Okay.  And when is the first time you |
| 11:20:30 | 22 | communicated in any way with Tory Lanez' dad? |
| 11:20:34 | 23 | A    In 2020. |
| 11:20:35 | 24 | Q    Okay.  I'm going to call him "Sonstar." |
| 11:20:37 | 25 | Is that okay?  That's his name; right? |

| | | | |
|---|---|---|---|
| 11:20:40 | 1 | A | Yes. |
| 11:20:41 | 2 | Q | Is that what you called him? |
| 11:20:42 | 3 | A | Yeah, Sonstar. |
| 11:20:43 | 4 | Q | Okay.  'Cause there's two Mr. Petersons. |
| 11:20:47 | 5 | | What were the circumstances when you first |
| 11:20:50 | 6 | communicated with Sonstar? | | |
| 11:20:54 | 7 | A | Sonstar sent me a message on Instagram. |
| 11:21:00 | 8 | Q | You said that was in 2020? |
| 11:21:01 | 9 | A | I believe so. |
| 11:21:03 | 10 | Q | And what did the message say? |
| 11:21:05 | 11 | A | I don't recall. |
| 11:21:06 | 12 | Q | Generally, what -- it got your attention. |
| 11:21:08 | 13 | | What did you do after you got that message? |
| 11:21:14 | 14 | A | I responded in some form or fashion.  I don't |
| 11:21:16 | 15 | recall what I said. | | |
| 11:21:17 | 16 | Q | What was the subject matter? |
| 11:21:19 | 17 | A | My show. |
| 11:21:22 | 18 | Q | And in terms of the Tory Lanez case and the |
| 11:21:25 | 19 | shooting and all that, when was this -- was this after? | | |
| 11:21:28 | 20 | A | This was after. |
| 11:21:29 | 21 | Q | Okay.  And Tory Lanez -- had he already been |
| 11:21:33 | 22 | arrested? | | |
| 11:21:36 | 23 | A | Could you be specific because I believe there |
| 11:21:39 | 24 | was -- | | |
| 11:21:40 | 25 | Q | I'm just trying to know what was going on when |

11:21:42   1   this guy reached out to you, like, in relation to what

11:21:46   2   we know was the incident, the case?

11:21:47   3        A    At the time he reached out to me, I do not

11:21:49   4   believe there had been an arrest yet or anything like

11:21:54   5   that.

11:21:54   6        Q    Okay.  And when he reached out to you -- well,

11:22:00   7   what's the first substance you can remember talking

11:22:03   8   about with Sonstar?  You told me you can't remember his

11:22:09   9   first IG message.

11:22:10   10             You can't remember your response?

11:22:14   11        A    No, not verbatim.  He was just a fan of my

11:22:17   12   show.  He liked my show.

11:22:19   13        Q    Okay.  So he reached out like a lot of people

11:22:21   14   do, and said, "I love what you are doing"?

11:22:22   15        A    Uh-huh.  Maybe something to that effect, but I

11:22:25   16   don't recall.

11:22:25   17        Q    Maybe something what?

11:22:26   18        A    Maybe something to that effect, but I couldn't

11:22:28   19   recall.

11:22:29   20        Q    Was he trying to connect with you to do -- to

11:22:31   21   have further conversations?

11:22:34   22        A    I don't recall.  I believe it was a simple "I

11:22:36   23   like your show" maybe.

11:22:37   24        Q    Okay.  If you were to -- to start there and

11:22:40   25   fast-forward all the way to today.  How many

| | | |
|---|---|---|
| 11:22:43 | 1 | conversations have you had with Sonstar? |
| 11:22:48 | 2 | A    I could not give you an approximate number. |
| 11:22:50 | 3 | Q    Less than 5? |
| 11:22:52 | 4 | A    More than 5. |
| 11:22:53 | 5 | Q    More than 10? |
| 11:22:55 | 6 | A    That would just be very difficult.  I have |
| 11:22:57 | 7 | literally no idea how often or how many times I've |
| 11:22:59 | 8 | spoken to him. |
| 11:23:00 | 9 | Q    I mean, we've looked at the files.  It's -- |
| 11:23:01 | 10 | it's probably hundreds; right? |
| 11:23:04 | 11 | A    I don't know. |
| 11:23:05 | 12 | Q    Are you in a position right now to say it |
| 11:23:07 | 13 | wasn't that many? |
| 11:23:08 | 14 | A    I don't know. |
| 11:23:10 | 15 | Q    You can't distinguish between whether it was 5 |
| 11:23:13 | 16 | or 10 and 100? |
| 11:23:14 | 17 | A    No.  Because then I would be giving you a |
| 11:23:16 | 18 | number. |
| 11:23:16 | 19 | Q    Well, I don't want you to be precise, but I |
| 11:23:19 | 20 | want you to say what you would say if you were pressed |
| 11:23:22 | 21 | on it, which is I want you to do the best you can. |
| 11:23:24 | 22 | Is it more than 10,000? |
| 11:23:26 | 23 | A    Uh-huh.  I don't know. |
| 11:23:28 | 24 | Q    You do know.  You do you were on them; right? |
| 11:23:29 | 25 | A    More than 100. |

| | | |
|---|---|---|
| 11:23:32 | 1 | Q    Okay.  More than 100 over what period of time? |
| 11:23:36 | 2 | Three, four years?  Five years? |
| 11:23:37 | 3 | A    Five years. |
| 11:23:38 | 4 | Q    Okay.  And how would the two of you |
| 11:23:42 | 5 | communicate?  Phone call? |
| 11:23:44 | 6 | A    Yes. |
| 11:23:45 | 7 | Q    Did you guys do other things?  Zooms or any of |
| 11:23:48 | 8 | these other formats? |
| 11:23:50 | 9 | A    No. |
| 11:23:51 | 10 | Q    Okay.  And how would you describe the reason |
| 11:23:58 | 11 | you had all these conversations?  Why were you talking |
| 11:24:03 | 12 | so much? |
| 11:24:04 | 13 | A    Because of the role that he ultimately |
| 11:24:07 | 14 | occupied, I feel, in my life as a father figure and |
| 11:24:11 | 15 | mentor. |
| 11:24:12 | 16 | Q    Okay.  So you said, "father figure and |
| 11:24:17 | 17 | mentor"? |
| 11:24:18 | 18 | A    Uh-huh. |
| 11:24:19 | 19 | Q    And when -- when did you first start thinking |
| 11:24:24 | 20 | of Sonstar as a father figure or a mentor?  Like, when |
| 11:24:27 | 21 | did it get to the point where you thought of him that |
| 11:24:29 | 22 | way? |
| 11:24:35 | 23 | A    Sonstar came to Houston for a visit.  It was |
| 11:24:39 | 24 | after that. |
| 11:24:41 | 25 | Q    Is that still probably during 2020? |

| | | |
|---|---|---|
| 11:24:43 | 1 | A    No.  Maybe 2021 -- maybe. |
| 11:24:47 | 2 | Q    How does it compare to where the case was -- |
| 11:24:49 | 3 | the Tory Lanez case. |
| 11:24:51 | 4 | Was he awaiting trial? |
| 11:24:53 | 5 | A    No.  This was like in 2021 maybe; so no. |
| 11:24:59 | 6 | Q    Okay.  All right.  So Sonstar comes to |
| 11:25:11 | 7 | Houston.  And tell me about whatever interaction you had |
| 11:25:13 | 8 | with him on that trip. |
| 11:25:15 | 9 | A    I believe I did -- I did a show, and then me, |
| 11:25:21 | 10 | my husband and my children spent the day essentially |
| 11:25:25 | 11 | with him. |
| 11:25:26 | 12 | Q    So he appeared on your show? |
| 11:25:29 | 13 | A    Not on that occasion, no. |
| 11:25:30 | 14 | Q    Okay.  You did a show.  Tell me what that was. |
| 11:25:33 | 15 | A    Routine.  I literally just did a regular show |
| 11:25:36 | 16 | that day, and when I got done, we went and had a day |
| 11:25:39 | 17 | out. |
| 11:25:40 | 18 | Q    Oh.  But -- but Sonstar wasn't on the show? |
| 11:25:42 | 19 | A    No.  It wasn't about him at all.  I just |
| 11:25:44 | 20 | literally -- it was a word day. |
| 11:25:45 | 21 | Q    It just happened to be what you were doing |
| 11:25:46 | 22 | that morning. |
| 11:25:47 | 23 | A    Yeah. |
| 11:25:47 | 24 | Q    And then you did something later in the day |
| 11:25:49 | 25 | with your family and him. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:25:50 | 1 | A    Uh-huh. |
| 11:25:51 | 2 | Q    And what did you guys do? |
| 11:25:52 | 3 | A    We chitchatted and went to dinner. |
| 11:25:56 | 4 | Q    Okay.  And you think this was probably in |
| 11:26:01 | 5 | 2021.  What -- what -- what was it in your interactions |
| 11:26:05 | 6 | with him -- well, starting with that, when was it that |
| 11:26:08 | 7 | you started thinking of him like a mentor or father |
| 11:26:10 | 8 | figure? |
| 11:26:11 | 9 |      Was it something in that first dinner?  Or by |
| 11:26:13 | 10 | then, you were already getting there? |
| 11:26:16 | 11 | A    Per our phone conversations.  And I think that |
| 11:26:18 | 12 | it was more solidified once we got to spend some time |
| 11:26:21 | 13 | with each other with the family. |
| 11:26:23 | 14 | Q    Uh-uh. |
| 11:26:24 | 15 | A    My family. |
| 11:26:25 | 16 | Q    And other than the Tory Lanez case, what were |
| 11:26:32 | 17 | the areas that -- that you guys spent time talking |
| 11:26:34 | 18 | about? |
| 11:26:34 | 19 | A    We talked about faith.  We talked about |
| 11:26:37 | 20 | different things I may be going through.  Very |
| 11:26:41 | 21 | faith-based, I would say. |
| 11:26:43 | 22 | Q    Very what? |
| 11:26:43 | 23 | A    Faith-based, I would say. |
| 11:26:45 | 24 | Q    Okay.  And he -- is he a minister of some |
| 11:26:52 | 25 | kind? |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:26:52 | 1 | A    I believe so. |
| 11:26:55 | 2 | Q    I mean, do you share the same -- are you the |
| 11:26:58 | 3 | same religion as him? |
| 11:26:59 | 4 | A    Yes. |
| 11:27:00 | 5 | Q    Okay.  And what is that religion? |
| 11:27:02 | 6 | A    Christian Baptist.  We believe in God. |
| 11:27:04 | 7 | Q    And so you guys bonded over that, I guess. |
| 11:27:09 | 8 | Yeah? |
| 11:27:10 | 9 | A    Yes. |
| 11:27:10 | 10 | Q    Okay.  And -- all right. |
| 11:27:17 | 11 | The -- the -- how much -- of the hundreds of |
| 11:27:22 | 12 | conversations over the years you have kind of mentoring |
| 11:27:24 | 13 | and that general, how much of what you talked about was |
| 11:27:27 | 14 | actually kind of related to the Tory Lanez situation? |
| 11:27:33 | 15 | Where he is?  How he gets out of there?  That kind of |
| 11:27:36 | 16 | stuff? |
| 11:27:36 | 17 | A    It was more limited, actually. |
| 11:27:38 | 18 | Q    That topic was more limited? |
| 11:27:40 | 19 | A    Yes. |
| 11:27:40 | 20 | Q    You talked about other things more than that? |
| 11:27:42 | 21 | A    Absolutely. |
| 11:27:43 | 22 | Q    Okay.  What were those other things?  Faith |
| 11:27:48 | 23 | you said; right? |
| 11:27:49 | 24 | A    Right.  I have two children; so -- |
| 11:27:51 | 25 | Q    Yes. |

```
11:27:52   1        A    Sonstar has two younger children who are about
11:27:55   2   the ages of my two children; so that's another talking
11:27:58   3   point.  That's it.  Day-to-day things, honestly.
11:28:04   4        Q    Did you talk with him at any time in this
11:28:09   5   stretch about -- about how you are going to finance your
11:28:13   6   legal defense?
11:28:14   7        A    No.
11:28:20   8        Q    Were you still in touch with Sonstar when --
11:28:22   9   when Ceasar was saying, "You are going to have to come
11:28:25  10   up with some money"?
11:28:26  11        A    No.  I stopped communicating with him.
11:28:29  12        Q    When did you stop communicating with Sonstar?
11:28:32  13        A    Once I was served with the lawsuit.
11:28:33  14        Q    With the lawsuit in this case?
11:28:38  15        A    Yes, with this lawsuit.
11:28:40  16        Q    So, like, October of last year?
11:28:41  17        A    Yes.
11:28:44  18        Q    And whose decision was that to stop
11:28:48  19   communicating?
11:28:49  20        A    Mine.
11:28:50  21        Q    You -- did you reach out and say to him, "I'm
11:28:53  22   not going to communicate with you anymore"?
11:28:55  23        A    No.
11:28:55  24        Q    You just stopped?
11:28:56  25        A    Yes.
```

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:28:58 | 1 | Q    Did he reach out and say, "Hey, you are not |
| 11:28:59 | 2 | calling anymore.  What's going on?" |
| 11:29:00 | 3 | A    Yes. |
| 11:29:01 | 4 | Q    And you said what? |
| 11:29:02 | 5 | A    Nothing. |
| 11:29:03 | 6 | Q    You just didn't respond? |
| 11:29:06 | 7 | A    Right. |
| 11:29:07 | 8 | Q    You've never communicated to him a reason why |
| 11:29:10 | 9 | you stopped being in touch? |
| 11:29:12 | 10 | A    No. |
| 11:29:13 | 11 | Q    Even though he was a father figure?  A mentor? |
| 11:29:16 | 12 | Close?  Religious bonding?  You just cut it off? |
| 11:29:20 | 13 | A    Yes. |
| 11:29:21 | 14 | Q    And what would you say your reason for that |
| 11:29:22 | 15 | is? |
| 11:29:23 | 16 | A    Because of the accusations against me, per the |
| 11:29:26 | 17 | lawsuit. |
| 11:29:28 | 18 | Q    Explain that to me? |
| 11:29:31 | 19 | A    I was being accused of, essentially, colluding |
| 11:29:34 | 20 | with him.  I did not want to add to that; so I stopped |
| 11:29:37 | 21 | communication. |
| 11:29:40 | 22 | Q    You thought if you continued to be in touch |
| 11:29:41 | 23 | with him, people would continue to say you are colluding |
| 11:29:44 | 24 | with him -- |
| 11:29:44 | 25 | A    Yes. |

11:29:44   1        Q    -- to get these messages out?

11:29:46   2        A    Yes.

11:29:48   3        Q    All right.  And have you had any contact with

11:29:52   4   him since then?  With Sonstar?

11:29:56   5        A    Yes.

11:29:57   6        Q    All right.  Tell me that.

11:29:58   7             How many times?

11:30:01   8        A    Only -- maybe once or twice.

11:30:04   9        Q    So you've -- you -- in your mind at least,

11:30:06   10   you -- you ceased the communications --

11:30:09   11       A    Uh-huh.

11:30:09   12       Q    -- when you got the lawsuit because you didn't

11:30:11   13   want people to say you were colluding.

11:30:13   14       A    Right.

11:30:13   15       Q    But you still had one or two interactions

11:30:15   16   after that?

11:30:17   17       A    Right.  More recently.

11:30:18   18       Q    And what were the circumstances?

11:30:19   19             Well, first of all, how many were there?  How

11:30:23   20   many times have you interacted with Sonstar post the

11:30:27   21   filing of this lawsuit?

11:30:29   22       A    Probably less than three.

11:30:31   23       Q    Okay.  And when is the most recent one?

11:30:35   24       A    I don't recall.

11:30:36   25       Q    Best you can do?

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:30:40 | 1 | A    Couple months ago. |
| 11:30:41 | 2 | Q    I mean, there's only October to now; right? |
| 11:30:43 | 3 | So -- |
| 11:30:44 | 4 | A    Probably July. |
| 11:30:45 | 5 | Q    Okay.  Maybe in July?  And tell me -- |
| 11:30:46 | 6 | A    Not in July.  I said it is July now.  You said |
| 11:30:49 | 7 | it was October. |
| 11:30:50 | 8 | Q    I'm saying the period we're talking about is |
| 11:30:52 | 9 | between October and July; right? |
| 11:30:53 | 10 | A    Right. |
| 11:30:54 | 11 | Q    And you had three interactions somewhere in |
| 11:30:56 | 12 | there.  That's your testimony; right? |
| 11:30:58 | 13 | A    Right.  It was in more recent months, though, |
| 11:31:01 | 14 | in 2025 that I've had a chat with him. |
| 11:31:03 | 15 | Q    Okay.  And can you separate out the two or |
| 11:31:09 | 16 | three calls in your head?  Were they different subject |
| 11:31:13 | 17 | matters? |
| 11:31:14 | 18 | A    No.  They were all the same thing. |
| 11:31:18 | 19 | Q    So you've made a decision you are not going to |
| 11:31:19 | 20 | be in touch with him. |
| 11:31:20 | 21 | Who initiates contact the first time post the |
| 11:31:23 | 22 | filing of this lawsuit? |
| 11:31:28 | 23 | A    I couldn't say. |
| 11:31:30 | 24 | Q    Somebody called somebody or reached out? |
| 11:31:33 | 25 | A    Right.  Me and Sonstar -- I got the lawsuit, |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

11:31:38  1   and we spoke to Ceasar, like, on -- on a call.

11:31:42  2        Q    Together?

11:31:43  3        A    Uh-huh.

11:31:46  4        Q    Okay.  Well, all right.  You just told me you

11:31:49  5   didn't want to be interacting with Sonstar because you

11:31:53  6   didn't want to feed these allegations of collusion;

11:31:54  7   right?

11:31:55  8        A    Right.

11:31:56  9        Q    So what made you move past that and say, "Oh,

11:31:58  10  I'll get on a call with him and Ceasar"?

11:32:01  11       A    I was -- oh.  I got on a call with him and

11:32:03  12  Ceasar because I was accused by the blogs of receiving a

11:32:06  13  certain amount of money from him.  And Ceasar -- I

11:32:08  14  wanted to talk to Ceasar and the lawyers about it.  And

11:32:12  15  I think they patched him in or something -- Sonstar.

11:32:17  16       Q    Was Ceasar trying to get Sonstar to contribute

11:32:20  17  to your fees?

11:32:22  18       A    No.  I think that he wanted to understand the

11:32:26  19  alleged payments.

11:32:30  20       Q    At this point had Ceasar already said, "If you

11:32:33  21  don't come up with some money, we're not going to be

11:32:35  22  your lawyers"?

11:32:36  23       A    No.

11:32:37  24       Q    So you were still a pro-bono client of Ceasar

11:32:40  25  and Unite The People.  Yeah?

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:32:43 | 1 | A    I would have to -- I don't know the exact |
| 11:32:45 | 2 | dates on that, but I believe -- I believe I was already |
| 11:32:48 | 3 | with Unite The People, and they were representing me |
| 11:32:51 | 4 | pro bono. |
| 11:32:52 | 5 | Q    Okay. |
| 11:32:52 | 6 | A    At that time. |
| 11:32:53 | 7 | Q    And -- and did Ceasar ask to be able to talk |
| 11:32:58 | 8 | to Sonstar or vice versa? |
| 11:33:01 | 9 | A    I don't recall. |
| 11:33:02 | 10 | Q    All right.  What was said?  What did they talk |
| 11:33:04 | 11 | about once the three of you got together?  It was |
| 11:33:06 | 12 | something about payments. |
| 11:33:07 | 13 | A    Uh-huh. |
| 11:33:08 | 14 | Q    Tell me what you can remember Ceasar saying |
| 11:33:10 | 15 | and Sonstar saying and you saying? |
| 11:33:12 | 16 | A    Ceasar said that -- or I believe that I sent |
| 11:33:16 | 17 | some screenshots of some blogs running an exclusive that |
| 11:33:20 | 18 | I had received some money from Sonstar.  And so when we |
| 11:33:23 | 19 | got on the call, I sent a text explaining what I -- what |
| 11:33:28 | 20 | they were about. |
| 11:33:31 | 21 | Q    A text to Ceasar? |
| 11:33:33 | 22 | A    Yeah.  I sent a text to Sonstar. |
| 11:33:36 | 23 | Q    Who -- who -- so -- so, I guess you -- you saw |
| 11:33:44 | 24 | people out there saying you were getting money from |
| 11:33:47 | 25 | Sonstar.  Yeah? |

| | | |
|---|---|---|
| 11:33:49 | 1 | A    Uh-huh. |
| 11:33:50 | 2 | Q    And then Ceasar wanted to talk to you about |
| 11:33:52 | 3 | what was really going on; is that right? |
| 11:33:54 | 4 | A    Right. |
| 11:33:54 | 5 | Q    Okay.  And then you wanted to put Ceasar with |
| 11:33:56 | 6 | Sonstar to get to the bottom of it? |
| 11:33:58 | 7 | A    No.  I believe Ceasar wanted to include |
| 11:34:01 | 8 | Sonstar to maybe get two perspectives, but I couldn't |
| 11:34:03 | 9 | speak for him. |
| 11:34:04 | 10 | Q    Okay.  And on that conversation, did you guys |
| 11:34:07 | 11 | talk about whatever money had changed hands between |
| 11:34:10 | 12 | Sonstar and you over time? |
| 11:34:13 | 13 | A    Yes. |
| 11:34:14 | 14 | Q    Okay.  And do you remember the amounts that |
| 11:34:18 | 15 | you were talking about? |
| 11:34:20 | 16 | A    I remember the overall amount. |
| 11:34:22 | 17 | Q    And what was the overall amount? |
| 11:34:24 | 18 | A    $3,000. |
| 11:34:24 | 19 | Q    Okay.  And people in the blogs were saying |
| 11:34:27 | 20 | that that money flowed from Sonstar to you, and they |
| 11:34:31 | 21 | were saying that was to -- to advance the message of the |
| 11:34:34 | 22 | Tory Lanez' situation? |
| 11:34:36 | 23 | A    Yes.  Yes. |
| 11:34:37 | 24 | Q    And -- and you say, "I think that -- no, it |
| 11:34:42 | 25 | was for something else"; right? |

```
 1        A    Yes.

 2        Q    Okay.  And it was -- what was it again?

 3   Birthday gifts?

 4        A    You would have to outline, and then I could

 5   speak to it better.

 6        Q    Okay.  Other than birthday gifts for your

 7   kids, can you think of any reason why Sonstar would be

 8   giving you money?

 9        A    Yes.  So I know all the reasons why he gave me

10   money.  I don't know the exact amount.

11        Q    Oh.  Just tell me the reasons.

12        A    Okay.  There was an occasion where he sent me

13   birthday money.  My birthday is ██████████.

14        Q    Okay.  And did he do that once or more than

15   once?

16        A    He did that once.

17        Q    And how does that tie into when -- how long

18   had you known him at that point?

19        A    I couldn't say.  Maybe -- I couldn't say.  It

20   was years ago.  Not long.

21        Q    All right.  And that was the first time he

22   ever sent you money?

23        A    I believe so.

24        Q    And was it Zelle or Venmo?

25        A    It was Zelle.
```

MILAGRO ELIZABETH COOPER                                       JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:35:48 | 1 | Q    All right.  And were you surprised? |
| 11:35:52 | 2 | A lot of other people send you cash that day? |
| 11:36:03 | 3 | A    Yes. |
| 11:36:03 | 4 | Q    Okay.  So did you have -- well, I asked you |
| 11:36:06 | 5 | the question, were you surprised that -- that Sonstar |
| 11:36:08 | 6 | sent you money on your birthday? |
| 11:36:14 | 7 | A    I don't know if that's the adjective -- |
| 11:36:17 | 8 | "surprised." |
| 11:36:18 | 9 | Q    Were you expecting it when it came? |
| 11:36:20 | 10 | A    No. |
| 11:36:21 | 11 | Q    Okay.  After it came, did you talk to him |
| 11:36:26 | 12 | about having sent that money? |
| 11:36:27 | 13 | A    I believe I thanked him. |
| 11:36:28 | 14 | Q    Okay.  And how much was that first birthday |
| 11:36:35 | 15 | payment? |
| 11:36:36 | 16 | A    I don't know the exact amount.  It was a few |
| 11:36:38 | 17 | hundreds, though. |
| 11:36:39 | 18 | Q    Okay.  And you said other people sent money. |
| 11:36:42 | 19 | Were you -- were you fundraising for your |
| 11:36:44 | 20 | birthday? |
| 11:36:45 | 21 | A    My fans send me money for my birthday as a |
| 11:36:47 | 22 | gift. |
| 11:36:48 | 23 | Q    Okay. |
| 11:36:49 | 24 | A    Every year. |
| 11:36:52 | 25 | Q    Okay.  All right. |

| | | |
|---|---|---|
| 11:36:54 | 1 | So you had this first conversation with Ceasar |
| 11:37:00 | 2 | and Sonstar to talk about how Sonstar's payments to you |
| 11:37:05 | 3 | are being characterized, basically; right? |
| 11:37:07 | 4 | A    Yes. |
| 11:37:08 | 5 | Q    And -- and I think you said there was two more |
| 11:37:15 | 6 | conversations between the filing of the lawsuit and now. |
| 11:37:19 | 7 | Other than that one about the money, what else |
| 11:37:21 | 8 | did you talk to Sonstar about? |
| 11:37:25 | 9 | A    I had a disagreement with a family member. |
| 11:37:30 | 10 | Q    Tell me everything you know about that. |
| 11:37:33 | 11 | Who is the family member? |
| 11:37:34 | 12 | A    My sister. |
| 11:37:39 | 13 | Q    Okay.  And what was the nature of the |
| 11:37:41 | 14 | disagreement? |
| 11:37:41 | 15 | A    It's just a really tense situation because my |
| 11:37:44 | 16 | biological father is dead and paternity has been |
| 11:37:48 | 17 | established now, but it wasn't prior to his death.  So |
| 11:37:50 | 18 | there's just a lot of issues with paternity, basically. |
| 11:37:57 | 19 | So it's caused a strain in our relationship.  It affects |
| 11:38:00 | 20 | how, you know -- |
| 11:38:02 | 21 | Q    And -- and what's your sister's name? |
| 11:38:04 | 22 | A    Meshawn. |
| 11:38:06 | 23 | Q    Meshawn? |
| 11:38:07 | 24 | A    M-E-S-H-A-W-N. |
| 11:38:09 | 25 | MS. DIXON:  I am going to object regarding |

MILAGRO ELIZABETH COOPER                         JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

11:38:11  1   relevance.

11:38:12  2              MR. O'SULLIVAN:  I'm not going to do much on

11:38:12  3   this.  I just want to understand the Sonstar angle.

11:38:15  4   BY MR. O'SULLIVAN:

11:38:16  5        Q    Did Sonstar know your sister Meshawn?

11:38:18  6        A    No.

11:38:19  7        Q    But you -- because it was kind of dramatic,

11:38:20  8   you were saying this guy is a mentor and a father, and

11:38:23  9   then you decided to just stop communication; right?

11:38:25 10        A    Uh-huh.

11:38:26 11        Q    You told me when the lawsuit was filed you

11:38:27 12   made that decision.  Yeah?

11:38:29 13        A    Yeah.

11:38:29 14        Q    Because you didn't want the appearance of

11:38:32 15   colluding.

11:38:32 16              But then you were willing to have a

11:38:34 17   conversation with him about the money issue.  Yeah?

11:38:37 18        A    Yes.

11:38:37 19        Q    And now you were willing to have a

11:38:38 20   conversation with him about some tension with your

11:38:40 21   sister?

11:38:41 22        A    Yeah.

11:38:42 23        Q    And what did you think Sonstar could do to

11:38:45 24   help with your sister?

11:38:48 25        A    It was more for me.  Like I said, our

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:38:50 | 1 | relationship was really faith-based.  So I was feeling |
| 11:38:53 | 2 | really low, and it's something that weighs on me a lot; |
| 11:38:56 | 3 | so I really wanted encouragement. |
| 11:39:00 | 4 | Q    Okay.  And how much time did you spend talking |
| 11:39:07 | 5 | to Sonstar or communicating with him about that |
| 11:39:11 | 6 | situation with your sister? |
| 11:39:13 | 7 | A    Not too long.  It wasn't a long conversation. |
| 11:39:16 | 8 | Q    Like one call.  Yeah? |
| 11:39:18 | 9 | A    That's what the subsequent calls were about. |
| 11:39:21 | 10 | Q    The two subsequent calls were both about your |
| 11:39:23 | 11 | sister? |
| 11:39:24 | 12 | A    About my life issues and feeling low and then |
| 11:39:26 | 13 | navigating that, yeah. |
| 11:39:28 | 14 | Q    And any discussion on those subsequent two |
| 11:39:31 | 15 | calls about the Tory Lanez case? |
| 11:39:34 | 16 | A    No. |
| 11:39:35 | 17 | Q    Do you think you'll be communicating in the |
| 11:39:44 | 18 | future with Sonstar about your sister's situation? |
| 11:39:48 | 19 | A    Me and my sister are in a better place; so |
| 11:39:52 | 20 | hopefully it will be more positive.  It wont come up |
| 11:39:56 | 21 | again. |
| 11:39:57 | 22 | Q    Okay.  Same kind of questions for Tory Lanez. |
| 11:40:05 | 23 | When is the first time you communicated with |
| 11:40:06 | 24 | Tory Lanez? |
| 11:40:07 | 25 | A    2020. |

| | | |
|---|---|---|
| 11:40:08 | 1 | Q    And what were the circumstances? |
| 11:40:10 | 2 | A    His message was on Instagram, and it was just |
| 11:40:13 | 3 | like a "Yo, hit me," I believe. |
| 11:40:23 | 4 | Q    And what was -- where was that?  Was that |
| 11:40:24 | 5 | before the shooting? |
| 11:40:25 | 6 | A    After. |
| 11:40:26 | 7 | Q    After.  Okay. |
| 11:40:26 | 8 | Before the trial? |
| 11:40:31 | 9 | A    Yes. |
| 11:40:32 | 10 | Q    All right.  And were you already out talking |
| 11:40:33 | 11 | about the case? |
| 11:40:34 | 12 | A    Yes. |
| 11:40:35 | 13 | Q    And when he said, "Yo, hit me," what was -- |
| 11:40:38 | 14 | was that on Instagram or? |
| 11:40:39 | 15 | A    Yes. |
| 11:40:40 | 16 | Q    And what was -- was that a response to |
| 11:40:43 | 17 | something you had already posted? |
| 11:40:44 | 18 | A    No. |
| 11:40:45 | 19 | Q    Just out of the blue? |
| 11:40:47 | 20 | A    Yes. |
| 11:40:49 | 21 | Q    Okay.  And how did you respond to that? |
| 11:40:52 | 22 | A    I followed up with a phone call or -- excuse |
| 11:40:55 | 23 | me.  I believe I sent my phone number -- I believe I |
| 11:40:59 | 24 | sent my phone number to him and his father. |
| 11:41:08 | 25 | Q    And prior to him saying, "Yo, hit me," you had |

| | | |
|---|---|---|
| 11:41:11 | 1 | no communication with him? |
| 11:41:13 | 2 | A    No. |
| 11:41:13 | 3 | Q    Did you know him? |
| 11:41:15 | 4 | A    No. |
| 11:41:16 | 5 | Q    Never met him? |
| 11:41:17 | 6 | A    No. |
| 11:41:21 | 7 | Q    Did you know of him? |
| 11:41:22 | 8 | A    Yes. |
| 11:41:24 | 9 | Q    Because of -- of his celebrity of the music |
| 11:41:27 | 10 | business? |
| 11:41:28 | 11 | A    Yes. |
| 11:41:30 | 12 | Q    And so out of the blue, he puts on Instagram |
| 11:41:32 | 13 | "Yo, hit me" and you send him your phone number? |
| 11:41:35 | 14 | A    He sent it in a private message.  Yes. |
| 11:41:38 | 15 | Q    Okay.  Do you have any understanding now of |
| 11:41:40 | 16 | why he picked you out to contact? |
| 11:41:46 | 17 | A    No.  Because I don't think I was exclusive.  I |
| 11:41:48 | 18 | don't think it was special. |
| 11:41:51 | 19 | Q    Of all the people in the world, why did he -- |
| 11:41:55 | 20 | MS. DIXON:  Objection.  Speculation. |
| 11:41:55 | 21 | THE WITNESS:  I couldn't say. |
| 11:41:55 | 22 | MR. O'SULLIVAN:  Huh? |
| 11:41:55 | 23 | THE WITNESS:  I couldn't say. |
| 11:41:56 | 24 | BY MR. O'SULLIVAN: |
| 11:41:57 | 25 | Q    Well, once you followed up, did you ever ask |

MILAGRO ELIZABETH COOPER                                         JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:41:58 | 1 | him, "Why did you reach out to me"? |
| 11:42:01 | 2 | A    I did not ask. |
| 11:42:02 | 3 | Q    You don't even know today why, of all the |
| 11:42:04 | 4 | people in the world he could have reached out to, he |
| 11:42:08 | 5 | picked you that day? |
| 11:42:09 | 6 | A    No, I don't know. |
| 11:42:11 | 7 | Q    And without knowing that, you are okay just |
| 11:42:12 | 8 | sending him your phone number? |
| 11:42:14 | 9 | A    Well, yeah.  Uh-huh. |
| 11:42:17 | 10 | Q    Okay.  What happened next in -- in the |
| 11:42:19 | 11 | communication history of Milagro and Tory Lanez? |
| 11:42:23 | 12 | Did he call you? |
| 11:42:28 | 13 | A    His father called me. |
| 11:42:29 | 14 | Q    Okay.  And tell me what was said on that call. |
| 11:42:31 | 15 | A    His father called me, and then Tory called at |
| 11:42:34 | 16 | the same time; so we ended up on a three-way call -- me, |
| 11:42:37 | 17 | Tory, and Sonstar. |
| 11:42:39 | 18 | MS. DIXON:  I'm going to give a hearsay |
| 11:42:42 | 19 | objection. |
| 11:42:42 | 20 | But you can still answer. |
| 11:42:43 | 21 | MR. O'SULLIVAN:  Okay.  That's an evidentiary |
| 11:42:46 | 22 | objection for trial. |
| 11:42:51 | 23 | BY MR. O'SULLIVAN: |
| 11:42:51 | 24 | Q    By coincidence, Tory and his dad called you at |
| 11:42:53 | 25 | the same time? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|--|--|--|
| 11:42:53 | 1 | A    Yeah.  I was on the line with Sonstar, and |
| 11:42:55 | 2 | then, yeah, moments later, Tory. |
| 11:42:56 | 3 | Q    All right.  So you ended up on a three-way |
| 11:42:59 | 4 | call with both of them? |
| 11:43:01 | 5 | A    Uh-huh. |
| 11:43:01 | 6 | Q    And tell me everything you can say about that |
| 11:43:04 | 7 | conversation.  What Tory said?  What his father said? |
| 11:43:05 | 8 | And what you said? |
| 11:43:06 | 9 | A    Tory was occupied.  I don't know what he was |
| 11:43:08 | 10 | doing, but it was a lot of movement, so he didn't say |
| 11:43:11 | 11 | much.  He just said, "Hey." |
| 11:43:12 | 12 | And his father made mention of the fact |
| 11:43:19 | 13 | that -- what did he say -- that he had watched my show, |
| 11:43:24 | 14 | and they thought it was funny that different people |
| 11:43:27 | 15 | around them had watched it, and they realized that they |
| 11:43:30 | 16 | all had been watching it, and they kind of came |
| 11:43:32 | 17 | together. |
| 11:43:33 | 18 | He said, "Oh, you watch that too?"  You watch |
| 11:43:35 | 19 | that too type of thing; so it was a joke. |
| 11:43:37 | 20 | And then I expressed being sorry about what |
| 11:43:40 | 21 | was going on, and I was referencing the situation.  And |
| 11:43:46 | 22 | Daystar -- Tory had to get off the phone.  And so me and |
| 11:43:49 | 23 | Sonstar, he prayed at that time on the phone, and then |
| 11:43:52 | 24 | we got off the call.  And then -- |
| 11:43:53 | 25 | Q    Was Tory free at that point? |

| | | | |
|---|---|---|---|
| 11:43:56 | 1 | A | Yes. |

11:43:56  1     A    Yes.

11:43:56  2     Q    Was he in jail?

11:43:57  3     A    No.  He was free.

11:43:58  4     Q    Okay.

11:43:59  5     A    This is 2020.

11:44:00  6     Q    All right.  And -- so Tory was on bail.

11:44:05  7          Do you remember anything that Tory said on the

11:44:07  8  call?

11:44:08  9     A    It wasn't much.  Like I said, he came on and

11:44:10  10  he said, "Hey," and "Shout-out to you."  You know.  But

11:44:14  11  like I said, he was really occupied; so it was more so

11:44:17  12  me and his father.  And his father initiated the call;

11:44:20  13  so --

11:44:21  14     Q    But Tory kind of initiated the whole thing by

11:44:24  15  saying "Yo, hit me up"; right?

11:44:26  16     A    Right.

11:44:27  17     Q    All right.  And you can't remember anything

11:44:31  18  substantive that he said in the call?

11:44:33  19     A    Right, no.  Honestly.

11:44:34  20     Q    But his dad --

11:44:35  21     A    Uh-huh.

11:44:36  22     Q    -- said he is in a bad situation and let's

11:44:39  23  pray?

11:44:39  24     A    No.  I said -- I said that I hated the

11:44:43  25  situation that they were in -- or that he was in.

11:44:45  1          And he said, "Yeah, yeah.  God will work it

11:44:49  2   out."  And then he was going to pray.  He said, "Let's

11:44:52  3   pray."

11:44:54  4          Q    All right.  And did you have any connection

11:45:02  5   whatsoever to the underlying events of Tory's criminal

11:45:06  6   case, like, the shooting?  You weren't there?

11:45:09  7          A    No.

11:45:09  8          Q    All right.  From your criminal justice

11:45:11  9   studies, do you know what a percipient witness is?

11:45:14  10          Somebody who saw whether the light is green

11:45:16  11   or -- different than an expert witness.

11:45:18  12          Do you know what that is?

11:45:19  13          A    Okay.

11:45:20  14          Q    I'm just asking -- I think I know the

11:45:21  15   answer -- but you are not a witness -- you weren't a

11:45:23  16   witness in the Tory Lanez' criminal case were you?

11:45:25  17          A    No.

11:45:26  18          Q    And you are not saying you -- you personally

11:45:28  19   observed anything that happened there, are you?

11:45:30  20          A    No.

11:45:32  21          Q    You don't have any personal knowledge that

11:45:34  22   would be relevant to that, whether he did it or not;

11:45:38  23   right?

11:45:38  24          A    No.

11:45:39  25          Q    Okay.  Prior to talking to Tory and his dad

```
 1   after he -- you were already familiar with the case and
 2   the underlying events.  Yeah?
 3        A    Uh-huh.  Yes.
 4        Q    And -- and how -- let me come back to that.
 5             I want to ask you what your sort of sources of
 6   knowledge are about -- about the case.
 7             But, first, in terms of -- of communications
 8   where both you and Tory are on talking together, you had
 9   that first call where also, dad is on.  How many times
10   through today have you later talked to Tory?
11        A    Less than 10, I'd say.
12        Q    Okay.  Less than 10 over five years?
13        A    Yeah.
14        Q    Okay.  And when was the most recent time?
15        A    He sent me a happy birthday DM on Instagram.
16   Well, his Instagram page did.  I can't say it was him.
17        Q    Okay.  And that was for this past birthday?
18        A    Uh-huh.
19        Q    ████████████ of '24?
20        A    2024, yeah.
21        Q    Okay.  And so his Instagram did something.
22             How about an actual interaction where you were
23   in real time either texting or talking to him, when is
24   the most recent time?
25        A    I don't recall.  I don't recall.
```

| | | |
|---|---|---|
| 11:47:09 | 1 | Q    Was it in 2024? |
| 11:47:10 | 2 | A    I'd have to look.  I don't know. |
| 11:47:18 | 3 | Q    Well, the last time you actually -- so you had |
| 11:47:21 | 4 | at least -- you said 10 conversations where you talked. |
| 11:47:25 | 5 | What was -- what was talked about the last time that you |
| 11:47:28 | 6 | guys actually communicated in real time? |
| 11:47:30 | 7 | A    The last thing I remember that is significant |
| 11:47:41 | 8 | is when I went to Miami to interview his father. |
| 11:47:44 | 9 | Or -- I'm sorry.  No.  Trial was after that; |
| 11:47:50 | 10 | so I would say trial was the last significant talk we |
| 11:47:52 | 11 | had. |
| 11:47:54 | 12 | Q    Okay.  Was that during the trial? |
| 11:47:58 | 13 | A    Uh-huh. |
| 11:47:59 | 14 | Q    In person or on the phone? |
| 11:48:00 | 15 | A    In person at the courthouse. |
| 11:48:02 | 16 | Q    Okay.  So he is -- he is there for his trial, |
| 11:48:04 | 17 | you are there, and you guys were talking in the |
| 11:48:06 | 18 | courthouse? |
| 11:48:07 | 19 | A    Yeah. |
| 11:48:08 | 20 | Q    Just in -- in the lobby or -- |
| 11:48:11 | 21 | A    In the lobby I spoke to him.  And then on the |
| 11:48:15 | 22 | last day of trial he came up and said something to me. |
| 11:48:18 | 23 | Q    What did he say? |
| 11:48:22 | 24 | A    It was a -- it was like a greeting type of |
| 11:48:24 | 25 | thing.  Like "Hey." |

| | | |
|---|---|---|
| 11:48:25 | 1 | Q    What words came out of his mouth? |
| 11:48:27 | 2 | A    It wasn't a conversation.  He literally walked |
| 11:48:30 | 3 | up to me and said, "Hey," and he gave me a hug.  It was |
| 11:48:33 | 4 | the last day before the verdict was read; so I don't |
| 11:48:34 | 5 | know what was behind it. |
| 11:48:35 | 6 | Q    So there was no communication? |
| 11:48:37 | 7 | A    Right.  There wasn't a conversation like that. |
| 11:48:38 | 8 | No. |
| 11:48:39 | 9 | Q    But he gave you a hug? |
| 11:48:40 | 10 | A    Uh-huh. |
| 11:48:41 | 11 | Q    Okay.  At that point how many times had you |
| 11:48:46 | 12 | guys -- this is -- you probably had had 10 conversations |
| 11:48:48 | 13 | by that point? |
| 11:48:51 | 14 | A    By the time trial started, yeah.  Because |
| 11:48:54 | 15 | after that he was in jail. |
| 11:48:56 | 16 | Q    Yes.  And you weren't able to talk to him |
| 11:48:59 | 17 | while he was in jail? |
| 11:49:00 | 18 | A    Well, like I said, I got a message from his |
| 11:49:03 | 19 | Instagram; so -- that was from my birthday last year. |
| 11:49:06 | 20 | Q    Okay.  So it sounds like the last interaction |
| 11:49:11 | 21 | the last day of trial there wasn't much substance there. |
| 11:49:13 | 22 | When is the last time you had an actual back |
| 11:49:15 | 23 | and forth where words were spoken? |
| 11:49:17 | 24 | A    That's when I was saying the Miami -- |
| 11:49:19 | 25 | Q    Okay.  And tell me when was that.  As best you |

MILAGRO ELIZABETH COOPER                                         JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:49:23 | 1 | can place it on the calendar. |
| 11:49:25 | 2 | A    Maybe -- 2023 maybe.  Maybe 2022, 2023.  I'm |
| 11:49:29 | 3 | not certain. |
| 11:49:30 | 4 | Q    For the trial? |
| 11:49:33 | 5 | A    Prior to the trial, yes. |
| 11:49:34 | 6 | Q    Okay.  And that's my hometown. |
| 11:49:36 | 7 |      What -- what did you do in Miami? |
| 11:49:38 | 8 | A    I went to Miami to do an interview with |
| 11:49:41 | 9 | Sonstar. |
| 11:49:42 | 10 | Q    To -- you were going to interview somebody, or |
| 11:49:44 | 11 | you were going to interview -- |
| 11:49:45 | 12 | A    I was going to interview Sonstar. |
| 11:49:48 | 13 | Q    Okay.  On what? |
| 11:49:49 | 14 | A    He wanted to speak in relation to the |
| 11:49:53 | 15 | situation. |
| 11:49:56 | 16 | Q    That -- that Tory Lanez' case? |
| 11:49:58 | 17 | A    Right. |
| 11:49:59 | 18 | Q    Or -- and he -- and he -- okay.  So was this |
| 11:50:02 | 19 | going to be an episode of your show, or was it some |
| 11:50:05 | 20 | other platform? |
| 11:50:06 | 21 | A    No.  This particular interview was something |
| 11:50:08 | 22 | that I believe Tory's team was going to handle, because |
| 11:50:13 | 23 | it was all done and everything was handled by them. |
| 11:50:17 | 24 | Q    And did this actually happen?  Did you do it? |
| 11:50:22 | 25 | A    Yes.  I conducted the interview. |

| | | |
|---|---|---|
| 11:50:23 | 1 | Q    Okay.  And did it end up appearing on some |
| 11:50:25 | 2 | media platform? |
| 11:50:26 | 3 | A    No.  No. |
| 11:50:27 | 4 | Q    Was there a live audience? |
| 11:50:29 | 5 | A    No. |
| 11:50:30 | 6 | Q    Where was the interview? |
| 11:50:33 | 7 | A    In Miami, in Tory's studio.  There's a -- not |
| 11:50:38 | 8 | a recording -- not for music.  It's a -- you know, you |
| 11:50:41 | 9 | can set up -- like, you can decorate a room like a |
| 11:50:44 | 10 | podcast room.  It was like that.  That's what I mean by |
| 11:50:46 | 11 | "studio." |
| 11:50:47 | 12 | Q    Okay.  And was it in a residence or a business |
| 11:50:49 | 13 | place? |
| 11:50:50 | 14 | A    It was in a building. |
| 11:50:51 | 15 | Q    And -- |
| 11:50:52 | 16 | A    A commercial building. |
| 11:50:53 | 17 | Q    -- other than that interview, do you think it |
| 11:50:55 | 18 | was there to make music?  What was -- what was the |
| 11:50:57 | 19 | purpose of that space? |
| 11:50:59 | 20 | A    Oh, I couldn't say. |
| 11:51:00 | 21 | Q    Do you know why -- why that was chosen for the |
| 11:51:03 | 22 | interview?  Did they tell you why we're doing it there? |
| 11:51:05 | 23 | A    They did not tell me why, no. |
| 11:51:07 | 24 | Q    Okay.  And did you have -- well, tell me about |
| 11:51:16 | 25 | the conversations you had with Tory about the interview. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:51:21 | 1 | A    I didn't have a conversation with Tory about |
| 11:51:23 | 2 | the interview. |
| 11:51:23 | 3 | Q    All right.  I'm still trying to get back to |
| 11:51:26 | 4 | when you had a real substantive back-and-forth with Tory |
| 11:51:28 | 5 | about anything. |
| 11:51:30 | 6 | A    Right. |
| 11:51:31 | 7 | Q    When is the first -- the last time? |
| 11:51:33 | 8 | A    To be honest with you, we didn't have |
| 11:51:35 | 9 | conversations of substance. |
| 11:51:36 | 10 | When I went to Miami, I was there to interview |
| 11:51:39 | 11 | his dad.  And while waiting to get to the studio and to |
| 11:51:43 | 12 | go -- I don't know the reasons why we couldn't go yet, |
| 11:51:46 | 13 | but we had to wait -- we went to Tory's home and that is |
| 11:51:49 | 14 | where I was there with him and others. |
| 11:51:51 | 15 | And it was, "Hey, how are you doing?"  He told |
| 11:51:55 | 16 | some stories, laughing, joking.  So that's the most -- |
| 11:51:57 | 17 | that's the latest most significant conversation we had. |
| 11:52:00 | 18 | Q    And Tory has a house in Miami? |
| 11:52:03 | 19 | A    I believe so. |
| 11:52:04 | 20 | Q    And you said you went there? |
| 11:52:05 | 21 | A    Yes. |
| 11:52:06 | 22 | Q    Is you saw it? |
| 11:52:06 | 23 | A    Yes. |
| 11:52:07 | 24 | Q    Do you know what neighborhood it's in? |
| 11:52:08 | 25 | A    I do not. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:52:10 | 1 | Q   How much time did you spend there? |
| 11:52:13 | 2 | A   A few hours. |
| 11:52:14 | 3 | Q   Okay.  And you said there were others. |
| 11:52:18 | 4 | Did you know any of the other people there? |
| 11:52:21 | 5 | A   No.  Besides Sonstar. |
| 11:52:24 | 6 | Q   How many other people were there? |
| 11:52:25 | 7 | A   I could not say.  Less than 10. |
| 11:52:28 | 8 | Q   Was there anything that they had in common? |
| 11:52:31 | 9 | Was -- were they all related though Tory's case? |
| 11:52:34 | 10 | A   I could not say.  I did not recognize anyone |
| 11:52:36 | 11 | there associated with the case. |
| 11:52:38 | 12 | Q   Was -- was -- was it just purely social? |
| 11:52:43 | 13 | A   At the house?  Yes, it was social. |
| 11:52:45 | 14 | Q   It was like a party? |
| 11:52:45 | 15 | A   It wasn't a party.  Just -- |
| 11:52:48 | 16 | Q   Or hanging out? |
| 11:52:49 | 17 | A   Yeah. |
| 11:52:49 | 18 | Q   And Tory was there? |
| 11:52:52 | 19 | A   Yes. |
| 11:52:54 | 20 | Q   And you said, what, roughly, like, three hours |
| 11:52:58 | 21 | while you were waiting around for the studio? |
| 11:53:01 | 22 | A   I don't know how many hours it was. |
| 11:53:04 | 23 | Q   Did you get to know any of the other people |
| 11:53:05 | 24 | there besides Sonstar and Tory? |
| 11:53:09 | 25 | A   Yes. |

| | | |
|---|---|---|
| 11:53:10 | 1 | Q    And tell me who -- who made an impression on |
| 11:53:12 | 2 | you from the rest of that crowd? |
| 11:53:14 | 3 | A    I don't know her name, but there was a young |
| 11:53:16 | 4 | lady who I met, who seemed very nice and sweet. |
| 11:53:21 | 5 | Q    You don't remember her name? |
| 11:53:22 | 6 | A    I don't.  Sorry. |
| 11:53:23 | 7 | Q    And did you have an understanding of why she |
| 11:53:25 | 8 | or the other people were there that day?  Like, what |
| 11:53:28 | 9 | their connection was to the event? |
| 11:53:30 | 10 | A    No.  And I don't believe them -- they weren't |
| 11:53:33 | 11 | associated with my interview with Sonstar. |
| 11:53:34 | 12 | But no, I don't know why they were there. |
| 11:53:37 | 13 | Q    Okay.  So you think you and Sonstar just kind |
| 11:53:39 | 14 | of walked in on a gathering that was going to happen |
| 11:53:42 | 15 | anyway -- it was already there? |
| 11:53:43 | 16 | A    Uh-huh. |
| 11:53:44 | 17 | Q    Okay.  And within that period of time that you |
| 11:53:47 | 18 | were all together, how much back-and-forth was there |
| 11:53:50 | 19 | directly between you and Tory? |
| 11:53:53 | 20 | A    Limited.  Like I said, he was telling stories; |
| 11:53:58 | 21 | so kind of was like a viewer sitting on the couch, |
| 11:54:01 | 22 | watching.  There was a documentary special that we |
| 11:54:04 | 23 | played; so we all, as a group, you know, commented on |
| 11:54:07 | 24 | that. |
| 11:54:08 | 25 | Q    What was the name of that documentary special? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:54:10 | 1 | A    It was, I believe, it was a Kanye West |
| 11:54:13 | 2 | documentary.  It came in on some platform. |
| 11:54:20 | 3 | Q    Kanye West.  And you guys watched part of it? |
| 11:54:23 | 4 | The whole thing? |
| 11:54:23 | 5 | A    Part of it. |
| 11:54:24 | 6 | Q    Do you remember what -- what the part that |
| 11:54:25 | 7 | everyone watched, was commenting about? |
| 11:54:27 | 8 | A    I don't. |
| 11:54:28 | 9 | Q    But people were talking about that?  You do |
| 11:54:32 | 10 | remember generally that that -- |
| 11:54:33 | 11 | A    Right, yeah. |
| 11:54:34 | 12 | Q    And you can't remember anything about what -- |
| 11:54:36 | 13 | did they like it?  Did they hate it?  Were they -- |
| 11:54:38 | 14 | A    Yes, they liked it.  You know, we talked about |
| 11:54:40 | 15 | the music and -- as they were playing clips of the music |
| 11:54:43 | 16 | in the documentary.  You know, people pause out to sing |
| 11:54:46 | 17 | it or dance, you know, have a moment, and stuff like |
| 11:54:49 | 18 | that.  And -- and speaking to Kanye's artistry, and how |
| 11:54:53 | 19 | amazing of an artist that he is. |
| 11:54:55 | 20 | Q    Okay.  And, again, so as best you can recall |
| 11:55:01 | 21 | it, other than just being around for this -- this -- |
| 11:55:05 | 22 | people hanging out -- |
| 11:55:07 | 23 | A    Uh-huh. |
| 11:55:07 | 24 | Q    -- if you were to bring it down to -- to |
| 11:55:11 | 25 | Milagro and Tory discussing whatever you might have |

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:55:13 | 1 | discussed one-on-one, is there anything you can remember |
| 11:55:16 | 2 | talking to him?  Did you talk about the case? |
| 11:55:21 | 3 |     A   Me and Daystar have never discussed his case. |
| 11:55:24 | 4 |     Q   All right.  And -- and if you had to mush it |
| 11:55:32 | 5 | all together, all the times that you and Daystar have |
| 11:55:35 | 6 | exchanged words, how much conversation is that?  Is it |
| 11:55:38 | 7 | more than an hour? |
| 11:55:40 | 8 |     A   Probably. |
| 11:55:41 | 9 |     Q   All right.  So how did you two fill that out? |
| 11:55:44 | 10 | What were the subjects that you did talk about if you |
| 11:55:46 | 11 | didn't talk about the case? |
| 11:55:47 | 12 |     A   Okay.  So there was an initial time that he |
| 11:55:50 | 13 | hit me up, that we spoke on the three-way with his |
| 11:55:53 | 14 | father.  Months later -- |
| 11:55:58 | 15 |     Q   But he didn't say anything on that call, |
| 11:55:59 | 16 | right, other than "Yo"? |
| 11:56:00 | 17 |     A   Right.  Like I said, he was occupied. |
| 11:56:03 | 18 |     And then he wrote me on Instagram, in my DMs, |
| 11:56:08 | 19 | saying that he wanted to do a show, a podcast show, and |
| 11:56:13 | 20 | he was thinking about maybe doing one with me and |
| 11:56:17 | 21 | another podcaster DJ Akademiks. |
| 11:56:22 | 22 |     Q   Okay.  And -- and do you recall when -- what |
| 11:56:24 | 23 | year this was?  Or at least in reference to the trial. |
| 11:56:31 | 24 |     A   Probably 2021.  Maybe. |
| 11:56:33 | 25 |     Q   Okay.  And so he -- he and how did that |

MILAGRO ELIZABETH COOPER                                       JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:56:37 | 1 | happen?  You guys actually spoke? |
| 11:56:38 | 2 |     A    No.  He sent a DM and -- he sent a DM, and I |
| 11:56:42 | 3 | believe he spoke on it publicly.  I think he tweeted. |
| 11:56:45 | 4 | Yeah.  He tweeted and said that he wanted to do a show |
| 11:56:48 | 5 | with me and Akademiks.  Me and him never spoke about it |
| 11:56:51 | 6 | or got into any details.  It never materialized into |
| 11:56:55 | 7 | anything. |
| 11:56:55 | 8 |     Q    Okay.  So I'm still trying to fill an hour of |
| 11:56:58 | 9 | conversation here.  This is a DM. |
| 11:57:01 | 10 |     Did that podcast happen? |
| 11:57:02 | 11 |     A    No. |
| 11:57:03 | 12 |     Q    Why not? |
| 11:57:05 | 13 |     A    I couldn't say. |
| 11:57:08 | 14 |     Q    Did you try to make it happen? |
| 11:57:10 | 15 |     A    No.  Not, on my end. |
| 11:57:12 | 16 |     Q    Why not? |
| 11:57:12 | 17 |     A    Because, you know, celebrities and |
| 11:57:15 | 18 | Hollywood -- people say a lot of things.  I didn't put |
| 11:57:18 | 19 | all my eggs in that basket. |
| 11:57:21 | 20 |     Q    Okay.  Did you want to do it? |
| 11:57:28 | 21 |     A    I was open to the idea of trying it out. |
| 11:57:31 | 22 |     Q    Okay.  And -- and did you take any steps to |
| 11:57:33 | 23 | try to make it happen? |
| 11:57:35 | 24 |     A    No. |
| 11:57:36 | 25 |     Q    Do you have any understanding of why it didn't |

| | | |
|---|---|---|
| 11:57:40 | 1 | happen? |
| 11:57:40 | 2 | A    No. |
| 11:57:43 | 3 | Q    What -- what is your connection, if any, to |
| 11:57:46 | 4 | Akademiks, DJ Akademiks? |
| 11:57:50 | 5 | A    DJ Akademiks interviewed me after I did trial |
| 11:57:54 | 6 | coverage. |
| 11:57:56 | 7 | Q    Was that during the trial? |
| 11:58:02 | 8 | A    My interview with him was after. |
| 11:58:04 | 9 | Q    After? |
| 11:58:04 | 10 | A    The trial. |
| 11:58:05 | 11 | Q    It was after the verdict? |
| 11:58:06 | 12 | A    Yes. |
| 11:58:07 | 13 | Q    Okay.  And what platform was that on?  There |
| 11:58:13 | 14 | may be many.  How was that put out? |
| 11:58:15 | 15 | A    I believe -- I'm aware of him putting it on |
| 11:58:18 | 16 | Spotify.  I'm not certain what all he streams from. |
| 11:58:21 | 17 | Q    Okay.  And when he is not interviewing you on |
| 11:58:24 | 18 | Spotify, what does DJ Akademiks do? |
| 11:58:27 | 19 | A    I do not know.  He is a streamer.  I know |
| 11:58:29 | 20 | that, but other than that, I don't know. |
| 11:58:31 | 21 | Q    And "streamer" means he just -- he goes live |
| 11:58:34 | 22 | and just talks? |
| 11:58:35 | 23 | A    He -- he -- my point of reference with him, he |
| 11:58:38 | 24 | is speaking about trending topics. |
| 11:58:40 | 25 | Q    Uh-huh.  Do you associate him with things |

| | | |
|---|---|---|
| 11:58:44 | 1 | other than commentary on the Tory Lanez' case? |
| 11:58:49 | 2 | A    Yes. |
| 11:58:50 | 3 | Q    Like what are some of his big issues -- |
| 11:58:51 | 4 | DJ Akademiks? |
| 11:58:53 | 5 | A    DJ Akademiks, for me, is most ingrained in the |
| 11:58:58 | 6 | rap culture in the Chicago beefs and -- |
| 11:59:03 | 7 | Q    Chicago what? |
| 11:59:04 | 8 | A    Like Chicago -- the Chicago "drill" scene. |
| 11:59:07 | 9 | Akademiks has been blamed for causing issues within that |
| 11:59:10 | 10 | community.  So that's more so what I know him for.  He |
| 11:59:13 | 11 | has a big voice in hip-hop. |
| 11:59:15 | 12 | Q    Okay.  I didn't know some of these words. |
| 11:59:17 | 13 | Did you say "drill" scene? |
| 11:59:19 | 14 | A    Yeah.  Drill music. |
| 11:59:20 | 15 | Q    Okay.  So that's a genre of -- of rap? |
| 11:59:22 | 16 | A    Yes.  Or of music. |
| 11:59:24 | 17 | Q    Of music? |
| 11:59:25 | 18 | A    Yeah. |
| 11:59:25 | 19 | Q    All right.  So he is -- he is a commentator in |
| 11:59:28 | 20 | the music business? |
| 11:59:28 | 21 | A    Yes. |
| 11:59:29 | 22 | Q    All right.  And you knew of him before any of |
| 11:59:31 | 23 | this Tory Lanez stuff? |
| 11:59:33 | 24 | A    Yes.  He is a really big streamer. |
| 11:59:35 | 25 | Q    All right.  And do you -- do you -- have you |

| | | |
|---|---|---|
| 11:59:36 | 1 | in the past, prior to the Tory Lanez situation, followed |
| 11:59:40 | 2 | him or? |
| 11:59:40 | 3 | A    Yes. |
| 11:59:41 | 4 | Q    Yes.  Okay.  And then, at some point, Tory |
| 11:59:44 | 5 | Lanez says, "Hey, you should do a podcast with |
| 11:59:46 | 6 | DJ Akademiks about my case"; right? |
| 11:59:49 | 7 | A    No. |
| 11:59:50 | 8 | Q    Oh.  What was the thing we were talking about |
| 11:59:51 | 9 | where he hit you up and said -- |
| 11:59:53 | 10 | A    So, Tory had Quarantine Radio, which was a |
| 11:59:58 | 11 | streaming show on Instagram that got a lot of attention |
| 12:00:03 | 12 | and, I believe it was along the vein of that.  There was |
| 12:00:05 | 13 | no -- in any way, any mention of "Let's do a show about |
| 12:00:08 | 14 | my case."  He never gave an idea of it.  But I believed |
| 12:00:14 | 15 | it to be something like an extension of Quarantine |
| 12:00:16 | 16 | Radio. |
| 12:00:18 | 17 | Q    Okay.  So you -- the two of you would come on |
| 12:00:20 | 18 | his -- his Quarantine Radio? |
| 12:00:22 | 19 | A    He wanted to do something new, but like I |
| 12:00:25 | 20 | said, it never progressed; so I don't know what that |
| 12:00:27 | 21 | would have looked like for him. |
| 12:00:29 | 22 | Q    All right.  Am I right that those |
| 12:00:36 | 23 | conversations -- there wasn't -- there wasn't really any |
| 12:00:40 | 24 | direct back and forth between you and Tory about |
| 12:00:42 | 25 | anything other than the message; right?  There wasn't a |

MILAGRO ELIZABETH COOPER                                        JOB NO. 1844353

JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:00:46 | 1 | real time conversation there about this podcast? |
| 12:00:50 | 2 | A    No.  He DM'd me about it. |
| 12:00:52 | 3 | Q    All right.  Going back in time from there, |
| 12:00:53 | 4 | when was the last time you can recall having a |
| 12:00:56 | 5 | conversation with Tory about anything substantive?  You |
| 12:00:59 | 6 | told me you never talked to him about the case; right? |
| 12:01:01 | 7 | A    Right.  So I would say in -- like, of |
| 12:01:05 | 8 | substance of -- the Miami that I told you, and then we |
| 12:01:08 | 9 | had a brief interaction on the first day of trial.  And |
| 12:01:10 | 10 | then -- |
| 12:01:12 | 11 | Q    All right.  Miami was you are in a group. |
| 12:01:14 | 12 | A    Uh-huh. |
| 12:01:15 | 13 | Q    And you are watching all this, but there's not |
| 12:01:17 | 14 | really -- you couldn't tell me anything substantive that |
| 12:01:19 | 15 | it was just you and Tory talking about; right? |
| 12:01:21 | 16 | A    No. |
| 12:01:22 | 17 | Q    And -- sounds like any substance about the |
| 12:01:28 | 18 | case all was through his dad.  Yeah? |
| 12:01:33 | 19 | A    No.  Could you -- |
| 12:01:37 | 20 | Q    Well, you -- you didn't talk to Tory about the |
| 12:01:39 | 21 | case? |
| 12:01:39 | 22 | A    Right. |
| 12:01:39 | 23 | Q    You did talk to his dad about the case, at |
| 12:01:41 | 24 | least on and off over time; right? |
| 12:01:43 | 25 | A    Yes. |

| | | |
|---|---|---|
| 12:01:44 | 1 | Q    Okay.  Do you have the sense that Tory was |
| 12:01:46 | 2 | communicating through his dad? |
| 12:01:48 | 3 | A    No. |
| 12:01:49 | 4 | Q    Okay.  All right.  So going back, is there -- |
| 12:01:57 | 5 | is there a substantive Tory-Milagro conversation about |
| 12:02:01 | 6 | anything?  Like, what's the longest single conversation |
| 12:02:05 | 7 | where it was the just the two of you were talking? |
| 12:02:08 | 8 | A    The -- the first day of trial he said, "Today |
| 12:02:12 | 9 | is the day that they're going to paint me out to be a |
| 12:02:15 | 10 | monster." |
| 12:02:15 | 11 | And I said, "No.  You are not, and everything |
| 12:02:19 | 12 | will be okay." |
| 12:02:25 | 13 | Q    And "Today is the day they're going to paint |
| 12:02:29 | 14 | me out to be a monster." |
| 12:02:29 | 15 | No, you are going to be okay. |
| 12:02:32 | 16 | And -- and where was that?  Literally right in |
| 12:02:39 | 17 | the courtroom? |
| 12:02:39 | 18 | A    Uh-huh. |
| 12:02:40 | 19 | Q    Inside the courtroom? |
| 12:02:41 | 20 | A    Uh-huh. |
| 12:02:41 | 21 | Q    And he was walking, and he saw you and he said |
| 12:02:43 | 22 | that what he said? |
| 12:02:44 | 23 | A    No.  We went into the courtroom and we were |
| 12:02:46 | 24 | seated, and I was close enough to him, and he said it to |
| 12:02:49 | 25 | me. |

```
12:02:49   1        Q    He was, I assume, inside the well of the
12:02:53   2   courtroom, and you -- like, you were in the first row
12:02:54   3   maybe?
12:02:54   4        A    He had -- I don't know what the "well" is
12:02:56   5   but --
12:02:57   6        Q    Like, the part where the action is.  On the --
12:03:01   7        A    He was behind that gate.  So we all -- people
12:03:02   8   were just filing into the courtroom, trying to be
12:03:04   9   seated, and we were seated so prior to him crossing that
12:03:07  10   threshold.
12:03:08  11        Q    And he said to you "Today's the day they're
12:03:11  12   going to paint me out as a monster"?
12:03:13  13        A    Yes.
12:03:13  14        Q    And you said, "No.  I don't think that will
12:03:15  15   happen"?
12:03:16  16        A    Right.
12:03:16  17        Q    And that was before any evidence or anything
12:03:19  18   came in?
12:03:21  19        A    What do you mean?
12:03:22  20        Q    What was before the action started in the
12:03:23  21   courtroom.  That was --
12:03:25  22        A    It was prior to trial.  Right, right.
12:03:26  23        Q    Right.  Did he say why he thought that, or
12:03:30  24   what the monster stuff was going to be?
12:03:32  25        A    No.  That's all he said.
```

| | | |
|---|---|---|
| 12:03:35 | 1 | Q    And why did you think that wasn't going to |
| 12:03:37 | 2 | happen?  Why did you say -- or you were just trying to |
| 12:03:39 | 3 | be comforting? |
| 12:03:40 | 4 | A    I was trying to be comforting, and also didn't |
| 12:03:42 | 5 | believe him to be guilty.  At that point. |
| 12:03:45 | 6 | Q    Okay.  And why did you have a view one way or |
| 12:03:54 | 7 | another about whether he was guilty?  Like, you didn't |
| 12:03:56 | 8 | know.  You weren't there; right? |
| 12:03:58 | 9 | A    I was not there. |
| 12:03:59 | 10 | Q    Okay.  And so -- but you did have a view, |
| 12:04:01 | 11 | before the trial started, that he wasn't guilty? |
| 12:04:04 | 12 | A    I did believe that. |
| 12:04:05 | 13 | Q    And I want to understand the sources of, like, |
| 12:04:20 | 14 | the reason you thought that? |
| 12:04:21 | 15 | A    Uh-huh. |
| 12:04:22 | 16 | Q    You weren't personally exposed to any of the |
| 12:04:24 | 17 | evidence before the trial; right? |
| 12:04:26 | 18 | A    No. |
| 12:04:27 | 19 | Q    And you didn't see what happened that night; |
| 12:04:30 | 20 | right? |
| 12:04:30 | 21 | A    No. |
| 12:04:31 | 22 | Q    You didn't hear anything, smell anything? |
| 12:04:33 | 23 | A    No. |
| 12:04:34 | 24 | Q    Did Tory ever tell you what happened that |
| 12:04:37 | 25 | night? |

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:04:38 | 1 | A     No. |
| 12:04:39 | 2 | Q     Did anybody else who was there tell you what |
| 12:04:42 | 3 | happened that night? |
| 12:04:43 | 4 | A     No. |
| 12:04:43 | 5 | Q     Did any police officers talk to you? |
| 12:04:48 | 6 | A     No. |
| 12:04:48 | 7 | Q     Did any investigators from the police talk to |
| 12:04:52 | 8 | you? |
| 12:04:52 | 9 | A     No. |
| 12:04:53 | 10 | Q     Did you personally, prior to the trial, see |
| 12:05:00 | 11 | any of the forensic evidence? |
| 12:05:01 | 12 | A     No. |
| 12:05:02 | 13 | Q     Well, going back to your sort of criminal |
| 12:05:05 | 14 | justice time, when you were looking how to be an |
| 12:05:08 | 15 | investigator and all that stuff, what -- what did you |
| 12:05:11 | 16 | have that would cause you one way or the other to have a |
| 12:05:15 | 17 | belief that he was not guilty? |
| 12:05:17 | 18 | A     So -- |
| 12:05:19 | 19 | Q     I'm talking about prior to the trial when you |
| 12:05:21 | 20 | just had that conversation? |
| 12:05:22 | 21 | A     So -- of course.  So I was covering another |
| 12:05:25 | 22 | situation.  There was a death of a woman and a child in |
| 12:05:28 | 23 | Houston, and I was live on air covering that.  And the |
| 12:05:33 | 24 | news broke on "TMZ" that there had been an incident.  At |
| 12:05:36 | 25 | the time, the information was limited.  So when I heard |

12:05:40  1   it, I said, "Well, if he did something, then he should

12:05:42  2   go to jail."  Because harming a woman that way, or in

12:05:45  3   any way, is not okay.  And so --

12:05:50  4        Q    That was your first reaction?

12:05:51  5        A    Yes.

12:05:52  6        Q    If he did it, he should go to jail?

12:05:54  7        A    Absolutely.  Absolutely.

12:05:55  8        Q    And what details had you heard at that point?

12:05:57  9        A    Just the "TMZ" article.

12:05:59  10       Q    Did that talk about "Dance, bitch"?  No?

12:06:02  11       A    I couldn't say.

12:06:03  12            All I knew, there was video footage of

12:06:05  13  Megan Pete walking backwards with bloodied feet, and

12:06:10  14  they said there was an arrest and things of that nature.

12:06:12  15  I don't -- I don't recall exact details.  I don't know

12:06:13  16  if that had been published yet.  But just the first

12:06:17  17  video of them out of the vehicle with cops and a

12:06:20  18  situation of some sort.

12:06:21  19       Q    Right.  And so -- so you saw "TMZ," and your

12:06:25  20  first reaction was if he did that, he should go to jail?

12:06:30  21       A    Yes.

12:06:30  22       Q    If he shot at a woman and said, "Dance,

12:06:32  23  bitch"; right?

12:06:33  24       A    Yes.

12:06:33  25       Q    He should go to jail for that?

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

12:06:36   1            MS. DIXON:  Objection.  Assuming facts not in

12:06:37   2    evidence.  Because she said he didn't know if he said,

12:06:39   3    "Dance, bitch."

12:06:40   4            MR. O'SULLIVAN:  It is just a deposition.

12:06:41   5            MS. DIXON:  I know, but you are putting words

12:06:43   6    in her mouth.  She didn't say, "Dance, bitch," just for

12:06:46   7    clarity.

12:07:00   8    BY MR. O'SULLIVAN:

12:07:01   9        Q    Did something -- well, you first hear the

12:07:02   10   report -- obviously, you have an open mind because you

12:07:04   11   are saying, "If he did this, he should pay"; right?

12:07:07   12       A    Yes.

12:07:07   13       Q    And then what happens prior to the trial to

12:07:11   14   have you conclude he didn't do this?

12:07:14   15       A    Okay.

12:07:15   16       Q    What are the sources you have?

12:07:16   17       A    So, in the first few days after the incident,

12:07:21   18   it was Kelsey's mother -- Kelsey Harris, who was in the

12:07:25   19   vehicle.

12:07:25   20       Q    Okay.

12:07:26   21       A    Her mother and her sister went on social media

12:07:28   22   and they "cast out" on Megan, and that is what made me

12:07:30   23   initially "cast out."

12:07:32   24       Q    Did you know either of them -- Kelsey's mother

12:07:34   25   or sister?

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:07:35 | 1 | A    No. |
| 12:07:35 | 2 | Q    Do you know Kelsey? |
| 12:07:36 | 3 | A    No. |
| 12:07:38 | 4 | Q    All right.  So -- so what did you |
| 12:07:42 | 5 | understand -- did you have an understanding of -- of how |
| 12:07:45 | 6 | Kelsey fit into the underlying events at that point? |
| 12:07:53 | 7 | A    No.  I just knew her proximity to Megan, as an |
| 12:07:55 | 8 | assistant.  And I saw her, in that video, get out of the |
| 12:07:59 | 9 | car; so I knew that she had been there. |
| 12:08:01 | 10 | Q    Uh-huh.  All right.  So you have an open mind. |
| 12:08:03 | 11 | And then, on social media, the mom and the sister of one |
| 12:08:05 | 12 | of the people who were there put out something. |
| 12:08:08 | 13 | Do you remember what the something was? |
| 12:08:10 | 14 | A    They said something to the effect of "This is |
| 12:08:13 | 15 | where loyalty gets you.  My daughter has never been in |
| 12:08:16 | 16 | trouble.  This is because of Megan's stupid decisions." |
| 12:08:18 | 17 | And I asked -- |
| 12:08:21 | 18 | Q    That's pretty vague? |
| 12:08:22 | 19 | A    Is it?  Oh, in terms of per her statement? |
| 12:08:26 | 20 | Q    So they're saying -- they didn't say she did |
| 12:08:28 | 21 | or didn't do anything, did they -- Kelsey? |
| 12:08:31 | 22 | A    I couldn't say.  The messages that I'm |
| 12:08:34 | 23 | referencing -- or what I saw were them saying they were |
| 12:08:36 | 24 | worried for Kelsey and they -- I believe they, verbatim, |
| 12:08:40 | 25 | said, "That it was Megan's stupidity that caused this," |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:08:43 | 1 | verbatim.  I think -- I think that's what they said. |
| 12:08:46 | 2 | Q    All right.  And did that change your opinion |
| 12:08:53 | 3 | or your belief as to whether Tory pulled the trigger? |
| 12:08:58 | 4 | A    At that time, there was not an accusation.  At |
| 12:09:00 | 5 | that time, we didn't even know there had been a |
| 12:09:02 | 6 | shooting.  We just knew there was an incident.  And it |
| 12:09:06 | 7 | made me wonder "Wait, well, what happened?" |
| 12:09:08 | 8 | When they said that they place the blame on |
| 12:09:11 | 9 | Megan, I had seen Megan hurt getting out of the vehicle; |
| 12:09:13 | 10 | so I was confused.  And it was supposed to be her best |
| 12:09:19 | 11 | friend; so I was just really confused. |
| 12:09:21 | 12 | Q    Uh-huh.  I should have asked you, have you |
| 12:09:27 | 13 | ever had a conversation with Megan? |
| 12:09:28 | 14 | A    No. |
| 12:09:29 | 15 | Q    Okay.  Has -- has Megan ever done anything to |
| 12:09:38 | 16 | you personally?  Like, that hurt you?  Do you have a |
| 12:09:43 | 17 | grudge with her?  A beef with her? |
| 12:09:45 | 18 | A    I believe she's done something against me |
| 12:09:46 | 19 | personally. |
| 12:09:50 | 20 | Q    Okay.  And what is that? |
| 12:09:51 | 21 | A    She has -- or her team has reported my |
| 12:09:53 | 22 | Twitter.  That was documented by a journalist.  And -- |
| 12:10:00 | 23 | Q    Do you have any sense of when that was? |
| 12:10:02 | 24 | A    I'm sorry.  I don't. |
| 12:10:04 | 25 | Q    Was it late -- like after all the court case? |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:10:07 | 1 | A    It was prior to trial.  It was prior to trial. |
| 12:10:10 | 2 | Q    Okay.  You put something up on Twitter about |
| 12:10:12 | 3 | Megan? |
| 12:10:13 | 4 | A    About the case. |
| 12:10:16 | 5 | Q    And you think Megan's team reached out to |
| 12:10:19 | 6 | Twitter and got them to take it down? |
| 12:10:20 | 7 | A    The journalist reported that Megan's team told |
| 12:10:22 | 8 | them that they reported a series of tweets and got my |
| 12:10:25 | 9 | Twitter locked. |
| 12:10:26 | 10 | Q    Okay.  And so Twitter, obviously, agreed there |
| 12:10:27 | 11 | was a problem with the tweets; right? |
| 12:10:30 | 12 | MS. DIXON:  Objection.  Calls for speculation. |
| 12:10:32 | 13 | THE WITNESS:  I wouldn't say so because they |
| 12:10:34 | 14 | did not terminate my page.  And after they looked at it, |
| 12:10:36 | 15 | I was given access back to my page. |
| 12:10:38 | 16 | BY MR. O'SULLIVAN: |
| 12:10:39 | 17 | Q    Okay.  And did you put those tweets back up? |
| 12:10:41 | 18 | A    I cannot say what happened with them, |
| 12:10:42 | 19 | honestly. |
| 12:10:43 | 20 | Q    Okay.  Do you remember what you had tweeted |
| 12:10:45 | 21 | that Megan's team objected to? |
| 12:10:47 | 22 | A    Not at this time, no. |
| 12:10:49 | 23 | Q    Did you ever put things out as if it was facts |
| 12:10:54 | 24 | about the Megan trial -- or the Megan situation when it |
| 12:10:56 | 25 | was really just your opinion? |

12:10:58   1        A    No.  I always asked questions.

12:11:02   2        Q    Uh-huh.  Okay.  And so the sister and the mom

12:11:08   3   of the friend cast doubt.

12:11:10   4            Anything else happened between then and the

12:11:12   5   first day of trial when you went from "If he did it, he

12:11:16   6   should pay" to "You are not a monster, and you are not

12:11:20   7   going to go to jail"?

12:11:22   8        A    Uh-huh.  Right.  So Kelsey's mother and sister

12:11:23   9   "cast out," and I started to question things.  And then

12:11:27  10   Megan made a public statement that she was a victim of a

12:11:31  11   crime against her.  She mentions a shooting, and I was

12:11:37  12   confused.  Because when she went to the hospital, per

12:11:40  13   what I had learned at school, if anybody comes into the

12:11:42  14   hospital with a gunshot or a stab wound, even if it's

12:11:45  15   self-inflicted, that must be reported.

12:11:47  16            And per my understanding, when she went to the

12:11:51  17   hospital, even though Daystar was in jail and

12:11:53  18   everything, it wasn't reported that they -- they didn't

12:11:56  19   say anything about that until, like, October and said

12:11:58  20   they were accusing him and da, da, da.  So I felt like

12:12:01  21   it was fishy that police were not called there and that

12:12:04  22   something didn't follow up then.

12:12:07  23        Q    Okay.  But I mean, nobody at the hospital had

12:12:10  24   a job of keeping you up to speed on what they did;

12:12:12  25   right?  Like --

MILAGRO ELIZABETH COOPER                                   JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:12:13 | 1 | A    Well, it was public record.  So as we were |
| 12:12:15 | 2 | reading and going through these things, I posed that |
| 12:12:17 | 3 | question.  Well, this is what is supposed to happen in a |
| 12:12:19 | 4 | situation like this.  It doesn't appear as though it |
| 12:12:21 | 5 | did. |
| 12:12:24 | 6 | Q    But you didn't have any information.  You were |
| 12:12:25 | 7 | just asking questions? |
| 12:12:26 | 8 | A    Right.  Right. |
| 12:12:28 | 9 | Q    At any point, between when you think "If he |
| 12:12:34 | 10 | did it, he should pay" to you get to the first day of |
| 12:12:37 | 11 | trial and you are telling him, "You are not a monster," |
| 12:12:40 | 12 | did you do anything besides ask questions?  Did you get |
| 12:12:42 | 13 | any actual information from somebody who has evidence in |
| 12:12:45 | 14 | the case? |
| 12:12:46 | 15 | A    No. |
| 12:12:47 | 16 | Q    All right.  So whatever changed there, it |
| 12:12:51 | 17 | wasn't based on new information? |
| 12:12:54 | 18 | A    No.  It was based on what I was seeing. |
| 12:12:56 | 19 | Q    That's what I'm trying to understand.  So you |
| 12:12:58 | 20 | start out, and you say, "I don't know anything.  I don't |
| 12:12:59 | 21 | even know that there's a shooting"? |
| 12:13:01 | 22 | A    Right. |
| 12:13:01 | 23 | Q    You get to a point where not only is there |
| 12:13:03 | 24 | alleged to be a shooting. |
| 12:13:05 | 25 | A    Uh-huh. |

| | | |
|---|---|---|
| 12:13:05 | 1 | Q    But the guy is on trial. |
| 12:13:07 | 2 | A    Right. |
| 12:13:08 | 3 | Q    Felonies. |
| 12:13:08 | 4 | A    Uh-huh. |
| 12:13:09 | 5 | Q    And you are in court.  You have whatever |
| 12:13:11 | 6 | the -- the friend's mother and sister said, but it was |
| 12:13:15 | 7 | pretty vague; right? |
| 12:13:16 | 8 | A    Yeah. |
| 12:13:18 | 9 | Q    What is the information you get between then |
| 12:13:20 | 10 | and the first day of trial, actual factual information |
| 12:13:23 | 11 | that would cause you to feel differently about whether |
| 12:13:25 | 12 | he shot her? |
| 12:13:26 | 13 | A    Okay.  The most substantial thing that took |
| 12:13:29 | 14 | place was a conversation between me and Tamika Mallory. |
| 12:13:34 | 15 | Q    Tamika Mallory.  Okay. |
| 12:13:35 | 16 | A    Tamika Mallory challenged my viewpoint and |
| 12:13:38 | 17 | she -- she encouraged me to go read, and I said, "Okay." |
| 12:13:44 | 18 | And I -- there was a preliminary hearing that took place |
| 12:13:48 | 19 | in December of 2021. |
| 12:13:50 | 20 | Q    Yes. |
| 12:13:50 | 21 | A    And I obtained the transcripts. |
| 12:13:54 | 22 | Q    Yes. |
| 12:13:54 | 23 | A    And I read through them.  And that is when I |
| 12:13:56 | 24 | absolutely felt like, "Wait a minute, I don't think he |
| 12:13:59 | 25 | is guilty." |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
12:14:01   1        Q    And in that sense, you came to a different
12:14:03   2   conclusion than the judge; right?  It was a judge there?
12:14:07   3        A    No.  This is me streaming.
12:14:09   4        Q    No, I understand.  But you are saying I took
12:14:11   5   some information that was presented to the judge at the
12:14:13   6   preliminary hearing.
12:14:14   7        A    Uh-huh.
12:14:15   8        Q    And the judge obviously decided he is going to
12:14:17   9   stay for trial.  It's enough.  And you said, "No.  I
12:14:19  10   read it the other way"?
12:14:22  11        A    When I read it, all I thought was something is
12:14:24  12   not right here.  That's what I thought.
12:14:26  13        Q    That's a question; right?
12:14:27  14        A    What do you mean?
12:14:28  15        Q    That's not a fact; right?  That's a feeling or
12:14:30  16   something.
12:14:31  17        A    Right.
12:14:32  18        Q    That's not a fact?
12:14:32  19        A    That's all my opinion is, right.
12:14:34  20        Q    Okay.  And I'm trying to distinguish between
12:14:37  21   opinions and facts.
12:14:38  22        A    Right, right.  I always just questioned what
12:14:40  23   the paperwork said.  So, once I read the paperwork and
12:14:43  24   it said there was an altercation, now, I felt like that
12:14:46  25   was a motive.
```

| | | |
|---|---|---|
| 12:14:51 | 1 | Q    Okay.  But no new facts? |
| 12:14:55 | 2 | A    I felt like now those were facts and that was |
| 12:14:58 | 3 | in court.  Under penalty of perjury, everybody was |
| 12:14:59 | 4 | supposed to tell the truth.  So the things that were |
| 12:15:01 | 5 | revealed there, I accepted them as a fact -- that there |
| 12:15:03 | 6 | had been a fight, and that -- you know, the situation as |
| 12:15:06 | 7 | it was presented. |
| 12:15:08 | 8 | Q    Did Tory ever deny to you that he shot the |
| 12:15:11 | 9 | gun? |
| 12:15:12 | 10 | A    We never spoke about the situation. |
| 12:15:14 | 11 | Q    Okay. |
| 12:15:18 | 12 | MR. O'SULLIVAN:  Okay.  All right.  What |
| 12:15:21 | 13 | should I do here?  It's 12:15.  I -- we're going to |
| 12:15:24 | 14 | start doing some of these tweets.  Should we take a |
| 12:15:27 | 15 | break now or -- |
| 12:15:29 | 16 | MS. HAYRAPETIAN:  Court reporter is asking for |
| 12:15:30 | 17 | a break. |
| 12:15:30 | 18 | MR. O'SULLIVAN:  What's your -- oh, you want a |
| 12:15:30 | 19 | break? |
| 12:15:30 | 20 | Yes.  All right.  Let's take -- should we take |
| 12:15:30 | 21 | our lunch break now? |
| 12:15:30 | 22 | THE VIDEOGRAPHER:  Let's go off record.  Time |
| 12:15:34 | 23 | is 12:15.  We're going off -- sorry. |
| 12:15:38 | 24 | MR. O'SULLIVAN:  Wait.  I might go a few more |
| 12:15:41 | 25 | minutes, if we have it. |

| | | |
|---|---|---|
| 12:15:46 | 1 | MS. HAYRAPETIAN:  We can take a break. |
| 12:15:47 | 2 | MR. O'SULLIVAN:  Okay.  Should we take our |
| 12:15:47 | 3 | lunch break?  Food is here.  We'll set them up and come |
| 12:15:50 | 4 | back in -- I prefer shorter but take half-hour?  You |
| 12:15:52 | 5 | want 40 minutes? |
| 12:15:54 | 6 | MS. DIXON:  40 minutes. |
| 12:15:55 | 7 | MR. O'SULLIVAN:  Sure. |
| 12:15:55 | 8 | Is that okay? |
| 12:15:56 | 9 | THE WITNESS:  Yeah. |
| 12:15:58 | 10 | MR. O'SULLIVAN:  Okay.  So you have that room. |
| 12:16:02 | 11 | And anything else you need, we'll get for you. |
| 12:16:05 | 12 | THE VIDEOGRAPHER:  The time is 12:16.  We're |
| 12:16:10 | 13 | going off the record. |
| 12:59:09 | 14 | (Recess was taken.) |
| 01:11:19 | 15 | THE VIDEOGRAPHER:  The time is 1:11.  We're |
| 01:11:28 | 16 | back on the record. |
| 01:11:37 | 17 | MR. O'SULLIVAN:  Okay. |
| 01:11:38 | 18 | Okay.  So I'm going to mark as the first |
| 01:11:40 | 19 | Exhibit 40; right?  41?  40? |
| 01:11:42 | 20 | MS. HAYRAPETIAN:  Or 40, I think. |
| 01:11:43 | 21 | (Exhibit 40 was marked for identification.) |
| 01:11:43 | 22 | MR. O'SULLIVAN:  I'll give it to your lawyer. |
| 01:11:54 | 23 | And we're going to play the video -- |
| 01:11:54 | 24 | Ms. Cooper. |
| 01:11:55 | 25 | MS. HAYRAPETIAN:  There's no video.  There's |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:11:55  1  no video for this one.

01:11:57  2           MR. O'SULLIVAN:  Got it.  Okay.  A tweet.  All

01:11:58  3  right.

01:11:58  4           So the witness has the marked exhibit.

01:12:01  5           You said 40; right?

01:12:05  6           MS. HAYRAPETIAN:  Uh-huh.

01:12:06  7           MR. O'SULLIVAN:  For the record, I've marked

01:12:07  8  as Exhibit 40 a one-page document.  It appears to be a

01:12:11  9  depiction of a post from Milagro, says what it says.

01:12:22 10  BY MR. O'SULLIVAN:

01:12:22 11      Q    My first question to you, is -- is this

01:12:26 12  something you posted to social media -- Exhibit 40?

01:12:29 13      A    I believe so.

01:12:30 14      Q    All right.  And it says, at the bottom,

01:12:32 15  "7:12 PM, December 24th, 2023, 52.3K views."

01:12:40 16           Is all that accurate as far as you know?

01:12:42 17      A    As far as I know.

01:12:43 18      Q    All right.  And can you just read your tweet

01:12:46 19  into the record?

01:12:47 20      A    Yes.  [As read] Megan wants to know what she

01:12:49 21  has to do to stop being posted on certain outlets, and

01:12:52 22  then she says she's going to Cardi B. y'all hoes.  My

01:12:56 23  suggestion would be to just get over it or go away.

01:12:59 24  Cardi won her case because Tasha K. handed it to her.

01:13:02 25  Other than that, you are going to get posted.  Oh, well.

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:13:07   1        Q    Okay.  Had something happened before this that

01:13:18   2    caused you to send -- to put it post out at this time?

01:13:23   3        A    Something had to have happened, but I couldn't

01:13:24   4    say what exactly.

01:13:27   5        Q    Well, this -- this, quote, "Cardi B. y'all,"

01:13:30   6    whatever -- H-S.

01:13:32   7             Is that from some other post that you read?

01:13:39   8        A    No.  I would imagine, because I see that

01:13:41   9    there's a timer, four seconds, maybe it was a video, a

01:13:45   10   live she did.

01:13:47   11       Q    You are saying the little four seconds down at

01:13:49   12   the bottom means that this picture is actually a

01:13:52   13   four-second video?

01:13:55   14       A    I believe so.

01:13:55   15       Q    And is that of Megan crying?

01:13:58   16       A    Of her touching her face.  I don't see her

01:13:59   17   crying.  Not to me.

01:14:01   18       Q    Okay.  And did you, in fact, watch a video of

01:14:05   19   her saying, "What do I have to do to stop getting posted

01:14:07   20   on by you?"

01:14:09   21       A    I believe so.

01:14:10   22       Q    Okay.  And you said, "What she needs to do is

01:14:13   23   just get over it or go away"?

01:14:14   24       A    Yes.

01:14:15   25       Q    What does "go away" mean?  What did you mean?

| | | |
|---|---|---|
| 01:14:20 | 1 | A    What I mean is there were so many different |
| 01:14:23 | 2 | major outlets speaking about the situation, |
| 01:14:24 | 3 | contradicting her claims and calling her an outright |
| 01:14:27 | 4 | liar -- Joe Budden, Akademiks.  Just everywhere you |
| 01:14:31 | 5 | turned, everybody was questioning her. |
| 01:14:32 | 6 | So when she was in the live -- or asking what |
| 01:14:37 | 7 | can she do and I'm saying go away, stop talking about |
| 01:14:39 | 8 | it.  Move on.  She said it publicly, she was going to |
| 01:14:41 | 9 | move on.  Move on.  Or go have peace. |
| 01:14:44 | 10 | What do you want to do?  You want to be in the |
| 01:14:46 | 11 | industry.  Or I don't know. |
| 01:14:47 | 12 | Q    I see.  But the solution wasn't for people to |
| 01:14:50 | 13 | stop saying all this stuff?  Including you? |
| 01:14:53 | 14 | A    Saying what stuff? |
| 01:14:54 | 15 | Q    Whatever she's complaining about.  Calling her |
| 01:14:56 | 16 | a liar? |
| 01:15:03 | 17 | A    Could you ask me again?  I'm sorry. |
| 01:15:05 | 18 | Q    Yes.  She -- the thing you are reacting to is |
| 01:15:08 | 19 | Megan saying, "What do I need to do to get people to |
| 01:15:13 | 20 | stop posting"; right? |
| 01:15:14 | 21 | A    Uh-huh.  Right. |
| 01:15:14 | 22 | Q    And the things they're posting are, among |
| 01:15:16 | 23 | other things, posted by people like you saying, "She's a |
| 01:15:18 | 24 | liar and she lied at the trial"; right? |
| 01:15:22 | 25 | A    I don't know exactly who she was talking to, |

| | | |
|---|---|---|
| 01:15:23 | 1 | but I would imagine maybe those are some of the things |
| 01:15:26 | 2 | she's upset about. |
| 01:15:27 | 3 | Q   Yes.  At least you know that you said that |
| 01:15:29 | 4 | about her before she said, "What do I need to do to stop |
| 01:15:31 | 5 | this." |
| 01:15:32 | 6 | A   Do I know that I said that? |
| 01:15:33 | 7 | Q   Yeah. |
| 01:15:33 | 8 | A   That she was a liar? |
| 01:15:34 | 9 | Q   Yes.  And that she lied at the trial? |
| 01:15:38 | 10 | A   I have called her a liar in terms of saying |
| 01:15:40 | 11 | she lied at the trial?  I'm not going to say I said |
| 01:15:43 | 12 | that. |
| 01:15:44 | 13 | Q   You are denying you said that?  You said that |
| 01:15:46 | 14 | many times; right? |
| 01:15:48 | 15 | A   I would need to see what you are referencing |
| 01:15:50 | 16 | or see exactly what you are talking about. |
| 01:15:52 | 17 | Q   Okay.  But sitting here today, telling the |
| 01:15:54 | 18 | truth, you can't recall having said, in a public place, |
| 01:15:58 | 19 | that Meg lied at the trial? |
| 01:16:01 | 20 | A   I did not say that.  I posed a question. |
| 01:16:04 | 21 | Q   Okay.  You never affirmatively called her a |
| 01:16:08 | 22 | liar? |
| 01:16:08 | 23 | A   I have called Megan a liar. |
| 01:16:10 | 24 | Q   What am I missing? |
| 01:16:11 | 25 | A   That Megan has lied many times; so I've called |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:16:13 | 1 | her a liar for different reasons. |
| 01:16:15 | 2 | Q    All right.  But you are saying you never |
| 01:16:16 | 3 | called her a liar.  You never said she lied at the |
| 01:16:19 | 4 | trial? |
| 01:16:19 | 5 | A    I posed the question:  Did she lie at trial. |
| 01:16:21 | 6 | Q    And why did you pose that question? |
| 01:16:23 | 7 | A    Because there was witness testimony or expert |
| 01:16:26 | 8 | testimony that she had nerve damage from her -- I'm |
| 01:16:29 | 9 | sorry -- Megan said she had nerve damage.  The expert |
| 01:16:31 | 10 | said she did not.  That's a contradiction to me. |
| 01:16:34 | 11 | Q    But you just read part of the stuff; right? |
| 01:16:36 | 12 | A    I was there. |
| 01:16:36 | 13 | Q    You don't know the whole story was? |
| 01:16:38 | 14 | A    What do you mean? |
| 01:16:39 | 15 | Q    Did you see the medical evidence? |
| 01:16:40 | 16 | A    I saw a medical report. |
| 01:16:42 | 17 | Q    Did you see the medical report?  Did you see a |
| 01:16:44 | 18 | X-ray with bullets in her foot? |
| 01:16:46 | 19 | MS. DIXON:  Objection. |
| 01:16:47 | 20 | THE WITNESS:  I could not say that because -- |
| 01:16:49 | 21 | MS. DIXON:  Facts not in evidence. |
| 01:16:49 | 22 | MR. O'SULLIVAN:  Pardon? |
| 01:16:50 | 23 | THE WITNESS:  When we were in the court, they |
| 01:16:51 | 24 | did not say, "Bullet fragments."  They said, "Metallic |
| 01:16:53 | 25 | fragments." |

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:16:54 | 1 | BY MR. O'SULLIVAN: |
| 01:16:55 | 2 | Q    Metallic is not glass; right? |
| 01:16:56 | 3 | A    I'm not an expert. |
| 01:16:58 | 4 | Q    But you are casting an opinion on whether |
| 01:17:00 | 5 | Megan told the truth based on forensic evidence; right? |
| 01:17:03 | 6 | A    Well, bullet fragments went missing, as it was |
| 01:17:06 | 7 | reported; so I could not. |
| 01:17:07 | 8 | Q    You sat in the courtroom and saw the doctor |
| 01:17:10 | 9 | who worked on her foot show you the X-ray that had |
| 01:17:13 | 10 | metallic fragments in her foot.  Yes? |
| 01:17:17 | 11 | A    Uh-huh.  Yes.  And "TMZ" reported that glass |
| 01:17:19 | 12 | was broken.  And she did tell cops she stepped on glass, |
| 01:17:20 | 13 | and a medical report stated that she was treated for |
| 01:17:22 | 14 | glass. |
| 01:17:23 | 15 | Q    What does one have to do with the other if |
| 01:17:25 | 16 | there's bullet fragments in her foot? |
| 01:17:27 | 17 | A    That a professional should know the difference |
| 01:17:29 | 18 | between glass and bullets.  And that the people who |
| 01:17:31 | 19 | responded on scene, outside of her claiming she stepped |
| 01:17:33 | 20 | on glass, and the "TMZ" report saying that there was |
| 01:17:36 | 21 | glass in the vehicle, her wound did not look consistent |
| 01:17:39 | 22 | to me.  And I did look it up with gunshot wounds.  Yeah. |
| 01:17:44 | 23 | I mean -- and by the time we got to court, |
| 01:17:46 | 24 | there was a medical report put out by another outlet -- |
| 01:17:49 | 25 | fed it, I believe -- Myron Gaines, and the medical |

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:17:53 | 1 | report stated that she was treated for glass.  So, to |
| 01:17:56 | 2 | me, that was very questionable. |
| 01:17:57 | 3 | Did somebody need to be removed from the |
| 01:18:00 | 4 | hospital?  I don't want to go to the hospital, and you |
| 01:18:02 | 5 | can't tell the difference between glass and bullets. |
| 01:18:05 | 6 | Q    Uh-huh.  All right. |
| 01:18:06 | 7 | Do you have any personal knowledge that she |
| 01:18:11 | 8 | wasn't shot? |
| 01:18:11 | 9 | A    No. |
| 01:18:13 | 10 | Q    Do you have any evidence -- admissible |
| 01:18:16 | 11 | evidence suggesting she wasn't shot? |
| 01:18:18 | 12 | A    No. |
| 01:18:19 | 13 | Q    Okay.  Did anybody at the trial -- did Tory at |
| 01:18:22 | 14 | the trial say, "I didn't shoot her"? |
| 01:18:25 | 15 | A    No. |
| 01:18:25 | 16 | Q    Okay.  Has Tory ever said to you, "I didn't |
| 01:18:27 | 17 | shoot her"? |
| 01:18:28 | 18 | A    No. |
| 01:18:29 | 19 | Q    Megan said at the trial that he did.  Yeah? |
| 01:18:31 | 20 | A    Right. |
| 01:18:32 | 21 | Q    Okay. |
| 01:18:32 | 22 | A    Tory has publicly stated he didn't do anything |
| 01:18:34 | 23 | wrong.  Online. |
| 01:18:37 | 24 | Q    It wasn't done under oath; right?  Was not |
| 01:18:41 | 25 | willing to say it under oath. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:18:42    1            It would have been really good for him to say
01:18:44    2    that under oath; right?
01:18:45    3        A    Well, that wasn't my concern.
01:18:47    4            MS. DIXON:  Objection.  That -- that calls for
01:18:48    5    speculation.
01:18:48    6    BY MR. O'SULLIVAN:
01:18:48    7        Q    That wasn't your concern?
01:18:50    8        A    No.  You were asking me why I didn't believe
01:18:52    9    her; so him not on the stand wasn't my concern.
01:18:54   10            Prior to that, it was Megan lying.  When
01:18:56   11    police arrived on the scene, she wasn't honest.  And
01:18:58   12    that, to me, that was a hit on her credibility.
01:19:02   13            She went on Instagram Live multiple times
01:19:05   14    contradicting herself.  It is a fact that she was not in
01:19:07   15    her original seat; so the weapon that was there she
01:19:10   16    moved.
01:19:11   17        Q    And all that was presented to a jury of her
01:19:14   18    peers and the way we do it in America, and he was
01:19:15   19    convicted of having shot her; right?
01:19:17   20            MS. DIXON:  Objection.  Argumentative.
01:19:17   21    BY MR. O'SULLIVAN:
01:19:18   22        Q    That's what happened right before your eyes in
01:19:19   23    the courtroom.
01:19:21   24            MS. DIXON:  Objection.  Argumentative.
01:19:21   25            THE WITNESS:  It was.  But thank God for the

01:19:22  1   appeals court.

01:19:23  2   BY MR. O'SULLIVAN:

01:19:24  3       Q    They haven't done anything with that

01:19:25  4   conviction?

01:19:25  5       A    Not yet.  But thank God for it.  That's why

01:19:25  6   they appeal.

01:19:27  7       Q    And you are going to be saying the same stuff

01:19:29  8   even if the appeal is dismissed or the conviction is

01:19:31  9   affirmed?

01:19:31 10       A    I can't speak to the future, but right now, I

01:19:33 11   don't believe a case was proven.  I heard prosecutors

01:19:36 12   say, "DNA was a wash."  I don't believe that DNA is

01:19:39 13   essential.

01:19:39 14       Q    What do you mean you don't believe that the

01:19:41 15   case was proven?  They put on a case, and the jury

01:19:44 16   convicted.

01:19:45 17            What is the definition of "proven," if it's

01:19:46 18   not that?

01:19:47 19       A    Well, for me, I believe that the court of

01:19:49 20   appeals -- it exists for the reason that if something

01:19:52 21   didn't go the way you believe, you have a chance to

01:19:54 22   argue it.  And many people have been found innocent

01:19:56 23   after being convicted.

01:19:59 24       Q    Uh-huh.

01:19:59 25       A    Especially Black men.

| | | |
|---|---|---|
| 01:20:00 | 1 | Q   Uh-huh.  Uh-huh.  Okay. |
| 01:20:07 | 2 | "Cardi won her case because Tasha K. handed it |
| 01:20:13 | 3 | to her." |
| 01:20:14 | 4 | A   Uh-huh. |
| 01:20:15 | 5 | Q   What does that mean? |
| 01:20:16 | 6 | A   There were assertions that this blogger Tasha |
| 01:20:18 | 7 | K. made that I felt like sealed the deal for her and her |
| 01:20:22 | 8 | case. |
| 01:20:22 | 9 | Q   What do you mean? |
| 01:20:23 | 10 | A   She lost her defamation case with Cardi B. |
| 01:20:26 | 11 | Q   You mean Cardi B. successfully sued Tasha K. |
| 01:20:30 | 12 | for defaming her? |
| 01:20:32 | 13 | A   Yes. |
| 01:20:32 | 14 | Q   Okay.  And you are being sued here today for |
| 01:20:34 | 15 | defaming Megan; right? |
| 01:20:37 | 16 | A   I'm accused of defaming Megan, yes. |
| 01:20:39 | 17 | Q   Yes.  And you are saying that you think your |
| 01:20:42 | 18 | situation is going to come out differently because |
| 01:20:44 | 19 | Tasha K. handed it to her? |
| 01:20:46 | 20 | A   What I'm saying is me and Tasha K. are two |
| 01:20:49 | 21 | different people, and the things that were said there |
| 01:20:50 | 22 | are not similar to what I stated. |
| 01:20:52 | 23 | Q   Well, you stated that "Megan lied under oath |
| 01:20:56 | 24 | in a criminal trial"; right?  That's defamatory. |
| 01:20:59 | 25 | A   I posed a question. |

| | | |
|---|---|---|
| 01:21:00 | 1 | Q    Okay.  And in what way did Tasha K. hand |
| 01:21:04 | 2 | Cardi B. this case? |
| 01:21:05 | 3 | A    In my opinion, the assertions that she made |
| 01:21:08 | 4 | without proof of it is why she lost her case. |
| 01:21:10 | 5 | Q    What did she say without proof? |
| 01:21:12 | 6 | A    She accused Cardi of having an STD. |
| 01:21:15 | 7 | Q    And she didn't have proof of that? |
| 01:21:17 | 8 | A    Tasha K. did not. |
| 01:21:18 | 9 | Q    Okay.  You don't have proof of anything, do |
| 01:21:19 | 10 | you? |
| 01:21:20 | 11 | A    No, not in this. |
| 01:21:22 | 12 | MS. DIXON:  Objection.  Argumentative. |
| 01:21:23 | 13 | BY MR. O'SULLIVAN: |
| 01:21:23 | 14 | Q    Anything you've said, you don't have actual |
| 01:21:25 | 15 | admissible proof of it; right?  You are speculating |
| 01:21:27 | 16 | based on stuff you read or somebody told you.  Yeah? |
| 01:21:29 | 17 | A    Yes. |
| 01:21:30 | 18 | Q    Okay. |
| 01:21:45 | 19 | THE VIDEOGRAPHER:  Counsel, can we take the |
| 01:21:46 | 20 | paper off of the mic?  Thank you. |
| 01:21:54 | 21 | MR. O'SULLIVAN:  All right.  I'm going to mark |
| 01:21:55 | 22 | as Exhibit 41 -- |
| 01:22:10 | 23 | THE WITNESS:  Pass it down. |
| 01:22:11 | 24 | MR. O'SULLIVAN:  I'm handing to Counsel |
| 01:22:11 | 25 | Exhibit 41. |

MILAGRO ELIZABETH COOPER                                       JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
01:22:13   1              MS. DIXON:  What was the previous one?  I'm
01:22:14   2    sorry.
01:22:14   3              MR. O'SULLIVAN:  40.
01:22:15   4              MS. HAYRAPETIAN:  40.
01:22:16   5              MS. DIXON:  Okay.
01:22:25   6              MR. O'SULLIVAN:  Does this one have video?
01:22:26   7              MS. HAYRAPETIAN:  No video.
01:22:27   8              MR. O'SULLIVAN:  Another same thing.  Okay.
01:22:27   9              For the record, I've marked as Exhibit 41, a
01:22:30  10    one-page document.  It's got Bates number P2165.
01:22:35  11    Appears to be IG Milagro Gramz, 4:09 PM, March 12th,
01:22:42  12    2022, Twitter for iPhone.
01:22:44  13              (Exhibit 41 was marked for identification.)
01:22:44  14    BY MR. O'SULLIVAN:
01:22:44  15         Q    And I'll ask you, Ms. Cooper, is this
01:22:51  16    something you posted on the date indicated on 41?
01:22:54  17         A    I believe so.
01:22:55  18         Q    Okay.  Tell me everything about this.  What --
01:22:58  19    why did you do this?
01:23:00  20         A    I had a question; so I posted on Twitter.
01:23:04  21         Q    All right.  What is -- what is even -- what do
01:23:07  22    you have a question about?  What's going on here?
01:23:09  23              The first picture on the left, it says
01:23:10  24    "Mob Radio," and it looks like -- what is that?  A meat
01:23:14  25    cutter?
```

01:23:19   1        A    That looks like a still shot from a music

01:23:21   2   video.  I don't know if I see a meat cutter, but I see

01:23:24   3   what looks like a leg and a body and arms.

01:23:27   4        Q    Somebody's cutting up a body part; yeah?  Is

01:23:29   5   that a horse's --

01:23:30   6        A    Someone appears to be in a butcher shop.

01:23:32   7        Q    Okay.  And did you -- you were the one that

01:23:34   8   picked this image?

01:23:35   9        A    I couldn't say.

01:23:37  10        Q    Well, you posted it.

01:23:38  11             Would you post something that wasn't selected

01:23:40  12   by you?

01:23:43  13        A    What -- you -- wait, go back to your original

01:23:45  14   question.  You asked, like, did I -- you said did I take

01:23:48  15   that screenshot?

01:23:49  16        Q    Did you -- did you choose the image to

01:23:54  17   include?

01:23:55  18        A    For this post?  Yes.

01:23:57  19        Q    All right.  I'm going to be careful again.

01:23:58  20   We're starting to talk over each other.  All right.

01:24:00  21             MS. DIXON:  Hold on one second.  We need a

01:24:02  22   break for a sec.

01:24:03  23             MS. HAYRAPETIAN:  Can we go off the record for

01:24:04  24   a second?

01:24:06  25             THE VIDEOGRAPHER:  Does everybody agree?

| | | |
|---|---|---|
| 01:24:09 | 1 | MS. DIXON:  Yes. |
| 01:24:09 | 2 | MS. HAYRAPETIAN:  I'm sorry. |
| 01:24:09 | 3 | THE VIDEOGRAPHER:  Counsel, wait, hold on. |
| 01:24:09 | 4 | Do you want me to read us off? |
| 01:24:09 | 5 | MR. O'SULLIVAN:  Why are we doing this? |
| 01:24:09 | 6 | MS. HAYRAPETIAN:  Are you okay? |
| 01:24:09 | 7 | MS. DIXON:  Since you agree, I have a |
| 01:24:11 | 8 | question.  I just got an email -- |
| 01:24:11 | 9 | THE COURT REPORTER:  Wait, we're not off the |
| 01:24:11 | 10 | record. |
| 01:24:14 | 11 | THE VIDEOGRAPHER:  We're not off the record. |
| 01:24:14 | 12 | MS. DIXON:  Okay. |
| 01:24:14 | 13 | THE VIDEOGRAPHER:  Counsel, do you agree to go |
| 01:24:18 | 14 | off the record? |
| 01:24:19 | 15 | MR. O'SULLIVAN:  No. |
| 01:24:19 | 16 | Why are we doing that? |
| 01:24:21 | 17 | MS. DIXON:  'Cause you took the drive that I |
| 01:24:22 | 18 | want and -- |
| 01:24:23 | 19 | MR. O'SULLIVAN:  This business about your |
| 01:24:23 | 20 | other case and the drive.  I'm trying to do a deposition |
| 01:24:25 | 21 | here. |
| 01:24:26 | 22 | MS. DIXON:  It's not a case.  It's this case. |
| 01:24:28 | 23 | It's some evidence in this case.  I asked you to copy |
| 01:24:30 | 24 | it, and you said that's what they were going to do.  And |
| 01:24:32 | 25 | now Dan tells me you took it.  That's the only copy I |

01:24:35   1   have.

01:24:35   2            MR. O'SULLIVAN:  Take it outside.

01:24:36   3            MS. DIXON:  You represented that you were

01:24:37   4   going to copy it through your people, and you were going

01:24:39   5   to give me another --

01:24:40   6            MR. O'SULLIVAN:  Okay.  I'm in the middle of

01:24:41   7   questioning the witness.  Please.

01:24:43   8            MS. DIXON:  I wouldn't have given it to you if

01:24:44   9   I'd of known you were going to take it.  I told you

01:24:46  10   clearly that it wasn't your copy.

01:24:49  11            MS. HAYRAPETIAN:  They are copying it.  They

01:24:51  12   can't do it all in one sitting.

01:24:52  13            MR. O'SULLIVAN:  Please.

01:24:55  14   BY MR. O'SULLIVAN:

01:24:56  15       Q    We're on Exhibit 41.

01:24:57  16            Number one, did you create this post?

01:25:03  17       A    I believe so.

01:25:04  18       Q    Okay.  On or about the time it's dated,

01:25:06  19   March 12th, 2022?

01:25:08  20       A    I believe so.

01:25:11  21       Q    Okay.  And did you, prior to posting this,

01:25:13  22   talk about -- talk with anybody about what you were

01:25:15  23   going to put up here?

01:25:16  24       A    No.

01:25:18  25       Q    Did you tell anybody in advance you were going

```
01:25:19    1    to post something about horses and legs?

01:25:23    2         A    No.

01:25:23    3         Q    Okay.  Did you create this Exhibit 41, the

01:25:30    4    post, all by yourself?

01:25:32    5         A    Yes.

01:25:33    6         Q    Nobody helped you?

01:25:34    7         A    No.

01:25:35    8         Q    Did you talk to a lawyer before you did this?

01:25:36    9         A    No.

01:25:37   10         Q    Were you worried you could get in legal

01:25:38   11    trouble for doing this?

01:25:39   12         A    No.

01:25:40   13         Q    Okay.  Have you been worried at any time,

01:25:42   14    during your posting about Megan, that you faced legal

01:25:46   15    problems for doing what you are doing?

01:25:48   16         A    No.

01:25:48   17         Q    All right.  "Daystar, is that a horse's leg,"

01:25:58   18    two different emojis.

01:25:59   19              What were you trying to communicate there?

01:26:01   20         A    When this music video was released, people

01:26:04   21    thought that it was a horse's leg in the music video.

01:26:06   22    They thought maybe he had been taunting Megan.  So I put

01:26:10   23    it online to see what the response from the public would

01:26:14   24    be.  What did they think about it, basically.

01:26:22   25         Q    Tell me what -- what -- what -- what online
```

01:26:25   1   reactions you were -- you were addressing here?  What

01:26:28   2   were people saying that you were responding to?

01:26:30   3        A    People were accusing Tory of taunting Megan by

01:26:34   4   putting what they thought was a horse's leg in the

01:26:36   5   video -- in a music video he released.

01:26:39   6        Q    Okay.  And people are saying that online?

01:26:41   7        A    Uh-huh.

01:26:42   8        Q    And then you went and found a picture of a

01:26:46   9   horse's leg and asked him if it's a horse's leg?

01:26:51  10        A    Not necessarily asked him.

01:26:53  11        Q    You can have questions that can have a motive,

01:26:56  12   right, if you are trying to put people somewhere?

01:26:58  13        A    So, on social media and when it comes to me,

01:27:00  14   posting something like this, there's not an expectation

01:27:02  15   that Daystar, or any other person, would necessarily

01:27:05  16   answer.  It's just once, again, highlighting a trending

01:27:08  17   topic, and then you see the responses from the public.

01:27:10  18             The public thought it was a horse's leg; so I

01:27:12  19   post and say, "Daystar, is that a horse's leg," and then

01:27:16  20   you get -- you see what the public says, based on that.

01:27:17  21   Okay.  Then you move forward.

01:27:20  22        Q    Uh-huh.  Uh-huh.  And did you get responses to

01:27:24  23   this?

01:27:26  24        A    I could not say.

01:27:28  25        Q    Exhibit 41?

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
01:27:29   1        A    I couldn't say.  I see the stats on it, but I
01:27:31   2   couldn't say in terms of responses to it.
01:27:33   3        Q    Did Daystar answer your question?
01:27:35   4        A    No.
01:27:36   5        Q    Sitting here today, do you know whether he
01:27:38   6   intended to mock or troll her by putting a horse's leg
01:27:41   7   in his video?
01:27:42   8        A    I do not know.  I don't even know if that is a
01:27:44   9   horse's leg.
01:27:45  10        Q    Okay.  One way or the other?
01:27:46  11        A    I don't know, no.
01:27:47  12        Q    You are just throwing out questions?
01:27:48  13        A    Right.  I was curious.
01:27:50  14        Q    Okay.  Uh-huh.
01:27:56  15             MS. HAYRAPETIAN:  Can we pull up --
01:27:59  16             MR. O'SULLIVAN:  Are we at 42?
01:28:01  17             MS. HAYRAPETIAN:  -- 23-A the video clip?
01:28:05  18             MR. O'SULLIVAN:  This is going to be 42.  No.
01:28:05  19   Is it 42?
01:28:12  20             MS. HAYRAPETIAN:  42-B.  And the clip will be
01:28:13  21   42-A.
01:28:15  22             THE VIDEOGRAPHER:  I'm not pulling it up.
01:28:15  23             MS. HAYRAPETIAN:  Oh.
01:28:15  24             Ms. Autumn Taylor, would you please pull up
01:28:23  25   42-A?
```

| | | |
|---|---|---|
| 01:28:28 | 1 | STENO TECH ASSISTANT:  What number?  I |
| 01:28:29 | 2 | couldn't quite hear you. |
| 01:28:31 | 3 | MS. HAYRAPETIAN:  23-A. |
| 01:28:59 | 4 | STENO TECH ASSISTANT:  23-A.  Yes.  One |
| 01:28:59 | 5 | moment, please. |
| 01:28:59 | 6 | (Off-the-record discussion between the Court Reporter |
| 01:28:59 | 7 | and Counsel.) |
| 01:28:59 | 8 | MR. O'SULLIVAN:  The video we're going to |
| 01:28:59 | 9 | watch is 42-A. |
| 01:28:59 | 10 | STENO TECH ASSISTANT:  Let me know if you want |
| 01:29:00 | 11 | me to play it. |
| 01:29:01 | 12 | MR. O'SULLIVAN:  Let's just wait until |
| 01:29:01 | 13 | everybody has everything in front of them. |
| 01:29:02 | 14 | Ronda, do you have a copy of the transcript? |
| 01:29:06 | 15 | MS. DIXON:  Yes, sir. |
| 01:29:06 | 16 | MR. O'SULLIVAN:  Yes.  For the record, we've |
| 01:29:09 | 17 | marked as 42-A and B a recording of an online -- some |
| 01:29:18 | 18 | words from the defendant, and then we also have a -- a |
| 01:29:21 | 19 | court reporter transcript to go along. |
| 01:29:24 | 20 | So, yes, if you would please play the clip. |
| 01:29:32 | 21 | (A video clip was played.) |
| 01:29:32 | 22 | (Exhibit 42-A was marked for identification.) |
| 01:29:32 | 23 | (Exhibit 42-B was marked for identification.) |
| 01:29:32 | 24 | |
| 01:30:06 | 25 | BY MR. O'SULLIVAN: |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:30:07    1          Q    All right.  So we just listened to the audio
01:30:09    2    and saw the video.
01:30:10    3               Ms. Cooper, is 42-A, which we just watched,
01:30:13    4    you talking on one of your platforms?
01:30:16    5          A    Yes.
01:30:17    6          Q    And the transcript, 42-B, you had a chance to
01:30:19    7    look at that.
01:30:20    8               Does that accurately capture what you said?
01:30:22    9          A    Yes.
01:30:23   10          Q    Okay.  We were just talking about you calling
01:30:29   11    Megan a liar.
01:30:30   12          A    Uh-huh.
01:30:31   13          Q    You say in here, "Because I always said her
01:30:35   14    ass was lying, bitch"; right.
01:30:36   15          A    Uh-huh.
01:30:37   16          Q    That's pretty clear.  Yeah?  You accused her
01:30:39   17    of lying.
01:30:40   18          A    But about what.
01:30:41   19          Q    In general?
01:30:42   20          A    Once again, she's lied about many things;
01:30:43   21    so --
01:30:44   22          Q    But I think what you said before was "I didn't
01:30:48   23    call her a liar.  I just asked questions"; right?
01:30:51   24    That's what you said.
01:30:52   25          A    No.  You said that I had said that she

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:30:54  1  perjured herself.  And I said, "no.  I did not say that.

01:30:57  2  I asked a question."  But I told you that she's lied

01:30:59  3  many times; so I have called her a liar.

01:31:01  4      Q   Do you deny saying right here, in this

01:31:04  5  publicly posted --

01:31:05  6          MS. DIXON:  Objection.  Argumentative.

01:31:07  7          MR. O'SULLIVAN:  I'm in the middle of the

01:31:08  8  question, Counsel.

01:31:09  9          MS. DIXON:  Okay.

01:31:10 10  BY MR. O'SULLIVAN:

01:31:11 11      Q   I asked you if you had called Megan a liar?

01:31:17 12      A   Uh-huh.

01:31:18 13      Q   And then I've showed you something where you

01:31:19 14  say, "Because I always said her ass was lying"?

01:31:22 15      A   Uh-huh.

01:31:23 16      Q   And do you not think that's calling her a

01:31:26 17  liar?

01:31:26 18      A   I think that it's important to acknowledge

01:31:30 19  what I'm saying she's lying about.

01:31:31 20      Q   Why?

01:31:32 21      A   Because you can't put it all in one box.

01:31:35 22  She's has lied about many things.

01:31:37 23      Q   But the listener doesn't know what you are

01:31:39 24  talking about?

01:31:39 25      A   Yes, they do.

01:31:40   1        Q    How could they?  You say she is a liar; right?

01:31:42   2        A    The listeners are the ones that have been

01:31:43   3    keeping up with everything.  So if they're following,

01:31:45   4    then they would know that.

01:31:46   5             And Megan herself has asserted that she lied

01:31:48   6    to Gayle King; so she's -- she's the liar per her own

01:31:51   7    admission.

01:31:52   8        Q    Uh-huh.  Uh-huh.

01:31:52   9             It says, further down, "The fuck.  A bitch

01:31:59  10    fuck with my nigga.  I'm going to slap that hoe, and

01:32:02  11    whatever comes after it, comes after it."

01:32:04  12             What does that mean?

01:32:06  13        A    That means that hypothetical speaking that if

01:32:09  14    I became aware of infidelity, that I wouldn't get upset.

01:32:16  15        Q    That's what you get from this sentence?

01:32:18  16        A    Absolutely.  'Cause that's what I meant.

01:32:21  17             Me and Megan have never shared a man; so I

01:32:24  18    wouldn't be speaking of her.

01:32:26  19        Q    I still don't understand what you are saying.

01:32:32  20        A    Hypothetically speaking, a "bitch" is any

01:32:34  21    human.  If a bitch messes with my man, has sex with my

01:32:37  22    man, then I would be upset.

01:32:42  23        Q    And is -- are you saying this is the

01:32:46  24    explanation for the Megan shooting?

01:32:50  25        A    No.  This statement here is me literally

01:32:53   1   saying that --

01:32:54   2        Q    Who is -- who is the bitch?  Who is the N-word

01:32:56   3   in this?

01:32:57   4        A    This is -- what -- my statement is

01:32:59   5   hypothetical.  In relation to the case, Megan was

01:33:02   6   accused of sleeping with Tory behind Kelsey's back.  So

01:33:06   7   I said --

01:33:06   8        Q    So it is a reference to that?

01:33:08   9        A    You can't make it that I'm speaking of her is

01:33:10  10   my point, because I hypothetically stated.

01:33:13  11        Q    Doesn't say "hypothetically" in here.  It's

01:33:15  12   a --

01:33:15  13        A    It doesn't have to.

01:33:16  14        Q    -- it's a text about Megan.

01:33:18  15        A    Right.  But you are asking me about what I

01:33:20  16   meant, and that's what I meant.

01:33:21  17        Q    Okay.  And you understand that it's possible

01:33:23  18   someone who read this would take it as a direct

01:33:24  19   statement about Megan; right?

01:33:26  20        A    I do not understand that, because we come from

01:33:28  21   different places.  And you are misinterpreting what I

01:33:31  22   meant; so --

01:33:32  23        Q    Okay.  So your testimony under oath right now

01:33:34  24   is you weren't referring to Megan when you said this

01:33:36  25   sentence?

| 01:33:37 | 1 | A    No.  I was speaking hypothetically. |
| 01:33:40 | 2 | Q    Could be anybody? |
| 01:33:41 | 3 | A    Right.  If any woman messes with my man, then |
| 01:33:44 | 4 | I'm going to do such and such and da, da.  It was |
| 01:33:46 | 5 | hypothetical. |
| 01:33:46 | 6 | Q    Yes.  And you happened to bring that up as the |
| 01:33:48 | 7 | last sentence of five sentences you spoke all about |
| 01:33:50 | 8 | Megan; right? |
| 01:33:53 | 9 | A    Yeah.  It's a hypothetical statement based on |
| 01:33:55 | 10 | things -- |
| 01:33:56 | 11 | Q    How would the reader know? |
| 01:33:58 | 12 | A    Who would have been reading it?  It was a |
| 01:34:00 | 13 | Live. |
| 01:34:00 | 14 | Q    How would the listener know? |
| 01:34:02 | 15 | A    Because they've been keeping up with my |
| 01:34:04 | 16 | coverage. |
| 01:34:04 | 17 | Q    All of them? |
| 01:34:05 | 18 | A    I cannot account for every single person, but |
| 01:34:07 | 19 | the same people, very much so, showed up and supported. |
| 01:34:09 | 20 | Yes. |
| 01:34:11 | 21 | Q    Okay.  You stand behind everything you said |
| 01:34:15 | 22 | here in Exhibit 42-B? |
| 01:34:17 | 23 | A    What do you mean by that -- "stand behind it"? |
| 01:34:19 | 24 | Q    You said it.  You take it back?  Any of it? |
| 01:34:23 | 25 | A    Once again, take back what?  There's a lot of |

```
01:34:25   1   things said here.

01:34:25   2       Q    Yeah.  Any of it, you take back?

01:34:32   3       A    Not in this moment.  I would need more time to

01:34:34   4   think over that.

01:34:35   5       Q    Okay.

01:34:54   6           MR. O'SULLIVAN:  All right.  I'm going to mark

01:34:55   7   as 43, a copy of the operative complaint.  And then I'm

01:35:14   8   going to do them together.

01:35:15   9           And also the answer is going to be 44.

01:35:26  10           MS. DIXON:  Which one is this?

01:35:27  11           MR. O'SULLIVAN:  The answer and complaint.  43

01:35:28  12   is the complaint, and 44 is the answer.

01:35:31  13           MS. DIXON:  Okay.

01:35:31  14           MR. O'SULLIVAN:  A serial offender.  All

01:35:48  15   right.

01:35:50  16           THE VIDEOGRAPHER:  Actually, a little bit

01:35:50  17   down.  It will scrape against your tie.

01:36:03  18           MR. O'SULLIVAN:  All right.  For the record,

01:36:03  19   I've marked as Exhibit 43 a copy of the operative

01:36:06  20   complaint in this case.  It's a 39-page document.

01:36:14  21           And then I've also marked as Exhibit 44 a copy

01:36:17  22   of the operative answer of affirmative defenses in the

01:36:20  23   case.

01:36:20  24           (Exhibit 43 was marked for identification.)

01:36:20  25           (Exhibit 44 was marked for identification.)
```

| | | |
|---|---|---|
| 01:36:27 | 1 | BY MR. O'SULLIVAN: |
| 01:36:27 | 2 | Q   First of all, Ms. Cooper, I have a couple |
| 01:36:29 | 3 | questions about specific parts of this complaint that |
| 01:36:32 | 4 | started the case and your answer; but if you want to be |
| 01:36:35 | 5 | comfortable, you look at as much of it as you want.  I'm |
| 01:36:38 | 6 | not just trying show a part.  So I'll show you what I |
| 01:36:40 | 7 | care about, and then you decide what you want to read. |
| 01:36:42 | 8 | But I'm just going to focus on page 8. |
| 01:37:02 | 9 | Okay.  In -- in paragraph 27, why don't you go |
| 01:37:09 | 10 | ahead and read that to yourself. |
| 01:37:11 | 11 | A   Okay. |
| 01:37:11 | 12 | Q   And tell me when you are done. |
| 01:37:17 | 13 | A   I'm done. |
| 01:37:18 | 14 | Q   Okay.  And now look -- if you turn the answer |
| 01:37:20 | 15 | to page 3, I'm going to try to get the matching -- so |
| 01:37:24 | 16 | whatever 27 is there. |
| 01:37:26 | 17 | You see your response in paragraph 27? |
| 01:37:29 | 18 | A   Okay. |
| 01:37:32 | 19 | Q   I apologize.  I should have done this first. |
| 01:37:34 | 20 | Am I right that 44 is a copy of the answer |
| 01:37:38 | 21 | that your counsel filed for you in this case? |
| 01:37:40 | 22 | A   Yes. |
| 01:37:40 | 23 | Q   Okay.  So, on 27, you read what it says there, |
| 01:37:44 | 24 | and then your answer says, that you admit to operating |
| 01:37:47 | 25 | numerous social media accounts one time or another and |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:37:52  1    has submitted to oral discretion.

01:37:56  2            And then, in the end, you say, "Defendant also

01:37:58  3    denies that she is the sole speaker, writer, and/or

01:38:01  4    editor of every post on her social media accounts."

01:38:04  5            Can you tell me what -- what that refers to?

01:38:07  6        A    To Mike who -- the internship situation.

01:38:09  7        Q    Okay.  And so he -- was he like -- how would

01:38:12  8    you describe what that is?  Someone is helping you get

01:38:15  9    your tweets out or your Post-its?

01:38:17  10       A    No.  He would -- someone who would determine

01:38:18  11   what was trending and -- and post worthy and post and

01:38:22  12   write a caption.

01:38:23  13       Q    Uh-huh.  Okay.  Was involved in posting any

01:38:28  14   tweets that have been alleged to be defamatory of Megan?

01:38:34  15       A    Not that I know of.

01:38:34  16       Q    Okay.  You are not saying here that he is --

01:38:37  17   he is responsible for something that's in the case?

01:38:39  18       A    No.

01:38:40  19       Q    Okay.  All right.  Now, let's turn to page 12

01:38:50  20   of the complaint.  And -- I'm focused on paragraph 42.

01:39:05  21   It might be easier if I read this one.  This is under

01:39:09  22   the heading that says, "Defendant Promoted The Deepfake

01:39:12  23   Video."

01:39:12  24            [As read] In June 2023, defendant registered

01:39:16  25   for an X account using the screen name MobzWorld.  In

01:39:19   1   registering for an X account, defendant created a

01:39:21   2   profile on X, including, among other things, a, quote,

01:39:23   3   "likes" page on her X profile.

01:39:26   4          Likes are a feature of X whereby a user can

01:39:28   5   show their support for a post by clicking the Like

01:39:31   6   button, which is portrayed as a heart symbol under each

01:39:35   7   individual X post.  Likes are then recorded for each

01:39:39   8   post and publicized as a statistic that is visible on

01:39:42   9   each post with more popular posts featuring a higher

01:39:45  10   number of likes, and less popular posts showing few to

01:39:49  11   no likes.

01:39:50  12          As with any X user, defendant's likes page on

01:39:53  13   her X profile tracked and displayed the post that

01:39:56  14   defendant liked, i.e., posts which defendant pressed the

01:39:59  15   Like icon from her X account.  Defendant's likes page

01:40:03  16   was featured as a tab on defendant's X profile and

01:40:06  17   accessible to all third-party X users.

01:40:09  18          And then there's a footnote that you later

01:40:15  19   made your likes inaccessible?

01:40:17  20       A    X made them inaccessible.

01:40:19  21       Q    I'm sorry.  Yes, across the board.

01:40:20  22          Okay.  And then, on your response to that, in

01:40:23  23   Number 42, you say you admit that you used that screen

01:40:26  24   name.

01:40:26  25       A    Uh-huh.

| | | |
|---|---|---|
| 01:40:27 | 1 | Q But you deny everything else. |
| 01:40:28 | 2 | And so what is it in all these things about |
| 01:40:31 | 3 | how -- how the likes work that you are denying? Do you |
| 01:40:35 | 4 | disagree were that? |
| 01:40:35 | 5 | A I disagree because the way that users use |
| 01:40:38 | 6 | Twitter and the way they may have intended for users to |
| 01:40:42 | 7 | use are it two different things. So I don't necessarily |
| 01:40:44 | 8 | use it to promote or to show that I like something or -- |
| 01:40:48 | 9 | that doesn't mean I agree? It doesn't necessarily mean |
| 01:40:51 | 10 | that. |
| 01:40:51 | 11 | Q So you -- when you say "I like it," you don't |
| 01:40:54 | 12 | mean you like it? |
| 01:40:55 | 13 | A Not in every instance, no. |
| 01:40:57 | 14 | Q Do you mean, by expressing your like, to draw |
| 01:41:02 | 15 | attention to people who pay attention to you? |
| 01:41:05 | 16 | A No. Because a "like page" is something that |
| 01:41:07 | 17 | people could look at, but it's for you. It's your |
| 01:41:09 | 18 | likes. So while people could see it, it's for you to go |
| 01:41:12 | 19 | back and reference, not necessarily the people. |
| 01:41:15 | 20 | Q Well, let's cut right to it. The Deepfake |
| 01:41:18 | 21 | video -- did you attempt to direct attention to that |
| 01:41:21 | 22 | video by liking it and telling people to go check out |
| 01:41:24 | 23 | your likes? |
| 01:41:25 | 24 | A No. I was reporting on a situation I was made |
| 01:41:27 | 25 | aware of, and I simply wanted them to know what I was |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:41:32 | 1 | talking about. |
| 01:41:33 | 2 |    Q   Did you intend, by doing what you did, liking |
| 01:41:36 | 3 | it and then telling people to go look at your likes, for |
| 01:41:39 | 4 | more people -- your followers to see the video? |
| 01:41:43 | 5 |    A   No.  I want them to see the post on Twitter. |
| 01:41:47 | 6 |    Q   Of the video? |
| 01:41:49 | 7 |    A   No.  The video was not on Twitter. |
| 01:41:51 | 8 |    Q   What post did you want them to see? |
| 01:41:53 | 9 | Screenshot of the video? |
| 01:41:54 | 10 |    A   I wanted them to see the post that they were |
| 01:41:56 | 11 | bringing to my attention; so I liked it so that they |
| 01:41:58 | 12 | could go read it, and what they did after that was their |
| 01:42:02 | 13 | business. |
| 01:42:02 | 14 |    Q   Okay.  But part of this is they go look at |
| 01:42:04 | 15 | what you liked; right? |
| 01:42:07 | 16 |    A   They could go to my likes, yes. |
| 01:42:09 | 17 |    Q   That was the intended result; right? |
| 01:42:12 | 18 |    A   Once again, when I'm reporting on things as a |
| 01:42:15 | 19 | reference, I need to see.  Sometimes they want to know |
| 01:42:17 | 20 | what are you even talking about; so it was just to say |
| 01:42:20 | 21 | this is what I'm talking about. |
| 01:42:21 | 22 |    Q   Sure.  How is that not drawing attention to |
| 01:42:23 | 23 | the thing you are reporting about? |
| 01:42:25 | 24 |    A   Because they would have to follow up.  It's a |
| 01:42:28 | 25 | headline. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:42:29  1        Q    They would have to follow up in the place you

01:42:31  2    sent them?

01:42:32  3        A    I didn't send them there.  If I'm taking them

01:42:35  4    to Twitter, we're on Twitter.  Per my knowledge the

01:42:37  5    video was Bimbella.com.  I did not direct anybody to

01:42:41  6    Bimbella.com.

01:42:43  7        Q    What's it called?

01:42:44  8        A    Bimbella.

01:42:44  9        Q    How do you spell that?

01:42:45  10       A    I believe B-I-M-B-E-L-L-A.

01:42:49  11       Q    Is that a platform that you use yourself?

01:42:57  12       A    No.

01:42:57  13       Q    Do you know what it is?

01:42:58  14       A    No.

01:42:59  15       Q    How did you know it was on Bimbella?

01:43:01  16       A    The post -- when a Twitter -- on Twitter when

01:43:05  17    you post a video, it puts where it came from at the

01:43:07  18    bottom; so it said Bimbella.com right under it.

01:43:11  19       Q    Under what?

01:43:12  20       A    Under the video.

01:43:13  21       Q    I thought the video wasn't on Twitter?

01:43:15  22       A    Or under the post of the -- whatever the post

01:43:18  23    was -- it was a still shot, and under it said,

01:43:21  24    "Bimbella.com."

01:43:23  25       Q    Okay.  At any time before you liked the

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:43:27 | 1 | video -- |
| 01:43:29 | 2 | A    No.  Liked the post. |
| 01:43:29 | 3 | Q    -- liked the post -- |
| 01:43:31 | 4 | A    Uh-huh. |
| 01:43:32 | 5 | Q    -- did you watch the video? |
| 01:43:37 | 6 | A    I don't believe so. |
| 01:43:37 | 7 | Q    Have you ever watched the video? |
| 01:43:39 | 8 | A    Yes. |
| 01:43:39 | 9 | Q    When? |
| 01:43:40 | 10 | A    That day -- June 8th. |
| 01:43:42 | 11 | Q    Okay.  And on what platform did you watch it? |
| 01:43:45 | 12 | A    I didn't watch it on a platform.  I saw it on |
| 01:43:47 | 13 | my phone. |
| 01:43:49 | 14 | Q    Was it on Twitter?  Did you click on Twitter |
| 01:43:52 | 15 | to watch the video on June 8th? |
| 01:43:54 | 16 | A    Actually, somebody sent me a DM on Instagram |
| 01:43:57 | 17 | with a completely different link.  I clicked that.  I |
| 01:43:59 | 18 | didn't click the actual -- the Bimbella thing because |
| 01:44:02 | 19 | someone said they got a virus on their phone. |
| 01:44:09 | 20 | Q    Did you produce that? |
| 01:44:10 | 21 | A    No. |
| 01:44:11 | 22 | Q    That message that someone sent you to go look |
| 01:44:13 | 23 | at the video? |
| 01:44:14 | 24 | A    Yes. |
| 01:44:14 | 25 | Q    Okay.  We'll look at that. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:44:16   1          All right.  So the -- your understanding is
01:44:19   2   the video existed where on June 8th?  Where did you
01:44:23   3   see it?  I mean, I know you were led there by somebody.
01:44:25   4   Where did you see it?
01:44:27   5      A    I saw it on the -- I don't know the name of
01:44:28   6   the website, but the link per my Instagram DM.  That's
01:44:32   7   where I watched it at.
01:44:34   8      Q    But you liked the Twitter post?
01:44:41   9      A    Yes.
01:44:43  10      Q    Why didn't you like the place where you saw
01:44:44  11   it?
01:44:45  12      A    There was nothing to like.  It was a private
01:44:47  13   Instagram message.
01:44:49  14      Q    Okay.  And did you expect that the people you
01:44:52  15   told to like -- to check out your likes on Twitter would
01:44:55  16   find their way to the video?
01:44:57  17      A    Not necessarily because I was on STATIONHEAD
01:45:01  18   at the time; so I wasn't full-fledged streaming.  I was
01:45:04  19   actually that day going back and forth with Cardi B. and
01:45:08  20   her sister Hennessey publicly.  We were in a public
01:45:11  21   spat.  And I was streaming on STATIONHEAD talking about
01:45:13  22   that, actually, when I was distracted by people coming
01:45:16  23   in saying, "Hey, hey, hey, this just happened."
01:45:19  24      Q    But you sent people to a specific place on
01:45:21  25   Twitter; right?  My likes?

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:45:24   1        A    Well, when I tweet "Go to my likes," your

01:45:26   2   likes page is going to have all your likes.  So no one

01:45:28   3   on Twitter would have known what I was talking about.

01:45:30   4   The people on STATIONHEAD that were active in that

01:45:32   5   conversation, those are the ones that would have been

01:45:35   6   aware of the topic we were discussing.

01:45:37   7        Q    All right.  So I just want to make sure I

01:45:39   8   understand this.  You are saying that liking the video

01:45:48   9   or whatever you -- the page -- the post --

01:45:50  10        A    Uh-huh.  The post.

01:45:50  11        Q    -- the Deepfake -- you know that's Deepfake

01:45:53  12   now; right?

01:45:54  13        A    I don't know that.

01:45:56  14        Q    Do you have any basis to say it's not

01:45:57  15   Deepfake?

01:45:59  16        A    Megan says it's not her.  But I don't know

01:46:01  17   anything about the video or where it came from.

01:46:03  18        Q    The only thing you know about it is Megan says

01:46:05  19   it's not her?

01:46:06  20        A    Right.  But when I saw it, I thought it was

01:46:08  21   her.

01:46:09  22        Q    Okay.  But that's not evidence; right?

01:46:13  23        A    Of course it's not evidence.  But I didn't

01:46:14  24   create the video.  I don't know where it came from.

01:46:16  25        Q    Okay.  And sitting here today, you think it's

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:46:19   1   her?

01:46:20   2        A    I think it's possible it could be her.

01:46:21   3        Q    Okay.  And you are spreading that message?

01:46:24   4        A    No.  I haven't talked about it again.  I

01:46:26   5   haven't been able to.

01:46:26   6             What do you mean am I "spreading that

01:46:29   7   message"?

01:46:30   8        Q    Okay.  You are denying that you told people to

01:46:38   9   check out your likes, 'cause that was a way to send

01:46:42  10   traffic to see the deep porn video without being liable.

01:46:46  11             That wasn't your motive?  Tell the truth.

01:46:49  12        A    No.  I simply said, "Go to my likes" and that

01:46:54  13   was it.

01:46:56  14        Q    And you knew when you did that, that was going

01:46:58  15   to cause people to go look at the video; right?

01:47:01  16        A    Not look at the video.

01:47:02  17             Once again, when you are reporting on

01:47:04  18   different topics, I knew that it would be something to

01:47:08  19   talk to the people about.  I knew that they would know

01:47:10  20   what I was talking about then.  It wasn't because --

01:47:11  21        Q    'Cause they would look at it.

01:47:13  22        A    They would see the post.

01:47:14  23        Q    Or the video, if it's there.

01:47:16  24        A    It's their choice.  It wasn't up to me.

01:47:18  25        Q    But they wouldn't have known about it unless

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:47:19  1   you sent them there?

01:47:20  2        A    No.  They came to me.

01:47:22  3        Q    And you said, "Go here and look at a video of

01:47:24  4   Meg that might be a Deepfake"?

01:47:26  5        A    I did not say that.

01:47:27  6        Q    You just said, "Look at it."

01:47:28  7        A    I said, "Go to my likes," is what I said.

01:47:31  8        Q    All right.

01:47:54  9             MR. O'SULLIVAN:  You have to give me a bigger

01:47:55  10  leash.

01:47:55  11            Do you know what I'm talking about?

01:48:08  12            MS. HAYRAPETIAN:  The video?

01:48:37  13            MR. O'SULLIVAN:  You know what, I'll do it in

01:48:39  14  a minute.

01:48:39  15  BY MR. O'SULLIVAN:

01:48:40  16       Q    All right.  If we look at the complaint,

01:48:41  17  paragraph 43.

01:48:42  18       A    Okay.

01:48:43  19       Q    On or about June 8, 2024, defendant liked and

01:48:53  20  X posted -- included a Deepfake video.

01:48:54  21            Do you deny that?

01:49:03  22       A    Ask me one more time.  I'm sorry.

01:49:05  23       Q    I'm just trying to understand that -- your

01:49:06  24  answer, just so you have it, is -- is on page 3.

01:49:10  25       A    Okay.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:49:11  1        Q    So it says 43?

01:49:12  2        A    Uh-huh.

01:49:13  3        Q    And I'm just trying to figure out what you are

01:49:18  4   admitting, and what you are not admitting.  Or what you

01:49:20  5   are saying here.

01:49:21  6        A    Okay.

01:49:21  7        Q    The first sentence of 43 says that you liked

01:49:23  8   an X post that included the Deepfake video?

01:49:26  9             Do you admit that?

01:49:28  10       A    No.  I liked an X post that had a link to the

01:49:31  11  video.

01:49:32  12       Q    Okay.  And then you say by liking -- or no --

01:49:36  13  [As read] We say by liking this X post, the post was

01:49:39  14  archived to and displayed on defendant's likes page, and

01:49:43  15  the video in that post could be viewed from her likes

01:49:45  16  page by visitors; true?

01:49:46  17       A    No.  They would have to leave Twitter and go

01:49:49  18  to Bimbella.com to watch that video, per what I

01:49:51  19  remember.  I believe it would have taken you off their

01:49:54  20  site.

01:49:56  21       Q    To the video?

01:49:57  22       A    I believe so, yes.

01:49:58  23       Q    So, if they would have -- if you would have --

01:50:00  24  you liked what you liked.  You said, "Check out my

01:50:02  25  likes."  They went to your likes.  If they clicked

| | | |
|---|---|---|
| 01:50:04 | 1 | enough times there, they would get the video; right? |
| 01:50:07 | 2 | A    If they clicked it, I believe it would take |
| 01:50:09 | 3 | them to another site. |
| 01:50:10 | 4 | Q    That would show them the video? |
| 01:50:12 | 5 | A    Yeah, I think so. |
| 01:50:13 | 6 | Q    Okay.  All right. |
| 01:50:30 | 7 | MR. O'SULLIVAN:  I think that's it for these |
| 01:50:32 | 8 | two.  We can do whatever you had next in order. |
| 01:50:45 | 9 | MS. HAYRAPETIAN:  Can you play 25-A, please? |
| 01:50:50 | 10 | STENO TECH ASSISTANT:  Yes.  One moment. |
| 01:50:51 | 11 | Let me know whenever you would like for me to |
| 01:51:17 | 12 | play it. |
| 01:51:22 | 13 | MS. HAYRAPETIAN:  And then can we mark this as |
| 01:51:23 | 14 | the next exhibit? |
| 01:51:29 | 15 | MR. O'SULLIVAN:  So this is 45.  Is there an A |
| 01:51:29 | 16 | and B or? |
| 01:51:30 | 17 | MS. HAYRAPETIAN:  A is the audio that is about |
| 01:51:32 | 18 | to play. |
| 01:51:32 | 19 | MR. O'SULLIVAN:  All right.  And so this is |
| 01:51:33 | 20 | 45-B. |
| 01:51:38 | 21 | STENO TECH ASSISTANT:  All right.  Playing the |
| 01:51:39 | 22 | audio. |
| 01:51:40 | 23 | MR. O'SULLIVAN:  Not yet.  Let her mark it. |
| 01:51:41 | 24 | Sorry.  If you can just read it while she's |
| 01:51:41 | 25 | waiting. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:51:41 | 1 | MS. DIXON:  Which number? |
| 01:51:41 | 2 | MR. O'SULLIVAN:  I gave you one here. |
| 01:51:59 | 3 | MS. DIXON:  This one is? |
| 01:52:01 | 4 | MR. O'SULLIVAN:  45-B. |
| 01:52:02 | 5 | MS. DIXON:  Thank you. |
| 01:52:02 | 6 | Good to go? |
| 01:52:08 | 7 | THE COURT REPORTER:  Yes. |
| 01:52:08 | 8 | MR. O'SULLIVAN:  Okay. |
| 01:52:15 | 9 | STENO TECH ASSISTANT:  Would you like for me |
| 01:52:16 | 10 | to play it? |
| 01:52:18 | 11 | MR. O'SULLIVAN:  Yes, please. |
| 01:52:19 | 12 | STENO TECH ASSISTANT:  All right. |
| 01:52:21 | 13 | (A video clip was played.) |
| 01:52:35 | 14 | (Exhibit 45-A was marked for identification.) |
| 01:52:35 | 15 | (Exhibit 45-B was marked for identification.) |
| 01:52:37 | 16 | BY MR. O'SULLIVAN: |
| 01:52:37 | 17 | Q    Okay.  "We know you a lying ass hoe," you said |
| 01:52:43 | 18 | that right? |
| 01:52:43 | 19 | A    Uh-huh. |
| 01:52:44 | 20 | Q    Okay.  And are you saying that Megan lied |
| 01:52:54 | 21 | under oath? |
| 01:52:57 | 22 | A    I've posed that question. |
| 01:52:58 | 23 | Q    Have you ever made that accusation? |
| 01:53:00 | 24 | A    I don't believe so. |
| 01:53:02 | 25 | Q    Okay.  Are you in a position to say she lied |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
01:53:05   1   under oath?

01:53:06   2        A    No.

01:53:07   3        Q    Do you retract that, if you said it?

01:53:10   4        A    That she lied -- I didn't say it.  I don't

01:53:12   5   recall saying that.

01:53:13   6        Q    If you said it, you didn't have a basis to say

01:53:15   7   it; right?

01:53:16   8             MS. DIXON:  Calls for speculation.

01:53:17   9             Objection.  Calls for speculation.

01:53:18  10   BY MR. O'SULLIVAN:

01:53:18  11        Q    I'm asking -- with respect, I'm asking if she

01:53:21  12   knows something at the level of confidence that she

01:53:23  13   would accuse Megan of lying under oath, then tell me.

01:53:28  14        A    Are you --

01:53:29  15        Q    Do you know that to be true?

01:53:30  16        A    Do I know that she would lie under oath?

01:53:32  17        Q    That she did lie under oath.  You said that.

01:53:34  18        A    I don't know for certain that Megan lied under

01:53:36  19   oath.  I posed that question.

01:53:38  20        Q    I understand that, that people can ask

01:53:39  21   questions.

01:53:39  22        A    Uh-huh.

01:53:40  23        Q    It's different than an accusation; right?

01:53:42  24        A    Right.

01:53:43  25        Q    Like, "We know you a lying ass hoe," do you
```

| | | |
|---|---|---|
| 01:53:46 | 1 | see that? |
| 01:53:47 | 2 | A    Yes, I do. |
| 01:53:47 | 3 | Q    Do you see a question mark at the end of that? |
| 01:53:49 | 4 | A    I don't. |
| 01:53:50 | 5 | Q    It's not a question, is it? |
| 01:53:51 | 6 | A    That is not a question. |
| 01:53:52 | 7 | Q    It's an accusation. |
| 01:53:54 | 8 | MS. DIXON:  Objection. |
| 01:53:55 | 9 | THE WITNESS:  But towards what, though? |
| 01:53:56 | 10 | BY MR. O'SULLIVAN: |
| 01:53:56 | 11 | Q    Well, that's what I'm trying to get to. |
| 01:53:57 | 12 | A    Okay. |
| 01:53:57 | 13 | Q    All right.  So -- |
| 01:53:58 | 14 | MS. DIXON:  Objection as to the |
| 01:53:59 | 15 | characterization.  Speculation.  And assumes facts not |
| 01:54:03 | 16 | in evidence as far as the word "accusation."  It's |
| 01:54:07 | 17 | mischaracterization of the facts. |
| 01:54:10 | 18 | BY MR. O'SULLIVAN: |
| 01:54:10 | 19 | Q    Okay.  Are you saying that Megan lied at the |
| 01:54:25 | 20 | trial about anything?  Under oath. |
| 01:54:28 | 21 | A    What I'm saying in this transcript -- |
| 01:54:30 | 22 | Q    No, not questions.  Are you -- let's -- not in |
| 01:54:33 | 23 | this transcript. |
| 01:54:33 | 24 | Have you said that Megan lied under oath at |
| 01:54:36 | 25 | the trial? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:54:37   1          A    I don't believe so.

01:54:38   2          Q    Okay.  You don't believe that, do you?  Or you

01:54:41   3   don't have evidence of that.

01:54:42   4          A    What is the question?

01:54:44   5          Q    You are not in a position to make that

01:54:46   6   accusation.  You are saying you never said that and you

01:54:48   7   wouldn't, 'cause you don't have the evidence; right?

01:54:50   8          A    I said I don't believe that I accused her

01:54:52   9   outright of lying in court.  But Megan is a liar per her

01:54:55   10  own admissions.  She's lied many times.

01:54:57   11         Q    But not in court, not under oath.  Yes?  And

01:55:00   12  she is explained all those statements.

01:55:01   13         A    I want to be clear, because this transcript is

01:55:03   14  in front of me and we played the audio, what are we

01:55:06   15  referencing?  My statement here?  Or are you bringing up

01:55:09   16  am I accusing her in court of lying?

01:55:11   17         Q    I'm trying to find out -- you've said the word

01:55:12   18  "lie, liar, lying."

01:55:14   19         A    Right.

01:55:14   20         Q    We're going to look at 30 of them today.

01:55:16   21  Okay?

01:55:16   22         A    Uh-huh.

01:55:17   23         Q    So I want to get your answer on whether you

01:55:18   24  are saying she lied under oath.

01:55:21   25         A    Uh-huh.

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:55:21 | 1 | Q    Or you are referring to something else.  All |
| 01:55:24 | 2 | right? |
| 01:55:24 | 3 | A    Okay. |
| 01:55:24 | 4 | Q    I just want to be clear. |
| 01:55:25 | 5 | A    In this moment, I'm referring, in general, |
| 01:55:27 | 6 | that in general Megan is a liar. |
| 01:55:29 | 7 | Q    Tell me exactly what lies you are accusing of |
| 01:55:32 | 8 | her here? |
| 01:55:33 | 9 | A    Megan lied to police.  She said it was glass, |
| 01:55:35 | 10 | first.  In this moment, this is, in general, that Megan |
| 01:55:37 | 11 | is a liar; so when I said, "Megan is a lying ass hoe --" |
| 01:55:40 | 12 | Q    What are you referring to? |
| 01:55:41 | 13 | A    Megan lied about sleeping with her best |
| 01:55:43 | 14 | friend's love interest.  Megan lied about how -- oh, |
| 01:55:46 | 15 | God.  Megan lied to police about the glass injury. |
| 01:55:49 | 16 | Megan came forward and said she was lying to protect |
| 01:55:52 | 17 | people.  I mean, she's -- she's lied quite a few times. |
| 01:55:54 | 18 | Q    She said all of that under oath to the whole |
| 01:55:57 | 19 | world at trial; right? |
| 01:55:58 | 20 | A    Said all of what? |
| 01:55:59 | 21 | Q    Explained everything you just said about the |
| 01:56:00 | 22 | reasons she did what she did when she did it; right? |
| 01:56:03 | 23 | The George Floyd and all this other stuff.  You heard |
| 01:56:05 | 24 | that; right? |
| 01:56:06 | 25 | A    Well, that makes her non-credible, doesn't it? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:56:09 | 1 | Q    You could ask the jury.  They believed her and |
| 01:56:11 | 2 | not Tory; right? |
| 01:56:12 | 3 | A    Well, that's -- that's them. |
| 01:56:13 | 4 | MS. DIXON:  Objection.  Tory didn't -- |
| 01:56:14 | 5 | BY MR. O'SULLIVAN: |
| 01:56:15 | 6 | Q    That's them -- the jury; right? |
| 01:56:16 | 7 | A    Right.  But once again, we do have an appeals |
| 01:56:19 | 8 | court. |
| 01:56:19 | 9 | Q    Okay.  But so far our truth-finding process |
| 01:56:21 | 10 | has found that she was believed.  Yes? |
| 01:56:25 | 11 | A    Once again -- |
| 01:56:25 | 12 | Q    That's what our process has produced so far in |
| 01:56:27 | 13 | this case.  Yes? |
| 01:56:28 | 14 | A    Once again, Megan is a liar, per her own |
| 01:56:30 | 15 | admission.  And when I say "Megan is a liar," I'm |
| 01:56:33 | 16 | speaking in general that she is a liar.  She told a lie. |
| 01:56:36 | 17 | That makes her a liar.  She's told many lies. |
| 01:56:38 | 18 | Q    Do you have any -- what was the last part? |
| 01:56:41 | 19 | A    When someone lies, they're a liar. |
| 01:56:42 | 20 | Q    Okay.  But you don't have any personal |
| 01:56:44 | 21 | knowledge about any of that, right, other than what she |
| 01:56:46 | 22 | said?  You don't know any of the truths? |
| 01:56:51 | 23 | A    I mean -- |
| 01:56:52 | 24 | MS. DIXON:  Objection.  That's not -- |
| 01:56:53 | 25 | THE WITNESS:  -- in court, she revealed she |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:56:55 | 1 | was sleeping with Tory; so I can confirm that she did |
| 01:56:58 | 2 | lie when she said she didn't.  Yeah. |
| 01:57:00 | 3 | BY MR. O'SULLIVAN: |
| 01:57:00 | 4 | Q    On a TV show? |
| 01:57:02 | 5 | A    On "Gayle King." |
| 01:57:03 | 6 | Q    But she fessed up in court.  Yeah? |
| 01:57:04 | 7 | A    Which means she lied.  Because in court, she |
| 01:57:06 | 8 | said, "Yes, I did sleep with him." |
| 01:57:08 | 9 | Q    I understand.  But just in the exercise we're |
| 01:57:09 | 10 | doing -- |
| 01:57:09 | 11 | A    Uh-huh. |
| 01:57:09 | 12 | Q    -- where accusing somebody of perjury -- |
| 01:57:12 | 13 | A    Uh-huh. |
| 01:57:13 | 14 | Q    -- which I want to understand if you are doing |
| 01:57:18 | 15 | that. |
| 01:57:19 | 16 | A    I do not believe I did. |
| 01:57:20 | 17 | Q    And you wouldn't do it today? |
| 01:57:22 | 18 | A    Wouldn't do what today? |
| 01:57:24 | 19 | Q    Say that Megan committed perjury in that? |
| 01:57:27 | 20 | A    I would not assert that.  I would ask like I |
| 01:57:29 | 21 | did before. |
| 01:57:29 | 22 | Q    Just ask? |
| 01:57:30 | 23 | A    I would ask, did Megan perjure herself.  When |
| 01:57:32 | 24 | the expert said there was no nerve damage, then why did |
| 01:57:36 | 25 | she say there was? |

MILAGRO ELIZABETH COOPER                                       JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

01:57:37   1        Q    A jury heard the whole thing, and they
01:57:40   2   convicted; right?  Based on all the evidence, all the
01:57:42   3   things you are talking about, everyone took it all into
01:57:44   4   account, and they convicted; right?
01:57:46   5        A    They did.  But the biggest names in our
01:57:47   6   industry did not believe her.  The public didn't believe
01:57:49   7   her, and I think that's why --
01:57:51   8        Q    They weren't in the box.
01:57:52   9        A    -- there was so much contention.
01:57:53  10             I understand.  But I don't think it would be
01:57:55  11   the type of topic it is, and I don't think that
01:57:57  12   Joe Budden, "The Breakfast Club," and just the major
01:58:01  13   players -- Akademiks, would speak on it and assert that
01:58:03  14   she's a liar themselves if they did not believe it to be
01:58:06  15   true also.
01:58:07  16        Q    Why?
01:58:07  17        A    I wasn't the only one.
01:58:08  18        Q    Why?  Why wouldn't they just make it up for
01:58:10  19   attention?
01:58:11  20        A    No one needs to do that.
01:58:12  21        Q    They all need to do it.
01:58:13  22             Isn't is that how you get ratings?
01:58:15  23        A    No.  No one likes someone tearing down a woman
01:58:17  24   that has allegedly been hurt; so no.
01:58:20  25        Q    You do a pretty good job on there, calling her

01:58:22   1   a B-word and -- right?

01:58:24   2        A    But, to your point, it wouldn't help me; so I

01:58:26   3   would have to really believe that she's a liar to go

01:58:29   4   against the grain.

01:58:31   5        Q    But you've already told me there's no way you

01:58:32   6   could independently know that; right?  You don't have

01:58:34   7   access to the evidence.  You weren't there.  You don't

01:58:35   8   have personal knowledge.

01:58:36   9             You are never going to be in a position to

01:58:39  10   conclusively say -- answer that question; right?

01:58:41  11        A    Are you referring to the case, or now me

01:58:43  12   calling her a liar in general?

01:58:44  13        Q    I think we've distinguished; right?  You --

01:58:46  14   you -- if you didn't say it before, you are saying right

01:58:48  15   now you are not in a position to call -- to say that she

01:58:51  16   lied at trial; right?

01:58:52  17        A    I cannot assert that she lied at trial.

01:58:54  18        Q    Okay.  And if you said that, you take it back?

01:58:56  19             MS. DIXON:  Objection.

01:58:57  20             THE WITNESS:  I did not say that.

01:58:59  21   BY MR. O'SULLIVAN:

01:59:05  22        Q    Okay.

01:59:06  23             MR. O'SULLIVAN:  Let's mark this as 46.

01:59:23  24             For the record, we've marked as Exhibit 46,

01:59:26  25   appears to be a tweet.  It's got a Bates mark FTI --

| | | |
|---|---|---|
| 01:59:34 | 1 | this is, I believe, from your production -- |
| 01:59:37 | 2 | THE WITNESS:  Uh-huh. |
| 01:59:37 | 3 | MR. O'SULLIVAN:  -- 13816. |
| 01:59:39 | 4 | (Exhibit 46 was marked for identification.) |
| 01:59:39 | 5 | BY MR. O'SULLIVAN: |
| 01:59:39 | 6 | Q    And it looks like this is what we've been |
| 01:59:43 | 7 | talking about -- Milagro, MobzWorld, Go to my likes. |
| 01:59:46 | 8 | Yeah? |
| 01:59:46 | 9 | A    Yes. |
| 01:59:47 | 10 | Q    Okay.  And that says 6/8/24. |
| 01:59:50 | 11 | That's the date that -- that you first saw the |
| 01:59:52 | 12 | video of Meg.  Yeah? |
| 01:59:53 | 13 | A    What day?  June 8th.  Yes. |
| 01:59:55 | 14 | Q    All right.  And it says, "10:34 AM, go to my |
| 01:59:57 | 15 | likes, 5.7K views." |
| 02:00:00 | 16 | I guess, just sticking with the top there, is |
| 02:00:04 | 17 | this, in fact, the tweet you sent out at 10:34 on 6/8/24 |
| 02:00:09 | 18 | about your likes? |
| 02:00:10 | 19 | A    Yes. |
| 02:00:10 | 20 | Q    Okay.  And at the time you did that, on your |
| 02:00:17 | 21 | likes was a like of the post about the Deepfake video; |
| 02:00:23 | 22 | right? |
| 02:00:23 | 23 | A    It was a post about the Deepfake video. |
| 02:00:25 | 24 | Q    Right.  And we've discussed that if you click |
| 02:00:27 | 25 | enough times on that, you are going to get to the video; |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:00:29 | 1 | right? |
| 02:00:30 | 2 | A    I believe it will take you to another site. |
| 02:00:32 | 3 | Q    Okay.  And then, just so I know, these -- |
| 02:00:33 | 4 | like, the 5.7K views, is that the number of people who |
| 02:00:37 | 5 | viewed this text?  This tweet? |
| 02:00:40 | 6 | A    Yes. |
| 02:00:41 | 7 | Q    All right.  And all this stuff about quotes |
| 02:00:43 | 8 | and bookmarks and -- |
| 02:00:49 | 9 | A    What you see here is -- something is missing. |
| 02:00:53 | 10 | So this post was "quote tweeted."  So the actual post |
| 02:00:56 | 11 | that has the 613199, that's not present here.  Whatever |
| 02:01:05 | 12 | that is. |
| 02:01:06 | 13 | Q    Okay.  So then going to the bottom -- |
| 02:01:08 | 14 | A    Uh-huh. |
| 02:01:08 | 15 | Q    -- Milagro at MobzWorld, you also -- you wrote |
| 02:01:13 | 16 | this; right? |
| 02:01:14 | 17 | A    Uh-huh. |
| 02:01:15 | 18 | Q    "Yeah.  Go to my likes.  That could have been |
| 02:01:17 | 19 | related to anything." |
| 02:01:18 | 20 | You just told me that before; right? |
| 02:01:20 | 21 | A    Yeah. |
| 02:01:20 | 22 | Q    It could have been anything.  But then you |
| 02:01:22 | 23 | say, but -- just read the rest of it. |
| 02:01:25 | 24 | A    It says, "But I ain't no lying ass hoe, cough. |
| 02:01:29 | 25 | It was so that people could see the video another X user |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:01:32 | 1 | posted.  What would the lawsuit for that be?" |
| 02:01:37 | 2 |     Q   So that was the point -- is to get them look |
| 02:01:40 | 3 | at the video; right? |
| 02:01:41 | 4 |     A   Well, sometimes we misspeak.  So when I said |
| 02:01:42 | 5 | "video," I should have said "post" because it was a |
| 02:01:46 | 6 | post. |
| 02:01:46 | 7 |     Q   You just thought of that after the fact. |
| 02:01:48 | 8 | Though; right? |
| 02:01:48 | 9 |     A   No.  I'm explaining to you that sometimes you |
| 02:01:51 | 10 | tweet, and you are tweeting fast and you speak out of |
| 02:01:53 | 11 | turn, and you use the wrong term. |
| 02:01:54 | 12 |       So you are talking about a Deepfake video, the |
| 02:01:57 | 13 | topic at hand was the video; so what I should have said |
| 02:02:00 | 14 | was post. |
| 02:02:01 | 15 |     Q   Well, what do you mean "should have"?  This |
| 02:02:03 | 16 | is -- this is you writing in real time. |
| 02:02:04 | 17 |       This is what you told them; right? |
| 02:02:07 | 18 |     A   And that's the problem.  Sometimes when we |
| 02:02:09 | 19 | write in real time and speak in real time, we make |
| 02:02:11 | 20 | mistakes. |
| 02:02:12 | 21 |     Q   Are you saying it's -- it's less bad for you |
| 02:02:19 | 22 | if you sent them to look at the post as opposed to the |
| 02:02:22 | 23 | video?  Do you think there's a distinction? |
| 02:02:25 | 24 |     A   For me, I felt -- I knew that my intent was to |
| 02:02:28 | 25 | discuss the headline itself, not for people to |

| | | |
|---|---|---|
| 02:02:31 | 1 | necessarily go see Megan in a compromising position. |
| 02:02:35 | 2 | Q   So why didn't you just put it on your own |
| 02:02:37 | 3 | site -- the headline.  You can talk about it all by |
| 02:02:40 | 4 | yourself without the video? |
| 02:02:41 | 5 | A   I hadn't had time to really look into it |
| 02:02:42 | 6 | enough.  Like I told you, I had already been in an |
| 02:02:44 | 7 | altercation -- well, verbal application with Cardi.  It |
| 02:02:47 | 8 | was brought to my attention.  So as it's happening, I |
| 02:02:49 | 9 | tweeted "Go to my likes" so people could see what I was |
| 02:02:53 | 10 | referencing, but that's why it wasn't something that was |
| 02:02:55 | 11 | broadcast on my main platform as they show.  And I also |
| 02:02:58 | 12 | have a website; so -- |
| 02:03:00 | 13 | Q   And you are asking what would the lawsuit for |
| 02:03:02 | 14 | that be; right? |
| 02:03:03 | 15 | A   Right. |
| 02:03:04 | 16 | Q   And you found out. |
| 02:03:06 | 17 | A   I found out -- |
| 02:03:07 | 18 | Q   Right? |
| 02:03:07 | 19 | A   -- that I was accused of -- of -- |
| 02:03:09 | 20 | Q   You got a lawsuit for that. |
| 02:03:12 | 21 | MS. DIXON:  Objection.  Argumentative. |
| 02:03:13 | 22 | BY MR. O'SULLIVAN: |
| 02:03:13 | 23 | Q   Right? |
| 02:03:14 | 24 | A   Uh-huh. |
| 02:03:15 | 25 | Q   You now know what the lawsuit for that is; |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

02:03:17   1   right?  You were sued for defamation.

02:03:19   2       A    I understand the -- well, not for defamation

02:03:22   3   for the video.

02:03:22   4       Q    I'm sorry.  Yes.  For the Deepfake.  You are

02:03:25   5   sued under the statute that prohibits that in promoting

02:03:28   6   those.

02:03:28   7       A    Right.  I understand that I've been sued for

02:03:30   8   that, but I think that it doesn't make sense.

02:03:34   9       Q    Okay.  And prior to saying, "Go to my likes"?

02:03:40  10       A    Uh-huh.

02:03:40  11       Q    Did you make any effort to find out whether

02:03:42  12   the video was fake?  Did you try to find out at least

02:03:47  13   what Megan had said about it?

02:03:49  14       A    No, I didn't.

02:03:51  15       Q    Did -- at some point after you said, "Go to my

02:03:53  16   likes," did you find out that Megan said it's fake?

02:03:57  17       A    At some point after?  No.  Megan -- I believe

02:04:02  18   she said that people want to hurt her, or something like

02:04:04  19   that.  But I don't believe she -- I don't think she

02:04:07  20   already said, "That's not me in the video."  I just

02:04:09  21   think she said people trying to hurt me.  "Y'all want to

02:04:11  22   hurt me so bad."  Something like that.

02:04:14  23       Q    Sitting here today, as far as you know, she

02:04:15  24   never said it wasn't her?

02:04:17  25       A    I'm not aware of her asserting that it wasn't

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

02:04:19   1   her.  I don't believe so.

02:04:20   2        Q    Did you make any effort, having sent everybody

02:04:22   3   to go look at it, to really get sure about whether it

02:04:26   4   was her or not?

02:04:26   5        A    I don't believe I sent people to look at it.

02:04:29   6             But, like I said, when I looked at it, I

02:04:31   7   thought enough of it.  I thought it was very possible it

02:04:33   8   could be her based on the way she raps.  And publicly

02:04:36   9   she's been tied to a couple of things -- a situation

02:04:38  10   with Kelsey and Tory.  I thought it was very possible.

02:04:41  11        Q    But is that your standard -- very possible.  I

02:04:43  12   mean, if that was your daughter in the video, would you

02:04:45  13   say, "Oh, it's very possible it's her.  I'll pass it

02:04:47  14   along."  Like, aren't you worried about being wrong

02:04:49  15   there?

02:04:49  16        A    Well, when you are in the entertainment field

02:04:51  17   and something trends, if it is or if it isn't, the point

02:04:54  18   is to discuss what is happening in the world.

02:04:56  19        Q    Even if it's false, you say screw it.  I'll

02:04:58  20   pass it along.  And let's talk about the false stuff.

02:05:00  21        A    Well, that's my point.  That's why I didn't

02:05:03  22   tweet "Go to Bimbella.com."  If I wanted them to see the

02:05:06  23   video versus a headline, I could have very easily posted

02:05:08  24   it.  Like I said --

02:05:08  25        Q    You could have posted the headline right here;

| | | |
|---|---|---|
| 02:05:10 | 1 | right?  It takes one line. |
| 02:05:13 | 2 | A    To me -- |
| 02:05:14 | 3 | Q    Questionable Megan Deepfake, whatever.  Let's |
| 02:05:17 | 4 | talk about it. |
| 02:05:17 | 5 | A    Had I -- had I posted that, then I feel like |
| 02:05:20 | 6 | that's when it would have turned into a thing. |
| 02:05:22 | 7 | So like I said, I did not have time to |
| 02:05:24 | 8 | research it in that way.  It was a very intimate |
| 02:05:26 | 9 | audience, and we were there discussing something |
| 02:05:28 | 10 | entirely different.  It wasn't even focused on Megan. |
| 02:05:31 | 11 | This happened during -- discussing Cardi B. and my |
| 02:05:33 | 12 | altercation with her. |
| 02:05:34 | 13 | Q    Uh-huh.  Does Cardi B. have anything to do |
| 02:05:38 | 14 | with this?  You keep bringing her up in this. |
| 02:05:41 | 15 | A    Well, because this day, that's what I was |
| 02:05:42 | 16 | doing.  And this is what I was doing literally at this |
| 02:05:46 | 17 | time.  At the time this is going on, and as I'm |
| 02:05:48 | 18 | tweeting -- I'm streaming and I'm discussing and going |
| 02:05:51 | 19 | back and forth actively with Cardi. |
| 02:05:53 | 20 | Q    Uh-huh.  Where -- where -- this Exhibit 46, |
| 02:05:57 | 21 | what is this?  This is from your production?  Is this |
| 02:06:00 | 22 | a -- something you put together?  Is it just a Twitter |
| 02:06:03 | 23 | page?  Is it a combination of things? |
| 02:06:04 | 24 | A    That's the Twitter page that's been suspended. |
| 02:06:07 | 25 | Q    Say again. |

02:06:08    1          A    A Twitter page that has been suspended.  It's

02:06:10    2    a tweet.

02:06:11    3          Q    Okay.  It's a tweet that's been suspended.

02:06:14    4          Is it two tweets?  There's "Go to my likes,"

02:06:15    5    and there's the stuff at the bottom.

02:06:18    6          A    Yeah, there's two tweets.  Like I told you,

02:06:19    7    whatever tweet is above that is not present in this

02:06:22    8    screenshot.  I don't know what that said.

02:06:26    9          Q    And this message, "Yeah, go to my likes," that

02:06:29   10    could have been related to anything; right?  And you are

02:06:31   11    saying that even that now.  That's your -- that's your

02:06:34   12    protection; right?

02:06:35   13          A    Uh-huh.  It's not protection.  It's the truth.

02:06:37   14          Because, on Twitter, they were not privy to

02:06:39   15    the conversation on STATIONHEAD.  So when someone on

02:06:41   16    Twitter would have seen "Go to my likes," they would

02:06:43   17    have seen thousands of likes; so --

02:06:47   18          Q    So you can say that now, and say I wasn't

02:06:49   19    specifically doing it, but then right here, in the next

02:06:51   20    line, you say "I'm not a liar.  I did it so they could

02:06:54   21    see the video that was posted there."

02:06:56   22          You just flat out said it; right?

02:06:58   23          A    And, like I told you, for me, it was about

02:07:01   24    bringing attention to the story, not necessarily the

02:07:03   25    video and Megan.  About the story.

| | | |
|---|---|---|
| 02:07:05 | 1 | So I misspoke.  I should have said so the |
| 02:07:07 | 2 | other people could see the post another X user posted. |
| 02:07:12 | 3 | (The Court Reporter requested clarification.) |
| 02:07:12 | 4 | THE WITNESS:  Post another X user posted. |
| 02:07:12 | 5 | BY MR. O'SULLIVAN: |
| 02:07:13 | 6 | Q    Okay. |
| 02:07:38 | 7 | MR. O'SULLIVAN:  This is going to be 47. |
| 02:07:51 | 8 | I'll give it to your lawyer. |
| 02:07:52 | 9 | MS. DIXON:  Thank you. |
| 02:07:52 | 10 | MR. O'SULLIVAN:  For the record, I've marked |
| 02:07:54 | 11 | as Exhibit 47 documents with Bates range MG52012. |
| 02:08:08 | 12 | (Exhibit 47 was marked for identification.) |
| 02:08:09 | 13 | MR. O'SULLIVAN:  I think this is produced by |
| 02:08:10 | 14 | your -- your side.  And -- |
| 02:08:14 | 15 | MS. DIXON:  Uh-huh.  What's the number for |
| 02:08:15 | 16 | this one? |
| 02:08:16 | 17 | MR. O'SULLIVAN:  On the bottom?  It's 47. |
| 02:08:18 | 18 | MS. DIXON:  Oh. |
| 02:08:19 | 19 | MR. O'SULLIVAN:  47.  I'm sorry. |
| 02:08:20 | 20 | MS. DIXON:  Yeah. |
| 02:08:20 | 21 | BY MR. O'SULLIVAN: |
| 02:08:21 | 22 | Q    And, actually, if you don't mind, if you would |
| 02:08:23 | 23 | take a minute, Ms. Cooper, and just go through and just |
| 02:08:27 | 24 | quickly look what's here.  I think it's from your files, |
| 02:08:30 | 25 | and you will recognize it, but I just want to -- |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:08:44 | 1 | A    Okay. |
| 02:08:44 | 2 | Q    Okay.  Ms. Cooper, Exhibit 47, it looks like a |
| 02:08:52 | 3 | combination of a bunch of separate things. |
| 02:08:54 | 4 | Do you now how this was put together? |
| 02:08:58 | 5 | A    I believe that I took a screenshot and made, |
| 02:09:00 | 6 | like, a PDF file. |
| 02:09:02 | 7 | Q    Okay.  A PDF file of -- of? |
| 02:09:06 | 8 | A    Tweets. |
| 02:09:06 | 9 | Q    Of different tweets? |
| 02:09:07 | 10 | A    Yes. |
| 02:09:08 | 11 | Q    And what was the -- do you know when you did |
| 02:09:12 | 12 | that, roughly? |
| 02:09:13 | 13 | A    I'm sorry.  I don't. |
| 02:09:14 | 14 | Q    Is it part of this case?  Getting ready for |
| 02:09:16 | 15 | the case? |
| 02:09:16 | 16 | A    Yes. |
| 02:09:17 | 17 | Q    Okay.  And your lawyers said gather some |
| 02:09:19 | 18 | things, and this is among the things you gathered.  I |
| 02:09:23 | 19 | don't need their words.  I'm just -- what caused you to |
| 02:09:24 | 20 | do this?  Lawyer? |
| 02:09:26 | 21 | A    Yeah, per the interrogatories.  Yeah. |
| 02:09:28 | 22 | Q    Okay.  And what steps did you go through to |
| 02:09:33 | 23 | put this together?  You just searched -- |
| 02:09:37 | 24 | A    It simple.  I put a -- yeah.  I went back to |
| 02:09:39 | 25 | that date on my Twitter. |

02:09:40    1        Q    Okay.

02:09:40    2        A    And then I took screenshots and made a PDF

02:09:43    3    file from it.

02:09:44    4        Q    Okay.

02:09:44    5        A    Because I don't know how to export it

02:09:46    6    otherwise.

02:09:46    7        Q    Okay.  And I guess we'll just go through them.

02:09:53    8             The -- the -- so, for example, at the very

02:09:55    9    top, 12:51, on 6/8, is this -- this is something you

02:10:00   10    posted to your Twitter?

02:10:02   11        A    Yes.

02:10:02   12        Q    Okay.  "Don't take the bait and repost

02:10:05   13    that" -- whatever.

02:10:05   14             What's that mean?  What were you trying to say

02:10:08   15    there?

02:10:08   16        A    I was saying don't repost a video -- don't

02:10:11   17    repost that video.  Any video that may come across as --

02:10:16   18    that's supposed to be Megan in that position, don't

02:10:18   19    repost it.

02:10:19   20        Q    Okay.  Why?  Why were you saying that?

02:10:24   21        A    I was saying that because you have someone who

02:10:28   22    has already been through a lot, and you come out

02:10:31   23    reposting this video, that could be something that, you

02:10:35   24    know, could make people look at her crazy; so don't

02:10:37   25    repost it.  I just felt like it would be stupid.

02:10:41  1        Q    I mean, it's damaging for her for that to be

02:10:43  2   out there; right?

02:10:44  3        A    The video?  I don't know.  She's pretty

02:10:46  4   promiscuous in her music, but for some people -- you

02:10:50  5   never know how people are going to take it.  I just

02:10:53  6   didn't think it was a positive thing; so I felt like

02:10:55  7   don't repost it.

02:10:56  8        Q    You -- whatever way you got to see it, that

02:10:58  9   wasn't something you understood was put out by Megan;

02:11:00  10  right?  She didn't choose to have that out there?

02:11:03  11       A    I couldn't say.

02:11:03  12       Q    You didn't know either way?

02:11:05  13       A    I didn't know where it came from.

02:11:06  14       Q    As far as you knew, she hadn't consented to

02:11:10  15  that image being out there; right?

02:11:12  16       A    I didn't know anything.

02:11:13  17       Q    So you certainly didn't know that she

02:11:15  18  consented to it, if you didn't know anything; right?

02:11:17  19       A    I didn't not know if she had consented or not.

02:11:19  20       Q    Right.  You didn't care?

02:11:20  21       A    I wouldn't say I didn't care.  I did not know.

02:11:22  22       Q    Okay.  Would that be important to you before

02:11:26  23  you passed it along?

02:11:28  24       A    I don't feel as though I passed it along, but

02:11:30  25  her response to it would be important.  But, once again,

02:11:33  1   she's a public figure.  She's very famous.  The story

02:11:35  2   itself existing, true or not, is still a story.

02:11:38  3        Q    So you can lie about them if they're famous,

02:11:40  4   or at least talk about lies about them?

02:11:42  5              MS. DIXON:  Objection.  Argumentative.

02:11:43  6              THE WITNESS:  You can -- you can discuss

02:11:45  7   conversations.  So it was a public topic, and we

02:11:48  8   discussed it.  So it's not about discussing, lying, or

02:11:51  9   anything like that.  It's just about what is happening

02:11:53  10  in the world.

02:11:54  11  BY MR. O'SULLIVAN:

02:11:54  12       Q    Right.  But you start with some accusation,

02:11:55  13  which could be true or false, and then you say let's

02:11:58  14  talk about whether they're this.  That's what you do.

02:12:00  15       A    Well, not the accusation, it was a video.  So

02:12:03  16  it was more so this is supposed to be out, and then the

02:12:06  17  conversation around that.

02:12:07  18       Q    Right.  And I'll go look at it before we

02:12:09  19  decide if it's real or fake?

02:12:10  20       A    Well, we wouldn't have been able to decide.

02:12:11  21  We're not Megan.

02:12:14  22       Q    Okay.  Next one down, 12:45.  "I think there's

02:12:18  23  some people that want it to be her anyway."

02:12:21  24            What did you mean by that?

02:12:23  25       A    There was someone, on my Discord, tagging me

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

02:12:26   1   and continuing to bring this situation to my attention,

02:12:28   2   and I was annoyed.  And so I said, "I think there's some

02:12:32   3   people that want it to be her, like, anyway."  Like,

02:12:34   4   leave me alone.  I was over it.  'Cause once again, I

02:12:38   5   was going back and forth.

02:12:41   6        Q    All right.  Next one, "With the way Deepfake

02:12:44   7   and AI be going these days, if it's not her, she should

02:12:48   8   sue whoever made it.  That" -- whatever.

02:12:51   9             On page 0006, Exhibit 47, 12:22, does that

02:13:02   10  accurately show what you put out there?

02:13:04   11       A    Yes.

02:13:05   12       Q    And at the time you did this, had you

02:13:12   13  attempted to find out what Megan's position on the

02:13:16   14  fake-ness was?

02:13:18   15       A    No.  At this point, I was still uncertain.  I

02:13:21   16  thought that it, very much so, could be her, but I

02:13:23   17  didn't know.  So I said with the way that things

02:13:27   18  happened -- there have been many things I couldn't

02:13:30   19  discern if they were real or not because of AI

02:13:32   20  technology; so I said, you know, if it's not her, then I

02:13:36   21  think you should pursue something, because I don't think

02:13:38   22  that's right to do to people.

02:13:39   23       Q    Uh-huh.  Right.  If it was you in the video,

02:13:42   24  would you want people passing it along before they heard

02:13:44   25  what you said, if it was true?

| 02:13:46 | 1 | A    I understand -- or are you asking me for me, |
| 02:13:49 | 2 | or if I was in Megan's position? |
| 02:13:51 | 3 | Q    I'll start with you. |
| 02:13:53 | 4 | A    I'm a public figure of sorts.  I have learned |
| 02:13:55 | 5 | that when certain things are concerning you, people are |
| 02:13:58 | 6 | going to talk about it. |
| 02:13:58 | 7 | So would I want them to?  No. |
| 02:14:00 | 8 | Is it going to happen, and do I understand |
| 02:14:02 | 9 | that it happens?  Yes. |
| 02:14:03 | 10 | Q    But do you think that -- there's a lot of laws |
| 02:14:06 | 11 | that are being put around the country, right, about |
| 02:14:08 | 12 | deepfake porn videos. |
| 02:14:09 | 13 | Yes, you know that about? |
| 02:14:10 | 14 | (Multiple Simultaneous Speakers.) |
| 02:14:11 | 15 | MS. DIXON:  Objection.  It calls for a legal |
| 02:14:12 | 16 | opinion. |
| 02:14:13 | 17 | THE WITNESS:  I do not know about that. |
| 02:14:15 | 18 | MS. DIXON:  Objection.  It calls for a legal |
| 02:14:17 | 19 | opinion. |
| 02:14:17 | 20 | BY MR. O'SULLIVAN: |
| 02:14:18 | 21 | Q    Do you think that somebody who is famous or is |
| 02:14:20 | 22 | a celebrity has to tolerate deepfake porn because of |
| 02:14:25 | 23 | their celebrity? |
| 02:14:27 | 24 | A    No. |
| 02:14:27 | 25 | Q    That they don't get the protection of that |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:14:29 | 1 | law? |
| 02:14:29 | 2 |     A    I do not believe that. |
| 02:14:31 | 3 |     Q    Okay.  They're entitled to protection of law |
| 02:14:33 | 4 | just like everybody else; right? |
| 02:14:34 | 5 |     A    Yes. |
| 02:14:35 | 6 |     Q    It's not okay to circulate a Deepfake porn |
| 02:14:37 | 7 | video of a celebrity just 'cause they're a celebrity; |
| 02:14:40 | 8 | right? |
| 02:14:42 | 9 |     A    I don't think that -- I don't think that it is |
| 02:14:47 | 10 | considerate.  But, in celebrity culture, and the nature |
| 02:14:51 | 11 | of it and what it has become, depending on what it is, |
| 02:14:56 | 12 | it's going to be talked about. |
| 02:14:59 | 13 |     Q    Because people like you are passing them |
| 02:15:02 | 14 | around and saying it's okay to talk about this, even if |
| 02:15:04 | 15 | it's fake; right? |
| 02:15:05 | 16 |     A    No, not -- |
| 02:15:05 | 17 |     (Multiple Simultaneous Speakers.) |
| 02:15:05 | 18 |     MS. DIXON:  Objection.  Assumes facts not in |
| 02:15:06 | 19 | evidence. |
| 02:15:07 | 20 |     THE WITNESS:  No. |
| 02:15:07 | 21 | BY MR. O'SULLIVAN: |
| 02:15:08 | 22 |     Q    That's what it's -- |
| | 23 |     (Multiple Simultaneous Speakers.) |
| | 24 |     MS. DIXON:  Objection.  Assumes facts not in |
| | 25 | evidence.  And unduly prejudicial. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
02:15:07    1              THE WITNESS:  No.
            2              THE COURT REPORTER:  Okay.  Hold on.  I
            3    can't -- you guys are talking on top of each other.  I
            4    can't --
            5              MR. O'SULLIVAN:  All right.
            6              THE COURT REPORTER:  Okay.  So I got "That's
            7    what it is."
            8              What was your answer?
02:15:21    9              THE WITNESS:  Could you please ask your
02:15:22   10    question again?
02:15:25   11    BY MR. O'SULLIVAN:
02:15:26   12         Q    I'll put a new question.
02:15:27   13              Let's go to the next page, 0007.
02:15:34   14              Can you read this.
02:15:37   15         A    Uh-huh.  It says, "I know this ain't this girl
02:15:39   16    in this video getting fucked.  Please tell me you
02:15:41   17    weren't that damn dumb, Megan.  And I ain't no crash
02:15:44   18    dummy so, no, I won't be posting shit."
02:15:48   19         Q    So what does that last piece mean?  You're
02:15:49   20    making it sound like, what, you think you are being set
02:15:50   21    up with this video.  If you post it, they're going to
02:15:53   22    come after you.
02:15:54   23         A    The way that people continue to try to
02:15:56   24    distract me with it, I thought it was odd, yes.  Very
02:15:59   25    much so.
```

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

02:16:00  1        Q    And so your solution was -- I'm not going to

02:16:06  2    post it, but I'm going to like it and send them to my

02:16:09  3    likes; right?

02:16:11  4        A    Yes.  Once again, I report on the news.  I'm a

02:16:14  5    public figure, a media figure.  And it is my job to

02:16:17  6    report on what is going on with entertainment news.

02:16:19  7        Q    Well, it's -- you are not a reporter, are you?

02:16:22  8        A    I would consider myself that at this point.

02:16:26  9        Q    Okay.

02:16:26  10       A    And someone in media and a media personality.

02:16:28  11   And I disseminate news, yes.

02:16:31  12       Q    Have you had any training in journalism?

02:16:32  13       A    Yes, I would say so.  Not formal, not college.

02:16:35  14   But I would say so, yes.

02:16:37  15       Q    Tell me about ethical training.  The ethics of

02:16:40  16   journalism.

02:16:41  17       A    No, not that.

02:16:42  18       Q    Do you know what the ethics of journalism --

02:16:44  19   do you know if there's ethical issues, in doing what you

02:16:47  20   are doing here, for journalists?

02:16:49  21       A    I do not know that.  I don't have a background

02:16:51  22   in that, and I'm not aware.

02:16:52  23       Q    But you were -- you felt like you could just

02:16:54  24   wing it?

02:16:54  25       A    Wing what?

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:16:55 | 1 | Q    Putting this stuff out there without knowing |
| 02:16:57 | 2 | whether that was journalistically appropriate? |
| 02:16:59 | 3 | A    I feel like in my media space -- because |
| 02:17:01 | 4 | journalism has shifted.  It's not newspapers and writing |
| 02:17:05 | 5 | anymore.  It's a -- people like me on camera, on stream, |
| 02:17:09 | 6 | creating shows and stuff like that. |
| 02:17:10 | 7 | So, in my space, yeah, I do feel like it was |
| 02:17:13 | 8 | important for me to discuss. |
| 02:17:16 | 9 | Q    Do you think there's any rules about being |
| 02:17:19 | 10 | truthful in your reporting? |
| 02:17:21 | 11 | A    Of course. |
| 02:17:22 | 12 | Q    Is there any rules about diligence in your |
| 02:17:24 | 13 | reporting? |
| 02:17:24 | 14 | A    Of course. |
| 02:17:25 | 15 | Q    Is there any rules about being balanced in |
| 02:17:27 | 16 | your reporting? |
| 02:17:28 | 17 | A    I would imagine so. |
| 02:17:30 | 18 | Q    Any -- |
| 02:17:31 | 19 | A    But it when you say "rules," I don't have any |
| 02:17:33 | 20 | formal training in those different things.  So rules -- |
| 02:17:37 | 21 | it was to my discretion. |
| 02:17:39 | 22 | Q    Well, that's what I'm saying.  You are trying |
| 02:17:41 | 23 | to invoke -- you are saying, oh, I'm a reporter.  I have |
| 02:17:43 | 24 | to report. |
| 02:17:43 | 25 | A    Right. |

02:17:43   1        Q    And you are saying, but I don't look at the

02:17:45   2   rules of reporting.  I don't need to be fair like a

02:17:47   3   reporter.  I don't need to get the truth like a

02:17:48   4   reporter.

02:17:48   5             (Multiple Simultaneous Speakers.)

02:17:49   6             MS. DIXON:  Objection.  That's assuming and

02:17:50   7   mischaracterizing.

02:17:52   8   BY MR. O'SULLIVAN:

02:17:52   9        Q    I can say what I want.  I can spread lies and

02:17:53  10   ask people to gossip about it; right?

02:17:54  11        A    No.

02:17:55  12             MS. DIXON:  Objection.  Argumentative.

02:17:56  13             THE WITNESS:  That's not what I'm saying at

02:17:57  14   all.

02:17:57  15             I've stated before I'm not a journalist, in a

02:18:00  16   effort to give respect to people who have taken the time

02:18:02  17   to go to school and do the work.

02:18:04  18             I am in the media field, and I do report on

02:18:07  19   news.  I was contracted through STATIONHEAD to do that.

02:18:11  20   That's what I did since 2019 with my position with

02:18:13  21   Onsite!.

02:18:14  22             When I trademarked my name and my Mob Radio,

02:18:17  23   it was for broadcasting news, entertainment, radio

02:18:21  24   hosting, all of that; so, yes, it was, in my opinion, my

02:18:25  25   duty to report on what was happening.

| | | |
|---|---|---|
| 02:18:27 | 1 | BY MR. O'SULLIVAN: |
| 02:18:28 | 2 | Q    Uh-huh.  All right. |
| 02:18:28 | 3 | And in this -- on page 7 that we're looking at |
| 02:18:31 | 4 | here, that first sentence, at the time you wrote that, |
| 02:18:36 | 5 | were you uncertain as to whether the video was |
| 02:18:41 | 6 | authentic?  Was made by Meg? |
| 02:18:43 | 7 | You didn't know one way or the other; right? |
| 02:18:46 | 8 | A    I didn't know, right. |
| 02:18:47 | 9 | Q    Okay.  Let's go to the next page. |
| 02:18:49 | 10 | All right.  At the top, it looks to be -- is |
| 02:18:58 | 11 | this a tweet from -- is that from Megan, that tweet? |
| 02:19:02 | 12 | A    Yes. |
| 02:19:02 | 13 | Q    All right.  And you had this somewhere in |
| 02:19:04 | 14 | your -- in your computer, and you pulled it into this |
| 02:19:06 | 15 | PDF.  Yes? |
| 02:19:08 | 16 | A    No.  I went on her Twitter. |
| 02:19:10 | 17 | Q    Okay.  And just read that into the record. |
| 02:19:12 | 18 | A    [As read] It's really sick how y'all go out of |
| 02:19:14 | 19 | the way to hurt me when you see me winning.  Y'all going |
| 02:19:16 | 20 | too far.  Fake ass shit.  Just know today was your last |
| 02:19:19 | 21 | day playing with me, and I mean it. |
| 02:19:26 | 22 | Q    Okay.  And there's two of them here. |
| 02:19:28 | 23 | Why did you -- what's the bottom one?  Is it |
| 02:19:31 | 24 | different? |
| 02:19:32 | 25 | A    It looks to be the same.  Maybe just a |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:19:35 | 1 | screenshot at a different time.  I don't -- it's just |
| 02:19:37 | 2 | another screenshot of it.  I don't know. |
| 02:19:40 | 3 | Q    Okay.  And -- and why did you put these two in |
| 02:19:46 | 4 | your -- in your compilation about the deepfake video? |
| 02:19:52 | 5 | A    I don't know.  I guess just to include |
| 02:19:54 | 6 | everything relative to it and what -- what she said, I |
| 02:19:57 | 7 | guess.  I don't know. |
| 02:19:58 | 8 | Q    Okay.  And this is still the same day; right? |
| 02:20:01 | 9 | June 8th? |
| 02:20:02 | 10 | A    Uh-huh. |
| 02:20:03 | 11 | Q    And she calls this "fake ass shit"; right? |
| 02:20:06 | 12 | A    I see that here, yes. |
| 02:20:07 | 13 | Q    Okay.  Did that slow you down at all? |
| 02:20:10 | 14 | A    By the time that she posted this, I had |
| 02:20:13 | 15 | already deleted my post, and I had already stated don't |
| 02:20:15 | 16 | post it; so there was nothing left for me to do. |
| 02:20:18 | 17 | Q    Uh-huh.  Okay.  There was nothing else left |
| 02:20:25 | 18 | for you to do? |
| 02:20:26 | 19 | A    Right.  In terms of -- I mean, what else what |
| 02:20:29 | 20 | would I have done in that instance.  I don't know. |
| 02:20:31 | 21 | Q    Okay.  Next page, 09.  Same day, June 8th, |
| 02:20:46 | 22 | 2:56. |
| 02:20:48 | 23 | Is this copy of a later tweet by you that day? |
| 02:20:51 | 24 | A    Yes. |
| 02:20:52 | 25 | Q    Next page, with a 10 at the bottom. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:21:16 | 1 | What is -- this is 301. |
| 02:21:22 | 2 | What is this -- what are you trying to do here |
| 02:21:25 | 3 | on page 10? |
| 02:21:26 | 4 | A    There were different people that once Megan |
| 02:21:28 | 5 | tweeted the tweet that's listed here -- "Just know today |
| 02:21:32 | 6 | was your last day playing with me" -- there were people |
| 02:21:34 | 7 | online saying that she was going to sue me. |
| 02:21:36 | 8 | And I said, "I don't know who she's talking |
| 02:21:37 | 9 | to."  And I reposted my previous tweets to re-emphasize |
| 02:21:42 | 10 | that I wasn't trying to cause her harm or do anything |
| 02:21:46 | 11 | against her. |
| 02:21:47 | 12 | Q    Well, you said some stuff like that, but you |
| 02:21:49 | 13 | also sent them to go look at it; right? |
| 02:21:51 | 14 | A    No.  Once again, I told them to go to the |
| 02:21:53 | 15 | post. |
| 02:21:54 | 16 | MS. DIXON:  Objection.  Asked and answered. |
| 02:21:55 | 17 | THE WITNESS:  And on the page that we skipped, |
| 02:21:56 | 18 | my tweet, may I read it? |
| 02:21:59 | 19 | BY MR. O'SULLIVAN: |
| 02:21:59 | 20 | Q    If you want. |
| 02:22:00 | 21 | A    [As read] Y'all be about to bust a nut, hoping |
| 02:22:02 | 22 | the bitch sues me for these synthetic wigs.  I called |
| 02:22:11 | 23 | that bait from the jump.  It's not illegal to say "Go to |
| 02:22:14 | 24 | my likes." |
| 02:22:14 | 25 | THE COURT REPORTER:  Okay.  You have to read |

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

02:22:14   1    that slower.

02:22:14   2              THE WITNESS:  I'm sorry.

02:22:14   3              [As read] It's not illegal to say "Go to my

02:22:14   4    likes" so that social media -- social media users could

02:22:17   5    see what I was referencing.  Who posted the tweet an

02:22:21   6    hour before it was brought to my attention?  Oh, I even

02:22:24   7    stated that she should pursue charges against whoever

02:22:26   8    did it because that's so wrong to do to people.  I never

02:22:29   9    redistributed the content or asserted that it was her in

02:22:32  10    it.  Enjoy y'all day.

02:22:34  11    BY MR. O'SULLIVAN:

02:22:34  12        Q    Okay.  Prior to saying, in this tweet, "It's

02:22:37  13    not illegal to say go to my likes," did you make any

02:22:43  14    effort to find out if that was true?  If it was, in

02:22:46  15    fact, illegal to do what you did?

02:22:49  16        A    Once again, I was literally saying, "Go to my

02:22:52  17    likes."  So when I say, "It's not illegal to say go to

02:22:55  18    my likes," I'm literally referencing tweeting "Go to my

02:22:58  19    likes."

02:22:58  20        Q    I get it.

02:23:00  21        A    I'm not aware of that being illegal.

02:23:01  22        Q    Well, you are being sued for it being illegal;

02:23:02  23    right?

02:23:03  24        A    No.  I'm being sued because y'all are accusing

02:23:06  25    me of promoting the video.

02:23:07   1              If I were to tweet "Go to my likes" right now,

02:23:09   2   I don't believe that I would be sued.

02:23:11   3        Q    You've been sued for saying "Go to my likes"

02:23:13   4   after you liked --

02:23:15   5        A    A particular post y'all are accusing me.

02:23:17   6        Q    -- a video that violates the statute.

02:23:18   7              MS. DIXON:  Objection.

02:23:18   8   BY MR. O'SULLIVAN:

02:23:18   9        Q    So you've been sued for promoting that video

02:23:21  10   by liking it and telling people to "Go to your likes."

02:23:23  11              You understand that; right?  That's this case.

02:23:26  12        A    I understand the accusation; but, as I told

02:23:29  13   you earlier, I don't agree with it.

02:23:30  14              And I was commenting directly on literally

02:23:32  15   saying "Go to my likes."

02:23:33  16        Q    I get it.

02:23:34  17              And I'm just asking you, did anybody tell you

02:23:36  18   that that wasn't illegal?  You are asserting it's not

02:23:39  19   illegal; right?

02:23:41  20        A    I'm asserting that it is not illegal to

02:23:43  21   literally say, "Go to my likes."  I'm not aware of that

02:23:46  22   being a law in the county that you can't say, "Go to my

02:23:48  23   likes."

02:23:49  24        Q    Okay.  But, if before that you had liked a

02:23:53  25   kiddie porn picture, and it was on your likes for some

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:23:55 | 1 | awful copyright violation, you understand indirectly |
| 02:23:58 | 2 | you'd get to the same place; right? |
| 02:24:00 | 3 | MS. DIXON:  Objection. |
| 02:24:01 | 4 | THE WITNESS:  No.  I don't understand that. |
| 02:24:02 | 5 | MS. DIXON:  I think that's a misstatement of |
| 02:24:03 | 6 | the law. |
| 02:24:03 | 7 | BY MR. O'SULLIVAN: |
| 02:24:03 | 8 | Q    All right.  Did you get any legal advice |
| 02:24:05 | 9 | before you decided to like the Meg video and then tell |
| 02:24:09 | 10 | people to go to your likes? |
| 02:24:10 | 11 | A    I didn't like the video.  I liked a post.  And |
| 02:24:12 | 12 | no. |
| 02:24:15 | 13 | Q    No.  Okay. |
| 02:24:21 | 14 | And then on page 11 -- all right.  You can |
| 02:24:28 | 15 | read that one. |
| 02:24:29 | 16 | A    [As read] Someone said a supposed-compromising |
| 02:24:32 | 17 | video of Megan hit this -- I'm sorry -- hit the |
| 02:24:34 | 18 | timeline, which people are now saying it's a Deepfake. |
| 02:24:38 | 19 | Milagro remarked on it without reposting it, and people |
| 02:24:40 | 20 | are big mad because Milagro brought attention to it. |
| 02:24:45 | 21 | Q    And what did you respond? |
| 02:24:46 | 22 | A    I said, "And that's not illegal.  Suck it." |
| 02:24:49 | 23 | Q    Why did you say, "Suck it"? |
| 02:24:52 | 24 | A    It's like leave me alone. |
| 02:24:55 | 25 | Q    Were you concerned at all, at this point, it |

MILAGRO ELIZABETH COOPER                                        JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:24:57 | 1 | looks like it's a deepfake; right?  People are saying |
| 02:25:00 | 2 | that.  And you did cause more views; right? |
| 02:25:02 | 3 | Did you have any remorse? |
| 02:25:04 | 4 | MS. DIXON:  Objection.  Calls for speculation. |
| 02:25:05 | 5 | THE WITNESS:  I don't believe that caused more |
| 02:25:07 | 6 | views to the video.  I couldn't speak to that but the -- |
| 02:25:09 | 7 | BY MR. O'SULLIVAN: |
| 02:25:10 | 8 | Q    If you did, do you have any remorse? |
| 02:25:13 | 9 | A    Ask me the question again. |
| 02:25:14 | 10 | Q    If it turns out that we can show that the |
| 02:25:16 | 11 | likes caused traffic and more people viewed the video, |
| 02:25:18 | 12 | and you were the source of that, do you have remorse for |
| 02:25:21 | 13 | having done that? |
| 02:25:21 | 14 | A    I'm not the source of that, and I cannot be |
| 02:25:23 | 15 | remorseful for something I did not do. |
| 02:25:26 | 16 | Q    Okay.  In fact, your attitude is suck it; |
| 02:25:27 | 17 | right?  Meg, suck it? |
| 02:25:29 | 18 | A    No.  I'm not speaking to Meg here.  There are |
| 02:25:31 | 19 | people on the timeline.  There were people on social |
| 02:25:34 | 20 | media attacking me; so I was telling them to leave me |
| 02:25:37 | 21 | alone. |
| 02:25:37 | 22 | Q    You were telling them to suck it; right? |
| 02:25:39 | 23 | A    I'm telling the public to leave me alone. |
| 02:25:41 | 24 | Q    Right.  Because you did what you did, and you |
| 02:25:42 | 25 | are comfortable with it? |

| | | |
|---|---|---|
| 02:25:43 | 1 | A    No.  Because I felt like they were looking for |
| 02:25:45 | 2 | something and then waiting for that moment. |
| 02:26:05 | 3 | MR. O'SULLIVAN:  Okay.  We're done with that. |
| 02:26:15 | 4 | THE WITNESS:  Is -- is there -- can we make or |
| 02:26:15 | 5 | can I -- I don't know how this goes.  I'm sorry -- make |
| 02:26:18 | 6 | comments about like what's included here?  Like, this |
| 02:26:20 | 7 | right here? |
| 02:26:21 | 8 | MR. O'SULLIVAN:  No. |
| 02:26:22 | 9 | THE WITNESS:  Okay. |
| 02:26:23 | 10 | MR. O'SULLIVAN:  I mean, your lawyer can ask |
| 02:26:25 | 11 | you questions at the end.  I guess.  It's |
| 02:26:26 | 12 | unconventional, but not until I'm done. |
| 02:26:29 | 13 | THE WITNESS:  Okay. |
| 02:26:56 | 14 | MR. O'SULLIVAN:  Next exhibit is 48.  I'll |
| 02:27:07 | 15 | give it to your lawyer. |
| 02:27:08 | 16 | (Exhibit 48 was marked for identification.) |
| 02:27:21 | 17 | BY MR. O'SULLIVAN: |
| 02:27:21 | 18 | Q    All right.  I have marked as Exhibit 48, a |
| 02:27:26 | 19 | copy of multi-page document.  It says "Responses" at the |
| 02:27:29 | 20 | top. |
| 02:27:29 | 21 | And I think the easiest thing is, I'll just |
| 02:27:32 | 22 | ask you, Ms. Cooper, do you know what this Exhibit 48 |
| 02:27:35 | 23 | is? |
| 02:27:36 | 24 | A    It looks like my responses I gave to my |
| 02:27:39 | 25 | lawyer, I think. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:27:40 | 1 | Q    Okay.  And then I'm going to -- it doesn't |
| 02:27:43 | 2 | have pages.  I'm going to go to -- it's about two-thirds |
| 02:27:54 | 3 | of the way in.  And it has D, Lack of a Bank Account and |
| 02:27:58 | 4 | then Lack of Deepfake Video Documents. |
| 02:28:02 | 5 | A    Okay. |
| 02:28:03 | 6 | Q    Are you on that page with me? |
| 02:28:04 | 7 | A    Yes. |
| 02:28:04 | 8 | Q    Okay.  Did you -- did you prepare the text on |
| 02:28:10 | 9 | this page? |
| 02:28:11 | 10 | A    Yes. |
| 02:28:12 | 11 | Q    Okay.  And this was trying to just -- to get |
| 02:28:15 | 12 | down your account of how -- how it went; right? |
| 02:28:17 | 13 | A    Yeah.  And answer the questions. |
| 02:28:19 | 14 | Q    Okay.  If you look at in this whole section, |
| 02:28:23 | 15 | E, about the Deepfake -- |
| 02:28:25 | 16 | A    Uh-huh. |
| 02:28:25 | 17 | Q    -- I want you to read through that, all of E. |
| 02:28:50 | 18 | Tell me when you've got through that.  It should just |
| 02:29:03 | 19 | be -- it should just be really a page. |
| 02:29:05 | 20 | A    Oh. |
| 02:29:05 | 21 | Q    Just E.  I'm sorry. |
| 02:29:05 | 22 | All right.  So let me just do -- |
| 02:29:08 | 23 | I'm going to ask a new question. |
| 02:29:11 | 24 | On the page we've been looking at that has the |
| 02:29:12 | 25 | heading E, Lack of Deepfake Video Documents, do you see |

02:29:15  1   that?

02:29:16  2        A     Huh-uh.

02:29:16  3        Q     Right here.

02:29:19  4              THE WITNESS:  It's in the middle.

02:29:20  5              MS. DIXON:  It's not numbered.  I'm going to

02:29:23  6   it.

02:29:28  7              THE WITNESS:  I think it's -- I think it's

02:29:31  8   before that.

02:29:32  9              MR. O'SULLIVAN:  It's about seven or eight

02:29:33 10   pages from the back.  E.  Lack of Deepfake Video

02:29:38 11   documents.

02:29:48 12              MS. DIXON:  Is it this?  Sorry.

02:30:09 13              THE WITNESS:  It might be missing from this

02:30:10 14   packet, actually.  I don't think I see it either.

02:30:13 15              MR. O'SULLIVAN:  What is it?

02:30:14 16              THE WITNESS:  I don't think hers has that

02:30:16 17   particular page.  I don't feel like I'm seeing it.

02:30:18 18              MR. O'SULLIVAN:  Here, just try another one.

02:30:20 19              THE WITNESS:  Okay.

02:30:21 20              MR. O'SULLIVAN:  It wasn't a -- it wasn't a

02:30:21 21   trick.

02:30:24 22   BY MR. O'SULLIVAN:

02:30:25 23        Q     I think what I'm going to ask you to do,

02:30:28 24   Ms. Cooper, is if you look under E that we talked about

02:30:30 25   and just read that text to the end, where it says,

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:30:35 | 1 | "Attached to the direct links" -- strike it.  I'll read |
| 02:30:38 | 2 | it. |
| 02:30:39 | 3 | A    Uh-huh.  Okay. |
| 02:30:40 | 4 | Q    Bottom line on the page we've been looking at, |
| 02:30:47 | 5 | it says, quote, "I was tagged directly on a Discord |
| 02:30:50 | 6 | server that I manage by a user named Kham K whose real |
| 02:30:55 | 7 | name is Alejandro Burnett."  Let me stop there. |
| 02:30:58 | 8 | Does that -- you -- you wrote that; right? |
| 02:31:00 | 9 | A    Yes. |
| 02:31:01 | 10 | Q    And -- and is it correct still? |
| 02:31:04 | 11 | A    Yes. |
| 02:31:05 | 12 | Q    True.  And do you know this person, |
| 02:31:08 | 13 | Alejandro Burnett, other than through this? |
| 02:31:12 | 14 | A    I don't know him personally, no. |
| 02:31:14 | 15 | Q    How do you know his real name? |
| 02:31:15 | 16 | A    Because someone posted him online.  They |
| 02:31:17 | 17 | posted some mug shots of him online, and I saw his name |
| 02:31:19 | 18 | in the mug shot. |
| 02:31:24 | 19 | Q    Okay.  And the guy from the -- you recognized |
| 02:31:25 | 20 | the -- the mug shot? |
| 02:31:27 | 21 | A    Yes.  And he, I believe, confirmed it was him, |
| 02:31:29 | 22 | but I definitely recognized him in the photo. |
| 02:31:31 | 23 | Q    Okay.  And he is the one who put out this |
| 02:31:36 | 24 | video of Megan? |
| 02:31:38 | 25 | A    He is the one who posted these things to my |

| | | |
|---|---|---|
| 02:31:40 | 1 | Discord, that brought my attention to it. |
| 02:31:44 | 2 | Q   Okay.  And -- and the things he posted to the |
| 02:31:47 | 3 | Discord are the things that are listed below there -- or |
| 02:31:49 | 4 | shown below there? |
| 02:31:51 | 5 | A   Yes. |
| 02:31:51 | 6 | Q   All right.  So the first one is him saying |
| 02:31:53 | 7 | "You seen this," and it has a link to something; right? |
| 02:31:56 | 8 | A   No.  That link is to that post. |
| 02:31:58 | 9 | Q   Okay.  And then the same thing -- |
| 02:32:00 | 10 | A   Yes. |
| 02:32:01 | 11 | Q   -- this next one.  And then down towards the |
| 02:32:05 | 12 | bottom, he is saying, "Hell, yeah, it's her"? |
| 02:32:09 | 13 | A   Yeah.  And I hadn't seen the video, so he |
| 02:32:14 | 14 | says, "It shows this."  'Cause I was, like, I'm not |
| 02:32:16 | 15 | clicking it.  I'm not putting that on my phone. |
| 02:32:17 | 16 | And so he was telling me, "Oh, this is what it |
| 02:32:19 | 17 | is" because I didn't look at it. |
| 02:32:23 | 18 | Q   And so what is this?  This is a picture of the |
| 02:32:26 | 19 | front page of the video link? |
| 02:32:29 | 20 | A   This is when -- I believe he goes to Bimbella. |
| 02:32:32 | 21 | And when he went to Bimbella, this is what his screen |
| 02:32:36 | 22 | showed, and he took a screenshot of that and posted that |
| 02:32:39 | 23 | on Discord. |
| 02:32:50 | 24 | Q   Uh-huh.  Okay. |
| 02:32:50 | 25 | And do you know what Alejandro's -- do you |

MILAGRO ELIZABETH COOPER                                        JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:32:55 | 1 | have any reason to believe he is a reliable or |
| 02:32:57 | 2 | unreliable source of truth?  Besides the mug shot? |
| 02:33:03 | 3 | A    Right.  I don't know. |
| 02:33:04 | 4 | Q    Is he a criminal? |
| 02:33:06 | 5 | A    I don't know his background. |
| 02:33:10 | 6 | Q    Do you have -- do you know anything about |
| 02:33:12 | 7 | his -- his trustworthiness? |
| 02:33:20 | 8 | A    I don't know him personally.  All I know is |
| 02:33:22 | 9 | what he has presented online; so I don't know. |
| 02:33:24 | 10 | Q    Okay.  Did -- did your lack of knowledge about |
| 02:33:31 | 11 | him, other than the mug shot, cause you to doubt the |
| 02:33:34 | 12 | veracity of the video? |
| 02:33:36 | 13 | Were you skeptical because of where it was |
| 02:33:40 | 14 | coming from? |
| 02:33:42 | 15 | A    No, not necessarily.  Because many people were |
| 02:33:44 | 16 | bringing it up.  It wasn't just him.  He just brought it |
| 02:33:49 | 17 | to my attention. |
| 02:33:51 | 18 | Q    Right.  And did he say why? |
| 02:33:54 | 19 | A    I think because people expect me to speak on |
| 02:33:56 | 20 | trending topics. |
| 02:33:59 | 21 | Q    Okay.  And, before he put this out, there was |
| 02:34:03 | 22 | no trending topic; right? |
| 02:34:06 | 23 | A    It was trending.  That's how it was brought to |
| 02:34:08 | 24 | my attention. |
| 02:34:09 | 25 | Q    It became trending when you posted it -- or |

02:34:11  1   when you directed people to it.

02:34:12  2          MS. DIXON:  Objection.  Calls for speculation.

02:34:13  3          THE WITNESS:  No.  It was already a

02:34:15  4   conversation.  There were already Reddit threads about

02:34:18  5   it.  There were already -- I believe I may have saw it a

02:34:20  6   day after it was put online, actually.  I saw it

02:34:23  7   significantly, like, after.

02:34:32  8          MR. O'SULLIVAN:  Okay.  I got to start going

02:34:38  9   faster.  39.

02:34:42  10         For the record, I've marked as Exhibit 49, a

02:34:58  11  one-page document.  It's got Bates MG494.

02:35:05  12         (Exhibit 49 was marked for identification.)

02:35:06  13  BY MR. O'SULLIVAN:

02:35:06  14     Q    And I'll ask you, Ms. Cooper, if you recognize

02:35:09  15  what's being depicted in Exhibit 49?

02:35:11  16     A    I do.  This is the user, the Instagram user

02:35:16  17  who sent me the link that I was able to see the video

02:35:19  18  from.

02:35:21  19     Q    Okay.  And, prior to that, do you know who

02:35:23  20  this person is, LV Don X Paris?

02:35:29  21     A    No.

02:35:30  22     Q    All right.  So no prior communication with

02:35:33  23  him?

02:35:35  24     A    I believe that this person has sent me

02:35:37  25  trending topics before; so there may have been a couple

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

02:35:39   1    of other messages that were maybe some stories or links

02:35:42   2    to stories.

02:35:43   3          Q    Can you remember any of the other stories?

02:35:46   4          A    No.  And the person deleted their page; so I

02:35:50   5    couldn't go back and see.  No.

02:35:53   6          Q    Were any of the prior stories involving

02:35:54   7    deepfake porn videos?

02:35:56   8          A    No.

02:35:57   9          Q    Okay.  Do you remember the subject matter of

02:35:59   10   the prior stories he might have tipped you off on?

02:36:02   11         A    I don't.  But I can tell, even by this right

02:36:05   12   here, that this is scrolled down to the bottom; so

02:36:08   13   there's something above that.  So, no, I don't know what

02:36:10   14   that was but --

02:36:11   15         Q    Oh, I see.

02:36:12   16         A    Yeah.  So he's sent me something before.

02:36:14   17         Q    And what -- is this Twitter?

02:36:18   18         A    This is Instagram.

02:36:19   19         Q    Instagram?

02:36:19   20         A    Direct Messages.

02:36:21   21         Q    And so, just so I understand, so at the top

02:36:23   22   where it says, "Someone just sent me this link to MTS

02:36:26   23   sex tape," who wrote that?  Him or you?

02:36:28   24         A    He did.

02:36:29   25         Q    And is it a guy -- do you know, is it a man?

| | | |
|---|---|---|
| 02:36:32 | 1 | A    I don't know. |
| 02:36:34 | 2 | Q    Do you know anything about the trustworthiness |
| 02:36:36 | 3 | of LV Don X Paris? |
| 02:36:39 | 4 | A    I don't. |
| 02:36:40 | 5 | Q    Okay. |
| 02:36:54 | 6 | MS. HAYRAPETIAN:  Can we please pull up 43-A? |
| 02:37:00 | 7 | STENO TECH ASSISTANT:  Did you say 43-A? |
| 02:37:02 | 8 | MR. O'SULLIVAN:  Yes.  So this will be 43-B; |
| 02:37:04 | 9 | right? |
| 02:37:05 | 10 | MS. HAYRAPETIAN:  Yes. |
| 02:37:05 | 11 | STENO TECH ASSISTANT:  Okay.  One moment. |
| 02:37:06 | 12 | (Off-the-record discussion between the Court Reporter |
| 02:37:06 | 13 | and Counsel.) |
| 02:37:48 | 14 | MS. DIXON:  And the video is 50-A. |
| 02:37:51 | 15 | MS. HAYRAPETIAN:  43 was just the interim |
| 02:37:51 | 16 | number. |
| 02:37:55 | 17 | MS. DIXON:  Okay.  Thank you. |
| 02:37:57 | 18 | STENO TECH ASSISTANT:  Let me know whenever |
| 02:37:58 | 19 | you'd like for me to play it. |
| 02:37:59 | 20 | MR. O'SULLIVAN:  We're ready for you. |
| 02:38:01 | 21 | STENO TECH ASSISTANT:  Okay. |
| 02:38:02 | 22 | (A video clip was played.) |
| 02:38:52 | 23 | (Exhibit 50-A was marked for identification.) |
| 02:38:52 | 24 | (Exhibit 50-B was marked for identification.) |
| 02:38:52 | 25 | |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
02:40:13   1   BY MR. O'SULLIVAN:
02:40:14   2        Q    All right.  So, first of all, is that you that
02:40:19   3   we just heard talking?
02:40:20   4        A    Yes.
02:40:20   5        Q    Okay.  And you said all that stuff we just
02:40:22   6   heard?
02:40:22   7        A    Yes.
02:40:23   8        Q    Okay.  And who was the audience?  Were you
02:40:25   9   on -- what platform were you on?
02:40:28  10        A    This is STATIONHEAD.
02:40:29  11        Q    Okay.  Is it on anywhere else?
02:40:30  12        A    No.
02:40:31  13        Q    Anything -- is Discord involved in this?
02:40:34  14        A    No.
02:40:34  15        Q    Okay.  And is this before or after you said,
02:40:42  16   "Check my likes"?
02:40:45  17        A    I couldn't say.
02:40:48  18        Q    Is -- based on listening to it, is this when
02:40:52  19   you were seeing the video for the first time?
02:40:53  20        A    I believe so.
02:40:54  21        Q    So probably sent people to your likes after
02:41:01  22   this?
02:41:02  23        A    No.  Because the link that I was referencing
02:41:04  24   is on Instagram.  So it was something completely
02:41:06  25   different than what was on Twitter.
```

```
02:41:08   1        Q    I understand.  But timing-wise?
02:41:10   2        A    I couldn't say.  STATIONHEAD -- I mean,
02:41:12   3   there's not a lot -- I don't know what time it was.  I
02:41:15   4   don't know.
02:41:16   5        Q    Do you -- do you agree that what we just heard
02:41:20   6   was you looking at it for the first time?  You were
02:41:22   7   reacting to it for the first time; right?
02:41:24   8        A    It seemed like it.  Yeah.
02:41:25   9        Q    Okay.  At the end you say, "I'll never post
02:41:30  10   that on my MFing page."
02:41:32  11             Do you see that?
02:41:33  12        A    Yes.
02:41:34  13        Q    Why?  Why wouldn't you post that on your page?
02:41:37  14        A    Because, at that point, I felt like that's
02:41:39  15   when I would get in trouble.
02:41:42  16        Q    And what would you get in trouble for?
02:41:44  17        A    I don't know.  I don't know the rules around,
02:41:45  18   like, posting pornography or stuff like that, but I
02:41:48  19   didn't feel like that would be something smart for me to
02:41:52  20   do.
02:41:53  21        Q    Okay.  And how did you get from there to a
02:41:59  22   like it and then tell people to "Go to my likes"?
02:42:01  23        A    Because, once again, it wasn't for me about if
02:42:04  24   it was her or trying to make it her or trying not to
02:42:06  25   make it her.  It was about Megan, one of the biggest
```

02:42:09  1    stars in the world, is involved in something.

02:42:12  2        Q    Or not.  Or it's completely fake, and she's

02:42:14  3    not involved.

02:42:15  4        A    It wasn't about if it was fake or not.  When

02:42:16  5    something happens with a celebrity, people care about

02:42:19  6    the celebrity.  A certain celebrity could eat a sandwich

02:42:22  7    and people care, but I eat a sandwich, they don't care.

02:42:25  8        Q    Okay.  But somebody could say that the

02:42:27  9    celebrity killed everybody in their neighborhood; right?

02:42:30  10       A    Uh-huh.

02:42:30  11       Q    And you could start talking about that, like,

02:42:32  12   who knows, did they, and are they a murderer, without

02:42:35  13   ever checking if it really happened; right?  That's one

02:42:38  14   choice.  And that's the choice you made about this.

02:42:41  15       A    No.  The way that things work, for me, is that

02:42:44  16   when something happens with a celebrity, regardless of

02:42:46  17   what's behind it, the fact that it happened, is a part

02:42:49  18   of our culture.  It's a part of bigger conversations.

02:42:51  19            So the -- the aftermath is another story.  The

02:42:55  20   fact that these things happened, it's -- it's worthy to

02:42:59  21   discuss, if it happens to the right person.  If the

02:43:01  22   right person -- if the person has enough notoriety, you

02:43:04  23   know, and they're a big star like Megan, she's huge,

02:43:07  24   anything Megan does, people want to talk about it.

02:43:10  25       Q    And you think it's okay, even if it's a lie,

| | | |
|---|---|---|
| 02:43:12 | 1 | to talk about it? |
| 02:43:13 | 2 | A    I think that it's okay to discuss public |
| 02:43:15 | 3 | matters about celebrities. |
| 02:43:16 | 4 | Q    And you think even lies -- if someone throws |
| 02:43:18 | 5 | them out there, turn them into public matters which |
| 02:43:21 | 6 | anyone can repeat and talk about? |
| 02:43:22 | 7 | A    I think that we have a lot of entertainment |
| 02:43:25 | 8 | shows, and the culture loves trending topics in |
| 02:43:27 | 9 | entertainment news. |
| 02:43:29 | 10 | Q    Okay.  So, if lying is good for ratings, go |
| 02:43:32 | 11 | for lying? |
| 02:43:32 | 12 | A    Well, I did not lie because I didn't assert or |
| 02:43:34 | 13 | deny that it was her.  All I did was talk about the |
| 02:43:37 | 14 | topic at hand, which was the fact that, hey, allegedly |
| 02:43:40 | 15 | there's a video out. |
| 02:43:41 | 16 | Q    Right.  And you were hoping the shock and the |
| 02:43:43 | 17 | attention of something like that would inure to your |
| 02:43:47 | 18 | benefit.  That people would -- through you, would see |
| 02:43:49 | 19 | that very interesting thing; right? |
| 02:43:51 | 20 | A    No.  I was actually kind of annoyed because, |
| 02:43:53 | 21 | like I said, I was preoccupied.  And I just felt like it |
| 02:43:56 | 22 | was targeted, and that I was -- basically being set up |
| 02:44:00 | 23 | to do something stupid. |
| 02:44:01 | 24 | Q    Uh-huh.  Okay. |
| 02:44:05 | 25 | And this MizzInformation thing -- we talked |

02:44:09   1   about that before, and then you were just commenting

02:44:11   2   here you don't like their features or something.

02:44:13   3            What is MizzInformation?

02:44:15   4       A    It was a spin on me being accused of spreading

02:44:18   5   misinformation throughout the trial.  It was a play on

02:44:22   6   misinformation.  I made it M-I-Z-Z information.

02:44:27   7       Q    Oh, okay.

02:44:28   8       A    Yeah.

02:44:29   9       Q    I thought you got that from your friend?  No?

02:44:31  10       A    Got what?

02:44:32  11       Q    The TikTok with MizzInformation?

02:44:35  12       A    Oh, no.  That's what I changed the name to.  I

02:44:38  13   got my TikTok from, Mike, yes.  But I changed the name

02:44:41  14   to MizzInformation.  That was the handle at the time.

02:44:43  15       Q    All right.  But the handle originated with

02:44:44  16   you?

02:44:45  17       A    The MizzInformation handle?

02:44:47  18       Q    Yeah.

02:44:47  19       A    Yes.

02:44:48  20       Q    Okay.  And then when he gave you his TikTok,

02:44:50  21   you didn't keep the name?  You changed the name?

02:44:53  22       A    When he gave me the TikTok, I changed it to

02:44:55  23   MizzInformation from whatever he had.  The other

02:44:59  24   MizzInformation page was my Instagram.

02:45:03  25       Q    Okay.  You say here, "And who would have been

02:45:11   1    recording?"

02:45:11   2              What do you mean by that?

02:45:13   3        A    In the video, it looked like Megan and the

02:45:18   4    other party were very close.  Per the angle, I was

02:45:22   5    trying to figure out, like, what is this setup?  So I

02:45:25   6    was, like, well, who would have been recording?  I'm

02:45:27   7    just speaking, like, as I'm thinking, speaking out loud.

02:45:31   8        Q    Right.  And -- and you are saying that's

02:45:33   9    another reason this doesn't seem right; right?

02:45:37  10              Like, who would have been in that spot with

02:45:39  11    the camera?

02:45:40  12        A    Not necessarily.  Because, like I said, I

02:45:44  13    believe her to be a promiscuous person.  So it wasn't

02:45:47  14    the fact that there couldn't have been someone else in

02:45:49  15    the room.  It was just me literally asking, who would

02:45:51  16    have been recording?  Like, what is this?  What am I

02:45:53  17    looking at, basically?

02:45:55  18        Q    Uh-huh.  And -- okay.

02:46:10  19              MS. HAYRAPETIAN:  Can we please pull the video

02:46:11  20    titled "44-A," and can we mark it as 51-A, and then the

02:46:17  21    transcript will be 51-B.

02:46:19  22              STENO TECH ASSISTANT:  Yes.  One moment,

02:46:19  23    please.

02:46:35  24              MR. O'SULLIVAN:  Is that the old one?

02:46:39  25              MS. HAYRAPETIAN:  Yes, that's the transcript.

| | | |
|---|---|---|
| 02:46:57 | 1 | MR. O'SULLIVAN:  Okay.  We're ready for the |
| 02:46:58 | 2 | audio when you are. |
| 02:47:00 | 3 | (A video clip was played.) |
| 02:47:39 | 4 | (Exhibit 51-A was marked for identification.) |
| 02:47:39 | 5 | (Exhibit 51-B was marked for identification.) |
| 02:47:39 | 6 | BY MR. O'SULLIVAN: |
| 02:47:39 | 7 | Q    Okay.  I think that's the end. |
| 02:47:41 | 8 | Is that your voice that we heard on the audio |
| 02:47:43 | 9 | that is 51-A? |
| 02:47:45 | 10 | A    Yes. |
| 02:47:45 | 11 | Q    What -- what setting was that on?  Where are |
| 02:47:46 | 12 | you speaking there? |
| 02:47:47 | 13 | A    That was STATIONHEAD. |
| 02:47:48 | 14 | Q    STATIONHEAD? |
| 02:47:49 | 15 | A    Uh-huh. |
| 02:47:50 | 16 | Q    And what -- explain for me what the |
| 02:47:59 | 17 | distinction is.  You said I wouldn't put it on my page. |
| 02:48:02 | 18 | A    Uh-huh. |
| 02:48:02 | 19 | Q    But I'll put it on my Discord. |
| 02:48:05 | 20 | A    Uh-huh. |
| 02:48:05 | 21 | Q    We talked before about the copyright takedown |
| 02:48:07 | 22 | and stuff. |
| 02:48:08 | 23 | What's the difference in your mind? |
| 02:48:09 | 24 | A    In my mind, Discord is private, and there are |
| 02:48:12 | 25 | different rooms that have different accesses to them; so |

02:48:14   1   you can make some rooms for -- you can cut them off.  So

02:48:18   2   whoever you want in them, whoever you don't want in

02:48:21   3   them, you can set them up that way.

02:48:22   4           So I don't consider it social media because

02:48:24   5   it's very controlled, and it's not wide open to

02:48:26   6   everyone.  And my Discord is locked; so I don't

02:48:29   7   personally consider it social media.

02:48:33   8       Q   But real people look at what you post on

02:48:35   9   Discord; right?

02:48:36   10      A   The community members, yes.

02:48:37   11      Q   The community members, yes.

02:48:39   12      A   Uh-huh.

02:48:39   13      Q   And you want your community members to look at

02:48:44   14  what you post there; right?

02:48:46   15      A   Yes, I do.

02:48:47   16      Q   That's the point.  All right.

02:48:54   17          MR. O'SULLIVAN:  Do you guys want to take a

02:48:56   18  break?  We'll take a five-minute break.

02:49:00   19          THE WITNESS:  Okay.

02:49:00   20          MS. DIXON:  Yes.

02:49:02   21          THE VIDEOGRAPHER:  The time is 2:49.  We're

02:49:04   22  going off the record.

02:49:06   23          (Recess was taken.)

03:04:43   24          THE VIDEOGRAPHER:  The time is 3:04.  We're

03:04:49   25  back on the record.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:04:52  1              MR. O'SULLIVAN:  While we were off, I've

03:04:54  2     handed the witness what we've marked as Exhibit 52.  A

03:04:57  3     one-page document.  It says "MizzInformation" at the

03:05:00  4     top.

03:05:02  5              (Exhibit 52 was marked for identification.)

03:05:02  6     BY MR. O'SULLIVAN:

03:05:03  7         Q    I'll ask you, Ms. Cooper, can you tell me what

03:05:05  8     this shows, this Exhibit 52?

03:05:07  9         A    This shows a screenshot of my post that said,

03:05:10  10    "Go to my likes," and it says, "This post has been

03:05:13  11    deleted."  It was a screenshot that was shared to the

03:05:15  12    Close Friends of the Instagram page.

03:05:17  13        Q    All right.  So we looked before at this tweet;

03:05:21  14    right?

03:05:22  15        A    Uh-huh.

03:05:22  16        Q    That said, "Go to my likes."  Yeah?

03:05:24  17        A    Uh-huh.

03:05:25  18        Q    And you took a picture of it?  Screenshot?

03:05:29  19        A    Of the tweet, uh-huh.

03:05:31  20        Q    Saying "Go to my likes," and then sent it

03:05:33  21    somewhere else not on Twitter?

03:05:34  22        A    No.  So what happened was, I did a show, the

03:05:38  23    next day, I believe, talking about the whole situation.

03:05:41  24    And, from my reference, I put this in my Close Friends

03:05:45  25    for me to go look at, like, while streaming live so I

| | | |
|---|---|---|
| 03:05:49 | 1 | can reference it. |
| 03:05:50 | 2 | Q    All right.  So who -- who is the audience for |
| 03:05:53 | 3 | this Exhibit 52?  Not the original tweet.  This -- this |
| 03:05:56 | 4 | screenshot?  Mizz -- |
| 03:05:57 | 5 | A    Right. |
| 03:05:58 | 6 | Q    It's -- okay. |
| 03:05:59 | 7 | A    Yeah.  My Close Friends has me in it. |
| 03:06:00 | 8 | So I have two Instagram pages.  I have Milagro |
| 03:06:03 | 9 | Gramz and my blog page.  And so I am the only person in |
| 03:06:08 | 10 | the Close Friends on both pages, because I use my Close |
| 03:06:10 | 11 | Friends to post things that I'm going to want to talk |
| 03:06:14 | 12 | about on my show; so I'm the audience on both papers. |
| 03:06:21 | 13 | Q    So, by doing this, you were sort of sending it |
| 03:06:24 | 14 | to yourself? |
| 03:06:25 | 15 | A    Like, bookmarking it, so to speak. |
| 03:06:28 | 16 | Q    And -- And where -- where -- is Close Friends |
| 03:06:34 | 17 | a category on social media? |
| 03:06:36 | 18 | A    Yes.  Close Friends is a category on Instagram |
| 03:06:39 | 19 | where you can add whom you wish to see private things. |
| 03:06:43 | 20 | It's not a public. |
| 03:06:44 | 21 | Q    Got it.  Okay.  And you -- you have Close |
| 03:06:46 | 22 | Friends on Instagram? |
| 03:06:50 | 23 | A    Every user has a option to use Close Friends. |
| 03:06:52 | 24 | Q    Got it.  And, in your case, did you exercise |
| 03:06:54 | 25 | that option to add people to your Close Friends? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:06:56 | 1 | A    I just added myself. |
| 03:06:57 | 2 | Q    Right.  The only person in there is you? |
| 03:06:59 | 3 | A    Yeah. |
| 03:07:00 | 4 | Q    And so you are saying you took a screenshot of |
| 03:07:05 | 5 | the "Go to my likes" tweet? |
| 03:07:06 | 6 | A    Uh-huh. |
| 03:07:07 | 7 | Q    And sent it to yourself? |
| 03:07:08 | 8 | A    I posted it on the blog page, yes, in the post |
| 03:07:10 | 9 | Close Friends. |
| 03:07:12 | 10 | Q    So when you did that, would anybody besides |
| 03:07:17 | 11 | you see it? |
| 03:07:18 | 12 | A    No. |
| 03:07:19 | 13 | Q    So you did send it to yourself, effectively. |
| 03:07:21 | 14 |      Is there -- does anybody else have access to |
| 03:07:26 | 15 | this Close Friends -- |
| 03:07:27 | 16 | A    No. |
| 03:07:28 | 17 | Q    -- on Instagram? |
| 03:07:28 | 18 | A    No.  So it's just literally -- you see the |
| 03:07:31 | 19 | bars at the top?  It's like a story.  So it only stays |
| 03:07:34 | 20 | up for a certain amount of time.  So it literally is |
| 03:07:37 | 21 | just a post, and I'm the only one that can see it. |
| 03:07:41 | 22 | Q    And what was the purpose of doing that? |
| 03:07:43 | 23 | A    Because the next day, after everything |
| 03:07:45 | 24 | happened on the Internet on June 8th, I wanted to |
| 03:07:48 | 25 | discuss the situation; so I posted it to be able to |

| | | |
|---|---|---|
| 03:07:51 | 1 | reference it on my show. |
| 03:07:54 | 2 | Q    And was it going to be there the next day or |
| 03:07:56 | 3 | it goes away? |
| 03:07:56 | 4 | A    No.  It goes away after 24 hours. |
| 03:07:58 | 5 | Q    So how would that help you the next day?  I |
| 03:08:00 | 6 | mean, were you afraid you were going to forget that you |
| 03:08:03 | 7 | tweeted "Go to my likes" the day before? |
| 03:08:06 | 8 | A    No.  It had been deleted.  The post had been |
| 03:08:08 | 9 | deleted; so it didn't exist anymore.  So the only way |
| 03:08:11 | 10 | they would see it is from a screenshot. |
| 03:08:13 | 11 | That's why I posted the screenshot.  'Cause |
| 03:08:15 | 12 | when I was talking about it, I could go back and show |
| 03:08:17 | 13 | them what I originally said. |
| 03:08:18 | 14 | Q    Oh, I see. |
| 03:08:19 | 15 | A    Yeah. |
| 03:08:20 | 16 | Q    And did you do that? |
| 03:08:20 | 17 | A    Yes. |
| 03:08:21 | 18 | Q    And so when was that?  The next day? |
| 03:08:23 | 19 | A    I believe so. |
| 03:08:24 | 20 | Q    All right.  I got it. |
| 03:08:26 | 21 | A    Okay. |
| 03:08:29 | 22 | Q    So as part of talking about the video the next |
| 03:08:32 | 23 | day -- |
| 03:08:32 | 24 | A    The situation, more so, yeah. |
| 03:08:34 | 25 | Q    All right.  What -- what, in your mind, on |

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:08:37   1   June 8th, was the situation?

03:08:41   2       A    The situation was just the idea that Megan was

03:08:45   3   tied to the tape, not necessarily if it was her or

03:08:47   4   focusing -- I'm sorry -- focusing on the tape itself.

03:08:50   5   It was more so the fact that this was a topic at all.

03:08:53   6       Q    You get to just say, maybe she did, maybe she

03:08:55   7   didn't.  I don't know, but let's talk about it.

03:08:59   8       A    You speak about trending topics.  I mean, like

03:09:02   9   I said --

03:09:03  10       Q    Even if it's a flat-out lie, if it's trending,

03:09:05  11   we'll talk about it.  I'll spread the lies because it's

03:09:08  12   trending.

03:09:08  13       A    Well, it's not about spreading any narrative.

03:09:11  14   It's not about being here or there.  It's just about the

03:09:13  15   fact that someone very -- someone of -- who has a lot of

03:09:18  16   notoriety is involved in something, and because of the

03:09:20  17   great interest in her, people want to discuss it.

03:09:23  18       Q    But when you say "involved in something," you

03:09:26  19   include they actually did it -- or somebody completely

03:09:29  20   made it up and said they did it.  For you those are two

03:09:32  21   things to talk about the same way; right?  You don't

03:09:34  22   care if it really happened?

03:09:36  23       A    That's not true.  I -- the way that I --

03:09:37  24       Q    You would still talk about it without knowing

03:09:39  25   that?  You don't need to confirm it before you start

| | | |
|---|---|---|
| 03:09:42 | 1 | talking about it? |
| 03:09:43 | 2 | A     There are some instances where, depending upon |
| 03:09:46 | 3 | the situation, you may speak about it.  Some things are |
| 03:09:48 | 4 | so outlandish that you don't.  But because I believe |
| 03:09:51 | 5 | Megan to be promiscuous and -- I feel like it was very |
| 03:09:56 | 6 | possible it was her. |
| 03:09:57 | 7 | So, to me, when it was brought to my |
| 03:09:59 | 8 | attention, I felt like it was likely enough that it |
| 03:10:02 | 9 | could be her, that it was worth mentioning, that this is |
| 03:10:05 | 10 | a conversation online. |
| 03:10:06 | 11 | Q     Likely enough.  Okay. |
| 03:10:07 | 12 | Is that 50/50? |
| 03:10:10 | 13 | A     I couldn't give you a percentage.  But based |
| 03:10:12 | 14 | on her raps, and she has asserted that she loves sex, |
| 03:10:15 | 15 | and she's very sexual and stuff like that, I thought it |
| 03:10:17 | 16 | was possible that it could be her. |
| 03:10:20 | 17 | Q     'Cause everyone who thinks that way or is that |
| 03:10:21 | 18 | way puts their stuff out on the Internet? |
| 03:10:24 | 19 | A     Like I said -- |
| 03:10:25 | 20 | Q     Their naked pictures. |
| 03:10:26 | 21 | A     -- Megan to me is different because she's very |
| 03:10:28 | 22 | open and a lot of times is scantily clad and bending |
| 03:10:33 | 23 | over and twerking and doing a lot of suggestive things; |
| 03:10:35 | 24 | so, once again, it wasn't farfetched that it was |
| 03:10:39 | 25 | possible. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:10:40   1        Q    You were willing to take the risk.  That if it

03:10:41   2   was fake and it got out there, and you promoted it a

03:10:44   3   little bit, she's a celebrity.  Tough.

03:10:46   4        A    No.  I do not feel as though I promoted it.

03:10:48   5   And, like I said, for me, my focus was more on the

03:10:51   6   situation itself, not the video.

03:10:53   7        Q    Do you think you are in this category of

03:10:54   8   famous people where people should be free, if there's a

03:10:58   9   deepfake porn video of you, to say, hey, it could be

03:11:01  10   her?  Pass it around.  Go look at my -- go look at my

03:11:04  11   Discord.  Let's have a discussion about whether she

03:11:08  12   really did it.

03:11:08  13        A    I -- I, under no circumstances, liken myself

03:11:10  14   to a celebrity like Megan.  She's leagues ahead of any

03:11:15  15   type of notoriety that I have.

03:11:16  16        Q    But you think at a certain level of celebrity,

03:11:18  17   fake -- deepfake porn videos are just the cost of being

03:11:22  18   out there?

03:11:22  19        A    Well, what I will say is, even at my level of

03:11:24  20   notoriety, there are a lot of conversations about me I

03:11:26  21   wish people wouldn't have but they do.  Once you get

03:11:28  22   enough attention, it happens, unfortunately.

03:11:30  23        Q    Okay.  And you think that's just life, that

03:11:32  24   includes deepfake porn videos?

03:11:36  25        A    I think that celebrity culture has a lot of

03:11:38   1   different layers to it, and in its unfortunate what

03:11:41   2   people are interested in.

03:11:42   3        Q    And are you contributing to the more negative

03:11:44   4   version of today's culture or a more positive version by

03:11:48   5   doing deepfake porns?

03:11:49   6        A    I would say more positive.

03:11:51   7        Q    You think it's positive to culture and our

03:11:53   8   national conversation to circulate deepfake porn videos?

03:11:56   9             MS. DIXON:  Objection.  Mischaracterizes the

03:11:59   10   phrase.

03:11:59   11             THE WITNESS:  I do not feel as though I

03:12:00   12   promote it, any deepfake video.  So, for me, once again,

03:12:02   13   it's about the topic.

03:12:03   14             So the way that I would navigate that

03:12:05   15   conversation is bring it up.  And then I would discuss

03:12:07   16   why I think that's compromising, and why young women

03:12:10   17   maybe should not do things like that or maybe not get

03:12:13   18   themselves filmed.

03:12:13   19             I always try find a way to bring it back to

03:12:16   20   the community and have a talk about what is happening in

03:12:18   21   the culture.

03:12:19   22   BY MR. O'SULLIVAN:

03:12:19   23        Q    Right.  Okay.

03:12:21   24             Rough world for young women out there.

03:12:31   25             MS. HAYRAPETIAN:  Could we please pull up the

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:12:33 | 1 | document, the audio titled "61-A," which we want to mark |
| 03:12:38 | 2 | as 53-A.  And the transcript will be 53-B. |
| 03:12:49 | 3 | MR. O'SULLIVAN:  So this is me, and this is |
| 03:12:51 | 4 | 53-B. |
| 03:12:52 | 5 | MS. HAYRAPETIAN:  Uh-huh. |
| 03:13:23 | 6 | STENO TECH ASSISTANT:  All right.  Ready to |
| 03:13:24 | 7 | share whenever you'd like. |
| 03:13:25 | 8 | (Exhibit 53-A was marked for identification.) |
| 03:13:25 | 9 | (Exhibit 53-B was marked for identification.) |
| 03:13:25 | 10 | |
| 03:13:25 | 11 | BY MR. O'SULLIVAN: |
| 03:13:25 | 12 | Q    Before we start that, I want to ask you, |
| 03:13:28 | 13 | Ms. Cooper, have you -- I know you said that -- that |
| 03:13:30 | 14 | even at your level celebrity you have to put up with |
| 03:13:32 | 15 | some things, have you ever been depicted in a fake video |
| 03:13:37 | 16 | in a sexual way?  To your knowledge? |
| 03:13:43 | 17 | A    I have -- not in a video. |
| 03:13:45 | 18 | Q    Like, a still photo? |
| 03:13:47 | 19 | A    So someone actually took photographs of me and |
| 03:13:51 | 20 | my children and put them on a Craigslist ad and |
| 03:13:53 | 21 | accused -- |
| 03:13:54 | 22 | Q    On a what? |
| 03:13:55 | 23 | A    Craigslist. |
| 03:13:56 | 24 | Q    Okay. |
| 03:13:56 | 25 | A    And they said that I would perform sex acts |

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:14:00  1  for a price.  And so I had to call the police and file

03:14:07  2  for solicitation of minors.  So I've had a situation

03:14:11  3  that was unsavory, yes.

03:14:14  4       Q    When was that?

03:14:19  5       A    Maybe 2019-ish.

03:14:22  6       Q    Okay.  And somebody put a picture of you and

03:14:24  7  your children --

03:14:25  8       A    Yes.

03:14:25  9       Q    -- on Craigslist, and said you can have sex

03:14:28  10  with these people for a price?

03:14:29  11       A    They said that I would perform sex acts in

03:14:31  12  front of my children for a set price, and they listed

03:14:33  13  other things -- services and put a price to it.

03:14:37  14       Q    How did you find out about it?

03:14:40  15       A    People brought it to my attention.

03:14:43  16       Q    Okay.  And you went to the police?

03:14:45  17       A    Yes.

03:14:46  18       Q    And what happened?

03:14:48  19       A    I filed a police report.

03:14:49  20       Q    Okay.  Did you -- did you believe what was

03:14:51  21  going on there was criminal?

03:14:53  22       A    Yes.

03:14:54  23       Q    Why?

03:14:54  24       A    For certain.

03:14:55  25            My children were in an ad dealing with things,

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:14:58  1   something sexual.

03:14:59  2        Q    Okay.  And it wasn't true?

03:15:02  3        A    No.

03:15:03  4        Q    And what did the police do?

03:15:05  5        A    They took the report.  It's social media; so I

03:15:08  6   don't know if they went and got the guy.  I don't know

03:15:12  7   what happened after the fact.  I just know that I

03:15:13  8   reported it.  I got a report number.  A police officer

03:15:16  9   came out and all of that.  I did what I could.

03:15:18  10       Q    Uh-huh.  And you never found out who did it?

03:15:25  11       A    I know who did it, yes.

03:15:26  12       Q    You know who did it?

03:15:27  13       A    I gave the police their name.

03:15:29  14       Q    Oh.

03:15:30  15       A    Yeah.  I went online and looked.  And I

03:15:32  16   investigated, and I found out who it was.

03:15:34  17       Q    And who was it?

03:15:37  18       A    I only know his handle.  His name was Brzy.  I

03:15:39  19   don't know him personally.

03:15:40  20       Q    Brzy, B-R-Z-Y?

03:15:43  21       A    Yes.

03:15:44  22       Q    And -- and as part of that, did you find out

03:15:49  23   anything more about Brzy?

03:15:53  24       A    Brzy went to a blogger, and then -- this is

03:15:56  25   how I found out, by the public -- that person went to

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:16:00 | 1 | Tasha K., that we mentioned earlier, and left a comment |
| 03:16:02 | 2 | and said there's a YouTuber in a situation with her |
| 03:16:06 | 3 | kids, something of that nature, you follow up with me, |
| 03:16:10 | 4 | basically. |
| 03:16:10 | 5 | So I sent a message to the content creator in |
| 03:16:13 | 6 | an email, and I told her you should be mindful because I |
| 03:16:18 | 7 | will be pursuing -- you know, I'll follow up with the |
| 03:16:20 | 8 | police.  This person is not being honest; so run that |
| 03:16:23 | 9 | story at your own risk, basically.  Because if you do, |
| 03:16:26 | 10 | then you are asserting something that's not true, and |
| 03:16:28 | 11 | I'll do what I need to do necessary after that. |
| 03:16:30 | 12 | Q    So you've been on the other side of this same |
| 03:16:32 | 13 | situation?  People are talking about putting things out |
| 03:16:35 | 14 | there that you say is untrue? |
| 03:16:36 | 15 | A    Right.  Yeah, I have. |
| 03:16:39 | 16 | Q    And -- and I didn't understand it. |
| 03:16:40 | 17 | Are you saying the person involved in the "sex |
| 03:16:44 | 18 | with -- in front of your kids" ad is the same person who |
| 03:16:49 | 19 | posted the Megan video?  The Kahn guy? |
| 03:16:53 | 20 | A    No, not at all. |
| 03:16:54 | 21 | Q    Oh. |
| 03:16:57 | 22 | A    Brzy.  The person Brzy. |
| 03:16:59 | 23 | Q    Yes.  But didn't you tell me somebody else was |
| 03:17:01 | 24 | attached to it?  No? |
| 03:17:04 | 25 | A    To what are we talking about?  We're talking |

03:17:05  1   about the situation with my children?  Me and my

03:17:07  2   children?

03:17:07  3        Q    Yes.

03:17:08  4        A    That's only concerning Brzy.

03:17:10  5        Q    Okay.  And -- and that's -- that's an Internet

03:17:12  6   name of a person you don't know?

03:17:13  7        A    Right.

03:17:15  8        Q    Is there some other person involved in this?

03:17:18  9        A    Not to my knowledge.  It was just that person.

03:17:19 10        Q    But who was -- you said somebody was going to

03:17:22 11   post it, and you said if you do that --

03:17:23 12        A    Oh.  A blogger named Tasha K.

03:17:25 13        Q    All right.  Why is that name familiar?  Is

03:17:27 14   that the person that --

03:17:27 15        A    It came up earlier about the Cardi B.

03:17:29 16   defamation case.  She's the one that got sued for

03:17:32 17   defamation.

03:17:35 18        Q    Okay.  And she was going to post the video --

03:17:37 19   the Craigslist video -- or the Craigslist ad --

03:17:40 20        A    I couldn't say.  All I saw was that he reached

03:17:42 21   out to her publicly.  I didn't see her -- she -- she

03:17:45 22   wrote back and said, "Email me," or something of that

03:17:49 23   nature, which to me signaled that she was interested.

03:17:52 24   So that's when I emailed her.  And I said, "You don't

03:17:55 25   know what you are stepping into.  And I will be, you

03:17:58   1   know, going forward, with going to the police."

03:18:01   2   Something of that nature.

03:18:05   3        Q    All right.  And the "her," in what you just

03:18:07   4   testified, is Tasha K.?

03:18:09   5        A    Uh-huh.

03:18:11   6        Q    So somehow you became aware that she was in

03:18:14   7   touch with Brzy --

03:18:16   8        A    Uh-huh.

03:18:16   9        Q    -- about the video involving your family?  Or

03:18:18  10   about the ad?

03:18:19  11        A    About this ad.

03:18:20  12        Q    The Craigslist ad?

03:18:21  13        A    Yes.

03:18:22  14        Q    And on social media you reached out to

03:18:23  15   Tasha K. and said, "It's fake"?

03:18:25  16        A    Via email.

03:18:26  17        Q    Via email?

03:18:27  18        A    Uh-huh.

03:18:27  19        Q    Did you say, "It's fake"?

03:18:31  20        A    I don't know if I would have said, "It's

03:18:34  21   fake."  But I definitely let her know that there's no

03:18:36  22   truth to this person's claims, and I will be moving

03:18:38  23   forward.

03:18:41  24        Q    What does that mean?  How did she interpret

03:18:43  25   that?  What did you want her to take from that?

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:18:45   1        A    I wanted her to not platform that information.

03:18:48   2   Because, once again, this is stepping into territory

03:18:52   3   where this is solicitation of a minor, is what it was

03:18:54   4   looking like to me.

03:18:55   5             Because I had asked around, like, what I can

03:18:57   6   do 'cause I wanted to take action.  And someone told me,

03:19:00   7   you know, that could be solicitation of a minor.  So

03:19:02   8   that's when I reached out to the police.

03:19:03   9             And when they told me that, I told her,

03:19:04  10   "Listen, I will be moving forward; so, if you involve

03:19:08  11   yourself in this, understand I'm not going to just sit

03:19:09  12   by.  I'm going to move forward."

03:19:12  13        Q    But what does that mean, "move forward"?

03:19:14  14   Bring charges?

03:19:14  15        A    That means going to the police and trying to

03:19:16  16   do whatever I can to stop this.

03:19:18  17        Q    'Cause it's painful for you and your family;

03:19:19  18   right?

03:19:20  19        A    Children shouldn't be involved.  It was just

03:19:21  20   ridiculous.

03:19:22  21        Q    Even if it wasn't your children, it's a --

03:19:24  22   it's a fake sexual thing being put out there; right?

03:19:26  23   It's not true?

03:19:28  24        A    Right, it's not true.

03:19:29  25        Q    Lies about who you are that way.  Yeah?  It's

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:19:31   1    a lie?

03:19:32   2         A    Uh-huh.

03:19:33   3         Q    And you were very bothered about by that.

03:19:34   4    Yeah?

03:19:35   5         A    Is disgusted by it, of course.

03:19:36   6         Q    You wanted to bring criminal charges, if you

03:19:38   7    could?

03:19:38   8         A    Uh-huh.

03:19:39   9         Q    And this Tasha K. -- did she post the ad?

03:19:42  10         A    No, not to my knowledge.

03:19:43  11         Q    How was she going to platform it?

03:19:45  12         A    She has a YouTube page with over a million

03:19:49  13    subscribers at this point; so I expected her to do a

03:19:52  14    video on it.

03:19:56  15         Q    You think she is going to put a video about

03:19:59  16    having sex in front of kids on YouTube?

03:20:00  17         A    No.  I think she was going to discuss the

03:20:02  18    situation.

03:20:02  19         Q    She was going to say she was going to like it

03:20:03  20    on Twitter and send them to the likes?

03:20:06  21         A    Quite possibly.

03:20:06  22         Q    Like you did with the Megan video.

03:20:09  23         A    Like I did with the post.

03:20:10  24              Because, once again, Tasha -- it doesn't

03:20:12  25    matter necessarily what happened or didn't.  It's the

03:20:15    1    fact that this person is involved in this; so I

03:20:17    2    definitely, at least, expected her to talk about it.

03:20:20    3           So that's why I reached out to her, 'cause I

03:20:22    4    felt like you would go and talk about this.

03:20:25    5        Q    Because you thought she had the same rules as

03:20:26    6    you, which is it doesn't matter if it's true or false.

03:20:28    7    If it's famous, we get to talk about it and say who

03:20:32    8    knows?

03:20:33    9           MS. DIXON:  Objection.

03:20:33   10           THE WITNESS:  I think it's because --

03:20:34   11           I think it's because she understands what a

03:20:36   12    lot of us do in the business which is something happens

03:20:39   13    to a particular person, the audience wants to hear about

03:20:42   14    it, and so you discuss it.  There's --

03:20:44   15    BY MR. O'SULLIVAN:

03:20:45   16        Q    Okay.

03:20:45   17        A    I'm sorry.

03:20:46   18        Q    You think that's okay?  The world should be

03:20:48   19    like that?  It can be lie your ass off, talk as much as

03:20:51   20    you want.  If they're famous and it's interesting, let's

03:20:53   21    throw it out there, repeat it, and let them deny it.

03:20:56   22        A    No, I don't think that.  I just think that we

03:20:59   23    are living in a world where celebrities have a lot of

03:21:01   24    influence over our communities; so it is important to

03:21:04   25    discuss what is happening.

| | | |
|---|---|---|
| 03:21:06 | 1 | Q    Even lies?  Why should we discuss something |
| 03:21:08 | 2 | that never happened, 'cause some yahoo in the middle of |
| 03:21:12 | 3 | nowhere just made it up?  Why does that make it relevant |
| 03:21:15 | 4 | because somebody put out a lie? |
| 03:21:16 | 5 | A    Well, I don't get to determine what is |
| 03:21:19 | 6 | relevant, because the social media and what they make |
| 03:21:21 | 7 | trend determines what is relevant.  But even if it |
| 03:21:23 | 8 | wasn't Megan in the video, like I stated in some of my |
| 03:21:26 | 9 | tweets, AI is a problem. |
| 03:21:28 | 10 | So, even if it wasn't about the video, then |
| 03:21:30 | 11 | she needs to sue whoever made the video.  What -- the |
| 03:21:33 | 12 | person that put it online -- Bimbella itself promoted |
| 03:21:35 | 13 | it.  They hosted it.  The person that posted it on |
| 03:21:37 | 14 | Twitter with the actual link, they posted it. |
| 03:21:38 | 15 | So me saying, "Go to my likes," when you have |
| 03:21:41 | 16 | a website hosting it -- when you have the person, and |
| 03:21:43 | 17 | not even attempting to go after these people, is |
| 03:21:46 | 18 | interesting. |
| 03:21:46 | 19 | Q    Did Tasha K. say that to you? |
| 03:21:48 | 20 | A    No. |
| 03:21:48 | 21 | Q    Did she say, "Why don't you go after the |
| 03:21:50 | 22 | person that made the Craigslist ad leave me alone"? |
| 03:21:53 | 23 | A    No. |
| 03:21:54 | 24 | Q    "I just want to talk about it." |
| 03:21:55 | 25 | Did they say that to you? |

03:21:56   1        A     No.

03:21:57   2        Q     That's would really be --  that's the same as

03:21:57   3   your position, though; right.  I didn't make it.  I'm

03:22:00   4   just going to talk about it?

03:22:01   5        A     Right.  And had she talked about it, then that

03:22:03   6   would have been her prerogative, and I would have had to

03:22:06   7   accept it, because I would have had some type of

03:22:08   8   notoriety.  There's nothing we can do about that.

03:22:10   9        Q     Has any lawyer ever told you that's the real

03:22:13  10   world?  Like, that that's -- that's actually the law?

03:22:15  11             MS. DIXON:  Objection.  That assumes facts not

03:22:16  12   in --

03:22:16  13             MR. O'SULLIVAN:  Why do you think that?

03:22:16  14             MS. DIXON:  I mean, that's actually not true.

03:22:19  15   It's a mischaracterization -- mischaracterization of

03:22:20  16   law.

03:22:22  17   BY MR. O'SULLIVAN:

03:22:22  18        Q     Why do you think that's okay?  That you can

03:22:24  19   excuse stuff that -- at least on paper is illegal by

03:22:26  20   saying that's our culture?

03:22:28  21        A     I don't.  I'm not saying anything is okay.

03:22:30  22             All I'm telling you is that I feel like you

03:22:33  23   are focusing on the video itself and then trying to make

03:22:36  24   it a focal point in saying that that's what it's about.

03:22:39  25        Q     I'm focusing on promoting the video.

MILAGRO ELIZABETH COOPER                                   JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:22:41   1        A    Right.

03:22:41   2        Q    If it just sat and nobody ever watched it,

03:22:42   3   that's one thing.

03:22:43   4             As the -- more people say, "Hey, look at this.

03:22:45   5   Go look at my thing," that has an immediate effect;

03:22:47   6   right?  You don't unsee that; right?

03:22:51   7        A    For me, that's not my focal point.  My focal

03:22:53   8   point is a celebrity is tied to something and it

03:22:55   9   happened, let's discuss what is happening.

03:22:57  10        Q    But it didn't happen, right, in this case?

03:22:59  11        A    It did happen because the video was put out.

03:23:01  12   Regardless if --

03:23:02  13        Q    Oh, I see.  The underlying thing.  But it's a

03:23:04  14   lie and it's fake, but it's out there.

03:23:07  15        A    Once again, that's not my focal point.  My

03:23:08  16   focal point is that --

03:23:10  17        Q    Okay.

03:23:10  18        A    -- it's attached to her name.

03:23:12  19        Q    Okay.  So I think the judge is going to decide

03:23:14  20   in this case whether that's okay.

03:23:15  21             MS. DIXON:  Absolutely.

03:23:17  22             MR. O'SULLIVAN:  Okay.  What is next?

03:23:20  23             MS. HAYRAPETIAN:  Can we play the clip?

03:23:21  24             MR. O'SULLIVAN:  Yes.

03:23:28  25             (A video clip was played.)

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:28:02   1   BY MR. O'SULLIVAN:

03:28:02   2       Q    All right.  On this -- page 4 of this -- well,

03:28:09   3   first of all, you just heard what -- what that audio

03:28:12   4   recording.

03:28:12   5            Was that you on the recording?

03:28:14   6       A    Yes.

03:28:15   7       Q    And this is 50- --

03:28:25   8            MS. HAYRAPETIAN:  3.

03:28:25   9            MR. O'SULLIVAN:  This is 53.

03:28:26  10   BY MR. O'SULLIVAN:

03:28:27  11       Q    Okay.  That's you.

03:28:27  12            And you said everything that we heard there in

03:28:30  13   what platform?  In what setting?

03:28:35  14       A    I -- I believe that was YouTube.

03:28:37  15       Q    Okay.  And you are talking about the fact that

03:28:43  16   all these questions you asked were answered by a sworn

03:28:47  17   declaration that said the bullets are in evidence, the

03:28:49  18   casings are in evidence, the gun is in evidence; right?

03:28:53  19            You acknowledge that eventually?

03:28:55  20       A    That some things were addressed, yes.

03:28:58  21       (The Court Reporter requested clarification.)

03:28:58  22            THE WITNESS:  Addressed.  I'm sorry.

03:28:58  23   BY MR. O'SULLIVAN:

03:28:59  24       Q    Okay.  Some things that you said -- there's no

03:29:03  25   bullets, and there's no casings, and there's no nothing,

03:29:04   1   and then all of sudden the guy who's in charge of the

03:29:06   2   evidence locker says it's right here; yeah?

03:29:09   3        A    Well, I think it's really important to note

03:29:11   4   that "TMZ," and other outlets and the courts, said that

03:29:14   5   the bullet fragments were missing, not me.  I just

03:29:17   6   repeated what was posted.

03:29:18   7        Q    Show me where the court said that.

03:29:20   8        A    When I went to trial, they said the bullet

03:29:22   9   fragments were missing.

03:29:25  10        Q    I think we talked earlier about the fact that

03:29:27  11   everybody in the courtroom saw the evidence; right?

03:29:30  12             Maybe you weren't there that day?

03:29:31  13        A    I was there every day.

03:29:33  14        Q    Okay.  Did you see the X-ray?

03:29:34  15        A    I saw an X-ray.

03:29:35  16        Q    Did you see the testimony about metallic

03:29:37  17   fragments?

03:29:39  18        A    Yes, I did see that testimony.

03:29:40  19        Q    Okay.  And who said something was missing?

03:29:44  20        A    I don't recall exactly who said it, but I

03:29:46  21   recall it being said in court, that bullet fragments

03:29:48  22   were missing.  And prior to that, from the preliminary

03:29:50  23   hearing -- actually, that's what it was.  The

03:29:52  24   preliminary hearing.  Detective Stogner said they were

03:29:55  25   missing, I believe.

| | | |
|---|---|---|
| 03:29:56 | 1 | Q    Okay.  But they were at trial? |
| 03:29:57 | 2 | A    No.  They weren't. |
| 03:29:58 | 3 | MS. DIXON:  No.  Objection. |
| 03:29:58 | 4 | MR. O'SULLIVAN:  Excuse me?  You didn't |
| 03:29:58 | 5 | need -- |
| 03:30:00 | 6 | MS. DIXON:  The best evidence is the |
| 03:30:01 | 7 | transcript; so you should just -- |
| 03:30:03 | 8 | MR. O'SULLIVAN:  These are trial objections, |
| 03:30:04 | 9 | Counsel. |
| 03:30:05 | 10 | MS. DIXON:  No. |
| 03:30:05 | 11 | But you should look -- |
| 03:30:07 | 12 | MR. O'SULLIVAN:  These are not deposition |
| 03:30:08 | 13 | objections. |
| 03:30:09 | 14 | MS. DIXON:  She -- she can't tell you what was |
| 03:30:10 | 15 | at trial.  The transcript says that.  You are |
| 03:30:11 | 16 | mischaracterizing. |
| 03:30:12 | 17 | MR. O'SULLIVAN:  Your objection is noted. |
| 03:30:13 | 18 | MS. DIXON:  Okay.  So you are |
| 03:30:14 | 19 | mischaracterizing what was said at trial, because the |
| 03:30:16 | 20 | transcript doesn't say what you are saying. |
| 03:30:18 | 21 | MR. O'SULLIVAN:  Your objection is noted. |
| 03:30:19 | 22 | MS. DIXON:  Thank you. |
| 03:30:20 | 23 | BY MR. O'SULLIVAN: |
| 03:30:20 | 24 | Q    Okay.  In what we just listened to, you said, |
| 03:30:22 | 25 | "Something's changed.  I've now seen"; right?  Under |

```
03:30:26   1   penalty of perjury, the person who has personal
03:30:29   2   knowledge, saying the stuff is all in her possession;
03:30:32   3   right?  You acknowledge that?
03:30:33   4       A    Yes.
03:30:34   5       Q    And you said, "Had I seen that before, I
03:30:35   6   wouldn't have said what I said"; right?
03:30:37   7       A    If I had seen that before, I would have
03:30:38   8   reported on that, because the preliminary transcript
03:30:41   9   existed so that happened.  So it was stated that bullet
03:30:44  10   fragments were missing.
03:30:45  11       Q    All right.  So you are saying you can say --
03:30:47  12   make your own interpretation as truth until somebody
03:30:50  13   officially denies it to you.
03:30:51  14       A    No.  What I'm saying is Detective Stogner
03:30:54  15   testified under oath that bullet fragments were missing.
03:30:58  16   It was widely reported by every major outlet in media.
03:31:01  17   I reported on it after the fact.  And nothing
03:31:03  18   contradicted that there was never an assertion until
03:31:07  19   this.
03:31:08  20       Q    But this was just made to -- to contradict
03:31:11  21   your false reporting; right?  That's the whole point of
03:31:13  22   this.
03:31:14  23            MS. DIXON:  Objection.  Mischaracterizes the
03:31:16  24   witness.
03:31:16  25            THE WITNESS:  I couldn't say that.  Because
```

| | | |
|---|---|---|
| 03:31:17 | 1 | once again, many people were repeating, saying -- |
| 03:31:20 | 2 | following the trial, many people were -- reported on |
| 03:31:23 | 3 | this; so I wasn't -- |
| 03:31:24 | 4 | BY MR. O'SULLIVAN: |
| 03:31:24 | 5 | Q    And some person lies, and then everyone says, |
| 03:31:26 | 6 | oh, the other person lied too, and we can all lie. |
| 03:31:28 | 7 | Is that what the rule is?  No? |
| 03:31:30 | 8 | A    No.  But I would hope that Detective Stogner |
| 03:31:32 | 9 | didn't lie on the stand. |
| 03:31:33 | 10 | Q    Well, the jury believed him; right? |
| 03:31:35 | 11 | A    He did not go to the trial, actually. |
| 03:31:37 | 12 | Q    The jury believed the evidence. |
| 03:31:38 | 13 | Let me ask you a question. |
| 03:31:39 | 14 | A    Uh-huh. |
| 03:31:41 | 15 | Q    Do you think Megan -- no. |
| 03:31:42 | 16 | Do you believe -- are you saying that Megan |
| 03:31:45 | 17 | lied about being shot? |
| 03:31:46 | 18 | A    I'm saying I don't know -- |
| 03:31:47 | 19 | Q    Yes or no? |
| 03:31:47 | 20 | A    -- what happened to her. |
| 03:31:49 | 21 | Q    All right.  You don't know either way? |
| 03:31:50 | 22 | A    No, I don't know. |
| 03:31:51 | 23 | Q    Okay.  So, if you were telling people that she |
| 03:31:54 | 24 | lied when she said she was shot, you don't have a basis |
| 03:31:56 | 25 | for that?  A factual basis? |

| | | |
|---|---|---|
| 03:31:58 | 1 | A    If I told people that I think she's lying, I |
| 03:32:00 | 2 | don't know what happened, I think there's been enough |
| 03:32:02 | 3 | contradictory things presented to say maybe. |
| 03:32:06 | 4 | Q    I'm just saying if a jury hears all the |
| 03:32:09 | 5 | evidence; right? |
| 03:32:09 | 6 | A    Uh-huh. |
| 03:32:10 | 7 | Q    Under the rules, with a court, and concludes |
| 03:32:12 | 8 | that she was shot by Tory, what do you have on the other |
| 03:32:16 | 9 | side, besides questions, to say she's lying? |
| 03:32:19 | 10 | MS. DIXON:  Objection.  It's a compound |
| 03:32:20 | 11 | question. |
| 03:32:21 | 12 | THE WITNESS:  Well, at the end of the day -- |
| 03:32:24 | 13 | BY MR. O'SULLIVAN: |
| 03:32:24 | 14 | Q    Questions are not evidence? |
| 03:32:25 | 15 | A    -- juries are not perfect.  And I think that |
| 03:32:27 | 16 | evidence of that is The Central Park Five, and the |
| 03:32:30 | 17 | thousands of Black men that have been released after a |
| 03:32:32 | 18 | court found they were not guilty of a crime; so I |
| 03:32:34 | 19 | understand that the jury reached a verdict.  And I |
| 03:32:36 | 20 | respect it, but I do not agree with it. |
| 03:32:39 | 21 | And I feel like I have enough reasons to say, |
| 03:32:41 | 22 | hey, I don't think this is right.  It should be looked |
| 03:32:43 | 23 | at again. |
| 03:32:45 | 24 | Q    As an opinion? |
| 03:32:46 | 25 | A    As an opinion.  Yes. |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:32:47 | 1 | Q    Not as a fact? |
| 03:32:48 | 2 | A    No, never as a fact. |
| 03:32:50 | 3 | Q    Okay.  Here you say, "Actually, I'm going to |
| 03:32:56 | 4 | have to get off my phone.  There's something that I want |
| 03:32:58 | 5 | to say, but I can't say it; so meet me on Discord." |
| 03:33:00 | 6 | Do you remember what you talked about on |
| 03:33:01 | 7 | Discord? |
| 03:33:05 | 8 | A    I don't. |
| 03:33:06 | 9 | Q    What would be something you would leave |
| 03:33:07 | 10 | YouTube and go to Discord for? |
| 03:33:09 | 11 | A    When I'm speaking about Tory's case, people |
| 03:33:13 | 12 | have their own ideas of things; so I didn't want them to |
| 03:33:16 | 13 | make my words his.  So I didn't want to do that |
| 03:33:19 | 14 | publicly.  I wanted to do it in a more private space. |
| 03:33:22 | 15 | So sometimes I would -- maybe an extension of |
| 03:33:24 | 16 | this conversation -- and go and give my opinions.  Or |
| 03:33:26 | 17 | talk with the public and see what they thought, bounce |
| 03:33:29 | 18 | ideas.  Anything like that. |
| 03:33:31 | 19 | Q    And why would it be that that's okay to say on |
| 03:33:35 | 20 | Discord but not on YouTube? |
| 03:33:37 | 21 | A    Because as someone who is the person giving |
| 03:33:39 | 22 | commentary, people are listening.  They may take this or |
| 03:33:42 | 23 | that and -- and make it a thing.  So if you don't want |
| 03:33:44 | 24 | to add to it, that's not your goal, then don't even put |
| 03:33:46 | 25 | it out there for consumption, basically. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:33:48   1          So I --

03:33:50   2      Q    What's an example of something you would be

03:33:52   3   comfortable saying to a smaller group but not to all

03:33:54   4   your followers?

03:33:55   5      A    So, in this instance, I personally felt that

03:33:58   6   it was really convenient that all of a sudden this was

03:34:00   7   asserted.  So I might go online and say, "What do y'all

03:34:03   8   think about it?"  I don't want it to be a public thing,

03:34:05   9   to make it look like I'm trying to combat it because

03:34:08   10  I've acknowledged it here, but I did want to discuss it

03:34:10   11  some more and see what people thought; so we just went

03:34:12   12  on Discord to talk about it.

03:34:14   13     Q    All right.  So you got evidence that the

03:34:15   14  evidence was really there, and you publically said,

03:34:16   15  well, I have to acknowledge this; so let's go on another

03:34:19   16  channel, and I'm going to try undermine and say maybe

03:34:22   17  it's not true, why is it so -- like, create doubt;

03:34:24   18  right?

03:34:25   19     A    No.  Discord is, like I said, a community

03:34:28   20  space; and I'm not, quote/unquote, "on," I'm not

03:34:28   21  performing when I'm getting on Discord; so it's more for

03:34:31   22  me to be able to just talk more, like, regularly.

03:34:38   23     Q    I still don't understand, in this setting,

03:34:39   24  about the Tory case and about the evidence what you are

03:34:41   25  talking about.  What could you say on Discord?

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:34:42   1            You saying you don't remember what you said;

03:34:45   2   right?

03:34:45   3       A    I don't remember.  But my point is that when

03:34:47   4   I'm streaming live, anything I say can be taken by the

03:34:50   5   public and then, oh, she said this, she said that.  If I

03:34:53   6   don't even want that, don't give it to them.

03:34:55   7            So I just wanted to talk with the community.

03:34:57   8   Like I said, it's a community space.  I want to know

03:35:00   9   what they think too.  I don't believe that STATIONHEAD

03:35:01  10   is a place for that; so I took it to Discord.

03:35:06  11       Q    All right.  And -- and reading the last

03:35:18  12   paragraph, and it's saying, "You better shut your mouth"

03:35:20  13   and "Shut up, are you crazy?"

03:35:22  14            Does that give you any clue as to what you

03:35:24  15   were going to bring up on the Discord that you couldn't

03:35:27  16   bring up on YouTube?

03:35:28  17       A    No.  I just think it's me just saying out loud

03:35:31  18   like, just, move on.  Like, don't -- not in this space.

03:35:34  19   Like, don't sit on here and give it there -- like, give

03:35:38  20   topics there.

03:35:39  21       Q    It sounds like you are encouraging them, this

03:35:40  22   is going to be really juicy, come listen on Discord;

03:35:43  23   right?

03:35:44  24       A    No.  It's like your friends; it's like -- it's

03:35:45  25   like peers; it's a chat room; so, hey, let's go

```
03:35:49   1   chitchat.

03:35:50   2         Q    Uh-huh.  Okay.

03:36:17   3              MR. O'SULLIVAN:   54.

03:36:18   4              Okay.  Here you go, Counsel.

03:36:22   5              For the record I've marked as Exhibit 54 a

03:36:26   6   one-page document.  It appears to be a post from Milagro

03:36:31   7   MobzWorld.

03:36:32   8              (Exhibit 54 was marked for identification.)

03:36:33   9   BY MR. O'SULLIVAN:

03:36:34  10         Q    Ms. Cooper, do you recognize what I've marked

03:36:37  11   as Exhibit 54?

03:36:38  12         A    Yes, I do.

03:36:39  13         Q    Is that a post by you?

03:36:41  14         A    Yes.

03:36:42  15         Q    Okay.  First line, read that.

03:36:47  16         A    It says, "Was Megan Thee Stallion caught

03:36:49  17   trying to deceive the courts again?  The answer is yes

03:36:53  18   if you ask her former cameraman Emilio Garcia."

03:36:57  19         Q    Okay.  And sticking with the first sentence

03:36:58  20   again.

03:36:59  21         A    Uh-huh.

03:37:00  22         Q    What are you saying was -- was Megan's

03:37:03  23   deception of a court the first time?  She's doing

03:37:06  24   something again.  How did she deceive the court the

03:37:09  25   first time.
```

| | | |
|---|---|---|
| 03:37:09 | 1 | Or does it relate to the Tory case? |
| 03:37:11 | 2 | A    So, for me -- so, for me, I said courts with |
| 03:37:14 | 3 | an S.  For me, the court and the courts, that's a |
| 03:37:18 | 4 | system.  So when I say "the courts," you have the |
| 03:37:21 | 5 | courthouse; you have the people there; you have the |
| 03:37:22 | 6 | police department; you have everybody working in tandem. |
| 03:37:25 | 7 | So when I'm saying was she trying to deceive the courts |
| 03:37:27 | 8 | again, Megan lied to many people leading up to -- |
| 03:37:31 | 9 | Q    I get it.  But just to go -- literally what |
| 03:37:33 | 10 | you said. |
| 03:37:34 | 11 | A    That's what I meant. |
| 03:37:34 | 12 | Q    Okay.  I just want to dig -- are you saying -- |
| 03:37:36 | 13 | put aside your definition of courts to include the whole |
| 03:37:39 | 14 | world. |
| 03:37:39 | 15 | The court itself -- are you saying there was a |
| 03:37:41 | 16 | prior occasion where Megan deceived the court, an actual |
| 03:37:44 | 17 | court? |
| 03:37:45 | 18 | A    No. |
| 03:37:45 | 19 | Q    All right.  So you want people to interpret |
| 03:37:47 | 20 | this to mean if she's ever told a white lie or any lie |
| 03:37:50 | 21 | or anything in her life, that's deceiving the court? |
| 03:37:54 | 22 | Are you counting that? |
| 03:37:55 | 23 | A    No.  I was just basically asking if -- based |
| 03:38:00 | 24 | on the fact she's lied before to people in position, |
| 03:38:02 | 25 | authority -- |

| | | |
|---|---|---|
| 03:38:03 | 1 | Q    You said, "courts," that's under oath. |
| 03:38:05 | 2 | That's different. |
| 03:38:06 | 3 | A    Right. |
| 03:38:06 | 4 | Q    That's a crime. |
| 03:38:07 | 5 | A    Well, for me, when I said, "courts," I meant |
| 03:38:09 | 6 | the system.  I do feel like everyone works together in a |
| 03:38:12 | 7 | way -- the police department, the actual court lawyers. |
| 03:38:15 | 8 | Q    Why didn't you say what you were referring to? |
| 03:38:17 | 9 | A    I did. |
| 03:38:19 | 10 | Q    You said, "courts." |
| 03:38:20 | 11 | A    That's what I meant. |
| 03:38:21 | 12 | Q    Lying to a court, deceiving a court is a |
| 03:38:23 | 13 | crime.  You are accusing her of a crime.  That has |
| 03:38:25 | 14 | bigger consequences in a case like this than saying she |
| 03:38:28 | 15 | lied in an interview about her sex life.  Those are two |
| 03:38:31 | 16 | different things. |
| 03:38:32 | 17 | You get that; right? |
| 03:38:33 | 18 | A    That's why I said, "courts" and not the court. |
| 03:38:35 | 19 | Because if I was speaking directly to -- had she |
| 03:38:38 | 20 | deceived the court, then that would have been specific. |
| 03:38:40 | 21 | For me, she's been deceptive to everyone in |
| 03:38:42 | 22 | the process of -- leading up to everything.  I feel |
| 03:38:45 | 23 | like -- |
| 03:38:46 | 24 | Q    Everywhere but the court maybe, is what you |
| 03:38:48 | 25 | should have said? |

| | | |
|---|---|---|
| 03:38:49 | 1 | A    I don't know that.  I said the courts. |
| 03:38:51 | 2 | Q    You're not -- even sitting here today, you |
| 03:38:52 | 3 | can't say she deceived a court; right?  She didn't lie |
| 03:38:55 | 4 | under oath. |
| 03:38:55 | 5 | You just told me you can't say that; right? |
| 03:38:57 | 6 | A    I cannot assert that. |
| 03:38:59 | 7 | Q    Okay. |
| 03:39:07 | 8 | MR. O'SULLIVAN:  What is next? |
| 03:39:08 | 9 | It doesn't matter.  It doesn't matter.  It's |
| 03:39:41 | 10 | fine.  55. |
| 03:39:59 | 11 | (Exhibit 55 was marked for identification.) |
| 03:39:59 | 12 | BY MR. O'SULLIVAN: |
| 03:39:59 | 13 | Q    Okay.  Ms. Cooper, you testified earlier that |
| 03:40:02 | 14 | you did attend the Tory Lanez shooting trial; right? |
| 03:40:06 | 15 | A    Yes. |
| 03:40:06 | 16 | Q    And you went every day? |
| 03:40:07 | 17 | A    Yes. |
| 03:40:08 | 18 | Q    Okay.  And how long was the trial? |
| 03:40:12 | 19 | A    I believe it was about two weeks. |
| 03:40:14 | 20 | Q    Okay.  And you mentioned that you had an |
| 03:40:16 | 21 | exchange with Tory himself on the first day?  Yeah? |
| 03:40:22 | 22 | A    Uh-huh. |
| 03:40:22 | 23 | Q    He said, "They're going to make me a monster," |
| 03:40:25 | 24 | and you said "No." |
| 03:40:26 | 25 | A    No. |

| | | |
|---|---|---|
| 03:40:27 | 1 | Q   I'm sorry.  What did you say back to them? |
| 03:40:28 | 2 | "No they won't"? |
| 03:40:29 | 3 | A   Something to that effect. |
| 03:40:30 | 4 | Q   Okay.  And did you have any -- other than |
| 03:40:36 | 5 | saying "Hello" and "Goodbye," did you have any exchanges |
| 03:40:38 | 6 | with Tory himself during the trial?  You were in there |
| 03:40:44 | 7 | every day; right? |
| 03:40:44 | 8 | A   I was in the courtroom with media.  No.  I |
| 03:40:47 | 9 | don't believe so. |
| 03:40:51 | 10 | Q   Okay.  And you took notes? |
| 03:40:57 | 11 | A   Yes. |
| 03:40:59 | 12 | Q   And are you generally a big notetaker? |
| 03:41:02 | 13 | A   Yes. |
| 03:41:03 | 14 | Q   Okay.  And -- and we have the -- the notebook. |
| 03:41:06 | 15 | What is -- is this like a journal or |
| 03:41:08 | 16 | something?  What was the physical thing you were using? |
| 03:41:11 | 17 | A   Journals, yes. |
| 03:41:11 | 18 | Q   Okay.  And you were just sitting in there with |
| 03:41:13 | 19 | your hand, just writing notes as you go? |
| 03:41:15 | 20 | A   Yes. |
| 03:41:15 | 21 | Q   Okay.  What are other things that you take |
| 03:41:18 | 22 | notes about?  Like, do you have many of these journals, |
| 03:41:23 | 23 | from over the years, of different things that you've -- |
| 03:41:25 | 24 | A   Not in this way, because this was the first |
| 03:41:27 | 25 | time that I went to a trial. |

```
03:41:29   1        Q    An actual trial.

03:41:30   2        A    And sat through.  And we couldn't have

03:41:32   3   electronics; so my only option was -- if I wanted to be

03:41:35   4   able to speak to it, I had to take notes.  So that's why

03:41:38   5   I did it in this instance.

03:41:40   6        Q    Got it.  And any special approach you had when

03:41:45   7   doing this, or you just wrote down what you were

03:41:47   8   observing as you went?

03:41:48   9        A    No.  I -- I sat there, and it was listening

03:41:50  10   and just writing.

03:41:51  11        Q    Okay.  So I'm going to see -- this does have

03:41:56  12   a -- if you flip to -- sorry.  It's really small.  But

03:41:59  13   on the bottom, there's these -- it says Cooper and some

03:42:02  14   numbers, and I want you to go to the page that starts --

03:42:04  15   that ends 665.

03:42:20  16        A    Uh-huh.  Okay.

03:42:21  17        Q    All right.  And if you look on the left-facing

03:42:23  18   page, you see it says "Day 4, 10:40" at the top?

03:42:27  19        A    Yes.

03:42:29  20        Q    Okay.  And then towards the bottom of that

03:42:35  21   page, you see it says, "Dr. Herano, 10:45"?

03:42:38  22        A    Uh-huh.

03:42:39  23        Q    2018, Cedars-Sinai?

03:42:42  24        A    Uh-huh.

03:42:42  25        Q    Ortho foot doctor.  Yeah?
```

```
03:42:44   1        A    Yes.

03:42:46   2             THE VIDEOGRAPHER:  Counsel, can you please

03:42:47   3    watch the mic.  Thank you.

03:42:52   4    BY MR. O'SULLIVAN:

03:42:53   5        Q    And you were there and paying attention during

03:42:54   6    the doctor's testimony; right?

03:42:56   7        A    Yes.

03:42:57   8        Q    And he was talking about his examination and

03:42:59   9    treatment of her foot.  Yeah?  Of Megan's foot.

03:43:05  10        A    I believe that he was -- he wasn't the actual

03:43:07  11    doctor that -- he was described as someone who was

03:43:10  12    there, but not like the main guy.

03:43:12  13        Q    But he was found by the court to be competent

03:43:14  14    to give evidence about that?

03:43:16  15        A    Yeah.  I suppose, yeah.

03:43:17  16        Q    Using the rules we do about what is reliable,

03:43:19  17    he was allowed to address that.  Yes?

03:43:22  18        A    Yes.

03:43:22  19        Q    Okay.  And there were X-ray images; right?

03:43:24  20        A    Uh-huh.

03:43:25  21        Q    You wrote down, "Left foot metallic foreign

03:43:29  22    bodies on heel bone."  Yeah?

03:43:31  23        A    Uh-huh.

03:43:31  24        Q    Not glass.  Metallic.  Yeah?

03:43:35  25        A    Yes.
```

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:43:35 | 1 | Q    Okay.  Below that, it says, "One foot, four |
| 03:43:41 | 2 | metallic bodies." |
| 03:43:42 | 3 | Do you see that? |
| 03:43:43 | 4 | A    Yes. |
| 03:43:43 | 5 | Q    And you heard that testimony; right? |
| 03:43:45 | 6 | A    Yes. |
| 03:43:46 | 7 | Q    Okay.  Did anybody suggest, when the doctor |
| 03:43:56 | 8 | was testifying and you were there, that her injuries |
| 03:44:00 | 9 | were caused by glass and not bullet fragments?  Somebody |
| 03:44:07 | 10 | assert that? |
| 03:44:08 | 11 | A    I don't believe so. |
| 03:44:09 | 12 | Q    Yeah.  And the doctor didn't say that? |
| 03:44:11 | 13 | A    Not that doctor. |
| 03:44:12 | 14 | Q    Okay.  And the -- did anybody testify at trial |
| 03:44:23 | 15 | that the metallic foreign bodies weren't bullet |
| 03:44:27 | 16 | fragments? |
| 03:44:27 | 17 | A    No. |
| 03:44:28 | 18 | Q    So the only evidence at trial was in her foot |
| 03:44:30 | 19 | were bullet fragments.  Yeah?  That was the evidence at |
| 03:44:33 | 20 | trial? |
| 03:44:34 | 21 | A    What was presented at trial was an X-ray.  But |
| 03:44:37 | 22 | in court, you know, reasonable doubt is something that |
| 03:44:41 | 23 | you should consider.  And because of the pre-existing |
| 03:44:42 | 24 | medical report where it claims she was treated for |
| 03:44:45 | 25 | glass, and because it was stated that the bullet |

03:44:47  1  fragments were missing, I felt like it was still

03:44:49  2  questionable.

03:44:50  3        Q    But reasonable doubt is not the same as truth;

03:44:52  4  right?  It's the opposite.  The jury, based on the

03:44:55  5  evidence that they were bullet fragments, concluded they

03:44:57  6  were bullet fragments, and that Tory shot Megan; right.

03:45:01  7  That was the conclusion of the case?

03:45:03  8        A    I'm an independent thinker; so I understand

03:45:05  9  what the jury said.  But when you have a medical report

03:45:08  10  saying that someone was treated for glass, medical

03:45:09  11  professionals that showed up to the scene and said that

03:45:11  12  was glass.

03:45:13  13        Q    At the crime scene?

03:45:14  14        A    At the crime scene.

03:45:15  15        Q    Yeah.  But later when everyone looked at

03:45:16  16  everything and they analyzed whether it was glass or

03:45:19  17  metal, they concluded and testified in the case that it

03:45:22  18  was metal.  That's what was there in the hospital with

03:45:24  19  the patient in her foot.  Yeah?

03:45:26  20        A    Well, we also saw video where a glass bottle

03:45:29  21  fell out of the vehicle.  It's very possible she stepped

03:45:31  22  on it.

03:45:32  23        Q    But it wasn't in the examination room with the

03:45:32  24  patient inside of her foot; right?  That was bullet

03:45:37  25  fragments.  That's all you heard from the evidence.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:45:39  1        A    Well, a doctor did report that he treated her

03:45:41  2   for glass fragments.

03:45:43  3        Q    Okay.  And that doctor?

03:45:45  4        A    Uh-huh.

03:45:46  5        Q    What did he say about the bullet fragments?

03:45:50  6        A    That doctor said --

03:45:51  7        Q    The one you are quoting.

03:45:52  8        A    Nothing that I'm aware of.

03:45:54  9        Q    Okay.  And so the jury accredited this

03:45:57  10  evidence, but you didn't about the bullet fragments?

03:46:00  11  You still thought, "I have reasonable doubt, I can go

03:46:03  12  out into the world and sow that"?

03:46:05  13       A    I can't say what the jury thought about, but I

03:46:08  14  know for me, like I said, they showed us an X-ray; but

03:46:12  15  since they could not produce the bullet fragments to us,

03:46:15  16  I felt like it was a reasonable to ask if it even

03:46:17  17  happened.

03:46:19  18       Q    If it even happened?

03:46:21  19       A    Yes.  If you don't have the bullet fragments

03:46:23  20  to prove that that's what it was that you pulled out of

03:46:25  21  her feet, then I do feel like it's fair to ask.

03:46:28  22       Q    Okay.  And even fair to say out in public it

03:46:34  23  was glass and not a bullet?

03:46:36  24       A    Well, I think it's fair to acknowledge what a

03:46:39  25  doctor said -- that it was a superficial wound, and that

| | | |
|---|---|---|
| 03:46:42 | 1 | he treated her for glass.  And also Megan said she |
| 03:46:45 | 2 | stepped on glass, and a glass bottle fell out of the car |
| 03:46:47 | 3 | and she stepped on it. |
| 03:46:49 | 4 | Q   I get all that, that that happened the day of. |
| 03:46:51 | 5 | And then when she was treated with lights and all the |
| 03:46:53 | 6 | medical equipment and everything, the doctor made a |
| 03:46:55 | 7 | conclusive statement about what was there; right?  It's |
| 03:46:57 | 8 | not hard to -- to tell the difference between glass and |
| 03:47:01 | 9 | a bullet fragment; right? |
| 03:47:03 | 10 | MS. DIXON:  Objection.  That calls for an |
| 03:47:04 | 11 | expert opinion. |
| 03:47:05 | 12 | THE WITNESS:  Well, to me -- |
| 03:47:06 | 13 | BY MR. O'SULLIVAN: |
| 03:47:07 | 14 | Q   Anyway.  You chose to not credit the testimony |
| 03:47:09 | 15 | of the doctor who said, "These are bullet fragments"? |
| 03:47:11 | 16 | You chose not to credit that? |
| 03:47:12 | 17 | A   I did credit it because I reported it. |
| 03:47:14 | 18 | Q   Okay.  Okay.  Is there anything -- strike |
| 03:47:39 | 19 | that. |
| 03:47:49 | 20 | MR. O'SULLIVAN:  I need to speed up here. |
| 03:47:54 | 21 | I'll just do one of these.  58, please. |
| 03:47:56 | 22 | THE COURT REPORTER:  56. |
| 03:47:56 | 23 | MR. O'SULLIVAN:  I'm sorry.  56. |
| 03:48:22 | 24 | MS. DIXON:  I'm going to object to this for |
| 03:48:24 | 25 | lack of foundation and -- |

03:48:25   1            MR. O'SULLIVAN:  Okay.  Counsel, I know that

03:48:25   2   maybe -- maybe you don't do this every day, but this is

03:48:27   3   not an appropriate objection.  It's a civil deposition.

03:48:30   4            MS. DIXON:  I understand.

03:48:31   5            MR. O'SULLIVAN:  You can raise it at trial.

03:48:32   6            MS. DIXON:  You can bring -- you can do them

03:48:33   7   just to preserve it.  It doesn't mean she can't answer

03:48:36   8   it.  But, obviously, she doesn't know how to read an

03:48:38   9   X-ray; so I'm just objecting on it.

03:48:40  10            MR. O'SULLIVAN:  You don't even know what I'm

03:48:41  11   going to ask her, Counsel.  Anyway, you are talking

03:48:43  12   about --

03:48:43  13            MS. DIXON:  If you're going to show her an

03:48:44  14   X-ray, she's not qualified to read an X-ray.

03:48:47  15            MR. O'SULLIVAN:  Okay, okay.  Thank you for

03:48:48  16   that.

03:48:49  17            MS. DIXON:  It's my objection.

03:48:50  18            MR. O'SULLIVAN:  It's noted.

03:48:50  19            For the record, I've marked Exhibit 56 which

03:49:00  20   is an X-ray.

03:49:01  21            (Exhibit 56 was marked for identification.)

03:49:01  22   BY MR. O'SULLIVAN:

03:49:01  23       Q    And I will ask you, Ms. Cooper, that you

03:49:06  24   attended the trial.  Is the X-rays that you saw at the

03:49:11  25   trial -- strike that.

| | | |
|---|---|---|
| 03:49:18 | 1 | Look at the images in Exhibit 56.  Have you |
| 03:49:21 | 2 | looked at all the pages? |
| 03:49:22 | 3 | A    Yes. |
| 03:49:22 | 4 | Q    And you see the sticker at the end, Admitted |
| 03:49:24 | 5 | Into Evidence? |
| 03:49:25 | 6 | A    Yes. |
| 03:49:26 | 7 | Q    Okay.  And you see, on the first page of |
| 03:49:31 | 8 | Exhibit 56, there appears to be some object that was |
| 03:49:35 | 9 | described in your presence as metal on her heel.  Yeah? |
| 03:49:39 | 10 | A    Uh-huh. |
| 03:49:39 | 11 | Q    Okay.  Is -- is it your belief that that's |
| 03:49:44 | 12 | glass? |
| 03:49:45 | 13 | A    I believe it's possible. |
| 03:49:46 | 14 | Q    You think it's possible that this item that |
| 03:49:48 | 15 | the doctor analyzed and said is metal was glass? |
| 03:49:51 | 16 | A    I believe that because they were in the car -- |
| 03:49:55 | 17 | "TMZ" reported that there was glass in the car.  And I |
| 03:49:58 | 18 | believe that there are metallic fragments in tinted |
| 03:50:02 | 19 | windows; so I do think it's possible it could be glass |
| 03:50:04 | 20 | but from a window.  Maybe not a bottle of glass, but a |
| 03:50:08 | 21 | tinted window possibly. |
| 03:50:09 | 22 | Q    But the fact that the person actually took out |
| 03:50:11 | 23 | the item, tested it, and said it's a bullet fragment, |
| 03:50:13 | 24 | you still think it's glass? |
| 03:50:16 | 25 | MS. DIXON:  Objection.  Speculation. |

| | | |
|---|---|---|
| 03:50:17 | 1 | THE WITNESS:  Well, the reason why I question |
| 03:50:18 | 2 | it is because they couldn't produce the bullet |
| 03:50:21 | 3 | fragments. |
| 03:50:21 | 4 | BY MR. O'SULLIVAN: |
| 03:50:22 | 5 | Q    Okay.  For you? |
| 03:50:23 | 6 | MS. DIXON:  Objection.  Just for clarity, the |
| 03:50:24 | 7 | doctor that you are talking about is not the one that |
| 03:50:26 | 8 | took it out.  That's what we said before. |
| 03:50:28 | 9 | MR. O'SULLIVAN:  I understand.  I understand. |
| 03:50:29 | 10 | BY MR. O'SULLIVAN: |
| 03:50:30 | 11 | Q    But you believe that whatever everyone else |
| 03:50:32 | 12 | concluded even today, could be she stepped on glass and |
| 03:50:37 | 13 | wasn't shot? |
| 03:50:38 | 14 | A    Who is everyone else? |
| 03:50:39 | 15 | Q    You are putting that out there even today; |
| 03:50:41 | 16 | right? |
| 03:50:41 | 17 | A    What? |
| 03:50:41 | 18 | Q    Are you still saying that Megan's injuries |
| 03:50:44 | 19 | were caused by stepping on glass? |
| 03:50:46 | 20 | A    What I'm saying is I don't know what happened, |
| 03:50:47 | 21 | and I think that it should be re-evaluated. |
| 03:50:49 | 22 | Q    You don't know what happened, but you have |
| 03:50:50 | 23 | said a lot about what happened; right? |
| 03:50:51 | 24 | A    I've said a lot about the evidence that's been |
| 03:50:53 | 25 | presented and her contradictory statements. |

```
03:50:56   1        Q    Okay.

03:51:02   2             MR. O'SULLIVAN:  This is going to be 57.

03:51:20   3             (Exhibit 57 was marked for identification.)

03:51:21   4   BY MR. O'SULLIVAN:

03:51:26   5        Q    Okay.  I've marked as Exhibit 57, a three-page

03:51:32   6   document.  It's got an Admitted in Evidence sticker on

03:51:35   7   the last page, and I'll ask you to look at all three

03:51:37   8   pages.

03:51:41   9        A    Uh-huh.  Okay.

03:51:42  10        Q    Okay.  Were you paying attention in court the

03:51:43  11   day that this report was presented into evidence?

03:51:47  12        A    Yes.

03:51:47  13        Q    Okay.  And do me a favor, what is the

03:51:53  14   preoperative diagnosis?

03:51:56  15        A    Gunshot wound, bilateral lower extremities.

03:51:58  16        Q    And about what is the postoperative diagnosis?

03:52:01  17        A    It says, "Same."

03:52:02  18        Q    And -- and you heard that evidence.  Yeah?

03:52:05  19        A    Yes.

03:52:05  20        Q    Okay.  Go down to intraoperative findings.

03:52:14  21             What is the first intraoperative finding?

03:52:17  22        A    Three major bullet fragments.

03:52:19  23        Q    Okay.  And then go down to the next section

03:52:23  24   and it says, "Specimens."

03:52:25  25             Do you see that?
```

03:52:26  1        A    Uh-huh.

03:52:27  2        Q    What does it say there?

03:52:28  3        A    It says, "Bullet fragment time three.  Two

03:52:31  4   from left, one from right."

03:52:32  5        Q    Okay.  And did you see something there to make

03:52:37  6   you think that the people who put this in were lying?

03:52:41  7        A    I --

03:52:43  8        Q    Yes or no?

03:52:43  9        A    I saw something here that made me question it.

03:52:46  10       Q    Did you see -- have anything that made you

03:52:48  11  think they were lying, that somebody actually falsified

03:52:50  12  a medical record and put it into evidence under oath?

03:52:52  13       A    Yeah.  I thought that the 5 milliliters of

03:52:55  14  blood was really low, considering what the injury was

03:52:58  15  supposed to be.

03:52:59  16       Q    Okay.  Anything about the bullet fragments

03:53:02  17  that you thought was a lie?  That you had a basis to

03:53:06  18  call a lie?

03:53:07  19       A    I questioned this --

03:53:08  20       Q    Not question.  Did you have a basis, an

03:53:10  21  affirmative basement to call it a lie?  That's a factual

03:53:12  22  thing, not questions.

03:53:13  23       A    Right.  There was a contradictory medical

03:53:16  24  report; so I was curious as to which one I should

03:53:18  25  believe.  One report said she was treated for glass

03:53:21    1   frag -- a glass wound; so I didn't know what to believe

03:53:24    2   at this point.

03:53:25    3       Q    She wasn't -- that report is not in evidence;

03:53:26    4   right?

03:53:27    5       A    It was not in evidence, but it was never

03:53:29    6   refuted.

03:53:30    7       Q    Why -- why are things kept out of evidence,

03:53:32    8   usually?

03:53:32    9       A    I couldn't answer that.

03:53:34   10            MS. DIXON:  Objection.  Speculation.

03:53:35   11            MR. MCLYMONT:  Objection to form.

03:53:36   12   BY MR. O'SULLIVAN:

03:53:37   13       Q    Okay.  Maybe because it's unreliable?

03:53:39   14       A    I couldn't say.

03:53:40   15       Q    Wouldn't you want to know that when you were

03:53:42   16   out in public, saying things about what really happened?

03:53:43   17   Wouldn't you want to know if the thing that you're

03:53:47   18   relying on has been excluded because it's not reliable?

03:53:49   19   It doesn't meet the reliability necessary to be true.

03:53:52   20       A    I think that we have come to find that there

03:53:55   21   are a lot of interest in things taking place with people

03:53:58   22   associated with this person.

03:54:01   23       Q    It's a pretty general statement.

03:54:02   24       A    Megan Pete.

03:54:04   25       Q    A lot of interesting things taking place with

```
03:54:06   1    a lot of people?

03:54:07   2         A    Yeah, I feel like with claims coming from

03:54:09   3    Desiree's daughter, with some of the things that

03:54:12   4    happened, that it's very possible that -- who knows.

03:54:15   5         Q    Okay.  Anything is possible; right?  Let them

03:54:18   6    deny it.

03:54:31   7              Oh.  Who is the person you just mentioned --

03:54:32   8    Desiree?

03:54:33   9         A    Yes.

03:54:33  10         Q    What is the full name?

03:54:34  11         A    Desiree Perez.

03:54:36  12         Q    Have you ever spoken to her?

03:54:37  13         A    No.

03:54:38  14         Q    Have you ever spoken to any member of her

03:54:39  15    family?

03:54:40  16         A    Yes.

03:54:41  17         Q    Which one?

03:54:42  18         A    Her daughter Demoree.

03:54:43  19         Q    What's her name?

03:54:43  20         A    Demoree.

03:54:44  21         Q    How many times have you spoken to Demoree?

03:54:46  22         A    A handful.

03:54:47  23         Q    What's the most recent time?

03:54:52  24         A    I couldn't say.

03:54:53  25         Q    That's the first time I heard that noise in a
```

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:54:54 | 1 | deposition. |
| 03:55:01 | 2 | A    I'm sorry. |
| 03:55:01 | 3 | Q    No.  It's good. |
| 03:55:03 | 4 | A    A few months ago. |
| 03:55:04 | 5 | Q    What were the circumstances? |
| 03:55:05 | 6 | A    I interviewed her.  I was set to interview |
| 03:55:07 | 7 | her. |
| 03:55:07 | 8 | Q    And did you, in fact, interview her? |
| 03:55:09 | 9 | A    Yes. |
| 03:55:09 | 10 | Q    All right.  So when is the first time you |
| 03:55:13 | 11 | spoke to Demoree? |
| 03:55:14 | 12 | A    I don't recall. |
| 03:55:17 | 13 | Q    How did you connect with her? |
| 03:55:18 | 14 | A    Instagram. |
| 03:55:22 | 15 | Q    Who reached out to who? |
| 03:55:23 | 16 | A    Her husband sent me a message, and I didn't |
| 03:55:25 | 17 | feel comfortable speaking with her husband; so I wrote |
| 03:55:28 | 18 | her. |
| 03:55:28 | 19 | Q    And what did the message from the husband say? |
| 03:55:30 | 20 | A    I don't recall what it said.  But it was -- it |
| 03:55:34 | 21 | had to do with her allegations, like, what he was |
| 03:55:37 | 22 | claiming. |
| 03:55:40 | 23 | Q    The husband of Desiree's daughter reached out |
| 03:55:43 | 24 | to you? |
| 03:55:44 | 25 | A    Yes. |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:55:44   1          Q     And said something about allegations.

03:55:47   2                Did he tell you what he wanted to talk about,

03:55:48   3   or why he was talking?

03:55:50   4          A     No.  He didn't want to talk to me.  I believe

03:55:51   5   it was just a message about some things she had posted.

03:55:54   6   It was my blog page; so I think maybe he wanted me to

03:55:56   7   repost just maybe something she posted, or something

03:55:58   8   like that.

03:55:59   9          Q     And did you do that?

03:56:00  10          A     No.

03:56:01  11          Q     And you said you weren't comfortable dealing

03:56:04  12   with the husband?

03:56:05  13          A     Yeah.  I didn't want to speak to him.  I

03:56:07  14   wanted to talk to her.  Yeah.

03:56:09  15          Q     Did you ever talk to the husband?

03:56:10  16          A     No.

03:56:11  17          Q     Okay.  Then when did you first talk to the

03:56:14  18   daughter?

03:56:15  19          A     I couldn't say exactly.

03:56:17  20          Q     This year?

03:56:19  21          A     Yes.

03:56:21  22          Q     All right.  So the first -- and -- and the

03:56:23  23   message from the husband, was that also this year?

03:56:25  24          A     Yes.

03:56:25  25          Q     Can you put it in time?  Was it a few months

| | | |
|---|---|---|
| 03:56:28 | 1 | ago?  Beginning of the year? |
| 03:56:30 | 2 | A    All I can say is a few months, but I don't |
| 03:56:32 | 3 | know exactly when. |
| 03:56:33 | 4 | Q    All right.  So -- and did you know any of |
| 03:56:36 | 5 | these players before the husband reached out? |
| 03:56:39 | 6 | A    Did I know them?  No. |
| 03:56:40 | 7 | Q    I mean, did you know of them?  Did you know |
| 03:56:42 | 8 | who the reference was to? |
| 03:56:44 | 9 | A    When the husband said something? |
| 03:56:46 | 10 | Q    Yeah. |
| 03:56:46 | 11 | A    Yes.  By that point, yes. |
| 03:56:50 | 12 | Q    Okay.  And what did you know by that point? |
| 03:56:52 | 13 | A    I had watched an exclusive on a news station. |
| 03:56:57 | 14 | Demoree did an interview with local news, in Florida. |
| 03:57:01 | 15 | Q    And that was earlier this year? |
| 03:57:03 | 16 | A    I don't know when she recorded, but I saw it |
| 03:57:05 | 17 | this year. |
| 03:57:06 | 18 | Q    Okay.  And that was before the husband reached |
| 03:57:12 | 19 | out? |
| 03:57:13 | 20 | A    That I saw the interview? |
| 03:57:14 | 21 | Q    Yeah. |
| 03:57:14 | 22 | A    Yes. |
| 03:57:14 | 23 | Q    All right.  So you generally knew that, what |
| 03:57:16 | 24 | is going on in this case.  And then he reached out and |
| 03:57:18 | 25 | said, "I want to get you involved in the case"? |

| | | |
|---|---|---|
| 03:57:20 | 1 | A   No.  He just -- I believe that he sent |
| 03:57:22 | 2 | something -- maybe that had been posted.  He didn't ask |
| 03:57:24 | 3 | me to do anything.  I just feel like it was a -- like, |
| 03:57:28 | 4 | trying to bring awareness maybe to it, but I don't |
| 03:57:31 | 5 | remember exactly what the message said. |
| 03:57:33 | 6 | Q   It was just, like -- what was it, like the |
| 03:57:34 | 7 | Megan video.  Someone just said, "Hey, have you seen |
| 03:57:37 | 8 | this?" |
| 03:57:37 | 9 | A   Once again, I don't remember exactly what it |
| 03:57:39 | 10 | said, but I know that it was about what his wife had |
| 03:57:42 | 11 | been saying. |
| 03:57:42 | 12 | Q   Do you -- do you still have that message? |
| 03:57:45 | 13 | A   I don't know. |
| 03:57:48 | 14 | Q   Any reason to think you won't be able to -- |
| 03:57:50 | 15 | what -- what -- how did you -- did you say Instagram? |
| 03:57:53 | 16 | A   Instagram, uh-huh. |
| 03:57:54 | 17 | Q   All right.  Is that -- is that the kind of |
| 03:57:56 | 18 | message that would stay there? |
| 03:57:57 | 19 | A   It depends on setting.  Some people do |
| 03:58:00 | 20 | vanishing messages. |
| 03:58:01 | 21 | Q   What do you do? |
| 03:58:03 | 22 | A   I don't have on vanishing messages. |
| 03:58:05 | 23 | Q   So probably it's still there; right? |
| 03:58:07 | 24 | A   Well, he sent it, not me; so I don't know.  He |
| 03:58:09 | 25 | could have vanishing messages on.  It was his message, |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

03:58:13   1   not mine.

03:58:14   2       Q    Okay.  And -- so how does that -- how do you

03:58:19   3   get a message like that?  Does it show up on your --

03:58:22   4   what?

03:58:23   5       A    You get a notification when you go on the app.

03:58:26   6       Q    All right.  You are on Instagram, and it says

03:58:27   7   you have a message from husband of --

03:58:31   8       A    Once again, you can change your settings.  But

03:58:33   9   for me, when I go on Instagram, I see the number of

03:58:36  10   messages that I have, new messages, and I just kind of

03:58:38  11   go through them.  It doesn't tell me particularly who.

03:58:41  12       Q    Okay.  And you went through, and you found

03:58:42  13   this message from this guy, and you said -- did you

03:58:44  14   actually respond to the message?

03:58:47  15       A    I don't believe so.

03:58:47  16       Q    How -- I know you said you didn't want to talk

03:58:49  17   to him, but you would have wanted to talk to the

03:58:51  18   daughter or his wife.

03:58:53  19            How did you get connected?

03:58:56  20       A    I DM'd her on Instagram.

03:58:59  21       Q    Oh, 'cause you knew her -- her identifier on

03:59:02  22   Instagram also?

03:59:02  23       A    Yeah.  She had already been publicly speaking

03:59:04  24   on her situation, yes.

03:59:06  25       Q    Okay.  So you reached out to her.  And tell me

| | | |
|---|---|---|
| 03:59:09 | 1 | what that exchange was.  All the way to when you got |
| 03:59:12 | 2 | together and interviewed. |
| 03:59:15 | 3 | A    I don't remember exactly what I said, but I |
| 03:59:16 | 4 | know our conversation was centered around her case.  And |
| 03:59:19 | 5 | she wanted to do an interview and asked me if I would do |
| 03:59:23 | 6 | one. |
| 03:59:24 | 7 | Q    She wanted you to interview her? |
| 03:59:26 | 8 | A    Yes. |
| 03:59:26 | 9 | Q    About the allegations in the case? |
| 03:59:28 | 10 | A    In her case, yes. |
| 03:59:29 | 11 | Q    In her case.  All right. |
| 03:59:31 | 12 | And did that happen? |
| 03:59:32 | 13 | A    Yes, I interviewed her. |
| 03:59:33 | 14 | Q    Okay.  When was that? |
| 03:59:35 | 15 | A    I don't know the exact date, but a few months |
| 03:59:37 | 16 | ago. |
| 03:59:37 | 17 | Q    Okay. |
| 03:59:38 | 18 | A    No more than three. |
| 03:59:39 | 19 | Q    Okay.  And what platform was that on? |
| 03:59:41 | 20 | A    I did not publish it. |
| 03:59:43 | 21 | Q    Okay.  Literally, how -- like, you guys just |
| 03:59:48 | 22 | sat in the room and recorded it? |
| 03:59:50 | 23 | A    Oh, she called me on Zoom.  We did a Zoom, and |
| 03:59:52 | 24 | I recorded it on Zoom. |
| 03:59:53 | 25 | Q    Okay.  And how long was that session? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 03:59:59 | 1 | A    At least two hours. |
| 04:00:03 | 2 | Q    Okay.  And is it done in a way that -- that |
| 04:00:05 | 3 | you -- you can turn it into, like, a -- an interview |
| 04:00:08 | 4 | that would be on your -- one of your platforms? |
| 04:00:11 | 5 | A    Yes. |
| 04:00:11 | 6 | Q    You did it to -- you were doing the interview, |
| 04:00:13 | 7 | but you just -- why haven't you posted it? |
| 04:00:17 | 8 | A    I did not want to come off as I was trying to |
| 04:00:20 | 9 | agitate a situation or target anyone in particular or |
| 04:00:23 | 10 | anything like that; so I felt like it was best I didn't. |
| 04:00:26 | 11 | Q    And what is the -- like, was that before or |
| 04:00:30 | 12 | after the gag order in this case? |
| 04:00:33 | 13 | A    Demoree? |
| 04:00:35 | 14 | Q    This interview you did, yeah. |
| 04:00:36 | 15 | A    I did it before her gag order, because I |
| 04:00:37 | 16 | remember she thought that it was possible she could be |
| 04:00:41 | 17 | gagged; so she was trying to rush to do it. |
| 04:00:48 | 18 | Q    Okay.  But were you already gagged? |
| 04:00:50 | 19 | A    In my case? |
| 04:00:51 | 20 | Q    Yes. |
| 04:00:55 | 21 | Let me ask a better question.  Is the reason |
| 04:00:57 | 22 | that you have chosen not to publish or put out the |
| 04:01:00 | 23 | interview related to the fact that you have a gag order |
| 04:01:03 | 24 | in your current case with Megan? |
| 04:01:06 | 25 | A    No. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:01:06 | 1 | Q    Okay.  Is it related to the fact that the |
| 04:01:10 | 2 | daughter has a gag order in her case? |
| 04:01:13 | 3 | A    No.  It's related to me being terrified of |
| 04:01:16 | 4 | Desiree Perez. |
| 04:01:18 | 5 | Q    Okay.  So the interview is in a -- in a -- |
| 04:01:27 | 6 | you've got it preserved, and you can play it at any |
| 04:01:29 | 7 | time.  But, for now, you are choosing not to go public |
| 04:01:33 | 8 | with it? |
| 04:01:34 | 9 | A    It's recorded.  Yeah.  Yeah.  It was recorded. |
| 04:01:37 | 10 | Q    Okay.  Have you talked to a lawyer about that |
| 04:01:38 | 11 | interview?  Legal risks for you? |
| 04:01:42 | 12 | A    I spoke to her lawyer. |
| 04:01:47 | 13 | Q    Desire's lawyer, or the daughter's lawyer? |
| 04:01:50 | 14 | A    Demoree's lawyer. |
| 04:01:52 | 15 | Q    Demoree's. |
| 04:01:52 | 16 |      How do you spell her name? |
| 04:01:53 | 17 | A    D-E-M-O-R-E-E. |
| 04:01:56 | 18 | Q    And what did Demoree's lawyers say to you |
| 04:02:02 | 19 | about the interview?  Or about anything? |
| 04:02:04 | 20 |      MR. MCLYMONT:  Objection to privileged |
| 04:02:08 | 21 | information. |
| 04:02:09 | 22 |      MS. DIXON:  Privileged. |
| 04:02:09 | 23 |      MR. O'SULLIVAN:  Is it privilege between |
| 04:02:11 | 24 | Demoree's lawyer and Ms. Cooper? |
| 04:02:13 | 25 |      MS. DIXON:  Were your -- |

| | | |
|---|---|---|
| 04:02:16 | 1 | MR. MCLYMONT:  Whatever was said between the |
| 04:02:18 | 2 | two of them, if it was said for the purpose of providing |
| 04:02:20 | 3 | legal advice, then it's privileged. |
| 04:02:22 | 4 | MR. O'SULLIVAN:  No.  It's not privileged if |
| 04:02:24 | 5 | someone other than the lawyer and the client are in the |
| 04:02:26 | 6 | conversation. |
| 04:02:27 | 7 | THE WITNESS:  The lawyer did not want to speak |
| 04:02:29 | 8 | if my lawyer wasn't there.  So actually, he waited until |
| 04:02:32 | 9 | my lawyer could be present, and we all were present for |
| 04:02:35 | 10 | the conversation I had with him about this. |
| 04:02:37 | 11 | BY MR. O'SULLIVAN: |
| 04:02:38 | 12 | Q    Got it. |
| 04:02:38 | 13 | And you were there, and your lawyer was there; |
| 04:02:40 | 14 | right? |
| 04:02:40 | 15 | A    On the phone. |
| 04:02:41 | 16 | Q    On the phone. |
| 04:02:42 | 17 | Who was your lawyer? |
| 04:02:45 | 18 | A    Oh, at the time -- at the time, I was still |
| 04:02:47 | 19 | under, I believe, Unite The People.  Was I?  I have to |
| 04:02:55 | 20 | go back and see the exact date.  But I know for certain |
| 04:02:57 | 21 | that the lawyer didn't want to speak unless the other |
| 04:02:59 | 22 | lawyer was present. |
| 04:03:00 | 23 | Q    I get it.  That doesn't change the privilege |
| 04:03:02 | 24 | calculation. |
| 04:03:03 | 25 | So you were there with your lawyer; right? |

04:03:05   1        A     Uh-huh.

04:03:05   2        Q     And Demoree was on the call with her lawyer?

04:03:08   3        A     Yes.

04:03:08   4        Q     Okay.  That's not a privileged conversation;

04:03:10   5   so tell me what was said.

04:03:12   6              MS. DIXON:  I'm go to object based on

04:03:12   7   privilege because I'm the lawyer that was on the phone.

04:03:15   8              MR. O'SULLIVAN:  I understand.

04:03:15   9              MS. DIXON:  I'm going to object.

04:03:16  10              MR. O'SULLIVAN:  But you are a smart lawyer,

04:03:17  11   and you know that if you are on a call with your client

04:03:19  12   and someone who is not your client, and that person was

04:03:21  13   not your client's lawyer --

04:03:21  14              MS. DIXON:  And a lawyer.  I wasn't on --

04:03:23  15   Demoree wasn't on the phone call.  It was the lawyer.

04:03:26  16              MR. O'SULLIVAN:  I'm going to ask a different

04:03:27  17   question.

04:03:27  18   BY MR. O'SULLIVAN:

04:03:31  19        Q     Did -- did you have an arrangement with

04:03:37  20   Demoree that you were -- had a common interest?  You

04:03:41  21   were working together on the case?  Like, an agreement

04:03:44  22   to keep privilege together?

04:03:47  23              MS. DIXON:  Objection.

04:03:47  24   BY MR. O'SULLIVAN:

04:03:48  25        Q     Any kind of arrangement that said, "we're all

MILAGRO ELIZABETH COOPER                                        JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:03:50 | 1 | on the same team"? |
| 04:03:51 | 2 | MS. DIXON:  Privileged. |
| 04:03:52 | 3 | THE WITNESS:  No. |
| 04:03:52 | 4 | BY MR. O'SULLIVAN: |
| 04:03:52 | 5 | Q    Okay.  Did anyone say on that call that it was |
| 04:03:57 | 6 | subject to attorney-client privilege? |
| 04:04:01 | 7 | A    I don't recall. |
| 04:04:02 | 8 | Q    Okay.  What was said on the call? |
| 04:04:04 | 9 | MS. DIXON:  Objection.  It's attorney-client |
| 04:04:07 | 10 | work product and privileged. |
| 04:04:08 | 11 | BY MR. O'SULLIVAN: |
| 04:04:09 | 12 | Q    You can answer. |
| 04:04:10 | 13 | A    I can answer? |
| 04:04:10 | 14 | Q    You can answer. |
| 04:04:11 | 15 | A    What was said was just to focus on her and |
| 04:04:14 | 16 | what she was going through in her case. |
| 04:04:18 | 17 | Q    All right.  Well, wait.  So you have Demoree's |
| 04:04:22 | 18 | lawyer -- |
| 04:04:22 | 19 | MR. O'SULLIVAN:  Which is you, Ronda? |
| 04:04:23 | 20 | MS. DIXON:  I'm not Demoree's lawyer. |
| 04:04:25 | 21 | MR. O'SULLIVAN:  Okay. |
| 04:04:25 | 22 | BY MR. O'SULLIVAN: |
| 04:04:26 | 23 | Q    Who was on for Demoree? |
| 04:04:27 | 24 | A    Her lawyer. |
| 04:04:28 | 25 | Q    And do you know what that is? |

MILAGRO ELIZABETH COOPER                                  JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
04:04:30  1        A    No.  I am sorry.

04:04:31  2        Q    A man or woman?

04:04:32  3        A    A man.

04:04:33  4             MS. DIXON:  Can I answer?  His name was

04:04:33  5   Napoleon Hamilton.

04:04:36  6   BY MR. O'SULLIVAN:

04:04:36  7        Q    Napoleon Hamilton.

04:04:36  8             Okay.  So Napoleon Hamilton's on there,

04:04:38  9   Demoree is on there, and you are on there, and somebody

04:04:39 10   for you.

04:04:39 11             And do you know who the person for you was?

04:04:43 12        A    I believe it was Ronda.  Like I said, my

04:04:45 13   representation was changing, and I don't remember the

04:04:48 14   exact date we spoke.

04:04:49 15        Q    All right.  Some lawyer was on there for you?

04:04:50 16        A    Absolutely, yeah.  Because he wouldn't talk

04:04:52 17   without a lawyer.

04:04:52 18        Q    Okay.  How long did the conversation last?

04:04:56 19        A    Less than 30 minutes.  It was quick.

04:04:58 20        Q    Less than 30 minutes?

04:04:59 21        A    Right.  Maybe less than 20, less than 15.  It

04:05:02 22   was quick.

04:05:03 23        Q    Okay.  And did everyone speak?

04:05:10 24        A    I believe it was more so the lawyer just

04:05:12 25   outlining things.
```

| | | |
|---|---|---|
| 04:05:14 | 1 | Q    Tell me what they outlined. |
| 04:05:15 | 2 | A    To just stay focused. |
| 04:05:17 | 3 | Q    Which one? |
| 04:05:18 | 4 | A    Her lawyer just wanted to make sure that I |
| 04:05:19 | 5 | understood what I could ask her and what the interview |
| 04:05:23 | 6 | would be about, basically. |
| 04:05:25 | 7 | Q    And literally, what did he say about that -- |
| 04:05:27 | 8 | Napoleon -- about what you could ask her, and what it |
| 04:05:30 | 9 | would be about? |
| 04:05:31 | 10 | A    That -- it was basically highlighting what her |
| 04:05:34 | 11 | case was about and just saying this is what is going on; |
| 04:05:39 | 12 | so whatever you ask it, you know, should be relative to |
| 04:05:41 | 13 | these things, her claims. |
| 04:05:44 | 14 | Q    Okay.  So is that how the conversation |
| 04:05:46 | 15 | started.  Here -- thank you for coming.  Here is what |
| 04:05:49 | 16 | you can ask, and here is what you can't? |
| 04:05:51 | 17 | A    No.  He didn't say, like, you can ask this, |
| 04:05:53 | 18 | you can't ask that.  But he just basically reiterated |
| 04:05:56 | 19 | what the case was about and, like, kind of was just |
| 04:05:59 | 20 | giving me bullet points and saying this is the focus. |
| 04:06:02 | 21 | Q    Got it.  All right. |
| 04:06:03 | 22 | And then -- and then what did you say? |
| 04:06:06 | 23 | A    And I said, "Okay.  I can do that." |
| 04:06:08 | 24 | Q    And did your lawyer talk? |
| 04:06:13 | 25 | A    I don't recall. |

04:06:15   1          Q    Did Demoree talk?

04:06:20   2          A    I don't believe so at that time.  It was more

04:06:21   3     about her lawyer.

04:06:22   4          Q    All right.  Quick call about bullet points,

04:06:23   5     and you said, "I can do that"?

04:06:25   6          A    Yes.

04:06:25   7          Q    All right.

04:06:26   8               Have you had subsequent conversations with

04:06:33   9     them?  With the lawyer for Demoree?

04:06:35  10          A    No.

04:06:36  11          Q    Was the lawyer there for the Demoree

04:06:39  12     interview?

04:06:40  13          A    I don't believe so, but I couldn't say.

04:06:42  14          Q    'Cause you guys were on Zoom?

04:06:43  15          A    Right.  And I only saw her on screen.

04:06:46  16          Q    All right.  And have you been in touch since

04:06:47  17     you did that interview?

04:06:49  18          A    No.

04:06:50  19          Q    Have you been in touch with your lawyer since

04:06:52  20     you did that interview?

04:06:53  21          A    No.

04:06:53  22          Q    Do you know if her lawyer has been in touch

04:06:56  23     with your lawyers since that interview?

04:06:57  24          A    I do not.

04:07:05  25          Q    Okay.

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:07:06 | 1 | MS. HAYRAPETIAN:  Can we pull up Tab 20 B-1 |
| 04:07:09 | 2 | audio? |
| 04:07:12 | 3 | STENO TECH ASSISTANT:  20 B-1? |
| 04:07:17 | 4 | MS. HAYRAPETIAN:  Yes.  20 B-1. |
| 04:07:20 | 5 | STENO TECH ASSISTANT:  Thank you. |
| 04:07:20 | 6 | MS. HAYRAPETIAN:  Which would, I believe, be |
| 04:07:22 | 7 | Exhibit 58-A. |
| 04:07:23 | 8 | MR. O'SULLIVAN:  It's 58? |
| 04:07:23 | 9 | MS. HAYRAPETIAN:  Uh-huh.  58-A, and that is |
| 04:07:25 | 10 | 58-B, the transcript. |
| 04:07:41 | 11 | STENO TECH:  So, for 20 B-1, I have that just |
| 04:07:43 | 12 | as, like, a PDF file. |
| 04:07:45 | 13 | Did you mean 20 A-1? |
| 04:07:48 | 14 | MS. HAYRAPETIAN:  Yes.  Sorry.  20 A-1. |
| 04:07:50 | 15 | STENO TECH ASSISTANT:  Okay. |
| 04:07:53 | 16 | MS. DIXON:  Where is the transcript?  What's |
| 04:08:06 | 17 | the number? |
| 04:08:08 | 18 | MR. O'SULLIVAN:  The transcript is Exhibit 58. |
| 04:08:17 | 19 | MS. DIXON:  And the video was 20 A? |
| 04:08:20 | 20 | MR. O'SULLIVAN:  Those are just internal |
| 04:08:21 | 21 | numbers, that's going to be confusing.  I would go by |
| 04:08:23 | 22 | these. |
| 04:08:23 | 23 | MS. DIXON:  Okay. |
| 04:08:24 | 24 | MS. HAYRAPETIAN:  I think we can play. |
| 04:08:28 | 25 | STENO TECH ASSISTANT:  Playing. |

```
04:08:29   1              (A video clip was played.)

04:08:29   2              (Exhibit 58-A was marked for identification.)

04:08:29   3              (Exhibit 58-B was marked for identification.)

04:09:26   4    BY MR. O'SULLIVAN:

04:09:27   5         Q    All right.  Did you say all of that that we

04:09:29   6    just heard?

04:09:29   7         A    Yes.

04:09:29   8         Q    Okay.  You did not prove that she was shot in

04:09:31   9    court; right?  That's what you said?

04:09:33   10        A    Yes.

04:09:33   11        Q    She was -- Tory was convicted of shooting her

04:09:36   12   in this case.  Yeah?

04:09:38   13        A    I believe so, yes.

04:09:39   14        Q    Meaning she was shot.  The jury found that.

04:09:41   15   Yeah?

04:09:42   16             MS. DIXON:  Objection.  Mischaracterization.

04:09:44   17   BY MR. O'SULLIVAN:

04:09:45   18        Q    You were there.

04:09:45   19        A    That means that a jury --

04:09:46   20             MR. MCLYMONT:  Objection to form as well.

04:09:51   21   BY MR. O'SULLIVAN:

04:09:52   22        Q    Right?  In your presence, the jury entered a

04:09:54   23   verdict that Tory shot Megan.  Yeah?

04:09:57   24        A    The jury decided that.

04:09:58   25        Q    Yes.  Okay.  And this is two years later.  And
```

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| 04:10:00 | 1 | you are saying no, it was never proved? |
|---|---|---|
| 04:10:03 | 2 | A    In my opinion, that case was not proven.  I |
| 04:10:05 | 3 | heard the prosecutor say the DNA did not matter, they |
| 04:10:08 | 4 | did not show us bullet fragments; so I felt like that |
| 04:10:10 | 5 | was enough to question things. |
| 04:10:11 | 6 | Q    All right.  But you keep saying that.  You ask |
| 04:10:13 | 7 | questions.  Lots of people have questions.  That's very |
| 04:10:15 | 8 | different than actually asserting that something |
| 04:10:17 | 9 | happened or somebody told the truth or a lie. |
| 04:10:19 | 10 | You get the difference; right? |
| 04:10:21 | 11 | A    That's my whole point. |
| 04:10:22 | 12 | Q    And you're -- I -- I am trying to understand |
| 04:10:23 | 13 | if you think it's okay if I have questions; maybe I |
| 04:10:26 | 14 | didn't read all the evidence; maybe I wasn't there for |
| 04:10:29 | 15 | everything; maybe I misinterpreted something; maybe I |
| 04:10:31 | 16 | didn't get the full report; whatever that is -- you have |
| 04:10:33 | 17 | questions, to go from there -- you think it's okay to go |
| 04:10:35 | 18 | from there to saying somebody lied, or somebody didn't |
| 04:10:39 | 19 | prove something? |
| 04:10:40 | 20 | A    I think -- |
| 04:10:41 | 21 | Q    You are making a leap.  You see that; right? |
| 04:10:43 | 22 | A    I don't. |
| 04:10:43 | 23 | I feel like in this country, we're supposed to |
| 04:10:46 | 24 | have the freedom to speak; and if we have a question, |
| 04:10:48 | 25 | regardless of if I identify with it or not, we should be |

| | | |
|---|---|---|
| 04:10:51 | 1 | allowed to ask. |
| 04:10:53 | 2 | Q    Even if it's damaging to the other person, and |
| 04:10:54 | 3 | even if it's not true, and even if you didn't do the |
| 04:10:56 | 4 | investigation you needed?  You can say it even if it |
| 04:10:58 | 5 | hurts them and no consequences -- you believe that? |
| 04:11:00 | 6 | A    I believe that we can pose questions, and I |
| 04:11:02 | 7 | believe I had valid questions. |
| 04:11:04 | 8 | Q    Okay.  And do you think asking a question is |
| 04:11:07 | 9 | different than accusing somebody of something? |
| 04:11:10 | 10 | A    Yes. |
| 04:11:10 | 11 | Q    Okay.  And you've done both; right? |
| 04:11:13 | 12 | A    Depending upon what you are asking about.  I |
| 04:11:15 | 13 | would need something specific. |
| 04:11:17 | 14 | Q    Okay.  If you said, "Megan lied." |
| 04:11:19 | 15 | A    Uh-huh. |
| 04:11:20 | 16 | Q    At the trial. |
| 04:11:21 | 17 | A    I do not recall saying that. |
| 04:11:23 | 18 | Q    Okay.  If you said that, that's not a |
| 04:11:24 | 19 | question, is it? |
| 04:11:25 | 20 | A    If I had said that, that would be an |
| 04:11:27 | 21 | assertion. |
| 04:11:28 | 22 | Q    Yes.  Okay. |
| 04:11:28 | 23 | A    But I don't recall saying that. |
| 04:11:30 | 24 | Q    Okay.  Have you made assertions about Megan |
| 04:11:34 | 25 | that are false? |

04:11:35   1        A    Not to my knowledge.

04:11:36   2        Q    Okay.  Wouldn't you say that saying that Megan

04:11:47   3   being shot was not proven in court is false?

04:11:50   4        A    I don't believe that's false.

04:11:51   5        Q    Okay.  But under the system that you said, in

04:11:54   6   America, we live, we go to trial, we put evidence, we

04:11:57   7   have rules, and a jury decides; right?

04:11:59   8             And, if the jury enters a verdict on an

04:12:04   9   indictment, or criminal charges, in the way that the

04:12:07  10   people in the system talk about it, they say it was

04:12:09  11   proven.  It was proven to the people who matter, the

04:12:12  12   jury.  You saw that; right?  They were convinced.

04:12:16  13        A    I saw that.  And I also know the systems we

04:12:19  14   have, and they exist because they can be challenged.

04:12:23  15        Q    I understand.  But in this case, in the moment

04:12:25  16   when you would either prove it or not prove it, they

04:12:27  17   proved it true; true?

04:12:28  18             MS. DIXON:  Objection.  Objection to form.

04:12:31  19             THE WITNESS:  I cannot say that.  That's just

04:12:32  20   what the jury believed.

04:12:33  21   BY MR. O'SULLIVAN:

04:12:33  22        Q    And that's who matters on the question of

04:12:34  23   whether a case was proved in court -- is the conclusion

04:12:37  24   of the jury; right?

04:12:38  25             MR. MCLYMONT:  Objection.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

04:12:38   1              THE WITNESS:  Right.

04:12:38   2    BY MR. O'SULLIVAN:

04:12:38   3         Q    Nobody else's conclusion matters?

04:12:41   4         A    But when people come to my show, they want to

04:12:44   5    know what I think.

04:12:44   6         Q    Okay.

04:12:44   7              MS. HAYRAPETIAN:  Can we please pull up

04:12:44   8    Tab 10-A audio?

04:13:09   9              STENO TECH ASSISTANT:  Just a moment, please.

04:13:38  10              MS. DIXON:  I don't have one.

04:13:41  11              MR. O'SULLIVAN:  Here.

04:13:41  12              STENO TECH ASSISTANT:  Ready to play whenever

04:13:41  13    you like.

04:13:42  14              MS. DIXON:  Thank you.

04:13:58  15              STENO TECH ASSISTANT:  Would you like for me

04:13:59  16    to play the audio?

04:14:01  17              MR. O'SULLIVAN:  Yes, please.  Thank you.

04:14:03  18              (A video clip was played.)

04:14:12  19              MS. DIXON:  Can you turn it up a little?

04:17:09  20              (A video clip was played.)

04:17:09  21              (Exhibit 59-A was marked for identification.)

04:17:09  22              (Exhibit 59-B was marked for identification.)

04:18:00  23    BY MR. O'SULLIVAN:

04:18:01  24         Q    All right.  Was that you talking on the audio

04:18:05  25    we just heard?

| | | |
|---|---|---|
| 04:18:06 | 1 | A    Yes. |
| 04:18:06 | 2 | Q    All right. |
| 04:18:07 | 3 | MR. O'SULLIVAN:  And that is Exhibit, what, |
| 04:18:07 | 4 | 55? |
| 04:18:11 | 5 | THE COURT REPORTER:  59. |
| 04:18:11 | 6 | MR. O'SULLIVAN:  I'm sorry.  59. |
| 04:18:13 | 7 | BY MR. O'SULLIVAN: |
| 04:18:13 | 8 | Q    Okay.  And you have the transcript in front of |
| 04:18:15 | 9 | you, right, 59-B? |
| 04:18:17 | 10 | A    Yes. |
| 04:18:17 | 11 | Q    All right.  So just going to the end, it says |
| 04:18:19 | 12 | here -- you are talking about this question of how |
| 04:18:24 | 13 | Akademiks had some information before it even came out |
| 04:18:32 | 14 | in court; right? |
| 04:18:33 | 15 | A    Uh-huh. |
| 04:18:33 | 16 | Q    And somebody got in trouble for that; right? |
| 04:18:36 | 17 | That's what you are talking about here. |
| 04:18:38 | 18 | A    Did someone get in trouble?  I don't know. |
| 04:18:40 | 19 | Q    Well, you say, "Because Akademiks got the same |
| 04:18:43 | 20 | sources I got." |
| 04:18:44 | 21 | A    Okay. |
| 04:18:44 | 22 | Q    So let's go with that. |
| 04:18:45 | 23 | A    Okay. |
| 04:18:46 | 24 | Q    What sources do you have that Akademiks also |
| 04:18:50 | 25 | has? |

04:18:51  1        A    I'm referencing the -- I got a lot of tips

04:18:54  2    from listeners.  So I had a hotline.  Still have it.  A

04:18:58  3    Google Voice number to people would send me information,

04:19:01  4    people DM me on Instagram.  So there were a lot of --

04:19:05  5        Q    Okay.  It's just unsolicited people calling in

04:19:08  6    and saying, "I got a tip."  But what about -- you must

04:19:11  7    know who the source is that -- that you overlap with

04:19:14  8    Akademiks; right?  Who were you both relying on?

04:19:16  9            It sounds like it's the person who maybe knew

04:19:21 10    Tory's strategy before it came out.  Yeah?

04:19:23 11        A    No.  What happened was this case was --

04:19:26 12    something people were interested in; so you had people

04:19:29 13    from all over tuned in and giving, quote/unquote,

04:19:31 14    "tips."

04:19:32 15        Q    But why would some random tipster have inside

04:19:36 16    intel on Tory's -- what he is going to do in court that

04:19:39 17    day?

04:19:39 18        A    Because people are at the court, walking up

04:19:42 19    and down the hallway, listening in, and sitting in.  You

04:19:44 20    know --

04:19:45 21        Q    And was that -- was that your source?  Someone

04:19:46 22    who heard something in the hallway at court?

04:19:48 23        A    I couldn't say how they got the information.

04:19:50 24    But by the time they came to me, I felt like it was

04:19:53 25    true.

| | | |
|---|---|---|
| 04:19:53 | 1 | Q    Okay.  Can you give me a name of a single |
| 04:19:55 | 2 | source you relied on to say what you were saying about |
| 04:19:57 | 3 | the Tory case? |
| 04:19:58 | 4 | A    No. |
| 04:19:59 | 5 | Q    You don't have a single source that you know |
| 04:20:00 | 6 | their name? |
| 04:20:01 | 7 | A    Well, it's social media users.  Like I said, I |
| 04:20:03 | 8 | was getting tips -- |
| 04:20:04 | 9 | Q    So I'm just saying, in terms of reliability |
| 04:20:06 | 10 | and how -- how much diligence you did, you don't know |
| 04:20:08 | 11 | the name of any of the people who you relied on to put |
| 04:20:11 | 12 | all this stuff out? |
| 04:20:12 | 13 | A    No.  So what would happen is, if someone gave |
| 04:20:15 | 14 | me some information, I would try my best to follow up on |
| 04:20:18 | 15 | it.  So sometimes, based on the information, if it |
| 04:20:20 | 16 | turned out to be accurate, that would be someone I would |
| 04:20:22 | 17 | be more liable to kind of consider if they gave me |
| 04:20:25 | 18 | something else. |
| 04:20:25 | 19 | Q    All right.  Who were you referring to when you |
| 04:20:27 | 20 | say the source of this information that, to you, is also |
| 04:20:31 | 21 | the source that Akademiks had?  Who is that source? |
| 04:20:34 | 22 | A    Once again, I was getting a lot of tips at |
| 04:20:36 | 23 | that time.  I can't say exactly who it was.  I was |
| 04:20:39 | 24 | getting a lot of information.  A lot of this happened |
| 04:20:41 | 25 | and that happened, because I was covering it so heavily. |

| | | |
|---|---|---|
| 04:20:43 | 1 | Q    All right.  Tell me everything you know that |
| 04:20:44 | 2 | caused you to think that source was reliable or knew |
| 04:20:48 | 3 | what they were talking about or had any basis to say |
| 04:20:51 | 4 | what they said. |
| 04:20:52 | 5 | A    So, when I got that information -- different |
| 04:20:54 | 6 | ways.  People were, like I said, were sending me -- |
| 04:20:56 | 7 | Q    Well, stick with one.  Give me one example of |
| 04:20:58 | 8 | how you really got it, not general.  I want specifically |
| 04:21:01 | 9 | how you came from a source to get information, |
| 04:21:04 | 10 | everything you knew about them -- their reliability. |
| 04:21:06 | 11 | What got you in a position to keep putting this stuff |
| 04:21:09 | 12 | out? |
| 04:21:09 | 13 | A    Well, in terms of this particular thing, it |
| 04:21:12 | 14 | wasn't me being able to rely on the person, per se. |
| 04:21:15 | 15 | When Akademiks would also echo the same |
| 04:21:18 | 16 | sentiment, I felt like well, maybe it is more valid.  I |
| 04:21:20 | 17 | felt like we have to be getting information from the |
| 04:21:22 | 18 | same people, because I heard that too. |
| 04:21:24 | 19 | Q    I understand that.  But you said, |
| 04:21:26 | 20 | affirmatively, Akademiks has the same sources I have; |
| 04:21:29 | 21 | right? |
| 04:21:30 | 22 | A    Right.  Because if he is repeating the same |
| 04:21:31 | 23 | thing, it had to be -- it can't be too many different |
| 04:21:34 | 24 | people, I wouldn't think. |
| 04:21:35 | 25 | Q    Why?  You are just guessing about what is |

| | | |
|---|---|---|
| 04:21:37 | 1 | going on there, aren't you? |
| 04:21:38 | 2 | A    Yeah.  Yeah. |
| 04:21:39 | 3 | Q    It could be a complete setup.  People just |
| 04:21:41 | 4 | feeding you stuff; right? |
| 04:21:42 | 5 | A    It could be. |
| 04:21:43 | 6 | Q    Any reason to believe it's not that?  If you |
| 04:21:47 | 7 | don't literally know who you are dealing with? |
| 04:21:49 | 8 | A    I don't know.  But, once again, I felt like |
| 04:21:51 | 9 | Akademiks had a substantial platform, and that he |
| 04:21:54 | 10 | wouldn't risk it if he didn't believe it enough; so I |
| 04:21:56 | 11 | felt like, yeah, it's more than likely true. |
| 04:21:59 | 12 | Q    And above that, it says, "Akademiks deleted |
| 04:22:02 | 13 | his shit"? |
| 04:22:03 | 14 | A    Uh-huh. |
| 04:22:04 | 15 | Q    What's that mean? |
| 04:22:04 | 16 | A    Akademiks got into a spat with Megan about it, |
| 04:22:07 | 17 | and he ended up just deleting his tweet. |
| 04:22:13 | 18 | Q    And you are making -- and you are saying |
| 04:22:15 | 19 | really loud and proud I'm not deleting shit; right?  I |
| 04:22:17 | 20 | stand by my -- |
| 04:22:18 | 21 | A    It's not about being loud and proud.  It's |
| 04:22:21 | 22 | don't be attacked and cower. |
| 04:22:22 | 23 | Q    Even if you are lying your ass off? |
| 04:22:24 | 24 | A    Well, once again, how do you know you're |
| 04:22:25 | 25 | lying? |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| 04:22:26 | 1 | Q     How do you know you are not? |
| 04:22:27 | 2 | A     That is why. |
| 04:22:28 | 3 | Q     What do you have to show me, right now, that |
| 04:22:31 | 4 | says that was true, what I said? |
| 04:22:32 | 5 | A     That's why -- |
| 04:22:34 | 6 | Q     Some random social media hotline thing? |
| 04:22:36 | 7 | A     That is -- |
| 04:22:37 | 8 | Q     From a name you don't know? |
| 04:22:38 | 9 | A     That's why it's important for people to answer |
| 04:22:40 | 10 | to it.  You don't know until it's confirmed or denied. |
| 04:22:43 | 11 | Q     So you feel free to say whatever you want, |
| 04:22:45 | 12 | true or false, and let them deny it? |
| 04:22:47 | 13 | A     No. |
| 04:22:47 | 14 | Q     And then once they've denied it, like -- like |
| 04:22:49 | 15 | the doctor did here, you say now I can't say it anymore |
| 04:22:52 | 16 | because they actually denied to my face? |
| 04:22:54 | 17 | A     No.  I just feel like it's important to, you |
| 04:22:57 | 18 | know, ask questions and pose questions to everything. |
| 04:23:18 | 19 | Q     All right.  What was the -- what was the issue |
| 04:23:21 | 20 | that was going on during this conversation about the DNA |
| 04:23:24 | 21 | evidence?  That's what came out, that what Akademiks was |
| 04:23:28 | 22 | talking about before they even brought it up in court; |
| 04:23:31 | 23 | right? |
| 04:23:31 | 24 | A     Well, I don't know.  I'm referencing a tweet. |
| 04:23:33 | 25 | There was a tweet published that spoke to DNA. |

| | | |
|---|---|---|
| 04:23:36 | 1 | Q    Yeah.  And -- and Akademiks deleted it; right? |
| 04:23:41 | 2 | A    Uh-huh. |
| 04:23:41 | 3 | Q    And the problem with the tweet was that he was |
| 04:23:44 | 4 | completely wrong about what the evidence meant; right? |
| 04:23:46 | 5 | A    Well, Akademiks actually streamed and -- and |
| 04:23:48 | 6 | asserted his claims, and he said he would not be taking |
| 04:23:51 | 7 | it back.  He did delete his tweet, but he actually |
| 04:23:53 | 8 | reasserted it on his platform. |
| 04:23:56 | 9 | Q    Okay. |
| 04:23:56 | 10 | THE VIDEOGRAPHER:  Counsel. |
| 04:23:56 | 11 | MR. O'SULLIVAN:  Uh-huh. |
| 04:23:56 | 12 | THE VIDEOGRAPHER:  Can you please get the |
| 04:23:56 | 13 | paper away from the mic?  Thank you. |
| 04:24:21 | 14 | BY MR. O'SULLIVAN: |
| 04:24:36 | 15 | Q    All right.  Over the course of all of your |
| 04:24:43 | 16 | dealings with Tory's father, at any point during that, |
| 04:24:49 | 17 | did you get guidance or bullets or information of any |
| 04:24:54 | 18 | kind from him about their take on the case? |
| 04:24:58 | 19 | A    No. |
| 04:24:58 | 20 | Q    Okay.  Did he give you any information -- |
| 04:25:00 | 21 | good, bad, indifferent -- that they wanted to get out |
| 04:25:05 | 22 | about their case? |
| 04:25:06 | 23 | A    He would give me his opinions and he would |
| 04:25:09 | 24 | tell me how he felt about, maybe, the day or stuff like |
| 04:25:13 | 25 | that. |

04:25:14   1        Q    During the trial?

04:25:16   2        A    Not during the trial because, I was taking

04:25:18   3    notes at that time.  Prior to.

04:25:21   4        Q    Prior to.  Okay.

04:25:22   5        A    Uh-huh.

04:25:23   6        Q    And your testimony is he never asked you to

04:25:30   7    put out any particular message or viewpoint or tried to

04:25:34   8    guide you on that at any time in your dealings?

04:25:38   9        A    Sonstar never asked me to do anything like

04:25:39  10    that.  He may speak to certain things, but it was up to

04:25:44  11    you and me in that case what you wanted to do with it.

04:25:48  12        Q    But the things he would speak to in your

04:25:49  13    presence were things that cast -- that suggested Tory

04:25:54  14    was not guilty; right?

04:25:57  15        A    I wouldn't say that because he wasn't there.

04:26:00  16    So all that he would say is that he loves his son, and

04:26:03  17    that he didn't believe his son would do something like

04:26:05  18    that.  And he was going through it, you know, listening

04:26:08  19    like everybody else.

04:26:11  20        Q    Okay.  Have you ever interviewed Drake?

04:26:40  21        A    No.

04:26:41  22        Q    Have you ever spoken to Drake?

04:26:42  23        A    No.

04:26:43  24        Q    Have you viewed Nicki Minaj?

04:26:45  25        A    Yes.

MILAGRO ELIZABETH COOPER                                       JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:26:45 | 1 | Q   How many times? |
| 04:26:47 | 2 | A   Maybe four. |
| 04:26:48 | 3 | Q   What's the most recent time? |
| 04:26:54 | 4 | A   Maybe 2024.  Maybe.  I'm not certain. |
| 04:26:58 | 5 | Q   And when was the first time? |
| 04:27:04 | 6 | A   Maybe 2023.  Maybe.  I'm not certain. |
| 04:27:08 | 7 | Q   Okay.  So four times. |
| 04:27:09 | 8 |     And how did those -- those interviews come |
| 04:27:18 | 9 | about?  Did you reach out to her?  She's famous. |
| 04:27:26 | 10 | A   The first time that I was able to do an |
| 04:27:29 | 11 | interview was through -- the woman that I worked with on |
| 04:27:32 | 12 | Onsite! is a personal friend of hers, and so I was |
| 04:27:35 | 13 | actually -- through co-hosting that show, able to |
| 04:27:38 | 14 | interview her on that platform first. |
| 04:27:40 | 15 | Q   All right.  So I know you talked about it. |
| 04:27:43 | 16 |     The Onsite! is -- is one of your platforms? |
| 04:27:47 | 17 | A   It was a show that I was a co-host on. |
| 04:27:49 | 18 | Q   Oh, that's right.  Okay. |
| 04:27:50 | 19 | A   Uh-huh. |
| 04:27:51 | 20 | Q   You were interning, and then you turned into a |
| 04:27:53 | 21 | co-host.  It was with the Ali; right? |
| 04:27:56 | 22 | A   Yes. |
| 04:27:56 | 23 | Q   Raj, is it? |
| 04:27:57 | 24 | A   Rashidah. |
| 04:27:58 | 25 | Q   Rashidah Ali.  And -- and you were co-hosting, |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

04:28:02   1   and she was friends with Nicki Minaj, and so it was able

04:28:06   2   to be arranged that you would get to interview

04:28:08   3   Nicki Minaj on that show?

04:28:09   4        A    That we would, yes.

04:28:10   5        Q    Together?

04:28:11   6        A    Her as well, yes.

04:28:13   7        Q    And that was the first one, and you think that

04:28:15   8   was sometime in '23?

04:28:16   9        A    I believe so, but I'm not certain.

04:28:18   10        Q    Okay.  And in that first interview, was

04:28:21   11   there -- was part of what was talked about Megan Thee

04:28:25   12   Stallion?

04:28:27   13        A    I don't believe so.

04:28:29   14        Q    Or did that even come up?

04:28:30   15        A    I don't believe so in that interview.

04:28:31   16        Q    Okay.  In any of the interviews with Nicki

04:28:32   17   Minaj, did you discuss Megan Thee Stallion?

04:28:34   18        A    There was an appearance that I made on

04:28:37   19   Nicki Minaj's Queen Radio that --

04:28:39   20        Q    Queen Radio?

04:28:40   21        A    Yes.

04:28:40   22        Q    Okay.

04:28:41   23        A    And I do believe that Megan was discussed.

04:28:45   24   And I was asked a question, and I worked around it; so I

04:28:49   25   didn't speak on Megan during that segment, but I do

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:28:52 | 1 | believe she was referenced and was a topic. |
| 04:28:54 | 2 | Q    Okay.  And when was that Queen Radio |
| 04:28:57 | 3 | interview? |
| 04:28:57 | 4 | A    I cannot say.  But it was within that -- that |
| 04:29:01 | 5 | time period.  The two-year time period. |
| 04:29:03 | 6 | Q    Okay.  So you think it was in '24? |
| 04:29:06 | 7 | Do you remember, based on what was said in the |
| 04:29:09 | 8 | interview, what was -- what stage the case was at? |
| 04:29:11 | 9 | Was it after Tory had been convicted? |
| 04:29:14 | 10 | A    I believe so.  Maybe.  I'm not certain.  I'm |
| 04:29:17 | 11 | sorry. |
| 04:29:17 | 12 | Q    Okay.  And how did -- how did the topic of |
| 04:29:24 | 13 | Megan come up? |
| 04:29:27 | 14 | A    I don't recall. |
| 04:29:27 | 15 | Q    That you can recall? |
| 04:29:28 | 16 | A    Honestly. |
| 04:29:29 | 17 | Q    You remember it -- I guess making a conscious |
| 04:29:31 | 18 | decision not to weigh in yourself; is that right? |
| 04:29:33 | 19 | A    Yes. |
| 04:29:34 | 20 | Q    And that's 'cause you were concerned about |
| 04:29:36 | 21 | liability? |
| 04:29:38 | 22 | A    No.  I think it's really important -- I have |
| 04:29:43 | 23 | my own show; so I do things a particular type of way. |
| 04:29:46 | 24 | Q    Oh, I see.  Okay.  Burn your own material? |
| 04:29:49 | 25 | A    When you go into other spaces -- no.  When you |

MILAGRO ELIZABETH COOPER                                     JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:29:50 | 1 | go into other spaces, it's important to understand |
| 04:29:52 | 2 | people have never heard you are hearing you; so I didn't |
| 04:29:56 | 3 | want to come off -- I know the perception of me in some |
| 04:29:58 | 4 | spaces; so I didn't want to come off like I was, you |
| 04:30:00 | 5 | know, trying to -- |
| 04:30:01 | 6 | Q    Take the line that they think you always take, |
| 04:30:03 | 7 | which is anti-Megan? |
| 04:30:05 | 8 | A    Right.  I didn't want to do that. |
| 04:30:06 | 9 | Q    Got it.  But -- but Nicki Minaj did talk |
| 04:30:09 | 10 | negatively about Megan on that show? |
| 04:30:11 | 11 | A    I wouldn't say spoke negatively.  I don't |
| 04:30:13 | 12 | remember necessarily about what was said, but I do -- I |
| 04:30:15 | 13 | do feel like she was a topic that day. |
| 04:30:17 | 14 | Q    Okay.  And do you -- do you remember what |
| 04:30:19 | 15 | about Megan?  Was it the -- the shooting or the video? |
| 04:30:23 | 16 | A    No.  It was not about the shooting. |
| 04:30:25 | 17 | Q    No? |
| 04:30:25 | 18 | A    No.  No. |
| 04:30:26 | 19 | Q    All right.  But you didn't talk about her on |
| 04:30:28 | 20 | that -- that interview? |
| 04:30:29 | 21 | A    No. |
| 04:30:32 | 22 | Q    Okay.  And what else is on here?  I'm trying |
| 04:30:47 | 23 | to read those names.  Anna Paulina Luna -- who is that? |
| 04:30:53 | 24 | A    She's a representative from Florida. |
| 04:30:56 | 25 | Q    Okay.  And -- and did she go on your show? |

| | | | |
|---|---|---|---|
| 04:30:59 | 1 | A | No. |
| 04:31:00 | 2 | Q | Do you know her? |
| 04:31:01 | 3 | A | No. |
| 04:31:01 | 4 | Q | Have you ever met her? |
| 04:31:02 | 5 | A | No. |

04:31:03   6       Q    How do you even know her?  You just know her

04:31:06   7   because she's your rep.  Or no.

04:31:07   8            How do you know her?

04:31:08   9       A    No.  When she -- she said something publicly

04:31:11  10   in regards to Tory Lanez.  So that's when I noticed her

04:31:14  11   for the first time.  Online.

04:31:16  12       Q    Online.  And what did she say generally?  Pro

04:31:20  13   Tory?

04:31:20  14       A    Yes.

04:31:23  15       Q    Okay.  Diana London -- who is she?

04:31:29  16       A    She's someone who says that she's on the team

04:31:32  17   for Tory Lanez.

04:31:33  18       Q    All right.  What about Wack 100?

04:31:39  19       A    You are going to get me in trouble.  Okay.

04:31:42  20   Wack 100 is -- I don't know how to describe him.  He is

04:31:44  21   a character.  I don't know what he goes by -- I don't

04:31:47  22   know how to classify Wack 100.

04:31:49  23       Q    Tell me what you know about him.

04:31:50  24            Do you know the person's real name?

04:31:52  25       A    No.

04:31:54  1          Q    You think that's his given name.  No?

04:31:56  2          A    No.  I hope not.

04:31:57  3          Q    That or the parents have a sense of humor.

04:32:00  4               Okay.  Wack 100 and -- and what do you know

04:32:05  5     about him?  How did he -- what do you have in common?

04:32:08  6     Team Tory?

04:32:10  7          A    I don't -- I wouldn't say we have anything in

04:32:11  8     common.  I just know that he speaks on Tory a lot.

04:32:14  9          Q    Okay.  For the interviews, you did on

04:32:25 10     Nicki Minaj show, did you get paid for those?

04:32:27 11          A    No.

04:32:28 12          Q    Okay.

04:32:47 13               MR. O'SULLIVAN:  60.

04:32:48 14               MS. DIXON:  After this, can we take a break?

04:32:50 15               MR. O'SULLIVAN:  You want to do this one real

04:32:50 16     quick and then -- let's just do this exhibit.

04:32:51 17               MS. HAYRAPETIAN:  Let's do this and one more

04:32:52 18     and --

04:32:54 19               MR. O'SULLIVAN:  Okay.

04:32:54 20               (Exhibit 60 was marked for identification.)

04:32:54 21     BY MR. O'SULLIVAN:

04:32:54 22          Q    Ms. Cooper, I'm showing you what we've marked

04:32:56 23     as Exhibit 60.  It looks to be a Zoom invite, and I

04:33:03 24     guess, I'll start at the top.

04:33:04 25               Is that your email there

| 04:33:04 | 1 | milagrogramz@gmail.com? |
| 04:33:04 | 2 | A    Yes. |
| 04:33:09 | 3 | Q    All right.  Let's see if there's a date on |
| 04:33:11 | 4 | here. |
| 04:33:12 | 5 | All right.  This looks start date |
| 04:33:14 | 6 | June 10, 2023. |
| 04:33:15 | 7 | Do you see that? |
| 04:33:16 | 8 | A    Uh-huh. |
| 04:33:17 | 9 | Q    Okay.  Do you recall this -- this Zoom? |
| 04:33:21 | 10 | A    Not necessarily.  Honestly.  No. |
| 04:33:23 | 11 | Q    All right.  It looks like you were invited by |
| 04:33:27 | 12 | Sonstar; right? |
| 04:33:28 | 13 | A    Uh-huh. |
| 04:33:29 | 14 | Q    And the subject is "Friends of Sonstar and |
| 04:33:31 | 15 | Daystar."  Yeah? |
| 04:33:32 | 16 | A    Uh-huh. |
| 04:33:33 | 17 | Q    All right.  And -- and is this Zoom invite the |
| 04:33:37 | 18 | first time you heard that description, or is that -- is |
| 04:33:41 | 19 | that the name of this group?  Like, have you heard that |
| 04:33:44 | 20 | before -- "Friends of Sonstar and Daystar"? |
| 04:33:46 | 21 | A    No. |
| 04:33:47 | 22 | Q    Okay.  Do you consider yourself a friend of |
| 04:33:51 | 23 | Sonstar and Daystar? |
| 04:33:53 | 24 | A    Not necessarily, no. |
| 04:33:55 | 25 | Q    Did you -- did you say anything to him when |

04:33:57  1    you said why are you having me in this group?

04:33:59  2         A    No.  I don't even know -- I don't recall this

04:34:02  3    meeting, actually.

04:34:04  4         Q    All right.  Well, let me ask you about those

04:34:06  5    people.  So -- so -- in attendees, it's got Sonstar,

04:34:12  6    it's got to you.

04:34:13  7         A    Uh-huh.

04:34:14  8         Q    Do you recognize that third one, Duanidy?

04:34:17  9         A    I do not.

04:34:18  10        Q    How about Joyce Bryant 516?

04:34:20  11        A    No.

04:34:20  12        Q    How about The King's First Daughter?

04:34:22  13        A    No.

04:34:22  14        Q    About what about Tea with Tia?

04:34:25  15        A    Yes, I do know her.

04:34:26  16        Q    Who is Tea with Tia?

04:34:28  17        A    A blogger.

04:34:28  18        Q    And do you know the person's real name?

04:34:31  19        A    I don't know -- I think it's Tia, actually.

04:34:35  20        Q    All right.  And how did you come to know about

04:34:38  21    Tia with the T?

04:34:42  22        A    She came to some of the subsequent -- whatever

04:34:47  23    was going on with the case that was a court appearance

04:34:49  24    she came to one and I met her there.

04:34:53  25        Q    You met her in the courthouse, like, watching

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:34:55 | 1 | the proceedings? |
| 04:34:56 | 2 | A    Yeah.  She came down for one of -- one of the |
| 04:35:00 | 3 | dates. |
| 04:35:01 | 4 | Q    Okay.  One of the dates in the trial itself |
| 04:35:04 | 5 | or -- |
| 04:35:05 | 6 | A    It was after the fact. |
| 04:35:06 | 7 | Q    After.  Okay. |
| 04:35:06 | 8 | A    Uh-huh. |
| 04:35:07 | 9 | Q    But maybe the motion for a new trial or? |
| 04:35:09 | 10 | A    I couldn't say what it was exactly, but I know |
| 04:35:11 | 11 | it was after the trial, for sure. |
| 04:35:13 | 12 | Q    And was Tia also covering the trial like you |
| 04:35:15 | 13 | were? |
| 04:35:16 | 14 | A    I couldn't say.  I wasn't aware of her prior. |
| 04:35:19 | 15 | Q    Is there anything else you know about her that |
| 04:35:21 | 16 | you haven't told me?  Like, what does she -- do you |
| 04:35:24 | 17 | follow her posts or social media? |
| 04:35:27 | 18 | A    I have personally never heard of her. |
| 04:35:30 | 19 | Q    Okay.  Is this the -- so you ran into her in |
| 04:35:34 | 20 | court. |
| 04:35:35 | 21 | Was that before this friends of Sonstar and |
| 04:35:40 | 22 | Daystar meeting? |
| 04:35:41 | 23 | A    I couldn't say, because I don't remember what |
| 04:35:42 | 24 | court date it was. |
| 04:35:43 | 25 | Q    Okay.  And you are saying you don't even |

| | | |
|---|---|---|
| 04:35:45 | 1 | remember this actual meeting? |
| 04:35:47 | 2 | A    No, I don't. |
| 04:35:48 | 3 | Q    Do you remember ever being in a Zoom or being |
| 04:35:53 | 4 | with Tia other than when you saw her in court? |
| 04:35:56 | 5 | A    On a Zoom?  No. |
| 04:35:57 | 6 | Q    What about any setting other than court? |
| 04:36:00 | 7 | A    No.  I don't recall having any meetings with |
| 04:36:03 | 8 | her like that. |
| 04:36:10 | 9 | Q    And you are saying you don't even remember |
| 04:36:11 | 10 | this -- |
| 04:36:12 | 11 | A    Right. |
| 04:36:12 | 12 | Q    -- friends of Sonstar.  Putting aside the |
| 04:36:16 | 13 | date, this June date, were you on other Zoom calls, |
| 04:36:25 | 14 | regular calls, conference calls -- any kind of |
| 04:36:27 | 15 | communication with groups of people who were supporting |
| 04:36:33 | 16 | Tory? |
| 04:36:34 | 17 | A    There were some emails.  There would be like a |
| 04:36:37 | 18 | blast from Unite The People when something got filed, |
| 04:36:40 | 19 | and they would send the documents.  So I was, like, cc'd |
| 04:36:43 | 20 | in on those emails. |
| 04:36:44 | 21 | Q    On those groups. |
| 04:36:45 | 22 | What was it -- that group chat have a name? |
| 04:36:47 | 23 | A    It was an email -- no.  It was just an email |
| 04:36:51 | 24 | with the different people whoever they were sending it |
| 04:36:54 | 25 | to. |

04:36:54   1        Q    Uh-huh.  And, as far as you can recall, you

04:36:59   2   never attended any meetings, either virtual or in

04:37:02   3   person, of the friends of Sonstar and Daystar?

04:37:05   4        A    No.  I don't recall that.

04:37:06   5        Q    Okay.  Did you ever get briefings or updates

04:37:14   6   or intel on what was coming up with the legal strategy?

04:37:17   7        A    No.

04:37:20   8        Q    What positions they were going to take on

04:37:21   9   things?  What they were going to be telling the media?

04:37:24  10   Anything like that?

04:37:25  11        A    No.  I would just -- after things were

04:37:27  12   published, after they did whatever they did, we would

04:37:30  13   get an email with the paperwork.  And then, if it was

04:37:34  14   big enough, that's when Ceasar would come on my

04:37:37  15   Instagram to talk about it, to try to help the audience

04:37:40  16   understand what was taking place at that time.

04:37:42  17        Q    Okay.  And the origin -- whatever the thing

04:37:44  18   was that was coming out with, that was from these

04:37:47  19   emails?

04:37:48  20        A    Yes.

04:37:53  21        Q    And that -- that -- the source of that was

04:37:55  22   somebody from Unite The People?

04:37:56  23        A    Yes.

04:38:01  24        Q    Okay.  And as far as you know, is Unite The

04:38:02  25   People still involved with Tory's case?

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:38:05 | 1 | A    I don't know what they're doing. |
| 04:38:06 | 2 | Q    And they're not involved with your case? |
| 04:38:08 | 3 | A    No, not anymore. |
| 04:38:12 | 4 | Q    And is the reason that they stopped being |
| 04:38:14 | 5 | involved -- it's just a money reason? |
| 04:38:17 | 6 | A    From my understanding. |
| 04:38:19 | 7 | Q    It was their choice, not yours? |
| 04:38:21 | 8 | A    Yes, their choice. |
| 04:38:23 | 9 | Q    Are you still on those emails from Unite The |
| 04:38:28 | 10 | People about what is coming out on the Tory defense? |
| 04:38:31 | 11 | A    No. |
| 04:38:33 | 12 | Q    Did you -- did you unsubscribe to that, or |
| 04:38:35 | 13 | they just stopped? |
| 04:38:36 | 14 | A    They just stopped sending it.  Or I don't know |
| 04:38:39 | 15 | even know if there was an update to even give, but I |
| 04:38:42 | 16 | haven't received anything in a long time. |
| 04:38:44 | 17 | Q    Who were the other people that you know |
| 04:38:46 | 18 | personally who were in that -- that group, that got |
| 04:38:50 | 19 | updates from Unite The People about the Tory case? |
| 04:38:54 | 20 | A    Tia is the only person I know.  Other than |
| 04:38:56 | 21 | that, I don't know the other people.  They chose them. |
| 04:38:59 | 22 | Q    And could you see from the emails how big a |
| 04:39:02 | 23 | group it was? |
| 04:39:05 | 24 | A    No.  I could just see that there were other |
| 04:39:07 | 25 | names listed. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 04:39:08 | 1 | Q    Okay.  Were you in touch during this same |
| 04:39:18 | 2 | period with anybody in the same way from Megan's team? |
| 04:39:22 | 3 | Like, giving you here is what we're going to say, here |
| 04:39:26 | 4 | is what we're going to do, put this on your show? |
| 04:39:28 | 5 | A    No. |
| 04:39:29 | 6 | Q    No.  Okay.  Next -- |
| 04:39:47 | 7 | MS. HAYRAPETIAN:  Do we want a break now? |
| 04:39:49 | 8 | MR. O'SULLIVAN:  Yes. |
| 04:39:49 | 9 | THE VIDEOGRAPHER:  The time is 4:39.  We're |
| 04:39:51 | 10 | going off the record. |
| 04:39:59 | 11 | (Recess was taken.) |
| 05:08:10 | 12 | THE VIDEOGRAPHER:  The time is 5:08.  We're |
| 05:08:13 | 13 | back on the record. |
| 05:08:19 | 14 | MR. O'SULLIVAN:  61.  For the record, I marked |
| 05:08:42 | 15 | as Exhibit 61, a October 29, 2024, communication from |
| 05:08:49 | 16 | Quinn Emanuel directed to Ms. Cooper from Alex Spiro at |
| 05:08:55 | 17 | Quinn.  Title is "Notice of Claims and Preservation of |
| 05:08:58 | 18 | Documents and Information." |
| 05:08:59 | 19 | (Exhibit 61 was marked for identification.) |
| 05:08:59 | 20 | BY MR. O'SULLIVAN: |
| 05:09:00 | 21 | Q    And did you spend enough time flipping through |
| 05:09:02 | 22 | it, Ms. Cooper, to let me know if you've seen this |
| 05:09:05 | 23 | before? |
| 05:09:06 | 24 | A    Yes. |
| 05:09:06 | 25 | Q    Okay.  Did you review it when you got it? |

MILAGRO ELIZABETH COOPER                                         JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 05:09:08 | 1 | A | Yes. |
| 05:09:08 | 2 | Q | And did you understand one of the things that |
| 05:09:10 | 3 | | was being -- you were put on notice here is not to |
| 05:09:15 | 4 | | delete any documents or emails or anything; right? |
| 05:09:17 | 5 | A | Right. |
| 05:09:18 | 6 | Q | And did you follow that instruction? |
| 05:09:19 | 7 | A | Yes. |
| 05:09:20 | 8 | Q | Okay.  Have you looked at this document since |
| 05:09:29 | 9 | | you first got it -- 61? |
| 05:09:33 | 10 | A | No.  Not really. |
| 05:09:37 | 11 | Q | How did you receive this?  By email? |
| 05:09:38 | 12 | A | By email. |
| 05:09:39 | 13 | Q | And when you got it, what did you do, if |
| 05:09:43 | 14 | | anything, about this? |
| 05:09:46 | 15 | A | Nothing.  I just -- |
| 05:09:48 | 16 | Q | You said "okay."  It says "We're going to sue |
| 05:09:49 | 17 | | you, and you better not delete any documents"; right? |
| 05:09:51 | 18 | A | Right. |
| 05:09:52 | 19 | Q | And did you tell your husband? |
| 05:09:57 | 20 | A | About the lawsuit? |
| 05:09:58 | 21 | Q | Yeah. |
| 05:09:58 | 22 | A | Yes. |
| 05:09:59 | 23 | Q | All right.  Who else tells did you tell? |
| 05:10:00 | 24 | A | The public. |
| 05:10:02 | 25 | Q | All right.  You talked about it on your show, |

| | | |
|---|---|---|
| 05:10:04 | 1 | what, that day? |
| 05:10:08 | 2 | A    Yes. |
| 05:10:09 | 3 | Q    And anybody else you reached out to about |
| 05:10:10 | 4 | this? |
| 05:10:12 | 5 | A    It was -- no.  I just went public with it. |
| 05:10:15 | 6 | Q    Did you let Sonstar know that this happened? |
| 05:10:21 | 7 | A    The news spread really, really quickly; so I |
| 05:10:25 | 8 | don't know how he found out. |
| 05:10:27 | 9 | Q    But pretty quickly he -- everyone knew.  Yeah? |
| 05:10:30 | 10 | A    Yeah, yeah. |
| 05:10:30 | 11 | Q    Okay. |
| 05:10:46 | 12 | MR. O'SULLIVAN:  62.  I'll give you that. |
| 05:10:56 | 13 | (Exhibit 62 was marked for identification.) |
| 05:10:57 | 14 | BY MR. O'SULLIVAN: |
| 05:10:57 | 15 | Q    For the record, I've marked as Exhibit 62 |
| 05:11:00 | 16 | Forensic Analysis of iPhone.  This is an FTI document, |
| 05:11:07 | 17 | and it has a report on their forensic analysis of your |
| 05:11:10 | 18 | phone. |
| 05:11:19 | 19 | A    Uh-huh. |
| 05:11:20 | 20 | Q    And I just want to direct your attention to |
| 05:11:22 | 21 | where it talks about -- let me see.  Maybe Marie will |
| 05:11:26 | 22 | show me where the relevant part is. |
| 05:11:29 | 23 | Okay.  All right.  If you look at page 5 of 5 |
| 05:11:38 | 24 | the last page. |
| 05:11:39 | 25 | You see that? |

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:11:47 | 1 | A    Uh-huh. |
| 05:11:47 | 2 | Q    Those bullets there? |
| 05:11:48 | 3 | A    Yes. |
| 05:11:49 | 4 | Q    Okay.  And based on their forensic analysis, |
| 05:11:55 | 5 | they have these bullets.  The first one says that there |
| 05:11:57 | 6 | was evidence that identified the WhatsApp was |
| 05:12:00 | 7 | uninstalled at the time they got your phone; is that |
| 05:12:04 | 8 | correct? |
| 05:12:04 | 9 | A    Uh-huh.  I believe so. |
| 05:12:04 | 10 | Q    Did you uninstall WhatsApp at some point or |
| 05:12:07 | 11 | take it off? |
| 05:12:08 | 12 | A    Yeah.  I have uninstalled it over the years. |
| 05:12:10 | 13 | Q    Okay.  Was there a time when you used it? |
| 05:12:12 | 14 | A    Yes. |
| 05:12:13 | 15 | Q    And what did you use it for?  Phone calls? |
| 05:12:17 | 16 | Texting. |
| 05:12:18 | 17 | A    No.  Sonstar went out of town, and he asked me |
| 05:12:20 | 18 | if I could use WhatsApp to speak with him. |
| 05:12:23 | 19 | Q    'Cause it's free when you are traveling |
| 05:12:25 | 20 | internationally or -- |
| 05:12:26 | 21 | A    I don't know how that works.  But he asked me |
| 05:12:29 | 22 | to talk to him. |
| 05:12:31 | 23 | Q    Did you use that to call him or to text him |
| 05:12:33 | 24 | instead of -- |
| 05:12:34 | 25 | A    Yeah.  He needed -- he was out of town.  And |

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:12:36 | 1 | yeah. |
| 05:12:37 | 2 | Q    Anyway.  So you ended up using WhatsApp for |
| 05:12:39 | 3 | the first time because he suggested that's a better |
| 05:12:41 | 4 | platform for whatever he wanted to do? |
| 05:12:44 | 5 | A    It wasn't necessarily the first time, but like |
| 05:12:45 | 6 | in a way that -- you know. |
| 05:12:47 | 7 | Q    To really communicate in real time? |
| 05:12:49 | 8 | A    Yeah, yeah. |
| 05:12:50 | 9 | Q    Okay.  And that was the only reason you did |
| 05:12:51 | 10 | it? |
| 05:12:53 | 11 | A    That was -- yeah.  That was the reason why. |
| 05:12:56 | 12 | Q    Okay.  And it looks like between |
| 05:12:59 | 13 | July 4th, 2023, and March 18 of 2025 your WhatsApp was |
| 05:13:04 | 14 | at least tapping into Wi-Fi. |
| 05:13:05 | 15 | Any reason to think that's not accurate? |
| 05:13:10 | 16 | A    No. |
| 05:13:11 | 17 | Q    Is March 18, 2025, when you discontinued |
| 05:13:15 | 18 | WhatsApp? |
| 05:13:18 | 19 | A    I couldn't say the exact day. |
| 05:13:20 | 20 | Q    Approximately? |
| 05:13:20 | 21 | A    I couldn't say. |
| 05:13:21 | 22 | Q    Was it this year? |
| 05:13:24 | 23 | A    That I stopped using it? |
| 05:13:25 | 24 | Q    Let me step back. |
| 05:13:26 | 25 | Is there a reason you stopped using WhatsApp? |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:13:28 | 1 | Or your WhatsApp stopped communicating with the service? |
| 05:13:33 | 2 | A    Because it's not something I use routinely. |
| 05:13:35 | 3 | There have been times over the years where I've |
| 05:13:37 | 4 | uninstalled it, because I'll do that with apps and |
| 05:13:39 | 5 | things like that.  And then there's been certain people |
| 05:13:43 | 6 | like Sonstar who needed to communicate; so I've used it |
| 05:13:45 | 7 | for that. |
| 05:13:46 | 8 | And then there was an instance -- there was |
| 05:13:48 | 9 | someone reaching out to me that I didn't want to speak |
| 05:13:50 | 10 | to. |
| 05:13:54 | 11 | Q    Okay.  And when was that incident? |
| 05:13:57 | 12 | A    It was this year.  I don't know the exact |
| 05:13:59 | 13 | date. |
| 05:14:00 | 14 | Q    And -- and is the reason that you uninstalled |
| 05:14:07 | 15 | WhatsApp now -- I know you said you've done it before. |
| 05:14:08 | 16 | When you did it this time, it was because this person |
| 05:14:11 | 17 | reaching out was reaching out on WhatsApp? |
| 05:14:13 | 18 | A    Yeah. |
| 05:14:13 | 19 | Q    And you didn't want to deal with it; so you |
| 05:14:13 | 20 | thought I'll just deleted the whole app? |
| 05:14:15 | 21 | A    I uninstalled the app. |
| 05:14:19 | 22 | Q    Uninstalled the app. |
| 05:14:19 | 23 | And who was the person that was reaching out? |
| 05:14:21 | 24 | A    Her nickname is Cupcake.  Her real name -- I |
| 05:14:24 | 25 | don't remember it right now. |

MILAGRO ELIZABETH COOPER                           JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:14:26 | 1 | Q    And why did you not want to communicate with |
| 05:14:28 | 2 | Cupcake? |
| 05:14:30 | 3 | A    Because we had a bad interaction.  We had some |
| 05:14:35 | 4 | negative interaction; so I don't -- I don't wish to talk |
| 05:14:37 | 5 | to her. |
| 05:14:38 | 6 | Q    Okay.  And what was, from her side, the |
| 05:14:40 | 7 | negativity?  What did she do that made you no longer |
| 05:14:43 | 8 | want to talk to her?  Was it something online? |
| 05:14:46 | 9 | A    Yeah.  She had been speaking negatively about |
| 05:14:49 | 10 | me online. |
| 05:14:51 | 11 | Q    And what was the worse thing she said about |
| 05:14:53 | 12 | you -- Cupcake? |
| 05:14:57 | 13 | A    It wasn't the worst.  It was just stupid |
| 05:15:00 | 14 | things.  You are fat, or you are not big -- or I |
| 05:15:04 | 15 | couldn't tell all of what she said.  She did interviews |
| 05:15:07 | 16 | and stuff like that. |
| 05:15:08 | 17 | Q    What was the thing that stung the most?  Or |
| 05:15:10 | 18 | you said you know what, I'm going to take five minutes |
| 05:15:12 | 19 | and uninstall this app because I don't even want to deal |
| 05:15:15 | 20 | with this person? |
| 05:15:16 | 21 | A    Her reaching out to me period because I felt |
| 05:15:18 | 22 | harassed at that point.  She's lied before about me |
| 05:15:21 | 23 | going to the courthouse.  There was a rumor that I would |
| 05:15:22 | 24 | be in trouble if I went to the courthouse for the |
| 05:15:26 | 25 | Tory Lanez trial that she started, and just stuff that I |

05:15:29  1   felt like was just too far.

05:15:32  2       Q    So she was, like, a voice online saying

05:15:34  3   negative things about you, and then she reached out?

05:15:35  4   Like, she sent you a WhatsApp message?

05:15:39  5       A    Yes, she did.

05:15:40  6       Q    And what was -- what did she say?  "Want to

05:15:42  7   hang out"?

05:15:43  8       A    I don't recall exactly what she said.  But

05:15:44  9   she -- she reached out to me, and I just felt like it

05:15:46  10  was harassing at that point.

05:15:49  11      Q    Okay.  And so -- so you got rid of WhatsApp.

05:15:52  12           And have you had any interaction with Cupcake

05:15:55  13  since then?

05:15:56  14      A    No.

05:15:57  15      Q    And has Cupcake continued to say negative

05:16:00  16  things about you online?

05:16:01  17      A    I'm not sure.

05:16:02  18      Q    Okay.  You are not aware either way?

05:16:03  19      A    Right.  No.

05:16:04  20      Q    Okay.  And the fourth bullet, "Evidence was

05:16:12  21  identified showing thousands of SMS images were deleted

05:16:15  22  between December 11th, 2019, and April 9, 2025."

05:16:19  23           So you talked before about the different

05:16:24  24  people have different, like, settings and things about

05:16:26  25  auto delete and invisible and whatever.

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:16:28 | 1 | What's your sort of settings in terms of how |
| 05:16:34 | 2 | your messages and your different platforms are -- are |
| 05:16:37 | 3 | kept?  Do you have any auto deletes turned on? |
| 05:16:40 | 4 | A    For some things, yes. |
| 05:16:41 | 5 | Q    All right.  Which of the ones that you -- you |
| 05:16:43 | 6 | keep everything -- which ones -- auto delete.  I just |
| 05:16:46 | 7 | want to go through the places stuff might be. |
| 05:16:49 | 8 | A    The iPhone may be on auto delete. |
| 05:16:51 | 9 | Q    All right.  So on iPhone, this is referring to |
| 05:16:54 | 10 | SMS messages deleted. |
| 05:16:56 | 11 | That's your text messages; right? |
| 05:16:58 | 12 | A    Are you asking me if I deleted message?  Or |
| 05:17:00 | 13 | what are you saying? |
| 05:17:01 | 14 | Q    I think this says you definitely did -- or |
| 05:17:03 | 15 | your phone did.  Yeah.  I'll ask you that. |
| 05:17:06 | 16 | Over time, do you delete messages on iPhone? |
| 05:17:08 | 17 | A    Yes. |
| 05:17:09 | 18 | Q    Okay.  And this says thousands between the |
| 05:17:12 | 19 | long period of time. |
| 05:17:14 | 20 | A    Right. |
| 05:17:14 | 21 | Q    Any reason to think that's not accurate? |
| 05:17:17 | 22 | A    No. |
| 05:17:17 | 23 | Q    Okay.  And do you sometimes delete messages, |
| 05:17:23 | 24 | like, as you are going?  Selectively?  Like, I don't |
| 05:17:26 | 25 | need this and just delete it? |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:17:27 | 1 | What's your -- what's your approach on |
| 05:17:29 | 2 | preserving or deleting SMS messages on your phone? |
| 05:17:33 | 3 | A    So I'm one of those people that hates to see |
| 05:17:36 | 4 | that notification saying that you have some messages; so |
| 05:17:40 | 5 | I'll go in and look at it, and if I feel like it's not |
| 05:17:43 | 6 | something worth keeping, then I'll delete it after a |
| 05:17:45 | 7 | while.  Or group chats, or stuff like that, I'll delete. |
| 05:17:49 | 8 | Things that just have to -- like, are |
| 05:17:53 | 9 | deadweight so to speak maybe on the phone. |
| 05:17:55 | 10 | Q    So one reason you would delete stuff is |
| 05:17:57 | 11 | just -- just, why keep it.  I don't need this for |
| 05:18:00 | 12 | anything; right? |
| 05:18:01 | 13 | A    And sometimes, over time, for space.  I'm |
| 05:18:04 | 14 | recording a lot and streaming a lot.  I have to use my |
| 05:18:06 | 15 | devices to blog; so I need space, videos, pictures.  I'm |
| 05:18:10 | 16 | taking thousands of pictures and videos and making slide |
| 05:18:14 | 17 | shows, a lot of different things. |
| 05:18:23 | 18 | Q    Okay.  And do -- do you recall having done |
| 05:18:26 | 19 | that before saying, oh, my God.  I need more space.  Let |
| 05:18:28 | 20 | me just go get rid of some stuff? |
| 05:18:31 | 21 | A    Yes. |
| 05:18:31 | 22 | Q    Including messages? |
| 05:18:32 | 23 | A    Yes. |
| 05:18:32 | 24 | Q    So you've deleted messages just because you |
| 05:18:34 | 25 | needed space? |

| | | |
|---|---|---|
| 05:18:35 | 1 | A    Yes. |
| 05:18:37 | 2 | Q    But, presumably, you did that knowing the |
| 05:18:40 | 3 | things I'm deleting, I probably don't need; right? |
| 05:18:43 | 4 | A    Right. |
| 05:18:43 | 5 | Q    Okay.  And it says evidence that there was a |
| 05:18:54 | 6 | restoration and the backup March 10, 2025. |
| 05:18:57 | 7 | Was that as part the -- the -- this case, of |
| 05:19:00 | 8 | giving the phone for discovery? |
| 05:19:03 | 9 | A    Doing a backup? |
| 05:19:04 | 10 | Q    Did you restore your phone from a backup in |
| 05:19:06 | 11 | March? |
| 05:19:07 | 12 | A    I may have. |
| 05:19:07 | 13 | Q    Or get a new phone maybe? |
| 05:19:09 | 14 | A    No.  But a backup. |
| 05:19:11 | 15 | Q    Okay. |
| 05:19:12 | 16 | A    Yeah. |
| 05:19:12 | 17 | Q    Have you -- strike that. |
| 05:19:24 | 18 | Have you ever deleted messages related to |
| 05:19:39 | 19 | Megan?  Meaning, you looked at a message and it related |
| 05:19:44 | 20 | to Megan in some way, and you got rid of it? |
| 05:19:48 | 21 | A    No.  If I was sent a message, if I felt like |
| 05:19:52 | 22 | it was important -- you never know what you might need |
| 05:19:55 | 23 | to refer back to; so I try my best to keep it, if I feel |
| 05:19:59 | 24 | like it's important. |
| 05:19:59 | 25 | Q    You go the other way.  You would rather keep |

| | | |
|---|---|---|
| 05:20:01 | 1 | it so you have it if you need it?  Yes. |
| 05:20:03 | 2 | A    Yeah, yeah. |
| 05:20:04 | 3 | Q    Okay.  Did you ever, on purpose, delete any |
| 05:20:09 | 4 | messages because they related to this case, and you |
| 05:20:13 | 5 | didn't want to deal with them in the case? |
| 05:20:16 | 6 | A    No. |
| 05:20:17 | 7 | Q    Okay. |
| 05:20:17 | 8 | MR. O'SULLIVAN:  All right.  So this is 62? |
| 05:20:17 | 9 | THE COURT REPORTER:  63. |
| 05:20:46 | 10 | MS. DIXON:  I don't think I have it. |
| 05:20:49 | 11 | MR. O'SULLIVAN:  Here you go. |
| 05:20:49 | 12 | MS. DIXON:  Thank you. |
| 05:20:49 | 13 | MR. O'SULLIVAN:  Sorry. |
| 05:20:53 | 14 | MS. DIXON:  This is 63. |
| 05:20:56 | 15 | MR. O'SULLIVAN:  63. |
| 05:20:56 | 16 | For the record, I've marked as Exhibit 63 -- I |
| 05:21:00 | 17 | think this is from Ms. Cooper's production -- it's a |
| 05:21:04 | 18 | screenshot.  And from the metadata, I can see it's from |
| 05:21:09 | 19 | November of 2024. |
| 05:21:11 | 20 | (Exhibit 63 was marked for identification.) |
| 05:21:11 | 21 | BY MR. O'SULLIVAN: |
| 05:21:11 | 22 | Q    And I'll ask you to look at Exhibit 63, |
| 05:21:14 | 23 | Ms. Cooper, and tell me if you recognize that. |
| 05:21:17 | 24 | A    Yeah. |
| 05:21:18 | 25 | Q    And can you just interpret what's -- what's |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:21:19 | 1 | going on here for me. |
| 05:21:21 | 2 | A    It says, "Recently deleted." |
| 05:21:23 | 3 | Q    All right.  And I think this is from November |
| 05:21:24 | 4 | of 2024.  It -- do you know why you took a screenshot of |
| 05:21:32 | 5 | this page? |
| 05:21:34 | 6 | A    No.  Honestly, I don't. |
| 05:21:36 | 7 | Q    Do you remember the occasion when you did |
| 05:21:40 | 8 | whatever these deletions are? |
| 05:21:43 | 9 | A    No, not really.  Honestly. |
| 05:21:45 | 10 | Q    Was anything going on around |
| 05:21:46 | 11 | November 14th of 2024 that would have caused you to |
| 05:21:53 | 12 | want to delete all this stuff? |
| 05:21:55 | 13 | A    November is when I do a trip every year. |
| 05:21:58 | 14 | Q    Okay. |
| 05:21:59 | 15 | A    So I have to edit a lot, because I do like a |
| 05:22:03 | 16 | mock reality show; so -- |
| 05:22:10 | 17 | Q    Okay.  Do you think that these deletions are |
| 05:22:12 | 18 | related to the mock reality show? |
| 05:22:17 | 19 | A    These messages? |
| 05:22:18 | 20 | Q    Yeah. |
| 05:22:18 | 21 | A    Oh.  Like, why I may have needed space? |
| 05:22:20 | 22 | Q    Well, I just want to get your testimony. |
| 05:22:22 | 23 | Do you think that the deletions that are on |
| 05:22:24 | 24 | Exhibit 63 -- what do you think the explanation is?  The |
| 05:22:29 | 25 | reason that they were deleted. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:22:30 | 1 | I think you are about to tell me that maybe |
| 05:22:33 | 2 | you were creating space for -- for your show? |
| 05:22:34 | 3 | A   I wouldn't say for certain.  You just asked me |
| 05:22:37 | 4 | what was kind of going on around that time.  I don't -- |
| 05:22:39 | 5 | I don't know why. |
| 05:22:41 | 6 | Q   All right.  Can you think of -- or do you know |
| 05:22:52 | 7 | the reason why you deleted specifically that first |
| 05:22:55 | 8 | script, the four messages from Sonstar? |
| 05:22:59 | 9 | A   I don't know what they are; so no. |
| 05:23:03 | 10 | Q   Do you recall ever specifically deleting |
| 05:23:06 | 11 | messages from Sonstar? |
| 05:23:09 | 12 | A   No. |
| 05:23:11 | 13 | Q   I'm trying to distinguish routine -- I'm just |
| 05:23:14 | 14 | trying to create space, and I'm deleting all of this |
| 05:23:17 | 15 | stuff.  I understand that. |
| 05:23:18 | 16 | Was there ever an occasion where you said, |
| 05:23:19 | 17 | "Oh, I should delete these messages from Sonstar" for |
| 05:23:23 | 18 | any reason? |
| 05:23:23 | 19 | A   No. |
| 05:23:25 | 20 | Q   Is there something about this -- this four |
| 05:23:30 | 21 | message sources that -- that gives you insight as to -- |
| 05:23:35 | 22 | as to how you chose this -- this group to delete? |
| 05:23:38 | 23 | A   The only one that I would highlight is the -- |
| 05:23:42 | 24 | the 20,451.  That group chat we -- me and that group of |
| 05:23:49 | 25 | friends were no longer associated with some of the |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

```
05:23:52   1   people in it; so that turned into a dead conversation,
05:23:55   2   basically.
05:23:57   3        Q    All right.  And how long were you in that
05:23:59   4   group chat?
05:24:00   5             Is that what that is -- a group chat?
05:24:04   6        A    For a while.  Yeah, yeah.  That was a group
05:24:07   7   chat.
05:24:07   8        Q    And that's the one that's N-word Shore; right?
05:24:08   9        A    Yes.
05:24:11  10        Q    What brought that group together?  What was
05:24:12  11   your -- your organizing theme?
05:24:16  12        A    They're friends of mine.  It's just a group of
05:24:18  13   friends, and we have a -- travel together, hung out
05:24:21  14   together, and stuff like that.
05:24:24  15        Q    And that's -- what period of time do you think
05:24:28  16   was covered by 20,000 messages?  That's a lot of
05:24:33  17   messages.
05:24:33  18        A    I don't know.  Right.  I don't know.  It's so
05:24:36  19   much.
05:24:38  20        Q    Is -- is anybody in that group related to
05:24:43  21   whatever is going on between you and
05:24:46  22   Megan Thee Stallion?
05:24:47  23        A    No.
05:24:48  24        Q    All right.  Is that -- is -- is either Megan
05:24:52  25   or of Tory Lanez a topic in this N-word Shore chat
```

| | | |
|---|---|---|
| 05:24:57 | 1 | group? |
| 05:24:57 | 2 | A    No.  It's a personal chat. |
| 05:24:58 | 3 | Q    All right.  It had nothing to do with -- |
| 05:25:00 | 4 | A    Right.  No, no. |
| 05:25:01 | 5 | Q    Oh, okay.  What about this 475 number?  Do you |
| 05:25:04 | 6 | know who that is? |
| 05:25:05 | 7 | A    I don't recognize it at this time. |
| 05:25:07 | 8 | Q    Okay.  34 messages.  A nobody to you. |
| 05:25:09 | 9 | How about Justin?  Do you know who that is? |
| 05:25:11 | 10 | A    I do know who that is. |
| 05:25:13 | 11 | Q    You do? |
| 05:25:14 | 12 | A    Uh-huh. |
| 05:25:14 | 13 | Q    Okay.  And who is that?  Just a friend? |
| 05:25:15 | 14 | A    He is a social media user that I -- I've |
| 05:25:18 | 15 | spoken to him, and he was supposed to come to an event |
| 05:25:21 | 16 | of mine, but he didn't; so I've never met him in person. |
| 05:25:24 | 17 | We were, like, trying to build a friendship. |
| 05:25:27 | 18 | We were cool. |
| 05:25:28 | 19 | Q    Okay.  And then I wanted to ask you, so the -- |
| 05:25:33 | 20 | you said you have a some kind of retreat and then a |
| 05:25:36 | 21 | reality event; right? |
| 05:25:38 | 22 | A    Uh-huh. |
| 05:25:39 | 23 | Q    Let me just get that.  So what's the -- what's |
| 05:25:42 | 24 | the reality show event? |
| 05:25:45 | 25 | A    So I host something called "Camp Mob." |

| | | | |
|---|---|---|---|
| 05:25:48 | 1 | Q | Camp Mob? |
| 05:25:49 | 2 | A | Yes. |
| 05:25:50 | 3 | Q | Okay.  Where is that? |
| 05:25:52 | 4 | A | In Houston. |
| 05:25:53 | 5 | Q | Okay.  And how often does that happen? |
| 05:25:56 | 6 | A | Annually. |
| 05:25:57 | 7 | Q | And how long have you been doing that? |
| 05:25:59 | 8 | A | Since maybe 2018. |
| 05:26:03 | 9 | Q | Okay.  And how big a group is that? |
| 05:26:05 | 10 | A | 50 or less. |
| 05:26:06 | 11 | Q | All right.  And where do you have it? |
| 05:26:08 | 12 | A | In Houston. |
| 05:26:09 | 13 | Q | In a -- In a campsite or a hotel? |
| 05:26:11 | 14 | A | I'm sorry.  The people attending book their |

own rooms.

| | | | |
|---|---|---|---|
| 05:26:15 | 16 | Q | Okay. |
| 05:26:15 | 17 | A | Wherever they wish.  They come to the |

locations based on the activities we're going to do, and

that's how it goes.

| | | | |
|---|---|---|---|
| 05:26:21 | 20 | Q | All right.  And the activities are just around |

town or?

| | | | |
|---|---|---|---|
| 05:26:23 | 22 | A | Yes. |
| 05:26:23 | 23 | Q | Public space? |
| 05:26:24 | 24 | A | Yes. |
| 05:26:25 | 25 | Q | And what would you say is the organizing theme |

05:26:28   1    there?  What do you generally -- what brings -- what

05:26:30   2    causes people to want to come to that?

05:26:33   3         A    To meet me.

05:26:35   4         Q    Okay.

05:26:36   5         A    And then it goes on for about three days, so

05:26:38   6    it's a time to not bond.  All of the people coming, are

05:26:43   7    fans of the show; so they have at least that in common.

05:26:46   8    So it's just a bonding-type thing, a fun thing.

05:26:49   9         Q    And you said it's less than 50 people?

05:26:52  10         A    Yes, it changes.  It depends on the year.  But

05:26:55  11    yes, less than 50.

05:26:56  12         Q    How about this year?  Did you already have it?

05:26:58  13         A    No.  It's every November.  It's the same time

05:27:00  14    frame every year.

05:27:00  15         Q    All right.  So November of '24 -- okay?

05:27:02  16         A    Uh-huh.

05:27:03  17         Q    How many people showed up last year?

05:27:07  18    Approximately?

05:27:08  19         A    Between 30 and 40 maybe.

05:27:10  20         Q    All right.  And did people come from, like,

05:27:12  21    out of state to go to that?

05:27:13  22         A    Yes.

05:27:19  23         Q    Are any of the names we've talked about today

05:27:20  24    related to the Tory and Megan thing in that 30 to 40

05:27:24  25    people who come?

| | | |
|---|---|---|
| 05:27:25 | 1 | A     No. |
| 05:27:30 | 2 | Q     Okay.  What were the main -- well, have -- |
| 05:27:37 | 3 | has -- has Megan and your -- your -- back-and-forth |
| 05:27:42 | 4 | you've had with her over time been a topic at Camp Mob? |
| 05:27:48 | 5 | A     No.  I actually am very strict in the way that |
| 05:27:53 | 6 | it is about nothing more than us bonding; so I make it |
| 05:27:56 | 7 | about us doing activities.  And entertainment news is |
| 05:27:59 | 8 | not allowed, actually. |
| 05:28:00 | 9 | Q     All right.  So you banned that.  You can't |
| 05:28:02 | 10 | talk about. |
| 05:28:02 | 11 | What can't you talk about at Camp Mob? |
| 05:28:05 | 12 | A     What I call "work"; so anything that's |
| 05:28:07 | 13 | supposed to be trending, any gossip, I don't want to |
| 05:28:11 | 14 | hear it.  I want to bond.  I want to get to know some of |
| 05:28:13 | 15 | my fans and see what interests them and play games.  And |
| 05:28:16 | 16 | we do team building and things and stuff like that. |
| 05:28:18 | 17 | Q     Okay.  And then what was -- the other one is a |
| 05:28:25 | 18 | reality show type of thing. |
| 05:28:28 | 19 | A     Like, a parody. |
| 05:28:29 | 20 | Q     A parody reality show. |
| 05:28:30 | 21 | And is that every year? |
| 05:28:33 | 22 | A     It's not every year, but I've done it in the |
| 05:28:36 | 23 | last few years. |
| 05:28:36 | 24 | Q     Okay.  And when was that most recently? |
| 05:28:41 | 25 | A     So I recorded some things in 2024.  I didn't, |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:28:44 | 1 | ultimately, put them out. |
| 05:28:47 | 2 | Q    Okay.  And you recorded some things from -- |
| 05:28:53 | 3 | from an actual event, a get-together?  What does it |
| 05:28:57 | 4 | mean?  What did you record, generally? |
| 05:28:59 | 5 | A    Yeah.  So, as we're doing our activities and |
| 05:29:02 | 6 | stuff like that -- so we went to a -- we went to a room |
| 05:29:07 | 7 | where you can hit things.  It's an activity where you |
| 05:29:09 | 8 | kind of let off steam and hit things.  So I'm recording, |
| 05:29:11 | 9 | like, the cameras.  I'm recording the people arriving. |
| 05:29:13 | 10 | I'm recording, like, how do you feel?  Have you been |
| 05:29:17 | 11 | enjoying yourself so far -- "confessional" -- |
| 05:29:19 | 12 | quote/unquote -- style-things like that, where I kind of |
| 05:29:21 | 13 | play a producer and then film them. |
| 05:29:23 | 14 | Q    And how do the people who you are filming get |
| 05:29:25 | 15 | there?  Like? |
| 05:29:27 | 16 | A    Of their own recognizance.  They'll fly in or |
| 05:29:31 | 17 | drive in or somewhere local. |
| 05:29:32 | 18 | Q    All right.  And -- and is it -- is it a |
| 05:29:33 | 19 | different group than the Camp Mob group? |
| 05:29:36 | 20 | A    What do you mean? |
| 05:29:38 | 21 | Q    That the -- what you just -- the filming you |
| 05:29:41 | 22 | talked in 2024, what are you doing -- you went to a |
| 05:29:44 | 23 | place where you hit things. |
| 05:29:44 | 24 | You said that; right? |
| 05:29:46 | 25 | A    Uh-huh. |

05:29:46   1        Q    Is that different than Camp Mob, or the same?

05:29:48   2        A    No.  That's a part of it.  That's one of the

05:29:51   3   activities we do.

05:29:51   4        Q    I see.  Okay.  So they're related?  All right.

05:29:52   5             So within Camp Mob --

05:29:54   6        A    Right.  We do events.  Yeah.

05:29:55   7        Q    Got it.  Okay.

05:29:56   8             And was there some issue with Camp Mob about

05:30:02   9   somebody getting attacked or assaulted going online?

05:30:05   10            Does that ring a bell?

05:30:07   11       A    Yes.

05:30:07   12       Q    And what was that?  Was that just last

05:30:09   13   November?

05:30:10   14       A    No.  It was 2023, actually.

05:30:12   15       Q    And what was the situation?

05:30:16   16       A    In 2023, I had a pajama party.

05:30:19   17       Q    Okay.

05:30:19   18       A    At an Airbnb.  And the day went on.  In the

05:30:26   19   following days, it was brought to my attention an

05:30:29   20   allegation that a couple of guys, three different guys

05:30:31   21   had been touched on the behind by one particular person.

05:30:36   22       Q    Like, grown-ups?  Everyone is a grown-up?

05:30:38   23       A    Yes.

05:30:39   24       Q    Okay.  And, what -- those individuals came to

05:30:45   25   you and said, "Someone is touching me"?

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

05:30:46   1        A     No.  We were on STATIONHEAD, so I was speaking

05:30:50   2   on the event, da, da, da.  And then in the chat, it was

05:30:53   3   brought up, and then I then brought those people up on

05:30:56   4   air and asked, "Wait, what happened?"  And that's when

05:30:59   5   it was revealed to me.

05:31:01   6        Q     And literally what did they -- what was the

05:31:02   7   complaint?  Or what was the accusation?

05:31:05   8        A     They said that a man named Jordan had touched

05:31:07   9   their behinds.

05:31:09   10       Q     Okay.  Three different people had the same

05:31:12   11   experience?

05:31:12   12       A     Yes.

05:31:13   13       Q     And what happened after that?  Was Jordan --

05:31:17   14       A     I found out later.  So, by the time I found

05:31:19   15   out, the trip was basically over because it was only,

05:31:23   16   like, three days.  And, you know -- but, like I said, by

05:31:27   17   the time I found out, it was basically over with.

05:31:30   18       Q     And did you deal with Jordan?

05:31:33   19       A     I spoke to the different guys and asked them

05:31:37   20   if they wanted to pursue anything, how they felt about

05:31:39   21   it.  And there were three men.  They were kind of

05:31:42   22   embarrassed was my impression.  And I think they just

05:31:46   23   didn't want to be looked at a certain way, or I don't

05:31:48   24   know all of their reasons, but they didn't want to move

05:31:51   25   forward, they said, you know.

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:31:52 | 1 | And Jordan apologized.  He sent me an email, |
| 05:31:54 | 2 | and he apologized to me, and he felt like he had ruined |
| 05:31:58 | 3 | my event.  And he apologized to those three individuals |
| 05:32:00 | 4 | by name, and said, "I'm sorry for touching you |
| 05:32:03 | 5 | inappropriately." |
| 05:32:04 | 6 | Q    Okay.  And is Jordan in or out for the future? |
| 05:32:10 | 7 | A    He is out. |
| 05:32:11 | 8 | Q    Out. |
| 05:32:11 | 9 | A    Yes. |
| 05:32:12 | 10 | Q    Okay.  All right. |
| 05:32:16 | 11 | I'm going to go back to 63 for a second and |
| 05:32:48 | 12 | just ask you a couple of questions about this group |
| 05:32:50 | 13 | N-word Shore. |
| 05:32:50 | 14 | A    Uh-huh. |
| 05:32:50 | 15 | Q    You said at some point the friends you had in |
| 05:32:54 | 16 | there stopped being in there. |
| 05:32:55 | 17 | Is that what you had stopped being associated? |
| 05:32:59 | 18 | A    All of us are no longer friends.  So some of |
| 05:33:01 | 19 | the people in the chat are no longer a part of the |
| 05:33:04 | 20 | friend group. |
| 05:33:07 | 21 | Q    And how would you describe the reason that |
| 05:33:08 | 22 | group was together and then decided not to be together? |
| 05:33:12 | 23 | What was the cause? |
| 05:33:13 | 24 | A    The group was about -- I'm going off how many |
| 05:33:21 | 25 | people are in it. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:33:22 | 1 | Q    Actually, I should ask that.  How many |
| 05:33:23 | 2 | roughly?  Not exactly.  More than 100? |
| 05:33:25 | 3 | A    Okay.  No, no, no.  This is a small group of |
| 05:33:27 | 4 | friends. |
| 05:33:27 | 5 | Q    Okay.  Less than 10? |
| 05:33:28 | 6 | A    Yeah, less than 10, for sure. |
| 05:33:30 | 7 | Q    So just tell me who was in that. |
| 05:33:33 | 8 | A    Me, a friend of mine named Stevey. |
| 05:33:37 | 9 | Q    How do you spell that? |
| 05:33:38 | 10 | A    S-T-E-V-E-Y. |
| 05:33:41 | 11 | Q    Stevey -- Stevey (pronouncing)? |
| 05:33:41 | 12 | A    She says Stevey.  Yup.  Uh-huh.  Kimani. |
| 05:33:46 | 13 | Q    Do you know Stevey's last name? |
| 05:33:49 | 14 | A    I have -- I have to look it up elsewhere.  I |
| 05:33:51 | 15 | don't know right offhand. |
| 05:33:52 | 16 | Q    You don't know.  Okay. |
| 05:33:53 | 17 | What about Kimani's last name? |
| 05:33:56 | 18 | A    Oh, I have to get that.  I don't know. |
| 05:33:58 | 19 | Q    Do you have that somewhere you can easily look |
| 05:34:00 | 20 | it up? |
| 05:34:01 | 21 | A    I believe I can get that.  Yeah. |
| 05:34:02 | 22 | Q    Okay.  Who else is in that group? |
| 05:34:04 | 23 | A    Dynish, D-Y-N-I-S-H. |
| 05:34:08 | 24 | Q    Okay.  Last name there? |
| 05:34:10 | 25 | A    No.  I don't know it.  I'm sorry. |

05:34:12  1         Q    Do you -- do you actually -- like, is that

05:34:15  2    some indication of how well you know them -- that you

05:34:17  3    don't know their last names?

05:34:19  4         A    It's not that.  It's just we all go by

05:34:21  5    nicknames, and we've been using them so long.  I could

05:34:23  6    get it for you, but offhand I really don't know.

05:34:27  7         Q    Okay.  Who else is in the group?  Stevey,

05:34:31  8    Kimani, Dynish?

05:34:33  9         A    Kimble.

05:34:34  10        Q    Kimble.  Okay.  Is that a man or a woman?

05:34:37  11        A    A man.

05:34:37  12             And then -- I believe in this group -- that

05:34:44  13   might have been about it.  Give or take maybe one or two

05:34:47  14   people, but that's about it.

05:34:48  15        Q    And when did you -- if we looked back and

05:34:50  16   looked at this group N-word Shore, when do you think it

05:34:53  17   was first established?

05:35:00  18        A    Maybe 2020-ish.  Maybe.  Maybe prior.

05:35:07  19        Q    And -- and tell me, as best as you can recall,

05:35:09  20   what brought you together?  Like, what was the

05:35:10  21   circumstances of the creation of the N-word Shore?

05:35:11  22             Is "shore" referring to the beach somewhere?

05:35:14  23        A    No.  It was a place.  If you look at the

05:35:16  24   picture associated, it was a play on "Jersey Shore."

05:35:18  25   That's all.  And we're all Black; so I called it that.

| | | |
|---|---|---|
| 05:35:21 | 1 | Q    Okay.  And I can't see the picture that well. |
| 05:35:23 | 2 | Are you the people in that picture you guys, |
| 05:35:25 | 3 | or the real people from the "Jersey Shore"? |
| 05:35:27 | 4 | A    Yeah, the real people from the "Jersey Shore." |
| 05:35:29 | 5 | Q    Got it.  Okay. |
| 05:35:30 | 6 | A    It was a fun group of friends so that was the |
| 05:35:32 | 7 | vibe. |
| 05:35:32 | 8 | Q    Got it.  Okay. |
| 05:35:32 | 9 | And -- and you -- you -- how did you know the |
| 05:35:39 | 10 | people became part of that group?  Like, so I understand |
| 05:35:43 | 11 | the name now. |
| 05:35:44 | 12 | But what -- did you guys go to the beach |
| 05:35:45 | 13 | together?  What was the -- what brought you together and |
| 05:35:48 | 14 | then took you apart? |
| 05:35:50 | 15 | A    A cousin of mine went to school with one of |
| 05:35:52 | 16 | the people in the group. |
| 05:35:54 | 17 | Q    Which one? |
| 05:35:55 | 18 | A    Kimble. |
| 05:35:56 | 19 | Q    Okay.  What's your cousin's name? |
| 05:35:58 | 20 | A    My cousin Brittney. |
| 05:36:00 | 21 | Q    Okay.  Where did they go to school together? |
| 05:36:03 | 22 | A    In Galveston.  I didn't go to school with |
| 05:36:05 | 23 | them.  It was just in Galveston. |
| 05:36:08 | 24 | Q    So your cousin Brittney knew Kimble, and |
| 05:36:10 | 25 | Kimble introduced you to the others? |

| | | |
|---|---|---|
| 05:36:12 | 1 | A    Justin introduced me to the others. |
| 05:36:15 | 2 | Q    All right.  Justin is? |
| 05:36:16 | 3 | A    The one on that screenshot. |
| 05:36:20 | 4 | Q    Okay.  Did -- did something specific cause you |
| 05:36:29 | 5 | to delete Justin and the N-word Shore group at the same |
| 05:36:32 | 6 | time 'cause they're the same group? |
| 05:36:34 | 7 | A    So Justin used to be a part of our friend |
| 05:36:37 | 8 | group, and Justin and Kimble had romantic dealings, and |
| 05:36:43 | 9 | it got really messy and it was why everybody fell out. |
| 05:36:50 | 10 | Q    Okay.  Justin was part of the group? |
| 05:36:52 | 11 | A    Uh-huh. |
| 05:36:52 | 12 | Q    And Kimble was your cousin's friend? |
| 05:36:54 | 13 | A    They went to school together.  I wouldn't call |
| 05:36:56 | 14 | them friends. |
| 05:36:57 | 15 | Q    Okay.  School together.  And then Justin and |
| 05:36:59 | 16 | Kimble were romantically involved, and then that just |
| 05:37:03 | 17 | created dissension in the group? |
| 05:37:05 | 18 | A    Yes. |
| 05:37:06 | 19 | Q    And -- well, this was only late last year. |
| 05:37:09 | 20 | So have you -- have you been in touch with any |
| 05:37:13 | 21 | of these people since November of last year? |
| 05:37:15 | 22 | A    Yes. |
| 05:37:16 | 23 | Q    Okay.  So you don't communicate within this |
| 05:37:18 | 24 | chat but -- |
| 05:37:21 | 25 | A    No. |

05:37:21    1        Q    But you're -- on a one-to-one basis, you are

05:37:23    2   still friends with these other people?  Besides Justin

05:37:25    3   and Kimble?

05:37:27    4        A    I'm still okay with Kimble.  We're, like,

05:37:29    5   trying to rebuild.  I'm no longer friends with Justin.

05:37:31    6   And then everyone else that you listed -- I'm still

05:37:34    7   friends with them.

05:37:35    8             And then, like, I said, there's one or two

05:37:42    9   people in that group chat that I'm not cool with

05:37:44   10   anymore.

05:37:48   11        Q    Okay.  And, like, if I was to retrieve all

05:37:50   12   those 20,000 messages, what's in there?  Is it just all

05:37:55   13   logistics -- see you Tuesday, meet you at the club, or

05:37:58   14   whatever?  Or is there a topic, like Meg or Tory or the

05:38:02   15   stuff we were talking about in there?

05:38:03   16        A    No.  It's about us.  And there were so many of

05:38:06   17   us that it moved so fast.  And a lot of reactions to

05:38:10   18   things and just jokey-type stuff.  Like I said, it was

05:38:15   19   like a fun group.

05:38:16   20             So we just -- like I said, we had fun

05:38:17   21   together.  We would joke a lot.  Honestly.  And talk

05:38:21   22   about our day and stuff like that.  We would wake up

05:38:23   23   every morning -- good morning.  What are you doing?  Da,

05:38:25   24   da, da.  You know, idle chitchat.

05:38:28   25        Q    All right.  And -- and was Justin the reason

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:38:30 | 1 | it all kind of came apart? |
| 05:38:31 | 2 | Like, you are -- you are going to stay in |
| 05:38:35 | 3 | contact with the rest of them; right? |
| 05:38:37 | 4 | A   I -- I wouldn't put all the blame on Justin, |
| 05:38:39 | 5 | but he was a part of it.  It's not all his fault. |
| 05:38:43 | 6 | Q   And the -- and the source of the trouble was |
| 05:38:45 | 7 | that he and Kimble were romantically involved, and then |
| 05:38:47 | 8 | they -- they weren't getting along and that affected |
| 05:38:51 | 9 | everyone? |
| 05:38:51 | 10 | A   Justin actually -- him and Kimble had some |
| 05:38:55 | 11 | type of romantic dealings.  And I think because they |
| 05:38:59 | 12 | were homosexual and maybe did not want everybody in |
| 05:39:02 | 13 | their business, that they were dishonest with us.  And |
| 05:39:06 | 14 | that's what kind of caused everybody to feel a way and |
| 05:39:10 | 15 | have an initial conflict, feeling like we were being |
| 05:39:12 | 16 | lied to and want to know, like, what's going on.  And |
| 05:39:15 | 17 | feeling left out, basically. |
| 05:39:17 | 18 | Q   Did you guys in that group ever talk about the |
| 05:39:21 | 19 | "HBO Max" special about Megan and Tory? |
| 05:39:27 | 20 | A   No. |
| 05:39:28 | 21 | Q   Do you know what I'm talking about? |
| 05:39:30 | 22 | A   Yeah. |
| 05:39:30 | 23 | Q   There's a special -- |
| 05:39:31 | 24 | A   The "Five Shots." |
| 05:39:32 | 25 | Q   I don't know. |

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:39:33 | 1 | What is it called? |
| 05:39:34 | 2 | A    I believe it was called "Five Shots."  The HBO |
| 05:39:37 | 3 | special that I was in. |
| 05:39:38 | 4 | Q    Where they had one perspective, and then the |
| 05:39:39 | 5 | other perspective. |
| 05:39:40 | 6 | You've seen that?  You were in it; right? |
| 05:39:43 | 7 | A    Yeah. |
| 05:39:43 | 8 | Q    Okay.  And you were -- you were in Tory's -- |
| 05:39:46 | 9 | A    Yes. |
| 05:39:46 | 10 | Q    -- version.  Yeah.  Okay. |
| 05:39:48 | 11 | But that -- there's no overlap between this |
| 05:39:51 | 12 | that and what these guys talk about here? |
| 05:39:54 | 13 | A    Right.  No.  Those people listen to my show |
| 05:39:56 | 14 | also; so I need a break.  So when I get done with work, |
| 05:40:01 | 15 | I don't want to -- I want to talk to my friends. |
| 05:40:05 | 16 | Q    Got it. |
| 05:40:06 | 17 | So it's like the Mob Camp.  It's, like, we're |
| 05:40:07 | 18 | not talking business here. |
| 05:40:08 | 19 | A    Right, right.  I just need some time with my |
| 05:40:10 | 20 | friends. |
| 05:40:11 | 21 | Q    Got it.  Noir King -- was he in that? |
| 05:40:15 | 22 | A    In this group chat?  No. |
| 05:40:18 | 23 | Q    How do you know -- do you know him?  Is it a |
| 05:40:20 | 24 | him? |
| 05:40:20 | 25 | A    Yes. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

05:40:20  1        Q    How do you know Noir King?

05:40:23  2        A    I met Noir because, going back to that

05:40:25  3   situation with my children, he helped me to figure out

05:40:27  4   who had done that.

05:40:31  5        Q    The Craigslist thing?

05:40:32  6        A    Yes.

05:40:32  7        Q    And how -- how did he help you?  Or why did

05:40:37  8   you think he could help you?

05:40:41  9        A    Well -- how did that go?  So, I was publicly

05:40:47 10   distraught by it, and I talked about it publicly.  And

05:40:50 11   him -- I was in a group, I feel like, with him and two

05:40:57 12   other women.  And --

05:41:00 13        Q    A chat group?

05:41:00 14        A    Yeah.

05:41:01 15        Q    Okay.

05:41:02 16        A    Yeah.  And at the time, they wanted to help

05:41:05 17   me, and so they tried to look into it, like, as much as

05:41:08 18   they could, or go online and try to find out who BRZY

05:41:11 19   was.  Like, it was a public thing what BRZY posted to

05:41:14 20   Tasha K.; so we all kind of started there to try to

05:41:17 21   figure out who this guy was and see.  So they just

05:41:20 22   helped me in that way.

05:41:21 23        Q    And that was -- at the time that happened,

05:41:27 24   then you thought maybe Noir King could help you with

05:41:30 25   that situation, with Craigslist.

MILAGRO ELIZABETH COOPER                                JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

05:41:32   1          But did you already know him?  Was he already

05:41:34   2   your friend?

05:41:35   3       A    No.

05:41:38   4       Q    And did -- did you become acquainted with him

05:41:40   5   because of that situation -- this situation with

05:41:41   6   Craigslist?

05:41:42   7       A    Yeah.  In a personal way.  Uh-huh.

05:41:44   8       Q    Okay.  And how was it that you connected on

05:41:46   9   that?  Did he reach out and say, "Oh, I -- I'm good at

05:41:50  10   investigating these things" or?  Like what -- was he a

05:41:53  11   tech guy?

05:41:54  12       A    I couldn't say exactly.  No.  I just think

05:41:56  13   that he was willing to see if he could find anything to

05:41:58  14   help me.

05:41:59  15       Q    All right.  But was there anything about him

05:42:00  16   that made it seem like he -- he would be good at that?

05:42:04  17       A    No.  I didn't have any background, but I was

05:42:06  18   willing to get any help I could get, because it was my

05:42:09  19   kids and I was desperate.

05:42:11  20       Q    Let him go try.  Okay.

05:42:13  21          And so you said, "Sure.  Go see what you can

05:42:15  22   find"?

05:42:15  23       A    Yes.

05:42:16  24       Q    And did he find anything?

05:42:18  25       A    I can't say for certain, but I do believe that

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:42:20 | 1 | they did help me, because I didn't do it all on my own. |
| 05:42:23 | 2 | And I was able to file a report.  So I don't recall what |
| 05:42:26 | 3 | he contributed, but I do feel like he helped me. |
| 05:42:29 | 4 | Q    Okay.  And when you filed the police report, |
| 05:42:38 | 5 | you did or did not have the actual name of the person |
| 05:42:40 | 6 | who did it? |
| 05:42:41 | 7 | A    I believe I did. |
| 05:42:42 | 8 | Q    Okay.  And that -- did you get that from |
| 05:42:44 | 9 | Noir King? |
| 05:42:44 | 10 | A    I can't say for certain if I got it from him. |
| 05:42:47 | 11 | Q    Do you know how -- how he figured it out?  How |
| 05:42:49 | 12 | they figured it out? |
| 05:42:53 | 13 | A    The person made music; so I was able to, I |
| 05:42:58 | 14 | feel like, find their name based on their music.  So |
| 05:43:01 | 15 | it's something like that, yeah, to get their actual |
| 05:43:03 | 16 | name, I believe. |
| 05:43:04 | 17 | Q    So you -- you attached the music to the |
| 05:43:06 | 18 | handle? |
| 05:43:07 | 19 | A    Right. |
| 05:43:08 | 20 | Q    What was his name -- BRZY? |
| 05:43:08 | 21 | A    BRZY Flow. |
| 05:43:09 | 22 | Q    BRZY Flow? |
| 05:43:11 | 23 | A    Uh-huh. |
| 05:43:12 | 24 | Q    And -- okay.  And then figured out.  So then |
| 05:43:18 | 25 | you went to the police and said, "This person is doing |

```
05:43:19   1   this thing with Craigslist and my kids"?

05:43:21   2        A    Right.

05:43:22   3        Q    And -- and did you ever communicate directly

05:43:26   4   with BRZY about it?

05:43:27   5        A    No.  But I did publicly address it, and the

05:43:32   6   Craigslist ad was removed.

05:43:34   7        Q    How quickly was the Craigslist ad removed?

05:43:38   8        A    Very quickly after I said I had gone to the

05:43:40   9   police.

05:43:40  10        (The Court Reporter requested clarification.)

05:43:40  11             THE WITNESS:  Said that I went to the police

05:43:44  12   on air.

05:43:45  13   BY MR. O'SULLIVAN:

05:43:46  14        Q    And how -- how quickly was that after the

05:43:49  15   thing was first -- you first found out about it?  Like,

05:43:52  16   how long was it up there, total?

05:43:54  17        A    I don't know how long it was up there.  It was

05:43:55  18   only brought to my attention by the public message he

05:43:58  19   left for Tasha K.  I had no idea about it.

05:44:02  20        Q    All right.  So -- so he -- BRZY reached out to

05:44:06  21   Tasha K., who you have crossed paths with because of

05:44:09  22   this other situation; right?  Right?  With the Cardi B.

05:44:13  23   thing; is that right?

05:44:14  24        A    We didn't cross paths, but I commented on it.

05:44:16  25        Q    Oh, you commented.  Right.  Exactly.  You were
```

| | | |
|---|---|---|
| 05:44:17 | 1 | saying -- okay. |
| 05:44:18 | 2 | A    Yeah. |
| 05:44:20 | 3 | Q    And -- and you said that this person -- |
| 05:44:23 | 4 | blogger got in trouble, got sued successfully by |
| 05:44:27 | 5 | Cardi B.  And you had that comment that I asked you |
| 05:44:28 | 6 | about which is she handed him the case or gifted him the |
| 05:44:31 | 7 | case? |
| 05:44:32 | 8 | A    Handed it to him basically because of her |
| 05:44:35 | 9 | assertion. |
| 05:44:35 | 10 | Q    And -- and I'm not sure I understand what you |
| 05:44:37 | 11 | meant by that.  That she made it easy for him to -- for |
| 05:44:40 | 12 | her to sue her?  What does it mean to hand somebody a |
| 05:44:43 | 13 | case? |
| 05:44:44 | 14 | A    I believe that because Tasha K. asserted what |
| 05:44:46 | 15 | she did about Cardi -- she accused Cardi B. of having |
| 05:44:51 | 16 | herpes -- you cannot assert that unless you know for |
| 05:44:53 | 17 | certain. |
| 05:44:54 | 18 | Q    Why?  Why you assert stuff all the time |
| 05:44:56 | 19 | without knowing?  You said Megan lied. |
| 05:44:56 | 20 | A    I don't.  I -- |
| 05:44:56 | 21 | (The Court Reporter requested clarification.) |
| 05:44:56 | 22 | THE WITNESS:  I said I pose questions. |
| 05:45:00 | 23 | BY MR. O'SULLIVAN: |
| 05:45:01 | 24 | Q    Okay.  And you are saying that this -- this |
| 05:45:06 | 25 | blogger crossed the line.  Instead of saying I wonder if |

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:45:08 | 1 | so-and-so has herpes, they said she does? |
| 05:45:11 | 2 | A    Yes. |
| 05:45:12 | 3 | Q    Sort of like he is saying I wonder if she's |
| 05:45:14 | 4 | lying or she's lying? |
| 05:45:16 | 5 | A    Right. |
| 05:45:16 | 6 | Q    It's a question or an assertion but the same |
| 05:45:19 | 7 | underlying, right, substantive claim? |
| 05:45:22 | 8 | A    I don't believe so. |
| 05:45:24 | 9 | Q    Okay.  Anyway.  So this Tasha K. person is |
| 05:45:29 | 10 | approached by? |
| 05:45:31 | 11 | A    BRZY. |
| 05:45:31 | 12 | Q    BRZY.  And BRZY says I have some interesting |
| 05:45:34 | 13 | stuff about? |
| 05:45:35 | 14 | A    Me. |
| 05:45:36 | 15 | Q    About -- okay.  And then what happened?  You |
| 05:45:41 | 16 | reach out to Tasha K. and say, "Don't you dare"? |
| 05:45:45 | 17 | A    I reached out to Tasha K., and let her know |
| 05:45:47 | 18 | that I'm going to pursue whatever I can and that I don't |
| 05:45:50 | 19 | think that she should listen to that person. |
| 05:45:58 | 20 | Q    And did that work? |
| 05:45:59 | 21 | A    She didn't post about it. |
| 05:46:00 | 22 | Q    Is okay.  And how did you get wind that BRZY |
| 05:46:05 | 23 | had approached -- was that all openly on the -- on |
| 05:46:07 | 24 | the -- |
| 05:46:08 | 25 | A    He went on YouTube and commented publicly and |

| | | |
|---|---|---|
| 05:46:11 | 1 | many people saw it, and that's when they sent it to me. |
| 05:46:14 | 2 | Q   BRZY went on YouTube and said, "I have -- |
| 05:46:17 | 3 | I have this scandal about Ms. Cooper"? |
| 05:46:19 | 4 | A   Yes. |
| 05:46:20 | 5 | Q   And I think you Tasha K. should run with it? |
| 05:46:24 | 6 | A   Yes. |
| 05:46:27 | 7 | Q   Okay. |
| 05:46:33 | 8 | MR. O'SULLIVAN:  Well, just tell me what to |
| 05:46:34 | 9 | prioritize.  64.  Please.  For the record, I've marked |
| 05:47:01 | 10 | as Exhibit 64, a one-page document.  It has FTI Bates |
| 05:47:06 | 11 | number 7907. |
| 05:47:08 | 12 | (Exhibit 64 was marked for identification.) |
| 05:47:08 | 13 | BY MR. O'SULLIVAN: |
| 05:47:09 | 14 | Q   It has "Tory Lanez" at the top.  And I'll just |
| 05:47:17 | 15 | ask you, Ms. Cooper, do you recognize what we've marked |
| 05:47:20 | 16 | as 64? |
| 05:47:22 | 17 | A   Yes. |
| 05:47:23 | 18 | Q   All right.  This came from your production, I |
| 05:47:24 | 19 | think. |
| 05:47:24 | 20 | And what is -- what is this? |
| 05:47:26 | 21 | A   This is Tory initially reaching out to me in |
| 05:47:30 | 22 | 2020. |
| 05:47:31 | 23 | Q   Okay.  That -- you talked about that earlier. |
| 05:47:34 | 24 | You said he said -- |
| 05:47:35 | 25 | A   Uh-huh.  Send me your -- |

05:47:38   1          (The Court Reporter requested clarification.)

05:47:38   2              THE WITNESS:  Send me your number.

05:47:38   3   BY MR. O'SULLIVAN:

05:47:39   4      Q    Okay.  And this -- this is -- is this -- can

05:47:43   5   the public see this, or is this private?

05:47:45   6      A    This is private.

05:47:46   7      Q    Okay.  And the stuff in the blue -- the blue

05:47:53   8   is you?

05:47:54   9      A    Yes.

05:47:55  10      Q    Okay.  And I think this is one of the

05:48:08  11   documents that we got from FTI?

05:48:11  12      A    Okay.

05:48:12  13      Q    But not from you.  It -- was this deleted on

05:48:16  14   your -- on your phone?

05:48:17  15      A    No.  This was old.  It's from 2020.

05:48:21  16      Q    Yeah.

05:48:22  17      A    So this was in my messages with Noir, but I

05:48:24  18   didn't have that device, have that actual screenshot; so

05:48:28  19   that's why I didn't have the screenshot, but it's in

05:48:31  20   those messages.

05:48:32  21      Q    It says, "I've been dying to know why you

05:48:50  22   asked for my number"?

05:48:52  23      A    Right.

05:48:53  24      Q    Did you find out?

05:48:54  25      A    No.  Because, remember, when we got on the

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:48:56 | 1 | phone, he was occupied; so I still didn't know. |
| 05:48:58 | 2 |     Q   Okay.  And it -- is this the only direct |
| 05:49:10 | 3 | message you have with Tory Lanez on Instagram? |
| 05:49:14 | 4 |     A   No.  There was some more messages associated |
| 05:49:18 | 5 | with that account.  That account got suspended -- is why |
| 05:49:22 | 6 | I don't have access to them now. |
| 05:49:24 | 7 |     Q   On your end, or his end? |
| 05:49:25 | 8 |     A   Mine.  My Milagro Gramz account -- it got |
| 05:49:28 | 9 | suspended; so I don't have access to it now, but I sent |
| 05:49:31 | 10 | them to email, so they're in that group chat.  They're |
| 05:49:35 | 11 | in that text message thread. |
| 05:49:37 | 12 |     Q   Okay.  You mean, the text message thread that |
| 05:49:41 | 13 | we looked at with the -- the cut and paste on to the |
| 05:49:44 | 14 | PDF? |
| 05:49:44 | 15 |     A   No.  No.  It should literally be in my |
| 05:49:47 | 16 | messages with Noir King, like, in our text.  But the |
| 05:49:51 | 17 | device that would have the actual picture -- I don't |
| 05:49:54 | 18 | have that.  That's so old.  But it should be in our |
| 05:49:56 | 19 | messages, though. |
| 05:49:57 | 20 |     Q   Okay.  Anything else with this? |
| 05:50:02 | 21 |     MR. O'SULLIVAN:  Okay.  65, please. |
| 05:50:16 | 22 |     (Exhibit 65 was marked for identification.) |
| 05:50:16 | 23 | BY MR. O'SULLIVAN: |
| 05:50:17 | 24 |     Q   Okay.  Exhibit 65 is in front of you. |
| 05:50:28 | 25 |     Can you tell me what this is? |

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:50:30 | 1 | A    It's a direct message from Sonstar.  There is |
| 05:50:33 | 2 | a screenshot of a story post that they created.  They |
| 05:50:38 | 3 | sent it to me.  And said, "Hello, Mila, this is Tory's |
| 05:50:43 | 4 | dad, been listening to Mob Radio.  I would like to talk |
| 05:50:46 | 5 | to you off the record." |
| 05:50:47 | 6 | "Okay.  I appreciate you so much and will |
| 05:50:51 | 7 | without a doubt keep my lips sealed, you have my word." |
| 05:50:54 | 8 | Q    We're going to test that.  What did he tell |
| 05:50:59 | 9 | you off the record?  And are you going to unseal your |
| 05:51:02 | 10 | lips and tell me what it is? |
| 05:51:03 | 11 | A    Yes. |
| 05:51:04 | 12 | Q    Okay.  What did he tell you off the record? |
| 05:51:07 | 13 | A    So that was leading up to our first call. |
| 05:51:11 | 14 | Q    Uh-huh. |
| 05:51:11 | 15 | A    When I told you he called and then Tory |
| 05:51:13 | 16 | called.  So Sonstar speaks like the Bible.  He talk kind |
| 05:51:18 | 17 | of in parables. |
| 05:51:20 | 18 | Q    Uh-huh.  He's a preacher; right? |
| 05:51:22 | 19 | A    Yes. |
| 05:51:23 | 20 | Q    Okay. |
| 05:51:23 | 21 | A    And so when we were on that call, he kind of |
| 05:51:26 | 22 | hinted that things that, I felt like, spoke to his son's |
| 05:51:32 | 23 | innocence, basically saying, you know, "In due time, |
| 05:51:34 | 24 | we'll see."  They weren't certain what would happen |
| 05:51:39 | 25 | next. |

| | | |
|---|---|---|
| 05:51:39 | 1 | So he just said to me, something to the effect |
| 05:51:45 | 2 | of, "Well, the world is going to see."  And "time will |
| 05:51:47 | 3 | tell."  And, you know, "I've been watching your show, |
| 05:51:51 | 4 | and it's crazy what you've concluded."  And just to kind |
| 05:51:55 | 5 | of stay tuned, and that he would let me know if it were |
| 05:51:58 | 6 | possible to maybe interview him, 'cause I asked, "Well, |
| 05:52:00 | 7 | can I interview you or what's the point?" |
| 05:52:02 | 8 | And so I asked that in that conversation, and |
| 05:52:05 | 9 | he said he would get back to me, and we did do a |
| 05:52:09 | 10 | subsequent interview off the basis of our call. |
| 05:52:12 | 11 | Q    Did he ever explain what the off-the-record |
| 05:52:15 | 12 | part was? |
| 05:52:17 | 13 | A    I think that he did not want me to speak to |
| 05:52:20 | 14 | a -- talking to them.  I don't think he wanted me to |
| 05:52:24 | 15 | make it public.  So I think that, period, just anything |
| 05:52:26 | 16 | he said, I just don't think he wanted the public to know |
| 05:52:29 | 17 | we had touched bases. |
| 05:52:30 | 18 | Q    He was okay with you talking about whatever |
| 05:52:32 | 19 | the thing was, but he didn't want you to tell people it |
| 05:52:35 | 20 | was coming from him, or that you were in touch with him |
| 05:52:37 | 21 | on that subject? |
| 05:52:38 | 22 | A    Well, he didn't really tell me anything.  So, |
| 05:52:40 | 23 | once again, he just wanted to keep it off to the side |
| 05:52:43 | 24 | because he was still trying to figure out what he want |
| 05:52:46 | 25 | to do.  'Cause I'd asked him for a interview and stuff |

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

05:52:49  1  like that; so --
05:52:50  2       Q    So I guess -- of course.  So -- so off the
05:52:52  3  record is like a reporter off the record, meaning I'll
05:52:56  4  tell you, but you can't say you got it from me.  You
05:52:58  5  can't source it directly to me.
05:52:59  6       A    So, for me, when someone says "Off the
05:53:01  7  record," that is my -- the way that I would interpret
05:53:05  8  it; but, for him, I don't know if he looked at it that
05:53:07  9  way because on that call, he didn't give me anything
05:53:10 10  pertinent.
05:53:13 11       Q    On that first call?
05:53:14 12       A    Right.
05:53:15 13       Q    But you did tell him "I'll keep my lips
05:53:18 14  sealed," and he has your word about that?
05:53:19 15       A    Right.  I was hoping when he hit me that they
05:53:21 16  were ready to do an interview; so I was letting him
05:53:24 17  know, yes, I'm a person that I can have that
05:53:29 18  professionalism with you, and if you are willing, yes,
05:53:32 19  I'm very open to interviewing.
05:53:33 20       Q    Okay.  And did you -- in your mind, is there
05:53:51 21  anything left between you and Sonstar that's still off
05:53:54 22  the record, meaning is there anything he told you that
05:53:57 23  you didn't turn around and already put out there?  Or
05:54:01 24  are your lips still sealed about anything?  In terms of
05:54:05 25  your conversations with Sonstar.

| | | |
|---|---|---|
| 05:54:07 | 1 | A    We had a conversation that I have not made |
| 05:54:10 | 2 | public. |
| 05:54:11 | 3 | Q    All right.  When was that? |
| 05:54:13 | 4 | A    In 2021. |
| 05:54:15 | 5 | Q    All right.  Tell me about that. |
| 05:54:16 | 6 | Who else was present? |
| 05:54:17 | 7 | A    It was just me and him on the phone. |
| 05:54:20 | 8 | Q    Okay.  Who called who? |
| 05:54:22 | 9 | A    I don't recall. |
| 05:54:26 | 10 | Q    Well, what was the subject? |
| 05:54:27 | 11 | A    The alleged incident. |
| 05:54:28 | 12 | Q    The alleged incident meaning Tory and Megan's |
| 05:54:31 | 13 | shooting? |
| 05:54:32 | 14 | A    Yes. |
| 05:54:32 | 15 | Q    And you don't recall who called who. |
| 05:54:34 | 16 | What did you say, and what did he say on this |
| 05:54:37 | 17 | 2021 call? |
| 05:54:39 | 18 | A    On this particular day, we chitchatted.  And I |
| 05:54:46 | 19 | don't know how we got into it, but -- but yeah.  I don't |
| 05:54:47 | 20 | know.  At some point, though, he goes into what he heard |
| 05:54:50 | 21 | of the situation. |
| 05:54:57 | 22 | Q    He is telling you things he has heard about |
| 05:54:59 | 23 | the underlying events? |
| 05:55:01 | 24 | A    Uh-huh. |
| 05:55:02 | 25 | Q    And the events are the -- the night that Megan |

05:55:07   1    was shot or was injured.  Yeah?

05:55:09   2        A    Yes.

05:55:09   3        Q    And did he, on this later call, say, "Oh, by

05:55:13   4    the way, remember our off the record deal?  Keep this

05:55:15   5    off the record"?

05:55:16   6        A    No.

05:55:16   7        Q    Did he tell you you needed to keep what he was

05:55:18   8    telling you secret?

05:55:19   9        A    No.

05:55:21   10        Q    Did he say anything to you about what you

05:55:23   11   might do with the information you were getting?  Or why

05:55:28   12   he was telling you then?

05:55:32   13        A    I -- once again, I don't remember how we got

05:55:34   14   into that conversation.  But, no, he didn't say that I

05:55:38   15   couldn't go out and speak about it, I don't believe.

05:55:40   16   No.

05:55:41   17        Q    Okay.  And so it's four years later.  What was

05:55:43   18   the information that he shared with you that you haven't

05:55:47   19   since shared?  Like, what was news or new about it?

05:55:55   20        A    It was just basically his proximity because it

05:55:57   21   was Tory's dad.  I was interested in hearing what he had

05:56:00   22   to say, but he wasn't there.

05:56:01   23             But you -- what are you asking me?

05:56:03   24        Q    I think you said at the beginning of this,

05:56:06   25   there's one conversation that I had with Sonstar that I

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353

JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 05:56:09 | 1 | reported or talked about, and I'm trying what the |
| 05:56:11 | 2 | substance -- what the information was that was different |
| 05:56:14 | 3 | from all the other conversations. |
| 05:56:15 | 4 | A    That it was supposed to be an overview of what |
| 05:56:18 | 5 | happened that night. |
| 05:56:19 | 6 | Q    From whose perspective?  I mean, the dad |
| 05:56:23 | 7 | wasn't there. |
| 05:56:24 | 8 | A    Right.  I would assume from his son's -- from |
| 05:56:26 | 9 | Tory's. |
| 05:56:27 | 10 | Q    Okay.  And, like, was it formal?  Was it, |
| 05:56:30 | 11 | like, a slideshow or something?  Or was it just -- |
| 05:56:31 | 12 | A    No.  It was just him talking. |
| 05:56:33 | 13 | Q    -- him talking and big picture laying out of |
| 05:56:37 | 14 | the narrative of the night from Tory's perspective? |
| 05:56:40 | 15 | A    I couldn't say for certain it was from his |
| 05:56:43 | 16 | perspective.  I was assuming because who would tell you |
| 05:56:45 | 17 | that.  I don't know. |
| 05:56:46 | 18 | Q    Was it a -- was it a version that made Tory |
| 05:56:48 | 19 | seem innocent? |
| 05:56:50 | 20 | A    Yes. |
| 05:56:51 | 21 | Q    Was Tory a shooter in that version? |
| 05:56:54 | 22 | A    Actually, he didn't even go that far in the |
| 05:56:57 | 23 | conversation. |
| 05:57:01 | 24 | Q    What does that mean? |
| 05:57:03 | 25 | A    That based on what he relayed, he didn't get |

| | | |
|---|---|---|
| 05:57:06 | 1 | to that point in the story. |
| 05:57:08 | 2 | Q    Okay.  He stopped before that? |
| 05:57:10 | 3 | A    Right. |
| 05:57:11 | 4 | Q    Like, before they got in the car or the truck |
| 05:57:13 | 5 | or? |
| 05:57:15 | 6 | A    He -- one of the last things I remember |
| 05:57:18 | 7 | mentioning was that they allegedly had fought. |
| 05:57:21 | 8 | Q    Tory and Megan? |
| 05:57:23 | 9 | A    No.  Kelsey and Megan. |
| 05:57:24 | 10 | Q    Okay.  But he didn't say anything to you, in |
| 05:57:27 | 11 | terms of Tory's perspective, about whether Tory pulled |
| 05:57:30 | 12 | the trigger? |
| 05:57:31 | 13 | A    No. |
| 05:57:31 | 14 | Q    Did you ask him? |
| 05:57:33 | 15 | A    Yes. |
| 05:57:34 | 16 | Q    And did you say he had inside information on |
| 05:57:37 | 17 | that? |
| 05:57:38 | 18 | A    You said -- ask me one more time. |
| 05:57:40 | 19 | Q    He wasn't there.  He doesn't know; right? |
| 05:57:42 | 20 | A    Right.  Right. |
| 05:57:43 | 21 | Q    Did he say he has had a conversation about |
| 05:57:44 | 22 | that with Tory? |
| 05:57:45 | 23 | A    Oh, no.  I don't believe that he trusted me |
| 05:57:50 | 24 | with that.  I think he wanted to leave that with Tory. |
| 05:57:56 | 25 | And not give me the opportunity to relay that |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

05:57:58   1    information.

05:57:59   2        Q    Okay.  So he was -- he was trying to give you

05:58:07   3    information that probably was favorable to his son's

05:58:10   4    situation; right?  Is that how you interpreted what he

05:58:13   5    saying?

05:58:13   6        A    I just interpreted him as venting and kind

05:58:16   7    of -- like I said, because I don't recall how we got

05:58:19   8    into it.  'Cause there wasn't anything like, oh, call

05:58:22   9    me.  We need to talk about this.  I don't know how we

05:58:24  10    got into that conversation.

05:58:25  11            But it came about, and he brought it up.  And

05:58:27  12    I didn't stop him because I was interested and I wanted

05:58:29  13    to know.  And I listened.  And before he got to that

05:58:33  14    point, he stopped.  And I was, like, well, what

05:58:36  15    happened?  You know.  And he didn't go further.

05:58:40  16        Q    Did he give a reason for that?  'Cause I'm

05:58:43  17    sure if you were going to cover it, you would love to

05:58:45  18    know.  Here is headline news:  Inside -- inside the

05:58:48  19    vehicle.

05:58:50  20        A    Yeah.  Like I said, I got the impression that

05:58:52  21    he want to allow Daystar to maybe speak more so to that.

05:58:56  22    The things that he touched on, I felt like related to

05:58:58  23    things that were public already.  We had already heard

05:59:01  24    about an alleged fight.  Everything he kind of told me

05:59:03  25    we kind of pretty much heard; so anything that I feel

05:59:05   1   like maybe we hadn't, that he didn't say it.

05:59:08   2        Q    Okay.  And -- 'cause we started this with you

05:59:10   3   saying there's one conversation with Sonstar I haven't

05:59:13   4   talked about.

05:59:13   5        A    Yeah.

05:59:14   6        Q    Was there anything new in that conversation?

05:59:17   7        A    Yes.

05:59:17   8        Q    What?  I mean, new, meaning you didn't already

05:59:21   9   know.

05:59:22  10        A    That I hadn't heard before.  And I don't know

05:59:23  11   it to be true, but just that I had never heard.

05:59:26  12        Q    Right.

05:59:26  13        A    I had never heard that when Daystar got to the

05:59:31  14   door, that he was greeted by Megan and Kylie with four

05:59:33  15   shots and said, "Welcome to the pussy parlor."  I never

05:59:37  16   heard that before.

05:59:39  17        Q    Did you hear that at the trial?

05:59:43  18        A    I don't believe so.

05:59:44  19        Q    Okay.  What else?

05:59:46  20        A    I -- I feel like -- oh, that Jonathan who was

06:00:00  21   the DaBaby, a rapper, that -- that Tory and Megan had

06:00:06  22   allegedly been having sex, and that Kelsey had to go

06:00:10  23   home for COVID -- I'll tell you what I had heard before.

06:00:13  24   This, I had heard before.  That Kelsey -- but he was

06:00:16  25   relaying this -- that Kelsey had to go home for COVID,

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:00:19   1   and that's when Tory and Megan got closer.

06:00:23   2        Q    And the dad is telling you this.

06:00:24   3             Presumably Tory is telling the dad this?

06:00:28   4        A    I don't know who told him that, but that's --

06:00:30   5   that's what he told me.

06:00:31   6        Q    Circumstantially, who else could it be?

06:00:33   7        A    I don't know.  Right.

06:00:34   8        Q    Okay.  But so all this stuff he is telling you

06:00:37   9   is not what happened in the vehicle with the gun, any of

06:00:41  10   that.

06:00:41  11             This is, like, leading up to it?

06:00:43  12        A    Right.

06:00:43  13        Q    And was there anything in his -- in that call

06:00:47  14   between the two of you about what happened in the

06:00:49  15   vehicle with the gun?

06:00:53  16        A    No.

06:00:55  17        Q    Did Tory ever talk to you about that?

06:00:56  18        A    No.

06:00:57  19        Q    Has Tory himself told you anything about that

06:01:04  20   night?

06:01:05  21        A    No.

06:01:08  22        Q    Okay.  Anything else about this 2021 Sonstar

06:01:11  23   call that was -- was -- stood out to you?  I was excited

06:01:15  24   because you were saying I've never told anyone about

06:01:17  25   this.  Anything else newsworthy for the case there?

MILAGRO ELIZABETH COOPER                                      JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:01:20  1       A    Not for me because it wasn't coming from Tory;

06:01:21  2   so who cares about what -- it's hearsay.  So it's not

06:01:27  3   something I reported on.  Anything he told me, I -- I

06:01:29  4   didn't go live and report on that.

06:01:30  5            But he said that -- that Tory and Megan had

06:01:34  6   been having sex.  And that they were in LA, and that

06:01:40  7   Megan was acting funny -- something to that effect --

06:01:43  8   towards Tory and that he didn't understand why but found

06:01:46  9   out that Jonathan, DaBaby, was around, and that he knew

06:01:50 10   that they had been having sex as well; so he assumed

06:01:53 11   that that's why she was treating him the way that she

06:01:56 12   had been.  And that Megan eventually invited him over to

06:02:00 13   Kylie's home, and that he thought it was odd, but he

06:02:03 14   went anyway.  And -- yeah.

06:02:07 15       Q    So all that --

06:02:08 16       A    So the thing about -- about DaBaby -- I had

06:02:10 17   not heard that prior to the trial.

06:02:13 18       Q    And every bit of this you're saying -- this is

06:02:14 19   what you said -- it's hearsay.  You didn't go public

06:02:16 20   with this, because there is no way that you can confirm

06:02:18 21   it with the DaBaby or Jonathan or these people?

06:02:21 22       A    Right.

06:02:22 23       Q    And, obviously, the dad wasn't there, and he

06:02:24 24   doesn't know what happened.

06:02:25 25       A    Right.  And then he didn't even get to what

06:02:27  1    they want to know anyway, which is what happened in the

06:02:29  2    critical moments; so --

06:02:30  3         Q    Okay.

06:02:50  4              MR. O'SULLIVAN:  All right.  For the record,

06:02:50  5    I've marked as Exhibit 66, a one-page document.

06:02:54  6              (Exhibit 66 was marked for identification.)

06:02:54  7    BY MR. O'SULLIVAN:

06:02:55  8         Q    And I'll ask you, Ms. Cooper, if you can tell

06:02:57  9    me what this is?

06:02:58 10         A    This is a direct message conversation between

06:03:02 11    me and Tory on my current Instagram page via private

06:03:07 12    direct messages.

06:03:09 13         Q    Okay.  And so the -- all right.  So this is

06:03:15 14    him saying what's your number?  I have to ask you

06:03:17 15    something.

06:03:17 16         A    Yes.

06:03:18 17         Q    And you give it to him.

06:03:19 18         A    Uh-huh.

06:03:20 19         Q    And this is December 13, 2022.

06:03:22 20         A    Uh-huh.

06:03:23 21         Q    Is that before or after the trial?

06:03:26 22         A    It's cutting it real close.  I believe trial

06:03:28 23    started within days either prior or -- somewhere real

06:03:31 24    close to it.

06:03:34 25         Q    Okay.  And so somewhere close to trial.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:03:36 | 1 | How long had it been since you had been in |
| 06:03:39 | 2 | touch with him before this "December 13th, got to ask |
| 06:03:42 | 3 | you something"? |
| 06:03:43 | 4 | A    It had been a while since talk of that |
| 06:03:46 | 5 | podcast. |
| 06:03:50 | 6 | Q    Okay.  Talk of possibly doing a podcast with |
| 06:03:53 | 7 | him? |
| 06:03:53 | 8 | A    Yeah.  He had written me on my previous |
| 06:03:55 | 9 | Instagram. |
| 06:03:56 | 10 | Q    Okay.  And there was -- and that was back in |
| 06:03:57 | 11 | probably '21? |
| 06:03:59 | 12 | A    Maybe. |
| 06:04:00 | 13 | Q    And that never came to be? |
| 06:04:01 | 14 | A    No. |
| 06:04:02 | 15 | Q    Okay.  And then it's been a while, and then he |
| 06:04:04 | 16 | reaches out and says I got to ask you something? |
| 06:04:06 | 17 | A    Yes. |
| 06:04:07 | 18 | Q    Close in time to the trial? |
| 06:04:08 | 19 | A    Yes. |
| 06:04:08 | 20 | Q    And you gave him the number. |
| 06:04:09 | 21 | And then did you guys talk? |
| 06:04:11 | 22 | A    Yes.  He did call me. |
| 06:04:12 | 23 | Q    And tell me everything you can about that |
| 06:04:15 | 24 | conversation.  Everything you said; everything he said. |
| 06:04:18 | 25 | A    I believe that this was a really brief |

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:04:21  1   conversation where he wanted me to send an email to his

06:04:26  2   publicist.

06:04:28  3        Q    Okay.  Who is his publicist?

06:04:34  4        A    Her name is Mari.

06:04:36  5        Q    Mari the publicist.

06:04:37  6             And what was supposed to be in the email?

06:04:40  7        A    The different reasons why I felt like there

06:04:42  8   was some things that were contradictory.

06:04:45  9        Q    He wanted you to send an email to his

06:04:53 10   publicist listing reasons that you had questions

06:04:57 11   about --

06:04:58 12        A    Yeah.

06:04:58 13        Q    -- the case against him?

06:05:00 14        A    I think that Mari wanted to know my viewpoint

06:05:04 15   and so -- that she wanted to see why I felt the way I

06:05:07 16   did.  I don't know if -- if she was his publicist and

06:05:11 17   trying to feel me out.  I don't know.

06:05:13 18        Q    Well, okay.  Did you actually send the email?

06:05:15 19        A    Yes.

06:05:15 20        Q    Is that in here somewhere?

06:05:16 21        A    I don't know.

06:05:20 22        Q    Was it a long email?

06:05:21 23        A    It was two.  And there were a lot of

06:05:22 24   attachments on one in particular, but it wasn't a long

06:05:25 25   email.  It was just me accepting those different items.

| | | |
|---|---|---|
| 06:05:27 | 1 | Q    All right.  So the text of the email wasn't |
| 06:05:30 | 2 | long, but there was a bunch of attachments? |
| 06:05:32 | 3 | A    Yes. |
| 06:05:33 | 4 | Q    If I printed it out, would it be a thick pile? |
| 06:05:37 | 5 | (The Court Reporter requested clarification.) |
| 06:05:37 | 6 | MR. O'SULLIVAN:  A thick pile of documents. |
| 06:05:37 | 7 | The attachments. |
| 06:05:40 | 8 | THE WITNESS:  No.  There were a lot of |
| 06:05:41 | 9 | screenshots. |
| 06:05:41 | 10 | BY MR. O'SULLIVAN: |
| 06:05:42 | 11 | Q    So this is -- this is either during or just |
| 06:05:45 | 12 | before the trial; right? |
| 06:05:46 | 13 | A    Yeah. |
| 06:05:47 | 14 | Q    And what -- what attachments did you choose to |
| 06:05:51 | 15 | forward to the publicist? |
| 06:05:53 | 16 | A    I sent her screenshots from Kelsey's mother |
| 06:05:56 | 17 | and sister because they were the reason I initially |
| 06:05:59 | 18 | questioned Megan. |
| 06:06:00 | 19 | Q    Oh, right.  They reached out to you.  Okay. |
| 06:06:03 | 20 | A    I sent -- there was a situation where I was |
| 06:06:06 | 21 | set to interview an ex-boyfriend of Megan's who had said |
| 06:06:09 | 22 | some things to me. |
| 06:06:10 | 23 | Q    What was that person's name? |
| 06:06:11 | 24 | A    His name is Karim, K-A-R-I-M.  Karim York |
| 06:06:15 | 25 | Junior. |

| | | | |
|---|---|---|---|
| 06:06:17 | 1 | Q | York? |
| 06:06:18 | 2 | A | Uh-huh. |
| 06:06:18 | 3 | Q | And was it a third name?  No? |
| 06:06:20 | 4 | A | No, just Junior. |
| 06:06:21 | 5 | Q | Karim Junior. |
| 06:06:23 | 6 | A | I'm sorry.  Yes. |
| 06:06:24 | 7 | Q | Okay.  All right.  And you were going to |
| 06:06:25 | 8 | | interview him.  He was a former boyfriend of Megan. |
| 06:06:27 | 9 | A | Yes. |
| 06:06:27 | 10 | Q | And did you actually interview him? |
| 06:06:29 | 11 | A | Not an actual interview. |
| 06:06:30 | 12 | Q | Okay.  Did you do a pre-interview, or did you |
| 06:06:32 | 13 | | talk to him? |
| 06:06:33 | 14 | A | Yes. |
| 06:06:33 | 15 | Q | Find out what he was going to say? |
| 06:06:35 | 16 | A | Yes. |
| 06:06:35 | 17 | Q | And what was the reason he didn't actually do |
| 06:06:37 | 18 | | the interview? |
| 06:06:38 | 19 | A | I believe Megan intercepted. |
| 06:06:40 | 20 | Q | Okay.  Did she tell you don't do the |
| 06:06:43 | 21 | | interview? |
| 06:06:44 | 22 | A | No.  She did not tell me not to do the |
| 06:06:47 | 23 | | interview. |
| 06:06:47 | 24 | Q | Did somebody tell you not to do the interview? |
| 06:06:49 | 25 | A | No. |

MILAGRO ELIZABETH COOPER                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 06:06:49 | 1 | Q    Okay.  What was in your mind -- like, what |
| 06:06:52 | 2 | caused you to say I would like to interview this guy, |
| 06:06:54 | 3 | and then you talked to him and then you said I'm not |
| 06:06:56 | 4 | going to interview him?  What was the intervening event? |
| 06:06:59 | 5 | I know you said generally somebody got to him or |
| 06:07:01 | 6 | something.  What did you perceive? |
| 06:07:03 | 7 | A    Yeah.  So Karim York publicly was moved by |
| 06:07:07 | 8 | something Joe Budden said in regards to women and how |
| 06:07:11 | 9 | men are treated when they're on the receiving end of |
| 06:07:13 | 10 | trying to be accountable, because Megan's mug shot had |
| 06:07:17 | 11 | gone viral. |
| 06:07:17 | 12 | The Internet found out that Megan had been to |
| 06:07:22 | 13 | jail, and they wanted to know why; so she went public |
| 06:07:25 | 14 | and described being physically abusive to her |
| 06:07:28 | 15 | then-boyfriend Karim, and it became a hot topic.  Karim |
| 06:07:32 | 16 | then went on Instagram upset and saying basically, y'all |
| 06:07:35 | 17 | are listening to one person tell you a version of |
| 06:07:37 | 18 | events, and it's not true.  He accused her of being on |
| 06:07:40 | 19 | drugs and having an alcohol problem.  He mentioned a |
| 06:07:43 | 20 | gun.  He mentioned broken glass from a car. |
| 06:07:46 | 21 | Q    This is in the pre-interview? |
| 06:07:47 | 22 | A    This is in a caption on Instagram.  He wrote |
| 06:07:49 | 23 | it out. |
| 06:07:50 | 24 | Q    To you? |
| 06:07:51 | 25 | A    Public. |

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353

JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:07:52    1        Q    I'm trying to understand why you didn't

06:07:54    2    interview him after you --

06:07:56    3        A    Yeah, I was going to.  So then he says, "If

06:07:58    4    anyone would like to reach out to me and do an interview

06:08:02    5    reach out," so I did.  And we spoke, and he told me some

06:08:05    6    things.  And I said, "Let me take a nap."

06:08:07    7             I take my nap and I wake up, Megan has spoken

06:08:10    8    to him on the phone.  She has gone live on Instagram.

06:08:13    9    She has recorded a portion of a conversation with him

06:08:16   10    and basically said it wasn't about me, leave me alone,

06:08:20   11    and that was it.  And he became uncooperative after

06:08:23   12    that, and that's why the interview didn't take place.

06:08:27   13        Q    Okay.  So he choose not to tell whatever story

06:08:30   14    he told you before, or he told in his other places --

06:08:33   15        A    Right.

06:08:33   16        Q    -- after she gave, whatever she gave, her

06:08:35   17    side.  He said I'm not going to go there.

06:08:37   18        A    Whatever talk they had.

06:08:39   19        Q    Okay.

06:08:39   20             MS. HAYRAPETIAN:  We don't have those emails.

06:08:46   21             MR. O'SULLIVAN:  Well, we'll send a letter to

06:08:48   22    Counsel after that we're missing something.

06:08:48   23             MS. HAYRAPETIAN:  Yeah.

06:08:50   24    BY MR. O'SULLIVAN:

06:08:51   25        Q    Do you still have that email to the publicist?

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:08:53   1        A    Yes.  I was going to produce it on the third

06:08:55   2   set of interrogatories.  Yeah.  I do have them on my

06:08:58   3   phone.

06:08:58   4        Q    Okay.  Thank you.

06:08:58   5             MR. O'SULLIVAN:  All right.  So that's it for

06:09:14   6   this; right?  67.

06:09:35   7             (Exhibit 67 was marked for identification.)

06:09:35   8   BY MR. O'SULLIVAN:

06:09:36   9        Q    All right.  For the record, I've marked as

06:09:47  10   Exhibit 67 -- I think it's from Ms. Cooper's FTI

06:09:52  11   production Bates number ending in 508.  And this is some

06:09:58  12   forensic analysis of what?  From her phone?

06:10:00  13             MS. HAYRAPETIAN:  Text messages.

06:10:02  14             MR. O'SULLIVAN:  Text messages with Daystar.

06:10:04  15   Okay.  All right.

06:10:22  16             What's the question?  Whether they actually

06:10:24  17   texted that day?

06:10:25  18             MS. HAYRAPETIAN:  What they talked about.

06:10:27  19             MR. O'SULLIVAN:  Okay.

06:10:28  20   BY MR. O'SULLIVAN:

06:10:28  21        Q    Okay.  So am I right that -- that, at least

06:10:31  22   according to this, you had some text messages with

06:10:35  23   Daystar -- Tory, on December 22, 2022?

06:10:39  24        A    Yes.

06:10:40  25        Q    Okay.  And -- And we decided that that is

MILAGRO ELIZABETH COOPER                              JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:10:46   1   when?  During the trial?  I just had the date here.

06:10:49   2          MS. HAYRAPETIAN:  I have starting

06:10:49   3   December 12th.

06:10:52   4          THE WITNESS:  I don't -- around this time, it

06:10:53   5   would have been ending maybe.

06:10:54   6          MS. HAYRAPETIAN:  Yeah.  It would have been

06:10:55   7   ending around now.

06:10:56   8   BY MR. O'SULLIVAN:

06:10:56   9       Q    Okay.

06:10:57   10      A    Yeah.

06:10:57   11      Q    And let's see.  10:00 PM.  3:24.  Okay.

06:11:03   12           Can you -- did you produce in this case the

06:11:08   13  text from that day with Daystar?  As far as you know?

06:11:13   14      A    I don't recall.  I don't know.

06:11:16   15      Q    Oh.  Did you -- did you guys -- not text.

06:11:20   16           Did you talk on the phone in real time on

06:11:22   17  December 22?

06:11:24   18      A    I would imagine I followed up with him if he

06:11:26   19  asked me to call him.

06:11:27   20      Q    Okay.  And what's -- what's the longest

06:11:31   21  one-on-one conversation you ever had with Tory Lanez?

06:11:35   22      A    Not significant at all.  The longest was the

06:11:37   23  day I was at his house and everyone was, like,

06:11:39   24  collectively talking.

06:11:40   25      Q    And that wasn't even really one-on-one; right?

06:11:42   1        A    Right.  No.  So I haven't had a substantial

06:11:45   2    conversation with Tory.

06:11:46   3        Q    So what's the -- like, how many times have you

06:11:48   4    talked to him on the phone where it's just either the

06:11:51   5    two of you or the two of you and one other person on the

06:11:54   6    phone?

06:11:54   7        A    I've been on the phone with him and his father

06:11:56   8    once.  Other than that, it's been Instagram.  And then

06:12:02   9    he text me here or there, but we never really talked.

06:12:06  10        Q    And I'm not sure if this -- this reflects an

06:12:09  11    actual phone call, but he was looking for a phone call.

06:12:12  12    Did -- I don't know what you said before.

06:12:15  13             Did he -- when he asked you to email or to be

06:12:18  14    in touch with his publicist, was that on a phone call?

06:12:21  15        A    Yeah.

06:12:21  16        Q    Okay.  And was anybody other than you and

06:12:26  17    Tory Lanez on that phone call?

06:12:28  18        A    No.

06:12:30  19        Q    Did he call you, or you called him?  He called

06:12:32  20    you?

06:12:32  21        A    I followed up with him, I believe.

06:12:33  22        Q    All right.  You called him --

06:12:35  23        A    Or maybe he called me once I gave my number.

06:12:38  24        Q    You gave him your number?

06:12:39  25        A    Yeah.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:12:39   1        Q     And he -- so this would be right when the

06:12:42   2    trial ended; right?

06:12:44   3        A     Towards it, I believe.  I don't know what day

06:12:46   4    exactly.

06:12:46   5        Q     But when you talked to him, was he already

06:12:49   6    dealing with a guilty verdict?

06:12:50   7        A     I don't believe so.

06:12:51   8        Q     It would have come across in his mood,

06:12:53   9    probably.

06:12:54  10        A     Right.  No.  I didn't talk to him after --

06:12:56  11    they remanded -- they took him back after that; so it

06:12:59  12    had to be before.

06:13:00  13        Q     Okay.  And do you think this is the

06:13:04  14    conversation where he asked you to reach out to the

06:13:06  15    publicist?

06:13:07  16        A     No, it was prior to this because -- it was

06:13:10  17    before this, I believe, for sure.

06:13:12  18        Q     Can you tell, from the information here, what

06:13:14  19    it was you were talking about on December 22?  It looks

06:13:19  20    like three calls, right, separated in time by a few

06:13:22  21    minutes.

06:13:24  22        A     Calls or texts?

06:13:25  23        Q     I don't know.

06:13:27  24        A     These are text?

06:13:28  25              MS. HAYRAPETIAN:  These are text messages,

```
06:13:28  1   asking for a call.

06:13:30  2              THE WITNESS:  Uh-huh.  Okay.

06:13:32  3              MR. O'SULLIVAN:  Okay.  Anything else?  Let's

06:13:40  4   take a five-minute break.

06:13:42  5              THE WITNESS:  Okay.

06:13:42  6              THE VIDEOGRAPHER:  The time is 6:13.  We're

06:13:44  7   going off the record.

06:13:48  8              (Recess was taken.)

06:20:05  9              THE VIDEOGRAPHER:  The time is 6:20.  We're

06:20:12 10   back on the record.

06:20:15 11              MR. O'SULLIVAN:  Okay.  For the record, I've

06:20:16 12   marked as Exhibit 68 a very small, looks like,

06:20:20 13   QuickBooks entry, and I have one question about this.

06:20:25 14              (Exhibit 68 was marked for identification.)

06:20:25 15   BY MR. O'SULLIVAN:

06:20:25 16       Q    If you can piece it together, there's one

06:20:27 17   entry 4/4/2020, or maybe it's 4/4/2023, amount exceeded

06:20:34 18   33,363.  And the reference name is sender is

06:20:37 19   Angela Peterson.

06:20:38 20              What's that in reference to?

06:20:41 21       A    I have never received a $33,000 payment from

06:20:46 22   Angela Peterson.  I don't know who that is.  I don't

06:20:48 23   know what that is.

06:20:49 24       Q    Okay.  You don't know -- that name doesn't

06:20:51 25   ring a bell to you?
```

MILAGRO ELIZABETH COOPER                                   JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:20:52  1        A    No.

06:20:52  2        Q    Okay.  What about this lower, like, "courtesy
06:20:55  3    of Akademiks and the chat" N-word?

06:20:58  4        A    So Akademiks and me did live streams together
06:21:03  5    and his fans are called the chat N-words, and so as
06:21:07  6    support they would send cash during that time.

06:21:12  7        Q    Okay.  So you are saying, like, while you were
06:21:13  8    on the conversation, you say, hey, if you really liked
06:21:16  9    us, send us some money on the chat, on the cash app?

06:21:19  10       A    I didn't do that with his people.

06:21:20  11       Q    Okay.

06:21:21  12       A    But they would donate, yes.

06:21:23  13       Q    Got it.  And the 33,000 number doesn't -- you
06:21:26  14   don't know what that relates to?

06:21:28  15       A    Not at all.  And I've never received $33,000.

06:21:31  16       Q    Okay.

06:21:39  17            MR. O'SULLIVAN:  69.  No.  That's the same
06:21:41  18   one.

06:21:56  19            MS. HAYRAPETIAN:  The top one was yours.

06:21:57  20            Can we actually switch that one out.

06:22:01  21            MR. O'SULLIVAN:  Okay.  Pass that one back to
06:22:03  22   me, if you don't mind.

06:22:03  23            THE WITNESS:  Okay.

06:22:03  24            MR. O'SULLIVAN:  Oh.  I see it has the arrow.

06:22:07  25            MS. HAYRAPETIAN:  Uh-huh.

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

| 06:22:10 | 1 | MR. O'SULLIVAN:  Would you mark that one |
| 06:22:11 | 2 | again.  Sorry about that. |
| 06:22:28 | 3 | (Exhibit 69 was marked for identification.) |
| 06:22:28 | 4 | BY MR. O'SULLIVAN: |
| 06:22:29 | 5 | Q    For the record, I marked as 69 another one of |
| 06:22:31 | 6 | these little, looks like a QuickBooks sheet.  It has |
| 06:22:34 | 7 | some account activity or cash app activity.  And the one |
| 06:22:37 | 8 | I have a question about, same thing, has this amount |
| 06:22:40 | 9 | exceeded -- 77,000-something, Shanika Lawry. |
| 06:22:45 | 10 | Does that ring a bell? |
| 06:22:47 | 11 | A    Not at all.  I wish I got $77,000 from |
| 06:22:49 | 12 | somebody. |
| 06:22:50 | 13 | Q    All right. |
| 06:22:55 | 14 | A    And I'm not even -- I'm pretty certain you |
| 06:22:57 | 15 | can't send -- just this 30,000; 77,000 -- you can't even |
| 06:23:00 | 16 | send that over cash app. |
| 06:23:01 | 17 | Q    Okay.  How about the one at the bottom -- |
| 06:23:07 | 18 | "3,020, subject:  Your hard work, Baisden." |
| 06:23:12 | 19 | Do you know what that is? |
| 06:23:14 | 20 | A    Actually, no.  And I don't think it came |
| 06:23:16 | 21 | through either.  I don't recall that either. |
| 06:23:20 | 22 | Q    Is that -- does the name ring a bell -- |
| 06:23:22 | 23 | Baisden? |
| 06:23:23 | 24 | A    No.  I don't know who that is. |
| 06:23:26 | 25 | Q    Anybody write you $3,000 for your hard work? |

```
06:23:30   1        A    No.  I would have remembered that.

06:23:31   2        Q    Okay.  Have -- have -- have you received --

06:23:48   3   I'm asking this very broadly.  Have you received money

06:23:51   4   from anybody in the world to help you support Tory in

06:23:55   5   any way in connection with his situation --

06:23:57   6        A    No.

06:23:57   7        Q    -- that you haven't talked about today?

06:24:00   8        A    No.

06:24:01   9        Q    Okay.  And we talked about the payments from

06:24:02  10   his dad.  You've -- you've told us about that.

06:24:05  11        Nobody else has given you money to help you do

06:24:09  12   anything to support Tory?

06:24:11  13        A    No.

06:24:11  14        Q    Okay.  And -- okay.

06:24:19  15        MS. HAYRAPETIAN:  Can you please pull up

06:24:20  16   Tab 36 A-1, audio.

06:24:28  17        STENO TECH ASSISTANT:  Just a one moment,

06:24:28  18   please.

06:24:29  19        MR. O'SULLIVAN:  This will be 70 --

06:24:30  20        MS. HAYRAPETIAN:  70-B.

06:24:55  21        MR. O'SULLIVAN:  Okay.  We're good to play it.

06:24:56  22        (A video clip was played.)

06:24:58  23        (Exhibit 70-A was marked for identification.)

06:24:58  24        (Exhibit 70-B was marked for identification.)

06:25:13  25   BY MR. O'SULLIVAN:
```

MILAGRO ELIZABETH COOPER                                          JOB NO. 1844353
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

06:25:13   1        Q    Was that a truthful statement?  That Megan is

06:25:15   2    mentally retarded?  Yes or no?

06:25:18   3              MS. DIXON:  Objection as to form.

06:25:21   4              THE WITNESS:  I can't --

           5        (The Court Reporter requested clarification.)

06:25:18   6              MS. DIXON:  Objection as to form.

06:25:19   7              (Multiple Simultaneous Speakers.)

06:25:19   8              THE WITNESS:  I --

06:25:19   9        (The Court Reporter requested clarification.)

06:25:27  10    BY MR. O'SULLIVAN:

06:25:27  11        Q    She's asking you to answer the question:  Is

06:25:27  12    that a truthful statement that Megan is mentally

06:25:30  13    retarded?

06:25:30  14        A    I can't say.

06:25:31  15        Q    Okay.  When you said here, "I think she's

06:25:34  16    actually mentally retarded," you meant -- did you mean

06:25:37  17    to say I can't say whether she is?

06:25:40  18        A    Right.  So I said, "I think."

06:25:42  19        Q    Okay.  And have you reviewed any of Megan's

06:25:46  20    medical records?

06:25:47  21        A    No.

06:25:47  22        Q    Do you have access to any diagnostics that

06:25:49  23    would support the idea that she has a disorder out

06:25:51  24    something?

06:25:52  25        A    No.

| | | |
|---|---|---|
| 06:25:53 | 1 | Q      Okay. |
| 06:26:02 | 2 | MR. O'SULLIVAN:  I've used up all my time. |
| 06:26:04 | 3 | Thank you for your time. |
| 06:26:05 | 4 | THE WITNESS:  Thank you. |
| 06:26:07 | 5 | MS. DIXON:  Thank you. |
| 06:26:07 | 6 | THE VIDEOGRAPHER:  Before we go off the |
| 06:26:07 | 7 | record -- |
| 06:26:11 | 8 | THE COURT REPORTER:  Do you want a copy of the |
| 06:26:12 | 9 | transcript? |
| 06:26:14 | 10 | MS. DIXON:  Yes. |
| 06:26:17 | 11 | THE VIDEOGRAPHER:  Would you like your video |
| 06:26:18 | 12 | sync'd with the transcript? |
| 06:26:19 | 13 | MR. O'SULLIVAN:  Yes, please. |
| 06:26:22 | 14 | THE VIDEOGRAPHER:  Would you like a copy, |
| 06:26:23 | 15 | Counsel?  We can follow up -- |
| 06:26:24 | 16 | MS. DIXON:  Of the video? |
| 06:26:26 | 17 | THE VIDEOGRAPHER:  Yes. |
| 06:26:27 | 18 | MS. DIXON:  You mean, it's a separate thing? |
| 06:26:28 | 19 | I thought -- |
| 06:26:30 | 20 | THE VIDEOGRAPHER:  This concludes the |
| 06:26:31 | 21 | deposition of Milagro Elizabeth Cooper.  The time is |
| 06:26:35 | 22 | 6:26.  We're going off the record. |
| | 23 | (Proceedings concluded at 6:26 PM.) |
| | 24 | - - - |
| | 25 | |

```
 1                DECLARATION UNDER PENALTY OF PERJURY

 2

 3         I, the undersigned, declare under penalty of

 4    perjury that I have read the entire foregoing transcript

 5    of my deposition or the same has been read to me, and

 6    the same is true and accurate, save and except for

 7    changes, corrections, additions or deletions indicated

 8    by me on the DEPOSITION ERRATA SHEET hereof, with the

 9    understanding that I offer these changes as if still

10    under oath.

11

12         Signed on the _____ day of _____, 20___,

13    at _____, _____.

14           (City)                    (State)

15

16

17

18

19                             _____

20                             MILAGRO ELIZABETH COOPER

21

22

23

24

25
```

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

1              I, RONNY ZAVOSKY, CSR No. 12359, certify that

2     the foregoing proceedings were taken before me at the

3     time and place therein set forth, at which time the

4     witness was duly sworn and that the transcript is the

5     true record of the testimony so given;

6

7              Witness review, correction and signature;

8         (X) shall be per venue code    ( ) was requested

9         ( ) was not requested          ( ) was waived

10        ( ) not handled by the deposition officer due to

11            party stipulation

12

13             The dismantling, unsealing, or unbinding of

14    the original transcript will render the reporter's

15    certificate null and void.

16             I further certify that I am not financially

17    interested in the action, and I am not a relative or

18    employee of any attorney of the parties, nor of any of

19    the parties.

20             Dated this 28th day of July, 2025.

21

22

23    _____

                RONNY ZAVOSKY, CSR NO. 12359
24              CERTIFIED SHORTHAND REPORTER

25

```
 1    ERRATA SHEET
      CHANGES IN TESTIMONY
 2    MEGAN PETE v MILAGRO ELIZABETH COOPER
      Milagro Elizabeth Cooper
 3    July 21, 2025

 4    Page  Line   From                    To

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23

24    SIGNATURE:_____DATE:_____

25              Milagro Elizabeth Cooper
```

MILAGRO ELIZABETH COOPER                                              JOB NO. 1844353
JULY 21, 2025            HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

## Exhibits

**Exhibit 40** 5:9
152:19,21 153:8,12

**Exhibit 41** 5:10
163:22,25 164:9,13
167:15 168:3 169:25

**Exhibit 42-B** 5:12
171:23 176:22

**Exhibit 43** 5:13
177:19,24

**Exhibit 44** 5:14
177:21,25

**Exhibit 45-B** 5:16
191:15

**Exhibit 46** 5:17
199:24 200:4 206:20

**Exhibit 47** 5:18
208:11,12 209:2 213:9

**Exhibit 48** 5:19
227:16,18,22

**Exhibit 49** 5:20
233:10,12,15

**Exhibit 50-B** 5:22
235:24

**Exhibit 51-B** 5:24
242:5

**Exhibit 52** 5:25
244:2,5,8 245:3

**Exhibit 53-B** 6:4
252:9

**Exhibit 54** 6:5 273:5,
8,11

**Exhibit 55** 6:6
276:11

**Exhibit 56** 6:7
284:19,21 285:1,8

**Exhibit 57** 6:8 287:3,
5

**Exhibit 58-B** 6:10
306:3

**Exhibit 59-B** 6:12
310:22

**Exhibit 60** 6:13
324:20,23

**Exhibit 61** 6:14
331:15,19

**Exhibit 62** 6:15
333:13,15

**Exhibit 63** 6:16
342:16,20,22 343:24

**Exhibit 64** 6:17
367:10,12

**Exhibit 65** 6:18
369:22,24

**Exhibit 66** 6:19
381:5,6

**Exhibit 67** 6:20
388:7,10

**Exhibit 68** 6:21
392:12,14

**Exhibit 69** 6:22
394:3

**Exhibit 70-B** 6:24
395:24

## $

**$12** 36:16

**$3,000** 111:18 394:25

**$33,000** 392:21
393:15

**$4** 37:3

**$500** 36:15 37:15

**$77,000** 394:11

## 0

**0006** 213:9

**0007** 216:13

**09** 221:21

## 1

**10** 23:14 82:18 100:5,
16 123:11,12 124:4

125:12 129:7 221:25
222:3 325:6 341:6
354:5,6

**10,000** 23:3 100:22

**10-A** 310:8

**100** 100:16,25 101:1
323:18,20,22 324:4
354:2

**10:00** 389:11

**10:33** 72:6

**10:34** 200:14,17

**10:40** 278:18

**10:45** 278:21

**10:55** 72:9

**10K** 24:8

**11** 225:14

**11th** 338:22

**12** 179:19

**12359** 8:21

**12:15** 151:13,23

**12:16** 152:12

**12:22** 213:9

**12:45** 212:22

**12:51** 210:9

**12th** 164:11 167:19
389:3

**13** 15:11 381:19

**13816** 200:3

**13th** 382:2

**14th** 343:11

**15** 302:21

**17** 12:15

**18** 335:13,17

**1940** 62:17

**1:11** 152:15

**1:24-CV-24228-
CMA** 7:16

## 2

**20** 32:13 43:11,12 53:1
302:21 305:1,3,4,11,13,
14,19

**20,000** 345:16 358:12

**20,451** 344:24

**2010** 12:24,25 62:23

**2011** 13:16,17

**2012** 13:15,23 14:15,
17,18,25 15:10

**2015** 15:1,3

**2017-ish** 16:18

**2018** 20:12 51:1
278:23 347:8

**2019** 20:12 28:5 29:2,
3,5,9,14 51:3 52:25
219:20 338:22

**2019-ish** 20:12 51:1
253:5

**2020** 62:20,24 97:23
98:8 101:25 116:25
121:5 367:22 368:15

**2020-ish** 355:18

**2021** 29:14,15 102:1,5
103:5 132:24 149:19
373:4,17 379:22

**2022** 42:8,21 126:2
164:12 167:19 381:19
388:23

**2023** 80:16 81:11
126:2 153:15 179:24
319:6 325:6 335:13
351:14,16

**2024** 86:3,4 89:7
123:20 124:1 188:19
319:4 331:15 342:19
343:4,11 349:25 350:22

**2025** 7:1,9 86:3 108:14
335:13,17 338:22 341:6

**21** 7:1,9 382:11

**22** 388:23 389:17
391:19

MILAGRO ELIZABETH COOPER
JULY 21, 2025

JOB NO. 1844353

HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

**23** 320:8

**23-A** 170:17 171:3,4

**24** 123:19 247:4 321:6 348:15

**24th** 153:15

**25-A** 190:9

**27** 178:9,16,17,23

**27th** 112:13 123:19

**29** 331:15

**2:49** 243:21

**2:56** 221:22

---

**3**

**3** 178:15 188:24 264:8

**3,020** 394:18

**30** 194:20 302:19,20 348:19,24

**30,000** 394:15

**3000-something** 52:24

**301** 222:1

**33,000** 393:13

**33,363** 392:18

**34** 346:8

**3500** 52:24

**36** 395:16

**39** 233:9

**39-page** 177:20

**3:04** 243:24

**3:24** 389:11

---

**4**

**4** 264:2 278:18

**4/4/2020** 392:17

**4/4/2023** 392:17

**40** 152:5,6,19,20,21 153:5,8,12 164:3,4 348:19,24

**41** 152:19 163:22,25 164:9,13,16 167:15 168:3 169:25

**42** 170:16,18,19 179:20 180:23

**42-A** 170:21,25 171:9, 17,22 172:3

**42-B** 170:20 171:23 172:6 176:22

**43** 177:7,11,19,24 188:17 189:1,7 235:15

**43-A** 235:6,7

**43-B** 235:8

**44** 177:9,12,21,25 178:20

**44-A** 241:20

**45** 190:15

**45-A** 191:14

**45-B** 190:20 191:4,15

**46** 199:23,24 200:4 206:20

**47** 208:7,11,12,17,19 209:2 213:9

**475** 346:5

**48** 227:14,16,18,22

**49** 233:10,12,15

**4:09** 164:11

**4:39** 331:9

**4th** 335:13

---

**5**

**5** 23:13 24:7 100:3,4,15 288:13 333:23

**5,000** 23:3 37:2

**5.7K** 200:15 201:4

**50** 23:14 53:1 347:10 348:9,11

**50-** 264:7

**50-A** 235:14,23

**50-B** 235:24

**50/50** 249:12

**500** 30:9

**508** 388:11

**51-A** 241:20 242:4,9

**51-B** 241:21 242:5

**516** 326:10

**52** 244:2,5,8 245:3

**52.3K** 153:15

**53** 264:9

**53-A** 252:2,8

**53-B** 252:2,4,9

**54** 273:3,5,8,11

**55** 276:10,11 311:4

**56** 283:22,23 284:19,21 285:1,8

**57** 287:2,3,5

**58** 283:21 305:8,18

**58-A** 305:7,9 306:2

**58-B** 305:10 306:3

**59** 311:5,6

**59-A** 310:21

**59-B** 310:22 311:9

**5:08** 331:12

---

**6**

**6,300** 26:6

**6/8** 210:9

**6/8/24** 200:10,17

**60** 324:13,20,23

**61** 331:14,15,19 332:9

**61-A** 252:1

**613199** 201:11

**62** 333:12,13,15 342:8

**63** 342:9,14,15,16,20, 22 343:24 353:11

**6300** 26:7,18 27:6 29:20

**64** 367:9,10,12,16

**65** 369:21,22,24

**66** 381:5,6

**665** 278:15

**67** 388:6,7,10

**68** 392:12,14

**69** 393:17 394:3,5

**6:13** 392:6

**6:20** 392:9

**6:26** 397:22,23

---

**7**

**7** 220:3

**70** 395:19

**70-A** 395:23

**70-B** 395:20,24

**77,000** 394:15

**77,000-something** 394:9

**7907** 367:11

**7:12** 153:15

---

**8**

**8** 178:8 188:19

**865** 7:10

**8th** 184:10,15 185:2 200:13 221:9,21 246:24 248:1

---

**9**

**9** 338:22

**9,000** 92:18

**90017** 7:12

**9:28** 7:2,9

## A

**A-1** 305:13,14 395:16

**A-L-I** 27:23

**A-V-I** 64:14

**abandoned** 93:12

**absolutely** 20:17,20 26:14 49:22 93:7 104:21 142:7 149:24 174:16 263:21 302:16

**abusive** 386:14

**accept** 81:1 262:7

**accepted** 151:5

**accepting** 383:25

**access** 146:15 199:7 246:14 369:6,9 396:22

**accesses** 242:25

**accessible** 180:17

**account** 38:21 45:7, 10 61:16 62:6,7,8,12,15 63:13,17,19 67:18 68:9, 13,14,16 69:20 70:4 71:12,17 176:18 179:25 180:1,15 198:4 228:3, 12 369:5,8 394:7

**accountable** 386:10

**accounts** 40:20 178:25 179:4

**accredited** 282:9

**accuracy** 35:25

**accurate** 35:16 153:16 313:16 335:15 339:21

**accurately** 172:8 213:10

**accusation** 145:4 191:23 192:23 193:7,16 194:6 212:12,15 224:12 352:7

**accusations** 106:16

**accuse** 192:13

**accused** 106:19 109:12 162:16 163:6 172:16 175:6 194:8 203:19 240:4 252:21 365:15 386:18

**accusing** 66:21 147:20 169:3 194:16 195:7 197:12 223:24 224:5 275:13 308:9

**acknowledge** 173:18 264:19 267:3 271:15 282:24

**acknowledged** 271:10

**acquainted** 362:4

**acting** 380:7

**action** 7:7 139:6,20 258:6

**active** 45:24,25 46:18 47:5,9,19 48:9 49:2 67:18,19 186:4

**actively** 206:19

**activities** 347:18,20 349:7 350:5 351:3

**activity** 350:7 394:7

**acts** 252:25 253:11

**actual** 91:13 123:22 125:22 148:13 149:10 163:14 184:18 201:10 261:14 274:16 275:7 278:1 279:10 328:1 350:3 363:5,15 368:18 369:17 385:11 390:11

**ad** 21:4 252:20 253:25 255:18 256:19 257:10, 11,12 259:9 261:22 364:6,7

**add** 82:17 106:20 245:19,25 270:24

**added** 246:1

**adding** 46:20

**address** 279:17 364:5

**addressed** 264:20, 22

**addressing** 169:1

**adjective** 113:7

**admissible** 159:10 163:15

**admission** 174:7 196:15

**admissions** 194:10

**admit** 178:24 180:23 189:9

**Admitted** 285:4 287:6

**admitting** 189:4

**adopted** 14:1

**ads** 20:4 21:3 22:4,5

**ads'** 21:4

**Adsense** 20:7

**adult** 11:15,17

**advance** 111:21 167:25

**advantage** 90:6

**advertisers** 20:21

**advice** 225:8 299:3

**advisement** 88:15

**adviser** 13:5

**advocate** 12:17

**affected** 15:9 55:8 359:8

**affects** 114:19

**affiliated** 85:4,8,9,10

**affirmative** 177:22 288:21

**affirmatively** 156:21 314:20

**affirmed** 161:9

**afraid** 247:6

**aftermath** 238:19

**afternoon** 74:4,5

**ages** 105:2

**agitate** 297:9

**addressing** 169:1

**agree** 65:10,12 86:20 165:25 166:7,13 181:9 224:13 237:5 269:20

**agreed** 65:15 146:10

**agreement** 300:21

**ahead** 34:25 178:10 250:14

**AI** 213:7,19 261:9

**air** 141:23 352:4 364:12

**Airbnb** 43:4 351:18

**Akademiks** 132:21 133:5 134:4,5,18 135:4, 5,9 136:6 155:4 198:13 311:13,19,24 312:8 313:21 314:15,20 315:9,12,16 316:21 317:1,5 393:3,4

**alcohol** 386:19

**Alejandro** 230:7,13

**Alejandro's** 231:25

**Alex** 331:16

**Ali** 27:20,24 29:5,10 319:21,25

**alive** 46:9 62:18

**allegation** 351:20

**allegations** 109:6 291:21 292:1 296:9

**alleged** 109:19 148:24 179:14 373:11, 12 377:24

**allegedly** 198:24 239:14 376:7 378:22

**allowed** 279:17 308:1 349:8

**altercation** 150:24 203:7 206:12

**altogether** 82:17

**amazing** 131:19

**America** 160:18 309:6

**amount** 29:24 30:20 44:17 109:13 111:16,17 112:10 113:16 246:20

392:17 394:8

**amounts** 111:14

**analysis** 333:16,17
334:4 388:12

**analyzed** 281:16
285:15

**and/or** 179:3

**Angela** 392:19,22

**Angeles** 7:1,11

**angle** 115:3 241:4

**Anna** 322:23

**annoyed** 213:2
239:20

**Annually** 347:6

**answering** 46:13

**anti-megan** 322:7

**anymore** 59:13 79:5
105:22 106:2 218:5
247:9 316:15 330:3
358:10

**apartment** 41:4

**apologize** 178:19

**apologized** 46:15
50:8 353:1,2,3

**app** 295:5 336:20,21,
22 337:19 393:9 394:7,
16

**appeal** 95:13 96:11,
17,25 97:9,14 161:6,8

**appealed** 97:11

**appeals** 83:22 161:1,
20 196:7

**appearance** 115:14
320:18 326:23

**appeared** 102:12

**appearing** 127:1

**appears** 35:22 153:8
164:11 165:6 199:25
273:6 285:8

**application** 203:7

**appointment** 46:5,
7

**approach** 278:6
340:1

**approached** 27:10
366:10,23

**approximate** 100:2

**approximately**
23:2 335:20 348:18

**apps** 336:4

**April** 84:21 338:22

**archived** 189:14

**area** 28:14

**areas** 103:17

**argue** 10:15 161:22

**Argumentative**
160:20,24 163:12 173:6
203:21 212:5 219:12

**arms** 165:3

**Army** 11:12,17,18
15:7

**arranged** 320:2

**arrangement**
300:19,25

**arrest** 99:4 142:14

**arrested** 98:22

**arrests** 73:5

**arrived** 160:11

**arriving** 350:9

**arrow** 393:24

**article** 142:9

**artist** 131:19

**artistry** 131:18

**artists** 60:17

**Arts** 15:24

**asks** 17:11

**aspect** 31:2

**ass** 172:14 173:14
191:17 192:25 195:11
201:24 220:20 221:11
260:19 315:23

**assaulted** 351:9

**assert** 197:20 198:13
199:17 239:12 276:6
280:10 365:16,18

**asserted** 174:5
223:9 249:14 271:7
317:6 365:14

**asserting** 204:25
224:18,20 255:10 307:8

**assertion** 267:18
308:21 365:9 366:6

**assertions** 162:6
163:3 308:24

**assistant** 144:8
171:1,4,10 190:10,21
191:9,12 235:7,11,18,
21 241:22 252:6 305:3,
5,15,25 310:9,12,15
395:17

**associate** 15:24
134:25

**association** 95:9,11

**assume** 31:12 75:1
139:1 375:8

**assumed** 380:10

**assumes** 26:7 54:14
58:5 193:15 215:18,24
262:11

**assuming** 143:1
219:6 375:16

**Atlanta** 18:16,17

**attached** 82:2 94:20
96:20 230:1 255:24
263:18 363:17

**attachments**
383:24 384:2,7,14

**attacked** 315:22
351:9

**attacking** 226:20

**attempt** 65:24 71:13
181:21

**attempted** 213:13

**attempting** 261:17

**attend** 276:14

**attended** 284:24
329:2

**attendees** 326:5

**attending** 347:14

**attention** 35:8,14
98:12 136:11 181:15,21
182:11,22 198:19 203:8
207:24 213:1 223:6
225:20 231:1 232:17,24
239:17 249:8 250:22
253:15 279:5 287:10
333:20 351:19 364:18

**attention-getting**
34:21

**attitude** 226:16

**attorney** 74:14,18
88:10 92:19

**attorney-client**
301:6,9

**attorneys** 7:8

**audience** 21:25
25:21,23 26:12 31:13
32:19 40:21 127:4
206:9 236:8 245:2,12
260:13 329:15

**audio** 54:2 172:1
190:17,22 194:14
242:2,8 252:1 264:3
305:2 310:8,16,24
395:16

**auditioning** 28:7,9

**August** 14:17,18

**authentic** 220:6

**authority** 274:25

**auto** 338:25 339:3,6,8

**Autumn** 170:24

**average** 22:25

**avi** 64:12,14 66:21

**avoid** 54:25

**awaiting** 102:4

**aware** 17:15 90:13
96:5,21 134:15 174:14
181:25 186:6 204:25
217:22 223:21 224:21
257:6 282:8 327:14
338:18

MILAGRO ELIZABETH COOPER
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY          JOB NO. 1844353

awareness 294:4

awful 225:1

**B**

B-1 305:1,3,4,11

B-I-M-B-E-L-L-A 183:10

B-R-Z-Y 254:20

B-WORD 199:1

Bachelor 16:11

bachelor's 16:4,5

back 13:24,25 14:1, 13,15 15:2 19:12 39:7, 16 40:9 44:16 45:18 46:13 51:17 52:25 55:18 63:2 65:16 70:16 71:11,20 72:10,12 81:4 87:12 123:4 125:22 128:3 136:24 137:3 138:4 141:13 146:15,17 152:4,16 165:13 175:6 176:24,25 177:2 181:19 185:19 199:18 206:19 209:24 213:5 229:10 234:5 243:25 247:12 251:19 256:22 277:1 299:20 317:7 331:13 335:24 341:23 353:11 355:15 361:2 371:9 382:10 391:11 392:10 393:21

back-and-forth 128:4 130:18 349:3

background 11:3 35:2 82:4 217:21 232:5 362:17

backup 341:6,9,10, 14

backwards 142:13

bad 35:20 121:22 202:21 204:22 317:21 337:3

bail 121:6

Baisden 394:18,23

bait 210:12 222:23

balanced 218:15

ballpark 22:24 30:1

Bank 228:3

banned 349:9

Baptist 104:6

bargain 86:23

bars 246:19

base 11:13,17

based 20:2 21:13 30:2,13,19 32:5 36:13 45:22 55:21 92:6 148:17,18 158:5 163:16 169:20 176:9 198:2 205:8 236:18 249:13 274:23 281:4 300:6 313:15 321:7 334:4 347:18 363:14 375:25

basement 288:21

bases 371:17

basic 24:14 57:2

basically 29:11 54:3 93:16 114:3,18 168:24 239:22 241:17 255:4,9 270:25 274:23 303:6, 10,18 345:2 352:15,17 359:17 365:8 370:23 374:20 386:16 387:10

basis 58:20,22 59:3 186:14 192:6 268:24,25 288:17,20 314:3 358:1 371:10

basket 133:19

Bates 164:10 199:25 208:11 233:11 367:10 388:11

beach 355:22 356:12

beef 145:17

beefs 135:6

began 16:6 19:23 36:23

begging 49:18

begin 15:9

beginning 20:6 65:17 87:14 293:1

374:24

begins 51:23

behalf 7:23,24

behinds 352:9

belief 141:17 145:3 285:11

believed 90:5 136:14 196:1,10 268:10,12 309:20

bell 351:10 392:25 394:10,22

bending 249:22

benefit 60:17 81:7 239:18

Beyonce 55:2,6,11 57:9 59:8

Bible 370:16

big 56:13,14 89:24 95:6 135:3,11,24 225:20 238:23 277:12 329:14 330:22 337:14 347:9 375:13

bigger 188:9 238:18 275:14

biggest 35:18 198:5 237:25

bilateral 287:15

billboard 56:13

Bimbella 183:8,15 184:18 231:20,21 261:12

Bimbella.com 183:18 189:18

Bimbella.com. 183:5,6,24 205:22

Bindi 18:9,10

bio 72:3

biological 114:16

birthday 112:3,6,13 113:6,14,20,21 123:15, 17 125:19

bit 177:16 250:3 380:18

bitch 142:10,23 143:3, 6 172:14 174:9,20,21 175:2 222:22

Black 161:25 269:17 355:25

blame 145:8 359:4

blamed 135:9

blank 14:2,3,4,6 51:23

blast 328:18

Bleu 18:9,10

blog 27:25 34:3,6 39:2 41:24 42:3 44:25 45:8, 9,11 69:6,7,8,22 70:20 245:9 246:8 292:6 340:15

blogger 162:6 254:24 256:12 326:17 365:4,25

blogs 109:12 110:17 111:19

blood 288:14

bloodied 142:13

blue 22:6 117:19 118:12 368:7

board 180:21

bodies 279:22 280:2, 15

body 165:3,4

bond 348:6 349:14

bonded 104:7

bonding 51:7 55:10 106:12 349:6

bonding-type 348:8

bone 279:22

bono 85:13,14 86:2, 18 87:19,25 92:7,14 93:13,23 110:4

book 46:5,6 347:14

booked 43:3

bookmarking 245:15

bookmarks 201:8

**born** 11:6,8

**bothered** 63:5 259:3

**bottle** 281:20 283:2 285:20

**bottom** 66:18 71:18 111:6 153:14 154:12 183:18 201:13 207:5 208:17 220:23 221:25 230:4 231:12 234:12 278:13,20 394:17

**bounce** 270:17

**box** 22:19 173:21 198:8

**boy** 75:19

**boyfriend** 385:2

**brand** 25:2

**branded** 39:3

**break** 32:4 72:3 151:15,17,19,21 152:1, 3 165:22 243:18 324:14 331:7 360:14 392:4

**Breakfast** 198:12

**brick** 63:25

**briefings** 329:5

**briefly** 80:19

**bring** 24:17 44:7 131:24 176:6 213:1 251:15,19 258:14 259:6 272:15,16 284:6 294:4

**bringing** 182:11 194:15 206:14 207:24 232:16

**brings** 348:1

**Brittney** 356:20,24

**broad** 19:6 51:3 66:9 96:2

**broadcast** 203:11

**broadcasting** 219:23

**broaden** 78:13

**broadly** 395:3

**broke** 141:24

**broken** 158:12 386:20

**brought** 60:5 84:1 203:8 223:6 225:20 231:1 232:16,23 249:7 253:15 316:22 345:10 351:19 352:3 355:20 356:13 364:18 377:11

**Bryant** 326:10

**Brzy** 254:18,20,23,24 255:22 256:4 257:7 361:18,19 363:20,21,22 364:4,20 366:11,12,22 367:2

**Budden** 155:4 198:12 386:8

**build** 50:10 346:17

**building** 19:11 52:6 127:14,16 349:16

**built** 90:12

**bullet** 157:24 158:6, 16 265:5,8,21 267:9,15 280:9,15,19,25 281:5,6, 24 282:5,10,15,19,23 283:9,15 285:23 286:2 287:22 288:3,16 303:20 304:4 307:4 338:20

**bullets** 157:18 158:18 159:5 264:17,25 317:17 334:2,5

**bullied** 90:6

**bump** 30:18

**bunch** 209:3 384:2

**Burn** 321:24

**Burnett** 230:7,13

**business** 19:20 23:13 24:1,5 30:6 34:18 118:10 127:12 135:20 166:19 182:13 260:12 359:13 360:18

**bust** 222:21

**butcher** 165:6

**button** 180:6

**C**

**calculate** 21:19

**calculation** 299:24

**calendar** 86:2 126:1

**California** 7:1,11 8:21 95:2

**call** 41:22 45:13 47:12, 14 50:1 58:24 64:15 81:1,9 97:24 101:5 109:1,10,11 110:19 116:8 117:22 119:12, 14,16 120:4,24 121:8, 12,18 123:9 132:15 172:23 199:15 253:1 288:18,21 300:2,11,15 301:5,8 304:4 334:23 349:12 357:13 370:13, 21 371:10 372:9,11 373:17 374:3 377:8 379:13,23 382:22 389:19 390:11,14,17,19 392:1

**called** 17:18 25:15 46:2,4 52:14,15 87:24 98:2 108:24 119:13,15, 24 147:21 156:10,21, 23,25 157:3 173:3,11 183:7 222:22 296:23 346:25 355:25 360:1,2 370:15,16 373:8,15 390:19,22,23 393:5

**calling** 50:2 106:2 155:3,15 172:10 173:16 198:25 199:12 312:5

**calls** 58:8,14,16 59:2 64:6 84:6 108:16 116:9, 10,15 146:12 160:4 192:8,9 214:15,18 221:11 226:4 233:2 283:10 328:13,14 334:15 391:20,22

**camera** 18:1 23:18 80:25 218:5 241:11

**cameraman** 273:18

**cameras** 350:9

**camp** 95:23 346:25 347:1 349:4,11 350:19 351:1,5,8 360:17

**campaign** 92:16

**Campbell** 11:12,19 14:23 15:5

**campsite** 347:13

**candidate** 43:23

**canvas** 51:24

**caption** 179:12 386:22

**capture** 172:8

**car** 144:9 283:2 285:16,17 376:4 386:20

**Cardi** 153:22,24 154:5 162:2,10,11 163:2,6 185:19 203:7 206:11, 13,19 256:15 364:22 365:5,15

**care** 19:24 178:7 211:20,21 238:5,7 248:22

**careful** 91:4 165:19

**cares** 380:2

**case** 7:14,15 8:4 37:14 39:10 57:9 65:13 71:9, 11 76:25 77:4,20 78:6, 13,14,17 80:20 82:3,13 83:16,19,25 84:3,10,13, 23,24 85:1,3,5,8,18,23, 24,25 86:15 90:14,15 95:9 96:22 98:18 99:2 102:2,3 103:16 105:14 116:15 117:11 122:6,16 123:1,6 126:16 129:9, 11 132:2,3,11 135:1 136:6,14 137:6,18,21, 23 145:25 146:4 148:14 153:24 161:11,15 162:2,8,10 163:2,4 166:20,22,23 175:5 177:20,23 178:4,21 179:17 196:13 199:11 209:14,15 224:11 245:24 256:16 263:10, 20 270:11 271:24 274:1 275:14 281:7,17 293:24,25 296:4,9,10, 11 297:12,19,24 298:2 300:21 301:16 303:11, 19 306:12 307:2 309:15,23 312:11 313:3 317:18,22 318:11 321:8

326:23 329:25 330:2,19 341:7 342:4,5 365:6,7, 13 379:25 383:13 389:12

**cash** 113:2 393:6,9 394:7,16

**casings** 264:18,25

**cast** 143:22,23 147:3,9 318:13

**casting** 158:4

**catch** 65:21

**categories** 10:20

**category** 245:17,18 250:7

**caught** 273:16

**caused** 11:16 114:19 144:25 154:2 209:19 226:5,11 280:9 286:19 314:2 343:11 359:14 386:2

**causing** 135:9

**cc'd** 328:19

**Ceasar** 77:7,10,24 78:6,18,19 79:8,9,18 80:2,4 82:1,23 83:19,23 84:9,19 85:12,23 86:17 87:17,20 89:1,12 90:4 91:10 92:9,14,17 93:2 94:15,21 105:9 109:1, 10,12,13,14,16,20,24 110:7,14,16,21 111:2,5, 7 114:1 329:14

**ceased** 107:10

**Cedars-sinai** 278:23

**celebrities** 18:21 133:17 239:3 260:23

**celebrity** 118:9 214:22,23 215:7,10 238:5,6,9,16 250:3,14, 16,25 252:14 263:8

**centered** 12:5 18:21 296:4

**Central** 269:16

**certified** 8:20

**challenged** 149:16 309:14

**chance** 9:19 44:3 161:21 172:6

**chances** 60:24

**change** 41:6 145:2 295:8 299:23

**changed** 12:16 77:16 111:11 148:16 240:12,13,21,22 266:25

**changing** 302:13

**channel** 20:10 59:10 271:16

**channels** 51:19 57:13

**character** 323:21

**characterization** 193:15

**characterized** 114:3

**charge** 32:12 265:1

**charges** 223:7 258:14 259:6 309:9

**chat** 108:14 272:25 328:22 344:24 345:4,5, 7,25 346:2 352:2 353:19 357:24 358:9 360:22 361:13 369:10 393:3,5,9

**chats** 51:8 340:7

**check** 22:20,21 36:16 46:2,12 49:24 181:22 185:15 187:9 189:24 236:16

**checked** 17:2

**checking** 48:4 238:13

**checks** 38:11

**Chicago** 135:6,7,8

**child** 141:22

**children** 16:14 22:21 102:10 104:24 105:1,2 252:20 253:7,12,25 256:1,2 258:19,21 361:3

**chilling** 55:10

**chitchat** 273:1 358:24

**chitchatted** 103:3 373:18

**choice** 187:24 238:14 330:7,8

**choose** 165:16 211:10 384:14 387:13

**choosing** 298:7

**chose** 25:12 283:14, 16 330:21 344:22

**chosen** 127:21 297:22

**Christian** 104:6

**circle** 77:22,24

**circulate** 215:6 251:8

**circumstance** 90:19

**circumstances** 79:16 98:5 107:18 117:1 250:13 291:5 355:21

**Circumstantially** 379:6

**civil** 284:3

**clad** 249:22

**claim** 366:7

**claimed** 63:24

**claiming** 158:19 291:22

**claims** 155:3 257:22 280:24 290:2 303:13 317:6 331:17

**clarification** 19:15 64:13 77:12 78:21 208:3 264:21 364:10 365:21 368:1 384:5 396:5,9

**clarity** 143:7 286:6

**class** 12:6

**classes** 13:4 15:5,12

**classify** 323:22

**clean** 35:17,20,21,25

**clear** 49:12 75:2 172:16 194:13 195:4

**click** 184:14,18 200:24

**clicked** 184:17 189:25 190:2

**clicking** 180:5 231:15

**client** 109:24 299:5 300:11,12

**client's** 300:13

**clip** 170:17,20 171:20, 21 191:13 235:22 242:3 263:23,25 306:1 310:18,20 395:22

**clips** 131:15

**close** 14:11 106:12 138:24 241:4 244:12,24 245:7,10,16,18,21,23, 25 246:9,15 381:22,24, 25 382:18

**closer** 379:1

**club** 198:12 358:13

**clue** 272:14

**co-host** 28:11,12,17 319:17,21

**co-hosting** 29:11 319:13,25

**coincidence** 119:24

**collectively** 389:24

**college** 14:15 217:13

**colluding** 106:19,23 107:13 115:15

**collusion** 109:6

**column** 28:7,16,20

**combat** 271:9

**combination** 206:23 209:3

**comfortable** 19:24 178:5 226:25 271:3 291:17 292:11

MILAGRO ELIZABETH COOPER                                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

comforting 140:3,4

comment 44:2 45:24
255:1 365:5

commentary 18:25
135:1 270:22

commentator
135:19

commented 130:23
364:24,25 366:25

commenting 84:2
131:7 224:14 240:1

comments 227:6

commercial 20:15
127:16

committed 197:19

common 129:8
300:20 324:5,8 348:7

communicate
101:5 105:22 168:19
335:7 336:6 337:1
357:23 364:3

communicated
97:22 98:6 106:8
116:23 124:6

communicating
105:11,12,19 116:5,17
138:2 336:1

communication
106:21 115:9 118:1
119:11 125:6 233:22
328:15 331:15

communications
75:25 107:10 123:7

communities
260:24

community 47:19
50:19,20 51:5,22 52:21,
23 55:20 57:11 59:14
135:10 243:10,11,13
251:20 271:19 272:7,8

compare 52:3 102:2

competent 279:13

compilation 221:4

complaining
155:15

complaint 39:11
73:12 177:7,11,12,20
178:3 179:20 188:16
352:7

complete 315:3

completely 184:17
236:24 238:2 248:19
317:4

compound 269:10

compromising
203:1 251:16

computer 39:9
50:21 76:10 220:14

concentration
15:14

concern 47:12 160:3,
7,9

concerned 47:8
48:9 49:12 50:6 92:23
225:25 321:20

conclude 143:14

concluded 281:5,17
286:12 371:4 397:23

concludes 269:7
397:20

conclusion 150:2
281:7 309:23 310:3

conclusive 283:7

conclusively
199:10

conducted 126:25

conference 328:14

confessional
350:11

confidence 61:8
192:12

confirm 39:21 197:1
248:25 380:20

confirmed 230:21
316:10

conflict 359:15

confused 33:12
145:10,11 147:12

confuses 33:6

confusing 47:22
305:21

connect 7:13 99:20
291:13

connected 95:23
295:19 362:8

connection 23:21
79:17 84:16 96:5,19
122:4 130:9 134:3
395:5

connection's 75:21

conscious 321:17

consented 211:14,
18,19

consequences
275:14 308:5

considerate 50:3
215:10

Consistency 21:23

consistent 158:21

Consistently 21:25

constraints 20:16

consumption
270:25

contact 46:14 49:15
63:21 85:18 107:3
108:21 118:16 359:3

content 18:9 22:1
23:15 53:12 54:5,20
83:10 223:9 255:5

contention 198:9

contestant 18:19

continue 106:23
216:23

continued 49:1
106:22 338:15

continuing 213:1

continuously 65:1

contract 15:1 24:13
26:9,20 29:16,17,20,23
87:19,24 88:3,11,20,23
89:2 92:6

contracted 7:6
219:19

contradict 267:20

contradicted
267:18

contradicting
155:3 160:14

contradiction
157:10

contradictory
269:3 286:25 288:23
383:8

contribute 109:16

contributed 363:3

contributing 251:3

controlled 243:5

convenient 72:2
271:6

conversation 56:9
59:8 80:2,13,14,18
81:12 83:2 86:1 91:3,9
93:5,8 111:10 114:1
115:17,20 116:7 120:7
125:2,7 128:1,17 132:6
133:9 137:1,5 138:5,6
141:20 145:13 149:14
186:5 207:15 212:17
233:4 249:10 251:8,15
270:16 296:4 299:6,10
300:4 302:18 303:14
316:20 345:1 371:8
373:1 374:14,25 375:23
376:21 377:10 378:3,6
381:10 382:24 383:1
387:9 389:21 390:2
391:14 393:8

conversations
91:8 97:19 99:21 100:1
101:11 103:11 104:12
114:6 124:4 125:12
127:25 128:9 136:23
212:7 238:18 250:20
304:8 372:25 375:3

convicted 160:19
161:16,23 198:2,4
306:11 321:9

conviction 81:24
97:11 161:4,8

MILAGRO ELIZABETH COOPER
JULY 21, 2025     HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
JOB NO. 1844353

**convinced** 309:12

**cool** 25:14 346:18 358:9

**Cooper** 7:14,17,25 8:24 9:6 25:9 152:24 164:15 172:3 178:2 208:23 209:2 227:22 229:24 233:14 244:7 252:13 273:10 276:13 278:13 284:23 298:24 324:22 331:16,22 342:23 367:3,15 381:8 397:21

**Cooper's** 342:17 388:10

**cooperating** 87:6

**cooperative** 87:1

**cops** 142:17 158:12

**copy** 166:23,25 167:4, 10 171:14 177:7,19,21 178:20 221:23 227:19 397:8,14

**copying** 167:11

**copyright** 51:11,13 53:7,10,11,16 54:7,13, 21,25 55:17 57:24 58:3 60:4,20,25 225:1 242:21

**copyrighted** 53:4, 22 57:19 60:11

**corner** 18:1

**correct** 54:22 230:10 334:8

**cost** 250:17

**couch** 130:21

**cough** 201:24

**counsel** 7:18 58:15 163:19,24 166:3,13 171:7 173:8 178:21 235:13 266:9 273:4 279:2 284:1,11 317:10 387:22 397:15

**count** 50:16 56:12

**counting** 274:22

**country** 214:11 307:23

**county** 224:22

**couple** 17:3,23 38:10 108:1 178:2 205:9 233:25 351:20 353:12

**courses** 13:5

**court** 7:15 8:15,19 9:14 17:8 19:15 64:13 65:18 75:17 78:21 86:14 97:2 145:25 149:5 151:3,16 157:23 158:23 161:1,19 166:9 171:6,19 191:7 194:9, 11,16 196:8,25 197:6,7 208:3 216:2,6 222:25 235:12 264:21 265:7,21 269:7,18 273:23,24 274:3,15,16,17,21 275:7,12,18,20,24 276:3 279:13 280:22 283:22 287:10 306:9 309:3,23 311:5,14 312:16,18,22 316:22 326:23 327:20,24 328:4,6 342:9 364:10 365:21 368:1 384:5 396:5,9 397:8

**courtesy** 393:2

**courthouse** 124:15, 18 274:5 326:25 337:23,24

**courtroom** 138:17, 19,23 139:2,8,21 158:8 160:23 265:11 277:8

**courts** 265:4 273:17 274:2,3,4,7,13 275:1,5, 10,18 276:1

**cousin** 356:15,20,24

**cousin's** 356:19 357:12

**cover** 377:17

**coverage** 134:6 176:16

**covered** 345:16

**covering** 141:21,23 313:25 327:12

**COVID** 378:23,25

**cower** 315:22

**Craigslist** 252:20,23 253:9 256:19 257:12 261:22 361:5,25 362:6 364:1,6,7

**crash** 216:17

**crazy** 210:24 272:13 371:4

**create** 52:1 54:21 70:4 167:16 168:3 186:24 271:17 344:14

**created** 52:2 69:20 71:12 90:4 180:1 357:17 370:2

**creating** 218:6 344:2

**creation** 355:21

**creator** 18:9 23:15 255:5

**credibility** 160:12

**credit** 283:14,16,17

**crime** 147:11 269:18 275:4,13 281:13,14

**criminal** 12:17,20 15:15,17,22,23,24 73:4 122:5,8,16 141:13 162:24 232:4 253:21 259:6 309:9

**criminal-justice** 73:2

**criminology** 15:21

**critical** 381:2

**cross** 364:24

**crossed** 364:21 365:25

**crossing** 139:9

**crowd** 130:2

**crying** 154:15,17

**culture** 135:6 215:10 238:18 239:8 250:25 251:4,7,21 262:20

**Cupcake** 336:24 337:2,12 338:12,15

**curious** 25:12 170:13 288:24

**current** 29:19 68:22 297:24 381:11

**curse** 14:5 20:2,5

**cut** 14:9,10 28:19 106:12 181:20 243:1 369:13

**cute** 25:17

**cutter** 164:25 165:2

**cutting** 165:4 381:22

---

**D**

---

**D-E-M-O-R-E-E** 298:17

**D-Y-N-I-S-H** 354:23

**da** 83:2 147:20 176:4 352:2 358:23,24

**Dababy** 378:21 380:9,16,21

**dad** 97:16,22 119:24 121:20 122:25 123:9 128:11 137:18,23 138:2 370:4 374:21 375:6 379:2,3 380:23 395:10

**damage** 157:8,9 197:24

**damaging** 211:1 308:2

**damn** 216:17

**Dan** 166:25

**dance** 131:17 142:10, 22 143:3,6

**dare** 366:16

**date** 77:16 164:16 200:11 209:25 296:15 299:20 302:14 325:3,5 327:24 328:13 336:13 389:1

**dated** 167:18

**dates** 110:2 327:3,4

**daughter** 13:21 144:15 205:12 290:3,18 291:23 292:18 295:18 298:2 326:12

MILAGRO ELIZABETH COOPER                                                    JOB NO. 1844353
JULY 21, 2025      HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

**daughter's** 298:13

**day** 102:10,16,20,24
113:2 119:5 124:22
125:4,21 130:8 137:9
138:8,9,13 139:11
147:5 148:10 149:10
184:10 185:19 200:13
206:15 220:21 221:8,
21,23 222:6 223:10
233:6 244:23 246:23
247:2,5,7,18,23 265:12,
13 269:12 276:16,21
277:7 278:18 283:4
284:2 287:11 312:17
317:24 322:13 333:1
335:19 351:18 358:22
373:18 388:17 389:13,
23 391:3

**Day-to-day** 105:3

**days** 24:20 25:25 29:4
86:5 143:17 213:7
348:5 351:19 352:16
381:23

**Daystar** 79:10,11
120:22 132:3,5 147:17
168:17 169:15,19 170:3
325:15,20,23 327:22
329:3 377:21 378:13
388:14,23 389:13

**dead** 114:16 345:1

**deadweight** 340:9

**deal** 10:11 27:16 78:16
93:6 162:7 336:19
337:19 342:5 352:18
374:4

**dealing** 90:22 253:25
292:11 315:7 391:6

**dealings** 317:16
318:8 357:8 359:11

**dealt** 10:23

**death** 114:17 141:22

**Debakey** 12:8,11,12

**debating** 12:10

**deceive** 273:17,24
274:7

**deceived** 274:16
275:20 276:3

**deceiving** 274:21
275:12

**December** 149:19
153:15 338:22 381:19
382:2 388:23 389:3,17
391:19

**deception** 273:23

**deceptive** 275:21

**decide** 10:23 54:9
88:16 178:7 212:19,20
263:19

**decided** 115:9 150:8
225:9 306:24 353:22
388:25

**decides** 309:7

**decision** 105:18
108:19 115:12 321:18

**decisions** 144:16

**declaration** 264:17

**declared** 8:25

**decorate** 127:9

**deem** 35:23

**deep** 187:10

**deepfake** 179:22
181:20 186:11,15
188:4,20 189:8 200:21,
23 202:12 204:4 206:3
213:6 214:12,22 215:6
221:4 225:18 226:1
228:4,15,25 229:10
234:7 250:9,17,24
251:5,8,12

**deeply** 25:18

**defamation** 162:10
204:1,2 256:16,17

**defamatory** 162:24
179:14

**defaming** 162:12,15,
16

**defendant** 7:25
171:18 179:2,22,24
180:1,14 188:19

**defendant's**
180:12,15,16 189:14

**defense** 87:7 89:21
105:6 330:10

**defenses** 177:22

**definition** 161:17
274:13

**delete** 317:7 332:4,17
338:25 339:6,8,16,23,
25 340:6,7,10 342:3
343:12 344:17,22 357:5

**deleted** 38:16 40:21
63:6 64:24 221:15
234:4 244:11 247:8,9
315:12 317:1 336:20
338:21 339:10,12
340:24 341:18 343:2,25
344:7 368:13

**deletes** 339:3

**deleting** 315:17,19
340:2 341:3 344:10,14

**deletions** 343:8,17,
23

**demonetized** 20:3

**Demoree** 290:18,20,
21 291:11 293:14
297:13 300:2,15,20
301:23 302:9 304:1,9,
11

**Demoree's** 298:14,
15,18,24 301:17,20

**denied** 316:10,14,16

**denies** 179:3 267:13

**deny** 151:8 173:4
181:1 188:21 239:13
260:21 290:6 316:12

**denying** 156:13
181:3 187:8

**department** 274:6
275:7

**depending** 215:11
249:2 308:12

**depends** 22:8 54:7
60:21 294:19 348:10

**depicted** 233:15
252:15

**depiction** 153:9

**depo** 77:4

**deposed** 76:25 78:2

**deposit** 21:11,12

**deposition** 7:10,12,
17 9:22 39:9 74:13,21,
24 75:6,10 76:8 77:12,
15,20,25 78:6 143:4
166:20 266:12 284:3
291:1 397:21

**describe** 50:19
101:10 179:8 323:20
353:21

**description** 325:18

**Desire's** 298:13

**Desiree** 290:8,11
298:4

**Desiree's** 290:3
291:23

**desperate** 362:19

**details** 8:10 133:6
142:8,15

**detect** 53:21

**Detective** 265:24
267:14 268:8

**determine** 179:10
261:5

**determined** 26:19

**determines** 261:7

**developed** 35:6

**device** 368:18 369:17

**devices** 340:15

**diagnosis** 287:14,16

**diagnostics** 396:22

**dialogue** 42:17

**Diana** 323:15

**difference** 158:17
159:5 242:23 283:8
307:10

**differently** 149:11
162:18

**difficult** 35:1 100:6

**dig** 274:12

MILAGRO ELIZABETH COOPER
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY        JOB NO. 1844353

**diligence** 218:12
313:10

**dime** 37:20

**dinner** 103:3,9

**direct** 36:7 136:24
175:18 181:21 183:5
230:1 234:20 333:20
369:2 370:1 381:10,12

**directed** 233:1
331:16

**directly** 78:16 92:16
130:19 224:14 230:5
275:19 364:3 372:5

**disabling** 54:5

**disagree** 181:4,5

**disagreement**
45:22 46:17 47:4,7
114:9,14

**disappeared** 46:21
48:12

**discern** 213:19

**discontinued**
335:17

**Discord** 50:16,17,25
51:2,5,16,23 52:4,22
53:4 54:12,20,25 55:18,
20,25 56:9 57:8,10,20,
24 58:2,4 59:8,12,16,21
60:12,14,23 61:1
212:25 230:5 231:1,3,
23 236:13 242:19,24
243:6,9 250:11 270:5,7,
10,20 271:12,19,21,25
272:10,15,22

**discovery** 341:8

**discretion** 179:1
218:21

**discuss** 79:25
202:25 205:18 212:6
218:8 238:21 239:2
246:25 248:17 251:15
259:17 260:14,25 261:1
263:9 271:10 320:17

**discussed** 27:5
85:22 92:1 97:15 132:1,
3 200:24 212:8 320:23

**discussing** 131:25
186:6 206:9,11,18
212:8

**discussion** 116:14
171:6 235:12 250:11

**disgusted** 259:5

**dishonest** 359:13

**dishonesty** 64:2

**dismissed** 161:8

**disorder** 396:23

**displayed** 180:13
189:14

**disseminate**
217:11

**dissension** 357:17

**distinction** 202:23
242:17

**distinguish** 100:15
150:20 344:13

**distinguished**
199:13

**distract** 216:24

**distracted** 185:22

**distraught** 361:10

**District** 7:15

**Dixon** 7:24 8:7,11
17:11 54:14 58:5,8,10,
14,16,21,25 64:6 72:2
75:19 77:11,14 84:5
88:8,13,18 92:21 95:15,
25 114:25 118:20
119:18 143:1,5 146:12
152:6 157:19,21 160:4,
20,24 163:12 164:1,5
165:21 166:1,7,12,17,
22 167:3,8 171:15
173:6,9 177:10,13
191:1,3,5 192:8 193:8,
14 196:4,24 199:19
203:21 208:9,15,18,20
212:5 214:15,18
215:18,24 219:6,12
222:16 224:7 225:3,5
226:4 229:5,12 233:2
235:14,17 243:20 251:9
260:9 262:11,14 263:21
266:3,6,10,14,18,22

267:23 269:10 283:10,
24 284:4,6,13,17
285:25 286:6 289:10
298:22,25 300:6,9,14,
23 301:2,9,20 302:4
305:16,19,23 306:16
309:18 310:10,14,19
324:14 342:10,12,14
396:3,6 397:5,10,16,18

**DJ** 132:21 134:4,5,18
135:4,5 136:6

**DM** 123:15 133:2,9
184:16 185:6 312:4

**DM'D** 137:2 295:20

**DMS** 132:18

**DNA** 161:12 307:3
316:20,25

**doctor** 12:3 158:8
278:25 279:11 280:7,
12,13 282:1,3,6,25
283:6,15 285:15 286:7
316:15

**doctor's** 279:6

**document** 88:12
153:8 164:10 177:20
227:19 233:11 244:3
252:1 273:6 287:6
332:8 333:16 367:10
381:5

**documentary**
130:22,25 131:2,16

**documented**
145:22

**documents** 39:10,
14 74:8 75:11 76:17
96:22,23,24 97:1
208:11 228:4,25 229:11
328:19 331:18 332:4,17
368:11 384:6

**dollars** 30:8,10

**Don** 233:20 235:3

**donate** 393:12

**donations** 94:8

**donor** 94:4

**door** 378:14

**doubt** 147:3 232:11
271:17 280:22 281:3

282:11 370:7

**Drake** 318:20,22

**dramatic** 115:7

**draw** 181:14

**drawing** 182:22

**drill** 135:8,13,14

**drive** 166:17,20
350:17

**drives** 23:12

**drugs** 386:19

**Duanidy** 326:8

**due** 370:23

**dumb** 216:17

**dummy** 216:18

**duration** 26:9

**duty** 219:25

**dying** 368:21

**Dynish** 354:23 355:8

---

**E**

**earlier** 224:13 255:1
256:15 265:10 276:13
293:15 367:23

**ease** 79:14

**easier** 65:18 179:21

**easiest** 227:21

**easily** 17:25 205:23
354:19

**easy** 365:11

**eat** 238:6,7

**echo** 95:16,18 314:15

**economics** 19:22
26:2 36:7 38:6

**edit** 343:15

**editor** 179:4

**effect** 53:25 57:21
99:15,18 144:14 263:5
277:3 371:1 380:7

MILAGRO ELIZABETH COOPER
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY          JOB NO. 1844353

**effectively** 246:13

**effects** 34:19

**effort** 204:11 205:2 219:16 223:14

**eggs** 133:19

**electronics** 278:3

**Elizabeth** 7:17 8:24 397:21

**else's** 310:3

**email** 41:6 53:22 63:20 66:6,15,19 67:4 68:11,13 70:5 166:8 255:6 256:22 257:16,17 324:25 328:23 329:13 332:11,12 353:1 369:10 383:1,6,9,18,22,25 384:1 387:25 390:13

**emailed** 256:24

**emails** 67:5 76:20 328:17,20 329:19 330:9,22 332:4 387:20

**Emanuel** 7:23 331:16

**embarrassed** 352:22

**Emilio** 273:18

**emojis** 168:18

**employee** 7:8

**encouraged** 149:17

**encouragement** 52:9 116:3

**encouraging** 272:21

**end** 10:1 85:6 92:2 127:1 133:15 179:2 193:3 227:11 229:25 237:9 242:7 269:12 285:4 311:11 369:7 386:9

**ended** 15:25 28:21 119:16 120:3 315:17 335:2 391:2

**ending** 388:11 389:5, 7

**ends** 278:15

**engagement** 21:13 36:20 37:12

**engagement-based** 37:10

**engagements** 36:13

**engaging** 23:17 44:1

**enjoy** 23:16,21 223:10

**enjoying** 350:11

**enlisted** 41:23

**enlisting** 85:17

**entered** 306:22

**enters** 309:8

**entertainment** 205:16 217:6 219:23 239:7,9 349:7

**entire** 36:15

**entitle** 26:25

**entitled** 215:3

**entrusting** 89:21

**entry** 392:13,17

**episode** 126:19

**equal** 28:19

**equipment** 283:6

**essential** 161:13

**essentially** 80:24 102:10 106:19

**established** 114:17 355:17

**estimate** 62:17

**ethical** 217:15,19

**ethics** 217:15,18

**evaded** 64:25

**evading** 68:4,5,7

**evasion** 61:24,25 62:3 71:2

**event** 130:9 346:15, 21,24 350:3 352:2 353:3 386:4

**events** 76:18 122:5 123:2 144:6 351:6 373:23,25 386:18

**eventually** 46:4 85:21 87:12 91:22 264:19 380:12

**evidence** 54:15 58:5 139:17 140:17 141:11 143:2 148:13 157:15,21 158:5 159:10,11 166:23 186:22,23 193:16 194:3,7 198:2 199:7 215:19,25 264:17,18 265:2,11 266:6 268:12 269:5,14,16 271:13,14, 24 279:14 280:18,19 281:5,25 282:10 285:5 286:24 287:6,11,18 288:12 289:3,5,7 307:14 309:6 316:21 317:4 334:6 338:20 341:5

**evidentiary** 119:21

**ex-boyfriend** 384:21

**exact** 29:24 110:1 112:10 113:16 142:15 296:15 299:20 302:14 335:19 336:12

**exaggerated** 37:18

**examination** 9:4 279:8 281:23

**examined** 9:1

**examples** 90:7,13

**exceeded** 392:17 394:9

**exchange** 46:22 276:21 296:1

**exchanged** 132:6

**exchanges** 277:5

**excited** 379:23

**excluded** 289:18

**exclusive** 110:17 118:17 293:13

**exclusively** 24:18, 19

**excuse** 72:2 117:22 262:19 266:4

**exercise** 197:9 245:24

**exhibit** 152:19,21 153:4,8,12 163:22,25 164:9,13 167:15 168:3 169:25 171:22,23 176:22 177:19,21,24,25 190:14 191:14,15 199:24 200:4 206:20 208:11,12 209:2 213:9 227:14,16,18,22 233:10,12,15 235:23,24 242:4,5 244:2,5,8 245:3 252:8,9 273:5,8,11 276:11 284:19,21 285:1,8 287:3,5 305:7, 18 306:2,3 310:21,22 311:3 324:16,20,23 331:15,19 333:13,15 342:16,20,22 343:24 367:10,12 369:22,24 381:5,6 388:7,10 392:12,14 394:3 395:23,24

**exist** 247:9 309:14

**existed** 185:2 267:9

**existing** 212:2

**exists** 161:20

**expanded** 29:10

**expect** 32:9 185:14 232:19

**expectation** 169:14

**expectations** 44:9 45:1

**expected** 259:13 260:2

**expecting** 113:9

**experience** 58:7,13 352:11

**expert** 44:6 122:11 157:7,9 158:3 197:24 283:11

**expertise** 90:21,25

**explain** 19:19 57:7 64:8 80:20 106:18 242:16 371:11

MILAGRO ELIZABETH COOPER
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
JOB NO. 1844353

explained 48:6 67:5
91:2 194:12 195:21

explaining 110:19
202:9

explanation 71:6
174:24 343:24

export 210:5

exposed 140:16

expressed 120:20

expressing 181:14

extended 50:4 70:14

extension 12:7,10
24:25 34:5 39:2 56:24
136:15 270:15

extremities 287:15

eyeballs 35:8

eyes 27:4 160:22

                F

face 22:6 64:9 154:16
316:16

Facebook 34:1,7

faced 168:14

fact 17:15 74:12,21
76:24 77:19 78:2 82:1
89:14 93:5 120:12
150:15,18 151:5 154:18
160:14 200:17 202:7
223:15 226:16 238:17,
20 239:14 241:14
248:5,15 254:7 260:1
264:15 265:10 267:17
270:1,2 274:24 285:22
291:8 297:23 298:1
327:6

facts 54:14 58:5 143:1
146:23 150:21 151:1,2
157:21 193:15,17
215:18,24 262:11

factual 149:10 268:25
288:21

fair 44:21 91:5 219:2
282:21,22,24

fairly 32:5 44:15

faith 103:19 104:22

faith-based 103:21,
23 116:1

fake 204:12,16 212:19
215:15 220:20 221:11
238:2,4 250:2,17
252:15 257:15,19,21
258:22 263:14

fake-ness 213:14

false 205:19,20
212:13 260:6 267:21
308:25 309:3,4 316:12

falsely 61:6

falsified 288:11

familiar 123:1 256:13

family 102:25 103:13,
15 114:9,11 257:9
258:17 290:15

famous 18:23 212:1,
3 214:21 250:8 260:7,
20 319:9

fan 41:22 42:15,19
43:20 44:1 45:25 47:14
99:11

fans 33:10 43:6 47:11
56:3 59:9 64:16,17
78:16 113:21 348:7
349:15 393:5

farfetched 249:24

fashion 95:13 98:14

fast 17:9 202:10
358:17

fast-forward 99:25

faster 233:9

fat 337:14

father 101:14,16,20
103:7 106:11 114:16
115:8 117:24 119:13,15
120:7,12 121:12 124:8
132:14 317:16 390:7

fault 359:5

favor 287:13

favorable 377:3

feature 28:9 180:4

featured 180:16

features 240:2

featuring 180:9

fed 158:25

feed 37:22 82:7 109:6

feedback 95:15

feeding 315:4

feel 22:9 23:23 49:10
83:11 101:14 149:11
206:5 211:24 218:3,7
229:17 237:19 249:5
250:4 251:11 262:22
269:21 275:6,22 282:21
290:2 291:17 294:3
307:23 316:11,17
322:13 340:5 341:23
350:10 359:14 361:11
363:3,14 377:25 378:20
383:17

feeling 34:23 116:1,
12 150:15 359:15,17

feels 23:22

fees 109:17

feet 142:13 282:21

fell 281:21 283:2 357:9

Felonies 149:3

felt 17:24 28:16 44:2
47:2 48:8 49:13 93:12
147:20 149:24 150:24
151:2 162:7 202:24
210:25 211:6 217:23
227:1 237:14 239:21
249:8 260:4 271:5
281:1 282:16 297:10
307:4 312:24 314:16,17
315:8,11 317:24 337:21
338:1,9 341:21 352:20
353:2 370:22 377:22
383:7,15

fessed 197:6

field 205:16 219:18

fight 151:6 377:24

Figueroa 7:11

figure 13:4,5 35:2
66:4 77:21 87:21
101:14,16,20 103:8

106:11 189:3 212:1
214:4 217:5 241:5
361:3,21 371:24

figured 47:25 363:11,
12,24

file 209:6,7 210:3
253:1 305:12 363:2

filed 96:22,23,25
115:11 178:21 253:19
328:18 363:4

files 100:9 208:24

filing 107:21 108:22
114:6 139:8

fill 132:9 133:8

film 350:13

filmed 251:18

filming 350:14,21

finance 105:5

finances 24:11

financial 19:4 31:2

financially 7:6

find 33:14 86:16 93:17
185:16 194:17 204:11,
12,16 213:13 223:14
251:19 253:14 254:22
289:20 361:18 362:13,
22,24 363:14 368:24
385:15

finding 287:21

findings 287:20

fine 48:17,18 276:10

finish 16:7 65:19

fired 47:15

fishy 147:21

fit 144:6

five-minute 243:18
392:4

fix 10:7

flag 55:6 61:5

flagged 61:7

flat 26:21,22,23 207:22

MILAGRO ELIZABETH COOPER
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
JOB NO. 1844353

flat-out 248:10

flip 278:12

flipping 331:21

Floor 7:11

Florida 92:19 293:14 322:24

Flow 363:21,22

flowed 111:20

Floyd 195:23

fluctuates 21:13 23:9

fly 350:16

focal 262:24 263:7,15, 16

focus 15:12 16:9 23:17 178:8 250:5 301:15 303:20

focused 35:4 179:20 206:10 303:2

focusing 248:4 262:23,25

follow 10:25 45:16 65:1 66:8,23 147:22 182:24 183:1 255:3,7 313:14 327:17 332:6 397:15

follow-up 63:20

followers 182:4 271:4

food 47:16 152:3

foot 157:18 158:9,10, 16 278:25 279:9,21 280:1,18 281:19,24

footage 142:12

footnote 180:18

foreign 279:21 280:15

forensic 141:11 158:5 333:16,17 334:4 388:12

forensics 12:4,6

forget 12:4 247:6

forgiveness 49:18

form 95:12 98:14 289:11 306:20 309:18 396:3,6

formal 29:16,17 217:13 218:20 375:10

formally 40:24

formats 101:8

Fort 11:12,19 14:23 15:5

forward 14:21 169:21 195:16 257:1,23 258:10,12,13 352:25 384:15

fought 376:7

found 161:22 169:8 196:10 203:16,17 254:10,16,25 269:18 279:13 295:12 306:14 333:8 352:14,17 364:15 380:8 386:12

foundation 90:11 283:25

four-second 154:13

fourth 338:20

frag 289:1

fragment 283:9 285:23 288:3

fragments 157:24, 25 158:6,10,16 265:5,9, 17,21 267:10,15 280:9, 16,19 281:1,5,6,25 282:2,5,10,15,19 283:15 285:18 286:3 287:22 288:16 307:4

frame 348:14

free 20:18 120:25 121:3 250:8 316:11 334:19

freedom 56:18 307:24

fresh 69:17

friend 16:15,24 17:18 41:22 145:11 147:3 240:9 319:12 325:22

346:13 353:20 354:8 357:7,12 362:2

friend's 149:6 195:14

friends 25:20 48:24 50:1 244:12,24 245:7, 10,11,16,18,22,23,25 246:9,15 272:24 320:1 325:14,20 327:21 328:12 329:3 344:25 345:12,13 353:15,18 354:4 356:6 357:14 358:2,5,7 360:15,20

friendship 346:17

front 171:13 194:14 231:19 253:12 255:18 259:16 311:8 369:24

frustrated 63:8

FTI 199:25 333:16 367:10 368:11 388:10

fuck 174:9,10

fucked 216:16

full 290:10 307:16

full-fledged 185:18

fun 19:25 23:16 348:8 356:6 358:19,20

function 26:18

funded 94:1

fundraising 113:19

funny 16:16,25 17:19 120:14 380:7

future 116:18 161:10 353:6

— — — — — — —

**G**

gag 297:12,15,23 298:2

gagged 297:17,18

Gaines 158:25

Galveston 356:22, 23

games 349:15

Garcia 273:18

gardening 51:8,19 52:5,7

gate 139:7

gather 209:17

gathered 209:18

gathering 130:14

gave 17:23 49:10 57:9 60:6 61:23 67:14,15 70:16 71:6 112:9 125:3, 9 136:14 191:2 227:24 240:20,22 254:13 313:13,17 382:20 387:16 390:23,24

Gayle 174:6 197:5

general 37:22 51:22 78:14 87:3 104:13 172:19 195:5,6,10 196:16 199:12 289:23 314:8

generally 21:15 94:2 98:12 131:10 277:12 293:23 323:12 348:1 350:4 386:5

genre 135:15

George 195:23

get all 283:4

get-together 350:3

gift 113:22

gifted 365:6

gifts 112:3,6

girl 16:25 17:19 216:15

give 10:3,8 18:8,25 28:18 30:3 32:13 36:14 38:13 44:2 51:15 52:9 58:21 66:13 69:11 77:2 90:7 100:2 119:18 152:22 167:5 188:9 208:8 219:16 227:15 249:13 270:16 272:6, 14,19 279:14 313:1 314:7 317:20,23 330:15 333:12 355:13 372:9 376:25 377:2,16 381:17

Givesendgo 92:16

giving 17:16 46:20 77:20 100:17 112:8

MILAGRO ELIZABETH COOPER                                                      JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

270:21 303:20 312:13
331:3 341:8

**glass**  158:2,11,12,14,
18,20,21 159:1,5 195:9,
15 279:24 280:9,25
281:10,12,16,20 282:2,
23 283:1,2,8 285:12,15,
17,19,20,24 286:12,19
288:25 289:1 386:20

**goal**  270:24

**goals**  22:9

**God**  104:6 122:1
160:25 161:5 195:15
340:19

**good**  7:4 9:6,7 22:22
24:8 48:19 90:17 95:14
160:1 191:6 198:25
239:10 291:3 317:21
358:23 362:9,16 395:21

**Goodbye**  277:5

**Google**  24:6 312:3

**gosh**  18:8

**gossip**  28:7,14,15,19
219:10 349:13

**graduated**  12:14
16:4

**grain**  199:4

**Gramz**  25:5,7,10,16
64:24 68:20,23,25
164:11 245:9 369:8

**Grandma**  14:8

**grandmother**  13:25
14:14

**great**  48:16 248:17

**green**  122:10

**greet**  42:20,24 43:6
47:18

**greeted**  378:14

**greeting**  124:24

**groceries**  47:15,17

**grounds**  61:1,22
68:2

**group**  23:22 96:12,13
130:23 137:11 271:3

325:19 326:1 328:22
330:18,23 340:7
344:22,24 345:4,5,6,10,
12,20 346:1 347:9
350:19 353:12,20,22,24
354:3,22 355:7,12,16
356:6,10,16 357:5,6,8,
10,17 358:9,19 359:18
360:22 361:11,13
369:10

**groups**  328:15,21

**grow**  11:4 22:8 23:20,
23

**growing**  11:14

**grown**  38:1

**grown-up**  351:22

**grown-ups**  351:22

**grudge**  145:17

**guess**  11:24 104:7
110:23 200:16 210:7
221:5,7 227:11 321:17
324:24 372:2

**guessing**  314:25

**guest**  28:6 83:20

**guidance**  317:17

**guide**  318:8

**guilty**  140:5,7,11
141:17 149:25 269:18
318:14 391:6

**gun**  151:9 264:18
379:9,15 386:20

**gunshot**  147:14
158:22 287:15

**guy**  99:1 115:8 149:1
230:19 234:25 254:6
255:19 265:1 279:12
295:13 361:21 362:11
386:2

**guys**  18:2 55:11 73:25
74:8,23 75:11 76:17
101:7 103:2,17 104:7
111:10 124:6,17 125:12
131:3 133:1 216:3
243:17 296:21 304:14
351:20 352:19 356:2,12
359:18 360:12 382:21
389:15

# H

**H-A-Y-D-E-N**  91:21

**H-S**  154:6

**hair**  46:6

**half-hour**  152:4

**hall**  52:7 80:8

**hallway**  312:19,22

**Hamilton**  302:5,7

**Hamilton's**  302:8

**hand**  163:1 202:13
239:14 277:19 365:12

**handed**  153:24
162:2,19 244:2 365:6,8

**handful**  290:22

**handing**  163:24

**handle**  39:24 45:13,
15 68:18 85:16 126:22
240:14,15,17 254:18
363:18

**handled**  86:19
126:23

**hands**  111:11

**hang**  338:7

**hanging**  129:16
131:22

**hangout**  57:11

**happen**  38:12,14
43:2 44:14 61:9 77:22
78:3 126:24 130:14
133:1,10,14,23 134:1
139:15 140:2 148:3
214:8 263:10,11 296:12
313:13 347:5 370:24

**happened**  18:2 29:7
40:19 47:10 48:13
64:20 83:3 102:21
119:10 122:19 140:19,
24 141:3 145:7 146:18
147:4 154:1,3 160:22
176:6 185:23 206:11
213:18 238:13,17,20
244:22 246:24 248:22
253:18 254:7 259:25

261:2 263:9 267:9
268:20 269:2 282:17,18
283:4 286:20,22,23
289:16 290:4 307:9
312:11 313:24,25 333:6
352:4,13 361:23 366:15
375:5 377:15 379:9,14
380:24 381:1

**happening**  203:8
205:18 212:9 219:25
251:20 260:25 263:9

**happy**  123:15

**harassed**  63:14
64:16 337:22

**harassing**  338:10

**hard**  283:8 394:18,25

**harm**  222:10

**harming**  142:2

**Harris**  143:18

**hate**  131:13

**hated**  121:24

**hates**  340:3

**Hayden**  91:19,21,24
92:1 94:15,17

**Hayrapetian**  7:22
95:18 151:16 152:1,20,
25 153:6 164:4,7
165:23 166:2,6 167:11
170:15,17,20,23 171:3
188:12 190:9,13,17
235:6,10,15 241:19,25
251:25 252:5 263:23
264:8 305:1,4,6,9,14,24
310:7 324:17 331:7
387:20,23 388:13,18
389:2,6 391:25 393:19,
25 395:15,20

**HBO**  359:19 360:2

**head**  78:25 108:16

**heading**  179:22
228:25

**headline**  182:25
202:25 203:3 205:23,25
377:18

**hear**  51:17 55:4 59:14
75:17 85:6 140:22
143:9 171:2 260:13

349:14 378:17

**heard** 12:12 71:2
141:25 142:8 161:11
195:23 198:1 213:24
236:3,6 237:5 242:8
264:3,12 280:5 281:25
287:18 290:25 306:6
307:3 310:25 312:22
314:18 322:2 325:18,19
327:18 373:20,22
377:23,25 378:10,11,
13,16,23,24 380:17

**hearing** 64:1 149:18
150:6 265:23,24 322:2
374:21

**hears** 269:4

**hearsay** 119:18
380:2,19

**heart** 180:6

**heavily** 313:25

**heel** 279:22 285:9

**Hell** 231:12

**helped** 90:8 168:6
361:3,22 363:3

**helpful** 83:10

**helping** 85:11 90:12
97:6 179:8

**helps** 24:1

**HENDERSON**
19:17

**Hennessey** 185:20

**Herano** 278:21

**herpes** 365:16 366:1

**hey** 46:5 53:21 55:11,
17,24 56:22 77:21
106:1 120:11 121:10
124:25 125:3 128:15
136:5 185:23 239:14
250:9 263:4 269:22
272:25 294:7 393:8

**high** 11:24 12:3,14

**higher** 180:9

**highlight** 344:23

**highlighting** 169:16
303:10

**hinted** 370:22

**Hip** 18:16,17

**hip-hop** 135:11

**history** 50:2 119:11

**hit** 30:17 63:25 117:3,
13,25 118:13 121:15
132:13 136:9 160:12
225:17 350:7,8,23
372:15

**hoe** 174:10 191:17
192:25 195:11 201:24

**hoes** 153:22

**hold** 165:21 166:3
216:2

**Hollywood** 133:18

**home** 13:24 14:1,13
46:25 47:17 128:13
378:23,25 380:13

**hometown** 126:6

**homosexual** 49:22
359:12

**honest** 23:15 25:18
86:13 128:8 160:11
255:8

**honestly** 70:9 86:12
105:3 121:19 146:19
321:16 325:10 343:6,9
358:21

**Hop** 18:16,17

**hope** 268:8 324:2

**hopes** 51:6

**hoping** 19:25 222:21
239:16 372:15

**horse's** 165:5
168:17,21 169:4,9,18,
19 170:6,9

**horses** 168:1

**hospital** 147:12,14,
17,23 159:4 281:18

**host** 346:25

**hosted** 261:13

**hosting** 56:12 219:24
261:16

**hot** 386:15

**hotel** 43:2 347:13

**hotline** 312:2 316:6

**hour** 82:10 132:7
133:8 223:6

**hours** 74:1,2 129:2,
20,22 247:4 297:1

**house** 128:18 129:13
389:23

**Houston** 11:5,11
12:8,15,19,23 15:2,14
41:8 42:25 43:1 78:10
101:23 102:7 141:23
347:4,12

**hug** 125:3,9

**huge** 238:23

**Huh-uh** 32:8 229:2

**human** 174:21

**humor** 324:3

**hundreds** 100:10
104:11 113:17

**hung** 46:11 345:13

**hurt** 145:9,16 198:24
204:18,21,22 220:19

**hurts** 308:5

**husband** 14:16 78:8
102:10 291:16,17,19,23
292:12,15,23 293:5,9,
18 295:7 332:19

**husband's** 11:22

**hypothetical**
174:13 175:5 176:5,9

**hypothetically**
174:20 175:10,11 176:1

---

**I**

**i.e.** 180:14

**icon** 180:15

**idea** 16:21 17:3 18:6
27:6,8 30:7 63:21 84:12
85:22 90:17 93:21
100:7 133:21 136:14
248:2 364:19 396:23

**ideas** 270:12,18

**identical** 31:10

**identification**
152:21 164:13 171:22,
23 177:24,25 191:14,15
200:4 208:12 227:16
233:12 235:23,24
242:4,5 244:5 252:8,9
273:8 276:11 284:21
287:3 306:2,3 310:21,
22 324:20 331:19
333:13 342:20 367:12
369:22 381:6 388:7
392:14 394:3 395:23,24

**identified** 334:6
338:21

**identifier** 38:20
295:21

**identify** 7:18 307:25

**idle** 358:24

**IG** 99:9 164:11

**illegal** 222:23 223:3,
13,15,17,21,22 224:18,
19,20 225:22 262:19

**image** 165:8,16
211:15

**images** 279:19 285:1
338:21

**imagine** 154:8 156:1
218:17 389:18

**impersonating**
63:24 64:1,21 66:22
67:6

**impersonation**
64:19 65:4 66:19,20
67:21,23 68:6,7 71:2

**important** 173:18
211:22,25 218:8 260:24
265:3 316:9,17 321:22
322:1 341:22,24

**impression** 130:1
352:22 377:20

**in-passing** 79:19

**inaccessible**
180:19,20

**inappropriately**
353:5

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025      HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

**incentives** 30:3,13, 15

**incident** 48:14 99:2 141:24 143:17 145:6 336:11 373:11,12

**include** 111:7 165:17 221:5 248:19 274:13

**included** 188:20 189:8 227:6

**includes** 250:24

**including** 84:9 91:9 155:13 180:2 340:22

**income** 31:22,23

**inconsiderate** 49:11

**incorrect** 30:3

**increase** 35:13

**increments** 92:18

**independent** 281:8

**independently** 199:6

**indication** 355:2

**indictment** 309:9

**indifferent** 317:21

**indirectly** 225:1

**individual** 180:7

**individuals** 351:24 353:3

**industry** 155:11 198:6

**infidelity** 174:14

**influence** 260:24

**information** 35:17 39:13 41:6 46:20 75:23 141:25 148:6,13,17 149:9,10 150:5 240:6 258:1 298:21 311:13 312:3,23 313:14,15,20, 24 314:5,9,17 317:17, 20 331:18 374:11,18 375:2 376:16 377:1,3 391:18

**ingrained** 135:5

**initial** 132:12 359:15

**initially** 143:23 367:21 384:17

**initiated** 121:12,14

**initiates** 108:21

**injured** 374:1

**injuries** 280:8 286:18

**injury** 195:15 288:14

**innocence** 370:23

**innocent** 161:22 375:19

**inside** 18:22 138:19 139:1 281:24 312:15 376:16 377:18

**insight** 344:21

**Insta** 65:9

**Instagram** 34:5,6,9, 13,14 36:5 44:24,25 45:3,5,6,10 47:24 61:17 64:9,19 67:21 69:5,25 70:7,21 80:20,21,23,24 82:7 98:7 117:2,14 118:12 123:15,16,21 125:19 132:18 136:11 160:13 184:16 185:6,13 233:16 234:18,19 236:24 240:24 244:12 245:8,18,22 246:17 291:14 294:15,16 295:6,9,20,22 312:4 329:15 369:3 381:11 382:9 386:16,22 387:8 390:8

**instance** 181:13 221:20 271:5 278:5 336:8

**instances** 63:22 249:2

**instruction** 332:6

**integrity** 55:8

**intel** 312:16 329:6

**intend** 182:2

**intended** 170:6 181:6 182:17

**intent** 202:24

**interacted** 107:20

**interacting** 109:5

**interaction** 73:1 102:7 123:22 125:20 137:9 337:3,4 338:12

**interactions** 84:25 103:5 107:15 108:11

**intercepted** 385:19

**interest** 43:19 82:3 84:10 195:14 248:17 289:21 300:20

**interested** 7:7 12:13 38:2 84:13 251:2 256:23 312:12 374:21 377:12

**interesting** 239:19 260:20 261:18 289:25 366:12

**interests** 349:15

**interim** 235:15

**intern** 41:23 42:2,5,18 43:23 48:11,15

**internal** 305:20

**internationally** 334:20

**Internet** 246:24 249:18 256:5 386:12

**interning** 319:20

**internship** 27:15,18 43:16 48:13 179:6

**interpret** 257:24 274:19 342:25 372:7

**interpretation** 267:12

**interpreted** 377:4,6

**interrogatories** 73:17 209:21 388:2

**intervening** 386:4

**interview** 124:8 126:8,10,11,12,21,25 127:6,17,22,25 128:2, 10 130:11 134:8 275:15 291:6,8 293:14,20 296:5,7 297:3,6,14,23 298:5,11,19 303:5

**interacted** 304:12,17,20,23 319:11,14 320:2,10,15 321:3,8 322:20 371:6,7, 10,25 372:16 384:21 385:8,10,11,18,21,23, 24 386:2,4 387:2,4,12

**interviewed** 134:5 291:6 296:2,13 318:20

**interviewing** 134:17 372:19

**interviews** 319:8 320:16 324:9 337:15

**intimate** 206:8

**intraoperative** 287:20,21

**introduced** 79:17 356:25 357:1

**introduction** 80:5

**inure** 239:17

**invader** 65:4

**invasion** 64:2

**investigated** 254:16

**investigating** 362:10

**investigation** 89:18,25 308:4

**investigator** 141:15

**investigators** 141:7

**invisible** 338:25

**invite** 81:1 324:23 325:17

**invited** 325:11 380:12

**invoice** 32:7

**invoke** 218:23

**involve** 258:10

**involved** 24:12 27:18 90:1 96:10 97:9 179:13 236:13 238:1,3 248:16, 18 255:17 256:8 258:19 260:1 293:25 329:25 330:2,5 357:16 359:7

**involving** 234:6 257:9

**iphone** 164:12 333:16 339:8,9,16

**issue** 22:12 43:16 46:12 55:1,17 66:6,18 115:17 316:19 351:8

**issues** 114:18 116:12 135:3,9 217:19

**item** 285:14,23

**items** 383:25

**J**

**jail** 121:2 125:15,17 142:2,6,20,25 147:7,17 386:13

**Jeremy** 8:7 74:14,18 75:9 76:1,8

**Jersey** 355:24 356:3, 4

**job** 46:4 47:13,14,15 147:24 198:25 217:5

**jobs** 12:1

**Joe** 155:4 198:12 386:8

**John** 7:21 9:8

**joke** 120:19 358:21

**jokey-type** 358:18

**joking** 128:16

**Jonathan** 378:20 380:9,21

**Jordan** 352:8,13,18 353:1,6

**journal** 277:15

**journalism** 217:12, 16,18 218:4

**journalist** 145:22 146:7 219:15

**journalistically** 218:2

**journalists** 217:20

**journals** 277:17,22

**Joyce** 326:10

**judge** 10:22 150:2,5,8 263:19

**juicy** 272:22

**Julie** 7:5

**July** 7:1,9 108:4,5,6,9 335:13

**jumbled** 75:21

**jump** 222:23

**June** 179:24 184:10, 15 185:2 188:19 200:13 221:9,21 246:24 248:1 325:6 328:13

**Junior** 384:25 385:4,5

**juries** 269:15

**jury** 160:17 161:15 196:1,6 198:1 268:10, 12 269:4,19 281:4,9 282:9,13 306:14,19,22, 24 309:7,8,12,20,24

**justice** 12:17,20 15:15,17,22,23,25 122:8 141:14

**justify** 59:2

**Justin** 346:9 357:1,2, 5,7,8,10,15 358:2,5,25 359:4,10

**K**

**K-A-R-I-M** 384:24

**Kahn** 255:19

**Kanye** 131:1,3

**Kanye's** 131:18

**Karim** 384:24 385:5 386:7,15

**keeping** 147:24 174:3 176:15 340:6

**Kelsey** 143:18 144:2, 6,21,24 205:10 376:9 378:22,24,25

**Kelsey's** 143:18,24 147:8 175:6 384:16

**Kentucky** 11:20,21

**Kham** 230:6

**Kick** 30:25 31:1,8,18, 24 32:22 33:6,20

**kiddie** 224:25

**kids** 112:7 255:3,18 259:16 362:19 364:1

**killed** 238:9

**Kimani** 354:12 355:8

**Kimani's** 354:17

**Kimble** 355:9,10 356:18,24,25 357:8,12, 16 358:3,4 359:7,10

**kind** 19:18 34:20 38:2 39:3 45:2 48:12 75:13 90:19 103:25 104:12, 14,15 115:7 116:22 120:16 121:14 130:13, 21 239:20 294:17 295:10 300:25 303:19 313:17 317:18 328:14 344:4 346:20 350:8,12 352:21 359:1,14 361:20 370:16,21 371:4 377:6, 24,25

**kinds** 34:20

**King** 174:6 197:5 360:21 361:1,24 363:9 369:16

**King's** 326:12

**knew** 46:9 61:11 66:21 81:23 96:9 135:22 142:12 144:7,9 145:6 187:14,18,19 202:24 211:14 293:23 295:21 312:9 314:2,10 333:9 356:24 380:9

**knowing** 119:7 218:1 248:24 341:2 365:19

**knowledge** 44:5 78:20 83:24 89:4 122:21 123:6 159:7 183:4 196:21 199:8 232:10 252:16 256:9 259:10 267:2 309:1

**knowledgeable** 35:5

**Kylie** 378:14

**Kylie's** 380:13

**L**

**LA** 380:6

**lack** 228:3,4,25 229:10 232:10 283:25

**lady** 130:4

**Lamar** 13:12,13

**Lanez** 79:12 84:16 95:9 96:6,13,15,17,20, 21 97:11 98:18,21 102:3 103:16 104:14 116:15,22,24 119:11 135:23 136:1,5 276:11 323:10,17 337:25 345:25 367:14 369:3 389:21 390:17

**Lanez'** 95:23 96:11 97:16,22 111:22 122:16 126:16 135:1

**language** 22:12

**late** 29:7 145:25 357:19

**late-breaking** 56:4

**latest** 28:14 63:23 128:17

**laughing** 128:16

**law** 215:1,3 224:22 225:6 262:10,16

**Lawry** 394:9

**laws** 214:10

**lawsuit** 87:3 91:2 105:13,14,15 106:17 107:12,21 108:22,25 114:6 115:11 202:1 203:13,20,25 332:20

**lawyer** 9:20,22 10:12 73:11 83:23 86:7,11 87:21,22 89:8 91:4,5,13 92:23 93:2 95:5 152:22 168:8 208:8 209:20 227:10,15,25 262:9 298:10,12,13,14,24 299:5,7,8,9,13,17,21,

MILAGRO ELIZABETH COOPER
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
JOB NO. 1844353

22,25 300:2,7,10,13,14, 15 301:18,20,24 302:15,17,24 303:4,24 304:3,9,11,19,22

**lawyer-client** 91:8

**lawyers** 8:4 9:9 76:23 85:17 91:1,23 93:4,24 94:8,17 97:3,5 109:14, 22 209:17 275:7 298:18 304:23

**layers** 251:1

**laying** 375:13

**leading** 274:8 275:22 370:13 379:11

**leagues** 250:14

**leap** 307:21

**learned** 24:4 34:18 35:15,16 147:13 214:4

**leash** 188:10

**leave** 65:21 78:10 189:17 213:4 225:24 226:20,23 261:22 270:9 376:24 387:10

**led** 185:3

**left** 33:12 48:15 75:1 164:23 221:16,17 255:1 279:21 288:4 359:17 364:19 372:21

**left-facing** 278:17

**leg** 165:3 168:17,21 169:4,9,18,19 170:6,9

**legal** 58:14,16 59:2,6 89:21 105:6 168:10,14 214:15,18 225:8 298:11 299:3 329:6

**legs** 168:1

**leisure** 55:23

**letter** 387:21

**letting** 372:16

**level** 23:8 47:12 192:12 250:16,19 252:14

**liability** 321:21

**liable** 187:10 313:17

**liar** 155:4,16,24 156:8, 10,22,23 157:1,3 172:11,23 173:3,11,17 174:1,6 194:9,18 195:6, 11 196:14,15,16,17,19 198:14 199:3,12 207:20

**license** 8:21 65:2 67:4

**licensed** 8:20

**lie** 157:5 192:16,17 194:18 196:16 197:2 212:3 238:25 239:12 248:10 259:1 260:19 261:4 263:14 268:6,9 274:20 276:3 288:17, 18,21 307:9

**lied** 155:24 156:9,11, 19,25 157:3 162:23 172:20 173:2,22 174:5 191:20,25 192:4,18 193:19,24 194:10,24 195:9,13,14,15,17 197:7 199:16,17 268:6, 17,24 274:8,24 275:15 307:18 308:14 337:22 359:16 365:19

**lies** 195:7 196:17,19 212:4 219:9 239:4 248:11 258:25 261:1 268:5

**life** 9:17 11:7,9 19:24 78:15 101:14 116:12 250:23 274:21 275:15

**lifted** 67:12

**light** 122:10

**lights** 283:5

**liken** 250:13

**likeness** 67:6

**likes** 180:3,4,7,10,11, 12,15,19 181:3,18,23 182:3,16 185:15,25 186:1,2 187:9,12 188:7 189:14,15,25 198:23 200:7,15,18,21 201:18 203:9 204:9,16 207:4,9, 16,17 217:3 222:24 223:4,13,17,18,19 224:1,3,10,15,21,23,25 225:10 226:11 236:16, 21 237:22 244:10,16,20

246:5 247:7 259:20 261:15

**liking** 181:22 182:2 186:8 189:12,13 224:10

**limited** 104:17,18 130:20 141:25

**link** 184:17 185:6 189:10 231:7,8,19 233:17 234:22 236:23 261:14

**links** 66:8 230:1 234:1

**lips** 370:7,10 372:13, 24

**list** 35:12 77:2

**listed** 44:9 222:5 231:3 253:12 330:25 358:6

**listen** 57:17 258:10 272:22 360:13 366:19

**listened** 172:1 266:24 377:13

**listener** 173:23 176:14

**listeners** 174:2 312:2

**listening** 236:18 270:22 278:9 312:19 318:18 370:4 386:17

**listing** 383:10

**literally** 14:2,4 16:18 17:25 24:6 34:6 47:16 55:22 62:25 100:7 102:15 125:2 138:16 174:25 206:16 223:16, 18 224:14,21 241:15 246:18,20 274:9 296:21 303:7 315:7 352:6 369:15

**literarily** 102:20

**live** 11:8 14:11 51:6 80:20,21,23 82:7 127:4 134:21 141:23 154:10 155:6 160:13 176:13 244:25 272:4 309:6 380:4 387:8 393:4

**lived** 11:6,10,12

**lives** 14:2,8 59:19

**living** 11:16 14:14 42:3 260:23

**LLC** 25:8

**lobby** 124:20,21

**local** 293:14 350:17

**location** 15:6 43:3

**locations** 347:18

**locked** 146:9 243:6

**locker** 265:2

**logistics** 358:13

**London** 323:15

**long** 18:8 26:10 29:12 44:19 50:24 62:21 70:7, 8 73:25 74:18 82:9 112:17,20 116:7 276:18 296:25 302:18 330:16 339:19 345:3 347:7 355:5 364:16,17 382:1 383:22,24 384:2

**longer** 85:4,6,9 337:7 344:25 353:18,19 358:5

**longest** 138:6 389:20,22

**looked** 39:10,11 40:9 47:20 66:7,12,17 73:12, 14 74:9 89:5 100:9 136:21 146:14 205:6 241:3 244:13 254:15 269:22 281:15 285:2 332:8 341:19 352:23 355:15,16 369:13 372:8

**looser** 60:14,16

**Los** 7:1,11

**lost** 162:10 163:4

**lot** 15:16 20:5 22:18 35:2 63:14 99:13 113:2 114:18 116:2 120:10 133:18 136:11 176:25 210:22 214:10 237:3 239:7 248:15 249:22,23 250:20,25 260:12,23 286:23,24 289:21,25 290:1 312:1,4 313:22, 24 324:8 340:14,17 343:15 345:16 358:17, 21 383:23 384:8

MILAGRO ELIZABETH COOPER
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY          JOB NO. 1844353

**Lots** 307:7

**loud** 241:7 272:17 315:19,21

**love** 18:16,17 29:10 99:14 195:14 377:17

**loved** 28:24

**lover** 56:11

**loves** 239:8 249:14 318:16

**low** 36:18 116:2,12 288:14

**lower** 61:1 287:15 393:2

**loyalty** 144:15

**Luna** 322:23

**lunch** 44:11 47:1 151:21 152:3

**LV** 233:20 235:3

**lying** 160:10 172:14, 17 173:14,19 191:17 192:13,25 194:9,16,18 195:11,16 201:24 212:8 239:10,11 269:1,9 275:12 288:6,11 315:23,25 366:4

---

**M**

---

**M-E-S-H-A-W-N** 114:24

**M-I-Z-Z** 240:6

**M-O-B-Z** 52:15

**mad** 225:20

**made** 12:2 31:21 36:14 37:20 49:12 62:6 64:24 65:24 66:23 67:23 68:12,14 89:15 90:16,24 108:19 109:9 115:12 120:12 130:1 143:22 145:7 147:10 162:7 163:3 180:19,20 181:24 191:23 209:5 210:2 213:8 220:6 238:14 240:6 248:20 261:3,11,22 267:20 283:6 288:9,10 308:24

320:18 337:7 362:16 363:13 365:11 373:1 375:18

**main** 203:11 279:12 349:2

**major** 12:16,18,20 155:2 198:12 267:16 287:22

**majored** 15:18,21

**majoring** 15:13

**make** 14:22 15:8 19:9, 25 23:3,18 34:8,12 45:3 55:7 60:17 62:1 63:15 68:9 71:14 74:23 75:2 89:25 94:8 127:18 133:14,23 175:9 186:7 194:5 198:18 202:19 204:8,11 205:2 210:24 223:13 227:4,5 237:24, 25 243:1 261:3,6 262:3, 23 267:12 270:13,23 271:9 276:23 288:5 303:4 349:6 371:15

**makes** 23:13 31:8 63:16 195:25 196:17

**making** 19:4 29:22, 25 65:17 216:20 307:21 315:18 321:17 340:16

**Mallory** 149:14,15,16

**man** 41:11 91:19 174:17,21,22 176:3 234:25 302:2,3 352:8 355:10,11

**manage** 230:6

**March** 164:11 167:19 335:13,17 341:6,11

**Mari** 383:4,5,14

**Marie** 7:22 333:21

**mark** 152:18 163:21 177:6 190:13,23 193:3 199:23,25 241:20 252:1 394:1

**marked** 152:21 153:4,7 164:9,13 171:17,22,23 177:19, 21,24,25 191:14,15 199:24 200:4 208:10,12 227:16,18 233:10,12

235:23,24 242:4,5 244:2,5 252:8,9 273:5, 8,10 276:11 284:19,21 287:3,5 306:2,3 310:21, 22 324:20,22 331:14,19 333:13,15 342:16,20 367:9,12,15 369:22 381:5,6 388:7,9 392:12, 14 394:3,5 395:23,24

**married** 14:16,19

**mass** 68:16

**master's** 16:6

**matching** 178:15

**material** 53:23 60:12 83:5 321:24

**materialized** 133:6

**math** 37:1

**matter** 20:3 98:16 234:9 259:25 260:6 276:9 307:3 309:11

**matters** 108:17 239:3,5 309:22 310:3

**max** 23:19 359:19

**May-ish** 84:21

**Mcdowell** 77:7 79:8 94:15

**MCLYMONT** 75:12, 15 76:3 289:11 298:20 299:1 306:20 309:25

**meaning** 34:19 71:10 85:10 306:14 341:19 372:3,22 373:12 378:8

**means** 10:13 37:12 134:21 154:12 174:13 197:7 258:15 306:19

**meant** 174:16 175:16, 22 274:11 275:5,11 317:4 365:11 396:16

**measure** 52:18

**meat** 164:24 165:2

**media** 33:23 36:4 38:4,15 39:8 40:20 42:10,14 45:16 47:5 49:1 50:13,16 51:4 56:10 60:12 61:15

66:16 69:2 72:20,23 127:2 143:21 144:11 153:12 169:13 178:25 179:4 217:5,10 218:3 219:18 223:4 226:20 243:4,7 245:17 254:5 257:14 261:6 267:16 277:8 313:7 316:6 327:17 329:9 346:14

**medias** 55:16

**medical** 12:5 157:15, 16,17 158:13,24,25 280:24 281:9,10 283:6 288:12,23 396:20

**meet** 42:20,24 43:6 47:18 59:23 73:21 74:15 79:7 270:5 289:19 348:3 358:13

**meeting** 74:9 87:5 326:3 327:22 328:1

**meetings** 328:7 329:2

**Meg** 156:19 188:4 200:12 220:6 225:9 226:17,18 358:14

**Megan** 7:23 64:17 78:14 85:25 142:13 143:22 144:7 145:9,13, 15 146:3,24 147:10 153:20 154:15 155:19 156:23,25 157:9 158:5 159:19 160:10 162:15, 16,23 168:14,22 169:3 172:11 173:11 174:5, 17,24 175:5,14,19,24 176:8 179:14 186:16,18 191:20 192:13,18 193:19,24 194:9 195:6, 9,10,11,13,14,15,16 196:14,15 197:19,23 203:1 204:13,16,17 206:3,10 207:25 210:18 211:9 212:21 216:17 220:11 222:4 225:17 230:24 237:25 238:23, 24 241:3 248:2 249:5, 21 250:14 255:19 259:22 261:8 268:15,16 273:16 274:8,16 281:6 283:1 289:24 294:7 297:24 306:23 308:14, 24 309:2 315:16

320:11,17,23,25 321:13
322:10,15 341:19,20
345:22,24 348:24 349:3
359:19 365:19 373:25
376:8,9 378:14,21
379:1 380:5,7,12
384:18 385:8,19 386:12
387:7 396:1,12

**Megan's** 144:16,25
146:5,7,21 213:13
214:2 273:22 279:9
286:18 331:2 373:12
384:21 386:10 396:19

**member** 11:18 45:24
114:9,11 290:14

**members** 55:21
94:11,14,18 243:10,11,
13

**men** 161:25 269:17
352:21 386:9

**mentally** 396:2,12,16

**mention** 120:12
136:13

**mentioned** 255:1
276:20 290:7 386:19,20

**mentioning** 249:9
376:7

**mentions** 147:11

**mentor** 101:15,17,20
103:7 106:11 115:8

**mentoring** 104:12

**Meshawn** 114:22,23
115:5

**message** 54:5 98:7,
10,13 99:9 111:21
117:2 118:14 125:18
136:25 184:22 185:13
187:3,7 207:9 255:5
291:16,19 292:5,23
294:5,12,18,25 295:3,7,
13,14 318:7 338:4
339:12 341:19,21
344:21 364:18 369:3,
11,12 370:1 381:10

**messages** 107:1
144:22 234:1,20
294:20,22,25 295:10
339:2,10,11,16,23
340:2,4,22,24 341:18

342:4 343:19 344:8,11,
17 345:16,17 346:8
358:12 368:17,20
369:4,16,19 381:12
388:13,14,22 391:25

**messes** 174:21 176:3

**messy** 357:9

**met** 41:1,4 42:20
43:14,15,18 44:11 79:9,
20 118:5 130:4 323:4
326:24,25 346:16 361:2

**metadata** 342:18

**metal** 281:17,18
285:9,15

**metallic** 157:24
158:2,10 265:16
279:21,24 280:2,15
285:18

**methods** 67:2

**MFING** 237:10

**MG494** 233:11

**MG52012** 208:11

**Miami** 8:3 124:8
125:24 126:7,8 127:7
128:10,18 137:8,11

**mic** 163:20 279:3
317:13

**Michael** 47:23 91:19,
22,24 92:1,12,19 94:15,
17,21

**middle** 12:8 14:5
167:6 173:7 229:4
261:2

**Mike** 41:13,17 46:7
179:6 240:13

**Mila** 370:3

**Milagro** 7:17,25 8:24
25:5,7 64:24 68:20,23,
25 80:3 89:3 119:11
131:25 153:9 164:11
200:7 201:15 225:19,20
245:8 273:6 369:8
397:21

**milagrogramz@
gmail.com** 325:1

**military** 11:22

**milliliters** 288:13

**million** 30:8 259:12

**Minaj** 318:24 320:1,3,
17 322:9 324:10

**Minaj's** 320:19

**mind** 12:16 26:25
83:4,6 107:9 143:10
144:10 208:22 242:23,
24 247:25 372:20 386:1
393:22

**mindful** 255:6

**mine** 16:24 17:18
38:17 42:19,20 47:18
90:15 105:20 295:1
345:12 346:16 354:8
356:15 369:8

**minister** 103:24

**minor** 15:17,21 258:3,
7

**minors** 253:2

**minute** 149:24
188:14 208:23

**minutes** 151:25
152:5,6 302:19,20
337:18 391:21

**mischaracterizati
on** 193:17 262:15
306:16

**Mischaracterizes**
251:9 267:23

**mischaracterizing**
219:7 266:16,19

**misinformation**
240:5,6

**misinterpreted**
307:15

**misinterpreting**
175:21

**misleading** 64:4

**missing** 47:8 156:24
158:6 201:9 229:13
265:5,9,19,22,25
267:10,15 281:1 387:22

**misspeak** 202:4

**misspoke** 208:1

**misstatement**
225:5

**misstep** 13:4

**mistake** 66:23

**mistakes** 202:20

**misunderstandin
g** 57:22

**Mitchell** 46:6

**Mizz** 38:24 245:4

**Mizzinformation**
38:22 39:6,20 40:2,10,
16,17 239:25 240:3,11,
14,17,23,24 244:3

**Mob** 24:23,24 25:2,4,8
29:4,8 42:16 56:13
164:24 219:22 346:25
347:1 349:4,11 350:19
351:1,5,8 360:17 370:4

**Mobzworld** 52:15,
16,22 59:17 68:24,25
179:25 200:7 201:15
273:7

**mock** 170:6 343:16,18

**mom** 16:14 144:11
147:2

**moment** 78:2 131:17
171:5 177:3 190:10
195:5,10 227:2 235:11
241:22 309:15 310:9
395:17

**moments** 120:2
381:2

**MONDAY** 7:1

**monetize** 20:15 31:6

**monetized** 19:14,16
20:10,11,24,25 53:25

**money** 19:4,9,12,25
20:7 21:4,9 24:12 30:6,
18 33:8,16,19 34:8,12
36:9 60:18 87:17,21
92:10,17 93:4,16,17,19
94:7 105:10 109:13,21
110:18,24 111:11,20
112:8,10,13,22 113:6,

12,18,21 114:7 115:17
330:5 393:9 395:3,11

**moniker** 25:7

**monster** 138:10,14
139:12,24 147:6 148:11
276:23

**month** 21:11,12 23:5,
6 24:8 26:4,7,18 29:20
30:11,21 32:12 36:16
39:23 44:19,20 47:25

**monthly** 22:25 32:3

**months** 23:10 31:20
65:3 70:12,18 82:24
84:19 108:1,13 132:14
291:4 292:25 293:2
296:15

**mood** 391:8

**morning** 7:4 9:6,7
74:4 102:22 358:23

**mother** 13:25 14:1
143:18,21,24 147:8
149:6 384:16

**motion** 97:13 327:9

**motive** 150:25 169:11
187:11

**motives** 90:1,3

**mouth** 125:1 143:6
272:12

**move** 14:22 109:9
155:8,9 169:21 258:12,
13 272:18 352:24

**moved** 15:7 160:16
358:17 386:7

**movement** 120:10

**movie** 57:18

**movies** 57:17

**moving** 257:22
258:10

**MTS** 234:22

**mug** 230:17,18,20
232:2,11 386:10

**multi-page** 227:19

**multiple** 49:17
160:13 214:14 215:17,

23 219:5 396:7

**murderer** 238:12

**mush** 132:4

**music** 17:6,14 51:10,
12,14,16 55:2 56:9,11,
13,16,20 57:9,15,17
60:19 118:9 127:8,18
131:15 135:14,16,17,20
165:1 168:20,21 169:5
211:4 363:13,14,17

**mute** 54:2

**Myron** 158:25

### N

**N-WORD** 175:2
345:8,25 353:13
355:16,21 357:5 393:3

**N-WORDS** 393:5

**naked** 249:20

**named** 18:9 91:19
230:6 256:12 352:8
354:8

**names** 14:12 17:23
94:24 96:24 198:5
322:23 330:25 348:23
355:3

**nap** 387:6,7

**Napoleon** 302:5,7,8
303:8

**narrative** 248:13
375:14

**narrow** 10:19 96:3

**national** 251:8

**nature** 20:4 51:13
114:13 142:14 215:10
255:3 256:23 257:2

**navigate** 18:23
251:14

**navigating** 116:13

**necessarily** 17:15
32:18 169:10,15 181:7,
9,19 185:17 203:1
207:24 232:15 241:12
248:3 259:25 322:12

325:10,24 335:5

**needed** 13:8 25:13
45:4 48:19 83:7 87:5
92:15 308:4 334:25
336:6 340:25 343:21
374:7

**needing** 23:14

**negative** 57:21 251:3
337:4 338:3,15

**negatively** 322:10,
11 337:9

**negativity** 337:7

**neighborhood**
128:24 238:9

**nerve** 157:8,9 197:24

**news** 141:24 217:4,6,
11 219:19,23 239:9
293:13,14 333:7 349:7
374:19 377:18

**newspapers** 218:4

**newsworthy**
379:25

**nice** 47:19 130:4

**Nicki** 318:24 320:1,3,
16,19 322:9 324:10

**nickname** 25:15
336:24

**nicknames** 355:5

**nigga** 174:10

**night** 140:19,25 141:3
373:25 375:5,14 379:20

**Nino** 25:15

**Noir** 360:21 361:1,2,24
363:9 368:17 369:16

**noise** 290:25

**non-credible**
195:25

**note** 265:3

**notebook** 277:14

**noted** 266:17,21
284:18

**notes** 277:10,19,22
278:4 318:3

**notetaker** 277:12

**notice** 331:17 332:3

**noticed** 323:10

**notification** 295:5
340:4

**notoriety** 238:22
248:16 250:15,20 262:8

**November** 89:6
342:19 343:3,11,13
348:13,15 351:13
357:21

**number** 7:16 8:2,21
26:19 30:4 41:7 46:2
66:25 100:2,18 117:23,
24 118:13 119:8 164:10
167:16 171:1 180:10,23
191:1 201:4 208:15
235:16 254:8 295:9
305:17 312:3 346:5
367:11 368:2,22 381:14
382:20 388:11 390:23,
24 393:13

**numbered** 229:5

**numbers** 278:14
305:21

**numerous** 178:25

**nut** 222:21

**nuts** 44:18

### O

**O'SULLIVAN** 7:20,
21 8:1,9,14 9:5,8 18:4
54:16,18 58:6,9,12,15,
18,23 59:4,5 65:7 72:4,
11,19 75:14,20 76:4,5
77:18 78:23 84:7 88:11,
15,19 92:22 95:14,16,
20,21 96:2,4 115:2,4
118:22,24 119:21,23
143:4,8 146:16 151:12,
18,24 152:2,7,10,17,22
153:2,7,10 157:22
158:1 160:6,21 161:2
163:13,21,24 164:3,6,8,
14 166:5,15,19 167:2,6,
13,14 170:16,18 171:8,
12,16,25 173:7,10
177:6,11,14,18 178:1

MILAGRO ELIZABETH COOPER
JULY 21, 2025     HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY     JOB NO. 1844353

188:9,13,15 190:7,15,
19,23 191:2,4,8,11,16
192:10 193:10,18 196:5
197:3 199:21,23 200:3,
5 203:22 208:5,7,10,13,
17,19,21 212:11 214:20
215:21 216:5,11 219:8
220:1 222:19 223:11
224:8 225:7 226:7
227:3,8,10,14,17 229:9,
15,18,20,22 233:8,13
235:8,20 236:1 241:24
242:1,6 243:17 244:1,6
251:22 252:3,11 260:15
262:13,17 263:22,24
264:1,9,10,23 266:4,8,
12,17,21,23 268:4
269:13 273:3,9 276:8,
12 279:4 283:13,20,23
284:1,5,10,15,18,22
286:4,9,10 287:2,4
289:12 298:23 299:4,11
300:8,10,16,18,24
301:4,11,19,21,22
302:6 305:8,18,20
306:4,17,21 309:21
310:2,11,17,23 311:3,6,
7 317:11,14 324:13,15,
19,21 331:8,14,20
333:12,14 342:8,11,13,
15,21 364:13 365:23
367:8,13 368:3 369:21,
23 381:4,7 384:6,10
387:21,24 388:5,8,14,
19,20 389:8 392:3,11,
15 393:17,21,24 394:1,
4 395:19,21,25 396:10
397:2,13

**oath** 9:16 159:24,25
160:2 162:23 175:23
191:21 192:1,13,16,17,
19 193:20,24 194:11,24
195:18 267:15 275:1
276:4 288:12

**object** 10:12,13,18
58:25 75:12 84:5 88:8
95:25 114:25 283:24
285:8 300:6,9

**objected** 146:21

**objecting** 284:9

**objection** 54:14
58:8,16,19 59:3 77:11
118:20 119:19,22 143:1

146:12 157:19 160:4,
20,24 163:12 173:6
192:9 193:8,14 196:4,
24 199:19 203:21 212:5
214:15,18 215:18,24
219:6,12 222:16 224:7
225:3 226:4 233:2
251:9 260:9 262:11
266:3,17,21 267:23
269:10 283:10 284:3,17
285:25 286:6 289:10,11
298:20 300:23 301:9
306:16,20 309:18,25
396:3,6

**objections** 266:8,13

**objects** 10:22

**observed** 122:19

**observing** 278:8

**obtained** 149:21

**occasion** 10:17
102:13 112:12 274:16
343:7 344:16

**occupied** 101:14
120:9 121:11 132:17
369:1

**October** 86:4 105:16
108:2,7,9 112:13
123:19 147:19 331:15

**odd** 216:24 380:13

**off-the-record**
171:6 235:12 371:11

**offended** 49:25

**offender** 177:14

**offered** 27:13,15,16
38:12 95:5

**offhand** 354:15 355:6

**office** 8:3 94:23,25

**officer** 254:8

**officers** 141:5

**officially** 40:25
267:13

**one-on-one** 23:22
132:1 389:21,25

**one-page** 153:8
164:10 233:11 244:3
273:6 367:10 381:5

**one-to-one** 358:1

**online** 15:6,10 159:23
168:23,25 169:6 171:17
222:7 230:16,17 232:9
233:6 249:10 254:15
261:12 271:7 323:11,12
337:8,10 338:2,16
351:9 361:18

**Onsite** 28:2 219:21
319:12,16

**Onsite!** 28:1

**open** 19:19 133:21
143:10 144:10 243:5
249:22 372:19

**open-ended** 26:11
32:1

**openly** 25:22 366:23

**operating** 178:24

**operative** 88:12
177:7,19,22

**opinion** 51:15 58:14,
17 59:2,6 145:2 146:25
150:19 158:4 163:3
214:16,19 219:24
269:24,25 283:11 307:2

**opinions** 17:16
28:18 150:21 270:16
317:23

**opportunity** 27:13
56:22 376:25

**opposed** 84:13
202:22

**opposite** 281:4

**option** 245:23,25
278:3

**oral** 179:1

**Orange** 13:14

**orchestrated** 56:23
57:1

**order** 190:8 297:12,
15,23 298:2

**organically** 23:23

**organizing** 345:11
347:25

**origin** 329:17

**original** 160:15
165:13 245:3

**originally** 247:13

**originated** 240:15

**Ortho** 278:25

**outlandish** 249:4

**outlet** 158:24 267:16

**outlets** 153:21 155:2
265:4

**outline** 112:4

**outlined** 303:1

**outlining** 302:25

**outright** 155:3 194:9

**overbroad** 16:10
96:1

**overlap** 312:7 360:11

**overview** 375:4

**owner** 54:1,7

**P**

**P2165** 164:10

**Pacific** 7:10

**packet** 229:14

**pages** 38:15 61:6
69:5 76:21 228:2
229:10 245:8,10 285:2
287:8

**paid** 21:3 22:4,7 26:3,
4 38:7 324:10

**painful** 258:17

**paint** 138:9,13 139:12

**pajama** 351:16

**Pancier** 92:19

**paper** 66:25 163:20
262:19 317:13

**papers** 44:9 245:12

**paperwork** 150:23
329:13

MILAGRO ELIZABETH COOPER                                                  JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

parables 370:17

paragraph 178:9,17
179:20 188:17 272:12

Pardon 157:22

parents 324:3

Paris 233:20 235:3

Park 269:16

Parker 7:5

parlor 378:15

parody 349:19,20

part 51:4 52:21,23
56:13,14 57:8 58:10
76:17 87:5 131:3,5,6
139:6 157:11 165:4
178:6 182:14 196:18
209:14 238:17,18
247:22 254:22 320:11
333:22 341:7 351:2
353:19 356:10 357:7,10
359:5 371:12

parties 7:8

parts 178:3

party 43:5 88:25
129:14,15 241:4 351:16

pass 163:23 205:13,
20 250:10 393:21

passed 211:23,24

passing 80:8 213:24
215:13

past 31:20 82:12
109:9 123:17 136:1

paste 369:13

patched 109:15

paternity 114:16,18

paths 364:21,24

patient 281:19,24

Paul 46:6

Paulina 322:23

pause 131:16

pay 21:19 30:19,20
37:4 85:19,20 92:15
93:4,24 143:11 147:6
148:10 181:15

paying 29:17 87:11
279:5 287:10

payment 113:15
392:21

payments 109:19
110:12 114:2 395:9

payout 36:14

PDF 209:6,7 210:2
220:15 305:12 369:14

peace 155:9

peers 160:18 272:25

penalty 8:25 151:3
267:1

penny 23:1

people 8:2,3 16:22
17:3,15 18:5 21:2,13
22:3,4 23:17,18,23
31:14,15 33:14,25 35:3,
14,23 36:23 38:1 43:7
52:8,9,10,17,20,23
53:1,2 54:11 56:15,21
58:23 59:17,18,22 64:4
71:23 72:15 78:15,16,
18,19 79:5 81:2,4,8
82:2 85:13,15 86:17
89:3,19 90:5,7,12,19
91:9 92:3 93:19 94:5,9,
12,14,18,21,22 95:4,9,
12,22 96:6,15,20 97:8,
16 99:13 106:23 107:13
109:25 110:3,24 111:19
113:2,18 118:19 119:4
120:14 129:4,6,23
130:8 131:9,16,22
133:18 139:7 144:12
155:12,19,23 158:18
161:22 162:21 167:4
168:20 169:2,3,6,12
176:19 181:15,17,18,
19,22 182:3,4 185:14,
22,24 186:4 187:8,15,
19 192:20 195:17
201:4,25 202:25 203:9
204:18,21 205:5 208:2
210:24 211:4,5 212:23
213:3,22,24 214:5
215:13 216:23 218:5
219:10,16 222:4,6
223:8 224:10 225:10,
18,19 226:1,11,19
232:15,19 233:1 236:21

237:22 238:5,7,24
239:18 243:8 245:25
248:17 250:8,21 251:2
253:10,15 255:13
261:17 263:4 268:1,2,
23 269:1 270:11,22
271:11 274:5,8,19,24
288:6 289:21 290:1
294:19 299:19 307:7
309:10,11 310:4 312:3,
4,5,12,18 313:11 314:6,
18,24 315:3 316:9
322:2 326:5 328:15,18,
24 329:22,25 330:10,
17,19,21 336:5 338:24
340:3 345:1 347:14
348:2,6,9,17,20,25
350:9,14 352:3,10
353:19,25 355:14
356:2,3,4,10,16 357:21
358:2,9 360:13 367:1
371:19 380:21 393:10

people's 55:23 92:15

perceive 386:6

percent 32:13

percentage 249:13

perception 322:3

percipient 122:9

Perez 290:11 298:4

perfect 269:15

perform 44:13
252:25 253:11

performing 271:21

period 50:4 51:3
70:14 101:1 108:8
130:17 321:5 331:2
337:21 339:19 345:15
371:15

perjure 197:23

perjured 173:1

perjury 8:25 151:3
197:12,19 267:1

person 14:19 20:4
41:1,8,16 42:14,20
46:18 48:7 53:11 76:8
80:25 85:4,7 93:9
124:14,15 169:15
176:18 230:12 233:20,

24 234:4 238:21,22
241:13 245:9 246:2
254:25 255:8,17,18,22
256:6,8,9,14 260:1,13
261:12,13,16,22 267:1
268:5,6 270:21 285:22
289:22 290:7 300:12
302:11 308:2 312:9
314:14 329:3 330:20
336:16,23 337:20
346:16 351:21 363:5,
13,25 365:3 366:9,19
372:17 386:17 390:5

person's 257:22
323:24 326:18 384:23

personal 23:21
37:24 38:3 39:13 45:8
46:1 59:19 64:11 84:10
122:21 159:7 196:20
199:8 267:1 319:12
346:2 362:7

personality 217:10

personally 31:14
47:16 52:2 59:22
122:18 140:16 141:10
145:16,19 230:14 232:8
243:7 254:19 271:5
327:18 330:18

perspective 360:4,5
375:6,14,16 376:11

perspectives 111:8

pertinent 372:10

Pete 7:14,23 9:9 64:17
78:14 142:13 289:24

Peterson 77:3 79:10,
11 392:19,22

Petersons 98:4

Phoenix 15:10,19

phone 39:8 41:6 46:1,
11 52:11 81:9 93:9,10
101:5 103:11 117:22,
23,24 118:13 119:8
120:22,23 124:14
184:13,19 231:15 270:4
299:15,16 300:7,15
333:18 334:7,15 339:15
340:2,9 341:8,10,13
368:14 369:1 373:7
387:8 388:3,12 389:16
390:4,6,7,11,14,17

MILAGRO ELIZABETH COOPER
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
JOB NO. 1844353

**phones** 41:5

**photo** 230:22 252:18

**photographs** 252:19

**phrase** 251:10

**physical** 52:4 277:16

**physically** 75:3 386:14

**pick** 13:6 16:14

**picked** 25:23 118:16 119:5 165:8

**picture** 64:10,11,15 67:1 154:12 164:23 169:8 224:25 231:18 244:18 253:6 355:24 356:1,2 369:17 375:13

**pictures** 249:20 340:15,16

**piece** 32:2 66:25 216:19 392:16

**pile** 384:4,6

**place** 21:7 52:14 54:20 59:11,23 116:19 126:1 127:13 145:8 149:14,18 156:18 183:1 185:10,24 225:2 272:10 289:21,25 329:16 350:23 355:23 387:12

**places** 14:12 15:8 33:14,16 36:3 175:21 339:7 387:14

**Plaintiff** 7:20,23

**platform** 21:1,7 22:23 23:20 24:17 27:14 29:18 33:5 44:10 51:18 56:12 60:21,22, 23 66:16 69:2 81:14 126:20 127:2 131:2 134:13 183:11 184:11, 12 203:11 236:9 258:1 259:11 264:13 296:19 315:9 317:8 319:14 335:4

**platforms** 19:13 20:24,25 21:16 24:9,16 30:24 32:23 37:23 60:12 172:4 297:4 319:16 339:2

**play** 56:15 57:15,16 60:19 152:23 171:11,20 190:9,12,18 191:10 235:19 240:5 263:23 298:6 305:24 310:12,16 349:15 350:13 355:24 395:21

**played** 130:23 171:21 191:13 194:14 235:22 242:3 263:25 306:1 310:18,20 395:22

**players** 198:13 293:5

**playing** 131:15 190:21 220:21 222:6 305:25

**plug-ins** 56:15

**PM** 153:15 164:11 389:11 397:23

**podcast** 127:10 132:19 133:10 136:5 137:1 382:5,6

**podcaster** 132:21

**point** 10:4 13:24 14:2, 3,4,6 41:19,20 42:17 45:20 46:23 56:8,22 62:22 65:15 67:14 84:25 85:18,25 91:13 93:2 95:8 101:21 105:3 109:20 112:18 120:25 125:11,13 134:23 136:4 140:5 142:8 144:6 148:9,23 175:10 199:2 202:2 204:15,17 205:17,21 213:15 217:8 225:25 237:14 243:16 259:13 262:24 263:7,8, 15,16 267:21 272:3 289:2 293:11,12 307:11 317:16 334:10 337:22 338:10 353:15 371:7 373:20 376:1 377:14

**points** 303:20 304:4

**police** 141:5,7 147:21 160:11 195:9,15 253:1, 16,19 254:4,8,13 255:8 257:1 258:8,15 274:6 275:7 363:4,25 364:9, 11

**policies** 66:10

**popular** 180:9,10

**popularity** 38:1 52:18

**porn** 187:10 214:12,22 215:6 224:25 234:7 250:9,17,24 251:8

**pornography** 237:18

**porns** 251:5

**portion** 21:4 387:9

**portrayed** 180:6

**pose** 157:6 308:6 316:18 365:22

**posed** 148:2 156:20 157:5 162:25 191:22 192:19

**position** 100:12 191:25 194:5 199:9,15 203:1 210:18 213:13 214:2 219:20 262:3 274:24 314:11

**positions** 329:8

**positive** 46:22 116:20 211:6 251:4,6,7

**possession** 267:2

**possibly** 62:20 259:21 285:21 382:6

**post** 34:6 36:23 41:24 44:24 45:4 47:24 53:18 57:8 107:20 108:21 153:9 154:2,7 165:11, 18 167:16 168:1,4 169:19 179:4,11 180:5, 7,8,9,13 182:5,8,10 183:16,17,22 184:2,3 185:8 186:9,10 187:22 189:8,10,13,15 200:21, 23 201:10 202:5,6,14, 22 208:2,4 216:21 217:2 221:15,16 222:15 224:5 225:11 231:8 237:9,13 243:8,14 244:9,10 245:11 246:8, 21 247:8 256:11,18 259:9,23 273:6,13 366:21 370:2

**Post-its** 179:9

**popular** 180:9,10

**posted** 39:23 40:15, 17 45:3 117:17 153:12, 21,25 154:19 155:23 164:16,20 165:10 173:5 188:20 202:1 205:23,25 206:5 207:21 208:2,4 210:10 221:14 223:5 230:16,17,25 231:2,22 232:25 246:8,25 247:11 255:19 261:13,14 265:6 292:5,7 294:2 297:7 361:19

**posting** 155:20,22 167:21 168:14 169:14 179:13 216:18 237:18

**postoperative** 287:16

**posts** 180:9,10,14 327:17

**potential** 42:2

**pray** 52:9 121:23 122:2,3

**prayed** 120:23

**prayer** 51:9

**pre-existing** 280:23

**pre-interview** 385:12 386:21

**preacher** 370:18

**precise** 100:19

**prefer** 152:4

**prejudicial** 215:25

**preliminary** 28:23, 24 149:18 150:6 265:22,24 267:8

**preoccupied** 239:21

**preoperative** 287:14

**prepare** 73:9 74:23 228:8

**prerogative** 262:6

**presence** 36:4 37:22 38:4 72:20 83:10 285:9 306:22 318:13

**present** 28:18 53:13 57:15 87:5 201:11

MILAGRO ELIZABETH COOPER                                                    JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

207:7 299:9,22 373:6

**presentation** 35:18

**presented** 44:12
89:6 150:5 151:7
160:17 232:9 269:3
280:21 286:25 287:11

**Preservation**
331:17

**preserve** 284:7

**preserved** 298:6

**preserving** 340:2

**pressed** 100:20
180:14

**pretty** 23:7 80:24
93:15 144:18 149:7
172:16 198:25 211:3
289:23 333:9 377:25
394:14

**previous** 62:6,7,8
164:1 222:9 382:8

**price** 253:1,10,12,13

**principal** 94:11

**printed** 44:8 384:4

**prior** 29:17,22,24 42:9
75:8 96:10 114:17
117:25 122:25 126:5
136:1 139:9,22 141:10,
19 143:13 146:1 160:10
167:21 204:9 223:12
233:19,22 234:6,10
265:22 274:16 318:3,4
327:14 355:18 380:17
381:23 391:16

**prioritize** 367:9

**private** 118:14
185:12 242:24 245:19
270:14 368:5,6 381:11

**privilege** 298:23
299:23 300:7,22 301:6

**privileged** 10:19
75:23 88:9,17 91:10,11
92:21 298:20,22 299:3,
4 300:4 301:2,10

**privy** 207:14

**pro** 85:13,14 86:2,18
87:19,25 92:7,14 93:13,

23 110:4 323:12

**pro-bono** 109:24

**problem** 60:4 146:11
202:18 261:9 317:3
386:19

**problems** 168:15

**proceed** 8:13

**proceedings** 327:1
397:23

**process** 9:20 11:1
83:22 196:9,12 275:22

**produce** 83:9 87:4
88:7,16 184:20 282:15
286:2 388:1 389:12

**produced** 35:22
39:13 196:12 208:13

**producer** 350:13

**product** 301:10

**production** 44:22
200:1 206:21 342:17
367:18 388:11

**profanity** 22:20

**professional**
158:17

**professionalism**
372:18

**professionals**
281:11

**profile** 64:10,15
180:2,3,13,16

**profitable** 19:7,10

**profusely** 50:8

**program** 12:4,5,8,10
16:6

**progressed** 83:7
136:20

**prohibits** 204:5

**promiscuous**
211:4 241:13 249:5

**promote** 34:11,12,14
181:8 251:12

**promoted** 179:22
250:2,4 261:12

**promoting** 36:8
204:5 223:25 224:9
262:25

**promotion** 34:20
37:22

**pronouncing**
354:11

**proof** 163:4,5,7,9,15

**proposal** 89:15

**proposed** 93:22

**proposition** 31:23

**propositioned**
85:12 86:1

**prosecutions** 73:5

**prosecutor** 307:3

**prosecutors**
161:11

**protect** 195:16

**protection** 207:12,
13 214:25 215:3

**proud** 315:19,21

**prove** 282:20 306:8
307:19 309:16

**proved** 307:1 309:17,
23

**proven** 161:11,15,17
307:2 309:3,11

**provide** 86:11

**providing** 299:2

**proximity** 144:7
374:20

**psych** 15:21 16:5

**psychology** 15:13,
18 16:4,8,12

**public** 38:2 81:10
147:10 148:1 156:18
168:23 169:17,18,20
185:20 198:6 212:1,7
214:4 217:5 226:23
239:2,5 245:20 254:25
270:17 271:8 272:5
282:22 289:16 298:7
332:24 333:5 347:23
361:19 364:18 368:5

371:15,16 373:2 377:23
380:19 386:13,25

**publically** 271:14

**publicist** 383:2,3,5,
10,16 384:15 387:25
390:14 391:15

**publicized** 180:8

**publicly** 64:17 89:13
133:3 155:8 159:22
173:5 185:20 205:8
256:21 270:14 295:23
323:9 361:9,10 364:5
366:25 386:7

**publish** 296:20
297:22

**published** 142:16
316:25 329:12

**pull** 170:15,24 235:6
241:19 251:25 305:1
310:7 395:15

**pulled** 145:3 220:14
282:20 376:11

**pulling** 170:22

**pump** 35:15

**purchased** 47:16

**purely** 129:12

**purpose** 127:19
246:22 299:2 342:3

**pursue** 213:21 223:7
352:20 366:18

**pursuing** 255:7

**pussy** 378:15

**put** 23:17 57:3 61:11
81:1 86:2 91:12 92:1
111:5 133:18 134:14
144:12 146:2,17,23
154:2 158:24 161:15
167:23 168:22 169:12
173:21 203:2 206:22
209:4,23,24 211:9
213:10 214:11 216:12
221:3 230:23 232:21
233:6 242:17,19 244:24
252:14,20 253:6,13
258:22 259:15 261:4,12
263:11 270:24 274:13
288:6,12 292:25 297:22

MILAGRO ELIZABETH COOPER
JOB NO. 1844353
JULY 21, 2025       HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

309:6 313:11 318:7
331:4 332:3 350:1
359:4 372:23

**puts** 118:12 183:17
249:18

**putting** 10:14 19:12
22:1 40:1 59:11 134:15
143:5 169:4 170:6
218:1 231:15 255:13
286:15 314:11 328:12

---

## Q

**qualified** 284:14

**qualify** 67:8,9

**quality** 35:23

**Quarantine** 136:10,
15,18

**Queen** 320:19,20
321:2

**question** 10:1,4,6,8,
12,18,21 15:4 17:12
19:6,19 65:19 72:12,15
75:13,14 76:6 77:14,19
78:1 113:5 147:9 148:3
150:13 153:11 156:20
157:5,6 162:25 164:20,
22 165:14 166:8 170:3
173:2,8 191:22 192:19
193:3,5,6 194:4 199:10
216:10,12 226:9 228:23
268:13 269:11 286:1
288:9,20 297:21 300:17
307:5,24 308:8,19
309:22 311:12 320:24
366:6 388:16 392:13
394:8 396:11

**questionable** 159:2
206:3 281:2

**questioned** 150:22
288:19 384:18

**questioning** 155:5
167:7

**questions** 9:10 11:1
39:14 73:15 91:7
116:22 147:1 148:7,12
169:11 170:12 172:23
178:3 192:21 193:22
227:11 228:13 264:16

269:9,14 288:22 307:7,
13,17 308:6,7 316:18
353:12 365:22 383:10

**quick** 302:19,22 304:4
324:16

**Quickbooks** 392:13
394:6

**quickly** 44:15 73:7
208:24 333:7,9 364:7,8,
14

**Quinn** 7:21,23
331:16,17

**quote** 154:5 180:2
201:10 230:5

**quote/unquote**
271:20 312:13 350:12

**quotes** 201:7

**quoting** 282:7

---

## R

**R-A-Y** 41:15

**radio** 24:23,24 25:2,4,
8 29:4,8 42:16 56:11,13
136:10,16,18 164:24
219:22,23 320:19,20
321:2 370:4

**Rah** 28:16 29:5,10

**raise** 284:5

**raised** 11:6,8 66:18

**raising** 16:13

**Raj** 319:23

**ran** 25:17 327:19

**random** 312:15 316:6

**range** 208:11

**rap** 135:6,15

**rapper** 378:21

**raps** 205:8 249:14

**Rashida** 27:20,21,24

**Rashidah** 319:24,25

**ratings** 198:22
239:10

**Ray** 41:13,15 42:3,11
43:14 47:23 49:6

**re-emphasize**
222:9

**re-evaluated**
286:21

**reach** 27:11 63:25
105:21 106:1 119:1
319:9 362:9 366:16
387:4,5 391:14

**reached** 41:17 86:5
92:20 99:1,3,6,13
108:24 119:4 146:5
256:20 257:14 258:8
260:3 269:19 291:15,23
293:5,18,24 295:25
333:3 338:3,9 364:20
366:17 384:19

**reaches** 93:3 382:16

**reaching** 42:9 86:10
336:9,17,23 337:21
367:21

**reacting** 155:18
237:7

**reaction** 142:4,20

**reactions** 169:1
358:17

**read** 67:7 72:12,14
125:4 149:17,23
150:10,11,23 153:18,20
154:7 157:11 163:16
166:4 175:18 178:7,10,
23 179:21,24 182:12
189:13 190:24 201:23
216:14 220:17,18
222:18,21,25 223:3
225:15,16 228:17
229:25 230:1 273:15
284:8,14 307:14 322:23

**reader** 176:11

**reading** 148:2 176:12
272:11

**ready** 8:12 39:9 73:9
209:14 235:20 242:1
252:6 310:12 372:16

**real** 64:23 80:13 86:12
95:7 123:23 124:6
128:4 137:1 202:16,19
212:19 213:19 230:6,15

243:8 262:9 323:24
324:15 326:18 335:7
336:24 356:3,4 381:22,
23 389:16

**reality** 16:19 18:13,15
343:16,18 346:21,24
349:18,20

**realized** 20:8 120:15

**reason** 26:14 43:22
49:8,10 61:23 62:11
63:2,17 68:3 69:9,11,14
70:15 96:9 101:10
106:8,14 112:7 140:14
161:20 232:1 241:9
286:1 294:14 297:21
315:6 330:4,5 335:9,11,
15,25 336:14 339:21
340:10 343:25 344:7,18
353:21 358:25 377:16
384:17 385:17

**reasonable** 280:22
281:3 282:11,16

**reasons** 65:9,13 84:4
112:9,11 128:12 157:1
195:22 269:21 352:24
383:7,10

**reasserted** 317:8

**rebuild** 358:5

**recall** 9:18 40:1 43:7
62:16 63:1,4,12 67:2
69:12 70:15 77:9 78:7
82:12 98:11,15 99:16,
19,22 107:24 110:9
123:25 131:20 132:22
137:4 142:15 156:18
192:5 265:20,21
291:12,20 301:7 303:25
308:17,23 321:14,15
325:9 326:2 328:7
329:1,4 338:8 340:18
344:10 355:19 363:2
373:9,15 377:7 389:14
394:21

**receive** 332:11

**received** 66:19
110:18 330:16 392:21
393:15 395:2,3

**receiving** 109:12
386:9

MILAGRO ELIZABETH COOPER
JULY 21, 2025     HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY     JOB NO. 1844353

**recent** 23:10 62:9 82:22 84:18,20 107:23 108:13 123:14,24 290:23 319:3

**recently** 68:1,3 107:17 343:2 349:24

**recess** 72:8 152:14 243:23 331:11 392:8

**recognizance** 350:16

**recognize** 129:10 208:25 233:14 273:10 326:8 342:23 346:7 367:15

**recognized** 230:19, 22

**record** 7:5 10:14 72:7,10,14 148:1 151:22 152:13,16 153:7,19 164:9 165:23 166:10,11,14 171:16 177:18 199:24 208:10 220:17 233:10 243:22, 25 273:5 284:19 288:12 331:10,13,14 333:15 342:16 350:4 367:9 370:5,9,12 372:3,7,22 374:4,5 381:4 388:9 392:7,10,11 394:5 397:7,22

**recorded** 180:7 293:16 296:22,24 298:9 349:25 350:2 387:9

**recording** 127:8 171:17 241:1,6,16 264:4,5 340:14 350:8,9, 10

**records** 396:20

**Reddit** 233:4

**redistributed** 223:9

**refer** 79:14 341:23

**reference** 41:19,21 79:14 95:8 132:23 134:23 175:8 181:19 182:19 244:24 245:1 247:1 293:8 392:18,20

**referenced** 321:1

**referencing** 36:24 120:21 144:23 156:15 194:15 203:10 223:5,18 236:23 312:1 316:24

**referring** 175:24 195:1,5,12 199:11 275:8 313:19 339:9 355:22

**refers** 179:5

**reflects** 390:10

**refuted** 289:6

**registered** 179:24

**registering** 180:1

**regular** 102:15 328:14

**regularly** 271:22

**reinstated** 69:6,16 70:6

**reiterated** 303:18

**relate** 274:1

**related** 104:14 129:9 201:19 207:10 297:23 298:1,3 341:18,19 342:4 343:18 345:20 348:24 351:4 377:22

**relates** 393:14

**relation** 99:1 126:14 175:5

**relationship** 14:15 49:21 114:19 116:1

**relationships** 18:22

**relative** 7:7 221:6 303:12

**relax** 59:13

**relay** 376:25

**relayed** 375:25

**relaying** 378:25

**released** 168:20 169:5 269:17

**relevance** 58:22 115:1

**relevant** 122:22

261:3,6,7 333:22

**reliability** 289:19 313:9 314:10

**reliable** 232:1 279:16 289:18 314:2

**relied** 313:2,11

**religion** 104:3,5

**Religious** 106:12

**rely** 314:14

**relying** 289:18 312:8

**remanded** 391:11

**remarked** 225:19

**remember** 18:7 30:14 39:17 40:14 42:22 63:17 66:14 69:14 80:1,17 99:7,8,10 110:14 111:14,16 121:7,17 124:7 130:5 131:6,10,12 132:1 144:13 146:20 189:19 234:3,9 270:6 272:1,3 294:5,9 296:3 297:16 302:13 321:7,17 322:12,14 327:23 328:1,3,9 336:25 343:7 368:25 374:4,13 376:6

**remembered** 395:1

**remorse** 226:3,8,12

**remorseful** 226:15

**remotely** 7:12

**removed** 159:3 364:6,7

**rep** 323:7

**repeat** 239:6 260:21

**repeated** 265:6

**repeating** 268:1 314:22

**report** 60:23 83:12 143:10 157:16,17 158:13,20,24 159:1 217:4,6 218:24 219:18, 25 253:19 254:5,8 280:24 281:9 282:1 287:11 288:24,25 289:3 307:16 333:17 363:2,4 380:4

**reported** 64:18 68:15,16 145:21 146:7, 8 147:15,18 158:7,11 254:8 267:8,16,17 268:2 283:17 285:17 375:1 380:3

**reporter** 8:15,17,19, 20 17:8 19:15 64:13 65:18 75:17 78:21 151:16 166:9 171:6,19 191:7 208:3 216:2,6 217:7 218:23 219:3,4 222:25 235:12 264:21 283:22 311:5 342:9 364:10 365:21 368:1 372:3 384:5 396:5,9 397:8

**reporting** 83:7 181:24 182:18,23 187:17 218:10,13,16 219:2 267:21

**repost** 210:12,16,17, 19,25 211:7 292:7

**reposted** 222:9

**reposting** 210:23 225:19

**represent** 7:19 85:12,13 86:5,18 88:21

**representation** 87:20 302:13

**representative** 322:24

**represented** 167:3

**representing** 85:16 93:22 110:3

**request** 39:14

**requested** 19:15 64:13 78:21 208:3 264:21 364:10 365:21 368:1 384:5 396:5,9

**research** 206:8

**residence** 127:12

**resolve** 71:10,13

**resolving** 69:19

**respect** 192:11 219:16 269:20

MILAGRO ELIZABETH COOPER
JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

**respond** 106:6
117:21 225:21 295:14

**responded** 70:5
98:14 158:19

**responding** 169:2

**responds** 36:21

**response** 39:14
67:13 99:10 117:16
168:23 178:17 180:22
211:25

**responses** 73:14
169:17,22 170:2
227:19,24

**responsible** 179:17

**rest** 14:25 130:2
201:23 359:3

**restaurant** 43:2 74:7

**restoration** 341:6

**restore** 341:10

**result** 182:17

**retarded** 396:2,13,16

**retract** 192:3

**retreat** 346:20

**retrial** 97:13

**retrieve** 358:11

**return** 32:6

**revealed** 151:5
196:25 352:5

**review** 331:25

**reviewed** 396:19

**reviewing** 16:19

**reviews** 16:17

**rid** 338:11 340:20
341:20

**ridiculous** 258:20

**ring** 351:10 392:25
394:10,22

**risk** 250:1 255:9
315:10

**risks** 298:11

**role** 29:10 79:21 85:2,
3,10 87:3 92:15 101:13

**romantic** 49:21
357:8 359:11

**romantically**
357:16 359:7

**Ronda** 7:24 8:5 73:21
74:11 75:1,3 171:14
301:19 302:12

**Ronny** 8:16,19

**room** 7:18 18:2 52:4,
5,7,9,10 127:9,10
152:10 241:15 272:25
281:23 296:22 350:6

**rooms** 52:2,12 242:25
243:1 347:15

**Rough** 251:24

**roughly** 74:2 129:20
209:12 354:2

**routine** 102:15
344:13

**routinely** 59:16
336:2

**row** 139:2

**ruined** 353:2

**rule** 268:7

**rules** 60:11,14,22,23
65:25 67:7 218:9,12,15,
19,20 219:2 237:17
260:5 269:7 279:16
309:7

**Rumble** 33:3,4,11,21

**rumor** 337:23

**run** 20:4 21:3 22:3,5
24:1 255:8 367:5

**running** 110:17

**runs** 55:21

**rush** 297:17

---

## S

---

**S-T-E-V-E-Y** 354:10

**safety** 47:9

**Sam** 12:15,19,23
15:14

**sandwich** 238:6,7

**sat** 44:10 158:8 263:2
278:2,9 296:22

**satisfactory** 44:13

**scale** 27:1 30:19
36:17

**scandal** 367:3

**scantily** 249:22

**scene** 28:19 135:8,13
158:19 160:11 281:11,
13,14

**scenes** 18:23

**scheduled** 55:24

**school** 11:25 12:3,9,
14 13:3,20,23 15:14
16:13 147:13 219:17
356:15,21,22 357:13,15

**schooling** 15:9

**schools** 13:7 15:15

**Science** 16:11

**scope** 35:14

**scrape** 177:17

**screen** 81:2 179:25
180:23 231:21 304:15

**screenshot** 165:15
182:9 207:8 209:5
221:1,2 231:22 244:9,
11,18 245:4 246:4
247:10,11 342:18 343:4
357:3 368:18,19 370:2

**screenshots**
110:17 210:2 384:9,16

**screw** 205:19

**script** 344:8

**scrolled** 234:12

**sealed** 162:7 370:7
372:14,24

**searched** 209:23

**seat** 160:15

**seated** 138:24 139:7

**sec** 165:22

**seconds** 154:9,11

**secret** 374:8

**section** 44:2 45:25
228:14 287:23

**seemingly** 47:8

**segment** 55:7
320:25

**selected** 165:11

**Selectively** 339:24

**self-inflicted**
147:15

**sells** 35:7

**send** 53:22 54:4,11
113:2,21 118:13 154:2
183:3 187:9 217:2
246:13 259:20 312:3
328:19 367:25 368:2
383:1,9,18 387:21
393:6,9 394:15,16

**sender** 392:18

**sending** 119:8
245:13 314:6 328:24
330:14

**sends** 34:6

**sense** 21:21 23:11
35:6 43:18 63:15,16
138:1 145:23 150:1
204:8 324:3

**sentence** 174:15
175:25 176:7 189:7
220:4 273:19

**sentences** 176:7

**sentiment** 314:16

**separate** 12:19
108:15 209:3 397:18

**separated** 391:20

**Separately** 75:5

**serial** 177:14

**series** 146:8

**served** 86:4 105:13

**server** 50:20,21,23
51:23 230:6

MILAGRO ELIZABETH COOPER

JOB NO. 1844353

JULY 21, 2025      HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

**service** 336:1

**services** 253:13

**session** 76:14,15 296:25

**set** 23:19 52:12 80:25 127:9 152:3 216:20 239:22 243:3 253:12 291:6 384:21 388:2

**setting** 242:11 264:13 271:23 294:19 328:6

**settings** 295:8 338:24 339:1

**setup** 241:5 315:3

**sex** 174:21 234:23 249:14 252:25 253:9,11 255:17 259:16 275:15 378:22 380:6,10

**sexual** 249:15 252:16 254:1 258:22

**Shanika** 394:9

**share** 104:2 252:7

**shared** 174:17 244:11 374:18,19

**she'll** 10:13,17

**sheet** 394:6

**shifted** 218:4

**shit** 216:18 220:20 221:11 315:13,19

**shock** 239:16

**shoot** 14:9,10 159:14, 17

**shooter** 375:21

**shooting** 98:19 117:5 122:6 145:6 147:11 148:21,24 174:24 276:14 306:11 322:15,16 373:13

**shop** 165:6

**shore** 345:8,25 353:13 355:16,21,22,24 356:3,4 357:5

**short** 44:17

**shorter** 152:4

**shorthand** 8:20

**shot** 142:22 149:12 151:8 159:8,11 160:19 165:1 183:23 230:18,20 232:2,11 268:17,24 269:8 281:6 286:13 306:8,14,23 309:3 374:1 386:10

**shots** 230:17 359:24 360:2 378:15

**Shout-out** 121:10

**show** 18:1,3,21 24:15, 21,22 27:13,24,25 28:5, 9,16,25 29:3,13,15,18 36:23 41:23 43:20 55:3 56:24 57:20 59:15,24 81:4 89:13 98:17 99:12, 23 102:9,12,14,15,18 120:13 126:19 132:19 133:4 136:11,13 158:9 178:6 180:5 181:8 190:4 197:4 203:11 213:10 226:10 244:22 245:12 247:1,12 265:7 284:13 295:3 307:4 310:4 316:3 319:13,17 320:3 321:23 322:10,25 324:10 331:4 332:25 333:22 343:16,18 344:2 346:24 348:7 349:18,20 360:13 371:3

**showed** 173:13 176:19 231:22 281:11 282:14 348:17

**showing** 180:10 324:22 338:21

**shown** 231:4

**shows** 16:17 18:20 26:8 29:1 218:6 231:14 239:8 244:8,9 340:17

**shut** 272:12,13

**sick** 220:18

**side** 19:4 21:22 24:1,5 28:19 86:23 208:14 255:12 269:9 337:6 371:23 387:17

**sign** 89:12

**signaled** 256:23

**signed** 88:23,25 89:1

**significant** 80:14 83:12 124:7,10 128:17 389:22

**significantly** 233:7

**signing** 89:9

**similar** 31:10 162:22

**simple** 80:3 99:22 209:24

**simply** 56:17 83:21 181:25 187:12

**Simultaneous** 214:14 215:17,23 219:5 396:7

**sing** 131:16

**single** 138:6 176:18 313:1,5

**sir** 171:15

**sister** 114:12 115:5, 21,24 116:6,11,19 143:21,25 144:11 147:2,8 149:6 185:20 384:17

**sister's** 114:21 116:18

**sit** 258:11 272:19

**site** 39:24 189:20 190:3 201:2 203:3

**sitting** 63:12 84:12 130:21 156:17 167:12 170:5 186:25 204:23 276:2 277:18 312:19

**situation** 36:20 49:14 59:7 64:9 66:7 90:22 104:14 111:22 114:15 116:6,18 120:21 121:22,25 126:15 136:1 141:22 142:18 146:24 148:4 151:6,10 155:2 162:18 179:6 181:24 205:9 213:1 244:23 246:25 247:24 248:1,2 249:3 250:6 253:2 255:2,13 256:1 259:18 295:24 297:9 351:15 361:3,25 362:5 364:22

373:21 377:4 384:20 395:5

**situations** 10:11

**size** 21:25

**skeptical** 232:13

**skills** 44:5

**skipped** 222:17

**slap** 174:10

**sleep** 197:8

**sleeping** 175:6 195:13 197:1

**slide** 340:16

**slideshow** 375:11

**sliding** 27:1

**slow** 221:13

**slower** 223:1

**small** 53:2 278:12 354:3 392:12

**smaller** 23:22 53:1 271:3

**smart** 237:19 300:10

**smell** 140:22

**SMS** 338:21 339:10 340:2

**Snapchat** 36:5 37:19,20 38:3

**so-and-so** 366:1

**social** 33:23 36:4 38:4,15 39:8 40:20 42:10,14 45:16 47:5 49:1 50:13,16 51:4 55:16 56:10 60:12 61:14 66:16 69:2 72:20, 23 129:12,13 143:21 144:11 153:12 169:13 178:25 179:4 223:4 226:19 243:4,7 245:17 254:5 257:14 261:6 313:7 316:6 327:17 346:14

**sole** 179:3

**solicitation** 253:2 258:3,7

MILAGRO ELIZABETH COOPER                                              JOB NO. 1844353
JULY 21, 2025     HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

**solidified** 103:12

**solution** 58:2 155:12 217:1

**some-** 42:13

**Somebody's** 165:4

**Something's** 266:25

**son** 318:16,17

**son's** 370:22 375:8 377:3

**song** 55:4

**Sonstar** 77:3 97:24 98:3,6,7 99:8 100:1 101:20,23 102:6,18 105:1,8,12 107:4,20 108:25 109:5,15,16 110:8,15,18,22,25 111:6,8,12,20 112:7 113:5 114:2,8 115:3,5, 23 116:5,18 119:17 120:1,23 126:9,12 129:5,24 130:11,13 318:9 325:12,14,20,23 326:5 327:21 328:12 329:3 333:6 334:17 336:6 344:8,11,17 370:1,16 372:21,25 374:25 378:3 379:22

**Sonstar's** 114:2

**sort** 12:1 35:7 78:15 123:5 141:13 142:18 245:13 339:1 366:3

**sorts** 214:4

**sound** 35:22 216:20

**sounds** 25:17 91:12 125:20 137:17 272:21 312:9

**soup** 44:18

**source** 226:12,14 232:2 312:7,21 313:2,5, 20,21 314:2,9 329:21 359:6 372:5

**sources** 93:19 123:5 140:13 143:16 311:20, 24 314:20 344:21

**South** 7:10

**sow** 282:12

**space** 46:20 51:5 52:4 55:20 56:19 57:11 65:21 127:19 218:3,7 270:14 271:20 272:8,18 340:13,15,19,25 343:21 344:2,14 347:23

**spaces** 321:25 322:1, 4

**spat** 185:21 315:16

**speak** 20:9 49:18 51:6 57:12 61:4 67:7 75:5 84:4 85:19 111:9 112:5 126:14 161:10 198:13 202:10,19 226:6 232:19 245:15 248:8 249:3 278:4 292:13 299:7,21 302:23 307:24 318:10, 12 320:25 334:18 336:9 340:9 371:13 374:15 377:21

**speaker** 179:3

**Speakers** 214:14 215:17,23 219:5 396:7

**speaking** 59:1 76:2 131:18 134:24 155:2 174:13,18,20 175:9 176:1 196:16 226:18 241:7 242:12 270:11 275:19 291:17 295:23 337:9 352:1

**speaks** 324:8 370:16

**special** 118:18 130:22,25 278:6 359:19,23 360:3

**specific** 74:17 77:25 78:1 95:24 98:23 178:3 185:24 275:20 308:13 357:4

**specifically** 207:19 314:8 344:7,10

**Specimens** 287:24

**speculating** 163:15

**speculation** 58:8,10 64:6 84:6 118:20 146:12 160:5 192:8,9 193:15 226:4 233:2 285:25 289:10

**speed** 147:24 283:20

**spell** 27:22 41:14 183:9 298:16 354:9

**spend** 73:25 103:12 116:4 129:1 331:21

**spent** 102:10 103:17

**spin** 240:4

**Spiro** 331:16

**split** 32:15

**spoke** 9:22 25:21,22 76:7 80:19 89:13 90:23 91:1 109:1 124:21 132:13 133:1,3,5 151:10 176:7 291:11 298:12 302:14 316:25 322:11 352:19 370:22 387:5

**spoken** 74:20 75:6 77:6,7 78:17 94:23 100:8 125:23 290:12, 14,21 318:22 346:15 387:7

**sporadically** 55:22

**sports** 52:8

**spot** 241:10

**Spotify** 134:16,18

**spouse** 11:18

**spread** 219:9 248:11 333:7

**spreading** 187:3,6 240:4 248:13

**stab** 147:14

**stage** 25:10 321:8

**Stallion** 273:16 320:12,17 345:22

**stand** 160:9 176:21, 23 268:9 315:20

**standard** 205:11

**standing** 18:1

**star** 238:23

**stars** 238:1

**start** 12:22 29:9 31:18 69:17 99:24 101:19

148:20 151:14 212:12 214:3 233:8 238:11 248:25 252:12 324:24 325:5

**started** 15:6 16:17,19 17:25 18:16 28:15 29:6 31:3 37:24 57:23 92:12, 16 103:7 125:14 139:20 140:11 147:9 178:4 303:15 337:25 361:20 378:2 381:23

**starting** 11:24 29:2,3, 12 51:3 96:2 103:6 165:20 389:2

**starts** 278:14

**state** 7:19 8:21 12:15 348:21

**stated** 61:22 63:2 68:2 69:9 70:15 158:13 159:1,22 162:22,23 175:10 219:15 221:15 223:7 261:8 267:9 280:25

**statement** 144:19 147:10 174:25 175:4,19 176:9 194:15 283:7 289:23 396:1,12

**statements** 194:12 286:25

**station** 293:13

**STATIONHEAD** 24:10,13,21 25:25 27:11,12,16 28:25 29:1, 2,17 30:23 31:9 32:25 33:18 56:11 185:17,21 186:4 207:15 219:19 236:10 237:2 242:13,14 272:9 352:1

**statistic** 180:8

**stats** 170:1

**statute** 204:5 224:6

**stay** 48:24 60:7 150:9 294:18 303:2 359:2 371:5

**stay-at-home** 16:14

**stayed** 14:25 28:24

MILAGRO ELIZABETH COOPER
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY          JOB NO. 1844353

**staying** 21:18

**stays** 246:19

**STD** 163:6

**steady** 23:8,10

**steakhouse** 44:11

**stealing** 47:16

**steam** 350:8

**Steno** 7:6,12 8:16 171:1,4,10 190:10,21 191:9,12 235:7,11,18, 21 241:22 252:6 305:3, 5,11,15,25 310:9,12,15 395:17

**step** 89:24 95:6 335:24

**stepped** 158:12,19 281:21 283:2,3 286:12

**stepping** 256:25 258:2 286:19

**steps** 133:22 209:22

**Stevey** 354:8,11,12 355:7

**Stevey's** 354:13

**stick** 314:7

**sticker** 285:4 287:6

**sticking** 200:16 273:19

**Stogner** 265:24 267:14 268:8

**stole** 87:17 92:10

**stood** 379:23

**stop** 82:25 83:4 105:12,18 115:9 153:21 154:19 155:7,13,20 156:4 230:7 258:16 377:12

**stopped** 20:8 47:5 49:8 105:11,24 106:9, 20 330:4,13,14 335:23, 25 336:1 353:16,17 376:2 377:14

**stopping** 83:2

**stories** 45:5 128:16 130:20 234:1,2,3,6,10

**story** 157:13 207:24, 25 212:1,2 238:19 246:19 255:9 370:2 376:1 387:13

**strain** 114:19

**strategy** 312:10 329:6

**stream** 28:24 51:10, 14 80:24 218:5

**streamed** 317:5

**streamer** 134:19,21 135:24

**streaming** 16:20 32:24 33:5,14,17,19 34:15,17 53:19 136:11 150:3 185:18,21 206:18 244:25 272:4 340:14

**streams** 56:12 134:16 393:4

**Street** 7:11

**stretch** 105:5

**strict** 60:19 349:5

**Strictly** 85:1

**strike** 51:11,13 53:7, 10,11,16 54:21,25 57:25 58:3 230:1 283:18 284:25 341:17

**strikes** 57:5

**studies** 122:9

**studio** 127:7,11 128:11 129:21

**studying** 73:2

**stuff** 16:20 17:3,17 34:21 35:3 48:4 60:18 66:10 104:16 131:17 135:23 139:24 141:15 155:13,14 157:11 161:7 163:16 195:23 201:7 205:20 207:5 218:1,6 222:12 236:5 237:18 242:22 249:15,18 262:19 267:2 313:12 314:11 315:4 317:24 337:16,25 339:7 340:7, 10,20 343:12 344:15 345:14 349:16 350:6 358:15,18,22 365:18

366:13 368:7 371:25 379:8

**stung** 337:17

**stupid** 144:16 210:25 239:23 337:13

**stupidity** 144:25

**style-things** 350:12

**subject** 20:3 98:16 108:16 234:9 301:6 325:14 371:21 373:10 394:18

**subjects** 83:20 132:10

**submitted** 97:2 179:1

**subscribe** 21:2,14 22:4,7,17

**subscriber** 38:16

**subscriber-based** 21:2 31:25

**subscribers** 32:3,5, 10 259:13

**subsequent** 116:9, 10,14 304:8 326:22 371:10

**substance** 99:7 125:21 128:9 137:8,17 375:2

**substantial** 65:6 149:13 315:9 390:1

**substantive** 121:18 128:4 137:5,14 138:5 366:7

**successful** 90:18

**successfully** 162:11 365:4

**suck** 225:22,23 226:16,17,22

**sudden** 265:1 271:6

**sue** 213:8 222:7 261:11 332:16 365:12

**sued** 162:11,14 204:1, 5,7 223:22,24 224:2,3,9 256:16 365:4

**sues** 222:22

**suggest** 280:7

**suggested** 16:15,24 25:19 42:18 318:13 335:3

**suggesting** 159:11

**suggestion** 153:23

**suggestive** 249:23

**superficial** 282:25

**Superior** 7:15

**support** 180:5 393:6 395:4,12 396:23

**supported** 176:19

**supporting** 328:15

**suppose** 279:15

**supposed** 8:7 23:24 39:2,3 46:19 68:9 92:14 93:13 145:10 148:3 151:4 210:18 212:16 288:15 307:23 346:15 349:13 375:4 383:6

**supposed-compromising** 225:16

**surprised** 113:1,5,8

**suspended** 61:7,15, 18,19,21 62:2,6,7,12, 15,25 63:13,18,20,23 64:21 65:11 66:5,17,20 67:22,25 68:1,3,12,14, 18,23 69:2,5,6,10,20 70:1,7,25 206:24 207:1, 3 369:5,9

**suspending** 71:17

**suspends** 68:8

**suspension** 67:10, 11,12,20 68:4,5 70:3 71:11

**suspensions** 65:8 70:23 71:6,10 72:23

**swear** 8:17,22

**sweet** 130:4

**switch** 393:20

MILAGRO ELIZABETH COOPER                                                    JOB NO. 1844353
JULY 21, 2025         HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

**sworn** 264:16

**symbol** 180:6

**sync'd** 397:12

**synthetic** 222:22

**system** 37:3 53:20
73:2 274:4 275:6 309:5,
10

**systems** 309:13

---

**T**

**tab** 180:16 305:1 310:8
395:16

**table** 44:7 84:2

**tagged** 230:5

**tagging** 212:25

**takedown** 242:21

**takes** 93:16 206:1

**taking** 76:16 183:3
289:21,25 317:6 318:2
329:16 340:16

**talent** 23:12 35:1

**talk** 9:19 18:12 22:18
28:10 51:18 52:8,10
53:5 55:4,16,19 56:4,5
57:16 59:19 65:3 74:11
75:22 81:4,24 82:11
83:15,18 89:8,11 105:4
109:14 110:7,10 111:2,
11 113:11 114:2,8
124:10 125:16 132:2,
10,11 137:20,23 141:5,
7 142:10 165:20 167:22
168:8 187:19 203:3
205:20 206:4 212:4,14
214:6 215:14 238:24
239:1,6,13 245:11
248:7,11,21,24 251:20
260:2,4,7,19 261:24
262:4 270:17 271:12,22
272:7 292:2,4,14,15,17
295:16,17 302:16
303:24 304:1 309:10
322:9,19 329:15 334:22
337:4,8 349:10,11
358:21 359:18 360:12,
15 370:4,16 377:9
379:17 382:4,6,21

**talked** 9:25 50:14
55:25 56:16 59:24
65:17 72:21,24 76:24
77:3 78:5 80:6,8 83:21
87:13 103:19 104:13,20
123:10 124:4,5 131:14
137:6 187:4 215:12
229:24 239:25 242:21
262:5 265:10 270:6
298:10 319:15 320:11
332:25 338:23 348:23
350:22 361:10 367:23
375:1 378:4 386:3
388:18 390:4,9 391:5
395:7,9

**talking** 17:8,21 56:6,
21 57:2 67:20 73:10
75:9 99:7 101:11
103:17 105:2 108:8
111:15 116:4 117:10
122:25 123:8,23 124:17
131:9 132:2 136:8
137:15 138:7 141:19
155:7,25 156:16 172:4,
10 173:24 182:1,20,21
185:21 186:3 187:20
188:11 198:3 200:7
202:12 216:3 222:8
236:3 238:11 244:23
247:12,22 249:1
255:13,25 264:15
271:25 279:8 284:11
286:7 292:3 310:24
311:12,17 314:3 316:22
358:15 359:21 360:18
371:14,18 375:12,13
389:24 391:19

**talks** 134:22 333:21

**Tamika** 149:14,15,16

**tandem** 274:6

**tape** 234:23 248:3,4

**tapping** 335:14

**target** 297:9

**targeted** 38:16
239:22

**Tasha** 153:24 162:2,
6,11,19,20 163:1,8
255:1 256:12 257:4,15
259:9,24 261:19 361:20

364:19,21 365:14
366:9,16,17 367:5

**taunting** 168:22
169:3

**Taylor** 170:24

**Tea** 326:14,16

**team** 35:3 96:6 126:22
145:21 146:5,7,21
301:1 323:16 324:6
331:2 349:16

**tearing** 198:23

**tech** 171:1,4,10
190:10,21 191:9,12
235:7,11,18,21 241:22
252:6 305:3,5,11,15,25
310:9,12,15 362:11
395:17

**technology** 213:20

**teens** 22:21

**television** 16:17
18:13,15

**telling** 48:14 57:10,
12,14 59:21 82:12
91:25 130:20 148:11
156:17 181:22 182:3
224:10 226:20,22,23
231:16 262:22 268:23
329:9 373:22 374:8,12
379:2,3,8

**tells** 166:25 332:23

**Tennessee** 11:21

**tense** 114:15

**tension** 115:20

**Tenth** 7:11

**term** 50:23 202:11

**terminate** 26:12,15,
16 146:14

**terms** 22:1 24:14
27:19 35:18 48:16
65:25 73:10 98:18
123:7 144:19 156:10
170:2 221:19 313:9
314:13 339:1 372:24
376:11

**terrified** 298:3

**territory** 258:2

**test** 370:8

**tested** 285:23

**testified** 9:1 257:4
267:15 276:13 281:17

**testify** 280:14

**testifying** 280:8

**testimony** 9:11,24
10:16 73:9 74:12
108:12 157:7,8 175:23
265:16,18 279:6 280:5
283:14 318:6 343:22

**Texas** 11:5,19 13:14
14:6

**text** 49:17 110:19,21,
22 175:14 201:5 228:8
229:25 334:23 339:11
369:11,12,16 384:1
388:13,14,22 389:13,15
390:9 391:24,25

**texted** 388:17

**texting** 123:23
334:16

**texts** 76:20 391:22

**thanked** 113:13

**Thee** 273:16 320:11,
17 345:22

**theme** 345:11 347:25

**then-boyfriend**
386:15

**thick** 384:4,6

**thing** 21:23 43:15
49:23 56:24 57:23
59:23 60:3 83:18 96:21
108:18 120:19 121:14
124:7,25 131:4 136:8
149:13 155:18 164:8
182:23 184:18 186:18
198:1 206:6 211:6
227:21 231:9 239:19,25
258:22 263:3,5,13
270:23 271:8 277:16
288:22 289:17 314:13,
23 316:6 329:17
337:11,17 348:8,24
349:18 361:5,19 364:1,
15,23 371:19 380:16

MILAGRO ELIZABETH COOPER                                           JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

394:8 397:18

**things** 12:6 13:4,7
15:16 18:24 22:13
23:20 34:11 35:5,15,19,
24 36:8 39:8 44:10,12
47:24 49:15 51:9,10,11,
12,20 53:21 57:12,13,
23 66:10 67:1 73:10
83:8 86:18 96:14,25
101:7 103:20 104:20,22
105:3 133:18 134:25
142:14 146:23 147:9
148:2 151:4 155:22,23
156:1 162:21 172:20
173:22 176:10 177:1
180:2 181:2,7 182:18
198:3 205:9 206:23
209:3,18 213:17,18
214:5 218:20 230:25
231:2,3 238:15,20
245:11,19 248:21
249:3,23 251:17 252:15
253:13,25 255:13
264:20,24 269:3 270:12
275:16 277:21,23
289:7,16,21,25 290:3
292:5 302:25 303:13
307:5 318:10,12,13
321:23 329:9,11 332:2
336:5 337:14 338:3,16,
24 339:4 340:8,17
341:3 349:16,25 350:2,
7,8,23 358:18 362:10
370:22 373:22 376:6
377:22,23 383:8 384:22
387:6

**thinker** 281:8

**thinking** 35:13
101:19 103:7 132:20
241:7

**thinks** 249:17

**third-party** 180:17

**thought** 8:7 12:3
16:16 25:23 29:6 37:5
43:22 47:9,18 50:1
57:22 96:9 101:21
106:22 120:14 139:23
140:14 150:11,12
168:21,22 169:4,18
183:21 186:20 202:7
205:7,10 213:16 216:24
240:9 249:15 260:5
270:17 271:11 282:11,

13 288:13,17 297:16
336:20 361:24 380:13
397:19

**thousand** 30:9 43:10

**thousands** 207:17
269:17 338:21 339:18
340:16

**thread** 369:11,12

**threads** 233:4

**three-page** 287:5

**three-way** 119:16
120:3 132:13

**threshold** 139:10

**throw** 260:21

**throwing** 170:12

**throws** 239:4

**Tia** 326:14,16,19,21
327:12 328:4 330:20

**tie** 48:3 112:17 177:17

**tied** 25:18 27:1 205:9
248:3 263:8

**Tiktok** 38:5,8,11,13,
17,20 40:6,7,12,16,17
41:18 240:11,13,20,22

**time** 7:9,10 10:13 11:2
12:2 15:13 18:13 19:7,
10 20:6 27:8 30:2,9,16
35:7 36:12,15 38:23
39:4,5 44:17 46:16
48:10 50:4 52:15 59:12
62:12,14,24 63:1,11
65:15 67:8,17 69:8,14
70:14 72:6,9 74:23 77:9
78:2 80:6,12 82:14,23
84:18 89:5 90:9 91:18
92:5,9 97:21 99:3 101:1
103:12,17 105:4 108:21
110:6 111:12 112:21
116:4,23 119:16,25
120:23 123:14,23,24
124:3,5,6 125:14,22
128:7 129:1 130:17
132:12 137:1,3,4,24
141:14,25 145:4,5
146:22 151:22 152:12,
15 154:2 158:23 167:18
168:13 177:3 178:25
183:25 185:18 188:22

200:20 202:16,19 203:5
206:7,17 213:12 219:16
220:4 221:1,14 236:19
237:3,6,7 240:14
243:21,24 246:20
273:23,25 277:25 288:3
290:23,25 291:10
292:25 298:7 299:18
304:2 312:24 313:23
318:3,8 319:3,5,10
321:5 323:11 325:18
329:16 330:16 331:9,
12,21 334:7,13 335:3,5,
7 336:16 339:16,19
340:13 344:4 345:15
346:7 348:6,13 349:4
352:14,17 357:6 360:19
361:16,23 365:18
370:23 371:2 376:18
382:18 389:4,16 391:20
392:6,9 393:6 397:2,3,
21

**timeline** 225:18
226:19

**timely** 35:17,25

**timer** 154:9

**times** 10:21 49:17
69:1,7,25 70:24 97:18
100:7 107:7,20 123:9
125:11 132:5 156:14,25
160:13 173:3 190:1
194:10 195:17 200:25
249:22 290:21 319:1,7
336:3 390:3

**timing** 55:15

**timing-wise** 237:1

**tinted** 285:18,21

**tip** 312:6

**tipped** 234:10

**tips** 312:1,14 313:8,22

**tipster** 312:15

**Title** 331:17

**titled** 27:25 241:20
252:1

**TMZ** 141:24 142:9,19
158:11,20 265:4 285:17

**today** 7:9 8:15 9:10
40:15 52:17 55:3,25

73:9 74:12,16 75:8
84:12 99:25 119:3
123:10 138:8,13 156:17
162:14 170:5 186:25
194:20 197:17,18
204:23 220:20 222:5
276:2 286:12,15 348:23
395:7

**today's** 139:11 251:4

**told** 10:2 46:25 54:19
59:7 61:6 63:17 68:11
86:6,17 92:9,14 93:12,
14,16 96:9 99:8 109:4
115:11 128:15 137:6,8
146:7 158:5 163:16
167:9 173:2 185:15
187:8 196:16,17 199:5
201:20 202:17 203:6
207:6,23 222:14 224:12
255:6 258:6,9 262:9
269:1 274:20 276:5
307:9 327:16 370:15
372:22 377:24 379:4,5,
19,24 380:3 387:5,14
395:10

**tolerate** 214:22

**tool** 51:7

**tools** 66:24

**top** 200:16 210:9 216:3
220:10 227:20 234:21
244:4 246:19 278:18
324:24 367:14 393:19

**topic** 55:3 56:21
104:18 169:17 186:6
198:11 202:13 212:7
232:22 239:14 248:5
251:13 321:1,12 322:13
345:25 349:4 358:14
386:15

**topics** 28:18 45:4
59:24 134:24 187:18
232:20 233:25 239:8
248:8 272:20

**Tory** 79:12 84:16 95:9,
23 96:6,11,13,15,17,20,
21 97:11,16,22 98:18,
21 102:3 103:16 104:14
111:22 116:15,22,24
119:11,15,17,24 120:2,
7,9,22,25 121:6,7,14
122:16,25 123:8,10

MILAGRO ELIZABETH COOPER                                            JOB NO. 1844353
JULY 21, 2025        HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

126:16 127:25 128:1,4,
18 129:18,24 130:19
131:25 135:1,23 136:1,
4,10,24 137:5,15,20
138:1 140:24 145:3
151:8 159:13,16,22
169:3 175:6 196:2,4
197:1 205:10 269:8
271:24 274:1 276:14,21
277:6 281:6 306:11,23
313:3 318:13 321:9
323:10,13,17 324:6,8
328:16 330:10,19
337:25 345:25 348:24
358:14 359:19 367:14,
21 369:3 370:15 373:12
375:18,21 376:8,11,22,
24 378:21 379:1,3,17,
19 380:1,5,8 381:11
388:23 389:21 390:2,17
395:4,12

**Tory's** 85:24 122:5
126:22 127:7 128:13
129:9 270:11 312:10,16
317:16 329:25 360:8
370:3 374:21 375:9,14
376:11

**Tory-milagro** 138:5

**total** 69:1 70:22
364:16

**touch** 49:5,9 84:19
91:12 92:1 105:8 106:9,
22 108:20 257:7
304:16,19,22 331:1
357:20 371:20 382:2
390:14

**touched** 351:21
352:8 371:17 377:22

**touching** 154:16
351:25 353:4

**Tough** 250:3

**town** 14:10 334:17,25
347:21

**trace** 11:25

**track** 45:2

**tracked** 180:13

**trademark** 25:3

**trademarked** 25:4,
5,7 219:22

**trademarks** 65:2
67:5

**traffic** 187:10 226:11

**training** 217:12,15
218:20

**transactional**
92:25

**transcript** 171:14,19
172:6 193:21,23 194:13
241:21,25 252:2 266:7,
15,20 267:8 305:10,16,
18 311:8 397:9,12

**transcripts** 149:21

**transfer** 13:7 40:24

**transferred** 13:12

**travel** 345:13

**traveling** 334:19

**treat** 61:10

**treated** 158:13 159:1
280:24 281:10 282:1
283:1,5 288:25 386:9

**treating** 380:11

**treatment** 279:9

**trend** 261:7

**trending** 45:4 59:18
134:24 169:16 179:11
232:20,22,23,25 233:25
239:8 248:8,10,12
349:13

**trends** 205:17

**trial** 79:9,17 80:9,11
81:12,18,19 102:4
117:8 119:22 124:9,10,
12,16,22 125:14,21
126:4,5 132:23 134:5,7,
10 137:9 138:8 139:22
140:11,17 141:10,19
143:13 146:1,24 147:5
148:11 149:1,10 150:9
155:24 156:9,11,19
157:4,5 159:13,14,19
162:24 193:20,25
195:19 199:16,17 240:5
265:8 266:1,8,15,19
268:2,11 276:14,18
277:6,25 278:1 280:14,
18,20,21 284:5,24,25

308:16 309:6 318:1,2
327:4,9,11,12 337:25
378:17 380:17 381:21,
22,25 382:18 384:12
389:1 391:2

**trick** 229:21

**trigger** 145:3 376:12

**trim** 55:7

**trip** 102:8 343:13
352:15

**troll** 170:6

**trouble** 48:8 60:25
144:16 168:11 237:15,
16 311:16,18 323:19
337:24 359:6 365:4

**truck** 376:4

**true** 62:5 189:16
192:15 198:15 212:2,13
213:25 223:14 230:12
248:23 254:2 255:10
258:23,24 260:6 262:14
271:17 289:19 308:3
309:17 312:25 315:11
316:4,12 378:11 386:18

**trusted** 376:23

**trustworthiness**
232:7 235:2

**truth** 9:1 151:4 156:18
158:5 187:11 207:13
219:3 232:2 257:22
267:12 281:3 307:9

**truth-finding** 196:9

**truthful** 10:9 218:10
396:1,12

**truths** 196:22

**Tuesday** 358:13

**tuned** 312:13 371:5

**turn** 33:20 178:14
179:19 202:11 239:5
297:3 310:19 372:23

**turned** 38:2 85:21
155:5 206:6 313:16
319:20 339:3 345:1

**turns** 226:10

**TV** 16:19 197:4

**tweet** 153:2,18 186:1
199:25 200:17 201:5
202:10 205:22 207:2,3,
7 220:11 221:23 222:5,
18 223:5,12 224:1
244:13,19 245:3 246:5
315:17 316:24,25
317:3,7

**tweeted** 133:3,4
146:20 201:10 203:9
222:5 247:7

**tweeting** 202:10
206:18 223:18

**tweets** 146:8,11,17
151:14 179:9,14 207:4,
6 209:8,9 222:9 261:9

**twerking** 249:23

**Twitch** 21:1,6,18
22:4,11,25 23:4 24:7
30:23 31:11 32:25 33:6,
18 51:12 60:19

**twitter** 32:24,25 36:5,
6,9,14,22 37:6,16 53:6
61:17,21 62:1,12,14,21,
25 63:23 64:11,12,17,
18,22 65:9,25 66:5,20
67:18,19,22 68:8,9,16,
18 69:4 70:22,25 71:7,
9,16,21,24 145:22
146:2,6,9,10 164:12,20
181:6 182:5,7 183:4,16,
21 184:14 185:8,15,25
186:3 189:17 206:22,24
207:1,14,16 209:25
210:10 220:16 234:17
236:25 244:21 259:20
261:14

**Twitter'** 72:17

**two-thirds** 228:2

**two-year** 321:5

**type** 23:21 120:19
124:24 198:11 250:15
262:7 321:23 349:18
359:11

**typical** 30:14

---

## U

**uh-huh** 8:11 13:1,18,

MILAGRO ELIZABETH COOPER                                    JOB NO. 1844353
JULY 21, 2025    HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

22 16:2 18:11 20:1
23:25 26:23 28:3,13
29:21 37:1 43:13 60:1,
24 63:11 74:15 84:11
93:25 99:15 100:23
101:18 103:1 107:11
109:3 110:13 111:1
115:10 119:9 120:5
121:21 123:3,18 124:13
125:10 130:16 131:23
134:25 137:12 138:18,
20 140:15 144:10
145:12 147:2,8 148:25
149:4 150:7 153:6
155:21 158:11 159:6
161:24 162:1,4 169:7,
22 170:14 172:12,15
173:12,15 174:8 179:13
180:25 184:4 186:10
189:2 191:19 192:22
194:22,25 197:11,13
200:2 201:14,17 203:24
204:10 206:13,20
207:13 208:15 213:23
216:15 220:2 221:10,17
228:16 230:3 231:24
238:10 239:24 241:18
242:15,18,20 243:12
244:15,17,19 246:6
252:5 254:10 257:5,8,
18 259:2,8 268:14
269:6 273:2,21 276:22
278:16,22,24 279:20,23
282:4 285:10 287:9
288:1 294:16 300:1
305:9 308:15 311:15
315:14 317:2,11 318:5
319:19 325:8,13,16
326:7 327:8 329:1
333:19 334:1,9 346:12,
22 348:16 350:25
353:14 354:12 357:11
362:7 363:23 367:25
370:14,18 373:24
381:18,20 385:2 392:2
393:25

**Uh-uh** 103:14

**ultimately** 67:11
69:16 101:13 350:1

**uncertain** 213:15
220:5

**unconventional**
227:12

**uncooperative**
387:11

**underlying** 54:5
76:18 122:5 123:2
144:6 263:13 366:7
373:23

**undermine** 271:16

**understand** 10:5,6,
7,8 55:15 56:6 57:1,8
59:7 63:9 65:10,25
88:13 95:10 109:18
115:3 140:13 144:5
148:19 150:4 174:19
175:17,20 186:8 188:23
192:20 197:9,14 198:10
204:2,7 214:1,8 224:11,
12 225:1,4 234:21
237:1 255:16 258:11
269:19 271:23 281:8
284:4 286:9 300:8
307:12 309:15 314:19
322:1 329:16 332:2
344:15 356:10 365:10
380:8 387:1

**understanding**
19:20 44:4 53:9 60:10,
24 65:5 79:21 82:3 84:1
85:15 86:9,13,22 90:11
93:18,23 94:1 96:16
118:15 130:7 133:25
144:5 147:16 185:1
330:6

**understands**
260:11

**understood** 92:5
97:8 211:9 303:5

**undue** 70:3

**unduly** 215:25

**unfollow** 45:20 49:3

**unfollowed** 45:22
48:6

**unfortunate** 251:1

**uninstall** 334:10
337:19

**uninstalled** 334:7,
12 336:4,14,21,22

**Unintelligible**
75:16

**Unite** 78:18,19 79:5
82:2 85:13,15 86:17
89:3,19 90:4 92:15
93:19 94:4,8,12,14,18,
20 95:4,8,12,22 96:6,
14,19 97:8,15 109:25
110:3 299:19 328:18
329:22,24 330:9,19

**University** 12:15,20
15:10,19

**unrelated** 96:8

**unreliable** 232:2
289:13

**unsavory** 253:3

**unseal** 370:9

**unsee** 263:6

**unsolicited** 312:5

**unsubscribe**
330:12

**untrue** 255:14

**update** 36:22 82:13
83:12,14,19 84:23
330:15

**updates** 80:20 83:25
85:24 329:5 330:19

**uploading** 17:16

**upset** 47:2 93:13
156:2 174:14,22 386:16

**user** 21:13 40:4,5
180:4,12 201:25 208:2,
4 230:6 233:16 245:23
346:14

**users** 180:17 181:5,6
223:4 313:7

**utilities** 53:3

---

**V**

**vague** 144:18 149:7

**valid** 308:7 314:16

**values** 44:22

**vanishing** 294:20,
22,25

**variation** 68:25

**variations** 68:20

**vehicle** 142:17
143:19 145:9 158:21
281:21 377:19 379:9,15

**vein** 136:12

**Venmo** 112:24

**venting** 377:6

**veracity** 232:12

**verbal** 203:7

**verbatim** 99:11
144:24 145:1

**verdict** 81:21 82:20
96:22,23 125:4 134:11
269:19 306:23 309:8
391:6

**verification** 66:24

**verified** 64:10,11,19,
22

**versa** 110:8

**version** 251:4 360:10
375:18,21 386:17

**versus** 7:14 60:12
205:23

**veteran** 11:23

**vibe** 356:7

**vice** 110:8

**victim** 12:17 147:10

**video** 22:20 28:23
51:14,16 53:12,23 54:3
55:2,5,8,11,13 56:4,9,
20 57:9,15,17 59:8
142:12,17 144:8
152:23,25 153:1 154:9,
13,18 164:6,7 165:2
168:20,21 169:5 170:7,
17 171:8,21 172:2
179:23 181:21,22
182:4,6,7,9 183:5,17,
20,21 184:1,5,7,15,23
185:2,16 186:8,17,24
187:10,15,16,23 188:3,
12,20 189:8,11,15,18,
21 190:1,4 191:13
200:12,21,23,25 201:25
202:3,5,12,13,23 203:4

MILAGRO ELIZABETH COOPER
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

JOB NO. 1844353

204:3,12,20 205:12,23
207:21,25 210:16,17,23
211:3 212:15 213:23
215:7 216:16,21 220:5
221:4 223:25 224:6,9
225:9,11,17 226:6,11
228:4,25 229:10 230:24
231:13,19 232:12
233:17 235:14,22
236:19 239:15 241:3,19
242:3 247:22 250:6,9
251:12 252:15,17
255:19 256:18,19 257:9
259:14,15,22 261:8,10,
11 262:23,25 263:11,25
281:20 294:7 305:19
306:1 310:18,20 322:15
395:22 397:11,16

**video-recorded**
7:16

**videos** 17:2,3,7,14,
16,19 20:4 24:6 33:11
51:10,12 60:18,20
214:12 234:7 250:17,24
251:8 340:15,16

**view** 140:6,10

**viewed** 36:23 189:15
201:5 226:11 318:24

**viewer** 130:21

**viewers** 30:2,13,16,
18,19

**viewpoint** 149:16
318:7 383:14

**views** 37:2,12 153:15
200:15 201:4 226:2,6

**violates** 224:6

**violation** 225:1

**viral** 386:11

**virtual** 329:2

**virus** 184:19

**visible** 180:8

**visit** 52:17 101:23

**visitors** 189:16

**visual** 35:21

**voice** 135:11 242:8
312:3 338:2

## W

**Wack** 323:18,20,22
324:4

**wait** 9:25 17:8,11
128:13 145:7 149:24
151:24 165:13 166:3,9
171:12 301:17 352:4

**waited** 299:8

**waiting** 128:11
129:21 190:25 227:2

**wake** 358:22 387:7

**walk** 92:12

**walked** 125:2 130:14

**walking** 138:21
142:13 312:18

**wall** 63:25

**Walter** 91:16,22
94:15,17,21

**wanted** 12:3,16,17
15:18 20:14,15 26:14
44:10 81:13 86:18
109:14,18 111:2,5,7
116:3 126:14 132:19
133:4 136:19 181:25
182:10 205:22 246:24
258:1,6 259:6 270:14
272:7 278:3 292:2,6,14
295:17 296:5,7 303:4
317:21 318:11 335:4
346:19 352:20 361:16
371:14,16,23 376:24
377:12 383:1,9,14,15
386:13

**wash** 161:12

**watch** 17:6 22:3,5
31:15 51:9,10,16 54:12
55:5,11,13 56:20,22,23
57:12,18 120:18 154:18
171:9 184:5,11,12,15
189:18 279:3

**watched** 17:24,25
18:5 120:13,15 131:3,7
172:3 184:7 185:7
263:2 293:13

**watching** 8:4 17:1,
19,22 81:8 120:16

130:22 137:13 326:25
371:3

**ways** 33:24 314:6

**weapon** 160:15

**web** 76:20

**website** 40:2 185:6
203:12 261:16

**week** 24:20 26:1 29:1,
4

**weekly** 25:25

**weeks** 46:3 276:19

**weigh** 321:18

**weighs** 116:2

**well-being** 49:13

**West** 131:1,3

**Whatsapp** 334:6,10,
18 335:2,13,18,25
336:1,15,17 338:4,11

**whatsoever** 96:5
122:5

**white** 274:20

**Wi-fi** 335:14

**wide** 243:5

**widely** 267:16

**wife** 294:10 295:18

**wigs** 222:22

**wind** 366:22

**window** 285:20,21

**windows** 285:19

**wing** 217:24,25

**winning** 220:19

**withdrew** 92:17

**woman** 46:8 141:22
142:2,22 176:3 198:23
302:2 319:11 355:10

**women** 251:16,24
361:12 386:8

**won** 153:24 162:2

**wont** 116:20

**word** 62:3 102:20
193:16 194:17 370:7
372:14

**words** 33:24 35:20
48:11 52:9 55:15 56:8
57:7 64:1,2 65:4 90:16
125:1,23 132:6 135:12
143:5 171:18 209:19
270:13

**work** 19:22 21:10
36:10 41:24,25 44:16
45:21 48:1,22 80:22
92:2 96:10,19 97:16
122:1 181:3 219:17
238:15 301:10 349:12
360:14 366:20 394:18,
25

**workaround** 61:10

**worked** 37:8 158:9
319:11 320:24

**working** 8:4 48:7
51:8 59:13 85:11 95:13
96:17 274:6 300:21

**workings** 86:13

**works** 19:21 21:5
22:9 34:19 54:17 275:6
334:21

**world** 52:4 95:7
118:19 119:4 195:19
205:18 212:10 238:1
251:24 260:18,23
262:10 274:14 282:12
371:2 395:4

**worried** 46:21 47:2
49:4 144:24 168:10,13
205:14

**worse** 337:11

**worst** 337:13

**worth** 249:9 340:6

**worthy** 179:11
238:20

**wound** 147:14 158:21
282:25 287:15 289:1

**wounds** 158:22

**write** 66:25 179:12
202:19 394:25

MILAGRO ELIZABETH COOPER
JULY 21, 2025          HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY
JOB NO. 1844353

**writer** 179:3

**writing** 202:16 218:4 277:19 278:10

**written** 88:1 382:8

**wrong** 65:14 159:23 202:11 205:14 223:8 317:4

**wrongdoing** 65:6

**wrongly** 38:16

**wrote** 49:17 50:7 132:18 201:15 220:4 230:8 234:23 256:22 278:7 279:21 291:17 386:22

---

## X

**X-RAY** 157:18 158:9 265:14,15 279:19 280:21 282:14 284:9, 14,20

**X-RAYS** 284:24

---

## Y

**y'all** 56:22 153:22 154:5 204:21 220:18,19 222:21 223:10,24 224:5 271:7 386:16

**yahoo** 261:2

**year** 12:22 14:16 22:25 23:1 62:15 70:10, 11 105:16 113:24 125:19 132:23 292:20, 23 293:1,15,17 335:22 336:12 343:13 348:10, 12,14,17 349:21,22 357:19,21

**years** 27:15 28:22 46:23 48:14 90:10 101:2,3 104:12 112:20 123:12 277:23 306:25 334:12 336:3 349:23 374:17

**yes-or-no** 75:14 76:6

**Yesterday** 73:23,24

**Yo** 117:3,13,25 118:13 121:15 132:16

**York** 384:24 385:1 386:7

**young** 8:3 130:3 251:16,24

**younger** 105:1

**Youtube** 16:15 17:2, 6,14 19:23 20:7 22:3 24:6 25:13,19 33:1 51:12 53:20 55:3 56:18 57:4,18,21,24 58:11 59:11,20 60:17,20 61:1, 12 259:12,16 264:14 270:10,20 272:16 366:25 367:2

**Youtuber** 255:2

**Yup** 354:12

---

## Z

**Zavosky** 8:16,19

**Zelle** 92:17 94:7 112:24,25

**Zoom** 7:13 8:2 76:11, 12 296:23,24 304:14 324:23 325:9,17 328:3, 5,13

**Zooms** 101:7

**Zs** 38:24,25









Pete_0002165

# Audio Transcript

Case Number: 1:24-cv-24228
Date:

In the matter of:

# MEGAN PETE v MILAGRO ELIZABETH COOPER



EXHIBIT 42-B
WIT: Cooper
DATE: 7-31-25
RONNY ZAVOSKY, CSR 12359

# Pete_0000927.mp4

**CERTIFIED COPY**

Reported by:
Trent Kolka



Steno
Official Reporters

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

```
1                    United States District Court

2                    Southern District of Florida

3

4                      Action No. 1:24-cv-24228

5

6      In the Matter of:                          )

7      Megan Pete v. Milagro Elizabeth Cooper  )

8      _____)

9

10

11                    TRANSCRIPTION OF AUDIOTAPE

12

13                    Clip from Pete_0000927.mp4

14

15     Recorded audiotaped clip of Milagro Elizabeth Cooper,

16     the Defendant.

17

18

19

20

21

22

23     Transcribed by

24     Trent Kolka

25
```

```
 1                        Appearances

 2      Milagro Elizabeth Cooper

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            MS. COOPER:  At the end of the day, a bitch

 2     lying on somebody is low down. So believe what the fuck

 3     you want to believe. But unless somebody kept it a

 4     buck, I ain't got no sympathy for that bullshit. Y'all

 5     can keep up with that. Yes, she got hurt. Yeah, and

 6     that's cool. But how did you get hurt? How? And what

 7     are the circumstances? And what after that? So, bitch,

 8     if you think I'm going to be sitting up here boohooing

 9     for a bitch that played up in y'all face, not mine.

10     Because I always said her ass was lying. Bitch, I

11     don't. You think I feel sorry for the bitch? I don't.

12     The fuck? A bitch fuck with my nigga, I'm going to slap

13     that hoe and whatever come after it, come after it. The

14     fuck.
```

AUDIO TRANSCRIPTION - JOB NO. 1715349
MEGAN PETE v MILAGRO ELIZABETH COOPER                    Pete_0000927.mp4

```
 1                        CERTIFICATE

 2      I Trent Kolka certify that I was authorized to and did

 3    transcribe the above audio and that the transcript is a

 4    true and correct record of the audio provided. I

 5    further certify that I am not a relative, employee,

 6    attorney, or counsel of any of the parties, nor am I a

 7    relative or employee of any of the parties' attorneys

 8    or counsel connected with the action, nor am I

 9    financially interested in the action.

10

11                                               T.K

12                            Trent Kolka

13                            Transcriber

14                            2nd June, 2025

15

16

17

18

19

20

21

22

23

24

25
```

AUDIO TRANSCRIPTION - JOB NO. 1715349
MEGAN PETE v MILAGRO ELIZABETH COOPER

Pete_0000927.mp4

| A | M |
|---|---|
| **ass**  3:10 | **mine**  3:9 |
| **B** | **N** |
| **bitch**  3:1,7,9,10,11,12 | **nigga**  3:12 |
| **boohooing**  3:8 | **P** |
| **buck**  3:4 | |
| **bullshit**  3:4 | **played**  3:9 |
| **C** | **S** |
| **circumstances**  3:7 | **sitting**  3:8 |
| **cool**  3:6 | **slap**  3:12 |
| **COOPER**  3:1 | **sympathy**  3:4 |
| **D** | **Y** |
| **day**  3:1 | **y'all**  3:4,9 |
| **E** | |
| **end**  3:1 | |
| **F** | |
| **face**  3:9 | |
| **feel**  3:11 | |
| **fuck**  3:2,12,14 | |
| **H** | |
| **hoe**  3:13 | |
| **hurt**  3:5,6 | |
| **L** | |
| **low**  3:2 | |
| **lying**  3:2,10 | |



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

Civil Action No. 1:24-cv-24228-CMA

v.

MILAGRO ELIZABETH COOPER,
an individual,

**SECOND AMENDED COMPLAINT
JURY TRIAL DEMANDED**

*Defendant.*

_____

Pursuant to the Court's February 7, 2025 Order, Plaintiff Megan Pete hereby files the Second Amended Complaint (hereinafter, the "Second Amended Complaint" or "SAC") against Milagro Elizabeth Cooper ("Defendant"). Ms. Pete alleges the following facts, upon her own knowledge and upon information and belief:

### NATURE OF THE ACTION

1.      Defendant is the longtime mouthpiece of Daystar Peterson (aka "Tory Lanez"), a convicted felon who shot Ms. Pete in 2020 and has been working with him ever since to falsely brand Ms. Pete an incompetent liar and alcoholic. As part of their vendetta, Defendant spreads vicious and hateful rumors about Ms. Pete to Defendant's over 100,000 social media followers, causing Ms. Pete extreme emotional distress. Defendant's malicious intent is clear: discredit and shame Ms. Pete because of her testimony at Mr. Peterson's trial, which ultimately landed him in prison where he is currently serving a ten year sentence for shooting Ms. Pete. Even from behind bars, prison calls show Mr. Peterson is still orchestrating this campaign with Defendant as his mouthpiece.

2.      Since Mr. Peterson's 2020 indictment for felony assault with a firearm after shooting Ms. Pete, to his later conviction in December 2022 (the "Trial"), up through today, Defendant has performed Mr. Peterson's bidding by spreading malicious falsehoods about Ms. Pete. Defendant does so by engaging in disgusting acts of harassment directed at Ms. Pete on Defendant's online social media platforms.  The only purpose of her statements are to bully, harass and punish Ms. Pete for Mr. Peterson's conviction, to tarnish her reputation, and to cause her severe emotional distress.

3.      The lengths to which Defendant has gone to harass and maliciously injure Ms. Pete knows no bounds. For example, she has promoted a deepfake pornographic video artificially depicting Ms. Pete purportedly engaging in sexual acts without her knowledge or consent. After Defendant's promotion of this video led to a firestorm of negative reaction from others, Defendant doubled-down in a YouTube video on June 9, 2024, claiming Ms. Pete was a "professional victim" and denying any wrongdoing. But Defendant is wrong—her conduct was an unlawful promotion of an altered sexual depiction that caused, and was intended to cause, Ms. Pete severe emotional distress and reputational harm.

4.      Defendant has also defamed Ms. Pete and sought to destroy her reputation by spreading falsehoods repeatedly asserting that Ms. Pete is a liar who perjured herself in the Trial, falsely accused Mr. Peterson of a felony, and is continuing to lie to the courts. Incredibly, Defendant has continued to spread such defamatory falsehoods even after Mr. Peterson was found unanimously guilty by a jury, beyond a reasonable doubt, for the exact crimes Ms. Pete testified that he committed. Defendant attended the Trial and is well aware of Mr. Peterson's guilty verdict—which is nearly two years old—but continues to spread a false narrative without any factual basis that Ms. Pete lied.

2

Case 1:24-cv-24228-CMA  Document 120-1  Entered on FLSD Docket 08/14/2025  Page 451 of
600
Case 1:24-cv-24228-CMA  Document 37  Entered on FLSD Docket 02/10/2025  Page 3 of 39

5.       Defendant has even publicly admitted to spreading misinformation about the Trial.
She first promoted the frivolous conspiracy theory that Ms. Pete was never injured by a gunshot
wound, but simply stepped on broken glass. She then claimed that if Ms. Pete was indeed shot, it
was not Mr. Peterson who shot her, and later falsely claimed that Mr. Peterson is an innocent man
stuck behind bars because the firearm from the shooting is missing and cannot be tested, a complete
lie. After perpetuating this misinformation campaign, Defendant *finally*, on November 19, 2024,
admitted her claims were bogus.

6.       Defendant's false statements regarding the Trial are part and parcel of a
conspiratorial relationship with Mr. Peterson in which Defendant acts as a paid surrogate used to
spread Mr. Peterson's lies about Ms. Pete. Indeed, on October 29, 2024, Defendant implied that
she was "still on [Mr. Peterson's] payroll." Further, as Mr. Peterson's prison call logs obtained
through early discovery in this case demonstrate, Mr. Peterson has repeatedly discussed Defendant
with his father—the two confidently asserted that Ms. Pete would never be able to prove that Mr.
Peterson pays or paid Defendant for attacking Ms. Pete. By consciously coordinating with Ms.
Pete's convicted assaulter simply to amplify Mr. Peterson's disproven and baseless theories to help
him seek retribution against Ms. Pete—the true victim of Mr. Peterson's criminal acts—Defendant
engaged in extreme and outrageous conduct that has caused, and continues to cause, Ms. Pete
severe emotional distress.

7.       Defendant's defamatory statements are not limited to accusing her of perjury at the
Trial. Indeed, Defendant has repeatedly attacked Ms. Pete with false accusations that she is
mentally retarded, requires a guardian and suffers from alcoholism. Defendant has no personal
relationship with Ms. Pete and no basis in fact to make such accusations. It is without question that

3

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 452 of
600
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 4 of 39

Ms. Pete—a world renowned hip-hop artist and Grammy winner—is not mentally retarded, does not have a guardian, and is not an alcoholic.

8.      Ms. Pete has repeatedly taken to social media to address the toll that accusations of her lying about Mr. Peterson and the Trial have had on her mental health and wellbeing. At one point during the Trial, Ms. Pete testified to having suicidal thoughts. In response to Ms. Pete's vulnerability and pleas for peace, Defendant suggested that Ms. Pete should "just get over it, or go away."

9.      Enough is enough. Ms. Pete—a victim of a violent crime and champion of women's rights to her millions of fans worldwide—will no longer stand for Defendant's campaign of harassment. She brings this First Amended Complaint for damages and equitable relief to end Defendant's vendetta against her.

## II.     THE PARTIES

### A.     The Plaintiff

10.     Megan Pete, a performance artist also known as Megan Thee Stallion, is a citizen of Florida who permanently resides in Miami, Florida.

11.     Since 2021, Ms. Pete's primary and permanent residence is and has been in Florida. She pays state taxes in Florida. Florida is the principal place of business for her business entities— Hot Girl Touring, LLC and Megan Thee Stallion, Entertainment, Inc. Her personal possessions— such as cars, clothing, awards, and her pet dogs—stay and remain in Florida when she travels for business. She spends her holidays in Florida. This year, Ms. Pete obtained a Florida driver's license and is registered to vote in Florida. In sum, Ms. Pete intends to stay and remain in Florida.

### B.     The Defendant

12.     Milagro Elizabeth Cooper, also known as Milagro Gramz or Mobz World, is a citizen of Texas who permanently resides in Houston, Texas. Defendant Cooper's Mobz World

4

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 453 of
600
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 5 of 39

website lists a Houston, Texas address as its permanent address. She has over 100,000 followers, some of whom are Florida residents and therefore received her salacious and defamatory statements about Ms. Pete.

### III.    JURISDICTION AND VENUE

13.    This Court has subject-matter jurisdiction over the state law claims alleged herein under 28 U.S.C. § 1332 (Diversity Jurisdiction) and 28 U.S.C. § 1367 (Supplemental Jurisdiction), because there is complete diversity between the parties, the amount in controversy exceeds the sum of $75,000 exclusive of interest, costs and fees, and all the claims are so related that they form part of the same case or controversy under Article III of the United States Constitution.

14.    The Court has personal jurisdiction over Defendant. Defendant published defamatory material on the Internet, intentionally making her defamatory statements instantly available to anyone with an Internet connection. By publishing defamatory statements about Ms. Pete, a Florida citizen, Defendant directed her false statements regarding a Florida citizen to readers worldwide—including those in Florida. Upon information and belief, numerous third-parties in Florida accessed Defendant's defamatory statements in Florida. Accordingly, Defendant committed tortious acts within this state. § 48.193(1)(a)(2), Fla. Statutes; *Internet Solutions Corp. v. Marshall*, 39 So. 3d 1201, 1214-1216 (Fla. 2010) (holding a nonresident defendant commits a tortious act in Florida by virtue of posting defamatory statements about a Florida resident on a website accessed in Florida). Defendant has minimum contacts with Florida such that the exercise of personal jurisdiction over her comports with the traditional notions of fair play and substantial justice and is consistent with the Due Process Clause of the United States Constitution. Defendant's intentional tort of defamation was purposefully directed at Ms. Pete, a Florida resident, and the brunt of harm was felt by Ms. Pete in Florida. Ms. Pete's claims directly arise

from and relate to the false and defamatory statements Defendant made. *See Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770, 773-74, 781 (1984); *Calder v. Jones*, 465 U.S. 783, 788-89 (1984); *Internet Solutions Corp.*, 39 So. 3d at 1214-1216.

15.     Venue is proper in the Miami Division of the United States District Court for the Southern District of Florida because Defendant published defamatory statements to a wide audience that include persons who reside within the Miami Division. Defendant caused substantial harm to Ms. Pete's personal and professional reputations in Florida. Additionally, a substantial part of the events giving rise to the claims stated in this action occurred in the Southern District of Florida.

## IV.     FACTUAL ALLEGATIONS

### A.     The Criminal Trial And Conviction Of Mr. Peterson.

16.     To understand the context surrounding Defendant's defamatory statements, it is imperative to understand the history of Mr. Peterson's criminal conduct against Ms. Pete, his Trial, and his conviction on three felony charges which resulted in Mr. Peterson's ten-year prison sentence.

17.     On July 12, 2020, the Los Angeles Police Department conducted a traffic stop on Mr. Peterson's car after it received reports of shots fired in the Hollywood area and Mr. Peterson's car matched the suspect's description. During the traffic stop, police discovered a firearm, warm to the touch and with its magazine fully emptied, underneath the floorboard where Mr. Peterson was seated, and arrested him on charges of carrying a concealed weapon.

18.     On that night, Ms. Pete was present in the car with Mr. Peterson and his driver, along with Kelsey Harris, Ms. Pete's former best friend and assistant. Through the course of the traffic stop, it was discovered that Ms. Pete had injuries to her foot. She was taken to a hospital for treatment.

6

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 455 of
600
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 7 of 39

19.     On July 15, 2020, Ms. Pete announced via social media that the injuries she suffered on the night of Mr. Peterson's arrest were gunshot wounds. Later, on August 20, 2020, Ms. Pete publicly identified Mr. Peterson as the person responsible for shooting her.

20.     On October 8, 2020, the Los Angeles County district attorney's office charged Mr. Peterson with felony assault with a semiautomatic firearm for the injuries he caused Ms. Pete on July 12, 2020. The district attorney's office later added charges for illegal possession of a firearm and negligent discharge of a firearm.

21.     On December 12, 2022, Mr. Peterson's Trial began. The following day, Ms. Pete took the stand as a witness for the prosecution and the victim of Mr. Peterson's crimes. Ms. Pete testified that on the night of the shooting, she exited Mr. Peterson's car and was walking away with her back facing Mr. Peterson, when Mr. Peterson pointed the gun at her, said "Dance, bitch" and fired five shots at her, causing gunshot wounds to her feet. She also testified to the trauma she has faced since the shooting.

22.     Ms. Pete stated: "Because I was shot, I've been turned into some kind of villain, and he's the victim. This has messed up my whole life ... This whole situation in the industry is like a big boy's club ... I'm telling on one of y'all friends, now you're all about to hate me." Ms. Pete also testified to the online backlash she received from individuals who claimed that she lied about the fact that Mr. Peterson shot her, or that she was even shot at all. Ms. Pete stated: "I can't even be happy. I can't hold conversations with people for a long time. I don't feel like I want to be on this earth. I wish he would have just shot and killed me, if I knew I would have to go through this torture." She also testified to suffering from suicidal thoughts since the shooting.

23.     Defendant was present in the courtroom for the entirety of the Trial, including Ms. Pete's testimony.

24.     On December 23, 2022, after a two-day deliberation, the jury returned a unanimous guilty verdict, finding Mr. Peterson guilty beyond reasonable doubt of all three felony charges brought against him for the shooting of Ms. Pete.

25.     On December 12, 2023, Mr. Peterson filed a writ of habeas corpus challenging his conviction. On February 26, 2024, Mr. Peterson filed an opening brief to appeal his conviction. And on October 23, 2024, Mr. Peterson filed another writ of habeas corpus challenging his conviction. The attorney general of California has opposed Mr. Peterson's appeal and writs.

**B.     Defendant Is A Malicious Actor That Operates Social Media Accounts That Spread False And Harassing Content.**

26.     Defendant is an online social media personality.

27.     Defendant controls and operates X (formerly Twitter) accounts under the usernames @MobzWorld, @NiggaGirl_, and @MilagroGramz__; Instagram and TikTok accounts under the username @milagrogramz; a YouTube account under the username @MobRadio; and a Stationhead account under the username @MILAGROGRAMZ (collectively, the "Social Media Accounts"). Defendant has the power to determine the subject matter and specific content that is published on her Social Media Accounts, and to remove or refrain from publishing content if she chooses. Defendant is the sole speaker, writer and/or editor of every post on her Social Media Accounts. Collectively across her Social Media Accounts, Defendant has over 100,000 followers.

28.     Defendant has publicly admitted that she is not a journalist. Rather, it is apparent that she is—try as she might to conceal it from her followers—a hired gun for Mr. Peterson.

**C.     Defendant Cooper Conspired With Mr. Peterson And Others To Intentionally Spread Misinformation About Ms. Pete And Cause Severe Emotional Distress.**

29.     Defendant has conspired with Mr. Peterson and his father to execute a widespread campaign to maliciously injure Ms. Pete's reputation and inflict severe emotional distress upon

8

her in retaliation for her testimony regarding Mr. Peterson's unlawful act of gun violence against her.

30.    It is no secret that Defendant has a close relationship with Mr. Peterson. Not only has she repeatedly demonstrated her support for Mr. Peterson on her Social Media Accounts, she has publicly acknowledged her friendship with Mr. Peterson's father, Sonstar Peterson. In a February 27, 2022 Instagram post that has since been deleted, Defendant shared a video of herself out with Sonstar Peterson. A true and correct copy of a screenshot of that post is attached below.



31.    While Defendant's social media posts celebrating the Petersons portray merely an innocent and supportive relationship, Defendant also has a financial incentive to act as a paid surrogate to spread defamatory statements about Ms. Pete while Mr. Peterson serves a ten-year prison sentence.

32.    In an October 29, 2024 livestream posted to her Social Media Accounts, Defendant implied that she is "still on [Mr. Peterson's] payroll." This is consistent with statements made by Defendant's former best friend, King Noir, who exposed Defendant for working alongside Mr.

9

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 458 of
600
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 10 of 39

Peterson to smear Ms. Pete's reputation. King Noir stated that Defendant "talks to Tory's daddy" in an effort to leak information to the press that comes from Mr. Peterson himself.[1]

33.    Moreover, as Mr. Peterson's prison call logs demonstrate, Mr. Peterson has repeatedly discussed Defendant with his father. In one phone call, the Petersons confidently asserted that Ms. Pete would be unable to prove that Mr. Peterson paid Defendant for attacking Ms. Pete.

34.    On information and belief, Defendant has also coordinated with Mr. Peterson's criminal defense attorneys, the same attorneys who have now agreed to represent her in this civil lawsuit, to spread misinformation related to Mr. Peterson's trial, conviction and appeal. As an early example of Defendant's relationship with Mr. Peterson's (prior) criminal defense attorneys, Defendant released confidential information to the public ahead of its disclosure in court in an attempt to manufacture a false narrative about Mr. Peterson and rally the public against Ms. Pete. For instance, in a February 23, 2022 livestream posted to her X account, Defendant admitted that she and blogger Livingston Allen "got the same sources" that Mr. Peterson's DNA was not present on the firearm. This "source" could only have been Mr. Peterson's then-criminal defense attorneys, to whom the DNA report was turned over. In truth, at the pre-Trial hearing on February 23, 2022— held after Defendant and Mr. Allen shared the misinformation regarding Mr. Peterson's DNA— no one stated that Mr. Peterson's DNA was not found on the firearm.[2] In reality, the DNA results from the firearm were "inconclusive," meaning that Mr. Peterson could not be excluded or included as one of the possible contributors of the mixed genetic material.

---

[1]  https://thesource.com/2022/07/27/former-friend-of-milagro-gramz-blasts-her-for-allegedly-working-with-tory-lanez-in-smear-efforts-against-megan-thee-stallion/

[2]  https://www.politifact.com/factchecks/2022/feb/28/facebook-posts/hearing-did-not-include-dna-evidence-vindicate-rap/

35.     On information and belief, Defendant also coordinated with the Petersons to employ online "bot" accounts to attack Ms. Pete and her supporters with hateful, derogatory, and malicious statements on social media.

36.     Further, Defendant has used her social media platform to incite violence against Ms. Pete. On December 21, 2022, Defendant posted a livestream video to her Instagram account wherein she stated: "A bitch fuck with my n***a I'ma slap that hoe and whatever comes after it comes after it." Defendant's statement is reasonably understood to refer to Ms. Pete and her involvement in Mr. Peterson's trial.

37.     Defendant knew and/or should have known that Ms. Pete was susceptible to severe emotional distress regarding the false and disproven theories Defendant shared on behalf of Mr. Peterson. Defendant was present for the Trial and Ms. Pete's testimony. During her testimony, Ms. Pete lamented that she has "been turned into some kind of villain" and "wish[es] he would have just shot and killed me, if I knew I would have to go through this torture." She also testified to suffering from suicidal thoughts since the shooting.

38.     By consciously coordinating with Ms. Pete's convicted assaulter to amplify Mr. Peterson's disproven and baseless theories to help him seek retribution against Ms. Pete, Defendant engaged in extreme and outrageous conduct that has caused, and continues to cause, Ms. Pete severe emotional distress.

**D.     Defendant Engaged In A Years-Long Campaign of Harassment Against Ms. Pete.**

39.     Throughout Mr. Peterson's Trial and continuing through today, Defendant has engaged in a campaign of harassment on behalf of Mr. Peterson to spread false and harassing messages about Ms. Pete on her Social Media Accounts.

**Defendant Promoted The Deepfake Video.**

40.     Commencing no later than June 8, 2024, Defendant began promoting a deepfake video purporting to show an artificially created version of Ms. Pete engaging in sexually explicit acts (the "Deepfake Video") to her over 100,000 Social Media Accounts followers.

41.     It is unknown who created the Deepfake Video. Ms. Pete had no knowledge of or involvement in the creation or distribution of the Deepfake Video, nor did she consent to or authorize the creation or distribution of the Deepfake Video.

42.     In June 2023, Defendant registered for an X account using the screenname @MobzWorld. In registering for an X account, Defendant created a profile on X, including, among other things, a "Likes" page on her X profile. "Likes" are a feature of X whereby a user can show their support for a post by clicking the "like" button, which is portrayed as a heart symbol under each individual X post. "Likes" are then recorded for each post and publicized as a statistic that is visible on each post, with more popular posts featuring a higher number of "likes," and less popular post showing few to no "likes." As with any X user, Defendant's "Likes" page on her X profile tracked and displayed the posts that Defendant "liked," *i.e.* posts which Defendant pressed the "like" icon from her X account. Defendant's "Likes" page was featured as a tab on Defendant's X profile and accessible to all third-party X users.[3]

43.     On or about June 8, 2024, Defendant "liked" an X post that included the Deepfake Video. By "liking" this X post, the post was archived to and displayed on Defendant's "Likes" page, and the video in that post could be viewed from her "Likes" page by visitors.

_____

[3] X has since made "Likes" inaccessible to the public such that only the owner of a profile can see his/her own likes. At the time of Defendant's posts, however, "Likes" were accessible for all of her followers to see, a fact Defendant knew.

44.     Defendant knew or reasonably should have known that the Deepfake Video was an altered sexual depiction. Indeed, on that same day, Defendant posted on her X account: "With the way deep fake and AI be going these days…..If it's not her she should sue whoever made it. That sht [sic] dry af [sic] to do to people." The "her" Defendant referred to is reasonably understood to mean Ms. Pete.

45.     Nonetheless, on or about the same day, Defendant further promoted the Deepfake Video by posting the following statement on her X account: "Go to my likes[.]" Of course, Defendant intended for this statement to encourage her followers and other members of the public to watch the Deepfake Video, which had been added to her "Likes" page around the same time. When a user went to Defendant's "Likes" page, they could access the archived post "liked" by the Defendant that displayed the Deepfake Video, which could then be played by anyone visiting her "Likes" page. A true and correct copy of a screenshot of the X post is below.[4]



---

[4]     As the screenshot below notes, Defendant has since deleted the "[g]o to my likes" X post from her X profile.

46.     Numerous subscribers, followers, viewers, and other third-party individuals followed the Defendant's advice and accessed the Deepfake Video via her X "Likes" page. As one media outlet reported, the Deepfake Video "***gained popularity***" after Defendant "liked" the Deepfake Video post and encouraged her followers to view it.[5] (emphasis added).

47.     On June 8, 2024, the Defendant published a livestream video on her Stationhead account where she discussed her "[g]o to my likes" X post that promoted the Deepfake Video.

48.     In the Stationhead post, the Defendant stated: "If y'all want to be mad at something, this is what I'll give you: ***be mad that I drew attention to it***," referring to her conduct in promoting and directing her followers to the Deepfake Video. (emphasis added).

49.     The next day, on June 9, 2024, the Defendant published a video on her YouTube account to her more than 74,000 subscribers that addressed her "[g]o to my likes" X post related to the Deepfake Video.[6]

50.     In the YouTube post, Defendant shared an image of Ms. Pete over a news chyron that questioned whether Ms. Pete is "[a] professional victim." A true and correct copy of the screenshot of the image is below.



---

[5]  https://uproxx.com/music/megan-thee-stallion-ai-sex-tape-response/

[6]  https://youtu.be/FUUzzmSNWIQ?si=aGv89UlmII2BcMlE

51.   Defendant then shared a screenshot of the June 8, 2024 X post that directed her followers to "[g]o to my likes" referenced in Paragraph 44, *supra*.

52.   In her June 9, 2024 YouTube post, the Defendant affirmed that she had previously promoted the Deepfake Video by stating that she "told whoever follows me on social media to go to my likes to see what it is that we're discussing[.]"

53.   By "liking" the Deepfake Video such that it then became archived and displayed on, and viewable from, the "Likes" page of her X profile, and then by directing and encouraging her over 100,000 social media followers across her various Social Media Accounts to her X "Likes" page to watch the Deepfake Video, the Defendant promoted, transmitted, published, distributed, circulated, disseminated, presented, exhibited, posted, and shared an altered sexual depiction of Ms. Pete online that was done without Ms. Pete's consent.

### Defendant Engaged In Campaign Of Spreading Malicious Falsehoods Regarding Ms. Pete.

54.   The Defendant has wielded her influence on her Social Media Accounts to engage in a sustained campaign of repeatedly defaming Ms. Pete with malicious, knowing, and injurious falsehoods accusing her of everything from (a) lying under oath in Mr. Peterson's trial and falsely accusing him of a felony, (b) being an alcoholic, and (c) being someone who is mentally incapacitated and in need of a guardian.

*a.*   **Defendant Spread The Falsehood That Ms. Pete Lied Under Oath And Falsely Accused Mr. Peterson Of A Felony.**

55.   The Defendant has not only spread misinformation regarding Mr. Peterson's trial, she has also used her Social Media Accounts to falsely brand Ms. Pete as a liar. The result of Defendant's conduct has caused Ms. Pete severe emotional distress and mental anguish—at one

point during the Trial, Ms. Pete contemplated suicidal thoughts. More recently, Ms. Pete stated publicly that she "would rather not live through this than to have to live with this."[7]

56.     The Defendant has made repeated false statements that Ms. Pete lied during her testimony against Mr. Peterson in the trial and perjured herself. For example, on December 21, 2022—a mere week after Ms. Pete testified at the Trial and the day before jury deliberations began—Defendant posted a livestream video to her Instagram account wherein she stated: "At the end of the day, *a bitch lying* on somebody is low down […] Yes she got hurt. And that's cool. But how did you get hurt? How? And what are the circumstances? And what after that? So bitch, if you think I'm finna be sitting up here boo hooing for a bitch that played up in yall face. Not mine, because *I always said her ass was lying*. Bitch, I don't. You think I feel sorry for the bitch? I don't. The fuck? A bitch fuck with my n***a I'ma slap that hoe and whatever comes after it comes after it." (emphasis added). Defendant's statements are reasonably understood to refer to Ms. Pete because they refer to the woman who "got hurt"—*i.e.*, Ms. Pete—and assert that this individual lied under oath during her testimony at trial and falsely accused another person of a felony. Defendant's statement further incited physical violence against Ms. Pete by stating, "I'ma slap that hoe and whatever comes after it comes after it."

57.     Additionally, on or around December 21, 2022, Defendant posted a statement to her X account that accused Ms. Pete of being a "non credible witness" who falsely accused Mr. Peterson of a felony. A true and correct copy of a screenshot of the X post is attached below.

---

[7]   Ms. Pete discussed the psychological and emotional harm she underwent as a result of Defendant's conduct regarding the trial in her recent documentary, *Megan Thee Stallion: In Her Own Words*:   https://www.primevideo.com/region/eu/detail/Megan-Thee-Stallion-In-Her-Words/0OKIOBAGN7RJ89Z589INBE881H



**Milagro Gramz** ✔
@MilagroGramz__

All this case taught anyone was that your father, brother, cousin, or son could face over 20 years in prison without proper evidence, a botched investigation, & another likely suspect just because non credible witnesses said you did something.

& y'all slow a😳s cheering

The above statement is reasonably understood to refer to Ms. Pete as a "non credible witness[]," and to assert that she falsely accused Mr. Peterson of a felony and gave false testimony under oath.

58.     On December 23, 2022, Mr. Peterson was found guilty by a jury of his peers of shooting Ms. Pete. Incredibly, despite Defendant being fully aware that Mr. Peterson had been found guilty, she nonetheless knowingly persisted in pressing the false narrative that Ms. Pete lied in claiming Mr. Peterson shot her.

59.     On June 22, 2023, X user account @holidayholidayK shared audio of Defendant wherein she stated: "I believe that this is exactly how they feel about you, Megan. I believe that this is exactly how they feel about you. *We know you a lying ass hoe*, and you have absolutely ruined Tory's life."[8] (emphasis added). Defendant further endorsed that post by "liking" it from her own X account. Once again, Defendant's statement is reasonably understood as asserting that

_____

[8]  https://x.com/holidayholidayK/status/1671979971953172492/video/1

17

Ms. Pete lied under oath and falsely accused Mr. Peterson of shooting her and thus committing felony perjury because it refers to "Megan"—*i.e.*, Ms. Pete—as a "lying ass hoe" who "ruined Tory's [*i.e.*, Mr. Peterson's] life."

60.    The following month, on July 23, 2023, Defendant posted on her X account: "He shot her because his ego was bruised. She's the bigger star…[sic] That's never been a fact & dmn sure ain't one today. Tory Lanez is behind bars presumed guilty getting better numbers and charting." Defendant's X post included images of Mr. Peterson and Ms. Pete's respective Spotify profiles, which listed each artist's amount of monthly listeners. Defendant's statement is reasonably understood as asserting that Ms. Pete lied under oath about the fact that Mr. Peterson shot her, *i.e.* that it has "never been a fact" that Mr. Peterson shot Ms. Pete and that Mr. Peterson is "presumed guilty" as a result of Ms. Pete's alleged false testimony and accusations. A true and correct copy of a screenshot of Defendant's X post is exhibited below.



61.    Then again, on August 7, 2024, after posting with reference to an entirely unrelated lawsuit a former videographer filed against Ms. Pete in April 2024 and Ms. Pete's motions to

dismiss in that lawsuit, Defendant falsely stated on her X account: "Was Megan Thee Stallion caught ***trying to deceive the courts again***?" (emphasis added). This statement is reasonably understood as asserting that Ms. Pete previously deceived the court, which is a defamatory reference to her prior testimony in the Trial, and thus that Ms. Pete lied under oath in her testimony at the Trial.

62.    The above statements by Defendant (*supra*, ¶¶ 56-61) are false. Ms. Pete did not lie under oath in Mr. Peterson's trial and did not falsely accuse Mr. Peterson of shooting her. The truth is that Mr. Peterson shot Ms. Pete. This has been confirmed time and time again, including by a unanimous jury verdict beyond a reasonable doubt. Defendant is the one who has lied— repeatedly. In doing so, she has maliciously defamed Ms. Pete by accusing her of the infamous crime of perjury and of egregious dishonesty in falsely accusing another of a felony, and thus caused substantial damage to Ms. Pete's personal and professional reputation by subjecting her to hatred, ridicule, and disgrace.

> *b.*    **Defendant Impugns Ms. Pete's Mental Capacity And Falsely Accuses Her Of Suffering From Alcoholism.**

63.    Defendant's malicious campaign of defamatory and harassing statements also encompassed statements falsely accusing Ms. Pete of being mentally incapacitated to such an extreme extent that she allegedly is in need of a guardian, and of suffering from alcoholism.

64.    For example, on January 29, 2024, Defendant posted a statement to her X account wherein she stated: "Let me go find this receipt of Megan's ex bestie telling me she wasn't fcking t Farris that's her guardian." This statement is reasonably understood as asserting that Ms. Pete is mentally incapacitated to such an extent that she requires a guardian to make decisions for her. Worse, this statement is reasonably understood as asserting that Ms. Pete is engaged in a sexual

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 468 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 20 of 39
600

relationship with her purported guardian. A true and correct copy of a screenshot of Defendant's

X post is attached below.



65.    Later that day, Defendant posted a statement to her X account wherein she stated:

"Ok, so back in 2020 I'm doing what I do now & a rumor was circulating that MTS [Ms. Pete]

was fcking T Farris. I reported on it and since ole girl and her friends/family watched my show,

one of her besties that I had an internet rapport with hit me. As you can see, she said it wasn't

possible for MTS to be sleeping with T. Farris because he was her guardian... (like a father figure).

I thought the verbiage was odd, but as time went on *I realized MTS was slow and needed one* so

it made all the sense then." (emphasis added). This statement is reasonably understood as asserting

that Ms. Pete is mentally incapacitated to such an extent that a guardian needs to be appointed to

make decisions for her. Moreover, the "receipt" Defendant referred to as proof Ms. Pete was

engaged in a sexual relationship with her purported guardian disclaimed any existence of such

relationship. Defendant made no effort to clarify or retract her earlier accusation in spite of her

lack of evidence or basis in fact.

66.    Then again, on July 30, 2024, Defendant posted a livestream to her X account

wherein she stated:  "What is Megan's mental status? Does she have a guardian or not? *Has she*

*been listed as a capable person? Has she ever been deemed, like, legally retarded?* Like anything

of the nature? Anything of the sort?" (emphasis added). Again, this statement is reasonably understood as asserting that Ms. Pete is mentally incapacitated to such an extent that a guardian needs to be appointed to make decisions for her.

67.     The above statements by Defendant Cooper (*supra*, ¶¶ 64-66) are false. Ms. Cooper is not and has never been "slow," "legally retarded," or incapable, incompetent, or of an incapacitated mental state. She is not and has never been in any state or condition for which a guardian or conservator would be appropriate under any circumstance. She does not now have, nor has she ever had, a guardian or conservator.

68.     Ms. Cooper's false statements (*supra*, ¶¶ 64-66) are so removed from reality that they constitute inherently improbable assertions for which Ms. Cooper had no basis in fact. But she nonetheless made these statements, which are reasonably understood to assert that Ms. Pete suffered from mental defects so severe that she could not care for herself and required a guardian or conservator to be appointed to make decisions for her. Such statements are directly injurious to Ms. Pete's personal and professional reputations.

69.     Defendant Cooper has also falsely accused Ms. Pete of suffering from alcoholism. On November 3, 2024—nearly a week after Ms. Pete filed her Complaint in this action—Defendant posted a livestream wherein she addressed the allegations in the Complaint, accused Ms. Pete of unspecified "crimes," and stated Ms. Pete was an alcoholic: "You ought to be somewhere for your alleged crimes, ***drunkie***. Why do you even speak? Like ***does your liver even function well***?" (emphasis added).  This statement is reasonably understood as asserting that Ms. Pete is an alcoholic.

70.     Defendant has also implied that Ms. Pete was an alcoholic by falsely claiming she comes from a family of addicts. For example, on an October 30, 2024 livestream hosted on her

Twitch channel where she admitted to making many of the false statements alleged here, Defendant stated: "When you have drinking seemingly running through a family, yes I did post certain questions to my page. Yes I did."

71.     Again, on or about the same day, October 30, 2024, Defendant Cooper posted on her Social Media accounts asserting that Ms. Pete comes from a family of "alcoholics. Because the fact of the matter is, you have a grandfather that was an alcoholic. Your daddy, was your daddy on drugs? Or was he in and out of the system? What was that for? Do you want to talk about that? Is stealing worse than drugs and shit?" Such statements are reasonably understood to assert that Ms. Pete suffers from alcoholism by virtue of having come from a family that suffered from addiction.

72.     Although Ms. Pete has never denied that she consumes alcohol, Ms. Pete is not and has never been an alcoholic, has never been diagnosed as an alcoholic or having any alcohol use disorder, and she does not suffer from addiction. Defendant had no basis in fact to publish her defamatory statements to her over 100,000 collective social media followers accusing Ms. Pete of substance abuse issues.

## Defendant's Defamatory Statements Were Made With Actual Malice.

73.     Defendant acted with actual malice because she made her defamatory statements with knowledge of, and/or reckless disregard for, the falsity of these statements.

74.     Indeed, even after a jury found Mr. Peterson guilty beyond a reasonable doubt of shooting Ms. Pete on December 23, 2022, Defendant—who was fully aware of the guilty verdict—continued to falsely accuse Ms. Pete of having lied under oath about whether Mr. Peterson shot her. Defendant did so knowing that Mr. Peterson's guilt had been established in a court of law

22

beyond a reasonable doubt. Accordingly, Defendant knew that her statements regarding Ms. Pete were false, or at the very least, recklessly disregarded whether they were true.

75.     Defendant's malice in defaming Ms. Pete is also evident from the fact that she has admitted to spreading misinformation and falsehoods about Mr. Peterson's criminal act of gun violence against Ms. Pete. Defendant's falsehoods of and concerning Ms. Pete, as well as her misinformation campaign about the Trial generally, reflect Defendant's deep-seated ill-will toward Ms. Pete and her intent on pressing a pre-conceived and false narrative at the behest of Mr. Peterson. Among other things, Defendant has repeatedly promoted at least three false and debunked theories: (1) there was no firearm recovered at the crime scene related to the Trial, and if there was, the Los Angeles Police Department lost or misplaced it; (2) Mr. Peterson was not the person who shot Ms. Pete; and (3) Ms. Pete did not suffer a bullet wound as a result of Mr. Peterson's criminal assault, but rather suffered injuries as a result of stepping on broken glass.

76.     For example, on October 28, 2024, Defendant stated on her X account: "[T]he GUN and BULLET FRAGMENTS associated with the crime have gone missing! Didn't I tell y'all tht [sic] the gun was never presented in court and tht ain't make no damn sense? They gave the serial number and breezed past it. Liiike, first off whose is it?? Origin point please."

77.     Similarly, in a October 28, 2024 YouTube video posted to her account, Defendant stated: "How do you hold someone in prison when you don't have a damn weapon or what was supposedly coming up out of [Ms. Pete's] foot[.]" In that same video, Defendant  also stated: "Y'all did not prove that she was shot in court. You did not prove that. You don't have any bullet fragments, and now you don't have a damn gun. So you don't have anything that would prove that this actually even took place. How fucking convenient." Defendant later states in the post: "The gun was collected at the scene and it was supposed to be processed. The bullet fragments were

23

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 472 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 24 of 39
600

taken out at the hospital, they say. Even though, do yall remember how long it took for charges to be raised? Them people had pulled that shit out of her foot, she done went home […] That n***a didn't get charged until October […] If they had pulled bullet fragments out of her foot or had she been stabbed, the police would have been called and a report would have been filed that very moment […] That's not odd to anybody? […] That don't even make no god damn sense. Let's go ahead and pull up the receipt, people. No gun[.]"

78.   In a separate video posted that same day to her X account, Defendant stated: "***Can you even prove that you was shot***?"[9]   (emphasis added).

79.   None of Defendant's statements above are true. A firearm was recovered at the crime scene related to the Trial, and it remains in the custody of the Los Angeles Police Department. Indeed, the Senior Property Officer of the Los Angeles Police Department's Evidence and Property Management Division confirmed in a sworn declaration in opposition to Mr. Peterson's writ of habeas corpus that the firearm remains in its custody. Defendant could have easily verified this information, but chose to ignore it and instead promulgated lies about the integrity of Ms. Pete's testimony at the Trial and the criminal investigation into Mr. Peterson.

80.   The same is true for Defendant's blatant misstatements regarding Ms. Pete's injury. Time and time again, it has been proven that Ms. Pete suffered a gunshot wound to her foot committed by Mr. Peterson and did not injure herself by stepping on broken glass. Rather than acknowledging that fact, Defendant has doubled-down on her false theory and repeatedly published misstatements to her tens of thousands of fans across her Social Media Accounts. Indeed, a December 23, 2022 Los Angeles Times article noted that Defendant "***showed no remorse***

---

[9]   https://x.com/MobzWorld/status/1851068034229956698

for pushing the 'Megan might have stepped on glass' theory ___long after a surgeon had found bullet fragments in her foot___[.]"[10] (emphasis added).

81.     It was not until after this suit was filed, that on November 19, 2024, Defendant — *for the first time*—**admitted** the falsity of these statements and shared the truth with her followers, stating: "[F]rom this day forward today is November 19th and the public has been made aware of this form, I have to acknowledge that the gun, the bullet fragments […] the magazine and the bullet casings are with the LAPD."[11] The "form" Defendant referred to is the October 31, 2024 declaration of Martin Preciado, the Senior Property Officer of the Los Angeles Police Department's Evidence and Property Management Division, submitted in support of the California attorney general's opposition to Mr. Peterson's writ of habeas corpus. Mr. Preciado's declaration affirmed under oath that the Los Angeles Police Department's "Evidence and Property Management Division has the firearm, the firearm magazine, and all the bullet casings and the bullet fragments that were booked" in connection with Mr. Peterson's Trial. Defendant should have already known this information to be true because it was consistent with the testimony Defendant heard at the Trial, wherein multiple experts—such as the doctor who operated on Ms. Pete on the night Mr. Peterson shot her and multiple forensics experts—confirmed the use of a firearm and presence of bullet fragments in Ms. Pete's foot.

82.     Defendant acted with actual malice because she promoted her false and defamatory statements due to her relationship with the Petersons wherein she acts as a spokesperson to spread misinformation on behalf of Mr. Peterson while he serves his ten-year prison sentence for criminally assaulting Ms. Pete.

---

[10]   https://www.latimes.com/entertainment-arts/music/story/2022-12-23/megan-thee-stallion-tory-lanez-verdict-influencers-bloggers.

[11]   https://www.youtube.com/live/s52R4xOlUYY?si=e-OYCrcUDQgCxbRm

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 474 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 26 of 39
600

83.     Defendant further demonstrated actual malice by publishing and reiterating the false and defamatory statements out of pure hatred for Ms. Pete. Defendant's former best friend, King Noir, noted that Defendant has "a disdain for Megan[.]"[12]

84.     Defendant also refused to cease making her false and defamatory statements after Ms. Pete publicly and repeatedly pleaded on her social media for individuals like Defendant to stop spreading such false misinformation. In response, Defendant posted on her X account: "Megan wants to know what she has to do to stop being posted on certain outlets […] My suggestion would be to just get over it, or go away." A true and correct copy of a screenshot of this X post is below.



Defendant published and reiterated the false and defamatory statements out of a desire to gain notoriety, generate revenues and profits for her herself, and hurt Ms. Pete emotionally and professionally. Indeed, since Defendant began her campaign of harassment against Ms. Pete, her social media following and online recognition has grown exponentially, resulting in massive public exposure and the potential for advertisements and sponsorships.

---

[12]   https://thesource.com/2022/07/27/former-friend-of-milagro-gramz-blasts-her-for-allegedly-working-with-tory-lanez-in-smear-efforts-against-megan-thee-stallion/

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 475 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 27 of 39
600

**The Lasting Impact of Defendant's Defamatory Statements.**

85.     Defendant's false and defamatory statements regarding Ms. Pete lying at the Trial,
as well as her mental competency and purported alcoholism, have caused, and continue to cause,
Ms. Pete severe and substantial emotional and mental pain and suffering. Each time Ms. Pete sees
media reports about the Defendant's lies, she must relive the worst experience of her life, resulting
in emotional pain, anguish, and suffering. As Ms. Pete expressed on her social media, "Imagine
how I feel waking every day seeing people LIE and turn my trauma into a joke? That whole team
figures out ways to create doubt with my story every week and the media eats it up."[13] Defendant's
conduct at points during the Trial pushed Ms. Pete to contemplate suicide; as Ms. Pete recently
recounted publicly that she "would rather not live through this than to have to live with this."

86.     Additionally, Defendant's false, defamatory, and inflammatory statements have
incited large swaths of her follows to personally attack Ms. Pete on social media based on
Defendant's lies. For example, after Defendant falsely stated that the firearm and bullet fragments
from the Trial "have gone missing" in her October 27, 2024 X Post, followers commented: "And
everybody who defend that lying btch said 'well he went to jail for gun possession' but this entire
time there was no gun smh;" "So she ain't no bullet fragment foot ass bitch but a glass fragment
foot ass bitch????;" "No Gun, No bullets, No case 💯;" "This been old news ... that's how I don't
understand how this man was convinced [sic] but the main evidence was 'missing' ...." In another
X post from October 5, 2024 wherein Defendant questioned "who shot Megan?," Defendant's
followers responded with attacks against Ms. Pete, including: "Everybody's walkin on eggshells
around Megan bcuz they're afraid of offending the angry black woman stereotype! Most r Roc
Nation bots n bullies. Actual victims don't behave that way. Close friends n industry peers kno

---

[13]   https://x.com/theestallion/status/1352328565543510016

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 476 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 28 of 39
600

she's a compulsive liar. We all kno she's lying! 😂;" "Megan was never shot! Tory lawyers clearly worked for rocnation;" "Nobody believes Tory shot that horse. They mad Tory been outstreaming her all year and the public still rock with him. Tell Marcus post her Spotify wrapped this year, I guarantee you Tory did more streams all while being shadow banned. Meanwhile she plastered on the front page."

87.     The financial impact of Ms. Pete's emotional and mental pain and suffering ultimately will be an amount to be determined at trial in excess of $75,000 exclusive of costs, interest and fees.

88.     In addition to this harm, Ms. Pete's reputation for honesty has been called into question by Defendant's false and defamatory statements, not only in front of colleagues within the entertainment community, but in front of the public at large, including her millions of fans worldwide. As a consequence, Ms. Pete has suffered reputational harm that has affected and will continue to affect her both in her profession as a performance artist, as well as in future sponsorship and other business opportunities.

## CAUSES OF ACTION

### COUNT ONE
### Defamation *Per Se*

89.     Ms. Pete repeats and re-alleges paragraphs 1 through 88 as if fully set forth here.

90.     Defendant published a series of false and defamatory statements of fact of and concerning Ms. Pete to third parties, such as subscribers, viewers, and followers on her Social Media Accounts.

91.     *First*, Defendant published false and defamatory statements accusing Ms. Pete of the crime of perjury and of egregious dishonesty in falsely accusing another of a felony. Specifically, Defendant stated:

28

- "At the end of the day, a bitch lying on somebody is low down [...] Yes she got hurt. And that's cool. But how did you get hurt? How? And what are the circumstances? And what after that? So bitch, if you think I'm finna be sitting up here boo hooing for a bitch that played up in yall face. Not mine, because I always said her ass was lying. Bitch, I don't. You think I feel sorry for the bitch? I don't. The fuck? A bitch fuck with my n*a I'ma slap that hoe and whatever comes after it comes after it."

- "All this case taught anyone was that your father, brother, cousin, or son could face over 20 years in prison without proper evidence, a botched investigation, & another ikely suspect just because non credible witnesses said you did something. & y'all slow asses cheering."

- "He shot her because his ego was bruised. She's the bigger star...[sic] That's never been a fact & dmn sure ain't one today. Tory Lanez is behind bars presumed guilty getting better numbers and charting."

- "I believe that this is exactly how they feel about you, Megan. I believe that this is exactly how they feel about you. We know you a lying ass hoe, and you have absolutely ruined Tory's life."

- "Was Megan Thee Stallion caught trying to deceive the courts again?"

92.     Defendant's false statements regarding Ms. Pete's testimony at the Trial described

above are defamatory *per se* because they charge Ms. Pete with committing an infamous crime. A

reasonable reader or listener of Defendant's statements that Ms. Pete was "caught trying to deceive

the courts again" and otherwise lied, fabricated or falsified her testimony during the Trial regarding

Mr. Peterson's use of a firearm or her wound from that firearm would understand them as charging

her with perjury, which is a third-degree felony in Florida and an infamous crime. *See* § 837.02,

Fla. Statutes; *Klayman v. Jud. Watch, Inc.*, 22 F. Supp. 3d 1240, 1247, n.3.

93.     The false statements described above are also defamatory *per se* because they tend

to subject Ms. Pete to hatred, distrust, contempt, and disgrace. A reasonable reader or listener of

Defendant's statements would understand them to mean that Ms. Pete falsely accused Mr. Peterson

of committing felony assault with a firearm and gave untruthful testimony that resulted in Mr.

Peterson's wrongful conviction, which is a despicable manipulation of the justice system and would garner hatred, distrust, contempt, and disgrace from the public.

94.     Finally, Defendant's false statements described above are defamatory *per se* because they tend to injure Ms. Pete in her profession. A reasonable reader or listener of Defendant's statements regarding Ms. Pete's egregious dishonesty in falsely accusing another of a felony would view Ms. Pete as untrustworthy and may hesitate before entering into professional contracts with her.

95.     *Second*, Defendant published false and defamatory statements that stated Ms. Pete was or is mentally incompetent and required a guardian. Specifically, Defendant stated:

- "Let me go find this receipt of Megan's ex bestie telling me she wasn't fcking t Farris that's her guardian."

- "Ok, so back in 2020 I'm doing what I do now & a rumor was circulating that MTS [Ms. Pete] was fcking T Farris. I reported on it and since ole girl and her friends/family watched my show, one of her besties that I had an internet rapport with hit me. As you can see, she said it wasn't possible for MTS to be sleeping with T. Farris because he was her guardian… (like a father figure). I thought the verbiage was odd, but as time went on I realized MTS was slow and needed one so it made all the sense then."

- "What is Megan's mental status? Does she have a guardian or not? Has she been listed as a capable person? Has she ever been deemed, like, legally retarded? Like anything of the nature? Anything of the sort?"

96.     Defendant's false statements regarding Ms. Pete's purported mental incompetency are defamatory *per se* because they subject Ms. Pete to ridicule and disgrace. A reasonable reader or listener of Defendant's statement that Ms. Pete was legally retarded, "slow," or required a guardian would come to ridicule Ms. Pete, as it implies Ms. Pete is unable to care for herself and requires round-the-clock medical assistance, which would also subject her to disgrace. Such statements are directly injurious to Ms. Pete's personal reputation.

97.     Defendant's false statements described above are also defamatory *per se* because
they tend to injure Ms. Pete in her profession. A reasonable reader or listener of Defendant's
statement that Ms. Pete was legally retarded, "slow," or required a guardian would view Ms. Pete
as unable to manage or sustain her own career as a mainstream and high-functioning performance
artist, causing harm to her professional reputation.

98.     *Third*, Defendant published false and defamatory statements that stated Ms. Pete
was and is an alcoholic. Specifically, Defendant stated:

- "You ought to be somewhere for your alleged crimes, drunkie. Why do you even speak? Like does your liver even function well?"

- "When you have drinking seemingly running through a family, yes I did post certain questions to my page. Yes I did."

- Ms. Pete comes from a family of "alcoholics. Because the fact of the matter is, you have a grandfather that was an alcoholic. Your daddy, was your daddy on drugs? Or was he in and out of the system? What was that for? Do you want to talk about that? Is stealing worse than drugs and shit?"

99.     Defendant's false statements are defamatory *per se* because they tend to subject
Ms. Pete to hatred, distrust, ridicule, contempt, and disgrace. A reasonable reader or listener of
Defendant's statements that Ms. Pete is a "drunkie" who comes from a line of alcoholics would
come to hold Ms. Pete in hatred, contempt, and disgrace, as it falsely implies that Ms. Pete is an
alcoholic who has a serious addiction that requires professional help.

100.    Defendant's false statements are also defamatory *per se* because they tend to injure
Ms. Pete in her profession. A reasonable reader or listener of Defendant's statements regarding
Ms. Pete's alleged alcoholism would view Ms. Pete as unable to competently perform her duties
as a mainstream performance artist, causing harm to her professional reputation.

101.    Defendant's false and defamatory statements caused Ms. Pete to suffer and incur
both presumed and actual damages, including loss and injury to her business, insult, pain,

embarrassment, humiliation, mental suffering, harm to Ms. Pete's name and reputation, out-of-pocket loss, and other actual damages in an amount to be determined at trial, but in no instance less than $75,000 exclusive of interests, costs and fees.

102.   Defendant acted with actual malice and/or reckless disregard for the truth for the following reasons:

- Defendant continued to accuse Ms. Pete of having lied under oath about whether Mr. Peterson shot her *after* a unanimous jury convicted Mr. Peterson beyond a reasonable doubt of committing felony assault against Ms. Pete, and with full knowledge of the jury's guilty verdict.

- Defendant pursued and published pre-conceived, false, and disproven narratives—such as Ms. Pete did not suffer a gunshot wound, Mr. Peterson did not shoot Ms. Pete, and the firearm at issue was lost or misplaced by the Los Angeles Police Department—as part of a campaign of misinformation and harassment against Ms. Pete, which demonstrates deep-seated ill-will and resentment. Indeed, the Los Angeles Times noted that Defendant "showed no remorse for pushing the 'Megan might have stepped on glass' theory long after a surgeon had found bullet fragments in her foot[.]"

- Defendant promoted her false and defamatory statements due to her conspiratorial relationship with the Petersons wherein she acts as a paid mouthpiece to spread misinformation on behalf of Mr. Peterson while he serves his ten-year prison sentence for criminally assaulting Ms. Pete. Indeed, Defendant implied that she is "still on [Mr. Peterson's] payroll," and maintains regular contact with Mr. Petersons' father and lawyers. The Petersons also stated that Ms. Pete would be unable to prove that they are paying Defendant for her services.

- Defendant published and reiterated the false and defamatory statements out of a desire to gain notoriety, generate revenues and profits for her herself, and hurt Ms. Pete emotionally and professionally. Indeed, Defendant's social media following has grown exponentially since she began a campaign of harassment to defame Ms. Pete, topping over 100,000 followers across her Social Media Accounts.

- Defendant's attacks on Ms. Pete's purported mental competency and alcoholism issues are so far removed from reality that they are inherently improbable, baseless, and devoid of facts such that they are malicious and intended solely to impugn Ms. Pete's personal and professional reputations.

- Defendant demonstrated extreme ill-will against Ms. Pete and intended to cause her emotional, mental, and reputational harm. Defendant's former

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 481 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 33 of 39
600

best friend stated that Defendant has "a disdain for Megan," which
Defendant exhibited in her defamatory statements against Ms. Pete.

103.    Defendant lacked reasonable grounds for any belief in the truth of her statements
and acted negligently in failing to determine the true facts.

104.    As a direct and proximate result of the Defendant's defamation, Ms. Pete suffered
substantial presumed and actual damages and loss, including, but not limited to, pain and suffering,
emotional distress and trauma, insult, anguish, stress and anxiety, public ridicule, humiliation,
embarrassment, indignity, permanent damage and injury to her personal and professional
reputations, loss of business and income, attorney's fees, costs, and other out-of-pocket expenses
in an amount to be determined at trial, but no less than an amount that exceeds $75,000 exclusive
of interest, costs and fees.

105.    Defendant published or caused to be published, and has continued to promote, the
false statements concerning Ms. Pete with the specific intent to cause harm to Ms. Pete and in
order to boost her own reputation and social media following, and showing willful misconduct,
malice, fraud, wantonness, oppression, or that entire want of care which raises the presumption of
conscious indifference to consequences, justifying an award of punitive damages.

**COUNT TWO**
**Promotion of an Altered Sexual Depiction,**
**Section 836.13, Florida Statutes**

106.    Ms. Pete repeats and re-alleges paragraphs 1 through 88 as if fully set forth here.

107.    Ms. Pete is an identifiable person as defined under the statute. Ms. Pete is a
performance artist who is recognizable as an actual person by her face, likeness, and/or other
distinguishing characteristic(s).

108.    The Deepfake Video is an altered sexual depiction as defined under the statute. It
is a digital, electronic, mechanical, and/or other modification, alteration, or adaptation that depicts

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 482 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 34 of 39
600

a realistic version of Ms. Pete with computer-generated nude body parts presented as the nude body parts of Ms. Pete engaged in sexual conduct as defined in Section 847.001, Florida Statutes, in which Ms. Pete did not engage or participate.

109.     Defendant willfully and maliciously promoted the Deepfake Video by transmitting, transmuting, publishing, distributing, circulating, disseminating, presenting, exhibiting, sending, posting, sharing, and/or advertising it on her X account. Defendant "liked" a post containing the Deepfake Video, which in turn resulted in that post being displayed on—and the video viewable from—the "likes" section of her X profile. Defendant then encouraged her followers to "[g]o to my likes," where they could view the Deepfake Video.

110.     Defendant admitted that she promoted the Deepfake Video. On June 8, 2024, Defendant went on her Stationhead account and stated: "If y'all want to be mad at something, this is what I'll give you: be mad that I drew attention to it," referring to her conduct in directing her followers to the Deepfake Video. Further, on June 9, 2024, Defendant shared a YouTube video to her account wherein she admitted that she "told whoever follows me on social media to go to my likes to see what it is that we're discussing" with regard to the Deepfake Video. Taken together, Defendant willfully and maliciously promoted the Deepfake Video without Ms. Pete's consent.

111.     Defendant knew or reasonably should have known that the Deepfake Video was an altered sexual depiction. Indeed, on June 8, 2024, Defendant posted on her X account: "With the way deep fake and AI be going these days…..If it's not her she should sue whoever made it. That sht [sic] dry af [sic] to do to people." The "her" Defendant referred to is reasonably understood to mean Ms. Pete.

112.     As a result of Defendant's misconduct, Ms. Pete has been injured in an amount to be proven at trial.

113.    Ms. Pete is entitled to recover monetary damages to include $10,000 or actual damages, whichever is greater, as well as an award of Ms. Pete's reasonable attorneys' fees and costs, and a permanent injunction barring Defendant from any future use or publication of intimate visual depictions of her.

### COUNT THREE
### Intentional Infliction of Emotional Distress

114.    Ms. Pete repeats and re-alleges paragraphs 1 through 88 as if fully set forth here.

115.    Defendant engaged in extreme and outrageous conduct against Ms. Pete. Defendant's extreme and outrageous conduct consists of coordinating with Mr. Peterson—the convicted assaulter of Ms. Pete and a felon—his father, Sonstar Peterson, and Mr. Peterson's attorneys, to promote, distribute, spread, promulgate, communicate, and disseminate Mr. Peterson's false and disproven theories about Ms. Pete while Mr. Peterson serves a ten-year prison sentence. The false and disproven theories Defendant has spread on behalf of Mr. Peterson include: (1) there was no firearm recovered at the crime scene related to the Trial, and if there was, the Los Angeles Police Department lost or misplaced it; (2) Mr. Peterson did not shoot Ms. Pete; and (3) Ms. Pete did not suffer a bullet wound as a result of Mr. Peterson's criminal assault, but rather suffered injuries as a result of stepping on glass.

116.    Defendant's conduct is extreme and outrageous because she acted on behalf of a convicted felon to spread the misinformation described above in order to harass his victim all while receiving a financial benefit from Mr. Peterson. Defendant has implied that she is "still on [Mr. Peterson's] payroll." Moreover, as Mr. Peterson's prison call logs demonstrate, Mr. Peterson has repeatedly discussed Defendant with his father. In one phone call, the Petersons confidently asserted that Ms. Pete would be unable to prove that Mr. Peterson paid Defendant for attacking Ms. Pete. Further, on information and belief, Defendant also coordinated with the Petersons to

Case 1:24-cv-24228-CMA  Document 120-1  Entered on FLSD Docket 08/14/2025  Page 484 of
600
Case 1:24-cv-24228-CMA  Document 37  Entered on FLSD Docket 02/10/2025  Page 36 of 39

employ online "bot" accounts to attack Ms. Pete and her supporters with hateful, derogatory, and malicious statements on social media.

117.    Defendant's conduct described above is extreme and outrageous because it goes beyond all possible bounds of decency and is regarded as shocking, atrocious, and utterly intolerable in a civilized community.

118.    Defendant intentionally, and/or with reckless disregard of the high probability, caused Ms. Pete to suffer severe emotional distress. Defendant knew and/or should have known that the statements she shared on behalf of Mr. Peterson were false, untrue, debunked, and meritless. Indeed, on November 19, 2024, Defendant finally acknowledged the falsity of her statements and shared the truth with her followers, stating: "[F]rom this day forward today is November 19th and the public has been made aware of this form, I have to acknowledge that the gun, the bullet fragments […] the magazine and the bullet casings are with the LAPD."

119.    Defendant knew and/or should have known that her extreme and outrageous conduct would cause Ms. Pete to suffer severe emotional distress. Defendant knew and/or should have known that Ms. Pete was susceptible to severe emotional distress regarding the false and disproven theories Defendant shared on behalf of Mr. Peterson, yet Defendant spread those theories nonetheless. Defendant was present for the Trial and heard Ms. Pete's testimony. During her testimony, Ms. Pete stated: "Because I was shot, I've been turned into some kind of villain, and he's the victim. This has messed up my whole life ... This whole situation in the industry is like a big boy's club ... I'm telling on one of y'all friends, now you're all about to hate me." Ms. Pete further testified: "I can't even be happy. I can't hold conversations with people for a long time. I don't feel like I want to be on this earth. I wish he would have just shot and killed me, if I knew I would have to go through this torture." She also testified to suffering from suicidal thoughts

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 485 of
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 37 of 39
600

since the shooting. More recently, Ms. Pete stated publicly that she "would rather not live through this than to have to live with this," referring to the false theories Defendant has spread on behalf of Mr. Peterson. As such, Defendant knew and/or should have known that her continued false statements regarding Ms. Pete and the Trial would, and did, cause Ms. Pete severe emotional distress.

120.   As a direct and proximate result of the Defendant's extreme and outrageous conduct, Ms. Pete suffered substantial presumed and actual damages and loss, including, but not limited to, pain and suffering, severe emotional distress and trauma, insult, anguish, stress and anxiety, public ridicule, humiliation, embarrassment, indignity, permanent damage and injury to her personal and professional reputations, loss of business and income, attorney's fees, costs, and other out-of-pocket expenses in an amount to be determined at trial.

**COUNT FOUR**
**Cyberstalking Injunctive Relief,**
**Section 784.0485, Florida Statutes**

121.   Ms. Pete repeats and re-alleges paragraphs 1 through 88 as if fully set forth here.

122.   Defendant has communicated—both directly and indirectly—a course of conduct designed to cause severe emotional distress to Ms. Pete as laid forth herein. She has done so through electronic means and therefore meets the definition of cyberstalking pursuant to Section 784.048, Florida Statutes. Accordingly, she is entitled to an injunction against cyberstalking pursuant to 784.0485, Florida Statutes.

123.   Ms. Pete incorporates by reference the attached affidavit as required by statute. *See* Exhibit A.

124.   WHEREFORE, Ms. Pete seeks an injunction restraining Defendant from committing any acts of cyberstalking and harassment against her and providing any terms the

37

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 486 of
600
Case 1:24-cv-24228-CMA   Document 37   Entered on FLSD Docket 02/10/2025   Page 38 of 39

Court deems necessary for the protection of Ms. Pete, including any injunctions or directives to law enforcement agencies.

## JURY DEMAND

Ms. Pete requests a jury trial on all issues to be tried.

## PRAYER FOR RELIEF

WHEREFORE, Ms. Pete respectfully requests that this Court enter judgment in an amount for all damages owed to Ms. Pete, including but not limited to compensatory damages, punitive damages, statutory damages, attorney's fees, costs, interest, and all other damages as are just and proper, as well as declaratory judgment to remedy Defendant's unlawful behavior, and an injunction to prevent further misconduct.

Dated:  February 10, 2025

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ Daniel L. Humphrey
Olga Vieria (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
(305) 402-4880
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
2601 S. Bayshore Dr., Suite 1500
Miami, FL 33133

Mari F. Henderson (pro hac vice)
Julian T. Schoen (pro hac vice)
marihenderson@quinnemanuel.com
julianschoen@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

*Attorneys for Plaintiff Megan Pete*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-24228-CIV-ALTONAGA

MEGAN PETE, an individual

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

    *Defendant.*

_____/



EXHIBIT 44
WIT: Cooper
DATE: 7-21-25
RONNY ZAVOSKY, CSR 12359

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**
**TO THE SECOND AMENDED COMPLAINT**

    Defendant, MILAGRO ELIZABETH COOPER, through her undersigned counsel, files

this, her Answer and Affirmative Defenses to the Plaintiff's Second Amended Complaint and

states the following:

**NATURE OF THE ACTION**

    1.    Denied.

    2.    Denied.

    3.    Denied.

    4.    Denied.

    5.    Denied.

    6.    Denied.

    7.    Denied.

    8.    Denied.

    9.    Denied.

## II. THE PARTIES

10.    Without knowledge, therefore Denied.

11.    Without knowledge, therefore Denied.

12.    Admit Defendant is a citizen of the State of Texas and a resident of Houston. Admit

that Defendant uses the name Milagro Gramz and Mobz World. All other allegations in paragraph

12 are denied.

## III. JURISDICTION AND VENUE

13.    Without knowledge, therefore Denied.

14.    Denied.

15.    Denied.

## IV. FACTUAL ALLEGATIONS

16.    Denied.

17.    Denied.

18.    Denied.

19.    Denied.

20.    Denied.

21.    Denied.

22.    Denied.

23.    Admit that Defendant was present in the Courtroom during the duration of the

trial.

24.    Denied.

25.    Denied.

Case 1:24-cv-24228-CMA  Document 120-1  Entered on FLSD Docket 08/14/2025  Page 490 of
600
Case 1:24-cv-24228-CMA  Document 38  Entered on FLSD Docket 02/20/2025  Page 3 of 11

26.    Admit that Defendant has social media accounts. "Social media personality" is
undefined and therefore denied.

27.    Defendant admits to operating numerous social media accounts at one time or
another. Defendant further admits that she has editorial discretion on what is published subject to
the terms and conditions of the specific forum. Defendant also denies that she is the sole speaker,
writer, and/or editor of every post on her social media accounts.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Denied.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied.

36.    Denied.

37.    Denied.

38.    Denied.

39.    Denied.

40.    Denied.

41.    Denied.

42.    Admit that Defendant uses the screen name @MobzWorld. All other allegations
are denied.

43.    Admit that the Defendant pressed like on an X post. All other allegations are

3

Denied.

44.   Denied.

45.   Denied.

46.   Denied.

47.   Admit.

48.   Denied.

49.   Admit that Defendant posted a video on June 9, 2024.

50.   The YouTube video speaks for itself.

51.   Denied.

52.   Denied.

53.   Denied.

54.   Denied.

55.   Denied.

56.   Denied.

57.   Denied.

58.   Denied.

59.   Denied.

60.   Denied.

61.   Denied.

62.   Denied.

63.   Denied.

64.   Denied.

65.   Denied.

4

66.    Denied.

67.    Denied.

68.    Denied.

69.    Denied.

70.    Denied.

71.    Denied.

72.    Denied.

73.    Denied.

74.    Denied.

75.    Denied.

76.    Denied.

77.    Denied.

78.    Denied.

79.    Denied.

80.    Denied.

81.    Denied.

82.    Denied.

83.    Denied.

84.    Denied.

85.    Denied.

86.    Denied.

87.    Denied.

88.    Denied.



## CAUSES OF ACTION

### COUNT ONE
**Defamation Per Se**

89. Defendant re-alleges and reavers her responses to paragraphs 1 through 88 of the

Second Amended Complaint as if fully set forth here.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

## COUNT TWO
### Promotion of an Altered Sexual Depiction,
### Section 836.13, Florida Statutes

106.    Defendant re-alleges and reavers her responses to paragraphs 1 through 88 of the

Second Amended Complaint as if fully set forth here.

107.    Denied.

108.    Denied.

109.    Denied.

110.    Denied.

111.    Denied.

112.    Denied.

113.    Denied.

## COUNT THREE
### Intentional Infliction of Emotional Distress

114.    Defendant re-alleges and reavers her responses to paragraphs 1 through 88 of the

Second Amended Complaint as if fully set forth here.

115.    Denied.

116.    Denied.

117.    Denied.

118.    Denied.

119.    Denied.

120.    Denied.

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 495 of
600
Case 1:24-cv-24228-CMA   Document 38   Entered on FLSD Docket 02/20/2025   Page 8 of 11

## COUNT FOUR
### Cyberstalking Injunctive Relief,
### Section 784.0485, Florida Statutes

121.    Defendant re-alleges and reavers her responses to  paragraphs 1 through 88 of the

Second Amended Complaint as if fully set forth here.

122.    Denied.

123.    Denied.

124.    Denied.

### AS TO THE SECOND AMENDED COMPLAINT IN ITS ENTIRETY

125.    All allegations not specifically admitted herein are hereby denied.

### AFFIRMATIVE DEFENSES

126.    As and for its first defense, for the reasons set forth in Defendant's Motion to

Dismiss First Amended Complaint,  Defendant asserts that the claims against her fail to state a

claim upon which relief can be granted.

127.    As and for its second defense, Plaintiff's libel/slander claim against the Defendant

should be dismissed as all of the alleged defamatory statements attributed to the Defendant are at

best non-actionable expressions of pure opinion and/or rhetorical hyperbole and/or truthful

statements.

128.    As and for its third defense, Plaintiff's libel/slander claim against the Defendant

should be dismissed as the Plaintiff is a public figure and as such has failed to establish actual

malice by clear and convincing evidence.

129.     As and for its fourth defense, Plaintiff's libel/slander claim against the Defendant should be dismissed as Plaintiff has failed to establish that any of the alleged defamatory statements caused Plaintiff actual damages.

130.     As and for its fifth defense, Plaintiff's libel/slander claim against the Defendant should be dismissed as Plaintiff has failed to provide statutory notice to the Defendant or the opportunity to retract any statement prior to the filing of the instant action.

131.     As and for its sixth defense, Defendant's words and actions are protected by the First Amendment of the U.S. Constitution and Article I, Section 4 of the Florida Constitution.

132.     As and for its seventh defense,  Count II fails to state a cause of action for violation of Section 836.13, Florida Statutes as Defendant did not promote a deep fake video within the meaning of the statute. Furthermore, the statute is overbroad an infringes on Defendant's First Amendment Rights.

133.     As and for its eighth defense, Count III fails to reach the necessary threshold of outrageousness required under Florida law to state claim for intentional infliction of emotional distress and fails to establish the requisite level of malice required under the First Amendment as mandated by *Snyder v. Phelps*, 562 U.S. 443 (2011).

134.     As and for its ninth defense, Count IV fails to state a claim for cyberstalking under Florida Law and furthermore, injunctions are not available to stop someone from uttering insults or falsehoods. *See, e.g., Scott v. Blum,* 191 So.3d 502, 504 (Fla. 2d DCA 2016); *Concerned Citizens for Judicial Fairness, Inc. v. Yacucci*, 162 So. 3d 68, 72 (Fla. 4th DCA 2014); *Vrasic v. Leibel,* 106 So. 3d 485, 486 (Fla. 4th DCA 2013) (holding that an injunction remedy is not available to prohibit defamatory or libelous statements).

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 497 of
600
Case 1:24-cv-24228-CMA   Document 38   Entered on FLSD Docket 02/20/2025   Page 10 of 11

**WHEREFORE**, having answered Plaintiff's Second Amended Complaint herein and having raised affirmative defenses thereto, Defendant, COOPER, requests that this action be dismissed, and that Defendant, COOPER, be awarded her costs in the defense thereof as allowable by law and attorney's fees pursuant to pursuant to pursuant to § 836.13(5)(c), Fla. Stat., and such other relief as the Court deems appropriate.

Dated: February 20, 2025

Respectfully submitted,

**PANCIER LAW**

/s/ Michael Pancier
Michael Pancier (Fla Bar No. 958484)
mpancier@pancierlaw.com
Tel: (954) 862-2217
9000 Sheridan Street, Suite 93,
Pembroke Pines, Florida 33024
*Co-counsel for Defendant,*

**UNITE THE PEOPLE, INC.**

/s/ Michael R. Hayden
Michael R. Hayden, Esq. (pro hac vice)
(California Bar No. 343302)
(Not admitted in Florida)
michael@unitethepeople.org
(888) 245-9393
555 E. Ocean Blvd., Suite 205
Long Beach CA 90802
*Co-counsel for Defendant,*

Case 1:24-cv-24228-CMA   Document 120-1   Entered on FLSD Docket 08/14/2025   Page 498 of
600
Case 1:24-cv-24228-CMA   Document 38   Entered on FLSD Docket 02/20/2025   Page 11 of 11

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ Michael Pancier*
Michael Pancier
Fla Bar No. 958484



TRANSCRIPTION OF AUDIOTAPE

1· · · · · · · ·MS. COOPER:· I believe that this is exactly
2· · how they feel about you, Megan. I believe that this is
3· · exactly how they feel about you. We know you a
4· · lying ass hoe, and you have absolutely ruined Tori's
life. 5· · Yeah, that's how they feel.





CONFIDENTIAL

FTI_DEF0013816





**Mílagro** ✔
@MobzWorld

Don't take the bait and repost that sht

12:51 PM · 6/8/24 From Earth · **16K** Views

ılıl View analytics

---



**Mílagro** ✔
@MobzWorld

I think there are some ppl tht want it to be her....

Anyway

12:45 PM · 6/8/24 From Earth · **16K** Views

ılıl View analytics

DEF MG - 000005

 **Mílagro** ✔
@MobzWorld

With the way deep fake and AI be going these days.....

If it's not her she should sue whoever made it. That sht dry af to do to people.

12:22 PM · 6/8/24 From Earth · **17K** Views

ili **View analytics**









DEF MG - 000008



**Milagro** ✓
@MobzWorld

Y'all be bout to bust a nut hoping a btch sues me for these synthetic wigs. *Yawn*

I called that bait from the jump. It's not illegal to say go to my likes so that social media users could see what I was referencing.

Who posted the tweet an hour before it was brought to my attention? Oh.

I even stated that she should pursue charges against whoever did it because that's so wrong to do to people.

Never redistributed the content or asserted that it was her in it.

Lmfaooooo enjoy yall sorry ass day



2:56 PM · Jun 8, 2024 · **76.1K** Views

DEF MG - 000009





**Milagro** ✓
@MobzWorld

And that's not illegal

Suck it

> 🦊 **Rye-B** @ImmaCallYouBack · Jun 8
> Replying to @jesyminajj and @MobzWorld
> A supposed compromising video of Meg hit the timeline which people are now saying is a deepfake. Milagro remarked on it without reposting it and people are big mad cause Milagro brought attention to it.

3:47 PM · Jun 8, 2024 · **45.7K** Views

DEF MG - 000011



DEF MG - 000012

## Responses



### I. RESPONSES TO INTERROGATORIES

#### A. Failure to Identify Fact Witnesses

**AT&T Policy: Wireless usage, including talk, text, and data history, is available for up to 16 billing periods.**

*\*iMessage Metadata was collected using paid subscription service software iMazing and are attached.\**

*\*WhatsApp Metadata was collected using the WhatsApp platform.\**

**<u>Sonstar Peterson</u>**

*Call Log and Text/WhatsApp History have been uploaded to Dropbox.*

\*I told Sonstar that I would email him the interview questions, but I don't have access to that email, I may have ended up sharing a note via Apple with him.\*

*All other emails have been attached.*

**<u>Daystar Peterson</u>**

I cannot access phone records related to Daystar Peterson as they are outside of the 16 billing period time frame.

I do not have access to text messages sent from Daystar Peterson proceeding 12.21.22 due to me getting a new device. The uploaded iMessages are the extent of our text conversation.

I cannot access Instagram direct messages between Daystar Peterson and me related to my former account because it was suspended.

*Instagram direct messages between Daystar Peterson and me related to my active Instagram account are attached.*

**<u>Livingston Allen</u>**

*Text messages between Livingston Allen and I are attached.*

*Instagram direct messages between Livingston Allen and I are attached.*

**Carl Crawford**

I have spoken to Carl Crawford on Instagram Live streams he's hosted. I do not have links nor access to these live streams.

A particular conversation beginning on Instagram Live spilled over into the direct messages. **Those Instagram direct messages are uploaded.**

What I have provided are all of my communications with him via phone, text, social media, etc.

**Ceasar McDowell**

Ceasar has people that send emails and make calls on his behalf. I have uploaded emails sent to me with official court documents.

Anyone who also received emails was solely at the discretion of Unite The People.

There was a group chat at one point in time, but it didn't work out. I have a new device and no longer have communications from that thread.

**Chelsey Rozier**

-*Chelsey Rozier and I had back and forth exchanges via direct messages on Instagram.* She became aware of me as a fan of my show as described by herself. I have the portions of our conversation where she asserted that Travis Farris was Megan Pete's legal guardian because I covered the situation on my platform. *The video with direct link is available and I am willing to testify to the fact that they are authentic and from her:*

'Mob Radio Responds to Megan Thee Stallion' (Timestamp: 49:04)

https://www.youtube.com/live/BhbMJoAGhv8?si=-UBVREUaVNF3a7zP&t=2467

*The associated Instagram page where we initially spoke has since been suspended.*

**Fact Witnesses**

-I began using *Google Voice* as a hotline of sorts for listeners in 2020. I chose the number **614-MOBBISH/614) 662-2474**, and began advertising and taking calls at this number.

There is no way for me to ascertain the exact date I signed up, but I was able to go back through my logs and the first call and text occur in early April of 2020.

***Attached are the relevant call/text/voicemail logs as provided by Google 'Takeout' Services.***



Listeners from all across the world, literally, would call and send me text messages wanting to give alleged tips and opinions. These are not people I have a personal relationship with, but they would make it clear that they wanted to discuss Megan Pete and associated parties and alleged events.

## II. RESPONSES TO REQUESTS FOR PRODUCTION

### A. Incomplete Screenshots of Communications/Lack of Metadata

**\*Links associated with the video/audio files and tweets come DIRECTLY from the associated platform; Instagram, X, and Stationhead\***

•'Deleted Post.MOV' contains audio from a Stationhead stream and can be accessed via the following link: https://share.stationhead.com/fg3zhby538jy (Timestamp:1:56:01)

•'First Impression.MOV' contains audio from a Stationhead stream and can be accessed via the following link: https://share.stationhead.com/p9kyr4zhktag (Timestamp: 4:35:23)

•'Sue The Culprit.MOV' contains audio from a Stationhead stream that can be accessed via the following link: https://share.stationhead.com/gml715scl508 (Timestamp: 4:47:39)

•'BAIT.MOV' is a live stream from Instagram that can be easily verified and accessed via this link: https://www.instagram.com/reel/DBuBDzfxtUqzNopPD1VQa2UyygB_TTfqJbVgN80/

•'Bait Cont.' contains audio from a Stationhead stream and can be accessed via the following link: https://share.stationhead.com/i89kmljx85ul Timestamp: (0:30:29)

•'10.29.24_video_Cgd6u9b.mp4' is a livestream from Instagram that can be verified here: https://www.instagram.com/reel/DBuBDzfxtUqzNopPD1VQa2UyygB_TTfqJbVgN80/?igsh=MWV6b3B6NjNkcnJwbA==

X Posts:

**A.**



**\*I have not been able to locate this tweet via X\***

**B.**



https://x.com/MobzWorld/status/1799492169763287282

The metadata for the post you're referring to from the X post thread is as follows:

- **Post ID**: 1799492169763287282

- **Author**: Mílagro @MobzWorld

- **Timestamp**: 17:22 UTC on 2024-06-08

**C.**



I think there are some ppl tht want it to be her....

Anyway

12:45 PM · Jun 8, 2024 · **46.6K** Views

https://x.com/MobzWorld/status/1799497989641093452

The metadata for the post with the ID `1799497989641093452` from the user `@MobzWorld` is as follows:

- **Username**: Mílagro

- **Handle**: @MobzWorld

- **Post Time**: 17:45 UTC on 2024-06-08

**D.**



Don't take the bait and repost that sht

12:51 PM · Jun 8, 2024 · **47.2K** Views

https://x.com/MobzWorld/status/1799499563926958377

> Based on the information provided in your query, here is the metadata for the post with the ID 1799499563926958377:
>
> - **Post ID**: 1799499563926958377
> - **User**: Mílagro (@MobzWorld)
> - **Timestamp**: 17:51 UTC on 2024-06-08
> - **Text**: Don't take the bait and repost that sht

•Communications with Chelsey Rozier are no longer directly accessible due to the associated Instagram page being suspended.

I did however, stream live and go through the direct messages with my audience. Chelsey Rozier still has the same page, so a subpoena of her records should show proof of my claims and our exchange. I am also willing to testify to these facts:

'Mob Radio Responds to Megan Thee Stallion' (Timestamp: 49:04)

https://www.youtube.com/live/BhbMJoAGhv8?si=-UBVREUaVNF3a7zP&t=2467

**4. Locked Social Media Accounts**

Social media accounts that *contained conversations with Chelsey Rozier, Karim York*, and others have been **suspended**, therefore I have no access to them.

***I uploaded PDF files containing the emails and the original messages.***





**C. Lack of Phone Provider Information**

*The phone I use is registered to my husband,* ███████████. As far as me being able to go in and retrieve records, the system only goes back as far as Oct 2, 2023.

Also, there are instances where trying to pull text messages from the phone company isn't giving a full scope of the interactions because they aren't documented.

For example, Sonstar sent me a message on February 4, 2025, but my phone bill doesn't reflect that.



6:44

Sonstar

**DAME DASH**

Dame Dash On Jay-Z Not Claiming Diddy As His Friend & Calls Jay-Z's Lawyer A "Liar."

youtu.be

Tue, Jan 21 at 7:52 PM

Hey Mila, how you doing? I have attempted to call you at least three different times since the new year broke and unfortunately got distracted by whatever forgive me. I just really wanna wish you and the family a positive powerful prosperous, and very profitable year in 2025. I love you as we say in the Caribbean love can't done. Please call me when you get a moment. Also, want to check on you and see how you're doing.

Sent with Siri

Tue, Feb 4 at 6:16 PM

Hey Mila, call me. Thanks.

iMessage



### D. Lack of Bank Account Information

Since at least 2015, my husband and I have shared a joint Chase account. Account # ends in ▮▮▮

Anything related to my work is linked to the Chase account that was already accessed. Account # ends in▮▮▮

I also have a business account in my name with Chase Bank. Account # ending in ▮▮▮

I have a PayPal, Chime, Cash App, and Venmo account as well. I believe these have already been subpoenaed.

### E. Lack of Deepfake Video Documents

–The day the deepfake video went viral I was streaming live on Stationhead. A listener in the comments claimed that a sextape featuring Megan Pete was going viral. As I'm asking questions listeners are commenting on Stationhead and Discord. (Due to Stationhead's interface I cannot retrieve comments from live shows.)

I cannot say if the same account that sent a dm (LV Don X Paris) is the one from the Stationhead chat, but I did receive a follow up direct message on Instagram with a link to the video.

I was tagged directly on a Discord server that I manage by a user named Kham K

whose real name is Aleajandro Burnett. This user asserted that Megan was in the video and posted photos of her and the website hosting the video.

My tweets reflect my difference of opinion from any declarations that it was indeed her.

Attached are direct links to the discord posts and the direct messages from LV Don Paris. He is listed as 'Instagram User'



https://discord.com/channels/
883173647722881034/1003663622419005450/1249053554141040660



https://discord.com/channels/
883173647722881034/1003663622419005450/1249054124771905586



https://discord.com/channels/

883173647722881034/1003663622419005450/1249055070352445580



https://discord.com/channels/
883173647722881034/1003663622419005450/1249055827336101978

**A.**



B.



https://x.com/MobzWorld/status/1799492169763287282

The metadata for the post you're referring to from the X post thread is as follows:

- **Post ID**: 1799492169763287282
- **Author**: Mílagro @MobzWorld
- **Timestamp**: 17:22 UTC on 2024-06-08

**C.**



Mílagro ✔
@MobzWorld                                                                    ...

I think there are some ppl tht want it to be her....

Anyway

12:45 PM · Jun 8, 2024 · **46.6K** Views

https://x.com/MobzWorld/status/1799497989641093452

The metadata for the post with the ID `1799497989641093452` from the user `@MobzWorld` is as follows:

- **Username**: Mílagro
- **Handle**: @MobzWorld
- **Post Time**: 17:45 UTC on 2024-06-08

**D.**



Mílagro ✔
@MobzWorld                                                                    ...

Don't take the bait and repost that sht

12:51 PM · Jun 8, 2024 · **47.2K** Views

https://x.com/MobzWorld/status/1799499563926958377

Based on the information provided in your query, here is the metadata for the post with the ID 1799499563926958377:

- **Post ID**: 1799499563926958377
- **User**: Mílagro (@MobzWorld)
- **Timestamp**: 17:51 UTC on 2024-06-08
- **Text**: Don't take the bait and repost that sht

## III. RESPONSES TO REQUESTS FOR ADMISSION

I was featured in an HBO Special 'Five Shots: Megan Thee Stallion vs Tory Lanez" this was unpaid. The production company flew to Houston, provided lunch, and arranged the vehicle.

I interviewed with DJ Akademiks aka Livingston Allen. He provided my travel, hotel, and vehicle arrangements.

This is the extent of things I did or received concerning this case.

––––––––––––––

**Defamation Claim**

**Megan Pete swore under oath to claims that I said, "..does your liver even function, drunkie? Shouldn't you be in jail for your alleged crimes?"**

**To further illustrate that this statement was about Meghann Cuniff, I have attached an email I received from someone I DO NOT know personally who had run a background check on her. This and online social media posts were why mentioned "alleged crimes."**



Gmail - A Drunk ?                                                                                                     2/17/25, 10:38 AM

**M** Gmail                                                Milagrö Gramz <milagrogramz@gmail.com>

## A Drunk ?
1 message

**Mista Nephew** ▇▇▇▇▇▇@gmail.com>                                         Mon, May 1, 2023 at 1:55 PM
To: ▇▇▇▇▇▇@gmail.com

Hey,

Since they wanna play here is some info on Cuniff

ALLEGEDLY ... keep it In ya back pocket incase she try to get nasty again . See if you can verify the info . Could be
something to why she going so hard on this case.

Demetrius Scruggs
Mista Nephew Musik
CEO/Management
Mistanephewmusic.com
901.326.6889

📄 **MeghannMcarthurCuniff-TruthfinderReport.pdf**
    79K

12:48

**LV Don X Paris** ›
parisxladon

Results view. **Go to newest messages**

JUN 8 AT 2:36 PM

Someone just sent me this link to MTS Sextape

**Untitled Video | Videy – free and simple video hosting**

🌐 videey.co

EXHIBIT 44
WIT: Cooper
DATE: 7-24-25
RONNY ZAVOSKY, CSR 12359

JUN 27 AT 1:30 PM

Replied to your story

Message...

DEF MG - 000494

# Audio Transcript

Case Number: 1:24-cv-24228
Date:

In the matter of:

# MEGAN PETE v MILAGRO ELIZABETH COOPER

## Defendant Produced First Impression

**CERTIFIED COPY**

Reported by:
Trent Kolka



**Steno**
**Official Reporters**

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

M. COOPER
07/21/25
**Exhibit 50-B**
Ronny Zavosky

```
 1                United States District Court

 2                Southern District of Florida

 3

 4                  Action No. 1:24-cv-24228

 5

 6    In the Matter of:                    )

 7    Megan Pete v. Milagro Elizabeth Cooper   )

 8    _____)

 9

10

11                TRANSCRIPTION OF AUDIOTAPE

12

13      Clip from Defendant Produced First Impression.mov

14

15    Recorded audiotaped clip of Milagro Elizabeth Cooper,

16    the Defendant.

17

18

19

20

21

22

23    Transcribed by

24    Trent Kolka

25
```

```
1                          Appearances

2      Milagro Elizabeth Cooper

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

AUDIO TRANSCRIPTION - JOB NO. 1715349
MEGAN PETE v MILAGRO ELIZABETH COOPER                    Defendant Produced First Impression

1            MS. COOPER:  They said, Millie, I just

2   inboxed you. Bitch, where? I know this dumb ass hoe

3   ain't did nothing like that. Where -- hold on. Tell me

4   exactly where to go. What page? But I have two

5   Instagram pages. Misinformation? Okay. Boom. I hate

6   their fucking system.

7            I may have found it. Let me see. You guys.

8   This -- oh my God. Do you think this will be AI? This

9   has got to be AI because I know this bitch is not this

10  dumb. And who would have been recording? But I don't

11  know. It don't look Fugazi. I'm under no -- let me tell

12  you something. I'm 80 steps ahead of ROC Nation. I'll

13  never post that on my motherfucking page.

14

15

16

17

18

19

20

21

22

23

24

25

AUDIO TRANSCRIPTION - JOB NO. 1715349
MEGAN PETE v MILAGRO ELIZABETH COOPER                    Defendant Produced First Impression

```
 1                          CERTIFICATE

 2    I Trent Kolka certify that I was authorized to and did

 3   transcribe the above audio and that the transcript is a

 4   true and correct record of the audio provided. I

 5   further certify that I am not a relative, employee,

 6   attorney, or counsel of any of the parties, nor am I a

 7   relative or employee of any of the parties' attorneys

 8   or counsel connected with the action, nor am I

 9   financially interested in the action.

10

11          Trent Kolka          T.K

12                      Trent Kolka

13                      Transcriber

14                      2nd June, 2025

15

16

17

18

19

20

21

22

23

24

25
```

AUDIO TRANSCRIPTION - JOB NO. 1715349
MEGAN PETE v MILAGRO ELIZABETH COOPER                    Defendant Produced First Impression

### 8

**80**  3:12

### A

**ahead**  3:12
**AI**  3:8,9
**ass**  3:2

### B

**bitch**  3:2,9
**Boom**  3:5

### C

**COOPER**  3:1

### D

**dumb**  3:2,10

### F

**found**  3:7
**fucking**  3:6
**Fugazi**  3:11

### G

**God**  3:8
**guys**  3:7

### H

**hate**  3:5
**hoe**  3:2
**hold**  3:3

### I

**inboxed**  3:2
**Instagram**  3:5

### M

**Millie**  3:1
**Misinformation**  3:5
**motherfucking**  3:13

### N

**Nation**  3:12

### P

**pages**  3:5
**post**  3:13

### R

**recording**  3:10
**ROC**  3:12

### S

**steps**  3:12
**system**  3:6

TRANSCRIPTION OF AUDIOTAPE



1· · · · · · · ·MS. COOPER:· I'll never post that on my

2· · motherfucking page. But I'll put it on my motherfucking

3· · discord, though. But you under no circumstances if you

4· · think you're finna have me post on social media. Whoopdiwhoopdiwhoopdi.

5· · Hell no. But I will tweet about it. Hold on.





Pete_0002425

# Audio Transcript

Case Number: 1:24-cv-24228
Date: October 30, 2000

In the matter of:

# Megan Pete v Milagro Elizabeth Cooper



# Pete_0001760 - Excerpt 2

**CERTIFIED COPY**

Reported by:
TERRI NESTORE



Steno
Official Reporters

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF FLORIDA

3

4     MEGAN PETE, an individual,

5          Plaintiff,

6     vs.                              Civil Action No.
                                       1:24-cv-24228
7     MILAGRO ELIZABETH COOPER,
      an individual,

8
           Defendant.
9

10

11

12          TRANSCRIPT OF VIDEO RECORDING

13          MILAGRO ELIZABETH COOPER

14

15      File Name:  Pete_0001760 - Excerpt 2

16

17

18

19

20

21

22    STENO
      concierge@steno.com
23    (888) 707-8366

24

25

1        MILAGRO ELIZABETH COOPER:  So they told me go to

2    Meghann Cuniff's page to see what she posted, and she

3    posted something about Young Thug, but I'll look at that

4    tomorrow.

5        I actually am looking at the declaration.

6        So it says, I, Mr. Martin Preciado, do hereby

7    declare as follows:  I'm a senior property officer of the

8    Los Angeles Police Department's Evidence and Property

9    Management Division, and in that capacity I've received a

10   request from Detective Eberhardt for a particular item

11   that was booked in connection with Daystar Peterson's

12   case.

13       As a result of the request on October 30th, I

14   queried and then looked into the number for the gun.

15       He said -- or into the system -- and said that

16   the query showed that the Evidence and Property Management

17   Division has the firearm, the firearm magazine, and all

18   the bullet casings and the bullet fragments that were

19   booked under this DR number and they're still in

20   Los Angeles's Police Department and in custody.

21       They said:  I declare under the penalty of

22   perjury, under the laws of the State of Cali, dated on the

23   31st day of October, 2024.

24       Let me tell you why I think that's important.

25       Outside of any -- any questions you may have --

```
 1   and I know what you want to get into -- and we'll talk,
 2   but obviously not here, but we'll talk, though.
 3           I know what reports said.
 4           I think what's important, and obviously what
 5   helps me -- duh -- would be the fact that it has been
 6   established on wax when those things were said.
 7           You see how I was able to go in the system and
 8   show you that it's been reported that things are missing?
 9           Okay. Everything that I said was prior to an
10   official declaration.
11           So I feel like if you have it now and that has to
12   be -- and let me pull this up on the screen, just to make
13   sure we all see it -- that -- that works in my favor
14   because it was widely reported that it was missing, and
15   now there's a form that makes it clear in 2024.
16           So in my, you know, humble opinion, if I started
17   saying after today that things were missing, that is
18   slander. That would be me intentionally going against
19   what this form says.
20           I have to now acknowledge this form from the
21   October -- and they just put this out today, but it's
22   dated on the 31st day of October? Let me tell you
23   something; if they had put this out and if this had been
24   declared during trial or any day before, maybe we would
25   have got into it. It's fine.
```

AUDIO TRANSCRIPTION - JOB NO. 1850408          OCTOBER 30, 2000
Megan Pete vs Milagro Elizabeth Cooper          Pete_0001760 - Excerpt 2

1          So from this day forward -- today is November
2    19th and the public has been made aware of this form -- I
3    have to acknowledge that the gun, the bullet fragments --
4    and what else did they say?  The magazine and the bullet
5    casings are with the LAPD.  I think that's great.
6          So now make it available for retesting and test
7    Kelsey.  I think that's great.  I think that's great.
8          And then I have one more question.
9          Will the -- the cop, the Detective Stogner that
10   testified at the preliminary hearing, is there some type
11   of ramification for saying that the bullet fragments were
12   missing?  Let us know, girl.  Meghann Cuniff, can you
13   update us?  Hmm?  Yeah.
14          So I mean, there's that.  There's that.  Child.
15          So anyway, they say he was under oath and he
16   lied.  I don't know.  I mean, it feels like perjury to me.
17   I don't know.  I don't know.  I don't know.
18          Um, actually, I'm going to have to get off my
19   phone.  There's something I want to say, but I can't say
20   it.  So meet me on Discord.  We're gonna have to make us a
21   new chat.  I want to say something so bad.
22          God literally is in my ear, bitch, saying, girl,
23   you better shut your motherfucking mouth.  You better shut
24   up.  Are you crazy?  Because I see exactly what this is,
25   but okay.

1    I love you guys so much.

2    I'm gonna talk to you soon.

3    (End of recording.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3

 4          I, TERRI NESTORE, Certified Shorthand Reporter/

 5   Transcriptionist, do hereby certify that I was authorized

 6   to transcribe the foregoing recorded proceeding, and that

 7   the transcript is a true and accurate transcription, to

 8   the best of my ability, taken while listening to the

 9   provided recording.

10          I further certify that I am not of counsel or

11   attorney for either or any of the parties to said

12   proceedings, nor in any way interested in the events of

13   this cause, and that I am not related to any of the

14   parties thereto.

15

16

17   Dated this 19th day of July, 2025.

18

19

20                    TERRI NESTORE, CSR 5614, RPR, CRR

21

22

23

24

25
```

AUDIO TRANSCRIPTION - JOB NO. 1850408
Megan Pete vs Milagro Elizabeth Cooper

OCTOBER 30, 2000
Pete_0001760 - Excerpt 2

**1**

**19th** 4:2

**2**

**2024** 2:23 3:15

**3**

**30th** 2:13
**31st** 2:23 3:22

**A**

**acknowledge** 3:20 4:3
**Angeles** 2:8
**Angeles's** 2:20
**aware** 4:2

**B**

**bad** 4:21
**bitch** 4:22
**booked** 2:11,19
**bullet** 2:18 4:3,4,11

**C**

**Cali** 2:22
**capacity** 2:9
**case** 2:12
**casings** 2:18 4:5
**chat** 4:21
**Child** 4:14
**clear** 3:15
**connection** 2:11
**COOPER** 2:1

**cop** 4:9
**crazy** 4:24
**Cuniff** 4:12
**Cuniff's** 2:2
**custody** 2:20

**D**

**dated** 2:22 3:22
**day** 2:23 3:22,24 4:1
**Daystar** 2:11
**declaration** 2:5 3:10
**declare** 2:7,21
**declared** 3:24
**Department** 2:20
**Department's** 2:8
**Detective** 2:10 4:9
**Discord** 4:20
**Division** 2:9,17
**duh** 3:5

**E**

**ear** 4:22
**Eberhardt** 2:10
**ELIZABETH** 2:1
**end** 5:3
**established** 3:6
**Evidence** 2:8,16

**F**

**fact** 3:5
**favor** 3:13
**feel** 3:11
**feels** 4:16
**fine** 3:25
**firearm** 2:17

**form** 3:15,19,20 4:2
**forward** 4:1
**fragments** 2:18 4:3, 11

**G**

**girl** 4:12,22
**God** 4:22
**great** 4:5,7
**gun** 2:14 4:3
**guys** 5:1

**H**

**hearing** 4:10
**helps** 3:5
**Hmm** 4:13
**humble** 3:16

**I**

**important** 2:24 3:4
**intentionally** 3:18
**item** 2:10

**K**

**Kelsey** 4:7

**L**

**LAPD** 4:5
**laws** 2:22
**lied** 4:16
**literally** 4:22
**looked** 2:14
**Los** 2:8,20
**love** 5:1

**M**

**made** 4:2
**magazine** 2:17 4:4
**make** 3:12 4:6,20
**makes** 3:15
**Management** 2:9, 16
**Martin** 2:6
**meet** 4:20
**Meghann** 2:2 4:12
**MILAGRO** 2:1
**missing** 3:8,14,17 4:12
**motherfucking** 4:23
**mouth** 4:23

**N**

**November** 4:1
**number** 2:14,19

**O**

**oath** 4:15
**October** 2:13,23 3:21,22
**officer** 2:7
**official** 3:10
**opinion** 3:16

**P**

**penalty** 2:21
**perjury** 2:22 4:16
**Peterson's** 2:11
**phone** 4:19
**Police** 2:8,20

**posted** 2:2,3
**Preciado** 2:6
**preliminary** 4:10
**prior** 3:9
**property** 2:7,8,16
**public** 4:2
**pull** 3:12
**put** 3:21,23

**Q**

**queried** 2:14
**query** 2:16
**question** 4:8
**questions** 2:25

**R**

**ramification** 4:11
**received** 2:9
**recording** 5:3
**reported** 3:8,14
**reports** 3:3
**request** 2:10,13
**result** 2:13
**retesting** 4:6

**S**

**screen** 3:12
**senior** 2:7
**show** 3:8
**showed** 2:16
**shut** 4:23
**slander** 3:18
**started** 3:16
**State** 2:22
**Stogner** 4:9

**system** 2:15 3:7

**T**

**talk** 3:1,2 5:2
**test** 4:6
**testified** 4:10
**things** 3:6,8,17
**Thug** 2:3
**today** 3:17,21 4:1
**told** 2:1
**tomorrow** 2:4
**trial** 3:24
**type** 4:10

**U**

**update** 4:13

**W**

**wax** 3:6
**widely** 3:14
**works** 3:13

**Y**

**Young** 2:3





EXHIBIT 57
WIT: Cooper
DATE: 7-31
RONNY ZAVOSKY, CSR 12359

EXHIBIT 55
WIT: Cooper
DATE: 7-21
RONNY ZAVOSKY, CSR 12359

- Did you tell them that Tony and Kelsey bumped each other?
  No
- Didn't tell det. Tony bumped Kelsey
- You mentioned Kelsey on the 16th
- Did you tell Gayle Tony bumped Kelsey? Probably / Probably not
- Did you tell the det. Tony was in the car?
  "Head, torso, hand.
- Did you tell Stogner that Tony crossed over Kelsey?
  Showed Statement
  "So you did see?"

Did you tell Stogner
  "He must of gone over her to shoot me"
I asked you earlier you said no.

- Did Tony have anything in the back?
- Shows Megan photo of the back of the car.
  - Who's bags?
    Luggage
  Could belong to Kelsey/LV bag.
  - Not sure if you have that bag.
- Did you tell EJ to take bags out of his car and put them in Tony car.
- Did you tell EJ to pack your clothes from Kylie House?
- On July 16th ID Interview did you say.
  I didn't know I was shot, didn't want to spread misinformation?
- I didn't want to give false info.
  I didn't want to get no one in trouble

COOPER - 000644

"See the paper"
don't recall.

4 days later attorneys talked
to police
interview not be recorded.
manager/you requesting
Don't recall.
Do you recall Roc Nation being
on a call 2 days later w
Tory
2013/2014. 9 yr. friendship
Haven't seen Kelsey/only text
-phone call about meeting
w/ Tory.
when did you tell Kelsey you
left
- Kelsey couldn't come in
-only wanted Farris.
-Spoke before leaving

Why leave Kelsey stuck out

If yall only fell out b/c
she met Tory @ hotel
Play Megan's live (green hair)
everybody in the car arguing.
Do you have evidence of what
Tory posted? that triggered
you
friends w/ posted I sent it
every time a blog he, was
First 4 days did you send
something to anyone.
No
First 4 days
- putting out narratives.
So you weren't being being
truthful when you said
Tory posted shit.
-IG live
telling the police
I believed the dr was
didn't wanna tell her

___/___/___

"her tone was rude"
you didn't want to give false info.
Did you see the shooter?
YES

Kathy Ta.
you told us earlier you were private.
- I had to defend my name
ppl said I never was shot
- emotion posting; Angry posting.
- when she spoke to you, you were bleeding then, it you didn't care then, and not now

- Surgery
Anesthesia; terrified
woke up lonely

___/___/___

Professional life.
B/c Tory has told so many lies
no one wants to be associated w/me   my peers   like a sick bird
your partner
"every since this shooting I've become depressed. This affects me.
Had anything else happened? that could have made Tory apologize
sit down   NO
Nov. Kathy/Stogner
Do you remember telling exactly where Tory was.
Yes. I didn't know which door on passenger side
@ hospital you said you & Tory argued, then Kelo jumped
cw

_/_/_

asked twice about arguement.
"I argued w/ Tony Kels was on my siele."

- IG live video
- why didn't you tell IG you had already talked to police

Video plays: approach
clue

upset that day to accusations
- everyday ppl. say things to me

I would have shot her too, she a hoe.

- page: megan needs to be shot & killed.

messages everyday. since shooting.

_/_/_

If I would have known speaking would mean losing my confidence my friends etc. I would have never spoke on it.

up and coming artists but now you're a superstar.

- How did it affect your career

You claimed nothing else happened for Tony to apologize, but y'all argued.

The arguement started b/c of the sex revelation

Were you upset about Kylie and Tony being in the pool.

I 1st told the DA after they asked me after Gayle.

You didn't know where he was.

Closing: megan wasn't worth the hassle.

COOPER - 000647

Fist fight w/ Kelsey

Any fight          No

Did you ever tell police
Tony humped ~~Megan~~, Gayle
      No         Kelsey

1st time Now

Did you see them fight?
            No

---

Kelsey     11:15 am      Day 3
Harris

Daniel - Kelsey 5th amendment
Margoni          concerns.
Kelsey will not testify w/o
immunity.   use immunity
- will she face penalties? No

- I don't care to be here today.
- triggering situation / anxiety
post-perfume death in the fam.
- being lied on by Megan.
- she said I betrayed her / bad
friend / hush money"
- Accusations online. Accusations
that I shot Megan. It's ridiculous.
- early 2020 met
- the very best of friends / assistant
Meg, Tory, Kelsey all good friends
met at Rocklation brunch.
- met same time.
- Tory and I had ~~connecto~~
communications / meg encouraged
it. We had sex.

Covid went now.

Megan set me up w/ Tory

___/___/___

"I don't know where Megan from"

Megan stayed during Covid. Got close to Tony

Went back after Covid 2-3 months
- stayed at megan's airbnb
End of June back 2 wks.

"I had to get rid of my houston home. cause we're getting a house. leave everything." Sub·lease.
Suitcase.

Couple days before the 12th
they got aed invite.

The 11th of July 3/4pm.
- EJ megan and I went to kylies house.
not a party/hangout
- megan wanted to cook nachos.

___/___/___

3-4 ppl. played beer pong megan. "your having fun w/o me." Don't know about the nachos.

how many ppl?" maybe 5-6"
- a lot of alcohol. blurry.
I last remember meg's demeanor
I did pass out a while after
2-3 hours maybe.
- woke up more sober
me, EJ, meg, kylie, tony
megan was drunk. demeanor off. constant obnoxious laughing.

EJ Kelsey its time to go.
Put payamas on no bikini
- tell meg its time to go.
bikinis and items in bag

___/___/___

Megan doesn't want to leave.
Tony doing his thing. flirting
w/ Kylie
EJ said tell Meg come on.
She don't wanna go
=Tell her! Her wig slipping
When she realized the wig
was messy she was more
willing to go.

She had EJ move all bags
to car.

=Had not met Quan before

Bags were put in Tony's car

Tony still inside. She wanted
Tony to leave. He told Quan
to take them home.

Not that he didn't want to
leave, didn't wanna get
in that car

___/___/___

Quan, Meg, and I leave
EJ leaves in his car.

I called my sister. talking
about general things.
excited about being at Kylie's

Megan was drunk and
obnoxious af.
more level by this time.

Megan said I left a slipper
go back.

Megan went inside and
there was a fight/argument
rushed out. Meg/Tony

Bitch, Kylie said we gotta get
the fuck out

Kelsey outlines the seating
arrangement in the car

What happened?
Do I have to answer

Meg was rambling.
A lot of going back and forth between Meg/Tony and Kelsey
Name calling from everyone.
Do you remember Tony suggesting something was being kept
    yes.
Megan said don't listen to him.
"I'm upset, confused."
They have a relationship
and Meg and Kelsey argued about her disloyalty
She was attacking his career.
    They argued about it
"Me/Tony taking jabs"

(Kelsey was protecting her.)
Sept 2022 you spoke to me and another attorney.
Kathy Ta
Did Tony say anything else.
Did Tony threaten to shoot you?
    yes.
Ate Kelsey does not want to answer
    Break
5th amendment.
"I don't know what I said when he said that."
Is there a reason you don't want to answer?
I don't want to be here.
Tony being here doesn't bother me

Back in at 1:35 pm.    11:40

Before lunch Tony threatened you.

- Some of those things I stated weren't accurate or true

- I can't remember.

I'm going back and forth with him and him and Megan argued.

- No that didn't happen I lied.

- On that day I said that but I was under the influence.

- He said to me, reached towards console, never pulled anything out.

"If you shoot me you shoot me I guess it's my time to go."

Do you recall saying that Tony reached for a gun.

"Just a motion, never reached."

Did you tell us that he reached for the console.

"I said things weren't true" that just know I have people that will defend me.

If you talked about the arguement.

- Tony called megan bitches, hoes and Kelsey defended them.

What happened after the arguement?

"I believe we pulled over" I don't know which one wanted to pull over.

The 1st time: megan gets out. Tony gets out behind her and they talk.

I don't believe it was dead.

Meg and Tony got back in relaxed.

COOPER - 000652

Same seating.

Got back in and more arguing.
Blur about what the
arguement was about.

They argued about artistry.
play audio

You're only hot cause of Jack
Harlow.

"me and mes arguing; you
back doored me."

They stopped the car again
and this is where the
shooting took place.
" there were gunshots"

Let these hoes out, let these
bitches out, this my car.
That was the final thing
he said.

Audio: Tony demands they
get out.

they pull over."

Kelsey did Tony try to bribe you?
not just the, I wouldn't
say bribe
not about not saying
anything

Did he mention 1 mil?

he mentioned 1 mil, but I
don't know why.

gunshots went off

you saw what happened
during the shooting didn't
you

" The way I was positioned, no"

we got back in the car
everyone told me to shut up
because she was hysterical

he did not say I'll give you
a million to stay quiet

- He mentioned a label deal

COOPER - 000853

___/___/___

Did he try to bribe you any other time? Favors

I guess, Idk.

He offered to buy her an attorney.

"So anyway, very apologetic. Play the audio you're wrong for what you did. I guess Holly - do you need a lawyer?

"No"

What's something you wanna close?

"Shawn Holley advised him to word it that day.

Tony asked for a hug she didn't want it.

Is that what happened?

NO

When we stopped the 2nd time Megan got out and I hear shots

___/___/___

Kelsey and Meg got out. They both get out on the passenger side.

What do you see?

Idk what I saw.

"I said things to protect myself that night. I didn't see anything.

multiple gunshots

then what?

"I'm trying to remember... Idk she was on the sidewalk and I went over."

Did you say you got out of the car opened the door and you heard 5 gunshots.

"I can't recount"

You said Tony jumped into the front seat and after the 3rd shot you looked up

COOPER - 000654

and saw Tony?
"Again, I wasn't being truthful."

Audio: I look up at the 2nd or 3rd shot and I looked up and he was leaning over the door.

"That's what I told you."

Did you tell us that you saw Tony shoot over the door.
"I was drunk and it was a blur." BREAK
~~You said that~~

Did you see Tony shooting
"I didn't see him shooting."

Did you shoot megan?
NO

Do you know who shot megan
NO.

Did you shoot/hold/apologize for a gun? shooting
NO

Who apologized that night?
"I don't recall an apology that night?

After you saw megan limp over then, what? I don't know.

Did you go check on her?
YES

Did you tell us that megan was bleeding?
"I don't know where it was coming from."

Bleeding in driveway? NO

Did you tell us that megan looked up and said y'all looked like a deer in headlights?
YES.

Did you tell us that he was pointing the gun at megan

COOPER - 000655

After the shots did you
say everyone froze.
"again, the whole night
was a blur."

I went into defense mode.

Did you tell us that he came
around the car and it was
scary.

Did you tell us that Tony
assaulted you then again
picked you up like a doll.

Quan said they do this all
the time."

Refresh my memory.

You told us a lot of things
in September.

I don't care to be here
and a sick baby, post partum

I was betrayed by megan
upset she started hush
money rumors.

---

Did you tell us in September,
that Tony assaulted you?
"I said that"

Did you say that he punched
or slapped you?
"Again I said a lot of
things.

Did you tell us that the
necklace broke then yeah.
"yes"
Is that what happened?
"NO"

"I don't know if it fell or broke
I just realized that it wasn't
on me the next day." I don't

What happened to the chain?
"I don't know"

Did you tell us that the
nail broke
yes. Didn't happen

Did you tell us that ste-
ria buried under and
here hand.
It was a tug of war.

"Again, I said a lot of
things."

Did Megan try to get y'all
back in the car.
NO

"We got in the car."

Did anyone approach you
and Meg in the driveway.
Blur.

What happened in the car?
Idk. Blur.

Did you send text to Justin
YES

15 min break.

Back at 2:50pm.

Iusey when y'all got back
in the car, can you tell
Megan was injured."
"I didn't see Allin"

What's going on w/ you today
what happened from Sep to
today that you forgot
everything?

"I told you what I was going
through. I have a sick baby
and a funeral."

"I've never been around a
shooting."

You remember the heat you
get? Hate online.

"I take social media breaks"

"Between Sept and now I've
been through a lot."

Did anyone from defense
contact you from Sept
NO

___/___/___

Did you send a text?
"Yeah but I don't remember what I said."

Did you send the text to Justin.

Why did you send it,
"I panicked."

Why did you tell us Tony shot Meg?
"I made assumptions"

Did you tell us in Sept. that you texted Justin for help cause he shot Meg?
"I didn't see Tony shoot her."

Did you tell them to take Megan to the hospital and Meg. said Cau. Farris but sent txt cause signal was bad?
YES.

Did you try to send location to Farris help.

___/___/___

Did you let your mom help?
YES

Did you also say you were physically + emotionally broken
"Don't recall"

Were you injured that night?
YES

How did you get injured.
"I saw it next day, don't recall."

Show bruises on Kelsey's leg.

How did you get this bruise?
"I saw it the next day, don't know how I got it."

Show another bruise. Head photo, hair missing, bruise on arm.

Did you take these photos
Yes cause I saw it

COOPER - 000658

Have you gotten bruises
drunk before.
YES

You told us that you had
bruises from Tony assaulting
you?
YES

Why did you take a photo
of your head.
- Cause I was bald but I've
gotten bald so before.
I wear a lot of ponytails.

You tried to call a person
you were talking to.
YES

and Cause you were scared
and didn't know what was next
Yes, but of the police
I called him when police
came.

Megan had her leg on me.
we got in the back.
Did megan bleed on you?
idk

Show Kelsey photo of blood
on her leg.
was megan was bleeding
in the car
No

Show photo of blood in
car. Do you recognize this.
NO

were these bloody towels in
the car.
To my knowledge, no

That's my suitcase idk
whose blood it was.
was megan bleeding
YES

COOPER - 000659

___/___/___

Talk where from. Never
asked where she was
bleeding from.

Did Tony say shutup, yes.

Yes because I was crying
and drunk.

Once sirens came up Tony
said I have a big deal
coming. I'll give ya'll
a mil each.

In September you knew,
but not today

~~who~~ were you truthful that
day. "About some things"

"I wasn't truthful to protect
myself."

What are you protecting
yourself from?

"A variety of things"

___/___/___

I don't want to incriminate
myself.

Did you shoot Meg
NO

What weren't you truthful
about?

"I didn't see him do it."

how does that incriminate
you?

Were you scared to come
up here.
NO. Rather not be in
La. La Gives me anxiety.

Kelsey you understand you
are under oath?
YES

You didn't realize that
Megan was bleeding.
NO

was anyone else bleeding
  IDK Didn't see anyone
bleeding
"I did NOT see Tony shoot
  meg."
I was in a panic and
sent it.
why say he did it?
  Panic
were you in a panic in Sept
  NO
Did megan say huh after
  Tony offered 1 mil?
    Idk

when police came they
were aggressive. Kelsey
did direction I put a
knee in my back.
Adrenaline high after
handcuffed and wasn't
worried about yourself at
the time?
  YES
you didn't think about yourself
worried about megan.
"I was taken to the county
jail."
were you swabbed for
gunshot residue?
  I don't remember that.
"I asked for a lawyer
saw it on tv."
meg's manager Gillie
picked her up and took
Kelsey by her place.
  *manager.*

Shirt ripped, a blur don't recall.

Didn't you say cause if the fight? Yes.

Did Quran say something to you?

<u>YES</u>

Kelsey had to throw up.

after Gillie's house we went to the hospital.

"I didn't know anything about her injuries just that she stepped on glass."

Did you txt her?

Idk, she was w/ her team
"I asked them."

Got a call, realized Tory was on the call."

They play jail call

"Jail Call 1st I heard from him tried to call megan. couldn't reach her."

you asked the team can you see megan and you were blown off.

"Upset didn't know why I got blown off.

"They said LA was dangerous you should go home." I got her a flight back home.

Told prosecutors I was hurt and told them back.

When told to go back to Houston I was confused/angry.

Me Kelsey tried to get a place.

"In a hotel for 2 weeks, had no money and meg left and set her up w/ a place.

COOPER - 000662

"I met w/ Tony and got my things.
Tony was apologetic, but didn't say for what."

"Why didn't you feel safe w/ Tony and Jagillan?"

"I wasn't trusting of anyone. Met him outside the hotel."

Did you say Tony was upset about the attack on his artistry. YES.

"I told him he was wrong"

Did you tell us that he was wrong for pulling out a gun?"
NO

Did you say apologize to Rreaden too?
NO

Did you say Meg's team was being weird, why am I out

the loop. I guess, don't remember telling you that.

When Tony apologized you said you're wrong?

"I don't remember telling you that."

Do you remember telling us that Tony offered you a job. Investment. Word for word? YES.

PTSD from the police, and the gunshots.

Do you have PTSD from being attacked by Tony? NO from the police nero.

Did you tell us that when he offered a job, he offered a cause card you said, I don't need anything from you
YES

Is that what happened
"I can't remember."
Tony's body language
changed.
Attorneys talk.

Next question:

After offering money. blah, blah
think about it.

Did you tell us that business
offers happened over the
course of a few phone calls
NO

Offers until charges?
Don't remember.

Fell out w/ Meg over?
IDK

Did you feel that Megan didn't
protect you enough
yes but don't recall

The accusation that you
shot Meg is false.
yes
Did you shoot Meg? NO
Did you release a statement?

DONE

Day 4  10:40                                          ___/___/___

- Arguing about the photos
Shown and a text message
        Tony's attorney
- Violation of discovery code.
  - Played audio w/o a transcript
Sanction   Late Discovery

*Impeachment evidence*
  - Had documents since March.

Asking for exclusion
        Prosecution
- Call a witness out of order.
 text
"I got afraid for my life when
-he pulled my hair.

Dragged her out of my car
So the circumstances have
Changed
        Jury's discretion

Want to call Dr. then Kelsey

Dr. Marino 10:45
        Lee
2018 @ Cedars Sinai
  ortho-foot doctor

---

July 12th 2020                             ___/___/___

"Megan came thru emergency,
Saw another doctor. reviewed
her situation and devised a
plan for surgery etc.
"We take x-rays, MRIs, etc."

Before taking images did you
realize her injuries
            NO

3 X-ray images

1st left foot metallic foreign bodies
on heel bone.
2nd image Same pic/dif. angle
3rd Same foot left side

    1 foot        4 metallic bodies

Right Foot

Pic 1: smaller than a dime, under
            ankle
Pic 2: Side view

"We discussed treatment, debridment
looked for major issues tendons etc.

COOPER - 000665

___/___/___

our thinking was that the
bullet fragments had the
potential to infect her."

risks?

"likely that she would cause pain
constantly." Infection possible.
Always an option to take them
out." needed surgery."

"megan had anestesia"
    any  risks.

"we put megan on the table, prepped
and they did the operation, removing
skin etc, removing fragments.

"Begin with the right, but same
time."

"we used a portable x-ray machine
to make sure they got the foreign
bodies."

I hour surgery

-non removable stitches "Nylon"
  let the other area heal on its
own.
  2-3 wks stitches

___/___/___

"there will be a scar" both feet.

Post op treatment?

"I didn't see her after surgery
idk." She stayed in the room
and was admitted.

How many times have you removed
bullet fragments?
    "several"

* showed us the medical report. *   operative

Pull the x-ray back up.
    what are these little specs?

"metallic pieces too small to
remove."

Cross

Did you speak to meg that night
    "No"

Is there a difference between
bullets and fragments."
    No

COOPER - 000666

In the skin soft tissue, then
stitches. Any nerve damage.

No nerve damage

DONE

Next witness: Kelsey. 11:10 am

Kathy Ta:

We talked about use immunity?
You understand that this
isn't blanket immunity, and
you can perjure yourself.
YES

Was Megan shot?

her team said glass. I assumed
it was gunshots.

you saw her limp to driveway
NO

you didn't shoot her correct
YES that's correct

who shot her
NO

you plead the 5th why?
"To no incriminate myself"
"I wasn't truthful.

about what
like what? "the events of the night."
I was drunk.
Did you plead the 5th cause
you don't want to testify
YES

Have you been harassed and
threatened its that why you
plead the 5th.
Her attorney steps up.

Can we approach "no."

You plead the 5th that cause
you didn't want to be brought
back into the limelight, or
cause Meg didn't back you
up "no"
"I told the judge why"

In Sept you fell out w/ Meg
behind hush money rumors
YES.

EXHIBIT 56
WIT: Cooper
DATE: 7.21
RONNY ZAVOSKY, CSR 12359





SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
ADMITTED IN EVIDENCE
DATE: DEC 2 1 2022
TYPE OF HEARING: Jury Trial            DNA ☐
CASE NO. BA490649
EXH. NO. 35A
BY: _____            DEPUTY
SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK
CRIM 129  (Rev. 07/13) (replaces CR 108)





---

**07/12/2020 - ED to Hosp-Admission (Discharged) in 7-NE (continued)**

Operative & Anesthesia Notes

Operative Report

Little, Milton Tm, MD at 7/12/2020 1520



## OPERATIVE REPORT

**DATE OF SURGERY:** 7/12/2020
**MRN:** 202059740
**PATIENT:** Megan Pete

**ATTENDING SURGEON:** Milton Little, MD
**ASSISTANT SURGEON:** Phillip Beherens, MD, Lee Salvador Haruno, MD

**PREOPERATIVE DIAGNOSIS:** Gunshot wound bilateral lower extremities
**POSTOPERATIVE DIAGNOSIS:** same

**PROCEDURE(S) PERFORMED:**
1) Right lower extremity irrigation and excisional debridement wound size 1.5 cm
2) Right lower extremity removal of foreign body (bullet fragment)
3) Left lower extremity irrigation and excisional debridement wound size 4 x 4 cm
3) Left lower extremity removal of foreign bodies (bullet fragments)
5) Left lower extremity complex wound closure with wound size 4 x 4 cm

**ANESTHESIA:**
General
Anesthesiologist: Nguyen, James B, MD

**INTRAOPERATIVE FINDINGS:**
1) 3 major bullet fragments (x1 on RLE, x2 on LLE)
2) Grossly intact achilles tendon on RLE
3) Left lateral heel 4 x 4 cm wound with with partial dermal loss

**IMPLANTS:** None

**EBL:** 5 mL
**SPECIMENS:** Bullet fragment x 3 (two from left, one from right)
**DRAINS:** none
**TOURNIQUET:** none

EXHIBIT 51
WIT: Cooper
DATE: 7-31
RONNY ZAVOSKY, CSR 12359





**07/12/2020 - ED to Hosp-Admission (Discharged) in 7-NE (continued)**

**Operative & Anesthesia Notes (continued)**

**DESCRIPTION OF PROCEDURE:** The patient was met preoperatively where her bilateral lower extremities were marked by a member of the surgical team and the consent and procedure were confirmed. She was then taken back to the operative suite where anesthesia was performed without incident. The patient was then transferred to a regular table in the supine position. All body parts were well-padded and secured. The patient received ancef for prophylactic antibiosis immediately prior to draping. The bilateral lower extremities were then prepped and draped in the usual sterile fashion. A multidisciplinary time out was completed to confirm site, procedure, and critical clinical factors.

We first turned our attention to the right lower extremity where she had an approximately 1.5 cm wound over her posterior ankle/calcaneus in the region of the Achilles tendon insertion. This wound was gently probed with a tonsil and with the assistance of fluoroscopy the bullet fragment was identified and successfully removed. Her Achilles tendon was noted to be grossly intact. A curette was used to debride any dead tissue and a sharp knife was used to excise the skin edges.

We then turned our attention to the left lower extremity. She was noted to have an approximately 4 x 4 centimeter soft tissue wound over the lateral portion of her calcaneus/foot, involving the full-thickness dermis in some areas. There were approximately three 1 cm areas which probed deeper into the subdermal soft tissues. There was no exposed bone or major neurovascular structures or tendons. Using a tonsil these wounds were carefully probed and the bullet fragments identified with assistance of fluoroscopy. Two 1 cm fragments were removed from the wound. Hemostasis was achieved with Bovie electrocautery. A curette was used to debride the wounds and necrotic skin edges were cut utilizing a knife.

The three bullet fragments were saved, packaged according to standard protocol and passed off to appropriate authorities. Multiplanar fluoroscopy was then obtained of the bilateral feet demonstrating successful removal of the major bullet fragments. There were tiny fragments of retained missile that were noted, however deemed too small to attempt retrieval.

We then proceeded to perform an excisional debridement of the left lateral foot wound. Using Metzenbaum scissors, nonviable/injured skin was carefully and sharply excised. The bilateral lower extremity wounds were then gently debrided with a curette. Each extremity was then irrigated with 3 L of normal saline.

A methodical wound exploration was performed. There were no retained instruments and all counts were correct. The wound on the right lower extremity was then closed with 3-0 nylon in simple interrupted fashion. The deeper soft tissue wounds on the left lateral foot were reapproximated with 3-0 Monocryl in interrupted fashion. The viable skin edges were then closed with 3-0 nylon in Allgower Donati fashion. It was felt after thorough inspection, that this wound bed was appropriate for healing by secondary intention. The wounds were then sterilely dressed with Xeroform, 4 x 8 gauze, ABD pads, web roll, and bias. The patient was then awoken without incident and taken to the recovery room in excellent condition.

**POSTOPERATIVE PLAN:**
We will plan for weightbearing as tolerated in the bilateral lower extremities with a postoperative shoe. She should continue to elevate her bilateral lower extremities for comfort. PRN pain control. Plan to continue antibiotics for 24 hours postoperatively. Follow-up postoperative x-rays. Plan for discharge tomorrow with *continued progress* and follow-up in clinic for wound check.

I, Milton Little, MD was the surgeon of record for the operative procedure and I was present for all critical aspects of the operative procedure.

B P. 34

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
**ADMITTED IN EVIDENCE**
DATE: DEC 2 1 2022 DNA ☐
TYPE OF HEARING: JURY TRIAL
CASE NO. BA490589
P20   EXH. NO. 36
BY: _____ DEPUTY
SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK
CRIM 129  (Rev. 07/13) (replaces CR 108)

# Audio Transcript

Case Number: 1:24-cv-24228
Date: n/a

In the matter of:

# PETE v COOPER

# (Pete_0001620 - Excerpt 1)

**CERTIFIED COPY**

Reported by:
Trent Kolka



**Steno**
**Official Reporters**

1100 Glendon Avenue
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
310.573.8380

M. COOPER
07/21/25
**Exhibit 58-B**
Ronny Zavosky

1                    United States District Court

2                    Southern District of Florida

3

4                    Action No. 1:24-cv-24228

5

6      In the Matter of:                        )

7      Megan Pete v. Milagro Elizabeth Cooper   )

8      _____)

9

10

11                   TRANSCRIPTION OF AUDIOTAPE

12

13          Clip from Pete_0001620 - Excerpt 1.mp4

14

15     Recorded audiotaped clip of Milagro Elizabeth Cooper,

16     the Defendant.

17

18

19

20

21

22

23     Transcribed by

24     Trent Kolka

25

```
 1                        Appearances

 2     Milagro Elizabeth Cooper

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            MS. COOPER:  Do y'all remember as I was

2    going through this case, there were all of these

3    threats of a lawsuit because I had put out this form?

4    There was an exclusive done on a particular channel. I

5    put the forms together, put it online, and Dr. Loffredo

6    had performed a debridement and had taken glass out of

7    her foot per the form.

8            They couldn't do nothing about that because

9    that was not fabricated. That was a real fucking form.

10   Okay. You ain't never talked to that man, he ain't

11   never got up on the stand. You don't know shit. Okay.

12   But that does exist.

13           I get up, and I say, if you can't produce

14   the bullet fragments, how can you prove that that's

15   what came out of her foot? Especially when you have a

16   document that says there were bullet fragments -- I'm

17   sorry, glass fragments that came out. You can't. So you

18   can't sue me for saying that. You cannot sue me for

19   questioning the validity of that story because y'all

20   did not prove that she was shot in court. You did not

21   prove that.

22

23

24

25

AUDIO TRANSCRIPTION - JOB NO. 1715349
PETE v COOPER                                           (Pete_0001620 - Excerpt 1)

```
 1                        CERTIFICATE

 2      I Trent Kolka certify that I was authorized to and did

 3    transcribe the above audio and that the transcript is a

 4    true and correct record of the audio provided. I

 5    further certify that I am not a relative, employee,

 6    attorney, or counsel of any of the parties, nor am I a

 7    relative or employee of any of the parties' attorneys

 8    or counsel connected with the action, nor am I

 9    financially interested in the action.

10

11                      Trent Kolka T.K

12                        Trent Kolka

13                        Transcriber

14                        2nd June, 2025

15

16

17

18

19

20

21

22

23

24

25
```

AUDIO TRANSCRIPTION - JOB NO. 1715349
PETE v COOPER                                                          (Pete_0001620 - Excerpt 1)

---

**B**

**bullet**  3:14,16

---

**C**

**case**  3:2
**channel**  3:4
**COOPER**  3:1
**court**  3:20

---

**D**

**debridement**  3:6
**document**  3:16

---

**E**

**exclusive**  3:4
**exist**  3:12

---

**F**

**fabricated**  3:9
**foot**  3:7,15
**form**  3:3,7,9
**forms**  3:5
**fragments**  3:14,16,17
**fucking**  3:9

---

**G**

**glass**  3:6,17

---

**L**

**lawsuit**  3:3
**Loffredo**  3:5

---

**M**

**man**  3:10

---

**O**

**online**  3:5

---

**P**

**performed**  3:6
**produce**  3:13
**prove**  3:14,20,21
**put**  3:3,5

---

**Q**

**questioning**  3:19

---

**R**

**real**  3:9
**remember**  3:1

---

**S**

**shit**  3:11
**shot**  3:20
**stand**  3:11
**story**  3:19
**sue**  3:18

---

**T**

**talked**  3:10
**threats**  3:3

---

**V**

**validity**  3:19

---

**Y**

**y'all**  3:1,19

---



TRANSCRIPTION OF AUDIOTAPE

Clip from Pete_00000481

1·······MS. COOPER:· If that's the case, no, I'm not
2·· retracting a damn thing and I'm not doing nothing. So
3·· no face, no case. I spoke to my sources, they live on
4·· the moon. My source is so riled up. So when I said I
5·· think that Akademiks prematurely tweeted, I want to
6·· stand by that. I want to stand by that. That Akademiks
7·· prematurely put that information out, not because it's
8·· false, but because he got a little bit ahead of himself
9·· based on the way that things were supposed to go today.
10· ·My sources tell me that Tory Lanez, and I'll repeat this
11· ·later. My force -- my sources telling my forces, bitch I'm in some –inaudible--
12· ·my sources tell me that Tory Lanez'
13· ·representation, his lawyer, did, in a way bring up what
14· ·was tweeted out about the DNA, and she got in trouble
15· ·for it.
16·······Okay. She got in trouble because allegedly
17· ·it was stated that by the judge, you're not supposed to
18· ·bring up, you know, things that are in the protective
19· ·order. You're not supposed to be saying certain shit in
20· ·court. So because because it wasn't said a particular way and
21· ·because it got handled that way, I want to see if this
22· ·will be in the transcript.
23·······The transcripts got to come out. My sources
24· ·tell me that Tory Lanez side has the form that that states
25· ·that his DNA was not found on the weapon that Megan
1·· alleges was used to shoot her. I ain't taking down no
2·· motherfucking tweet.
3·······I pray to God that nothing is done today
4·· that will put a nigga in jail. I pray to God that a
5·· nigga don't violate nothing today and go to jail by
6·· saying particular things. But I'm not taking my tweet
7·· down. And like I said, if it's a lie, then Megan get
8·· to suing, if it's a lie. And that's the step.
9·· Now, let me finish the shrimp and we're going to go
10· ·live people. And I'll go back over this in a more
11· ·organized way, and then we'll go from there. Okay. All
12· ·right. I love you, and I'm not deleting my fucking
13· ·tweets. I'm not. And if you feel like your word ain't
14· ·good enough so I don't believe you, then go ahead about
15· ·your business because I said what the fuck I said.
16· ·Okay.
17·······Akademiks deleted his shit. I'm not
18· ·Akademiks. These hoes ain't going to scare me with no
19· ·suits up. Bitch if you want these synthetic wigs then
20· ·get them. But then you'll have to prove I was lying.

TRANSCRIPTION OF AUDIOTAPE

Clip from Pete_00000481

21· ·Megan said, how you got some information before court
22· ·started? Because Akademiks got the same sources I got.
23· ·And he was giving the information, and he spoke on it
24· ·too soon.

# Calendar

CATEGORY:
SUBJECT:
LOCATION:

DETAILS:

milagrogramz@▮▮▮
Friends of Sonstar and Daystar
https://us02web.zoom.us/j/88278367937?
pwd=a1hzUGVYM3YwQUNDWGtFQlo4eklqUT09
Sonstar Peterson is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/88278367937?
pwd=a1hzUGVYM3YwQUNDWGtFQlo4eklqUT09

Meeting ID: 882 7836 7937
Passcode: 062163

---

One tap mobile
+16699006833,,88278367937#,,,,*062163# US (San Jose)
+16694449171,,88278367937#,,,,*062163# US

---

Dial by your location
• +1 669 900 6833 US (San Jose)
• +1 669 444 9171 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 929 205 6099 US (New York)
• +1 301 715 8592 US (Washington DC)
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 646 931 3860 US
• +1 689 278 1000 US

Meeting ID: 882 7836 7937
Passcode: 062163

Find your local number: https://us02web.zoom.us/u/kbVAVUuOKw

START DATE:
END DATE:
ATTENDEES:



REMINDERS:
PRIORITY:
STATUS:
CLASS:
REPEAT RULE:
REPEAT UNTIL:
REPEAT DAY:
REPEAT INTERVAL:
DELETED:

6/10/2023 10:30:00 AM(UTC-5)
6/10/2023 11:30:00 AM(UTC-5)
mailto:sonstaruniverse@▮▮▮
mailto:milagrogram▮▮▮
mailto:dwanidee@g▮▮▮
mailto:joycebryant5▮▮▮
mailto:thekingsfirstda▮▮▮
mailto:tia@teawithtia.org

Unknown
Unknown
Normal
None

None

0

EXHIBIT 100
WIT: Cooper
DATE: 7-21
RONNY ZAVOSKY, CSR 12359

FTI_DEF0014073

EXHIBIT 10
WIT: Cooper
DATE: 7-31
RONNY ZAVOSKY, CSR 12359

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

<u>VIA ELECTRONIC MAIL</u>

**TO:**       Milagro Elizabeth Cooper, a.k.a. Milagro Gramz,

**FROM:**   Alex Spiro, Quinn Emanuel Urquhart & Sullivan, LLP

**DATE:**    October 29, 2024

**RE:**       Notice of Claims and Preservation of Documents and Information

**<u>Introduction and Executive Summary</u>**

We are filing a civil action against you, Milagro Elizabeth Cooper (also known as Milagro Gramz or Mobz World), concerning your campaign of harassment and cyberbullying and the false comments you have made regarding Megan Pete (also known as Megan Thee Stallion), including with regard to the criminal case and appeal of the People of the State of California v. Daystar Peterson (BA490599) (the "Case").

For years, you and other bloggers have acted on behalf of Mr. Peterson (aka Tory Lanez) as an online rumor mill churning out falsehoods about Ms. Pete to your tens of thousands of social media followers. You and other bloggers are a mouthpiece and puppet for Mr. Peterson, with a vendetta against Ms. Pete committed to tearing her down at all costs regardless of the truth. Since Mr. Peterson was indicted in 2020 for felony assault with a deadly weapon after shooting Ms. Pete, to his later conviction in December 2022, up through today, you have done Mr. Peterson's public bidding to denigrate, belittle, insult, and spread false and defamatory statements about Ms. Pete on your online platform, for no other reason than to bully, harass and punish Ms. Pete for Mr. Peterson's conviction and to tarnish her reputation, causing emotional distress.

Plaintiff is aware of your conspiratorial relationship with Mr. Peterson and knows you are a paid surrogate of Mr. Peterson. Your conduct has repeatedly confirmed this. Indeed, you promoted the debunked theory that Mr. Peterson did not shoot Plaintiff, when all of the evidence proved otherwise and your theory repeatedly debased. You described Plaintiff as an "angry black woman" and a "lying ass hoe." You accused her of having "a severe drinking problem" who

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

"needs to spend more time in a relationship with herself and her therapist and maybe AA." You regularly enlist "bot" X accounts to attack and harass Plaintiff's fans and supporters whenever they challenge your false statements about Plaintiff. You even questioned Plaintiff's competency, asking your followers whether Plaintiff "ha[s] a guardian or no?" and whether Plaintiff has "ever been deemed, like legally retarded?" When Plaintiff asked how to get bloggers like you to stop making false and demeaning posts about her, you responded that Plaintiff should "just get over it, or go away."

Your misconduct reached new heights earlier this year in June 2024 after you promoted a deepfake video featuring an artificially created image of Ms. Pete engaging in sexual acts without her knowledge or consent (the "Video"). Not only did you "like" a post that shared access to the Video, but you then shared a post on your X account encouraging users to "[g]o to my likes", where they could obtain access to the Video. Your actions violated Florida law for the promotion of an altered sexual depiction.

Your latest grift involves spreading the false and outlandish claim that the firearm Mr. Peterson used to shoot Ms. Pete has "gone missing," and falsely suggesting that because it went missing that is why the firearm itself was not presented in court.

Putting aside that the firearm was simply one piece in a mountain of evidence presented by the State against Mr. Peterson—which resulted in a unanimous guilty conviction beyond reasonable doubt—there is simply no basis in truth or fact for your patently false claims. Indeed, the firearm remains in the custody of the Los Angeles Police Department, the truth of which you recklessly disregarded in perpetuating this lie. Nothing prevents Mr. Peterson or his lawyers from testing the firearm. Tellingly, you waited *mere days* before Ms. Pete's planned documentary released to the public to spin your latest web of lies by amplifying the falsehood that the firearm is missing when it is not. Ms. Pete is confident that the California appellate court will deny Mr. Peterson's appeal and writ.

Through this letter, we are putting you on notice of the claims and procedures for preserving and retaining potentially relevant information. The civil claims filed against you include but are not limited promotion of an altered sexual depiction, cyberstalking, intentional infliction of emotional distress, negligent infliction of emotional distress, invasion of privacy: false light, and injunctive relief for your campaign of harassment against Ms. Pete. Ms. Pete reserves the right to amend her complaint to include additional causes of action based on your misconduct, such as defamation.

The procedures described in the following directive (the "Notice") must be followed.

*It is critical that you retain without alteration all documents and information related in any way to the subjects described herein in whatever form they exist, whether hard copy or electronic, maintaining intact all metadata associated therewith.*

For purposes of this Notice, the phrase "documents and information" should be interpreted broadly to include, but not be limited to, all forms of written, printed, electronic or recorded matter,

2

including, but not limited to, letters, memoranda, files, emails, databases, spreadsheets, presentations, notice, voicemails, text messages, instant messages on any platform, video or audio tapes or recordings, calendars, photographs, drawings, logs, lists, tables, agendas, charts, slides, presentation materials, correspondence, facsimiles, photocopies and the like.

## I.   Documents and Information that Must be Retained

Relevant documents and information include any material that refer or relate in any way to the following:

(1)   Any and all communications regarding Megan Pete, including but not limited to drafts and final published posts appearing on blog sites and social media platforms under the usernames Milagro Gramz, MobzWorld, or Mob Radio;

(2)   Any and all communications with or regarding Daystar Peterson;

(3)   Any and all communications with or regarding Sonstar Peterson;

(4)   Any and all communications with or regarding Kelsey Harris;

(5)   Any and all communications with or regarding Jaquan Smith;

(6)   Any and all communications with Livingston Allen (also known as DJ Akademiks) regarding Megan Pete, Daystar Peterson, or the Case;

(7)   Any and all documents exchanged between you and Daystar Peterson's attorneys, including but not limited to Shawn Holley, George Mgdesyan, Jose Baez and Crystal Morgan;

(8)   All documents sufficient to show recordings of episodes from your podcast titled "Mob Radio" about Megan Pete, Daystar Peterson, or the Case.

## II.   Directive Regarding Preservation and Retention of Documents and Electronic Data

Effective immediately, we are asking you to take any appropriate steps you have not already taken to preserve and retain any documents or information that are or may be relevant to the potential claims described above. You should refrain from alteration, destruction and/or disposal of potentially relevant documents or information. Regardless of any documentation retention/destruction policies that may be applicable, do not discard, destroy, alter or delete any such materials until further notice.

You should review your Inbox, Sent Items, Deleted Items, and other folders for relevant e-mails. You should also preserve any relevant materials stored on your hard drive and relevant shared drives.

This directive applies to all devices, locations, and sources of information, including but not limited to laptops, computers, smartphones, tablets, handheld devices, mobile phones, and other hardware (*e.g.*, USB flash devices), storage location of personnel who take work-related information home, network shared drives, and email servers. This directive applies to all documents regardless of whether such documents are stored at home or work, and regardless of whether such documents and electronic data are stored in "official" or "personal" files. Please preserve drafts and/or multiple copies of the same documents, if you have them, even if they appear to be identical.

Equipment that may contain relevant or potentially relevant documents or electronic data should not be discarded. No new software should be installed on any equipment if it may result in the deletion or alteration of documents. Any automatic purge programs that would result in deletion or destruction of relevant documents should be suspended immediately and until further notice.

In particular, this Notice also overrides any automatic deletion protocol of the files of terminated employees.

**III.    Duration**

As the claims in this potential civil action progress, changes in circumstances may require future modification or expansion of the categories of documents to be retained. It is important that you do not destroy or discard any potentially responsive documents until you are informed that the hold is no longer in effect.

If you have any questions regarding this Notice, please contact Alex Spiro at Quinn Emanuel at alexspiro@quinnemanuel.com or at 212-849-7364.

_____
Alex Spiro



# FORENSIC ANALYSIS OF IPHONE



EXHIBIT 62
WIT: Cooper
DATE: 7-21
RONNY ZAVOSKY, CSR 12359

**Prepared at the direction of Counsel**

**May 5, 2025**

**by:**

# Johnathan Bridbord

# Managing Director

## Table of Contents

Examination Requested ...........................................................................................................................3

Item Examined ........................................................................................................................................3

Findings ...................................................................................................................................................3

    DataUsage.sqlite ..................................................................................................................................3

    net.whatsapp.WhatsApp.ServiceExtension ........................................................................................3

    sms.db ..................................................................................................................................................4

    com.apple.MobileSMS.plist................................................................................................................4

    com.apple.MobileBackup.plist ...........................................................................................................4

Conclusion ...............................................................................................................................................5

## Examination Requested

Identify evidence of WhatsApp and text message deletions.

## Item Examined

1. "**Apple_A3081 iPhone 16**" is an Advanced Logical File System extraction of an Apple A3081 iPhone 16, serial number CWYKJVXHX6; SHA256 hash value: A54F25817A3BDAB60356B00984EFFEDA5DD4D4DF270E511AB5FA4849A23FF58E ; Custodian: Milagro Jeffries; created by FTI Director Jeremy Thomas on April 9, 2025.

## Findings

### DataUsage.sqlite

"DataUsage.sqlite" is a database file that stores usage statistics for apps and system services on the iPhone device. It is used by the operating system to track the amount of cellular and Wi-Fi data consumed by different processes over time. A "DataUsage.sqlite" was identified in the following directory:

- /wireless/Library/Databases/

A review of the "DataUsage.sqlite" file determined that WhatsApp was uploading and downloading data over Wi-Fi on the following days:

- 3/18/2025
- 3/11/2025
- 10/27/2024
- 9/8/2024
- 1/28/2024
- 9/11/2023
- 7/4/2023

**Attachment A** contains a extraction of the WhatsApp entries detailing the bytes transferred in and out of the device using Wi-Fi.

### net.whatsapp.WhatsApp.ServiceExtension

"net.whatsapp.WhatsApp.ServiceExtension" is a component of WhatsApp that handles specific services such as background tasks and notifications. A "net.whatsapp.WhatsApp.ServiceExtension" was identified in the following directory:

- /mobile/Containers/Shared/AppGroup/group.com.facebook.family/_apps/

A review of the file determined it was created on October 12, 2023.

## sms.db

"sms.db" is a database file that stores text messages, multimedia messages (MMS), and iMessages. It is central to the Messages app and enables iPhone iOS to organize and manage user communications. A "sms.db" was identified in the following directory:

- /mobile/Library/SMS/

An analysis of the "sms.db" for message deletions was performed. The analysis involved determining which row IDs were missing as a result of message deletions and approximately when were the deleted message chats sent and received.

**Attachment B** contains the summary of the missing row IDs.

## com.apple.MobileSMS.plist

The file "com.apple.MobileSMS.plist" is a property list file used by iPhone iOS for configuration settings related to the Messages app. It stores the configuration setting for message retention preference which controls how long the iPhone should retain or auto delete messages from the "sms.db" file.

A "com.apple.MobileSMS.plist" was identified in the following directory:

- /mobile/Library/Preferences/

A review of the file determined the messages were configured to retained Forever (integer = 0).

Below is a  screenshot of the corresponding setting:



## com.apple.MobileBackup.plist

The "com.apple.MobileBackup.plist" file is a configuration file in iOS that stores settings and metadata related to backups managed by Apple's systems, such as iCloud Backup or local backups via Finder (macOS) or iTunes (Windows).

A "com.apple.MobileBackup.plist" was identified in the following directory:

- /mobile/Library/Preferences/

A review of the file determined that on March 10, 2025 a restore of the iPhone was performed from a computer backup.

## Conclusion

- Evidence was identified that WhatsApp was not installed at the time of data collection.
- Evidence was identified that WhatsApp was communicating over the Wi-Fi network between July 4, 2023 and March 18, 2025.
- Evidence was identified that a WhatsApp service extension was installed on October 12, 2023.
- Evidence was identified showing thousands of SMS messages were deleted between December 11, 2019 and April 9, 2025.
- Evidence was identified showing a restoration of a backup was performed on March 10, 2025.

EXHIBIT 03
WIT: Cooper
DATE: 7-31
RONNY ZAVOSKY, CSR 12359

5:41

**‹ Filters**   **Recently Deleted**

Conversations show the days remaining before deletion.
After that time, messages will be permanently deleted.
This may take up to 40 days.

**Sonstar Peterson**   30 Days
4 Messages

**Nigga Shore**   1 Day
20,451 Messages

**+1** █████████   1 Day
34 Messages

**Justin**   1 Day
1 Message

Delete                    Recover



EXHIBIT 104
WIT: Cooper
DATE: 7-21
RONNY ZAVOSKY, CSR 12359



FTI_DEF0007906

  **torylanez** ✔
Business chat





# torylanez ✔

11M followers · 618 posts
You follow each other on Instagram
You both follow unitethepeopleusa and 12 others

### View profile

You started a chat with torylanez. We use information from this chat to improve your experience. Learn about business chats and your privacy.

DEC 13, 2022

 What's ya number gotta ask u something

DEC 13, 2022


DEF MG - 000201

79f73ab9-df3e-4904-913d-c326c4464e78 - +13052194398

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | | |
|---|---|---|---|---|---|---|
| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
| ☑ ▮ + | | | ▮▮▮ | | 0 | 0 |
| ☑ ▮ +▮▮aystar Pe terson | | ▮▮▮ | | 3 | 0 |

▮ +▮▮aystar Peterson                                                    2022-12-22 05:33:20.000 AM

Yoooooow

▮ +▮Daystar Peterson                                                    2022-12-22 05:33:24.000 AM

It's Tory

▮ +▮Daystar Peterson                                                    2022-12-22 05:33:26.000 AM

Hit me



EXHIBIT 107
WIT: Cooper
DATE: 7-21
RONNY ZAVOSKY, CSR 12359

FTI_DEF0000508

| Attempted P2P Payments | | | | | | |
|---|---|---|---|---|---|---|
| Date | Status | Total | Subject | Sender | Action | Recipient |
| 2023-06-14 17:14:22 UTC | PAID_OUT | USD 200.00 | | Milagro  Gramz | Paying | Carlisle Peterson |
| 2023-06-14 16:54:34 UTC | PAID_OUT | USD 1.00 | | Milagro  Gramz | Paying | Carlisle Peterson |
| 2023-04-04 20:52:42 UTC | AMOUNT_EXCEEDED | USD 33,363.00 | | Angela Peterson | Paying | Milagro  Gramz |
| 2023-04-04 19:56:35 UTC | EXPIRED_WAITING | USD 6.00 | | Angela Peterson | Paying | Milagro  Gramz |
| 2022-12-14 05:03:47 UTC | PAID_OUT | USD 10.00 | Do a pod with Akademiks ♊ ♡ ya | Chris K | Paying | Milagro  Gramz |
| 2022-12-13 01:07:37 UTC | PAID_OUT | USD 10.00 | courtesy of Akademiks n the chat niggas | Sev Banks | Paying | Milagro  Gramz |
| 2022-09-26 06:46:40 UTC | PAID_OUT | USD 150.00 | Frank promo | Onaira A | Paying | Milagro  Gramz |



EXHIBIT 48
WIT: COPER
DATE: 7-21
RONNY ZAVOSKY, CSR 12359

| Attempted P2P Payments | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Status | Total | Subject | Sender | Action | Recipient | Client |
| 2024-07-11 01:07:12 UTC | DECLINED | USD 500.00 | U speak 4 ME & I support U❤️ U Blessed Millie🙏 | Ruthie T. | Paying | Milagro  Gramz | APP |
| 2024-07-11 01:03:38 UTC | DECLINED | USD 500.00 | You speak for me & I support you❤️ | Ruthie T. | Paying | Milagro  Gramz | APP |
| 2024-07-10 02:48:38 UTC | DECLINED | USD 500.00 | I get misunderstood 2🙏 Im ridin wit U❤️ We blessd | Ruthie T. | Paying | Milagro  Gramz | APP |
| 2024-06-20 00:30:29 UTC | AMOUNT_EXCEEDED | USD 77,774.00 | | Shanika Lawry | Paying | Milagro  Gramz | APP |
| 2024-06-02 21:40:17 UTC | EXCEEDED_RETRY | USD 5,000.00 | | Kaso Money | Paying | Milagro  Gramz | APP |
| 2024-05-20 15:40:53 UTC | PAID_OUT | USD 500.00 | I miss you!!! I'll give more later | Stacey Alford | Paying | Milagro  Gramz | APP |
| 2023-12-22 20:48:56 UTC | PAID_OUT | USD 200.00 | 10 month back pay Merry Christmas | CORLISS WASHINGTON | Paying | Milagro  Gramz | APP |
| 2023-12-22 20:46:43 UTC | DECLINED | USD 200.00 | 10 month back pay Merry Christmas | CORLISS WASHINGTON | Paying | Milagro  Gramz | APP |
| 2023-08-18 23:24:21 UTC | RECIPIENT_WAS_RE | USD 330.00 | lies and scam vacation | Doc Felton | Paying | Milagro  Gramz | APP |
| 2023-07-29 20:31:33 UTC | SENDER_AMOUNT_E XCEEDED_MONTHLY | GBP 500.00 | | Datway | Paying | Milagro  Gramz | APP |
| 2023-07-21 16:13:06 UTC | PAID_OUT | USD 200.00 | Read Email!!!... Melissa Thomas | Melissa Thomas | Paying | Milagro  Gramz | APP |
| 2023-05-26 16:22:27 UTC | PAID_OUT | USD 200.00 | mob tithes | Mily P. | Paying | Milagro  Gramz | APP |
| 2023-05-06 21:20:00 UTC | PAID_OUT | USD 200.00 | | Shirlene  Smith | Paying | Milagro  Gramz | APP |
| 2023-05-05 12:06:54 UTC | PAID_OUT | USD 200.00 | flight to LA | Mily P. | Paying | Milagro  Gramz | APP |
| 2022-12-15 02:29:46 UTC | EXPIRED_WAITING_O | USD 3,020.00 | your hard work | Baisden | Paying | Milagro  Gramz | APP |



EXHIBIT 69
WIT: Cooper
DATE: 7-24
RONNY ZAVOSKY, CSR 12359



TRANSCRIPTION OF AUDIOTAPE

Clip from Pete_0001453

1· · · · · · · ·MS. COOPER:· Let me say this because
2· · somebody's going to be like, you're just a bitch. I am,
3· · but let me, let me be fair. I do think that Megan has mental
4· · health issues. I think she's actually mentally
5· · retarded.