# EX. PLF C

