# EX. PLF D



**torylanez**
Instagram

View Profile

SEP 17, 2:13 PM

Send me your number mil

FRI 11:20 AM

281▇▇▇▇

4:28 PM

I don't know how your energy is, but everything's been so crazy that I can only imagine. Idk how you're doing your live tonight, but if you gave me that or any exclusive it'd change my life. I've been dying to know why you asked for my number. Regardless of whatever you do and how you do it you're not a throw away. No judgement holds weight to that of The Most High. I wish you the best.

-Milagro

FTI_DEF0007907