

← **Tweet**

**IG: @Milagro_Gramz**
@MilagroGramz

The only think Akademiks is guilty of is trying to be first with some information he got. That doesn't invalidate it

1:38 PM · Feb 23, 2022  Twitter for iPhone

**47** Retweets  **27** Quote Tweets  **345** Likes



← **Tweet**

**IG: @Milagro_Gramz**
@MilagroGramz

Tory Lanez voluntarily submitted to a DNA test and his DNA was NOT found on the weapon. This is a fact. Sue me if there's not a form that black and white states this. I'll wait.

1:24 PM · Feb 23, 2022  Twitter for iPhone

**207** Retweets  **163** Quote Tweets  **907** Likes



**IG: @Milagro_Gramz**
@MilagroGramz

Now, either Tory just takes what Megan says or responds and goes to jail. Smh sick

2:41 PM · Feb 23, 2022  Twitter for iPhone

**23** Retweets  **7** Quote Tweets  **212** Likes



**PLAINTIFF'S EXHIBIT**

CASE NO.: 24 CV 24228

EXHIBIT NO. PTF E

Pete_0002254