# EX. PLF H

6:58

 Stilettos
Active now

a intimidating statement to the people & you with that logo behind her, they got my back reinforcing what she said on club Shay Shay. include this as another form of intimidation as well as her live video saying "don't let me call RN". When you counter her include her label, RN, 300 entertainment, Shawn Holley, Justine & anyone else from her team. I would also request All communications between her, DesiRat, J, anyone RN team member, those publications that posted & provided a link for sx video (especially publications that rat is a board member) & your stalker that opinionated account. She is one many that's sending them your tweets, SH, IG, Discord etc. she stated sometime ago that she speaks big foot's team. I would include DesiRat, J, RN name all up/down in the counter, when you finish it would look like promotional backdrop. Also include her free style to Kelsey & especially the one when she said it was a "pellet g-n & I ate that sh1t"
~SN: that stalker is also stalking Nicki\Kenny. They y she is the person that did a YouTube video of

Message...

