# EX. PLF I

I. **Documents and Information that Must be Retained**

Relevant documents and information include any material that refer or relate in any way to the following:

(1) Any and all communications regarding Megan Pete, including but not limited to drafts and final published posts appearing on blog sites and social media platforms under the usernames Milagro Gramz, MobzWorld, or Mob Radio;
(2) Any and all communications with or regarding Daystar Peterson;
(3) Any and all communications with or regarding Sonstar Peterson;
(4) Any and all communications with or regarding Kelsey Harris;
(5) Any and all communications with or regarding Jaquan Smith;
(6) Any and all communications with Livingston Allen (also known as DJ Akademiks) regarding Megan Pete, Daystar Peterson, or the Case;
(7) Any and all documents exchanged between you and Daystar Peterson's attorneys, including but not limited to Shawn Holley, George Mgdesyan, Jose Baez and Crystal Morgan;
(8) All documents sufficient to show recordings of episodes from your podcast titled "Mob Radio" about Megan Pete, Daystar Peterson, or the Case.

II. **Directive Regarding Preservation and Retention of Documents and Electronic Data**

Effective immediately, we are asking you to take any appropriate steps you have not already taken to preserve and retain any documents or information that are or may be relevant to the potential claims described above. You should refrain from alteration, destruction and/or disposal of potentially relevant documents or information. Regardless of any documentation retention/destruction policies that may be applicable, do not discard, destroy, alter or delete any such materials until further notice.

You should review your Inbox, Sent Items, Deleted Items, and other folders for relevant e-mails. You should also preserve any relevant materials stored on your hard drive and relevant shared drives.

This directive applies to all devices, locations, and sources of information, including but not limited to laptops, computers, smartphones, tablets, handheld devices, mobile phones, and other hardware (*e.g.*, USB flash devices), storage location of personnel who take work-related information home, network shared drives, and email servers. This directive applies to all documents regardless of whether such documents are stored at home or work, and regardless of whether such documents and electronic data are stored in "official" or "personal" files. Please preserve drafts and/or multiple copies of the same documents, if you have them, even if they appear to be identical.

3

Equipment that may contain relevant or potentially relevant documents or electronic data should not be discarded. No new software should be installed on any equipment if it may result in the deletion or alteration of documents. Any automatic purge programs that would result in deletion or destruction of relevant documents should be suspended immediately and until further notice.

In particular, this Notice also overrides any automatic deletion protocol of the files of terminated employees.

III. **Duration**

As the claims in this potential civil action progress, changes in circumstances may require future modification or expansion of the categories of documents to be retained. It is important that you do not destroy or discard any potentially responsive documents until you are informed that the hold is no longer in effect.

If you have any questions regarding this Notice, please contact Alex Spiro at Quinn Emanuel at alexspiro@quinnemanuel.com or at 212-849-7364.

_____
Alex Spiro