EX. PLF L

| Previous ROWID | ROWID | Number of Missing Rows | Beginning Timestamp | Ending Timestamp |
|---:|---:|---:|---:|---:|
| 198410 | 200127 | 1716 | 10/5/2022 0:07 | 10/6/2022 21:18 |
| 362340 | 364954 | 2613 | 7/29/2024 11:10 | 7/30/2024 3:12 |
| 369996 | 371893 | 1896 | 8/10/2024 22:22 | 8/12/2024 19:17 |
| 3 | | 6225 | | |