**PLAINTIFF'S EXHIBIT**

CASE NO. 1:24 cv 24228

EXHIBIT NO. PTF M



# FORENSIC ANALYSIS OF IPHONE

Prepared at the direction of Counsel

July 31, 2025

by:

## Kevin Leung
## Senior Director

## Table of Contents

Examination Requested ........................................................................................................... 3
Item Examined ......................................................................................................................... 3
Findings ................................................................................................................................... 3
    DataUsage.sqlite ................................................................................................................. 3
    net.whatsapp.WhatsApp.ServiceExtension ....................................................................... 3
    sms.db ................................................................................................................................. 4
    com.apple.MobileSMS.plist ................................................................................................ 4
    com.apple.MobileBackup.plist ........................................................................................... 4
New Findings for F14227-1-EH2-E001 ..................................................................................... 5
    ChatStorage.sqlite .............................................................................................................. 5
    ContactsV2.sqlite ................................................................................................................ 5
    sms.db ................................................................................................................................. 5
    com.apple.MobileBackup.plist ........................................................................................... 6
Conclusion ................................................................................................................................ 6

## Examination Requested

Identify evidence of WhatsApp and text message deletions.

## Item Examined

1. "**F14227-1-JT5-E001**" is an Advanced Logical File System extraction of an Apple A3081 iPhone 16, serial number CWYKJVXHX6; SHA256 hash value: A54F25817A3BDAB60356B00984EFFEDA5DD4D4DF270E511AB5FA4849A23FF58; Custodian: Milagro Cooper; created by FTI Director Jeremy Thomas on April 9, 2025.

2. "**F14227-1-EH2-E001**" is a logical extraction in an iTunes backup format of an Apple A3081 iPhone 16, serial number CWYKJVXHX6; SHA256 hash value: 87A5735E6A07E2F0FE6791670AA50E108367D913A68B5D2F4B46D27DCF37C504; Custodian: Milagro Cooper; created by Milagro Cooper

## Findings – F14227-1-JT5-E001

### DataUsage.sqlite

"DataUsage.sqlite" is a database file that stores usage statistics for apps and system services on the iPhone device. It is used by the operating system to track the amount of cellular and Wi-Fi data consumed by different processes over time. A "DataUsage.sqlite" was identified in the following directory:

- /wireless/Library/Databases/

A review of the "DataUsage.sqlite" file determined that WhatsApp was uploading and downloading data over Wi-Fi on the following days:

- 3/18/2025
- 3/11/2025
- 10/27/2024
- 9/8/2024
- 1/28/2024
- 9/11/2023
- 7/4/2023

**Attachment A** contains a extraction of the WhatsApp entries detailing the bytes transferred in and out of the device using Wi-Fi.

### net.whatsapp.WhatsApp.ServiceExtension

"net.whatsapp.WhatsApp.ServiceExtension" is a component of WhatsApp that handles specific services such as background tasks and notifications. A "net.whatsapp.WhatsApp.ServiceExtension" was identified in the following directory:

- /mobile/Containers/Shared/AppGroup/group.com.facebook.family/_apps/

A review of the file determined it was created on October 12, 2023.

### sms.db

"sms.db" is a database file that stores text messages, multimedia messages (MMS), and iMessages. It is central to the Messages app and enables iPhone iOS to organize and manage user communications. A "sms.db" was identified in the following directory:

- /mobile/Library/SMS/

An analysis of the "sms.db" for message deletions was performed. The analysis involved determining which row IDs were missing as a result of message deletions and approximately when were the deleted message chats sent and received.

**Attachment B** contains the summary of the missing row IDs.

### com.apple.MobileSMS.plist

The file "com.apple.MobileSMS.plist" is a property list file used by iPhone iOS for configuration settings related to the Messages app. It stores the configuration setting for message retention preference which controls how long the iPhone should retain or auto delete messages from the "sms.db" file.

A "com.apple.MobileSMS.plist" was identified in the following directory:

- /mobile/Library/Preferences/

A review of the file determined the messages were configured to retained Forever (integer = 0).

Below is a screenshot of the corresponding setting:



### com.apple.MobileBackup.plist

The "com.apple.MobileBackup.plist" file is a configuration file in iOS that stores settings and

metadata related to backups managed by Apple's systems, such as iCloud Backup or local backups via Finder (macOS) or iTunes (Windows).

A "com.apple.MobileBackup.plist" was identified in the following directory:

- /mobile/Library/Preferences/

A review of the file determined that on March 10, 2025 a restore of the iPhone was performed from a computer backup.

## Findings - F14227-1-EH2-E001

### ChatStorage.sqlite

"ChatStorage.sqlite" is a proprietary database file for WhatsApp that stores chat history to include messages and associated media. A "ChatStorage.sqlite" file was identified in the following directory of F14227-1-EH2-E001:

- /mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared

A review of the "ChatStorage.sqlite" file identified 2 WhatsApp chat threads and 6 messages. The message activity identified was between July 15, 2025 and July 17, 2025.

### ContactsV2.sqlite

"ContactsV2.sqlite" is a proprietary database file for WhatsApp that stores a user's WhatsApp contacts. A "ContactsV2.sqlite" file was identified in the following directory of F14227-1-EH2-E001:

- /mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared

A review of the "ContactsV2.sqlite" file identified 5 WhatsApp contacts and 3 of which were blocked contacts.

### sms.db

"sms.db" is a database file that stores text messages, multimedia messages (MMS), and iMessages. It is central to the Messages app and enables iPhone iOS to organize and manage user communications. A "sms.db" was identified in the following directory of F14227-1-EH2-E001:

- /mobile/Library/SMS/

An analysis of the "sms.db" from both extractions was performed for message deletions. For each sms.db, the analysis involved determining which row IDs were missing as a result of message deletions and approximately when the deleted message chats were sent and received. The sms.db from the F14227-1-JT5-E001 extraction was then compared to the sms.db from the F14227-1-EH2-E001 extraction to assess whether messages that were not present in F14227-1-

JT5-E001 were available from F14227-1-EH2-E001. It is important to note that the latest message, and thus last row ID, present in the F14227-1-JT5-E001 extraction has the date of April 9, 2025 and the latest message present in the F14227-1-EH2-E001 extraction has the date of Februrary 21, 2025. Comparison of the sms.db artifacts from the two extractions uncovered a difference of over 13,000 messages that were removed from the F14227-1-JT5-E001 extraction taken in April.

com.apple.MobileBackup.plist

The "com.apple.MobileBackup.plist" file is a configuration file in iOS that stores settings and metadata related to backups managed by Apple's systems, such as iCloud Backup or local backups via Finder (macOS) or iTunes (Windows).

A "com.apple.MobileBackup.plist" was identified in the following directory of F14227-1-EH2-E001:

- /mobile/Library/Preferences/

A review of the file on the F14227-1-EH2-E001 extraction determined that on July 20, 2025, a restore of the iPhone was performed from a computer backup.

## Conclusion - F14227-1-JT5-E001

- Evidence was identified that WhatsApp was not installed at the time of data collection.
- Evidence was identified that WhatsApp was communicating over the Wi-Fi network between July 4, 2023 and March 18, 2025.
- Evidence was identified that a WhatsApp service extension was installed on October 12, 2023.
- Evidence was identified showing thousands of SMS messages were deleted between December 11, 2019 and April 9, 2025.
- Evidence was identified showing a restoration of a backup was performed on March 10, 2025.

## Conclusion - F14227-1-EH2-E001

- Evidence from the F14227-1-EH2-E001 extraction was identified showing a restoration of a backup was performed on July 20, 2025.
- Evidence was identified that WhatsApp messages and contacts were present on the device at the time that the backup generated by Milagro Cooper.
- Evidence identified a difference of over 13,000 messages that were available from the F14227-1-EH2-E001 extraction that was not present from the original collection FTI performed in April 9, 2025.