

| dbdc8cd7-5521-4aff-ab5f-2ffdc2d5e239 - +178█ | | | | | | |
|---|---|---|---|---|---|---|
| **Chat Filters** | ☑ **Events** | ☑ **History** | ☑ **Disclaimers** | | | |
| ☑ | **Participant** | **Entity** | **Login** | **Email** | 🚚 | 📎 |
| ☑ | +1281█████ | | +1281█████ | | 0 | 0 |
| ☑ | +178█████, Sonstar Pe terson | | +178█████ | | 1 | 0 |

| +178█████ Sonstar Peterson | | 2022-12-22 02:58:37.000 AM |
|---|---|---|

Hey Mila call me when you get this💜💜💜



PLAINTIFF'S
EXHIBIT

CASE
NO. 1:24 cv 24228

EXHIBIT
NO. PTF Q