

| | 79f73ab9-df3e-4904-913d-c326c4464e78 - +1305 | | | | | |
|---|---|---|---|---|---|---|
| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | | |
| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
| ☑ | +1281▇▇▇ | | +1281▇▇▇ | | 0 | 0 |
| ☑ | +1305▇▇▇ Daystar Peterson | | +1305▇▇▇ | | 3 | 0 |

| +1305▇▇▇ Daystar Peterson | 2022-12-22 05:33:20.000 AM |
|---|---|
| Yooooow | |
| +1305▇▇▇ Daystar Peterson | 2022-12-22 05:33:24.000 AM |
| It's Tory | |
| +1305▇▇▇ Daystar Peterson | 2022-12-22 05:33:26.000 AM |
| Hit me | |

PLAINTIFF'S EXHIBIT
CASE NO. 1:24 CV 24228
EXHIBIT NO. PTF 12