

| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | +1281▮▮▮▮ | | +1281▮▮▮▮ | | 0 | 0 |
| ☑ | +1786▮▮▮▮ Sonstar Peterson | | +1786▮▮▮▮ | | 1 | 0 |

+1786▮▮▮▮ Sonstar Peterson     2024-11-06 07:52:36.000 PM

Hey daughter, call me. Love to the fam.



PLAINTIFF'S EXHIBIT

CASE NO. 1:24 cv 24 228

EXHIBIT NO. PFT T

CONFIDENTIAL

FTI_DEF0000904