# EX. PLF U

f74ba4b2-6761-433f-8801-c17b348f8a51 - +██████████

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | |
|---|---|---|---|---|---|
| ☑ | **Participant** | **Entity** | **Login** | **Email** | |
| ☑ | +██████ | | +██████ | 35 | 30 |
| ☑ | System Message | | System Message | 35 | 0 |

+1281████          2020-09-24 12:08:35.000 AM

~/Library/SMS/Attachments/40/00/17D8A9BA-6473-480A-8D7E-89DABD3CC16B/Screenshot 2020-09-23 at 7.08.24 PM.png

**__Library_SMS_Attachments_40_00_17D8A9BA-6473-480A-8D7E-89DABD3CC16B_Screenshot 2020-09-23 at 7.08.24 PM.png**



+██████ Amiel Kitrell          2020-09-24 12:09:07.000 AM

Oh lord

+██████ Amiel Kitrell          2020-09-24 12:09:27.000 AM

I meant to send you this post and delete from her community tab earlier

+██████ Amiel Kitrell          2020-09-24 12:09:31.000 AM

~/Library/SMS/Attachments/be/14/7443B134-ED8E-459D-BE85-2259A6100484/IMG_2593.jpeg

**__Library_SMS_Attachments_be_14_7443B134-ED8E-459D-BE85-2259A6100484_IMG_2593.jpeg**



| | |
|---|---|
| +█████████ | 2020-09-24 12:09:31.000 AM |

~/Library/SMS/Attachments/dc/12/A4B63996-A003-4524-8F2C-7EF5FB26F0ED/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +█████████ Amiel Kitrell | 2020-09-24 12:09:57.000 AM |

That was lastnight if I'm not mistaken.

| | |
|---|---|
| +█████████ | 2020-09-24 12:09:58.000 AM |

~/Library/SMS/Attachments/ec/12/E74AC8BD-23E3-493E-9FFB-0CF757284627/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:10:04.000 AM |

+█████████ kept an audio message from you.

| | |
|---|---|
| System Message | 2020-09-24 12:10:07.000 AM |

hollandopus711@gmail.com kept an audio message from you.

| | |
|---|---|
| +█████████ Amiel Kitrell | 2020-09-24 12:10:15.000 AM |

Lmfaoooooo the lies!

| | |
|---|---|
| System Message | 2020-09-24 12:10:18.000 AM |

+█████████ kept an audio message from you.

| | |
|---|---|
| +█████████ Amiel Kitrell | 2020-09-24 12:10:35.000 AM |

~/Library/SMS/Attachments/76/06/597F4E63-DB24-45A7-8DF1-40ABA107A6A9/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +█████████ | 2020-09-24 12:11:42.000 AM |

~/Library/SMS/Attachments/ee/14/57CD051D-469F-4730-B599-AF516D67E64F/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:12:30.000 AM |
| +█████████ kept an audio message from you. | |
| +█████████ Amiel Kitrell | 2020-09-24 12:13:00.000 AM |

~/Library/SMS/Attachments/a7/07/86E14F8F-A13D-43DB-A3EA-2DF9A9F40262/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +█████████ Amiel Kitrell | 2020-09-24 12:13:35.000 AM |
| So 7:30 my time | |
| +█████████ | 2020-09-24 12:13:38.000 AM |

~/Library/SMS/Attachments/85/05/A1DEDC06-2E12-4BB1-A34C-54A63B4F76FE/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +█████████ Amiel Kitrell | 2020-09-24 12:13:41.000 AM |
| I just gotta remember lol | |
| +█████████ Amiel Kitrell | 2020-09-24 12:13:50.000 AM |
| Right! | |
| System Message | 2020-09-24 12:13:54.000 AM |
| +█████████ kept an audio message from you. | |
| +█████████ | 2020-09-24 12:13:55.000 AM |

~/Library/SMS/Attachments/42/02/C2D2DE63-639E-40AF-BA54-0EF296DD1262/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:14:12.000 AM |
| hollandopus71█████████ kept an audio message from you. | |
| System Message | 2020-09-24 12:14:12.000 AM |
| +█████████ kept an audio message from you. | |
| +█████████ Amiel Kitrell | 2020-09-24 12:14:43.000 AM |

~/Library/SMS/Attachments/02/02/C758882F-84EF-4034-9219-E11A68A5D121/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +▇▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:15:12.000 AM |

~/Library/SMS/Attachments/d8/08/5D5E57FE-A5AE-4E3A-8A75-BF427779AC4D/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +▇▇▇▇▇▇ | 2020-09-24 12:16:05.000 AM |

~/Library/SMS/Attachments/3d/13/1CFE5B4A-EB7B-45DC-BC5F-D802A7B2C18D/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:16:49.000 AM |

+▇▇▇▇▇▇ kept an audio message from you.

| | |
|---|---|
| +▇▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:16:52.000 AM |

Lol for research purposes 😊

| | |
|---|---|
| +▇▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:17:16.000 AM |

~/Library/SMS/Attachments/db/11/23DACC10-5819-4023-A48A-8FAFA3B86CBF/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +▇▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:17:59.000 AM |

~/Library/SMS/Attachments/ae/14/1E0C3440-84A8-41C9-9DCC-617B0022031A/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +▇▇▇▇▇▇ | 2020-09-24 12:20:33.000 AM |

~/Library/SMS/Attachments/ed/13/8EA16B06-0EDD-4569-98A5-630BDD7D8985/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +▇▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:21:31.000 AM |

Lol gay?! What episode was that?!

| | |
|---|---|
| System Message | 2020-09-24 12:21:50.000 AM |

+▇▇▇▇▇▇ kept an audio message from you.

| | |
|---|---|
| +▇▇▇▇▇▇ | 2020-09-24 12:22:01.000 AM |

~/Library/SMS/Attachments/41/01/26813BCF-6FFF-4669-9AA4-23E9F439FA55/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +▇▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:22:25.000 AM |

~/Library/SMS/Attachments/00/00/2F62B921-49D8-4127-B924-3FBD6DEB5463/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:22:34.000 AM |

| | | |
|---|---|---|
| +███████ kept an audio message from you. | | |
| +███████ Amiel Kitrell | | 2020-09-24 12:22:46.000 AM |

Season one and she already pissing everybody off 😁

| | |
|---|---|
| +███████ Amiel Kitrell | 2020-09-24 12:24:02.000 AM |

~/Library/SMS/Attachments/bb/11/D2ED4A82-F1CF-4711-A562-C0DC59564649/Audio Message.caf Audio Message.caf

| | |
|---|---|
| +███████ | 2020-09-24 12:27:48.000 AM |

~/Library/SMS/Attachments/97/07/14FB71E8-3D5C-414A-85DF-FB903AD1187C/Audio Message.caf Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:28:27.000 AM |
| +███████ kept an audio message from you. | |
| +███████ Amiel Kitrell | 2020-09-24 12:28:28.000 AM |

Right!

| | |
|---|---|
| +███████ Amiel Kitrell | 2020-09-24 12:29:03.000 AM |

~/Library/SMS/Attachments/ce/14/E78014F5-A187-4355-A4B6-B795E24989B5/Audio Message.caf Audio Message.caf

| | |
|---|---|
| +███████ | 2020-09-24 12:30:34.000 AM |

~/Library/SMS/Attachments/cb/11/E5F6B594-F2B4-47C5-B16F-6AD2394189E5/Audio Message.caf Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:31:58.000 AM |
| +███████ kept an audio message from you. | |
| System Message | 2020-09-24 12:32:00.000 AM |
| hollandopus71███████ kept an audio message from you. | |
| +███████ | 2020-09-24 12:32:17.000 AM |

~/Library/SMS/Attachments/41/01/73FBA9CE-AC43-4E8E-B67C-13A2181050FF/Audio Message.caf Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:32:22.000 AM |
| hollandopus7███████ kept an audio message from you. | |
| System Message | 2020-09-24 12:32:22.000 AM |

| | |
|---|---|
| +▇▇▇▇▇ kept an audio message from you. | |
| +▇▇▇▇▇ | 2020-09-24 12:32:35.000 AM |

~/Library/SMS/Attachments/43/03/6E2FBEC6-14E5-49E6-849A-1D7241816EC1/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 12:33:12.000 AM |
| +▇▇▇▇▇ kept an audio message from you. | |
| +▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:33:18.000 AM |

3 days?

| | |
|---|---|
| +▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:33:20.000 AM |

Lmfaoooooo

| | |
|---|---|
| System Message | 2020-09-24 12:33:21.000 AM |
| ▇▇▇▇▇ kept an audio message from you. | |
| System Message | 2020-09-24 12:33:21.000 AM |
| +▇▇▇▇▇ kept an audio message from you. | |
| +▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:33:37.000 AM |

~/Library/SMS/Attachments/cd/13/7453B475-4FC6-4613-A027-FD05DEE4AB01/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:34:05.000 AM |

Mia why you got me trying to watch this shit now 😊

| | |
|---|---|
| +▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:34:11.000 AM |

You doing this on purpose

| | |
|---|---|
| +▇▇▇▇▇ Amiel Kitrell | 2020-09-24 12:34:32.000 AM |

Lol because you know it's about to piss me off all over again 🙃

| | |
|---|---|
| +▇▇▇▇▇ | 2020-09-24 12:41:44.000 AM |

Lmfaoooo

| | |
|---|---|
| +▇▇▇▇▇ | 2020-09-24 12:41:50.000 AM |

Yesssss engaged

| | |
|---|---|
| +▇▇▇▇▇ | 2020-09-24 12:47:16.000 AM |

| | | |
|---|---|---|
| ~/Library/SMS/Attachments/10/00/8F647D30-120F-42DD-9CC5-F6E2584A534F/Audio Message.caf Audio Message.caf | | |
| System Message | | 2020-09-24 12:48:07.000 AM |
| +▉▉▉▉▉▉ kept an audio message from you. | | |
| System Message | | 2020-09-24 12:48:08.000 AM |
| hollandopus7▉▉▉▉▉▉ kept an audio message from you. | | |
| +▉▉▉▉▉▉ Amiel Kitrell | | 2020-09-24 12:48:16.000 AM |
| Lol 😂 you know she watched pissed | | |
| +▉▉▉▉▉▉ Amiel Kitrell | | 2020-09-24 01:09:13.000 AM |
| But the title tba though? Yeah she trying to cover her ass this time 😂 ~/Library/SMS/Attachments/ff/15/F454457D-B036-4179-BA0C-1AE10F5FDB38/IMG_2594.jpeg | | |

__Library_SMS_Attachments_ff_15_F454457D-B036-4179-BA0C-1AE10F5FDB38_IMG_2594.jpeg



| | |
|---|---|
| +▉▉▉▉▉▉ | 2020-09-24 01:29:34.000 AM |
| ~/Library/SMS/Attachments/79/09/4BE5286F-8776-42C6-84F9-72A7E1474960/Audio Message.caf Audio Message.caf | |
| System Message | 2020-09-24 01:30:46.000 AM |
| +▉▉▉▉▉▉ kept an audio message from you. | |
| System Message | 2020-09-24 01:30:47.000 AM |

| | |
|---|---|
| hollandopus7 kept an audio message from you. | |
| + Amiel Kitrell | 2020-09-24 01:30:59.000 AM |
| lol not the baby daddy! 😄 | |
| + | 2020-09-24 01:32:30.000 AM |

~/Library/SMS/Attachments/10/00/9DE57755-B822-4CED-9F40-D2DD270D0229/IMG_6947.PNG

__Library_SMS_Attachments_10_00_9DE57755-B822-4CED-9F40-D2DD270D0229_IMG_6947.PNG



| | |
|---|---|
| + | 2020-09-24 01:33:14.000 AM |

~/Library/SMS/Attachments/fb/11/BEFD1696-8F3F-471E-9D16-FB83FAA3B565/Screenshot 2020-09-23 at 8.33.06 PM.png

__Library_SMS_Attachments_fb_11_BEFD1696-8F3F-471E-9D16-FB83FAA3B565_Screenshot 2020-09-23 at 8.33.06 PM.png



| +1281█████ | 2020-09-24 01:36:21.000 AM |

~/Library/SMS/Attachments/fb/11/97AF71A6-195B-46F8-B0CD-8DEA8BD7D295/Screenshot 2020-09-23 at 8.36.11 PM.png

**__Library_SMS_Attachments_fb_11_97AF71A6-195B-46F8-B0CD-8DEA8BD7D295_Screenshot 2020-09-23 at 8.36.11 PM.png**



| +█████████ Amiel Kitrell | 2020-09-24 02:19:43.000 AM |

~/Library/SMS/Attachments/a9/09/1CA357CE-A9E0-4465-A4DB-A1D0B4B96425/Audio Message.caf
Audio Message.caf

| +█████████ Amiel Kitrell | 2020-09-24 02:20:50.000 AM |

~/Library/SMS/Attachments/ce/14/7F75139A-3A00-4A17-A123-A516C78DBF93/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +1281■■■■■ | 2020-09-24 02:21:01.000 AM |

Lmfaoooooo this nigga a fuckin mess

| | |
|---|---|
| +■■■■■■ | 2020-09-24 02:21:59.000 AM |

~/Library/SMS/Attachments/2f/15/A89EE43B-F65D-4486-8DF0-5981EE30AEF5/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +■■■■■■ | 2020-09-24 02:22:26.000 AM |

~/Library/SMS/Attachments/ad/13/53F22602-4D3A-4880-B4F7-AA447E517993/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| System Message | 2020-09-24 02:23:04.000 AM |

+■■■■■■ kept an audio message from you.

| | |
|---|---|
| System Message | 2020-09-24 02:23:05.000 AM |

hollandopus71■■■■■■ kept an audio message from you.

| | |
|---|---|
| System Message | 2020-09-24 02:23:13.000 AM |

+■■■■■■ kept an audio message from you.

| | |
|---|---|
| System Message | 2020-09-24 02:23:14.000 AM |

hollandopus71■■■■■■ kept an audio message from you.

| | |
|---|---|
| +■■■■■■ Amiel Kitrell | 2020-09-24 02:23:27.000 AM |

I literally just asked "why did that happen? Have you had had an issue before." Lol I need to know this

| | |
|---|---|
| +■■■■■■ Amiel Kitrell | 2020-09-24 02:27:51.000 AM |

~/Library/SMS/Attachments/ed/13/395BDE64-DF87-4541-8088-6C5E74A51EEA/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +■■■■■■ Amiel Kitrell | 2020-09-24 02:28:13.000 AM |

~/Library/SMS/Attachments/f9/09/5EA8CB0C-A86A-47EF-8723-5A45CBC9AEBD/Audio Message.caf
Audio Message.caf

| | |
|---|---|
| +■■■■■■ Amiel Kitrell | 2020-09-24 02:47:03.000 AM |

She could've kept this live. I'm good on it lol

| | |
|---|---|
| +■■■■■■ Amiel Kitrell | 2020-09-24 02:55:17.000 AM |

Her numbers topped at 11.1K just FYI

| | |
|---|---|
| +■■■■■■ Amiel Kitrell | 2020-09-24 02:57:43.000 AM |

Only 22 minutes long, so she really could've kept it and this

+ Amiel Kitrell — 2020-09-24 02:57:49.000 AM

~/Library/SMS/Attachments/e9/09/80EFFA2C-2BD7-4CBF-9F69-824E7D74A2E5/Screen Shot 2020-09-23 at 7.57.24 PM.jpeg

## __Library_SMS_Attachments_e9_09_80EFFA2C-2BD7-4CBF-9F69-824E7D74A2E5_Screen Shot 2020-09-23 at 7.57.24 PM.jpeg



+ — 2020-09-24 05:37:46.000 PM

~/Library/SMS/Attachments/cc/12/D8E68377-04A0-406B-A03A-29C5F2E2DDC1/Screen Shot 2020-09-24 at 12.37.18 PM.jpeg  ~/Library/SMS/Attachments/1f/15/9EF43737-B77A-40D1-B6EB-06AE9850D3CF/Screen Shot 2020-09-24 at 12.37.26 PM.jpeg

## __Library_SMS_Attachments_cc_12_D8E68377-04A0-406B-A03A-29C5F2E2DDC1_Screen Shot 2020-09-24 at 12.37.18 PM.jpeg

**NOTICE TO CEASE AND DESIST**

From: Richard Lomax
Villa view way, Hampton Ga 30228

To: Milagro E. Cooper (Jeffries)

Date: September 23, 2020

Re: Defamation of Character – For Libel and/or Slander

Dear Milagro E. Cooper (Jeffries)

Mr. Richard Lomax is a respected professional in the community and has spent their life building a positive reputation. Nevertheless, we have been informed that you have been maliciously spreading inaccurate and unfounded information that is damaging to their personal and professional character.

Under the laws in the State of HOUSTON TX, it is unlawful for an individual to make deliberate statements that intend to harm a person's reputation without factual evidence or based on hearsay.

The defamatory statements include, but are not limited to, the following: "Richard COMMITTED insurance fraud to buy his Rolex!". Also, Holding the responsibility of searching personal background information and using as a weapon.

If you do not cease all related statements a defamation of character lawsuit will be commenced against you.

In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance

## __Library_SMS_Attachments_1f_15_9EF43737-B77A-40D1-B6EB-06AE9850D3CF_Screen Shot 2020-09-24 at 12.37.26 PM.jpeg

**If you do not cease all related statements a defamation of character lawsuit will be commenced against you.**

In addition, this shall serve as a pre-suit letter demanding that you provide us written assurance within 2 days that you will cease and desist from making further factually untrue statements.

If you do not comply with this cease and desist letter within the aforementioned time-period then a lawsuit may be filed in the proper jurisdiction seeking monetary damages as well as pursuing all available legal remedies for your defamation.

Sincerely,

Richard Lomax

```
Under Sec. 122.261.  CONFIDENTIALITY.  (a)  A
```

```
determination letter, a cease and desist order, a
removal order, each copy of a notice or
correspondence, and all other documents or records
relating to an order or determination letter issued
under this subchapter are confidential and are not
subject to public disclosure except in an action
authorized by this subtitle or other authority.
```

| | |
|---|---:|
| +█████████ Amiel Kitrell | 2020-09-24 06:21:33.000 PM |
| ~/Library/SMS/Attachments/2f/15/41AF237B-B19B-419F-BCB3-5CB3D7E2BC49/Audio Message.caf Audio Message.caf | |
| +1281█████████ | 2020-09-24 06:26:27.000 PM |
| ~/Library/SMS/Attachments/85/05/E2CE0A95-7679-40C4-9877-95C5DCFDD1E7/Audio Message.caf Audio Message.caf | |
| System Message | 2020-09-24 06:27:25.000 PM |
| +█████████ kept an audio message from you. | |
| +█████████ Amiel Kitrell | 2020-09-24 09:00:09.000 PM |
| ~/Library/SMS/Attachments/99/09/81C026FD-DDB7-4EAC-A410-97944528256B/Audio Message.caf Audio Message.caf | |
| +█████████ | 2020-09-24 09:04:28.000 PM |
| ~/Library/SMS/Attachments/b8/08/EFC88F63-AF57-4F1E-86F4-1F36258DAB20/Audio Message.caf Audio Message.caf | |
| System Message | 2020-09-24 09:05:58.000 PM |
| +█████████ kept an audio message from you. | |
| System Message | 2020-09-24 09:05:59.000 PM |
| hollandopus71█████████ kept an audio message from you. | |
| +█████████ Amiel Kitrell | 2020-09-24 09:06:05.000 PM |
| Fasho fasho | |

| | | |
|---|---|---|
| +■■■■■ Amiel Kitrell | | 2020-09-24 09:07:20.000 PM |

~/Library/SMS/Attachments/91/01/0DAE9A4E-7F74-4AB7-BD6E-AE4DE848AE2F/Audio Message.caf
Audio Message.caf

| +■■■■■ | | 2020-09-24 09:07:53.000 PM |

All perspectives are important

| +■■■■■ Amiel Kitrell | | 2020-09-24 09:09:26.000 PM |

Always 👊

| +■■■■■ | | 2020-09-24 09:09:52.000 PM |

Still listening

| +■■■■■ Amiel Kitrell | | 2020-09-24 09:10:07.000 PM |

All good, no worries

| +■■■■■ | | 2020-09-24 09:11:05.000 PM |

~/Library/SMS/Attachments/64/04/FE7CF1F4-2BB2-4704-AB1E-5E865D592597/Audio Message.caf
Audio Message.caf

| System Message | | 2020-09-24 09:12:20.000 PM |

+■■■■■ kept an audio message from you.

| System Message | | 2020-09-24 09:12:22.000 PM |

hollandopus71■■■■■ kept an audio message from you.

| +■■■■■ Amiel Kitrell | | 2020-09-24 09:12:38.000 PM |

Lol you know TSB be READY to post some shit

| +■■■■■ | | 2020-09-24 09:16:10.000 PM |

~/Library/SMS/Attachments/b9/09/64DDF4F9-2609-43A1-A8B3-CA4E124EEF82/Audio Message.caf
Audio Message.caf

| +■■■■■ | | 2020-09-24 09:16:27.000 PM |

~/Library/SMS/Attachments/32/02/5430AF8A-05CF-41F9-9C08-F843B409D6C7/Audio Message.caf
Audio Message.caf

| +■■■■■ Amiel Kitrell | | 2020-09-24 09:17:39.000 PM |

I'ma listen as soon as I get off the phone from making a dentist appointment to get my damn teeth cleaned lol

| +■■■■■ | | 2020-09-24 09:17:58.000 PM |

| | |
|---|---|
| Ok | |
| System Message | 2020-09-24 09:21:30.000 PM |
| hollandopus7▮▮▮▮▮ kept an audio message from you. | |
| System Message | 2020-09-24 09:21:35.000 PM |
| hollandopus7▮▮▮▮▮ kept an audio message from you. | |
| +▮▮▮▮▮ Amiel Kitrell | 2020-09-24 09:21:56.000 PM |
| LMFAO I pulled it up on the laptop and listened. That's REAL late yo damn time | |
| +▮▮▮▮▮ Amiel Kitrell | 2020-09-24 09:22:14.000 PM |
| I keep forgetting he's here. I don't know why I thought he was in Miami somewhere or something. | |
| +▮▮▮▮▮ Amiel Kitrell | 2020-09-24 09:35:45.000 PM |
| ~/Library/SMS/Attachments/b6/06/17A43538-7C90-4CC3-AC8F-E9E4CBD95FEC/Audio Message.caf Audio Message.caf | |
| +▮▮▮▮▮ | 2020-09-24 09:36:58.000 PM |
| ~/Library/SMS/Attachments/98/08/FB8A619E-E6C3-48B1-A301-D377221B1BAE/Audio Message.caf Audio Message.caf | |
| System Message | 2020-09-24 09:37:19.000 PM |
| hollandopus71▮▮▮▮▮ kept an audio message from you. | |
| System Message | 2020-09-24 09:37:19.000 PM |
| +▮▮▮▮▮ kept an audio message from you. | |
| +▮▮▮▮▮ Amiel Kitrell | 2020-09-24 09:37:48.000 PM |
| Right! Lol I'm just trying to get some simple shit done lol. | |
| +12816404536 | 2020-09-24 10:22:19.000 PM |
| ~/Library/SMS/Attachments/0b/11/9561BAFC-D7A3-4F30-9ED1-FAF04AFFB388/IMG_6983.PNG | |

**__Library_SMS_Attachments_0b_11_9561BAFC-D7A3-4F30-9ED1-FAF04AFFB388_IMG_6983.PNG**

CONFIDENTIAL                                                                                                        FTI_DEF0007855



+1281██████                                            2020-09-24 10:24:08.000 PM

~/Library/SMS/Attachments/2f/15/0A6AA707-37D7-41D6-8BA7-BE59A555FCFF/IMG_6984.PNG

## __Library_SMS_Attachments_2f_15_0A6AA707-37D7-41D6-8BA7-BE59A555FCFF_IMG_6984.PNG



CONFIDENTIAL                                            FTI_DEF0007856