# EXHIBIT A

# Deposition Transcript

Case Number: 1:24-CV-24228-CMA
Date: July 25, 2025

In the matter of:

# MEGAN PETE v MILAGRO ELIZABETH COOPER

# CEASAR MCDOWELL

Reported by:
RONNY ZAVOSKY



Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

1                   UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF FLORIDA

3

4      _____

5                                    Civil Action No.1:24-
                                     CV-24228-CMA
6      MEGAN PETE, an individual,

7                        Plaintiff,

8        vs.

9      MILAGRO ELIZABETH COOPER,
       an individual,
10                       Defendant.

11      _____

12

13                   VIDEOTAPED DEPOSITION OF

14                      CEASAR MCDOWELL

15                  LOS ANGELES, CALIFORNIA

16                   FRIDAY, JULY 25, 2025

17

18

19

20

21     REPORTED BY:
       RONNY ZAVOSKY
22     CSR NO. 12359
       JOB NO. 1837675
23

24

25

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

```
 1         The deposition of CEASAR MCDOWELL was taken on

 2    behalf of the Plaintiff at 865 South Figueroa Street,

 3    10th Floor, Los Angeles California, commencing at

 4    10:26 AM on Friday, July 25th, 2025, before

 5    Ronny Zavosky, CSR No. 12359.

 6

 7

 8

 9                   A P P E A R A N C E S

10

11    FOR THE PLAINTIFF:

12

13    QUINN EMANUEL URQUHART & SULLIVAN, LLP

14             BY:  MARIE HAYRAPETIAN, ESQ.

15                  BOMIE LEE, ESQ.

16             865 South Figueroa Street, 10th Floor

17             Los Angeles, California  90017

18             (213) 443-3000

19             mariehayrapetian@quinnemanuel.com

20             bomielee@quinnemanuel.com

21

22

23

24

25
```

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

```
 1   A P P E A R A N C E S (Continued):

 2

 3   QUINN EMANUEL URQUHART & SULLIVAN, LLP

 4            BY:  DANIEL HUMPHREY, ESQ.

 5            2601 South Bayshore Drive, Suite 1550

 6            Miami, Florida  33133

 7            (786) 850-3630

 8            danielhumphrey@quinnemanuel.com

 9            (Appearing via videoconference)

10

11   FOR THE DEFENDANTS:

12

13   DIXON JUSTICE CENTER

14            BY:  RONDA R. DIXON, ESQ.

15            400 Corporate Pointe, Suite 300

16            Culver City, California  90230

17            (323) 641-2731

18            ronda@dixonjusticecenter.com

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S (Continued):

 2

 3   ASILIA LAW FIRM, P.A.

 4            BY:  JEREMY McLYMONT, ESQ.

 5            33 SW 2nd Avenue, Suite 1100

 6            Miami, Florida  33130

 7            (786) 420-0314

 8            jeremy@asilialaw.com

 9            (Appeared via teleconference.)

10

11   UNITE THE PEOPLE, INC.

12            BY:  MICHAEL R. HAYDEN, ESQ.

13            555 E. Ocean Blvd #205

14            Long Beach, California  90802.

15            (323) 770-6681

16            michael.hayden.esq@gmail.com

17

18   ALSO PRESENT:

19

20   STEVE PETERSEN, VIDEOGRAPHER

21   KRYSTAL THRASHER, STENO TECH

22   DENNIS RIVAS, STENO TECH

23   GABBY TREVINO, PARALEGAL AT QUINN EMANUEL

24   ARAYA BANNER, LEGAL ASSISTANT FOR MICHAEL HAYDEN

25
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

```
 1  |                      I N D E X
    |
 2  |
    |  WITNESS: CEASAR McDOWELL
 3  |
    |
 4  |  EXAMINATION                                     PAGE
    |
 5  |  BY MS. HAYRAPETIAN                                 9
    |
 6  |
    |
 7  |                    E X H I B I T S
    |
 8  |  EXHIBIT NUMBER      DESCRIPTION                 PAGE
```

```
 9  |  EXHIBIT 76   - CEASAR MCDOWELL BIO                21
    |
10  |  EXHIBIT 77   - INSTAGRAM POST                     59
    |
11  |  EXHIBIT 78   - SCREEN GRAB FROM UTP'S WEBSITE     74
    |
12  |  EXHIBIT 79   - EMAIL - DECEMBER 12, 2023          84
    |
13  |  EXHIBIT 80   - EMAIL - FEBRUARY 27, 2024          89
    |
14  |  EXHIBIT 81   - EMAIL - AUGUST 4, 2024             91
    |
15  |  EXHIBIT 82-A - VIDEO CLIP                        103
    |
16  |  EXHIBIT 82-B - TRANSCRIPT                        103
    |
17  |  EXHIBIT 84-A - VIDEO CLIP                        124
    |
18  |  EXHIBIT 84-B - TRANSCRIPT                        124
    |
19  |  EXHIBIT 85-A - VIDEO CLIP                        139
    |
20  |  EXHIBIT 85-B - TRANSCRIPT                        139
    |
21  |  EXHIBIT 86   - CELL PHONE RECORDS                149
    |
22  |  EXHIBIT 87   - AT&T CELL PHONE RECORDS           151
    |
23  |  EXHIBIT 88-A - VIDEO CLIP                        158
    |
24  |  EXHIBIT 88-B - TRANSCRIPT                        158
    |
25  |  EXHIBIT 89-A - VIDEO CLIP                        162
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

```
 1              E X H I B I T S

 2   EXHIBIT NUMBER     DESCRIPTION              PAGE

 3   EXHIBIT 89-B - TRANSCRIPT                    162

 4   EXHIBIT 90-A - VIDEO CLIP                    167

 5   EXHIBIT 90-B - TRANSCRIPT                    167

 6   EXHIBIT 91   - INSTAGRAM DM                  169

 7   EXHIBIT 92   - INSTAGRAM DM                  171

 8   EXHIBIT 93   - iMESSAGE                      173

 9   EXHIBIT 94   - VIDEO CLIP                    177

10   EXHIBIT 94-B - TRANSCRIPT                    177

11   EXHIBIT 95-A - VIDEO CLIP                    182

12   EXHIBIT 95-B - TRANSCRIPT                    182

13   EXHIBIT 96   - GROUP CHAT                    189

14   EXHIBIT 97   - TEXT MESSAGES                 192

15   EXHIBIT 98   - TEXT MESSAGES                 194

16   EXHIBIT 99   - X POST                        196

17   EXHIBIT 100-A- VIDEO CLIP                    199

18   EXHIBIT 100-B- TRANSCRIPT                    199

19   EXHIBIT 100  - PRESS RELEASE                 207

20   EXHIBIT 102-A- VIDEO CLIP                    215

21   EXHIBIT 102-B- TRANSCRIPT                    215

22   EXHIBIT 103-A- VIDEO CLIP                    216

23   EXHIBIT 103-B- TRANSCRIPT                    216

24   EXHIBIT 104-A - VIDEO CLIP                   221

25
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
 1              E X H I B I T S

 2    EXHIBIT NUMBER      DESCRIPTION                    PAGE

 3    EXHIBIT 104-B - TRANSCRIPT                         221

 4    EXHIBIT 105-A- VIDEO CLIP                          225

 5    EXHIBIT 105-B- TRANSCRIPT                          225

 6    EXHIBIT 106-A- VIDEO CLIP                          229

 7    EXHIBIT 106-B- TRANSCRIPT                          229

 8    EXHIBIT 107-A- VIDEO CLIP                          235

 9    EXHIBIT 107-B- TRANSCRIPT                          235

10    EXHIBIT 108  - TEXT MESSAGE - NOVEMBER 12, 2024    244

11    EXHIBIT 109  - PAGE VAULT DOCUMENT                 248

12    EXHIBIT 110  - GIVEGOSEND DOCUMENT                 252

13    EXHIBIT 111  - TWEET                               253

14    EXHIBIT 112  - TWEET - MAY 25, 2025                261

15    EXHIBIT 113-A- VIDEO CLIP                          261

16    EXHIBIT 113-B- TRANSCRIPT                          261

17    EXHIBIT 114  - PRINTOUT                            265

18    EXHIBIT 115  - TEXT COMPILATION - BATES DEFMG000219  267

19    EXHIBIT 116  - UNITE THE PEOPLE IRS FILING         278

20    EXHIBIT 117  - DEPOSITION SUBPOENA                 279

21    EXHIBIT 118  - COURT ORDER                         286

22

23              INSTRUCT NOT TO ANSWER

24                   PAGE LINE

25                    122 5
```

|       | 1  | FRIDAY, JULY 25, 2025; LOS ANGELES, CALIFORNIA |
|-------|----|--|
|       | 2  | 10:26 AM |
|       | 3  | - - - |
| 10:24:02 | 4 | THE VIDEOGRAPHER:  We are now on the record. |
| 10:26:01 | 5 | My name is Steve Petersen.  I am a notary |
| 10:26:04 | 6 | public contracted by Steno.  I am not financially |
| 10:26:09 | 7 | interested in this action, nor am I a relative or |
| 10:26:13 | 8 | employee of any of the attorneys or any of the parties. |
| 10:26:19 | 9 | Today is Friday, July 25th, 2025, and the |
| 10:26:23 | 10 | time is 10:26 AM Pacific time.  This deposition is taken |
| 10:26:30 | 11 | at 865 South Figueroa Street, Tenth Floor, Los Angeles, |
| 10:26:36 | 12 | California 90017.  The name of the case is Pete versus |
| 10:26:45 | 13 | Cooper filed in the United States District Court, for |
| 10:26:49 | 14 | the Southern District of Florida, Case Number |
| 10:26:53 | 15 | 1:24-CV-24228-CMA. |
| 10:27:05 | 16 | This is the video-recorded deposition of |
| 10:27:08 | 17 | Ceasar McDowell, Volume I.  The attorney taking this |
| 10:27:13 | 18 | deposition is Marie Hayrapetian. |
| 10:27:16 | 19 | Would Counsel please identify yourselves and |
| 10:27:18 | 20 | state who you represent. |
| 10:27:23 | 21 | MS. HAYRAPETIAN:  Good morning.  My name is |
| 10:27:23 | 22 | Marie Hayrapetian.  I represent the Plaintiff, |
| 10:27:26 | 23 | Megan Pete.  I am joined by my colleague Bomie Lee and |
| 10:27:31 | 24 | my colleagues Alanah Harris remotely and our paralegal |
| 10:27:34 | 25 | Gabby Trevino. |

CEASAR MCDOWELL                                         JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:27:39 | 1 | MR. HAYDEN:  Good morning.  Michael Hayden for |
| 10:27:41 | 2 | the deposed, Ceasar McDowell, as his attorney and |
| 10:27:45 | 3 | attorney of Unite the People Inc.  Here with legal |
| 10:27:49 | 4 | assistant Araya Banner -- Banning.  Sorry. |
| 10:27:54 | 5 | MS. DIXON:  Hi.  Ronda Dixon.  And I represent |
| 10:27:57 | 6 | Milagro Cooper. |
| 10:27:59 | 7 | THE VIDEOGRAPHER:  We are ready to proceed. |
| 10:28:01 | 8 | The court reporter today is Ronny Zavosky with |
| 10:28:05 | 9 | Steno. |
| 10:28:05 | 10 | Would the reporter please swear in the |
| 10:28:07 | 11 | witness. |
| 10:28:07 | 12 | THE COURT REPORTER:  My name is Ronny Zavosky. |
| 10:28:07 | 13 | I am a certified shorthand reporter licensed in the |
| 10:28:07 | 14 | state of California.  My license number is 12359. |
| 10:28:07 | 15 | I will now swear in the witness. |
| 10:28:07 | 16 | - - - |
| 10:28:08 | 17 | CEASAR McDOWELL, |
| 10:28:08 | 18 | having first declared under penalty of perjury to tell |
| 10:28:08 | 19 | the truth, was examined and testified as follows: |
| 10:28:36 | 20 | THE WITNESS:  Sure. |
| 10:28:36 | 21 | - - - |
| 10:28:36 | 22 | EXAMINATION |
| 10:28:37 | 23 | BY MS. HAYRAPETIAN: |
| 10:28:38 | 24 | Q   Good morning.  I represent Ms. Megan Pete, and |
| 10:28:43 | 25 | my name is Marie Hayrapetian. |

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:28:46 | 1 | Could you please state and spell your name for |
| 10:28:47 | 2 | the full record? |
| 10:28:48 | 3 | A    Ceasar. |
| 10:28:49 | 4 | Q    Do you have a last name? |
| 10:28:50 | 5 | A    Yeah.  McDowell. |
| 10:28:51 | 6 | Q    And have you ever used any other names? |
| 10:28:53 | 7 | A    A lot of them. |
| 10:28:54 | 8 | Q    Could you list them out for me. |
| 10:28:56 | 9 | A    I can't remember them. |
| 10:28:58 | 10 | This ain't going to go good.  You know that; |
| 10:29:00 | 11 | right? |
| 10:29:01 | 12 | MR. HAYDEN:  Just answer. |
| 10:29:02 | 13 | THE WITNESS:  I did. |
| 10:29:03 | 14 | BY MS. HAYRAPETIAN: |
| 10:29:03 | 15 | Q    Could you please list all -- |
| 10:29:08 | 16 | A    No. |
| 10:29:08 | 17 | Q    -- legal names.  Could you please list -- |
| 10:29:13 | 18 | A    No. |
| 10:29:17 | 19 | You ever hear of "Great Ape Beegle Beagle"? |
| 10:29:18 | 20 | It's a great cartoon. |
| 10:29:22 | 21 | Q    Okay.  Let's go off the record.  I'm going to |
| 10:29:25 | 22 | get the Judge on the phone because I can already tell |
| 10:29:28 | 23 | this is -- |
| 10:29:29 | 24 | A    -- not going to go good. |
| 10:29:31 | 25 | THE VIDEOGRAPHER:  The time is 10:29 AM |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:29:33 | 1 | Pacific time.  We are now off the record. |
| 10:29:44 | 2 | (Recess was taken.) |
| 10:36:34 | 3 | THE VIDEOGRAPHER:  The time is 10:36 AM |
| 10:36:40 | 4 | Pacific time.  We are back on the record. |
| 10:36:44 | 5 | MS. HAYRAPETIAN:  Okay.  Hopefully, the mood |
| 10:36:46 | 6 | in the room has shifted since I gave Mr. McDowell a |
| 10:36:50 | 7 | little break to collect himself, and I'm hoping we can |
| 10:36:54 | 8 | get off to a better start now. |
| 10:36:55 | 9 | BY MS. HAYRAPETIAN: |
| 10:36:58 | 10 | Q    Have you ever used any other names aside from |
| 10:37:02 | 11 | Ceasar McDowell? |
| 10:37:03 | 12 | A    A lot of them. |
| 10:37:04 | 13 | Q    How many? |
| 10:37:05 | 14 | A    I don't remember. |
| 10:37:05 | 15 | Q    Can you name one? |
| 10:37:07 | 16 | A    No. |
| 10:37:08 | 17 | Q    Why not? |
| 10:37:08 | 18 | A    'Cause I don't remember. |
| 10:37:10 | 19 | Q    Okay.  Do you frequently forget your own name? |
| 10:37:14 | 20 | A    No.  I know my name. |
| 10:37:15 | 21 | Q    Okay.  Do you frequently forget your own |
| 10:37:17 | 22 | nicknames? |
| 10:37:18 | 23 | A    They weren't nicknames.  You said did I use |
| 10:37:20 | 24 | any names. |
| 10:37:20 | 25 | Q    Did you use any names? |

CEASAR MCDOWELL                                         JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 10:37:22 | 1 | A | No.  I don't remember. |
| 10:37:23 | 2 | Q | Okay.  Do you have any nicknames? |
| 10:37:26 | 3 | A | Yeah. |
| 10:37:27 | 4 | Q | What are they? |
| 10:37:28 | 5 | A | The Gooch. |
| 10:37:29 | 6 | Q | The Gooch. |
| 10:37:30 | 7 | | What does that mean? |
| 10:37:31 | 8 | A | It was the bully on Arnold. |
| 10:37:33 | 9 | Q | Okay.  Do you have any other nicknames? |
| 10:37:36 | 10 | A | Nope. |
| 10:37:37 | 11 | Q | Any aliases? |
| 10:37:39 | 12 | | MR. HAYDEN:  Objection.  Asked and answered. |
| 10:37:41 | 13 | BY MS. HAYRAPETIAN: | |
| 10:37:41 | 14 | Q | Any names used on social media? |
| 10:37:44 | 15 | A | Not that I remember. |
| 10:37:45 | 16 | Q | Okay.  Is Mr. Michael Hayden at Unite the |
| 10:37:49 | 17 | People representing you as your attorney in connection | |
| 10:37:51 | 18 | with this deposition? | |
| 10:37:53 | 19 | A | Yeah.  That's him. |
| 10:37:55 | 20 | Q | Unite the People no longer represents |
| 10:37:56 | 21 | Ms. Cooper in this litigation; correct? | |
| 10:37:59 | 22 | A | I don't know. |
| 10:38:01 | 23 | Q | Have you ever been deposed before? |
| 10:38:04 | 24 | A | I don't remember. |
| 10:38:07 | 25 | Q | Okay.  Other than depositions, have you ever |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 10:38:11 | 1 | | testified under oath in court? |
| 10:38:13 | 2 | A | I don't think so. |
| 10:38:15 | 3 | Q | Have you ever attended a hearing? |
| 10:38:17 | 4 | A | My own. |
| 10:38:18 | 5 | Q | Okay.  What hearing was that? |
| 10:38:23 | 6 | A | A few of them. |
| 10:38:26 | 7 | Q | What's the most recent hearing of yours you've |
| 10:38:28 | 8 | | attended? |
| 10:38:30 | 9 | A | Parole board. |
| 10:38:32 | 10 | Q | When was that? |
| 10:38:33 | 11 | A | I don't remember. |
| 10:38:34 | 12 | Q | Okay.  And what was the hearing about? |
| 10:38:36 | 13 | A | Parole. |
| 10:38:37 | 14 | Q | Why were you on parole? |
| 10:38:39 | 15 | A | I wasn't on parole when I had the hearing.  I |
| 10:38:41 | 16 | | was in prison. |
| 10:38:42 | 17 | Q | Okay.  What were you in prison for? |
| 10:38:45 | 18 | A | I don't remember. |
| 10:38:48 | 19 | Q | Okay.  How long were you in prison? |
| 10:38:50 | 20 | A | I don't really remember. |
| 10:38:50 | 21 | | MR. HAYDEN:  Objection.  Relevance. |
| 10:38:53 | 22 | | BY MS. HAYRAPETIAN: |
| 10:38:54 | 23 | Q | Any other hearings you've attended? |
| 10:38:56 | 24 | A | Nope. |
| 10:38:57 | 25 | Q | And what was the subject matter of the -- the |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:39:01 1 | | hearing? |
| 10:39:06 2 | A | I said I didn't attend any other hearings. |
| 10:39:08 3 | | Which hearings are you referring to? |
| 10:39:10 4 | Q | The one you were in prison for. |
| 10:39:12 5 | A | The parole board?  For parole. |
| 10:39:13 6 | Q | Okay.  And what were you in prison for? |
| 10:39:15 7 | | MR. HAYDEN:  Objection.  Relevance. |
| 10:39:17 8 | | THE WITNESS:  Being Black. |
| 10:39:18 9 | | Or was I not supposed to answer yet?  Okay. |
| 10:39:20 10 | | Good. |
| 10:39:22 11 | | MR. HAYDEN:  You can answer. |
| 10:39:22 12 | | THE WITNESS:  Okay. |
| 10:39:22 13 | | BY MS. HAYRAPETIAN: |
| 10:39:23 14 | Q | Okay.  Do you understand you are giving |
| 10:39:25 15 | | testimony under oath? |
| 10:39:27 16 | A | Yep. |
| 10:39:28 17 | Q | Do you understand that you are under the same |
| 10:39:29 18 | | oath today as if you were testifying in court? |
| 10:39:31 19 | A | Yes, ma'am. |
| 10:39:32 20 | Q | I will be asking you questions.  Sometimes |
| 10:39:33 21 | | your counsel or Ms. Cooper's counsel might object, but |
| 10:39:37 22 | | you still need to answer my question. |
| 10:39:39 23 | | Do you understand? |
| 10:39:40 24 | A | I hear you. |
| 10:39:42 25 | Q | When lawyers make objections they're usually |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:39:44 | 1 | just preserving them for the record to argue later |
| 10:39:46 | 2 | before the judge.  The only time you don't answer a |
| 10:39:48 | 3 | question is if your lawyer specifically instructs you |
| 10:39:52 | 4 | not to answer which happens in limited circumstances. |
| 10:39:54 | 5 | Do you understand? |
| 10:39:55 | 6 | A    Not really. |
| 10:39:58 | 7 | Q    What don't you understand? |
| 10:39:59 | 8 | A    What you just said. |
| 10:40:00 | 9 | Q    Okay.  So I will ask questions. |
| 10:40:03 | 10 | A    Sure. |
| 10:40:03 | 11 | Q    Your lawyer may object, but that means -- that |
| 10:40:06 | 12 | doesn't mean you do not answer my question.  You still |
| 10:40:09 | 13 | answer my question, unless he -- |
| 10:40:11 | 14 | A    If I want to answer; right? |
| 10:40:15 | 15 | MR. HAYDEN:  Unless I specify -- instruct the |
| 10:40:17 | 16 | witness not to answer, you don't answer. |
| 10:40:19 | 17 | THE WITNESS:  Okay.  I understood that. |
| 10:40:21 | 18 | BY MS. HAYRAPETIAN: |
| 10:40:22 | 19 | Q    Because the court reporter is transcribing |
| 10:40:25 | 20 | this deposition, it's also important that only one |
| 10:40:28 | 21 | person speak at a time.  I ask that you wait until I |
| 10:40:30 | 22 | finish my question before you begin to answer, and I'll |
| 10:40:33 | 23 | do my best to wait for you to finish your answer before |
| 10:40:36 | 24 | I start my next question. |
| 10:40:37 | 25 | Do you understand? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:40:38 | 1 | A    Yep. |
| 10:40:39 | 2 | Q    If you answer a question, I, and anyone who |
| 10:40:41 | 3 | reads the deposition transcript, will assume you |
| 10:40:44 | 4 | understood the question. |
| 10:40:44 | 5 | Do you understand? |
| 10:40:47 | 6 | A    Yep. |
| 10:40:47 | 7 | Q    So, if you don't not understand a question, |
| 10:40:49 | 8 | please ask for clarification.  Okay? |
| 10:40:51 | 9 | A    Sure. |
| 10:40:53 | 10 | Q    We can take a break any time except we can't |
| 10:40:58 | 11 | take a break while a question is pending; so you'll need |
| 10:41:01 | 12 | to answer any pending question before we take a break. |
| 10:41:05 | 13 | Do you understand? |
| 10:41:05 | 14 | A    Sure. |
| 10:41:06 | 15 | Q    Are you able to put your phone aside? |
| 10:41:07 | 16 | A    Sure. |
| 10:41:08 | 17 | Q    Do you think you could put it facedown a |
| 10:41:13 | 18 | little -- away from your reach? |
| 10:41:17 | 19 | A    Are you going to handcuff me too?  I can't |
| 10:41:19 | 20 | have my phone?  You got your phone. |
| 10:41:22 | 21 | MR. HAYDEN:  I'll just put mine down too. |
| 10:41:23 | 22 | BY MS. HAYRAPETIAN: |
| 10:41:24 | 23 | Q    Have you taken any drugs or medication that |
| 10:41:26 | 24 | could impair your ability to hear my questions, |
| 10:41:28 | 25 | understand them, and answer them truthfully? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 10:41:32 | 1 | A | I don't think so. |
| 10:41:33 | 2 | Q | You don't think so? |
| 10:41:33 | 3 | A | Uh-huh. |
| 10:41:35 | 4 | Q | Have you taken any cannabis today? |
| 10:41:36 | 5 | A | No.  I don't smoke weed. |
| 10:41:39 | 6 | Q | Okay.  Any alcohol? |
| 10:41:39 | 7 | A | No. |
| 10:41:40 | 8 | Q | Any other substances? |
| 10:41:41 | 9 | A | My eye steroid. |
| 10:41:44 | 10 | Q | Okay.  And what's wrong with your eye? |
| 10:41:47 | 11 | A | That, I didn't know. |
| 10:41:48 | 12 | Q | Okay.  Any other medications you've taken this |
| 10:41:51 | 13 | | morning or in the last 12 hours? |
| 10:41:55 | 14 | A | Asthma inhaler. |
| 10:41:56 | 15 | Q | Okay.  I'll be referring to the Plaintiff |
| 10:42:00 | 16 | | Megan Pete by different names -- Megan Thee Stallion, |
| 10:42:03 | 17 | | Ms. Pete, or just Megan. |
| 10:42:04 | 18 | | You will understand I'm talking about the same |
| 10:42:06 | 19 | | person; correct? |
| 10:42:07 | 20 | A | Sure. |
| 10:42:07 | 21 | Q | I'll be referring to the Defendant |
| 10:42:09 | 22 | | Milagro Cooper as Milagro Gramz, Ms. Cooper, or Milagro. |
| 10:42:13 | 23 | | You'll understand that I am talking about the |
| 10:42:14 | 24 | | same person; correct? |
| 10:42:15 | 25 | A | Sure. |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

```
10:42:16  1        Q    I'll be referring to Daystar Peterson as
10:42:19  2   Tory Lanez or just Tory.
10:42:21  3             You'll understand I am talking about the same
10:42:22  4   person; correct?
10:42:23  5        A    Sure.
10:42:23  6        Q    I'll be referring to Sonstar Peterson as
10:42:25  7   Mr. Peterson or just Sonstar.
10:42:27  8             You'll understand I'm talking about Tory's
10:42:29  9   father; correct?
10:42:29 10        A    Tory's father?
10:42:30 11        Q    Correct.
10:42:31 12        A    Sure.
10:42:32 13        Q    You are familiar with what happened between
10:42:34 14   Megan and Tory on July 12th, 2020; correct?
10:42:39 15        A    No.
10:42:40 16        Q    Are you aware that Tory shot Megan in
10:42:44 17   July 2020?
10:42:45 18             MR. HAYDEN:  Objection.  Speculation.
10:42:51 19   BY MS. HAYRAPETIAN:
10:42:51 20        Q    You know Troy was convicted of shooting of
10:42:53 21   Megan with a gun; correct?
10:42:54 22        A    I don't think that's what it said but sure.
10:42:56 23        Q    Okay.  When I refer to the shooting or the
10:42:59 24   July 2020 incident, you'll know I'm talking about the
10:43:03 25   shooting we just discussed; correct?
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:43:06 | 1 | A    Sure. |
| 10:43:06 | 2 | Q    And Unite the People and UTP mean the same |
| 10:43:09 | 3 | organization; correct? |
| 10:43:11 | 4 | A    It depends on who you ask. |
| 10:43:15 | 5 | Q    Well, I'm asking you. |
| 10:43:17 | 6 | A    I like that.  That was good.  Sure. |
| 10:43:21 | 7 | Q    Okay.  Great.  Did you meet Mr. Hayden -- |
| 10:43:25 | 8 | did you meet with Mr. Hayden to prepare for this |
| 10:43:28 | 9 | deposition? |
| 10:43:29 | 10 | A    I don't remember. |
| 10:43:31 | 11 | Q    Okay.  Did you meet with any other attorneys |
| 10:43:35 | 12 | to prepare for this deposition? |
| 10:43:37 | 13 | A    No. |
| 10:43:38 | 14 | Q    Did you meet with anyone else at UTP to |
| 10:43:40 | 15 | prepare for this deposition? |
| 10:43:42 | 16 | A    No. |
| 10:43:44 | 17 | Q    Did you look at any documents with |
| 10:43:48 | 18 | Mr. Hayden to prepare for this deposition? |
| 10:43:51 | 19 | A    I don't remember. |
| 10:43:53 | 20 | Q    Did you meet with any of Ms. Cooper's current |
| 10:43:57 | 21 | attorneys? |
| 10:43:58 | 22 | A    No. |
| 10:43:58 | 23 | Q    Did you have a chance to talk to Ms. Cooper's |
| 10:44:03 | 24 | attorney, Ms. Ronda Dixon, this morning? |
| 10:44:07 | 25 | A    No. |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:44:08 | 1 | Q    Okay.  How did you prepare for today? |
| 10:44:14 | 2 | A    I didn't.  I just got up and came here. |
| 10:44:16 | 3 | Q    You are the co-founder and CEO of UTP; |
| 10:44:19 | 4 | correct? |
| 10:44:20 | 5 | A    Unite the People. |
| 10:44:21 | 6 | Q    And is it fine if we call them "UTP" for |
| 10:44:23 | 7 | short? |
| 10:44:24 | 8 | A    Sure. |
| 10:44:26 | 9 | Q    So are you the co-founder? |
| 10:44:27 | 10 | A    Of Unite the People?  Yes. |
| 10:44:29 | 11 | Q    And you are the CEO? |
| 10:44:30 | 12 | A    Yes, ma'am. |
| 10:44:31 | 13 | Q    Okay. |
| 10:44:33 | 14 | MS. HAYRAPETIAN:  Marking as Exhibit 77, can I |
| 10:44:38 | 15 | have Tab 2, please? |
| 10:44:41 | 16 | THE COURT REPORTER:  76. |
| 10:44:46 | 17 | MS. HAYRAPETIAN:  76. |
| 10:44:51 | 18 | THE WITNESS:  Did we announce who all the |
| 10:44:52 | 19 | people are on Zoom? |
| 10:44:54 | 20 | MS. HAYRAPETIAN:  Yes.  We've already |
| 10:44:54 | 21 | announced that. |
| 10:44:55 | 22 | THE WITNESS:  We did?  Who is that Los Angeles |
| 10:44:58 | 23 | VC Mobile?  What is that? |
| 10:44:59 | 24 | MS. HAYRAPETIAN:  That's this office. |
| 10:45:01 | 25 | THE WITNESS:  Oh, okay. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:45:17 | 1 | STENO TECH:  Exhibit 77? |
| 10:45:21 | 2 | MS. HAYRAPETIAN:  Exhibit 76. |
| 10:45:21 | 3 | STENO TECH:  76. |
| 10:45:21 | 4 | (Exhibit 76 was marked for identification.) |
| 10:45:22 | 5 | BY MS. HAYRAPETIAN: |
| 10:45:22 | 6 | Q    Is this your bio on the website of UTP? |
| 10:45:46 | 7 | A    Yeah.  It looks like it. |
| 10:45:48 | 8 | Q    Did you write this bio? |
| 10:45:49 | 9 | A    No. |
| 10:45:49 | 10 | Q    Who wrote it for you? |
| 10:45:51 | 11 | A    I don't remember. |
| 10:45:51 | 12 | Q    You co-founded UTP with Mitchell McDowell? |
| 10:45:59 | 13 | A    Unite the People, yeah. |
| 10:46:00 | 14 | Q    And Mitchell McDowell is your brother; |
| 10:46:03 | 15 | correct? |
| 10:46:04 | 16 | A    We haven't taken a DNA test, but that's what |
| 10:46:07 | 17 | they say. |
| 10:46:09 | 18 | Q    Mitchell currently serves as the president of |
| 10:46:11 | 19 | UTP? |
| 10:46:13 | 20 | A    You'd have to ask him. |
| 10:46:14 | 21 | Q    As CEO, you don't know who the president of |
| 10:46:17 | 22 | UTP is? |
| 10:46:18 | 23 | A    I don't remember. |
| 10:46:20 | 24 | Q    Are there any other co-founders of UTP? |
| 10:46:24 | 25 | A    No. |

```
10:46:25   1        Q    What is the primary mission of UTP?

10:46:32   2        A    Why?  Why are -- why are you asking me what

10:46:35   3    the mission is of UTP?

10:46:38   4        Q    We are taking your deposition, you are the CEO

10:46:41   5    of an organization, and I would like to learn more about

10:46:43   6    the organization.

10:46:46   7             MR. HAYDEN:  Objection.  Calls for a

10:46:47   8    narrative.

10:46:54   9    BY MS. HAYRAPETIAN:

10:46:54   10       Q    Do you want the question repeated?

10:46:56   11       A    What question?

10:46:58   12       Q    My pending question.

10:46:59   13       A    What is your pending question?

10:47:00   14       Q    What is the primary mission of UTP?

10:47:02   15       A    We have a lot of them.

10:47:03   16       Q    Okay.  Can you name the top two.

10:47:06   17       A    Yeah.  Top two?  I would say helping the kids

10:47:12   18   and helping the homeless.

10:47:13   19       Q    And how do you help the kids?

10:47:16   20       A    It's a lot of ways -- mentoring programs,

10:47:19   21   things like that.

10:47:19   22       Q    And how do you help the homeless?

10:47:22   23       A    It's cold outside.  Blankets.

10:47:25   24       Q    Anything else Unite the People does?

10:47:27   25       A    Yeah.  A lot of stuff.
```

```
10:47:29  1        Q    What else?

10:47:30  2        A    Sober living.  We do sober living homes for

10:47:36  3    people.

10:47:37  4        Q    And you guys also do legal work?

10:47:41  5        A    Yeah.  We do some of that too.

10:47:43  6        Q    Okay.  What kind of legal work?

10:47:45  7        A    We do a lot.

10:47:47  8        Q    What kind of clients do you take on?

10:47:49  9        A    The ones that call us.

10:47:51 10        Q    And what kind of clients call you?

10:47:55 11        A    Black people, White people, Hispanic people,

10:47:58 12    Asian people -- people that need help.

10:48:00 13        Q    And what type of cases do they call you for?

10:48:06 14        A    A lot of different things they call for.

10:48:08 15    Doesn't mean we do them, but they call for a lot of

10:48:10 16    them.

10:48:11 17        Q    Okay.  So would you classify that as criminal

10:48:14 18    cases?

10:48:15 19        A    Sure.  We do those too.

10:48:17 20        Q    Do you do civil cases?

10:48:20 21        A    I think so.

10:48:23 22        Q    How did you obtain the financial resources

10:48:26 23    necessary to establish Unite the People?

10:48:28 24        A    I don't remember.

10:48:30 25        Q    Did you contribute your own finances to
```

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | | |
|---|---|---|---|
| 10:48:32 | 1 | | setting up UTP? |
| 10:48:34 | 2 | A | I don't remember. |
| 10:48:35 | 3 | Q | Did your brother Mitchell contribute any |
| 10:48:37 | 4 | | funds? |
| 10:48:37 | 5 | A | I don't remember. |
| 10:48:38 | 6 | Q | Who else contributed funds? |
| 10:48:40 | 7 | A | I don't remember. |
| 10:48:41 | 8 | Q | Did you take out any loans? |
| 10:48:43 | 9 | A | I don't remember. |
| 10:48:44 | 10 | Q | Did you receive any donations? |
| 10:48:45 | 11 | A | I don't remember. |
| 10:48:46 | 12 | Q | Does UTP have a physical office? |
| 10:48:51 | 13 | A | Yes. |
| 10:48:52 | 14 | Q | Where is that? |
| 10:48:54 | 15 | A | In Long Beach. |
| 10:48:55 | 16 | Q | Okay.  How long has UTP had a physical office? |
| 10:49:00 | 17 | A | I don't remember. |
| 10:49:01 | 18 | Q | When did you establish UTP? |
| 10:49:11 | 19 | A | 2016. |
| 10:49:12 | 20 | Q | Did UTP have any employees when it first |
| 10:49:15 | 21 | | began? |
| 10:49:16 | 22 | A | I don't remember. |
| 10:49:17 | 23 | Q | How many employees did you have back then when |
| 10:49:19 | 24 | | it started? |
| 10:49:21 | 25 | A | I just said, "I don't remember"; so how would |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:49:23 | 1 | I know how many employees? |
| 10:49:24 | 2 | Q   Was it just you and your brother? |
| 10:49:26 | 3 | A   I don't remember. |
| 10:49:27 | 4 | Q   Okay.  How many employees do you have now? |
| 10:49:31 | 5 | A   A few. |
| 10:49:32 | 6 | Q   How many? |
| 10:49:34 | 7 | A   Maybe, like, 15, 20. |
| 10:49:37 | 8 | Q   Okay.  And in what kind of roles are those 15, |
| 10:49:40 | 9 | 20? |
| 10:49:46 | 10 | A   Administrative. |
| 10:49:48 | 11 | Q   Administrative.  Okay. |
| 10:49:49 | 12 | And do you have lawyers currently, aside from |
| 10:49:52 | 13 | Mr. Hayden? |
| 10:49:53 | 14 | A   Yes. |
| 10:49:54 | 15 | Q   Who? |
| 10:49:54 | 16 | A   I don't remember. |
| 10:49:55 | 17 | Q   Okay.  Would you say you have two lawyers |
| 10:49:59 | 18 | working at UTP? |
| 10:50:01 | 19 | A   Probably so. |
| 10:50:02 | 20 | Q   Okay.  Maybe three? |
| 10:50:05 | 21 | A   I don't think so. |
| 10:50:06 | 22 | Q   How many paralegals do you have there? |
| 10:50:09 | 23 | A   I don't remember. |
| 10:50:10 | 24 | Q   How many legal assistants? |
| 10:50:13 | 25 | A   I don't remember. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:50:14 | 1 | Q    Okay.  Do you have a best estimate? |
| 10:50:17 | 2 | A    15. |
| 10:50:18 | 3 | Q    15 legal assistants? |
| 10:50:21 | 4 | A    No.  I thought we were talking about people. |
| 10:50:23 | 5 | Q    I'm just asking about legal assistants, |
| 10:50:25 | 6 | support staff. |
| 10:50:27 | 7 | A    Probably about 10. |
| 10:50:28 | 8 | Q    10 legal assistants? |
| 10:50:30 | 9 | A    Probably so. |
| 10:50:31 | 10 | Q    Okay. |
| 10:50:31 | 11 | A    Support staff. |
| 10:50:32 | 12 | Q    Support staff. |
| 10:50:33 | 13 | A    Sure. |
| 10:50:34 | 14 | Q    Did UTP recruit lawyers from 2016 forward, or |
| 10:50:41 | 15 | did that start later? |
| 10:50:43 | 16 | A    I don't remember. |
| 10:50:46 | 17 | Q    Do you recall what the first case UTP took on |
| 10:50:48 | 18 | was? |
| 10:50:49 | 19 | A    No. |
| 10:50:51 | 20 | Q    Do you recall how long ago it was? |
| 10:50:53 | 21 | A    No. |
| 10:50:53 | 22 | Q    How did you become the CEO of UTP? |
| 10:51:00 | 23 | A    By working hard. |
| 10:51:02 | 24 | Q    Okay.  Why did you take the title of CEO? |
| 10:51:07 | 25 | A    I don't remember. |

CEASAR MCDOWELL                                      JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 10:51:08 | 1 | Q | What are your responsibilities as CEO of UTP? |
| 10:51:11 | 2 | A | I don't remember. |
| 10:51:12 | 3 | Q | You don't know your daily responsibilities? |
| 10:51:13 | 4 | A | No.  I have a lot of them. |
| 10:51:15 | 5 | Q | Okay.  Can you name one? |
| 10:51:17 | 6 | A | Work hard. |
| 10:51:21 | 7 | Q | Okay.  And so what do you do on a day-to-day? |
| 10:51:24 | 8 | A | Work hard. |
| 10:51:27 | 9 | Q | And how do you work hard? |
| 10:51:28 | 10 | A | I put mattresses upstairs.  I lift bunk beds, |

dressers.  I clean out carports.  I feed the homeless.
I do a lot.

| | | | |
|---|---|---|---|
| 10:51:39 | 13 | Q | Okay.  And this is all work for UTP? |
| 10:51:41 | 14 | A | Every day. |
| 10:51:42 | 15 | Q | As CEO, are you responsible for determining |

the overall vision and objectives of UTP?

| | | | |
|---|---|---|---|
| 10:51:52 | 17 | A | Maybe. |
| 10:51:55 | 18 | Q | Maybe? |
| 10:51:55 | 19 | A | Yeah. |
| 10:51:56 | 20 | Q | What does that mean? |
| 10:51:57 | 21 | A | Well, I'm not a dictator. |
| 10:51:59 | 22 | Q | Okay. |
| 10:52:00 | 23 | A | Yeah. |
| 10:52:00 | 24 | Q | So how do you manage? |
| 10:52:06 | 25 | A | How do I manage what? |

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 10:52:07 | 1 | Q | Your staff? |
| 10:52:11 | 2 | A | What do you mean by that?  Can you explain? |
| 10:52:13 | 3 | Q | You are a CEO; right? |
| 10:52:14 | 4 | A | Sure. |
| 10:52:14 | 5 | Q | You lead the company? |
| 10:52:16 | 6 | A | Okay. |
| 10:52:16 | 7 | Q | How do you lead the company? |
| 10:52:19 | 8 | A | By working hard. |
| 10:52:20 | 9 | Q | Who at UTP do you have authority over as CEO? |
| 10:52:29 | 10 | A | Everybody there. |
| 10:52:30 | 11 | Q | Okay.  So everyone -- |
| 10:52:32 | 12 | A | That was a good answer.  I answered just what |

10:52:33 13  you wanted; huh?  Everybody there.

| | | | |
|---|---|---|---|
| 10:52:35 | 14 | Q | Yeah.  Exactly. |
| 10:52:37 | 15 | A | Sure. |
| 10:52:38 | 16 | Q | Are there any people in particular that are |

10:52:40 17  your direct reports?

| | | | |
|---|---|---|---|
| 10:52:42 | 18 | A | Are my direct reports? |
| 10:52:44 | 19 | Q | Yes. |
| 10:52:45 | 20 | A | I don't remember. |
| 10:52:46 | 21 | Q | Does Mr. Hayden report to you? |
| 10:52:51 | 22 | A | Yes. |
| 10:52:52 | 23 | Q | As CEO, do you make the ultimate decisions |

10:52:54 24  about which cases UTP takes on?

| | | | |
|---|---|---|---|
| 10:52:57 | 25 | A | No.  The lawyers do. |

CEASAR MCDOWELL                                                           JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:52:58 | 1 | Q    Okay.  Do you decide which clients UTP will |
| 10:53:01 | 2 | represent? |
| 10:53:03 | 3 | A    I'm not a lawyer. |
| 10:53:07 | 4 | Q    Do you -- are you involved in the |
| 10:53:08 | 5 | decision-making of the types of cases UTP should take |
| 10:53:11 | 6 | on? |
| 10:53:12 | 7 | A    The types of cases?  Yes. |
| 10:53:14 | 8 | Q    Okay.  And what types of cases are those? |
| 10:53:17 | 9 | A    Where the people need us, and we can help. |
| 10:53:19 | 10 | Q    Okay. |
| 10:53:20 | 11 | A    Those are the ones we take. |
| 10:53:22 | 12 | Q    What's the most recent case you've taken on? |
| 10:53:24 | 13 | A    I don't know.   I don't know. |
| 10:53:25 | 14 | Q    What's the favorite case you've taken on? |
| 10:53:27 | 15 | A    Tory Lanez. |
| 10:53:29 | 16 | Q    Okay.  And which one -- which one of his cases |
| 10:53:31 | 17 | are we talking about? |
| 10:53:33 | 18 | A    I don't know what you are talking about -- |
| 10:53:33 | 19 | which ones.  He has multiple cases. |
| 10:53:38 | 20 | Q    You tell me. |
| 10:53:39 | 21 | A    Oh.  I don't know. |
| 10:53:40 | 22 | Q    Which one of his -- which case of his are you |
| 10:53:42 | 23 | talking about that's your favorite? |
| 10:53:45 | 24 | A    Well, maybe his case isn't my favorite. |
| 10:53:47 | 25 | Allan McIntosh case is my favorite. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 10:53:51 | 1 | Q   Okay.  And what's that case about? |
| 10:53:52 | 2 | A   A guy that was basically Black while driving |
| 10:53:56 | 3 | and given 25 to life, plus five years, and we got him |
| 10:54:00 | 4 | free from prison.  That's my favorite case. |
| 10:54:03 | 5 | Q   Okay.  And why was it your favorite case? |
| 10:54:05 | 6 | A   'Cause he is a good guy. |
| 10:54:07 | 7 | Q   Okay.  And how did you meet him? |
| 10:54:09 | 8 | A   In prison. |
| 10:54:12 | 9 | Q   And where were you in prison? |
| 10:54:14 | 10 | A   Everywhere. |
| 10:54:16 | 11 | Q   Because you were transferred? |
| 10:54:18 | 12 | A   Yeah. |
| 10:54:19 | 13 | Q   How many times were you transferred? |
| 10:54:20 | 14 | A   Twenty. |
| 10:54:22 | 15 | Q   How come you were transferred so many times? |
| 10:54:25 | 16 | A   'Cause I did so many years.  They transfer you |
| 10:54:27 | 17 | ever year, if you are good, and I was good. |
| 10:54:30 | 18 | Q   Okay.  Do you control UTP's budget and |
| 10:54:34 | 19 | financial decisions? |
| 10:54:36 | 20 | A   I don't remember. |
| 10:54:37 | 21 | Q   Okay.  Do you have the authority to hire and |
| 10:54:39 | 22 | fire UTP employees? |
| 10:54:42 | 23 | A   Yes. |
| 10:54:44 | 24 | Q   Do you determine fee arrangements with |
| 10:54:46 | 25 | clients? |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 10:54:47 | 1 | A | No. |
| 10:54:48 | 2 | Q | Who determines fee arrangements with clients? |
| 10:54:51 | 3 | A | I would think the lawyers did it. |
| 10:54:53 | 4 | Q | Okay.  As CEO, do you decide how UTP's |
| 10:54:57 | 5 | | resources are allocated between different cases? |
| 10:55:00 | 6 | A | Between different cases? |
| 10:55:02 | 7 | Q | Uh-huh. |
| 10:55:04 | 8 | A | I don't think so. |
| 10:55:05 | 9 | | Between cases you are saying? |
| 10:55:06 | 10 | Q | Yeah. |
| 10:55:07 | 11 | A | No. |
| 10:55:08 | 12 | Q | Okay.  You understand there's a difference |
| 10:55:11 | 13 | | between running UTP's business operations and providing |
| 10:55:14 | 14 | | legal advice; correct? |
| 10:55:15 | 15 | A | 100 percent. |
| 10:55:18 | 16 | Q | As CEO, you focus on business decisions |
| 10:55:23 | 17 | | rather -- rather than legal strategy; correct? |
| 10:55:25 | 18 | A | I don't know. |
| 10:55:26 | 19 | Q | You don't provide legal advice to UTP's |
| 10:55:29 | 20 | | clients; correct? |
| 10:55:30 | 21 | A | That's against the law. |
| 10:55:32 | 22 | Q | You don't have a law license; correct? |
| 10:55:38 | 23 | A | I don't remember. |
| 10:55:39 | 24 | Q | You never attended law school; correct? |
| 10:55:42 | 25 | A | Prison. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 10:55:44 | 1 | Q   They had law school in prison? |
| 10:55:45 | 2 | A   No.  They had prison in prison. |
| 10:55:47 | 3 | Q   Okay.  So you didn't attend law school? |
| 10:55:48 | 4 | A   I went to prison. |
| 10:55:50 | 5 | Q   You are not a lawyer? |
| 10:55:52 | 6 | A   No. |
| 10:55:52 | 7 | Q   You are not a paralegal? |
| 10:55:54 | 8 | A   Well, you don't know.  I could be a paralegal. |
| 10:55:58 | 9 | You don't have to have a license to be a paralegal. |
| 10:56:00 | 10 | Q   Okay.  And that's according to which state's |
| 10:56:02 | 11 | law? |
| 10:56:02 | 12 | A   I don't know.  You look it up.  You are the |
| 10:56:04 | 13 | lawyer. |
| 10:56:05 | 14 | Q   Are you saying you are a paralegal? |
| 10:56:07 | 15 | A   No.  I didn't say that.  I said I didn't say I |
| 10:56:10 | 16 | wasn't. |
| 10:56:11 | 17 | Q   Okay.  Are you a paralegal?  Yes or no? |
| 10:56:15 | 18 | A   Maybe. |
| 10:56:16 | 19 | Q   Maybe? |
| 10:56:17 | 20 | A   Yeah. |
| 10:56:17 | 21 | Q   Okay.  Have you gone to paralegal school? |
| 10:56:21 | 22 | A   In prison. |
| 10:56:22 | 23 | Q   You went -- you attended paralegal school in |
| 10:56:24 | 24 | prison? |
| 10:56:25 | 25 | A   Yeah, they have paralegal school in prison. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:56:27 | 1 | Q    Did you obtain a certificate? |
| 10:56:29 | 2 | A    Actually, I have a few of them. |
| 10:56:30 | 3 | Q    Okay.  What -- how many paralegal certificates |
| 10:56:33 | 4 | do you have? |
| 10:56:33 | 5 | A    I think three. |
| 10:56:34 | 6 | Q    Okay.  And are you able to produce those? |
| 10:56:38 | 7 | A    I didn't bring them with me. |
| 10:56:40 | 8 | Q    Okay.  But you have them, and they're |
| 10:56:41 | 9 | accessible? |
| 10:56:43 | 10 | A    They could be.  They're from 20 years ago.  It |
| 10:56:44 | 11 | was a long time in prison. |
| 10:56:46 | 12 | Q    Okay.  So you've been a paralegal for |
| 10:56:48 | 13 | 20 years? |
| 10:56:49 | 14 | A    I didn't say that. |
| 10:56:50 | 15 | Q    You've had paralegal certificates from prison |
| 10:56:52 | 16 | for 20 years? |
| 10:56:53 | 17 | A    Just about. |
| 10:56:54 | 18 | Q    Okay.  Do you consider yourself a legal |
| 10:56:58 | 19 | assistant? |
| 10:56:59 | 20 | A    Not at all. |
| 10:57:00 | 21 | Q    Do you have legal training? |
| 10:57:02 | 22 | A    We just talked about that. |
| 10:57:04 | 23 | Q    Do you consider that legal training? |
| 10:57:05 | 24 | A    I would think so, yes. |
| 10:57:07 | 25 | Q    Okay.  You don't translate languages; correct? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
10:57:11   1          A    Swahili.  I do.  I speak fluent Swahili.
10:57:18   2          Q    Okay.  Do you interpret legal documents in
10:57:21   3    Swahili for UTP clients?
10:57:24   4          A    No.
10:57:25   5          Q    You are not a consultant; right?
10:57:30   6          A    I could be.  I could be a consultant; right?
10:57:33   7          Q    What kind of consultant are you?
10:57:35   8          A    I just said, "I could be."
10:57:36   9          Q    You are not a private investigator; right?
10:57:39  10          A    No.
10:57:40  11          Q    As CEO, do you give instructions to UTP's
10:57:43  12    lawyers?
10:57:44  13          A    Do I give instructions to UTP lawyers, you
10:57:48  14    said?
10:57:49  15          Q    Yeah.
10:57:49  16          A    About what?
10:57:50  17          Q    About which cases to take on?
10:57:53  18          A    We already talked about that.  I already told
10:57:56  19    you the lawyers decide that.
10:57:57  20          Q    Lawyers decide.
10:57:58  21               You give no instructions on what types of
10:57:59  22    cases they should take?
10:58:01  23          A    Nope.
10:58:01  24          Q    Okay.  You don't suggest or bring forward the
10:58:05  25    types of cases you'd like them to pursue?
```

CEASAR MCDOWELL                                         JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:58:09 | 1 | A    Do I suggest?  Boy, you are being slick with |
| 10:58:11 | 2 | that.  I don't remember. |
| 10:58:14 | 3 | Q    Okay.  Do you help them with legal strategy? |
| 10:58:20 | 4 | A    Do I help the lawyers? |
| 10:58:23 | 5 | Q    Uh-huh. |
| 10:58:23 | 6 | A    They went to law school.  They know the |
| 10:58:25 | 7 | strategies, not me. |
| 10:58:26 | 8 | Q    So you don't help them with legal strategy? |
| 10:58:28 | 9 | A    I wouldn't think so. |
| 10:58:30 | 10 | Q    You don't advise them on how to handle |
| 10:58:35 | 11 | specific client matters? |
| 10:58:37 | 12 | A    Advise them on how to handle -- oh, Lord. |
| 10:58:41 | 13 | What time is this over? |
| 10:58:43 | 14 | Q    I get to have seven hours on the record. |
| 10:58:46 | 15 | A    Do you? |
| 10:58:46 | 16 | Q    I do. |
| 10:58:47 | 17 | A    All right.  So -- but I get to have all the |
| 10:58:50 | 18 | breaks I want; right?  I get something here. |
| 10:58:53 | 19 | Am I under arrest? |
| 10:58:54 | 20 | Q    We just took a break. |
| 10:58:55 | 21 | A    Okay.  When did you take a break? |
| 10:58:57 | 22 | You took a break, not me.  You left.  I was |
| 10:58:59 | 23 | here at the table. |
| 10:59:00 | 24 | Q    Do you need a break? |
| 10:59:02 | 25 | A    Not now. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 10:59:03 | 1 | Q    Okay.  Great. |
| 10:59:04 | 2 | So do you assist the lawyers? |
| 10:59:08 | 3 | A    No. |
| 10:59:09 | 4 | Q    You don't assist the lawyers? |
| 10:59:11 | 5 | A    Assist the lawyers with what? |
| 10:59:12 | 6 | Q    How to handle specific client matters? |
| 10:59:14 | 7 | A    I'm not a lawyer. |
| 10:59:16 | 8 | Q    Okay.  So you don't consult with them on |
| 10:59:17 | 9 | strategy? |
| 10:59:18 | 10 | A    No.  Those are lawyer jobs. |
| 10:59:20 | 11 | Q    Okay.  And do you provide input on whether |
| 10:59:23 | 12 | they should withdraw from representation from certain |
| 10:59:26 | 13 | matters? |
| 10:59:28 | 14 | A    Do I provide information?  I don't remember. |
| 10:59:31 | 15 | Q    Have you ever told the lawyers to withdraw |
| 10:59:33 | 16 | from a specific case? |
| 10:59:34 | 17 | A    I don't remember. |
| 10:59:37 | 18 | Q    Have you ever told the lawyers to take on a |
| 10:59:39 | 19 | specific case? |
| 10:59:40 | 20 | A    I don't remember. |
| 10:59:43 | 21 | Q    As CEO, do you communicate directly with UTP |
| 10:59:46 | 22 | clients? |
| 10:59:46 | 23 | A    Do I communicate?  I don't remember. |
| 10:59:48 | 24 | Q    Do you need permission from UTP's lawyers |
| 10:59:51 | 25 | before speaking with clients? |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 10:59:52 | 1 | A    I don't remember. |
| 10:59:53 | 2 | Q    Are there any restrictions on what you can |
| 10:59:55 | 3 | discuss with clients? |
| 11:00:01 | 4 | A    I don't remember. |
| 11:00:01 | 5 | Q    Do UTP lawyers supervise your communications |
| 11:00:04 | 6 | with clients? |
| 11:00:04 | 7 | A    I said I don't remember if I communicate just |
| 11:00:07 | 8 | two minutes ago. |
| 11:00:08 | 9 | Q    Okay.  So -- |
| 11:00:09 | 10 | A    I don't remember. |
| 11:00:09 | 11 | Q    -- you don't remember? |
| 11:00:10 | 12 | A    No. |
| 11:00:11 | 13 | Q    When there's a disagreement between you and |
| 11:00:14 | 14 | UTP's lawyers about a case, who makes the final |
| 11:00:17 | 15 | decision? |
| 11:00:19 | 16 | A    We just said, two minutes ago, that they make |
| 11:00:22 | 17 | the decisions about the cases. |
| 11:00:25 | 18 | Q    But, when there's a disagreement between how a |
| 11:00:28 | 19 | case should be handled, who makes the final decision? |
| 11:00:33 | 20 | A    I don't remember. |
| 11:00:34 | 21 | Q    If you wanted UTP to take on a particular |
| 11:00:37 | 22 | client, could the lawyers refuse? |
| 11:00:40 | 23 | A    Always. |
| 11:00:41 | 24 | Q    If you wanted UTP to drop a client, could you |
| 11:00:45 | 25 | make that decision as CEO? |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:00:47 | 1 | A    No. |
| 11:00:47 | 2 | Q    Your job is to run UTP's business operations; |
| 11:00:51 | 3 | correct? |
| 11:00:52 | 4 | A    Absolutely. |
| 11:00:53 | 5 | Q    UTP's lawyers can represent clients without |
| 11:00:55 | 6 | your involvement; correct? |
| 11:00:57 | 7 | A    UTP's lawyers can represent?  Sure. |
| 11:01:01 | 8 | Q    You get involved because you are the CEO, not |
| 11:01:03 | 9 | because the lawyers need you; correct? |
| 11:01:07 | 10 | A    Lawyers need me? |
| 11:01:09 | 11 | Q    Do they need you, or they operate |
| 11:01:11 | 12 | independently? |
| 11:01:11 | 13 | A    Do you need the CEO at your company?  It's a |
| 11:01:16 | 14 | fair question. |
| 11:01:17 | 15 | Q    Actually, I don't even know if my company has |
| 11:01:20 | 16 | a CEO; so -- |
| 11:01:22 | 17 | A    That's fine.  I don't remember. |
| 11:01:24 | 18 | Q    Okay.  So the lawyers -- just to get a |
| 11:01:30 | 19 | clarification on my question. |
| 11:01:32 | 20 | A    Sure. |
| 11:01:33 | 21 | Q    The lawyers don't need you to operate their |
| 11:01:38 | 22 | cases; correct? |
| 11:01:40 | 23 | A    No. |
| 11:01:41 | 24 | Q    UTP has several social media accounts; right? |
| 11:01:54 | 25 | A    I don't remember how many accounts they have. |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

```
11:01:55   1          Q     Do you have one?

11:01:57   2          A     Yeah.

11:01:58   3          Q     UTP has at least one social media account?

11:02:01   4          A     Yes.

11:02:01   5          Q     On which platform?

11:02:02   6          A     I don't know which one.

11:02:03   7          Q     Instagram?

11:02:04   8          A     I don't know which one.

11:02:05   9          Q     Twitter?

11:02:07  10          A     Let's keep going.  I don't know which one.

11:02:09  11          Q     Okay.  You have your phone; right?

11:02:10  12          A     No.  I put it over there 'cause you asked me

11:02:13  13   to.

11:02:14  14          Q     Okay.  Can you check to see?

11:02:15  15          A     No.

11:02:16  16          Q     Okay.  Do you personally manage UTP's social

11:02:18  17   media accounts?

11:02:21  18          A     No.

11:02:21  19          Q     So, if we were to log -- open your Instagram

11:02:27  20   account, the UTP Instagram account would not be logged

11:02:31  21   into your Instagram app?

11:02:33  22          A     It might be.

11:02:34  23          Q     It might be.  Okay.

11:02:36  24                So you are involved in drafting social media

11:02:38  25   posts on UTP accounts; correct?
```

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | | |
|---|---|---|---|
| 11:02:43 | 1 | A | I don't remember. |
| 11:02:49 | 2 | Q | You have your own social media accounts? |
| 11:02:50 | 3 | A | Yes. |
| 11:02:51 | 4 | Q | So, when you are posting to your own social |
| 11:02:52 | 5 | media accounts, do you also share to post on UTP's? |
| 11:02:57 | 6 | A | I don't remember none of that. |
| 11:02:58 | 7 | Q | Okay.  Do you have final say over what is |
| 11:03:01 | 8 | posted on UTP's social media accounts? |
| 11:03:03 | 9 | A | I don't know who has final say. |
| 11:03:06 | 10 | Q | Do you know who runs the social media |
| 11:03:07 | 11 | accounts? |
| 11:03:10 | 12 | A | I don't remember. |
| 11:03:11 | 13 | Q | Do you have a social media marketing manager? |
| 11:03:15 | 14 | A | Sometimes. |
| 11:03:16 | 15 | Q | Sometimes.  Okay. |
| 11:03:18 | 16 | | Can you tell me one of your most recent social |
| 11:03:21 | 17 | media managers? |
| 11:03:23 | 18 | A | I've had a few. |
| 11:03:24 | 19 | Q | Okay.  Give me one name. |
| 11:03:25 | 20 | A | Jesse. |
| 11:03:27 | 21 | Q | Desi. |
| 11:03:27 | 22 | | What's her last name? |
| 11:03:28 | 23 | A | I said, "Jesse." |
| 11:03:29 | 24 | Q | Jesse. |
| 11:03:30 | 25 | | What's her last name? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 11:03:31 | 1 | A | Jackson. |
| 11:03:31 | 2 | Q | Okay.  And anyone else? |
| 11:03:33 | 3 | A | There was Jayboo. |
| 11:03:35 | 4 | Q | Last name? |
| 11:03:36 | 5 | A | Differentdaddy. |
| 11:03:39 | 6 | | (The Court Reporter requested clarification.) |
| 11:03:39 | 7 | | THE WITNESS:  Differentdaddy. |
| 11:03:39 | 8 | | Jayboo Differentdaddy. |
| 11:03:40 | 9 | | BY MS. HAYRAPETIAN: |
| 11:03:41 | 10 | Q | Differentdaddy is the last name? |
| 11:03:42 | 11 | A | Uh-huh. |
| 11:03:44 | 12 | Q | Anyone else? |
| 11:03:47 | 13 | A | I can go on.  There's tons of people. |
| 11:03:50 | 14 | Q | Okay.  Everyone runs the social media account? |
| 11:03:54 | 15 | A | Yeah, pretty much.  Yeah. |
| 11:03:55 | 16 | Q | Okay.  But you also have the password, and you |
| 11:03:57 | 17 | | can post to it? |
| 11:03:58 | 18 | A | I don't have the password. |
| 11:04:00 | 19 | Q | But it's logged in to your Instagram? |
| 11:04:03 | 20 | A | I don't know. |
| 11:04:03 | 21 | Q | Okay.  You don't know one way or the other, as |
| 11:04:08 | 22 | | in it can be logged in, if we were to check your |
| 11:04:11 | 23 | | Instagram app right now? |
| 11:04:12 | 24 | A | You can't check my Instagram app. |
| 11:04:15 | 25 | Q | If we were, hypothetically speaking, it could |

CEASAR MCDOWELL
JULY 25, 2025                                                    JOB NO. 1837675

| | | |
|---|---|---|
| 11:04:16 | 1 | be logged in? |
| 11:04:17 | 2 |     A    Hypothetically speaking, I don't know. |
| 11:04:19 | 3 |     Q    Does everyone working at UTP have access to |
| 11:04:24 | 4 | the social media accounts? |
| 11:04:27 | 5 |     A    I don't know. |
| 11:04:30 | 6 |     Q    Have you ever sought Tory's feedback or |
| 11:04:32 | 7 | approval on social media posts made on UTP's accounts? |
| 11:04:35 | 8 |     A    Who? |
| 11:04:35 | 9 |     Q    Tory. |
| 11:04:36 | 10 |     A    Tory who? |
| 11:04:36 | 11 |     Q    Tory Lanez. |
| 11:04:37 | 12 |     A    Tory Lanez? |
| 11:04:39 | 13 |     Q    Any time of say "Tory," I'm talking about |
| 11:04:42 | 14 | Tory Lanez. |
| 11:04:43 | 15 |     A    Oh, okay.  Okay. |
| 11:04:46 | 16 |     Q    Do you have an answer to my question? |
| 11:04:48 | 17 |     A    What was the question? |
| 11:04:49 | 18 |     Q    The question was, have you ever sought Tory's |
| 11:04:51 | 19 | feedback or approval on any social media post on UTP's |
| 11:04:54 | 20 | account? |
| 11:04:54 | 21 |     A    I don't remember. |
| 11:04:55 | 22 |     Q    You don't remember? |
| 11:04:56 | 23 |     A    No. |
| 11:04:56 | 24 |     Q    Okay.  Do you remember ever talking to Tory |
| 11:04:59 | 25 | about UTP's social media accounts? |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

```
11:05:02   1          A    I don't remember talking to him, no.
11:05:03   2          Q    You send and respond to direct message on
11:05:06   3    UTP's social media accounts; correct?
11:05:08   4          A    I don't remember.
11:05:09   5          Q    Have you ever exchanged any messages with
11:05:11   6    others about Ms. Cooper?
11:05:14   7          A    I don't remember.
11:05:15   8          Q    Do you have any direct messages with others
11:05:16   9    about Ms. Pete on UTP's accounts?
11:05:19  10          A    I don't remember.
11:05:20  11          Q    You've received alleged tips concerning the
11:05:22  12    subject matter of this action on UTP's social media
11:05:25  13    accounts; correct?
11:05:26  14          A    I don't remember.
11:05:27  15          Q    Have you ever communicated with Ms. Cooper,
11:05:30  16    using any of UTP's social media accounts?
11:05:32  17          A    I don't remember.
11:05:33  18          Q    Have you ever communicated with Tory, using
11:05:35  19    any of UTP's social media accounts?
11:05:37  20          A    I do not remember.
11:05:38  21          Q    Have you ever communicated with Tory's father,
11:05:40  22    using any of UTP's social media accounts?
11:05:44  23          A    I do not remember.
11:05:45  24          Q    Okay.  Let's talk a little bit about your
11:05:46  25    background before you founded UTP.
```

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:05:49 | 1 | According to your bio, you served a 20-year |
| 11:05:53 | 2 | sentence at San Quentin prison; is that correct? |
| 11:05:56 | 3 | A    No.  It was San Quentin, and it was only |
| 11:05:59 | 4 | 10 years that I was there. |
| 11:06:01 | 5 | Q    Okay.  So how come your bio says 20 years? |
| 11:06:05 | 6 | A    'Cause whoever wrote it didn't realize I was |
| 11:06:08 | 7 | transferred every year. |
| 11:06:09 | 8 | Q    Okay.  Cumulatively or collectively, how many |
| 11:06:13 | 9 | years have you served in prison? |
| 11:06:15 | 10 | A    Twenty-six? |
| 11:06:19 | 11 | Q    Twenty-six. |
| 11:06:20 | 12 | Was that for one conviction? |
| 11:06:24 | 13 | A    No. |
| 11:06:25 | 14 | Q    Different convictions? |
| 11:06:26 | 15 | A    Yeah. |
| 11:06:26 | 16 | Q    How many years were you in prison? |
| 11:06:28 | 17 | A    Twenty-six. |
| 11:06:30 | 18 | Q    Sorry.  What years were you in prison? |
| 11:06:33 | 19 | A    1992.  1992. |
| 11:06:41 | 20 | Q    1992 to? |
| 11:06:42 | 21 | A    To '97.  And 2000 to 2020. |
| 11:06:49 | 22 | Q    What were you in prison for -- |
| 11:06:51 | 23 | A    I don't remember. |
| 11:06:52 | 24 | Q    -- from 1992 to 1997? |
| 11:06:54 | 25 | A    I don't remember. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:06:55 | 1 | Q    You don't recall? |
| 11:06:56 | 2 | A    Huh-uh. |
| 11:06:57 | 3 | Q    Okay.  And then from 2000 to 2020, what were |
| 11:07:00 | 4 | you in prison for? |
| 11:07:02 | 5 | A    I don't remember.  I think it was being Black. |
| 11:07:05 | 6 | Q    Being Black.  Okay. |
| 11:07:17 | 7 | A    Can I have some water? |
| 11:07:22 | 8 | Q    Sure. |
| 11:07:26 | 9 | A    Thank you, brother. |
| 11:07:32 | 10 | Q    What crimes were you convicted for, for the |
| 11:07:34 | 11 | last 20 years that you served in prison? |
| 11:07:36 | 12 | A    I don't remember. |
| 11:07:39 | 13 | Q    Do you remember what happened that caused you |
| 11:07:41 | 14 | to go to prison?  What was the event? |
| 11:07:44 | 15 | A    I don't remember. |
| 11:07:45 | 16 | Q    Are you currently on probation? |
| 11:07:49 | 17 | A    Not at all. |
| 11:07:53 | 18 | Q    Is UTP a for-profit law firm? |
| 11:07:57 | 19 | A    No. |
| 11:07:58 | 20 | Q    Do you consider UTP to be a law firm? |
| 11:08:01 | 21 | A    Yes. |
| 11:08:02 | 22 | Q    Okay.  Has UTP filed articles of incorporation |
| 11:08:06 | 23 | with the California Secretary of State? |
| 11:08:08 | 24 | A    Yes. |
| 11:08:10 | 25 | Q    What years? |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | | |
|---|---|---|---|
| 11:08:12 | 1 | A | 2016. |
| 11:08:14 | 2 | Q | And every year since then? |
| 11:08:16 | 3 | A | I don't know. |
| 11:08:16 | 4 | Q | Is UTP a legal aid organization? |
| 11:08:23 | 5 | A | We legally aid people; so you can call it what |
| 11:08:26 | 6 | you want. |
| 11:08:26 | 7 | Q | Does UTP receive public or governmental grants |
| 11:08:29 | 8 | to support its operations? |
| 11:08:31 | 9 | A | Not at all. |
| 11:08:32 | 10 | Q | Not at all, or you don't know? |
| 11:08:34 | 11 | A | I don't know. |
| 11:08:37 | 12 | Q | Do you represent clients for free? |
| 11:08:43 | 13 | A | Yes. |
| 11:08:44 | 14 | Q | Okay.  You never take money for representing |
| 11:08:48 | 15 | clients? |
| 11:08:48 | 16 | A | Oh, yes. |
| 11:08:49 | 17 | Q | Okay.  And what prices do you charge? |
| 11:08:54 | 18 | A | I don't know what to tell you.  You'd have to |
| 11:08:56 | 19 | ask them. |
| 11:08:56 | 20 | Q | Who is "them"? |
| 11:08:57 | 21 | A | The other people besides me. |
| 11:08:59 | 22 | Q | Who are the other people? |
| 11:09:00 | 23 | A | The 15 to 20 staff people. |
| 11:09:01 | 24 | Q | Okay.  So who decides how much a case -- a |
| 11:09:05 | 25 | case or representation in a case costs? |

| | | | |
|---|---|---|---|
| 11:09:07 | 1 | A | I don't know. |
| 11:09:09 | 2 | Q | As CEO of the company, you do not know how |
| 11:09:11 | 3 | | much you guys charge for -- |
| 11:09:13 | 4 | A | I think it differs.  Being a non-profit, it |
| 11:09:16 | 5 | | probably differs. |
| 11:09:16 | 6 | Q | Okay.  What does that mean? |
| 11:09:18 | 7 | A | It probably a sliding scale. |
| 11:09:21 | 8 | Q | Okay.  So what's at the lower end of the |
| 11:09:23 | 9 | | sliding scale? |
| 11:09:24 | 10 | A | Free. |
| 11:09:25 | 11 | Q | Free.  Okay. |
| 11:09:26 | 12 | | What's at the higher end of the sliding scale? |
| 11:09:28 | 13 | A | That, I don't know. |
| 11:09:29 | 14 | Q | Do you have a fixed rate? |
| 11:09:30 | 15 | A | I don't think they do.  There's different |
| 11:09:32 | 16 | | things. |
| 11:09:32 | 17 | Q | Hourly rate? |
| 11:09:34 | 18 | A | Do you understand post-conviction? |
| 11:09:35 | 19 | Q | Yes. |
| 11:09:36 | 20 | A | You do? |
| 11:09:36 | 21 | Q | Yes. |
| 11:09:37 | 22 | A | Okay.  Is there a difference between the writ |
| 11:09:39 | 23 | | and a writ of habeas corpus and a direct appeal? |
| 11:09:43 | 24 | Q | I don't know.  I don't run a law firm. |
| 11:09:45 | 25 | A | You just said you understood. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:09:46 | 1 | Q    I don't run a law firm. |
| 11:09:47 | 2 | A    Okay.  I don't know either. |
| 11:09:49 | 3 | Q    Okay.  What percentage of your clients are |
| 11:09:53 | 4 | considered indigent? |
| 11:09:55 | 5 | A    I don't know. |
| 11:09:56 | 6 | Q    Is UTP registered with The State Bar of |
| 11:09:57 | 7 | California? |
| 11:09:58 | 8 | A    Yes. |
| 11:10:00 | 9 | Q    When did UTP first register with The State Bar |
| 11:10:02 | 10 | of California? |
| 11:10:04 | 11 | A    Probably in 2017. |
| 11:10:10 | 12 | Q    What is your involvement in UTP's legal |
| 11:10:11 | 13 | matters? |
| 11:10:15 | 14 | A    I don't know. |
| 11:10:17 | 15 | Q    While supporting UTP's legal matters, have you |
| 11:10:19 | 16 | ever been under the influence of any impairing drugs or |
| 11:10:22 | 17 | substances? |
| 11:10:24 | 18 | A    Why?  What?  Say that again, please.  I don't |
| 11:10:27 | 19 | understand your question. |
| 11:10:28 | 20 | Q    Sure.  While supporting UTP's legal matters -- |
| 11:10:30 | 21 | A    While supporting UTP's legal matters? |
| 11:10:32 | 22 | Q    Uh-huh. |
| 11:10:36 | 23 | MS. DIXON:  Objection.  Relevance. |
| 11:10:37 | 24 | BY MS. HAYRAPETIAN: |
| 11:10:37 | 25 | Q    -- have you ever been under the influence of |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:10:39 | 1 | any drugs or substances? |
| 11:10:40 | 2 | A    When? |
| 11:10:41 | 3 | Q    At any time when you were helping UTP? |
| 11:10:45 | 4 | MR. HAYDEN:  You can answer. |
| 11:10:46 | 5 | THE WITNESS:  I can answer? |
| 11:10:47 | 6 | MR. HAYDEN:  Yeah. |
| 11:10:47 | 7 | THE WITNESS:  No. |
| 11:10:47 | 8 | BY MS. HAYRAPETIAN: |
| 11:10:48 | 9 | Q    Okay.  Have you been involved in preparing |
| 11:10:50 | 10 | witnesses in this case for their depositions? |
| 11:10:53 | 11 | A    Preparing witnesses for their depositions?  I |
| 11:10:57 | 12 | don't -- no. |
| 11:10:58 | 13 | Q    Okay.  Did you communicate with Tory before |
| 11:11:00 | 14 | his deposition? |
| 11:11:01 | 15 | A    I don't remember. |
| 11:11:02 | 16 | Q    Did you help Tory prepare for his deposition? |
| 11:11:04 | 17 | A    I don't remember. |
| 11:11:06 | 18 | Q    Did you communicate with Sonstar before his |
| 11:11:08 | 19 | deposition? |
| 11:11:08 | 20 | A    Who. |
| 11:11:09 | 21 | Q    Sonstar? |
| 11:11:09 | 22 | A    Who is that? |
| 11:11:10 | 23 | Q    Tory's dad? |
| 11:11:11 | 24 | A    Oh.  I don't remember. |
| 11:11:13 | 25 | Q    Did you advise Sonstar on what he should or |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:11:16 | 1 | should not say? |
| 11:11:17 | 2 | A    I don't remember. |
| 11:11:19 | 3 | Q    At the time UTP was representing Ms. Cooper in |
| 11:11:21 | 4 | this action, did you meet with Ms. Cooper to prepare for |
| 11:11:24 | 5 | her deposition? |
| 11:11:25 | 6 | A    Who? |
| 11:11:25 | 7 | Q    Ms. Cooper.  Milagro Cooper. |
| 11:11:28 | 8 | A    Did I meet with her? |
| 11:11:29 | 9 | Q    Yes. |
| 11:11:31 | 10 | A    Did I meet with her? |
| 11:11:33 | 11 | Q    Correct. |
| 11:11:34 | 12 | A    I don't even know her. |
| 11:11:35 | 13 | Q    You don't know Ms. -- |
| 11:11:37 | 14 | A    I've never met her in person ever in life. |
| 11:11:39 | 15 | Q    Okay.  Do UT -- do UTP lawyers instruct you on |
| 11:11:44 | 16 | how to assist them on UTP cases? |
| 11:11:48 | 17 | A    We already talked about that; so I'll just say |
| 11:11:50 | 18 | I don't remember. |
| 11:11:51 | 19 | Q    Do UTP lawyers supervise your activities? |
| 11:11:55 | 20 | A    I don't remember. |
| 11:11:56 | 21 | Q    Do UTP lawyers provide you feedback on your |
| 11:11:58 | 22 | assignments? |
| 11:11:59 | 23 | A    I don't remember. |
| 11:12:00 | 24 | Q    Are you subject to an annual review of your |
| 11:12:03 | 25 | performance? |

| | | | |
|---|---|---|---|
| 11:12:04 | 1 | A | I don't remember. |

11:12:05  2      Q    Do you need to seek Mr. Hayden or another

11:12:08  3   lawyer's approval before speaking with clients?

11:12:12  4      A    It's the same question three times over and

11:12:14  5   over.  I don't remember.

11:12:17  6      Q    Do you need to seek Mr. Hayden's or any

11:12:19  7   other lawyer's approval to speak to Tory?

11:12:24  8      A    I don't remember.

11:12:27  9      Q    Okay.  Did you need to seek Mr. Hayden's or

11:12:30 10   another lawyer's approval to speak to Ms. Cooper?

11:12:33 11      A    Who?

11:12:34 12      Q    Ms. Cooper.  Milagro Cooper.

11:12:36 13      A    Who is that?

11:12:37 14      Q    The defendant in this case -- Milagro Gramz.

11:12:39 15      A    What is this case about?

11:12:42 16      Q    Milagro Cooper is the defendant in this

11:12:44 17   action --

11:12:45 18      A    Uh-huh.

11:12:46 19      Q    -- brought by Ms. Pete.

11:12:47 20      A    Okay.  Do you know what it's about?

11:12:52 21      Q    Yes.  Unfortunately, it's not my deposition

11:12:54 22   yet today.

11:12:55 23      A    Well, I'm just trying to find out.  Go ahead.

11:12:58 24      Q    Okay.  So this is a case you took on; right?

11:13:04 25      A    I think so, yeah.

| | | |
|---|---|---|
| 11:13:05 | 1 | Q   Okay.  So you don't know what the case is |
| 11:13:06 | 2 | about, but you took it on? |
| 11:13:08 | 3 | A   I don't know what it's about. |
| 11:13:09 | 4 | Q   Okay.  You just took it on 'cause Tory told |
| 11:13:11 | 5 | you to? |
| 11:13:12 | 6 | A   'Cause Tory told me to?  So now if you |
| 11:13:13 | 7 | start -- |
| 11:13:13 | 8 | Q   Yeah. |
| 11:13:14 | 9 | MR. HAYDEN:  Objection.  Speculation. |
| 11:13:15 | 10 | THE WITNESS:  -- if you start, I start; right? |
| 11:13:16 | 11 | MR. HAYDEN:  I said, "Objection. |
| 11:13:17 | 12 | Speculation." |
| 11:13:19 | 13 | BY MS. HAYRAPETIAN: |
| 11:13:20 | 14 | Q   Can you answer my question? |
| 11:13:22 | 15 | A   I don't know what you are talking about. |
| 11:13:24 | 16 | Q   Okay.  Did you need to seek Mr. Hayden's or |
| 11:13:29 | 17 | another lawyer's approval before speaking to Ms. Cooper? |
| 11:13:34 | 18 | A   I don't remember. |
| 11:13:35 | 19 | Q   Okay.  You are aware that the State of |
| 11:13:36 | 20 | California charged Tory with three felonies for shooting |
| 11:13:40 | 21 | Ms. Pete on July 12th, 2020; correct? |
| 11:13:44 | 22 | A   For doing what?  Who shot her?  Is that what |
| 11:13:48 | 23 | you are saying? |
| 11:13:49 | 24 | Q   Actually, my question was:  You are aware that |
| 11:13:51 | 25 | the state of California charged Tory with three felonies |

CEASAR MCDOWELL                                                      JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:13:55 | 1 | for shooting Ms. Pete on July 12th, 2020? |
| 11:13:58 | 2 | A    I don't remember. |
| 11:13:58 | 3 | Q    You don't remember.  Okay. |
| 11:14:00 | 4 | A    Huh-uh. |
| 11:14:01 | 5 | Q    And do you remember that Tory was convicted of |
| 11:14:03 | 6 | one felony assault with a semi-autic firearm? |
| 11:14:07 | 7 | A    Semi-autic? |
| 11:14:08 | 8 | Q    Semi-automatic.  Sorry. |
| 11:14:09 | 9 | A    Automatic, oh.  I don't remember. |
| 11:14:11 | 10 | Q    And do you remember if Tory was convicted of |
| 11:14:15 | 11 | illegal possession of a firearm? |
| 11:14:18 | 12 | A    Was he? |
| 11:14:20 | 13 | Q    And Tory was convicted of negligent discharge |
| 11:14:23 | 14 | of a firearm; correct? |
| 11:14:25 | 15 | A    I don't know. |
| 11:14:25 | 16 | Q    The jury unanimously found Tory guilty of all |
| 11:14:29 | 17 | three felony accounts; correct? |
| 11:14:30 | 18 | A    I don't know. |
| 11:14:31 | 19 | Q    Tory was -- |
| 11:14:33 | 20 | A    They unanimously found him?  That's what you |
| 11:14:36 | 21 | are saying? |
| 11:14:36 | 22 | Q    Yes. |
| 11:14:37 | 23 | A    Is it?  Wow. |
| 11:14:38 | 24 | Q    You don't know? |
| 11:14:38 | 25 | A    I didn't know. |

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:14:39 | 1 | Q    Okay.  It's not a case you took on? |
| 11:14:41 | 2 | A    I don't know his charges. |
| 11:14:42 | 3 | Q    Okay.  Tory was sentenced to 10 years in |
| 11:14:45 | 4 | prison as a result of his felony convictions; correct? |
| 11:14:49 | 5 | A    I think so. |
| 11:14:50 | 6 | Q    And Tory currently remains in prison, serving |
| 11:14:52 | 7 | that same sentence? |
| 11:14:53 | 8 | A    He is still there? |
| 11:14:59 | 9 | Q    Do you know?  You don't know? |
| 11:14:59 | 10 | A    What? |
| 11:15:00 | 11 | Q    If Tory is still in prison? |
| 11:15:03 | 12 | A    I don't know where he is at. |
| 11:15:04 | 13 | Q    Okay.  So he might be out of prison? |
| 11:15:06 | 14 | A    He could be. |
| 11:15:08 | 15 | Q    Okay. |
| 11:15:08 | 16 | A    I've been in here with you. |
| 11:15:10 | 17 | Q    All right. |
| 11:15:10 | 18 | Tory was proven guilty beyond a reasonable |
| 11:15:13 | 19 | doubt by a jury of his peers; correct? |
| 11:15:16 | 20 | A    Jury of his peers? |
| 11:15:18 | 21 | Q    Yep. |
| 11:15:19 | 22 | MS. DIXON:  Objection.  Asked and answered. |
| 11:15:20 | 23 | And argumentative. |
| 11:15:24 | 24 | THE WITNESS:  What she said. |
| 11:15:25 | 25 | BY MS. HAYRAPETIAN: |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:15:26 | 1 | Q    What did she say?  I couldn't hear. |
| 11:15:29 | 2 | A    You couldn't? |
| 11:15:29 | 3 | Q    No. |
| 11:15:30 | 4 | A    Oh, okay. |
| 11:15:34 | 5 | Q    Do you have an answer to my question? |
| 11:15:36 | 6 | A    What was your question? |
| 11:15:37 | 7 |      MS. HAYRAPETIAN:  Can you read it back. |
| 11:15:38 | 8 |      (The following record was read: |
| 11:15:38 | 9 |      "QUESTION:  All right.  Tory was proven |
| 11:15:38 | 10 |     guilty beyond a reasonable doubt by a jury |
| 11:15:38 | 11 |     of his peers; correct?") |
| 11:15:51 | 12 |     THE WITNESS:  Were you asking me that? |
| 11:15:52 | 13 | BY MS. HAYRAPETIAN: |
| 11:15:53 | 14 | Q    Uh-huh. |
| 11:15:54 | 15 | A    A jury of his peers.  That's big. |
| 11:15:59 | 16 | Q    Yes-or-no question. |
| 11:16:00 | 17 | A    What was it? |
| 11:16:02 | 18 | Q    Do you have an answer? |
| 11:16:04 | 19 | A    To was he convicted by his peers?  That was |
| 11:16:08 | 20 | the question? |
| 11:16:08 | 21 | Q    Yeah, that was the question. |
| 11:16:09 | 22 | A    Nah.  I don't think he was convicted by his |
| 11:16:11 | 23 | peers. |
| 11:16:12 | 24 | Q    Okay.  Who do you think he was convicted by? |
| 11:16:16 | 25 | A    Peoples. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 11:16:16 | 1 | Q    What peoples? |
| 11:16:17 | 2 | A    Peoples that was in the courtroom. |
| 11:16:20 | 3 | Q    Okay.  You were at Tory's criminal trial; |
| 11:16:24 | 4 | correct? |
| 11:16:25 | 5 | A    Sometimes. |
| 11:16:26 | 6 | Q    Sometimes. |
| 11:16:27 | 7 | You weren't being paid to attend Tory's trial, |
| 11:16:28 | 8 | were you? |
| 11:16:32 | 9 | A    No. |
| 11:16:34 | 10 | Q    Okay.  You weren't working for any of the |
| 11:16:36 | 11 | lawyers representing Tory; right? |
| 11:16:39 | 12 | A    I don't know. |
| 11:16:40 | 13 | Q    So you were attending the trial as his friend |
| 11:16:42 | 14 | of Tory? |
| 11:16:43 | 15 | A    I don't know. |
| 11:16:45 | 16 | Q    You knew Tory well before his trial; correct? |
| 11:16:47 | 17 | A    I don't remember. |
| 11:16:48 | 18 | Q    Do you remember when you met Tory? |
| 11:16:51 | 19 | A    No. |
| 11:16:52 | 20 | Q    How -- how long have you known him? |
| 11:16:53 | 21 | A    I don't know. |
| 11:16:53 | 22 | Q    Best estimate? |
| 11:16:56 | 23 | A    A lot of days. |
| 11:16:57 | 24 | Q    Okay.  So I'm entitled to your best estimate |
| 11:16:59 | 25 | which is different from a guess. |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:17:01 | 1 | Do you know the difference between an estimate |
| 11:17:02 | 2 | and a guess? |
| 11:17:03 | 3 | A    Three days. |
| 11:17:04 | 4 | Q    You've known Tory for three days? |
| 11:17:06 | 5 | A    Yep.  For sure.  I've known him definitely for |
| 11:17:08 | 6 | three days. |
| 11:17:09 | 7 | Q    Okay.  Have you known Tory for longer than |
| 11:17:10 | 8 | three days? |
| 11:17:11 | 9 | A    Yes. |
| 11:17:12 | 10 | Q    How long have you known him? |
| 11:17:14 | 11 | A    I don't remember. |
| 11:17:14 | 12 | Q    Ten years? |
| 11:17:20 | 13 | A    I don't remember. |
| 11:17:21 | 14 | Q    Could it be 10 years?  Best estimate? |
| 11:17:25 | 15 | A    I don't know. |
| 11:17:28 | 16 | Q    More than five years you've known Tory? |
| 11:17:34 | 17 | A    I don't know. |
| 11:17:35 | 18 | Q    Okay.  More than two years you've known Tory? |
| 11:17:37 | 19 | A    Yes. |
| 11:17:38 | 20 | Q    More than three years? |
| 11:17:39 | 21 | A    I don't know. |
| 11:17:41 | 22 | Q    You knew him at the time of the shooting; |
| 11:17:44 | 23 | correct? |
| 11:17:44 | 24 | A    I don't know when the shooting happened. |
| 11:17:46 | 25 | Q    July 12th, 2020. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:17:48 | 1 | A    I don't remember. |
| 11:17:49 | 2 | Q    Okay.  So you knew him at trial and that was |
| 11:17:54 | 3 | 2022. |
| 11:17:55 | 4 | A    Was it? |
| 11:17:55 | 5 | Q    Yes.  How did you end up going to Tory's |
| 11:17:58 | 6 | trial? |
| 11:17:58 | 7 | A    I drove. |
| 11:17:59 | 8 | Q    You drove.  Great. |
| 11:18:02 | 9 | How did you end up knowing Tory well enough to |
| 11:18:06 | 10 | end up going to his trial to support him? |
| 11:18:11 | 11 | A    I -- I don't know if I went there to support |
| 11:18:13 | 12 | him.  I went to the trial.  I don't know how. |
| 11:18:17 | 13 | Q    Okay.  Well, if you were there to support him, |
| 11:18:19 | 14 | what were you there for? |
| 11:18:22 | 15 | A    I don't remember. |
| 11:18:23 | 16 | Q    Tory was sitting on UTP's Advisory Board; |
| 11:18:30 | 17 | correct? |
| 11:18:32 | 18 | A    Sure. |
| 11:18:33 | 19 | Q    Including at the time of the trial? |
| 11:18:36 | 20 | A    I don't remember. |
| 11:18:38 | 21 | Q    Tory was also contributing financially to the |
| 11:18:40 | 22 | organization; correct? |
| 11:18:42 | 23 | A    I don't remember. |
| 11:18:44 | 24 | MS. HAYRAPETIAN:  I'd like to mark as |
| 11:18:45 | 25 | Exhibit Number 77.  This is Tab 5. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 11:19:28 | 1 | MS. DIXON:  The previous was 76. |
| 11:19:29 | 2 | MS. HAYRAPETIAN:  Yeah. |
| 11:19:47 | 3 | (Exhibit 77 was marked for identification.) |
| 11:19:47 | 4 | BY MS. HAYRAPETIAN: |
| 11:19:48 | 5 | Q    Okay.  So this is a Instagram post from Unite |
| 11:19:57 | 6 | the People.  And I'll read the caption of the post first |
| 11:20:04 | 7 | which states, "Hello, my name is Ceasar McDowell, CEO of |
| 11:20:08 | 8 | Unite the People.  As you may know, Grammy |
| 11:20:10 | 9 | Award-nominated artist and philanthropist Tory Lanez is |
| 11:20:13 | 10 | a three-year member of the advisory board of our |
| 11:20:15 | 11 | organization.  As a whole, we stand for fighting against |
| 11:20:19 | 12 | social injustices, including the prosecution of innocent |
| 11:20:21 | 13 | people.  As you also know, Tory is currently on trial |
| 11:20:24 | 14 | and being egregiously accused of something he did not |
| 11:20:27 | 15 | do." |
| 11:20:29 | 16 | What basis do you have for claiming Tory's |
| 11:20:31 | 17 | innocence? |
| 11:20:34 | 18 | A    Are you talking to me? |
| 11:20:35 | 19 | Q    Yes. |
| 11:20:36 | 20 | A    What basis do I have for what? |
| 11:20:37 | 21 | Q    Claiming Tory's innocent.  Or, quote, "being |
| 11:20:41 | 22 | egregiously accused of something he did not do." |
| 11:20:44 | 23 | What's your basis for that statement? |
| 11:20:46 | 24 | A    The basis for that statement?  It said what |
| 11:20:50 | 25 | again?  That he was egregiously -- where is that?  Let |

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:20:54 | 1 | me read that to you.  Where is it at? |
| 11:20:56 | 2 | Q     It's the last line of your Instagram caption. |
| 11:21:00 | 3 | A     Last line -- |
| 11:21:01 | 4 | Q     On the right side. |
| 11:21:02 | 5 | A     "Tory is currently on trial and being |
| 11:21:07 | 6 | egregiously accused of something he did not do."  I |
| 11:21:11 | 7 | stand by that. |
| 11:21:12 | 8 | Q     Okay.  On what basis? |
| 11:21:14 | 9 | A     On I believe he was -- let me read it again. |
| 11:21:16 | 10 | "Currently on trial for being egregiously accused of |
| 11:21:21 | 11 | something he did not do."  On that basis. |
| 11:21:24 | 12 | Q     Okay.  And how do you know he did not do it? |
| 11:21:29 | 13 | A     'Cause I know he did not do it. |
| 11:21:32 | 14 | Q     Because he told you he did not do it? |
| 11:21:33 | 15 | A     Because I know he did not do it. |
| 11:21:35 | 16 | Q     And how did you come to know he did not do it? |
| 11:21:38 | 17 | A     'Cause that's what I believe. |
| 11:21:39 | 18 | Q     Okay.  And why do you believe that? |
| 11:21:42 | 19 | A     Because he is a great guy. |
| 11:21:43 | 20 | Q     Okay.  Keeping -- I'm going to continue |
| 11:21:49 | 21 | reading.  [As read] Keeping in line with our common |
| 11:21:52 | 22 | goals, mission, and reform efforts, all areas that Tory |
| 11:21:55 | 23 | has avidly aided Unite the People Inc. -- |
| 11:21:59 | 24 | A     Where were you reading that?  I don't see |
| 11:22:00 | 25 | that. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:22:01 | 1 | Q    This is in the -- |
| 11:22:02 | 2 | A    The black? |
| 11:22:02 | 3 | Q    -- post on the left.  Yes.  Correct.  On the |
| 11:22:06 | 4 | black. |
| 11:22:06 | 5 | [As read] So Tory avidly aided Unite the |
| 11:22:09 | 6 | People Inc. physically and monetarily.  We would love |
| 11:22:11 | 7 | for all of you, his friends, family, and fans, to rally |
| 11:22:14 | 8 | and show a united front to protest these charges. |
| 11:22:21 | 9 | And then it says, "Sincerely, Ceasar McDowell, |
| 11:22:24 | 10 | CEO," and some of your information. |
| 11:22:27 | 11 | Do you recall making that post? |
| 11:22:29 | 12 | A    I don't remember. |
| 11:22:37 | 13 | Q    Any reason to doubt these are your words? |
| 11:22:39 | 14 | A    I would absolutely doubt that these are my |
| 11:22:41 | 15 | words. |
| 11:22:44 | 16 | Q    You would, or you wouldn't? |
| 11:22:45 | 17 | A    I would. |
| 11:22:46 | 18 | Q    You would? |
| 11:22:46 | 19 | A    Uh-huh. |
| 11:22:47 | 20 | Q    So someone else just went on Unite the |
| 11:22:51 | 21 | People's Instagram account and posted on your behalf? |
| 11:22:55 | 22 | A    No.  I just don't know if these are my exact |
| 11:22:57 | 23 | words.  I don't know where you got it from.  I'm looking |
| 11:22:59 | 24 | at this piece of paper but -- |
| 11:23:02 | 25 | Q    Okay.  Well, you are welcome to pull out your |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:23:04 | 1 | Instagram and go to this post and compare it. |
| 11:23:08 | 2 | Do you want to do that, if you don't believe |
| 11:23:10 | 3 | me?  We have time.  We can do it on a break. |
| 11:23:13 | 4 | A    We can do it all day. |
| 11:23:14 | 5 | Q    Yeah. |
| 11:23:14 | 6 | A    Hey, I have nothing to do today. |
| 11:23:16 | 7 | Q    Same.  I'm so glad. |
| 11:23:16 | 8 | A    You feel me.  That's what I'm talking about. |
| 11:23:16 | 9 | Yeah. |
| 11:23:17 | 10 | You want to do lunch after this? |
| 11:23:19 | 11 | Q    Actually, we ordered lunch so, yeah. |
| 11:23:21 | 12 | A    Did you? |
| 11:23:21 | 13 | Q    Yeah, yeah. |
| 11:23:21 | 14 | A    I would not eat nothing from you people. |
| 11:23:23 | 15 | Q    That's unfortunate. |
| 11:23:24 | 16 | A    Yeah. |
| 11:23:24 | 17 | Q    I'm not making it.  But okay. |
| 11:23:29 | 18 | So this is a post from Unite the People, and |
| 11:23:34 | 19 | you believe Tory is innocent. |
| 11:23:35 | 20 | Did anyone else at UTP attend Tory's trial? |
| 11:23:41 | 21 | A    Yeah.  I'm sure they did. |
| 11:23:43 | 22 | Q    Do you remember who? |
| 11:23:44 | 23 | A    No. |
| 11:23:44 | 24 | Q    Was Mr. Hayden there? |
| 11:23:45 | 25 | A    I don't remember. |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:23:47 | 1 | Q   You -- |
| 11:23:48 | 2 | A   He is right here. |
| 11:23:50 | 3 | MR. HAYDEN:  I can't answer.  You have to |
| 11:23:51 | 4 | answer. |
| 11:23:52 | 5 | THE WITNESS:  Oh, okay. |
| 11:23:52 | 6 | I don't remember. |
| 11:23:52 | 7 | BY MS. HAYRAPETIAN: |
| 11:23:53 | 8 | Q   Did UTP help out with Tory's defense before or |
| 11:23:56 | 9 | during the trial? |
| 11:23:57 | 10 | A   I don't remember. |
| 11:23:58 | 11 | Q   Did UTP begin -- when did UTP begin |
| 11:24:00 | 12 | representing Tory? |
| 11:24:02 | 13 | A   That, I don't remember. |
| 11:24:04 | 14 | Q   The other stuff you did remember. |
| 11:24:06 | 15 | You just weren't telling me? |
| 11:24:07 | 16 | A   Which stuff? |
| 11:24:08 | 17 | Q   Well, I just asked did UTP -- "when did UTP |
| 11:24:11 | 18 | begin representing Tory?" |
| 11:24:12 | 19 | And you said, "That, I don't remember." |
| 11:24:14 | 20 | A   That, I don't remember. |
| 11:24:15 | 21 | Q   So the other stuff you remembered? |
| 11:24:16 | 22 | A   No.  I said what I don't remember. |
| 11:24:18 | 23 | We got all day; right? |
| 11:24:20 | 24 | Q   Yeah. |
| 11:24:20 | 25 | A   Let's do it. |

| | | |
|---|---|---|
| 11:24:21 | 1 | Q    All day. |
| 11:24:22 | 2 | A    Let's do it.  I'm with it. |
| 11:24:27 | 3 | Q    Okay.  Did you attend every day of Tory's |
| 11:24:30 | 4 | trial? |
| 11:24:31 | 5 | A    I don't remember. |
| 11:24:31 | 6 | Q    Did you attend most days? |
| 11:24:32 | 7 | A    I don't remember. |
| 11:24:33 | 8 | Q    You met Ms. Cooper in person at Tory's |
| 11:24:35 | 9 | criminal trial; correct? |
| 11:24:37 | 10 | A    I don't remember.  I don't think so. |
| 11:24:39 | 11 | Q    Okay.  So if Ms. Cooper testified a few days |
| 11:24:44 | 12 | ago that she, quote, "I met Ceasar at trial, at the |
| 11:24:49 | 13 | trial of Daystar Peterson." |
| 11:24:54 | 14 | A    She could be right.  I just don't remember. |
| 11:24:55 | 15 | Q    Okay.  Was this the -- sorry. |
| 11:25:04 | 16 | Do you know who Ms. Cooper is, sitting here |
| 11:25:06 | 17 | today? |
| 11:25:09 | 18 | A    I don't see her. |
| 11:25:11 | 19 | Q    But you know her? |
| 11:25:12 | 20 | A    Who? |
| 11:25:13 | 21 | Q    Ms. Cooper. |
| 11:25:13 | 22 | A    No. |
| 11:25:14 | 23 | Q    You don't know her? |
| 11:25:16 | 24 | A    No. |
| 11:25:16 | 25 | Q    You don't remember meeting her at trial, but |

```
11:25:18   1    she could have -- she could be --

11:25:20   2         A    She could have.  She could be.  She could be,

11:25:21   3    right.

11:25:21   4         Q    And do you think that was the first time you

11:25:23   5    would have met her in person?

11:25:26   6         A    I don't think -- I don't think I met her in

11:25:27   7    person.  I don't remember.  But there was a lot of

11:25:31   8    people at trial.

11:25:31   9              Did you go to the trial?

11:25:33   10        Q    No.

11:25:33   11        A    Oh.  You weren't in criminal court?

11:25:40   12        Q    I'm sorry.  What did you say?

11:25:41   13        A    You weren't allowed there because you are not

11:25:44   14    a criminal attorney.

11:25:45   15        Q    Actually, that's not the requirement for being

11:25:47   16    in court.  You -- you were there, and you aren't a

11:25:49   17    criminal attorney.

11:25:50   18        A    Feel me.  But I'm there.

11:25:54   19        Q    Okay.

11:25:57   20        A    You have nice hair too.

11:25:58   21        Q    Thank you.  I appreciate it.

11:25:59   22        A    You are welcome.

11:26:01   23        Q    Did you know Ms. Cooper prior to trial?

11:26:02   24        A    Who?

11:26:03   25        Q    Ms. Cooper, Milagro Cooper?
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:26:04 | 1 | A    The person I said I already said I didn't |
| 11:26:06 | 2 | know. |
| 11:26:07 | 3 | Q    I'm just trying to see if your recollection |
| 11:26:08 | 4 | has been refreshed at any point throughout this day so |
| 11:26:11 | 5 | far. |
| 11:26:11 | 6 | A    Okay.  Cool, cool, cool.  I don't remember. |
| 11:26:13 | 7 | Q    Okay.  Do you have Ms. Cooper's phone number? |
| 11:26:19 | 8 | A    Who? |
| 11:26:20 | 9 | Q    Ms. Cooper's phone number? |
| 11:26:21 | 10 | A    I don't know. |
| 11:26:21 | 11 | Q    You don't know? |
| 11:26:22 | 12 | A    I don't know. |
| 11:26:23 | 13 | Q    Okay.  How did you end up taking on |
| 11:26:28 | 14 | Ms. Cooper's case? |
| 11:26:29 | 15 | A    I don't remember. |
| 11:26:30 | 16 | Q    Did you exchange phone numbers with |
| 11:26:38 | 17 | Ms. Cooper? |
| 11:26:39 | 18 | A    I don't remember. |
| 11:26:40 | 19 | Q    Did you exchange any documents or notes with |
| 11:26:42 | 20 | Ms. Cooper during Tory's trial? |
| 11:26:44 | 21 | A    I don't remember. |
| 11:26:45 | 22 | Q    At any point during the trial, did you convey |
| 11:26:47 | 23 | any information to Ms. Cooper? |
| 11:26:49 | 24 | A    I do not remember. |
| 11:26:51 | 25 | Q    At any point during the trial, did you |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:26:52 | 1 | communicate any information to Ms. Cooper at the request |
| 11:26:55 | 2 | of Tory? |
| 11:26:56 | 3 | A    I don't remember. |
| 11:26:58 | 4 | Q    How about anyone else in his circle? |
| 11:27:00 | 5 | A    I don't remember. |
| 11:27:00 | 6 | Q    What information did you communicate to |
| 11:27:04 | 7 | Ms. Cooper during Tory's trial at his request or that of |
| 11:27:07 | 8 | anyone in his circle? |
| 11:27:09 | 9 | MR. HAYDEN:  Objection.  Speculation. |
| 11:27:11 | 10 | BY MS. HAYRAPETIAN: |
| 11:27:11 | 11 | Q    You don't remember that either? |
| 11:27:12 | 12 | A    No. |
| 11:27:13 | 13 | Q    Okay.  But you did communicate information |
| 11:27:19 | 14 | from Tory? |
| 11:27:20 | 15 | MR. HAYDEN:  Objection.  Speculation. |
| 11:27:22 | 16 | THE WITNESS:  I don't remember. |
| 11:27:22 | 17 | BY MS. HAYRAPETIAN: |
| 11:27:23 | 18 | Q    So you don't -- |
| 11:27:26 | 19 | MS. DIXON:  Objection.  Assuming facts -- |
| 11:27:32 | 20 | THE COURT REPORTER:  I can't -- I can't hear |
| 11:27:32 | 21 | her. |
| 11:27:32 | 22 | Can you repeat that, please? |
| 11:27:30 | 23 | MS. DIXON:  Assuming facts not in evidence. |
| 11:27:33 | 24 | BY MS. HAYRAPETIAN: |
| 11:27:34 | 25 | Q    So you don't remember what information you |

| | | |
|---|---|---|
| 11:27:39 | 1 | communicated to Ms. Cooper from Tory? |
| 11:27:42 | 2 | MR. HAYDEN:  Objection.  Same objections. |
| 11:27:43 | 3 | THE WITNESS:  Are you insinuating that I did? |
| 11:27:45 | 4 | BY MS. HAYRAPETIAN: |
| 11:27:46 | 5 | Q  I'm asking -- |
| 11:27:47 | 6 | A  I just told you that I don't remember, but |
| 11:27:49 | 7 | you're insinuating that I did.  I said, "I don't |
| 11:27:50 | 8 | remember." |
| 11:27:50 | 9 | Q  Actually, sir, I wasn't done with my question; |
| 11:27:52 | 10 | so -- |
| 11:27:52 | 11 | A  Actually, I answered. |
| 11:27:54 | 12 | MR. HAYDEN:  Wait until she's finished. |
| 11:27:55 | 13 | BY MS. HAYRAPETIAN: |
| 11:27:56 | 14 | Q  I am trying to get clarification on what it is |
| 11:27:58 | 15 | you don't remember. |
| 11:27:59 | 16 | A  Oh.  Okay. |
| 11:27:59 | 17 | Q  On -- |
| 11:28:00 | 18 | A  It seems like you are trying to say I did |
| 11:28:02 | 19 | something.  That's what it seems like to me. |
| 11:28:05 | 20 | Q  Well -- |
| 11:28:06 | 21 | A  Okay. |
| 11:28:06 | 22 | Q  -- if you let me finish my question -- |
| 11:28:08 | 23 | A  Sure. |
| 11:28:08 | 24 | Q  -- I think we can get to where we need to get. |
| 11:28:10 | 25 | A  Which -- which one, though?  You just |

CEASAR MCDOWELL                                             JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:28:11 | 1 | finished, and I was still answering.  Then you started |
| 11:28:14 | 2 | again, while I was still answering, but you said you are |
| 11:28:16 | 3 | not finished. |
| 11:28:17 | 4 | Q    So what -- what is it that you don't remember? |
| 11:28:21 | 5 | A    Anything. |
| 11:28:21 | 6 | Q    You don't remember if you gave information? |
| 11:28:28 | 7 | Or you know you didn't give information?  Or you don't |
| 11:28:31 | 8 | remember what information you gave? |
| 11:28:34 | 9 | MS. DIXON:  Objection.  It's a compound |
| 11:28:36 | 10 | question.  Vague and ambiguous. |
| 11:28:40 | 11 | THE WITNESS:  Are you done? |
| 11:28:40 | 12 | BY MS. HAYRAPETIAN: |
| 11:28:41 | 13 | Q    I'm done. |
| 11:28:42 | 14 | A    Oh, okay.  I don't remember. |
| 11:28:43 | 15 | Q    Tory is UTP's most well-known client; correct? |
| 11:28:55 | 16 | MR. HAYDEN:  Objection.  Speculation. |
| 11:28:59 | 17 | THE WITNESS:  Are you done?  I don't know. |
| 11:29:01 | 18 | BY MS. HAYRAPETIAN: |
| 11:29:02 | 19 | Q    You don't know? |
| 11:29:03 | 20 | A    Huh-uh. |
| 11:29:04 | 21 | Q    Do you have any clients that are more |
| 11:29:12 | 22 | well-known than Tory? |
| 11:29:14 | 23 | MR. HAYDEN:  Objection.  Speculation. |
| 11:29:15 | 24 | Relevance. |
| 11:29:18 | 25 | THE WITNESS:  I don't remember. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

```
11:29:18   1   BY MS. HAYRAPETIAN:
11:29:19   2       Q    Tory attracts significant media coverage and
11:29:21   3   publicity for UTP; correct?
11:29:23   4              MR. HAYDEN:  Objection.  Speculation.
11:29:25   5              THE WITNESS:  I don't know.
11:29:26   6   BY MS. HAYRAPETIAN:
11:29:26   7       Q    Potential clients reach out to UTP because
11:29:28   8   they know UTP represents Tory; correct?
11:29:30   9              MR. HAYDEN:  Objection.  Speculation.
11:29:33  10              THE WITNESS:  I don't know.
11:29:33  11   BY MS. HAYRAPETIAN:
11:29:34  12       Q    UTP has donors who contribute financially
11:29:36  13   because of Tory; correct?
11:29:38  14              MR. HAYDEN:  Objection.  Speculation.
11:29:39  15   Assuming facts not in evidence.
11:29:41  16              THE WITNESS:  I don't know.
11:29:41  17   BY MS. HAYRAPETIAN:
11:29:42  18       Q    In fact, donors give with a specific intent of
11:29:45  19   supporting the Free Tory Movement; correct?
11:29:48  20              MR. HAYDEN:  Same objections.
11:29:50  21              THE WITNESS:  I don't know.
11:29:50  22   BY MS. HAYRAPETIAN:
11:29:51  23       Q    UTP racks up the highest costs and fees in
11:29:53  24   representing Tory?
11:29:54  25              MR. HAYDEN:  Same objections.
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
11:29:57   1              THE WITNESS:  Say that again.  Just let me
11:29:58   2   hear you say it again because I don't -- I didn't hear
11:30:00   3   it.  Go ahead.
11:30:01   4   BY MS. HAYRAPETIAN:
11:30:02   5        Q    UTP racks up the highest costs and fees in
11:30:04   6   representing Tory; correct?
11:30:06   7        A    UTP -- I want you to explain that, please.
11:30:08   8        Q    Okay.  Let's break it down.
11:30:10   9        A    Let's break it down.
11:30:11  10        Q    UTP --
11:30:12  11        A    Uh-huh.
11:30:12  12        Q    -- racks up --
11:30:13  13        A    What?
11:30:13  14        Q    -- its highest costs and fees in representing
11:30:17  15   Tory.
11:30:18  16        A    No.
11:30:19  17        Q    No.  What -- what case brings you in more
11:30:21  18   money than Tory's?
11:30:23  19        A    Damn near everyone.
11:30:24  20        Q    Really?
11:30:25  21        A    Yeah.
11:30:25  22        Q    Why is that?
11:30:28  23        A    Because it's a lot more of them.
11:30:31  24        Q    Okay.  But I'm talking about what's your most
11:30:36  25   expensive case?  The one that brings you in the most
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:30:40 | 1 | money? |
| 11:30:41 | 2 | A    I don't know. |
| 11:30:42 | 3 | Q    But it's not Tory's? |
| 11:30:43 | 4 | A    I don't know. |
| 11:30:46 | 5 | Q    Okay.  Tory has -- Tory contributes |
| 11:30:52 | 6 | financially to UTP outside of his own legal fees; |
| 11:30:54 | 7 | correct? |
| 11:30:54 | 8 | A    I don't know. |
| 11:30:56 | 9 | Q    Okay.  Tory has helped pay the legal fees of |
| 11:30:58 | 10 | other clients represented by UTP; correct? |
| 11:31:01 | 11 | A    I don't know. |
| 11:31:02 | 12 | Q    And he has also help pay the fees for |
| 11:31:05 | 13 | Ms. Cooper; correct? |
| 11:31:06 | 14 |         MR. HAYDEN:  Objection.  Speculation. |
| 11:31:11 | 15 |         THE WITNESS:  What was the question?  I was |
| 11:31:12 | 16 | coughing.  I'm sorry. |
| 11:31:12 | 17 | BY MS. HAYRAPETIAN: |
| 11:31:13 | 18 | Q    No problem. |
| 11:31:14 | 19 |         Tory has also helped pay the fees for |
| 11:31:17 | 20 | Ms. Cooper; correct? |
| 11:31:18 | 21 | A    No. |
| 11:31:20 | 22 | Q    That one, you remember? |
| 11:31:22 | 23 | A    What did I say? |
| 11:31:23 | 24 | Q    You said, "No." |
| 11:31:23 | 25 | A    Then I must have remembered. |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:31:26 | 1 | Q    Shocked.  I know.  You remembered something. |
| 11:31:28 | 2 | A    I must have remembered.  I must have |
| 11:31:29 | 3 | remembered. |
| 11:31:31 | 4 | MS. DIXON:  Objection.  That's argumentative. |
| 11:31:32 | 5 | MS. HAYRAPETIAN:  Is it? |
| 11:31:32 | 6 | MS. DIXON:  Yeah.  The way you are talking |
| 11:31:35 | 7 | with him is argumentative. |
| 11:31:37 | 8 | MS. HAYRAPETIAN:  Thank you. |
| 11:31:39 | 9 | THE WITNESS:  I agree with her. |
| 11:31:40 | 10 | BY MS. HAYRAPETIAN: |
| 11:31:40 | 11 | Q    Let's see how long it is you are going to |
| 11:31:48 | 12 | agree with her for.  Just hang out.  Stay with me. |
| 11:31:54 | 13 | A    I'm here.  Let's do it. |
| 11:31:55 | 14 | Q    Come back to me when we get on page 50 of my |
| 11:31:58 | 15 | outline. |
| 11:31:59 | 16 | A    Sure.  Let's do it.  Let's do it. |
| 11:32:00 | 17 | Let me know when we're at page 50, please. |
| 11:32:03 | 18 | Q    I will. |
| 11:32:03 | 19 | A    All right. |
| 11:32:04 | 20 | Q    Okay.  So according to your website, |
| 11:32:09 | 21 | Tory Lanez stopped by the Unite the People office in |
| 11:32:12 | 22 | Downtown Long Beach and donated $50,000 to pay off the |
| 11:32:18 | 23 | legal fees for 30 families. |
| 11:32:20 | 24 | Do you recall that? |
| 11:32:22 | 25 | A    I don't remember. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:32:23 | 1 | Q    Okay. |
| 11:32:24 | 2 | MS. HAYRAPETIAN:  Let's mark Exhibit |
| 11:32:25 | 3 | Number 78, and we're going to pull up Tab 22, please. |
| 11:32:32 | 4 | (Exhibit 78 was marked for identification.) |
| 11:33:04 | 5 | MS. HAYRAPETIAN:  Okay.  Let's head towards |
| 11:33:05 | 6 | page 3 which has -- and I'll just represent this is a |
| 11:33:15 | 7 | screen grab from UTP's website.  The capture link is all |
| 11:33:21 | 8 | on page 1.  And on page 3, there is an article link |
| 11:33:28 | 9 | about Tory Lanez donating $50,000. |
| 11:33:40 | 10 | BY MS. HAYRAPETIAN: |
| 11:33:40 | 11 | Q    So who are the clients Tory helped pay legal |
| 11:33:43 | 12 | fees for? |
| 11:33:46 | 13 | Do you want to go to page 3 so you can follow |
| 11:33:48 | 14 | along? |
| 11:33:49 | 15 | A    It's my website. |
| 11:33:52 | 16 | Q    Oh, you remember? |
| 11:33:53 | 17 | A    It's my website. |
| 11:33:54 | 18 | Q    Awesome.  Okay. |
| 11:33:55 | 19 | So we just read Tory Lanez stopped by, donated |
| 11:33:59 | 20 | $50,000 to pay off the legal fees for 30 families. |
| 11:34:04 | 21 | A    That's what it says. |
| 11:34:05 | 22 | Q    Yeah.  Which clients of yours did Tory pay |
| 11:34:10 | 23 | fees for? |
| 11:34:11 | 24 | A    I don't remember. |
| 11:34:13 | 25 | Q    Okay.  But that included Ms. Cooper; right? |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:34:16 | 1 | MR. HAYDEN:  Objection.  Speculation. |
| 11:34:17 | 2 | Assuming facts not in evidence. |
| 11:34:23 | 3 | THE WITNESS:  You are funny. |
| 11:34:23 | 4 | BY MS. HAYRAPETIAN: |
| 11:34:24 | 5 | Q    Thanks. |
| 11:34:27 | 6 | A    You are trying.  You are trying. |
| 11:34:30 | 7 | MS. DIXON:  Just a point of clarification, |
| 11:34:30 | 8 | there's no date on this.  And he apparently stopped by |
| 11:34:33 | 9 | in person; so he wasn't incarcerated.  He has been |
| 11:34:37 | 10 | incarcerated during all times pending this -- this |
| 11:34:41 | 11 | particular lawsuit; so I'm going to object based on |
| 11:34:43 | 12 | relevance. |
| 11:34:44 | 13 | MS. HAYRAPETIAN:  Okay.  Well, your objections |
| 11:34:46 | 14 | are noted, and they're improper because they're speaking |
| 11:34:49 | 15 | objections; so stop coaching the witness from the left |
| 11:34:51 | 16 | side of the room.  And if actually -- |
| 11:34:53 | 17 | MS. DIXON:  I'm not coaching the witness.  I |
| 11:34:54 | 18 | don't know what the date is. |
| 11:34:55 | 19 | MS. HAYRAPETIAN:  Let me speak.  Ronda. |
| 11:34:56 | 20 | MS. DIXON:  If he was out of custody, |
| 11:34:57 | 21 | obviously, it's not relevant because he was in custody |
| 11:34:59 | 22 | the whole time. |
| 11:35:00 | 23 | MS. HAYRAPETIAN:  Ronda, let me -- let me |
| 11:35:01 | 24 | finish.  I don't interrupt you when you are speaking, |
| 11:35:03 | 25 | please. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:35:03 | 1 | MS. DIXON:  Objection.  Relevance. |
| 11:35:04 | 2 | MS. HAYRAPETIAN:  I don't interrupt you when |
| 11:35:05 | 3 | you are speaking.  Please, provide me the same courtesy |
| 11:35:09 | 4 | and respect. |
| 11:35:10 | 5 | And, if you were to look on page 3, on the |
| 11:35:12 | 6 | left side of the screenshot, from "TMZ," a screenshot, |
| 11:35:15 | 7 | that was posted by UTP on its website.  The date very |
| 11:35:20 | 8 | clearly states "May 17, 2023."  And I think if you |
| 11:35:25 | 9 | looked back, he was not in prison. |
| 11:35:27 | 10 | MS. DIXON:  He was incarcerated. |
| 11:35:28 | 11 | MS. HAYRAPETIAN:  Was he? |
| 11:35:29 | 12 | MS. DIXON:  Yes. |
| 11:35:29 | 13 | MS. HAYRAPETIAN:  Okay.  Great.  So -- |
| 11:35:30 | 14 | MS. DIXON:  I know for a fact because I |
| 11:35:31 | 15 | visited him during that time.  He was incarcerated. |
| 11:35:33 | 16 | Since the time of his -- the time that he got convicted, |
| 11:35:38 | 17 | which was in December of 2022, he was -- he was |
| 11:35:41 | 18 | incarcerated on May of 2023. |
| 11:35:44 | 19 | MS. HAYRAPETIAN:  Okay.  Great.  So maybe you |
| 11:35:45 | 20 | want to check to see when his sentencing hearing was. |
| 11:35:48 | 21 | And -- |
| 11:35:50 | 22 | MS. DIXON:  I know when it was. |
| 11:35:50 | 23 | MS. HAYRAPETIAN:  Okay. |
| 11:35:56 | 24 | MS. DIXON:  I was -- |
| 11:35:56 | 25 | MS. HAYRAPETIAN:  Great.  So -- |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 11:35:56 | 1 | (The Court Reporter requested clarification.) |
| 11:35:57 | 2 | MS. DIXON:  I was there. |
| 11:35:58 | 3 | MS. HAYRAPETIAN:  Move to strike. |
| 11:36:00 | 4 | And please refrain from any more talking |
| 11:36:04 | 5 | objections to coach the witness. |
| 11:36:08 | 6 | MS. DIXON:  I'm not coaching the witness.  I'm |
| 11:36:09 | 7 | just giving you some information that you must not have, |
| 11:36:12 | 8 | because obviously he was incarcerated throughout the |
| 11:36:15 | 9 | entire pendency of this particular motion.  This |
| 11:36:19 | 10 | complaint that you have right now, he has been |
| 11:36:21 | 11 | incarcerated the whole time. |
| 11:36:23 | 12 | MS. HAYRAPETIAN:  Okay.  Well -- |
| 11:36:24 | 13 | MS. DIXON:  So for him to pay for my client -- |
| 11:36:25 | 14 | you are -- you are saying he is paying my client's fees |
| 11:36:27 | 15 | in person.  He couldn't have done that because he was |
| 11:36:30 | 16 | incarcerated. |
| 11:36:31 | 17 | MS. HAYRAPETIAN:  That's not actually what I |
| 11:36:32 | 18 | said but okay. |
| 11:36:33 | 19 | MS. DIXON:  That's what you are getting at. |
| 11:36:34 | 20 | BY MS. HAYRAPETIAN: |
| 11:36:35 | 21 | Q    How much -- how much has Tory paid UTP in |
| 11:36:36 | 22 | legal fees, in total? |
| 11:36:38 | 23 | A    I don't know. |
| 11:36:39 | 24 | Q    How much has Tory paid UTP in donations or |
| 11:36:41 | 25 | voluntary contributions? |

| | | |
|---|---|---|
| 11:36:43 | 1 | A    I don't know. |
| 11:36:44 | 2 | Q    What other items of value has Tory provided |
| 11:36:47 | 3 | UTP? |
| 11:36:48 | 4 | A    I don't know. |
| 11:36:49 | 5 | Q    What is the total amount of money Tory has |
| 11:36:52 | 6 | paid UTP? |
| 11:36:53 | 7 | A    I don't know. |
| 11:36:53 | 8 | Q    On April 7, 2025, Tory's father, |
| 11:37:01 | 9 | Mr. Sonstar Peterson, testified during his deposition |
| 11:37:08 | 10 | in this case, quote, "Tory is on the board of an |
| 11:37:12 | 11 | organization right here in California.  I believe their |
| 11:37:16 | 12 | office is run out of Long Beach, and it's -- what's it |
| 11:37:20 | 13 | called -- Unite the People.  He was on the board |
| 11:37:23 | 14 | fighting for criminal justice for the longest time, so |
| 11:37:26 | 15 | whatever he has paid has come directly out of his own |
| 11:37:29 | 16 | pocket.  In fact, I'm sure you've seen video footage of |
| 11:37:33 | 17 | either Unite the People talking about that.  According |
| 11:37:37 | 18 | to Sonstar, Tory's dad, Tory is central to various UTP |
| 11:37:41 | 19 | programs including the, quote, 'Hands of God Project'." |
| 11:37:46 | 20 | That's correct; right?  All that is correct? |
| 11:37:48 | 21 | A    I don't remember. |
| 11:37:48 | 22 | MR. HAYDEN:  Objection.  Narrative.  Compound. |
| 11:37:51 | 23 | BY MS. HAYRAPETIAN: |
| 11:37:52 | 24 | Q    Tory has supported UTP, quote, "directly out |
| 11:37:54 | 25 | of his pocket"; correct? |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 11:37:55 | 1 | A    I don't know. |
| 11:37:56 | 2 | MR. HAYDEN:  Objection.  Speculation. |
| 11:37:57 | 3 | BY MS. HAYRAPETIAN: |
| 11:37:58 | 4 | Q    Any reason to think Tory's dad is lying under |
| 11:38:01 | 5 | oath? |
| 11:38:02 | 6 | MR. HAYDEN:  Objection.  Speculation. |
| 11:38:03 | 7 | THE WITNESS:  I don't remember. |
| 11:38:03 | 8 | BY MS. HAYRAPETIAN: |
| 11:38:06 | 9 | Q    Tory's also sat on the board of UTP; correct? |
| 11:38:09 | 10 | A    I don't remember. |
| 11:38:10 | 11 | Q    How long has Tory been on the board of UTP? |
| 11:38:14 | 12 | A    I just said, "I don't remember." |
| 11:38:16 | 13 | Q    How did Tory become a UTP board member? |
| 11:38:19 | 14 | A    I don't remember. |
| 11:38:20 | 15 | Q    Is being on the board the same as being an |
| 11:38:24 | 16 | advisory member? |
| 11:38:26 | 17 | A    I don't remember. |
| 11:38:27 | 18 | Q    You don't know, as the CEO of your own |
| 11:38:29 | 19 | company, if being on the board is the same as being -- |
| 11:38:33 | 20 | A    You don't mind if I roll one of these while we |
| 11:38:35 | 21 | talk; right? |
| 11:38:36 | 22 | Q    I can't control you, unfortunately. |
| 11:38:38 | 23 | A    Unfortunately.  You would like to control me? |
| 11:38:46 | 24 | Q    Okay.  Next question. |
| 11:38:49 | 25 | A    Let's do it.  Seven hours.  Love it. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | | |
|---|---|---|---|
| 11:38:54 | 1 | Q | How did Tory advise UTP? |
| 11:38:58 | 2 | A | I don't know. |
| 11:38:59 | 3 | Q | What does Tory do as an advisory member? |
| 11:39:02 | 4 | A | I don't know. |
| 11:39:03 | 5 | Q | Is Tory compensated for being an advisory |
| 11:39:05 | 6 | | member? |
| 11:39:06 | 7 | A | I don't know. |
| 11:39:07 | 8 | Q | So Tory funds UTP, he advises UTP, he solicits |
| 11:39:19 | 9 | | donations for UTP, and he attracts new clients for UTP. |
| 11:39:24 | 10 | | MS. DIXON:  Objection.  Assumes facts not in |
| 11:39:25 | 11 | | evidence.  And calls for speculation. |
| 11:39:26 | 12 | | BY MS. HAYRAPETIAN: |
| 11:39:26 | 13 | Q | And raises -- |
| 11:39:28 | 14 | | MS. HAYRAPETIAN:  Can you -- Ronda, I'm in the |
| 11:39:30 | 15 | | middle of my question.  Please, stop interrupting. |
| 11:39:33 | 16 | | MS. DIXON:  I'm not interrupting.  I'm |
| 11:39:34 | 17 | | objecting. |
| 11:39:35 | 18 | | MS. HAYRAPETIAN:  Don't object until I am done |
| 11:39:38 | 19 | | with my question.  Allow me a modicum of courtesy, |
| 11:39:42 | 20 | | seriously. |
| 11:39:43 | 21 | | MR. HAYDEN:  Take a couple seconds to -- |
| 11:39:44 | 22 | | object before you answer. |
| 11:39:46 | 23 | | THE WITNESS:  Sure. |
| 11:39:47 | 24 | | MS. HAYRAPETIAN:  No.  The witness is actually |
| 11:39:48 | 25 | | doing fine.  It's Counsel that is very unprofessionally |

CEASAR MCDOWELL
JULY 25, 2025
JOB NO. 1837675

| | | |
|---|---|---|
| 11:39:53 | 1 | interjecting objections in the middle of my question. |
| 11:39:56 | 2 | MS. DIXON:  The question is very long. |
| 11:39:57 | 3 | Can we just make it a simple question? |
| 11:40:00 | 4 | MS. HAYRAPETIAN:  Stop. |
| 11:40:09 | 5 | THE WITNESS:  So I'm going to go take a |
| 11:40:10 | 6 | cigarette break. |
| 11:40:12 | 7 | MS. HAYRAPETIAN:  I'm in the middle of a |
| 11:40:13 | 8 | question. |
| 11:40:14 | 9 | THE WITNESS:  Sorry.  I don't know. |
| 11:40:14 | 10 | BY MS. HAYRAPETIAN: |
| 11:40:15 | 11 | Q    You don't know.  Okay. |
| 11:40:17 | 12 | Without Tory UTP would go underwater; right? |
| 11:40:20 | 13 | MR. HAYDEN:  Objection.  Speculation. |
| 11:40:26 | 14 | BY MS. HAYRAPETIAN: |
| 11:40:26 | 15 | Q    Do you have an answer? |
| 11:40:28 | 16 | A    I don't know. |
| 11:40:30 | 17 | Q    Sir? |
| 11:40:30 | 18 | A    You are done with your question; right?  I |
| 11:40:32 | 19 | just answered "I don't know." |
| 11:40:35 | 20 | MR. HAYDEN:  Stay. |
| 11:40:35 | 21 | BY MS. HAYRAPETIAN: |
| 11:40:36 | 22 | Q    Sir, we need to agree when it's time to take a |
| 11:40:38 | 23 | break. |
| 11:40:38 | 24 | A    Okay.  Well, I'm gonna go take a break because |
| 11:40:38 | 25 | I gotta pee and smoke, so you can agree. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

```
11:40:41   1        Q    I will allow you to take --

11:40:42   2        A    I don't need you to allow me.  I'm going to go

11:40:44   3   pee and smoke.

11:40:45   4        Q    Let me finish.  I have one question left.

11:40:46   5        A    No, no.  You are just saying I finished the

11:40:47   6   question.  You just finished your question, and I

11:40:49   7   answered.  I gotta go pee.  Now, I can pee here, or I

11:40:53   8   can pee in the bathroom.

11:40:54   9             MR. HAYDEN:  Let's just get through her

11:40:55  10   question.

11:40:55  11             Let's move this along, guys -- everybody.

11:40:57  12   Come on.

11:40:58  13             THE WITNESS:  I told you what I'm going to do.

11:40:59  14   I'm going to go use the restroom.

11:41:03  15             MS. HAYRAPETIAN:  Please, have the record

11:41:03  16   reflect that the witness has walked off in the middle of

11:41:06  17   my questioning.

11:41:07  18             THE WITNESS:  You know, your question was

11:41:08  19   done.  You just told me.  I gotta go.

11:41:13  20             MS. DIXON:  It's only 10 minutes.

11:41:14  21             STENO TECH:  Do we need -- do we need to go

11:41:14  22   off the record?

11:41:14  23             MS. HAYRAPETIAN:  We can go off the record,

11:41:14  24   yeah.

11:41:16  25             THE VIDEOGRAPHER:  The time is 11:41 AM
```

| | | |
|---|---|---|
| 11:41:18 | 1 | Pacific Time.  We are now off the record. |
| 11:41:25 | 2 | (Recess was taken.) |
| 11:57:52 | 3 | THE VIDEOGRAPHER:  The time is 12:05 PM |
| 12:05:41 | 4 | Pacific time.  We are back on the record. |
| 12:05:45 | 5 | MS. HAYRAPETIAN:  Okay.  So, at the break, we |
| 12:05:48 | 6 | checked the "TMZ" article that we were discussing that's |
| 12:05:55 | 7 | posted on the UTP website, and we confirmed that the |
| 12:05:58 | 8 | date is September 17, 2021; so before trial started, not |
| 12:06:02 | 9 | 2023.  And I think that resolves the issue of where Tory |
| 12:06:10 | 10 | was.  Okay. |
| 12:06:20 | 11 | BY MS. HAYRAPETIAN: |
| 12:06:20 | 12 | Q   Mr. McDowell, before Ms. Pete filed this |
| 12:06:21 | 13 | lawsuit, UTP passed on information about Tory's appeal |
| 12:06:25 | 14 | to Ms. Cooper for her to then post on social media; |
| 12:06:29 | 15 | correct? |
| 12:06:30 | 16 | A   I don't remember. |
| 12:06:31 | 17 | MR. HAYDEN:  Objection.  Speculation. |
| 12:06:31 | 18 | BY MS. HAYRAPETIAN: |
| 12:06:32 | 19 | Q   Ms. Cooper produced four emails she exchanged |
| 12:06:36 | 20 | with a member of UTP's legal team -- |
| 12:06:38 | 21 | Ms. Jazmyne Jamison. |
| 12:06:43 | 22 | MS. HAYRAPETIAN:  And I'd to mark for the |
| 12:06:45 | 23 | record Exhibit Number 79 as Tab 6 -- and I'm sorry.  I'm |
| 12:06:56 | 24 | going to have to pause for a moment. |
| 12:06:59 | 25 | It looks like we've had new people join -- |

CEASAR MCDOWELL                                      JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:07:02 | 1 | Mr. McLymont -- and I just wanted to get his appearance |
| 12:07:10 | 2 | on the record. |
| 12:07:10 | 3 | And moving forward, I'm going to ask anyone |
| 12:07:14 | 4 | attending remotely to state their appearance and confirm |
| 12:07:19 | 5 | that they are alone and no one is present or plans to be |
| 12:07:24 | 6 | present for the remainder of the testimony here today. |
| 12:07:32 | 7 | MR. MCLYMONT:  This is attorney |
| 12:07:34 | 8 | Jeremy McLymont.  I joined the Zoom right before we took |
| 12:07:37 | 9 | a break -- the last break. |
| 12:07:41 | 10 | MS. HAYRAPETIAN:  And you can confirm your |
| 12:07:42 | 11 | alone and plan to be alone for the duration of this |
| 12:07:45 | 12 | testimony? |
| 12:07:46 | 13 | MR. MCLYMONT:  Yes. |
| 12:07:47 | 14 | MS. HAYRAPETIAN:  Thank you. |
| 12:07:51 | 15 | Okay.  I'm going to pass out Exhibit |
| 12:08:00 | 16 | Number 79. |
| 12:08:02 | 17 | (Exhibit 79 was marked for identification.) |
| 12:08:02 | 18 | BY MS. HAYRAPETIAN: |
| 12:08:02 | 19 | Q    Okay.  Who is Ms. Jamison? |
| 12:08:32 | 20 | Mr. McDowell. |
| 12:08:34 | 21 | A    Hey. |
| 12:08:34 | 22 | Q    Who is Ms. Jamison, Jazmyne Jamison? |
| 12:08:38 | 23 | A    One of the people that helped us with social |
| 12:08:41 | 24 | media, I think. |
| 12:08:42 | 25 | Q    Okay.  And, before the break, you had a chance |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:08:48 | 1 | to go outside, use the restroom, and I'm assuming finish |
| 12:08:53 | 2 | your joint? |
| 12:08:55 | 3 | A    My joint? |
| 12:08:56 | 4 | Q    Yeah.  Is that what it was? |
| 12:09:00 | 5 | MS. DIXON:  He said he was smoking a |
| 12:09:01 | 6 | cigarette. |
| 12:09:07 | 7 | THE WITNESS:  Is there a question? |
| 12:09:08 | 8 | BY MS. HAYRAPETIAN: |
| 12:09:08 | 9 | Q    Yeah. |
| 12:09:09 | 10 | A    You are serious? |
| 12:09:10 | 11 | Q    Yes. |
| 12:09:10 | 12 | A    Did I go outside and smoke a joint? |
| 12:09:12 | 13 | Q    Yes. |
| 12:09:14 | 14 | A    Now you are being disrespectful. |
| 12:09:15 | 15 | Q    No, I'm not.  I noticed you were rolling up |
| 12:09:18 | 16 | something on the record.  And I get to ask if you are |
| 12:09:21 | 17 | under the influence -- |
| 12:09:23 | 18 | A    If I'm rolling a joint.  No.  I didn't roll a |
| 12:09:25 | 19 | joint or smoke a joint. |
| 12:09:26 | 20 | Q    Okay. |
| 12:09:27 | 21 | A    Did you? |
| 12:09:27 | 22 | Q    You did not smoke marijuana? |
| 12:09:28 | 23 | A    Did you?  Wow.  I just answered the question. |
| 12:09:32 | 24 | MR. HAYDEN:  You can answer what the product |
| 12:09:33 | 25 | is. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:09:34 | 1 | THE WITNESS:  It's not her business. |
| 12:09:36 | 2 | BY MS. HAYRAPETIAN: |
| 12:09:36 | 3 | Q    Actually, if you are under the influence and |
| 12:09:38 | 4 | cannot answer my questions, it is my business. |
| 12:09:42 | 5 | A    It's not her business what it was.  I just |
| 12:09:45 | 6 | said it wasn't marijuana. |
| 12:09:45 | 7 | Q    Okay.  So Ms. Jamison was someone handling |
| 12:09:54 | 8 | your social media.  And looking at this email, from |
| 12:09:57 | 9 | Ms. Jamison on Tuesday, December 12th, 2023, the email |
| 12:10:03 | 10 | was sent to three individuals -- three individuals -- |
| 12:10:05 | 11 | milagrogramz@gmail.com, torylanezdaily@gmail.com, and |
| 12:10:12 | 12 | tia@teawithtia.org. |
| 12:10:16 | 13 | Do you see that on page 1?  Top of the page in |
| 12:10:28 | 14 | the to section.  Yes? |
| 12:10:32 | 15 | A    I see this piece of paper says that. |
| 12:10:34 | 16 | Q    Okay.  So all three individuals are bloggers |
| 12:10:38 | 17 | and vocal supports of Tory Lanez; correct? |
| 12:10:43 | 18 | A    I don't think so.  I don't know. |
| 12:10:44 | 19 | Q    So torylanezdaily@gmail.com is not a vocal |
| 12:10:48 | 20 | supporter of Tory? |
| 12:10:49 | 21 | A    I don't know. |
| 12:10:50 | 22 | Q    Okay.  If we scroll all the way down to page 4 |
| 12:10:56 | 23 | of 6, in this document produced by the Defendant |
| 12:11:03 | 24 | Ms. Cooper, Ms. Jamison wrote, "Hey, ladies, as |
| 12:11:06 | 25 | mentioned, the writ of habeas corpus for Daystar is |

| | | |
|---|---|---|
| 12:11:11 | 1 | attached." |
| 12:11:11 | 2 | Do you see that? |
| 12:11:14 | 3 | A    I see the paper says that. |
| 12:11:17 | 4 | Q    UTP sent to Ms. Cooper and the other bloggers |
| 12:11:19 | 5 | a copy of Tory's writ of habeas corpus so they could |
| 12:11:24 | 6 | post about it on their social media; correct? |
| 12:11:27 | 7 | A    No.  I don't see that.  Where is that at? |
| 12:11:30 | 8 | Q    So what did they send this for? |
| 12:11:33 | 9 | A    I'm looking at a bunch of letters. |
| 12:11:34 | 10 | What are you talking about -- where is writ of |
| 12:11:38 | 11 | habeas corpus?  Are you assuming what it is? |
| 12:11:41 | 12 | Q    I'm not assuming. |
| 12:11:41 | 13 | A    Are you saying it's a -- where it is? |
| 12:11:44 | 14 | Q    States, "Hey, ladies, as mentioned, the writ |
| 12:11:46 | 15 | of habeas corpus for Daystar is attached."  The format |
| 12:11:50 | 16 | that Ms. Cooper has produced this in. |
| 12:11:53 | 17 | A    I don't see a writ of habeas corpus; so I'm |
| 12:11:55 | 18 | going to answer no. |
| 12:11:56 | 19 | Q    Okay.  So at any point did UTP send documents |
| 12:12:02 | 20 | to Ms. Cooper and others to post on social media? |
| 12:12:07 | 21 | A    I don't remember. |
| 12:12:10 | 22 | Q    And looking at this email, you don't remember? |
| 12:12:14 | 23 | A    This email says it was sent from me? |
| 12:12:19 | 24 | Q    Let's go to -- |
| 12:12:20 | 25 | A    It says it was sent from Jazmyne Jamison, I |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:12:22 | 1 | think. |
| 12:12:22 | 2 | Q    Actually, if you go to the following page, you |
| 12:12:26 | 3 | can see that the email chain starts from you. |
| 12:12:33 | 4 | A    What page?  Where is that at? |
| 12:12:34 | 5 | Q    5.  Page 5. |
| 12:12:48 | 6 | A    No.  I don't see that the email chain has |
| 12:12:50 | 7 | started from me, and I don't see a writ of |
| 12:12:53 | 8 | habeas corpus. |
| 12:12:54 | 9 | Q    Okay. |
| 12:12:54 | 10 | A    I just see a whole bunch of little letters, |
| 12:12:57 | 11 | letters, letters. |
| 12:12:58 | 12 | Q    Right.  Yeah.  And that's the format in which |
| 12:13:02 | 13 | this was produced by the defendant.  You can also go -- |
| 12:13:05 | 14 | A    Okay.  Well, I don't think it's it.  I'm |
| 12:13:07 | 15 | answering no again.  I don't see that. |
| 12:13:09 | 16 | Q    Okay.  You can also go to the bottom of page 4 |
| 12:13:12 | 17 | where the message was forwarded from you, Mr. McDowell, |
| 12:13:15 | 18 | ceasarceo@gmail.com. |
| 12:13:19 | 19 |          Do you see that? |
| 12:13:20 | 20 | A    I see where the paper says that. |
| 12:13:22 | 21 | Q    Okay.  And then it says, "Subject 2023, 12, |
| 12:13:27 | 22 | Peterson, WHC, Appellate Court, Final to File.pdf." |
| 12:13:32 | 23 |          Do you see that? |
| 12:13:33 | 24 | A    I see where the paper says that. |
| 12:13:35 | 25 | Q    Okay. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:13:36 | 1 | A    I don't see any writ of habeas corpus. |
| 12:13:39 | 2 | Q    Okay.  Well -- |
| 12:13:40 | 3 | A    So -- |
| 12:13:41 | 4 | Q    Ms. Jazmyne represented that it was attached, |
| 12:13:46 | 5 | and the attachment -- |
| 12:13:46 | 6 | A    Oh.  So how come it's not here, if it was |
| 12:13:48 | 7 | attached? |
| 12:13:49 | 8 | Q    Because this is how Ms. Cooper produced it. |
| 12:13:51 | 9 | A    Well, you should have got it done right then. |
| 12:13:53 | 10 | Q    I agree.  And maybe her counsel can get us an |
| 12:13:57 | 11 | appropriate production of this email. |
| 12:14:00 | 12 | MS. DIXON:  You have the -- you used your |
| 12:14:04 | 13 | resources to get it by using the log-in for her phone. |
| 12:14:09 | 14 | MS. HAYRAPETIAN:  Actually, this was a |
| 12:14:10 | 15 | document produced directly from your client. |
| 12:14:13 | 16 | MS. DIXON:  Okay. |
| 12:14:23 | 17 | MS. HAYRAPETIAN:  Okay.  Let's take a look at |
| 12:14:24 | 18 | Exhibit Number 80 which will be Tab 7. |
| 12:14:44 | 19 | (Exhibit 80 was marked for identification.) |
| 12:14:45 | 20 | BY MS. HAYRAPETIAN: |
| 12:14:45 | 21 | Q    So the prior exhibit was dated -- an email |
| 12:14:56 | 22 | dated December 12th, 2023, from Unite the People to |
| 12:14:59 | 23 | Milagro Gramz and several bloggers. |
| 12:15:03 | 24 | The current exhibit, Number 80, is also an |
| 12:15:07 | 25 | email from Unite the People on February 27, 2024, a few |

```
12:15:13  1    months later, again, to Milagro Gramz,

12:15:15  2    tia@teawithtia.org, and torylanezdaily@gmail.com.  The

12:15:23  3    subject line states, Forward, Peterson _Filed AOB

12:15:29  4    _UTP.pdf.

12:15:34  5            Do you see that?

12:15:34  6        A    I see where the paper says that.

12:15:36  7        Q    Okay.  And if you scroll down to page 4 of 5,

12:15:40  8    your email addresses is noted --

12:15:43  9    ceasar_mcdowell@unitethepeople.org.

12:15:53 10            You asked your employee Ms. Jazmyne to then

12:15:55 11    forward the documents relating to Tory's appeal to

12:15:59 12    Ms. Cooper and other bloggers; right?

12:16:02 13        A    I don't remember.

12:16:03 14        Q    And you forwarded this so the bloggers could

12:16:04 15    post about it on their social media; correct?

12:16:06 16        A    I don't remember.

12:16:07 17        Q    Tory told UTP to send these documents to

12:16:11 18    Ms. Cooper and other bloggers so they can --

12:16:13 19            MR. HAYDEN:  Objection.  Sorry.  Go ahead.

12:16:14 20    BY MS. HAYRAPETIAN:

12:16:15 21        Q    So they could be leaked to the public;

12:16:17 22    correct?

12:16:17 23            MR. HAYDEN:  Objection.  Speculation.

12:16:18 24    Assuming facts not in evidence.

12:16:22 25    BY MS. HAYRAPETIAN:
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:16:22 | 1 | Q    Correct? |
| 12:16:23 | 2 | A    I don't remember. |
| 12:16:29 | 3 | MS. HAYRAPETIAN:  Let's look at Tab 8 which |
| 12:16:30 | 4 | will be Exhibit Number 81. |
| 12:16:36 | 5 | (Exhibit 81 was marked for identification.) |
| 12:16:39 | 6 | THE WITNESS:  Do I get a check for being here? |
| 12:16:40 | 7 | Everybody else got a check.  Why I ain't get a check? |
| 12:16:43 | 8 | You got my check?  I don't get a check like everybody |
| 12:16:48 | 9 | else? |
| 12:16:49 | 10 | MS. HAYRAPETIAN:  We can discuss at the break. |
| 12:16:51 | 11 | THE WITNESS:  Okay. |
| 12:16:51 | 12 | MR. HAYDEN:  You get a gold star. |
| 12:16:52 | 13 | THE WITNESS:  Thank you. |
| 12:16:57 | 14 | MS. DIXON:  Did you pass out 81 yet? |
| 12:16:58 | 15 | MS. HAYRAPETIAN:  Sorry. |
| 12:17:20 | 16 | BY MS. HAYRAPETIAN: |
| 12:17:20 | 17 | Q    And when you said everyone else got a check, |
| 12:17:22 | 18 | what did you mean by that? |
| 12:17:23 | 19 | A    Didn't you give anyone else a check? |
| 12:17:26 | 20 | Q    I don't know. |
| 12:17:26 | 21 | Who did we give a check to? |
| 12:17:27 | 22 | A    I don't know.  I'm asking you.  I don't even |
| 12:17:30 | 23 | care about their check. |
| 12:17:31 | 24 | Do I get a check? |
| 12:17:32 | 25 | Q    I mean, you said other people -- everybody got |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:17:33 | 1 | a check? |
| 12:17:34 | 2 | A    I said, "Do I get a check?" |
| 12:17:35 | 3 | Q    So I'm wondering who "everybody" is. |
| 12:17:37 | 4 | A    I don't know. |
| 12:17:38 | 5 | Q    You don't know? |
| 12:17:39 | 6 | A    You were here, not me.  I don't know. |
| 12:17:40 | 7 | Q    But you are the one that said something about |
| 12:17:42 | 8 | a check. |
| 12:17:42 | 9 | A    Do I get a check? |
| 12:17:45 | 10 | Q    Were you talking about Tory's dad getting a |
| 12:17:47 | 11 | check? |
| 12:17:48 | 12 | A    I don't know who got a check.  I'm asking, "Do |
| 12:17:50 | 13 | I get a check." |
| 12:17:53 | 14 | Q    Okay.  Let's look at Exhibit 81 which is a |
| 12:17:58 | 15 | third email from Unite the People to only Milagro Gramz |
| 12:18:03 | 16 | this time, on August 4th, 2024, Subject is |
| 12:18:10 | 17 | Daystar Peterson, Attorney General's Reply Brief. |
| 12:18:14 | 18 |      Do you see that? |
| 12:18:19 | 19 | A    Yeah.  I see where the paper says that. |
| 12:18:22 | 20 | Q    Great.  And then page 4, is your email address |
| 12:18:26 | 21 | listed.  And you forwarded this document, Attorney |
| 12:18:31 | 22 | General's Response to Tory's Appeal Brief, to your |
| 12:18:34 | 23 | employee Ms. Jamison and told her to share it with |
| 12:18:37 | 24 | Ms. Cooper; correct? |
| 12:18:41 | 25 | A    I don't see where it says that.  Where does it |

| | | |
|---|---|---|
| 12:18:43 | 1 | say share this with Ms. -- where do you see that?  I |
| 12:18:46 | 2 | don't see it, no. |
| 12:18:50 | 3 | Q    Okay.  But you -- you do see that you |
| 12:18:52 | 4 | forwarded this email to your employee? |
| 12:18:54 | 5 | A    I see where this paper says my name.  I don't |
| 12:18:57 | 6 | see where it says I forwarded it to who. |
| 12:19:00 | 7 | Q    Do you see, in the middle of page 4, it says |
| 12:19:03 | 8 | forwarded message from Ceasar McDowell to Jazmyne at |
| 12:19:08 | 9 | Unite the People? |
| 12:19:09 | 10 | A    Yeah.  I see where that's typed on this paper. |
| 12:19:11 | 11 | Q    And then Jazmyne takes your email and says, |
| 12:19:13 | 12 | "Millie, please see the attachments below.  As they |
| 12:19:17 | 13 | pertain the AG response to Daystar.  Let me know if you |
| 12:19:20 | 14 | have any questions or concerns." |
| 12:19:22 | 15 | Do you see that? |
| 12:19:24 | 16 | A    No.  What page is that? |
| 12:19:25 | 17 | Q    That's the same page, 4, right on top of your |
| 12:19:27 | 18 | forwarded email. |
| 12:19:32 | 19 | A    I don't see that. |
| 12:19:38 | 20 | Can you show me? |
| 12:19:39 | 21 | Q    Uh-huh. |
| 12:19:42 | 22 | MS. HAYRAPETIAN:  Let the record reflect, I am |
| 12:19:43 | 23 | marking the applicable area and tabbing it for the |
| 12:19:47 | 24 | witness's convenience. |
| 12:19:50 | 25 | THE WITNESS:  Thank you.  Oh, there it goes. |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:19:53 | 1 | MS. HAYRAPETIAN:  Great.  Awesome.  Okay. |
| 12:19:56 | 2 | BY MS. HAYRAPETIAN: |
| 12:19:56 | 3 | Q    Okay.  So now you see the sentence I just |
| 12:19:58 | 4 | wrote; right? |
| 12:20:00 | 5 | A    I see the lines you wrote, yeah. |
| 12:20:01 | 6 | Q    Okay.  Awesome. |
| 12:20:02 | 7 | A    You wrote these sentences? |
| 12:20:03 | 8 | Q    No, no, no.  I did not write the sentences. |
| 12:20:05 | 9 | A    You just said the sentences you wrote. |
| 12:20:07 | 10 | Q    I stated. |
| 12:20:08 | 11 | A    Oh, okay.  I see them. |
| 12:20:10 | 12 | Q    Okay.  And you forwarded this to your employee |
| 12:20:17 | 13 | so she could send is to Ms. Cooper; correct? |
| 12:20:20 | 14 | A    No. |
| 12:20:20 | 15 | Q    Okay.  So why did you forward it to your |
| 12:20:21 | 16 | employee? |
| 12:20:22 | 17 | A    I didn't say I forwarded it.  You are saying |
| 12:20:24 | 18 | that, not me. |
| 12:20:25 | 19 | Q    Well, the document is saying it.  The document |
| 12:20:27 | 20 | that the defendant in this case produced. |
| 12:20:28 | 21 | A    Oh.  Okay.  I don't remember. |
| 12:20:29 | 22 | Q    You don't remember forwarding? |
| 12:20:31 | 23 | A    I don't remember. |
| 12:20:32 | 24 | Q    Okay.  Do you remember Tory telling you to |
| 12:20:38 | 25 | share his case filings with bloggers? |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:20:42 | 1 | MR. HAYDEN:  Objection.  Speculation. |
| 12:20:44 | 2 | THE WITNESS:  I don't remember.  I don't |
| 12:20:45 | 3 | remember. |
| 12:20:46 | 4 | BY MS. HAYRAPETIAN: |
| 12:20:46 | 5 | Q    Okay.  Do you know how Ms. Jamison became so |
| 12:20:53 | 6 | close to Ms. Cooper so as to start calling her by her |
| 12:20:56 | 7 | nickname, Millie? |
| 12:21:00 | 8 | MS. DIXON:  Objection.  Calls for speculation. |
| 12:21:02 | 9 | THE WITNESS:  I don't remember. |
| 12:21:03 | 10 | BY MS. HAYRAPETIAN: |
| 12:21:04 | 11 | Q    You don't remember? |
| 12:21:05 | 12 | A    Huh-uh. |
| 12:21:05 | 13 | Q    So you knew at one point, and now you don't |
| 12:21:07 | 14 | remember? |
| 12:21:07 | 15 | A    I knew what at one point?  I just told you I |
| 12:21:10 | 16 | don't know none of the Millie or Milagros or what you |
| 12:21:14 | 17 | just said; so how would I know that now?  I said, "I |
| 12:21:16 | 18 | don't remember." |
| 12:21:17 | 19 | Q    Actually, you said you don't remember which |
| 12:21:20 | 20 | indicates you may have known at some point; so I'm just |
| 12:21:22 | 21 | trying to get clarification. |
| 12:21:24 | 22 | Did you know at -- |
| 12:21:24 | 23 | A    No.  I don't remember nothing. |
| 12:21:25 | 24 | Q    Please, let me finish my question. |
| 12:21:27 | 25 | A    Sure. |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:21:27 | 1 | Q    Did you know at some point and forgot, or you |
| 12:21:29 | 2 | never knew? |
| 12:21:30 | 3 | A    I don't remember. |
| 12:21:32 | 4 | Q    You don't remember if you ever knew? |
| 12:21:35 | 5 | A    No.  I don't remember anything. |
| 12:21:37 | 6 | Q    But you might have known? |
| 12:21:39 | 7 | A    I don't know nothing. |
| 12:21:40 | 8 | Q    Okay.  Someone at UTP made the decision to |
| 12:21:46 | 9 | send these documents to Ms. Cooper; correct? |
| 12:21:49 | 10 | A    I don't know. |
| 12:21:49 | 11 | Q    Okay.  What is Jamison's title? |
| 12:21:54 | 12 | A    I don't know. |
| 12:21:55 | 13 | Q    You said she was social media? |
| 12:21:58 | 14 | A    I said she might have helped us with our |
| 12:21:59 | 15 | social media. |
| 12:22:00 | 16 | Q    Okay.  What else might she had helped with? |
| 12:22:03 | 17 | A    I don't know. |
| 12:22:03 | 18 | Q    So, as the CEO of Unite the People, you do not |
| 12:22:07 | 19 | know, sitting here today, what your employee Jazmyne -- |
| 12:22:12 | 20 | A    Uh-huh.  I didn't tell you she was a employee. |
| 12:22:14 | 21 | Q    Sir? |
| 12:22:14 | 22 | A    You keep saying "employee." |
| 12:22:16 | 23 | Q    Sir? |
| 12:22:16 | 24 | A    Sir. |
| 12:22:16 | 25 | Q    I am asking a question.  Please allow me to |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 12:22:19 | 1 | finish -- |
| 12:22:20 | 2 | A     Uh-huh.  Sure. |
| 12:22:20 | 3 | Q     -- before you respond. |
| 12:22:25 | 4 | Jaz@unitethepeople.org -- she has an email |
| 12:22:31 | 5 | address with your company's "at"; right? |
| 12:22:39 | 6 | A     Are you done? |
| 12:22:41 | 7 | Q     I am finished, yes. |
| 12:22:43 | 8 | Can you answer my question? |
| 12:22:44 | 9 | A     Sure.  You said does she have a email? |
| 12:22:46 | 10 | Q     Yeah. |
| 12:22:47 | 11 | A     Yeah.  There's a lot of people that have |
| 12:22:48 | 12 | emails. |
| 12:22:49 | 13 | Q     Okay.  So -- |
| 12:22:50 | 14 | A     That aren't employees. |
| 12:22:51 | 15 | Q     So I could technically today get an email |
| 12:22:53 | 16 | account that says marie@unitethepeople.org? |
| 12:22:58 | 17 | A     Uh-huh.  If you do volunteer work with the |
| 12:22:59 | 18 | city, absolutely.  Anything you do for the community, |
| 12:23:01 | 19 | you can get an email. |
| 12:23:03 | 20 | Q     Okay.  So how many people have |
| 12:23:05 | 21 | @unitethepeople.org email addresses? |
| 12:23:07 | 22 | A     At least a 100. |
| 12:23:08 | 23 | Q     At least a 100.  Okay. |
| 12:23:10 | 24 | So Jaz Jamison -- is she paid by Unite the |
| 12:23:15 | 25 | People? |

CEASAR MCDOWELL                                                JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 12:23:16 | 1 | A | Never. |
| 12:23:16 | 2 | Q | Are any of your employees paid by Unite the |
| 12:23:18 | 3 | People? | |
| 12:23:18 | 4 | A | Yes. |
| 12:23:19 | 5 | Q | Who? |
| 12:23:20 | 6 | A | The employees. |
| 12:23:21 | 7 | Q | Which ones? |
| 12:23:23 | 8 | A | I don't know. |
| 12:23:26 | 9 | Q | Okay.  So are you saying Jazmyne Jamison is |
| 12:23:29 | 10 | not an employee of Unite the People? | |
| 12:23:34 | 11 | A | Define "employee."  Is employee what?  Give me |
| 12:23:36 | 12 | a definition of employee. | |
| 12:23:38 | 13 | Q | What does "employee" mean to you? |
| 12:23:40 | 14 | A | Somebody that I pay. |
| 12:23:42 | 15 | Q | Okay.  Is Jazmyne Jamison someone you have |
| 12:23:45 | 16 | ever paid? | |
| 12:23:46 | 17 | A | Nope.  Nope. |
| 12:23:47 | 18 | Q | You or UTP have never cut -- |
| 12:23:51 | 19 | A | Never. |
| 12:23:51 | 20 | Q | -- a single check to Jaz Jamison? |
| 12:23:53 | 21 | A | Never once. |
| 12:23:54 | 22 | Q | Okay.  So she is simply in charge of your |
| 12:23:56 | 23 | social media? | |
| 12:23:57 | 24 | A | I didn't say she was in charge. |
| 12:23:59 | 25 | Q | Okay. |

| | | |
|---|---|---|
| 12:23:59 | 1 | A    I said she may have helped us with social |
| 12:24:01 | 2 | media. |
| 12:24:02 | 3 | Q    Okay.  So why were you forwarding these |
| 12:24:04 | 4 | documents? |
| 12:24:04 | 5 | A    I didn't say I forwarded them. |
| 12:24:06 | 6 | Q    The document -- |
| 12:24:07 | 7 | A    I said I didn't remember. |
| 12:24:08 | 8 | Q    Right.  The document says you forwarded it. |
| 12:24:09 | 9 | So why would you have been forwarding material |
| 12:24:12 | 10 | to someone who is an agent of your organization with |
| 12:24:18 | 11 | your organization's email address?  Why did you forward |
| 12:24:22 | 12 | it to them? |
| 12:24:25 | 13 | A    Are you done? |
| 12:24:27 | 14 | Q    Yes. |
| 12:24:28 | 15 | A    Okay.  I don't remember. |
| 12:24:29 | 16 | Q    You don't remember. |
| 12:24:41 | 17 | The purpose of Jazmyne forwarding your email |
| 12:24:43 | 18 | to Ms. Cooper was so that Ms. Cooper could post it to |
| 12:24:47 | 19 | her social media account; correct? |
| 12:24:49 | 20 | A    I don't remember. |
| 12:24:49 | 21 | Q    Tory wanted the public to know about these |
| 12:24:52 | 22 | court filings; correct? |
| 12:24:53 | 23 | MR. HAYDEN:  Objection.  Speculation. |
| 12:24:55 | 24 | THE WITNESS:  I don't remember. |
| 12:24:55 | 25 | BY MS. HAYRAPETIAN: |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:24:56 | 1 | Q   UTP was helping Tory get the information to |
| 12:24:59 | 2 | Ms. Cooper so she could share it publicly; correct? |
| 12:25:02 | 3 | MR. HAYDEN:  Objection.  Speculation. |
| 12:25:04 | 4 | THE WITNESS:  I don't remember. |
| 12:25:04 | 5 | BY MS. HAYRAPETIAN: |
| 12:25:05 | 6 | Q   This wasn't Ms. Cooper's idea.  This came from |
| 12:25:10 | 7 | Tory through UTP; correct? |
| 12:25:11 | 8 | MR. HAYDEN:  Same objection. |
| 12:25:13 | 9 | THE WITNESS:  I don't remember. |
| 12:25:13 | 10 | BY MS. HAYRAPETIAN: |
| 12:25:14 | 11 | Q   Do you know if Ms. Cooper requested this |
| 12:25:18 | 12 | information? |
| 12:25:21 | 13 | A   I don't remember. |
| 12:25:22 | 14 | Q   These emails -- the three emails we looked at |
| 12:25:27 | 15 | are not the only information that UTP passed on from |
| 12:25:29 | 16 | Tory to Ms. Cooper; correct? |
| 12:25:32 | 17 | MR. HAYDEN:  Objection.  Speculation. |
| 12:25:33 | 18 | Assuming facts not in evidence. |
| 12:25:36 | 19 | THE WITNESS:  I don't remember. |
| 12:25:36 | 20 | BY MS. HAYRAPETIAN: |
| 12:25:43 | 21 | Q   In fact, between July 2020 after the shooting, |
| 12:25:47 | 22 | and up until recently when UTP represented Ms. Cooper, |
| 12:25:56 | 23 | UTP passed on multiple piece of information from Tory to |
| 12:25:57 | 24 | Ms. Cooper; correct? |
| 12:26:00 | 25 | MR. HAYDEN:  Objection.  Speculation. |

CEASAR MCDOWELL                                         JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:26:01 | 1 | THE WITNESS:  I don't remember. |
| 12:26:02 | 2 | BY MS. HAYRAPETIAN: |
| 12:26:02 | 3 | Q    Some of that information that was passed to |
| 12:26:07 | 4 | Ms. Cooper was about Ms. Pete; correct? |
| 12:26:12 | 5 | A    I don't recall. |
| 12:26:13 | 6 | Q    Some of that information that was passed to |
| 12:26:15 | 7 | Ms. Cooper was about Tory's criminal case; correct? |
| 12:26:20 | 8 | A    I don't remember. |
| 12:26:22 | 9 | Q    UTP passed on information that Tory wanted |
| 12:26:24 | 10 | Ms. Cooper to share publicly; correct? |
| 12:26:26 | 11 | MR. HAYDEN:  Objection.  Speculation. |
| 12:26:29 | 12 | THE WITNESS:  I don't remember. |
| 12:26:29 | 13 | BY MS. HAYRAPETIAN: |
| 12:26:30 | 14 | Q    UTP passed on Tory's messages about whether |
| 12:26:33 | 15 | Ms. Pete was telling the truth at his trial; correct? |
| 12:26:37 | 16 | A    I don't remember. |
| 12:26:39 | 17 | Q    UTP relayed Tory's position that Ms. Pete lied |
| 12:26:42 | 18 | when she testified he shot her; correct? |
| 12:26:47 | 19 | A    I don't remember. |
| 12:26:47 | 20 | Q    Ms. Cooper herself has admitted, during her |
| 12:26:51 | 21 | live streams, that she received information from and |
| 12:26:55 | 22 | about Tory through UTP well before the start of this |
| 12:26:59 | 23 | lawsuit; correct? |
| 12:27:01 | 24 | A    That was a lot.  I didn't hear you say she -- |
| 12:27:03 | 25 | about Beegle Beagle?  Who? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:27:05 | 1 | Q    Well, can you tell me which part was a lie? |
| 12:27:08 | 2 | A    I said it was a lot.  And I said I was trying |
| 12:27:10 | 3 | to hear you.  I didn't -- or what I heard was Spiderman. |
| 12:27:13 | 4 | Q    Sure.  Of course.  Let me repeat my question. |
| 12:27:15 | 5 | Ms. Cooper herself has admitted, during her |
| 12:27:19 | 6 | live streams, that she received information from and |
| 12:27:24 | 7 | about Tory through UTP; correct? |
| 12:27:29 | 8 | A    I don't remember.  You should ask her. |
| 12:27:36 | 9 | MS. HAYRAPETIAN:  Could we please mark as |
| 12:27:38 | 10 | Exhibit 22-A, which would be the video, and then 22-B |
| 12:27:49 | 11 | which would be the corresponding transcript, and I'm |
| 12:27:53 | 12 | looking to pull up Tab 31-A and B. |
| 12:28:01 | 13 | STENO TECH:  Just a moment.  Can you give that |
| 12:28:03 | 14 | to me again, please? |
| 12:28:05 | 15 | MS. HAYRAPETIAN:  Could you please pull up |
| 12:28:07 | 16 | Tab 31-A. |
| 12:28:14 | 17 | STENO TECH:  So you want just the Tab 31-A |
| 12:28:15 | 18 | pulled up first. |
| 12:28:16 | 19 | THE COURT REPORTER:  22? |
| 12:28:16 | 20 | MS. HAYRAPETIAN:  22.  And this would be B, |
| 12:28:16 | 21 | and the video were about to listen to would be A. |
| 12:28:50 | 22 | Sorry.  Tab 82, not 22 -- exhibit -- sorry -- |
| 12:28:52 | 23 | Exhibit 82-B and Tab 31. |
| 12:29:00 | 24 | STENO TECH:  Give me just a moment.  Okay. |
| 12:29:12 | 25 | You need which exhibit pulled up? |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 12:29:14 | 1 | MS. HAYRAPETIAN:  I need Tab 31-A pulled up as |
| 12:29:18 | 2 | Exhibit 82. |
| 12:29:19 | 3 | STENO TECH:  Okay.  I just pulled it.  And I |
| 12:29:20 | 4 | have to share screen because it's a video. |
| 12:29:23 | 5 | Is this the video that you need right here? |
| 12:29:26 | 6 | MS. HAYRAPETIAN:  Yes. |
| 12:29:26 | 7 | STENO TECH:  Okay. |
| 12:29:29 | 8 | MS. DIXON:  Was there an 81? |
| 12:29:31 | 9 | MS. HAYRAPETIAN:  Yeah.  81 was the |
| 12:29:32 | 10 | August 4, 2024, email from Unite the People to |
| 12:29:35 | 11 | Milagro Gramz. |
| 12:29:39 | 12 | STENO TECH:  Let me know when you need me to |
| 12:29:40 | 13 | play. |
| 12:29:41 | 14 | MS. HAYRAPETIAN:  We are ready to play. |
| 12:29:42 | 15 | (A video clip was played.) |
| 12:30:12 | 16 | STENO TECH:  Is that is it? |
| 12:30:12 | 17 | MS. HAYRAPETIAN:  Yeah, that's good.  Thank |
| 12:30:13 | 18 | you. |
| 12:30:14 | 19 | (Exhibit 82-A was marked for identification.) |
| 12:30:14 | 20 | (Exhibit 82-B was marked for identification.) |
| 12:30:14 | 21 | BY MS. HAYRAPETIAN: |
| 12:30:15 | 22 | Q    So, on her July 5th, 2024, livestream, |
| 12:30:17 | 23 | Ms. Cooper stated, "Let me actually pull up Unite the |
| 12:30:21 | 24 | People's page because when anything happens with him, |
| 12:30:24 | 25 | this is who you are going to hear from, and then |

| | | |
|---|---|---|
| 12:30:27 | 1 | obviously, I'm in contact with them; so you know I can |
| 12:30:30 | 2 | get information from them." |
| 12:30:35 | 3 | Ms. Cooper explicitly mentioned she was in |
| 12:30:38 | 4 | contact with UTP to get information from and about Tory; |
| 12:30:45 | 5 | correct? |
| 12:30:47 | 6 | A    Are you asking me? |
| 12:30:48 | 7 | Q    Yeah. |
| 12:30:48 | 8 | A    I don't see that.  What I see is where she |
| 12:30:50 | 9 | says she can get information about him. |
| 12:30:52 | 10 | Who is "him"?  Are we assuming it's him, or |
| 12:30:55 | 11 | are we assuming it's somebody else? |
| 12:30:57 | 12 | Q    Are you -- |
| 12:30:59 | 13 | A    I'm just telling you what I'm reading. |
| 12:31:01 | 14 | Q    Sure. |
| 12:31:01 | 15 | A    You said about Tory.  I don't see Tory's name |
| 12:31:03 | 16 | in there.  I see about him.  I don't know; so I'm going |
| 12:31:06 | 17 | to answer no.  It looks like to me she's talking about |
| 12:31:09 | 18 | him. |
| 12:31:10 | 19 | Q    Okay.  What other clients do you have that you |
| 12:31:14 | 20 | give information to Ms. Cooper? |
| 12:31:18 | 21 | A    I don't know.  I don't remember. |
| 12:31:21 | 22 | Q    Anyone other than Tory that is your client |
| 12:31:24 | 23 | that Ms. Cooper could be talking about? |
| 12:31:27 | 24 | A    I don't remember. |
| 12:31:51 | 25 | Q    UTP made sure that Ms. Cooper had access to |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:31:54 | 1 | inside information regarding Tory's case so she could |
| 12:31:56 | 2 | continue to spin positive narratives about Tory; |
| 12:31:59 | 3 | correct? |
| 12:31:59 | 4 | MR. HAYDEN:  Objection.  Speculation. |
| 12:32:02 | 5 | MS. DIXON:  Objection.  Also compound.  Vague |
| 12:32:03 | 6 | and ambiguous. |
| 12:32:09 | 7 | THE WITNESS:  I don't remember. |
| 12:32:10 | 8 | BY MS. HAYRAPETIAN: |
| 12:32:10 | 9 | Q    Okay. |
| 12:32:16 | 10 | MS. HAYRAPETIAN:  Can we please pull up |
| 12:32:17 | 11 | Tab 32.  They will be Exhibit 82.  The transcript will |
| 12:32:45 | 12 | be B, and the video will be A. |
| 12:33:03 | 13 | Can we pull up the video, please, which is |
| 12:33:05 | 14 | Tab A. |
| 12:33:15 | 15 | STENO TECH:  I cannot share both at the same |
| 12:33:16 | 16 | time. |
| 12:33:16 | 17 | MS. HAYRAPETIAN:  We do not need to pull up |
| 12:33:18 | 18 | the transcript, unless I ask. |
| 12:33:33 | 19 | STENO TECH:  You want 32-A? |
| 12:33:36 | 20 | MS. HAYRAPETIAN:  Yes, please. |
| 12:33:47 | 21 | (A video clip was played.) |
| 12:34:18 | 22 | STENO TECH:  Sorry it's taken so long.  The |
| 12:34:20 | 23 | exhibits are not in person. |
| 12:34:24 | 24 | MS. HAYRAPETIAN:  Do we need to go off the |
| 12:34:26 | 25 | record? |

| | | |
|---|---|---|
| 12:34:26 | 1 | STENO TECH:  (Indiscernible.) |
| 12:34:32 | 2 | MS. HAYRAPETIAN:  What did she say? |
| 12:34:36 | 3 | STENO TECH:  Okay.  Yes.  Go off the record |
| 12:34:37 | 4 | and give me a moment.  Because I am -- yes. |
| 12:34:40 | 5 | THE VIDEOGRAPHER:  The time is 12:34 PM |
| 12:34:42 | 6 | Pacific time.  We are now off the record. |
| 12:34:44 | 7 | (Recess was taken.) |
| 12:35:29 | 8 | THE VIDEOGRAPHER:  The time is 12:35 PM |
| 12:35:37 | 9 | Pacific time.  We are back on the record. |
| 12:35:47 | 10 | MS. HAYRAPETIAN:  Are we ready to play the |
| 12:35:48 | 11 | video? |
| 12:35:50 | 12 | (A video clip was played.) |
| 12:36:24 | 13 | BY MS. HAYRAPETIAN: |
| 12:36:24 | 14 | Q    Were you able to look at the screen with Megan |
| 12:36:27 | 15 | Thee Stallion in the background? |
| 12:36:29 | 16 | A    Who? |
| 12:36:30 | 17 | Q    Megan Thee Stallion playing in the background? |
| 12:36:32 | 18 | A    Who is that?  Who is Megan Thee Stallion? |
| 12:36:35 | 19 | Q    You don't know who Megan Thee Stallion is? |
| 12:36:37 | 20 | A    Huh-uh. |
| 12:36:38 | 21 | Q    Do you know who Megan Pete is? |
| 12:36:40 | 22 | A    Oh, yeah.  That's the lady in this case. |
| 12:36:41 | 23 | Q    Yes.  So did you see the image of her while |
| 12:36:44 | 24 | Milagro Cooper was talking about you? |
| 12:36:46 | 25 | A    No. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 12:36:46 | 1 | Q   Okay.  Can we play that video again, and can |
| 12:36:49 | 2 | you please look at the screen? |
| 12:36:50 | 3 | A   Sure.  Let's do it. |
| 12:36:50 | 4 | (A video clip was played.) |
| 12:37:24 | 5 | BY MS. HAYRAPETIAN: |
| 12:37:25 | 6 | Q   Were you able to see the image of Ms. Pete? |
| 12:37:27 | 7 | A   I see Nicki Minaj. |
| 12:37:29 | 8 | Q   Well, that's what -- |
| 12:37:30 | 9 | A   And I see the Glo- -- GloRilla. |
| 12:37:32 | 10 | Q   Okay.  Well, did you see -- |
| 12:37:34 | 11 | A   A stallion? |
| 12:37:35 | 12 | Q   Did you see Ms. Pete -- |
| 12:37:36 | 13 | A   Oh, yeah.  I saw Ms. Pete. |
| 12:37:38 | 14 | Q   -- during the video? |
| 12:37:39 | 15 | A   Yeah. |
| 12:37:40 | 16 | Q   Okay.  Thank you. |
| 12:37:43 | 17 | So on her October 28th livestream, |
| 12:37:44 | 18 | Ms. Cooper declared "So we already talked about the writ |
| 12:37:47 | 19 | of habeas corpus, but the documents were released, and |
| 12:37:49 | 20 | so you can go to Unite the People and you can read it. |
| 12:37:51 | 21 | I will be contacting Ceasar so that we can talk to him |
| 12:37:54 | 22 | and go ahead and get some insight." |
| 12:37:59 | 23 | Ms. Cooper publicly admitted to her followers |
| 12:38:02 | 24 | that she had a direct line of access to you; correct? |
| 12:38:05 | 25 | A   That's what she said, it looks like. |

CEASAR MCDOWELL
JULY 25, 2025
JOB NO. 1837675

| | | |
|---|---|---|
| 12:38:10 | 1 | Q    You were communicating directly with |
| 12:38:12 | 2 | Ms. Cooper to share information about Tory; correct? |
| 12:38:15 | 3 | A    I don't remember. |
| 12:38:16 | 4 | Q    At this time Ms. Cooper was not a client of |
| 12:38:18 | 5 | UTP; correct? |
| 12:38:19 | 6 | A    I don't remember. |
| 12:38:20 | 7 | Q    UTP primarily represents criminal defendants; |
| 12:38:32 | 8 | correct? |
| 12:38:34 | 9 | A    I don't know. |
| 12:38:35 | 10 | Q    You don't know? |
| 12:38:36 | 11 | A    If they primarily? |
| 12:38:38 | 12 | Q    As the CEO of Unite the People, you don't know |
| 12:38:41 | 13 | what the primary caseload? |
| 12:38:44 | 14 | A    Uh-huh.  No.  No. |
| 12:38:45 | 15 | Q    No. |
| 12:38:46 | 16 | A    Huh-uh. |
| 12:38:47 | 17 | Q    Okay.  And you also don't know your company's |
| 12:38:50 | 18 | mission? |
| 12:38:53 | 19 | A    My company's mission? |
| 12:38:54 | 20 | MR. HAYDEN:  Objection.  Asked and answered. |
| 12:39:02 | 21 | BY MS. HAYRAPETIAN: |
| 12:39:02 | 22 | Q    You don't?  You don't remember your company's |
| 12:39:04 | 23 | mission? |
| 12:39:05 | 24 | A    No. |
| 12:39:06 | 25 | Q    Most of UTP's clients are currently or |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:39:14 | 1 | formally incarcerated; correct? |
| 12:39:16 | 2 | A    Oh, you are done?  Was that a question or a |
| 12:39:24 | 3 | statement? |
| 12:39:28 | 4 | MS. HAYRAPETIAN:  Could you read back my |
| 12:39:29 | 5 | question, please. |
| 12:39:30 | 6 | (The following record was read: |
| 12:39:30 | 7 | "QUESTION:  Most of UTP's clients are |
| 12:39:30 | 8 | currently or formally incarcerated; |
| 12:39:30 | 9 | correct?") |
| 12:39:39 | 10 | THE WITNESS:  I don't remember. |
| 12:39:39 | 11 | BY MS. HAYRAPETIAN: |
| 12:39:40 | 12 | Q    Most of UTP's cases are in California; |
| 12:39:43 | 13 | correct? |
| 12:39:47 | 14 | A    I don't remember. |
| 12:39:48 | 15 | Q    Do you -- does UTP have offices anywhere else? |
| 12:39:53 | 16 | A    I don't remember. |
| 12:39:53 | 17 | Q    As a CEO of your company, you do not know, |
| 12:39:58 | 18 | sitting here today, whether there is a UTP anywhere |
| 12:40:03 | 19 | outside of California? |
| 12:40:06 | 20 | A    I don't know that. |
| 12:40:07 | 21 | Q    Who would know that information at UTP? |
| 12:40:15 | 22 | A    I don't know.  Probably you can Google it. |
| 12:40:18 | 23 | Q    Okay. |
| 12:40:18 | 24 | A    If there's a UTP in another state, you are |
| 12:40:20 | 25 | saying? |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 12:40:21 1 | Q | Does your company -- |
| 12:40:23 2 | A | Oh, my company. |
| 12:40:24 3 | Q | Your company. |
| 12:40:24 4 | A | Okay. |
| 12:40:25 5 | Q | UTP. |
| 12:40:26 6 | A | Unite the People Inc. |
| 12:40:27 7 | Q | Unite the People. |
| 12:40:27 8 | A | No.  No.  We don't have an office outside the |
| 12:40:31 9 | | state. |
| 12:40:31 10 | Q | Okay.  So you are limited to California? |
| 12:40:35 11 | A | I don't know. |
| 12:40:36 12 | Q | Okay.  But you don't have offices outside of |
| 12:40:38 13 | | the state? |
| 12:40:39 14 | A | No, unite the People doesn't.  UTP might. |
| 12:40:42 15 | Q | What's the difference between UTP and Unite |
| 12:40:43 16 | | the People? |
| 12:40:46 17 | A | There's probably UTPs somewhere. |
| 12:40:48 18 | Q | No.  We established at the beginning of the |
| 12:40:51 19 | | deposition that you -- |
| 12:40:53 20 | A | Uh-huh. |
| 12:40:53 21 | Q | -- that you understood -- |
| 12:40:55 22 | A | Uh-huh. |
| 12:40:55 23 | Q | -- Unite the People and UTP to be the same. |
| 12:40:58 24 | | Do you recall? |
| 12:40:59 25 | A | Yeah. |

```
12:41:00   1        Q     You said yes?
12:41:01   2        A     But your question to me right now was, is
12:41:02   3   there a UTP outside of California?  I don't know.
12:41:05   4   Google it.
12:41:06   5        Q     Okay.  Any time I say "UTP" --
12:41:09   6        A     Uh-huh.
12:41:10   7        Q     -- I mean Unite the People.
12:41:12   8        A     You seem like you are getting aggressive with
12:41:14   9   me.  Why?
12:41:15  10        Q     I am clarifying something for you.
12:41:16  11        A     Okay.  Seems aggressive.
12:41:17  12        Q     Which part of it seemed aggressive?
12:41:19  13        A     Your demeanor, your tone, your deliverance --
12:41:21  14   it all seems aggressive.
12:41:24  15        Q     Okay.  Well, you are misreading me.
12:41:26  16        A     Oh, okay.
12:41:27  17        Q     So any time, as I explained at the very start
12:41:29  18   of my deposition, and you agreed -- every time I say
12:41:36  19   Unite the People or UTP, it means the same thing.
12:41:42  20              Do you understand?
12:41:48  21        A     Yes.
12:41:50  22        Q     Okay.  Great.  Glad we're on the same page.
12:41:54  23        A     We're not on the same page, but I understand.
12:41:56  24        Q     So does Unite the People, aka UTP, operate
12:42:04  25   outside of California?
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:42:07 | 1 | A    Unite the People aka UTP.  No. |
| 12:42:10 | 2 | Q    UTP focus -- UTP -- most of UTP's work |
| 12:42:17 | 3 | involves post-conviction matters; correct? |
| 12:42:20 | 4 | MR. HAYDEN:  Objection.  Asked and answered. |
| 12:42:22 | 5 | THE WITNESS:  I don't remember. |
| 12:42:22 | 6 | BY MS. HAYRAPETIAN: |
| 12:42:23 | 7 | Q    As the CEO of Unite the People, you do not |
| 12:42:28 | 8 | know whether most of UTP's work involves post-conviction |
| 12:42:33 | 9 | matters? |
| 12:42:34 | 10 | A    I don't remember. |
| 12:42:35 | 11 | Q    Does a large amount of UTP's work involve |
| 12:42:40 | 12 | post-conviction matters? |
| 12:42:42 | 13 | A    Yes. |
| 12:42:45 | 14 | Q    UTP focuses on helping prisoners with appeals |
| 12:42:49 | 15 | and sentence reductions; correct? |
| 12:42:53 | 16 | A    I don't remember. |
| 12:42:56 | 17 | Q    Unite the People focuses on helping prisoners; |
| 12:42:58 | 18 | correct? |
| 12:43:01 | 19 | A    Unite the People focuses on helping homeless. |
| 12:43:03 | 20 | Unite the People focuses on helping children.  Unite the |
| 12:43:06 | 21 | People focuses on sober living homes.  Unite the People |
| 12:43:08 | 22 | focuses on transitional housing.  Unite the People |
| 12:43:14 | 23 | focuses on mentoringships [as heard]. |
| 12:43:15 | 24 | Q    What kind of mentorships do you guys focus on? |
| 12:43:17 | 25 | A    At-risk youth. |

CEASAR MCDOWELL                                      JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 12:43:18 | 1 | Q | What does that mean? |
| 12:43:21 | 2 | A | What does at-risk youth mean? |
| 12:43:23 | 3 | Q | Yeah? |
| 12:43:24 | 4 | A | It means youth that are at risk. |
| 12:43:25 | 5 | Q | Of what? |
| 12:43:27 | 6 | A | A lot.  Anything that they're at risk of. |
| 12:43:30 | 7 | Q | Like going to prison? |
| 12:43:32 | 8 | A | Sure. |
| 12:43:33 | 9 | Q | Anything else? |
| 12:43:34 | 10 | A | Yeah. |
| 12:43:35 | 11 | Q | What else? |

12:43:36   12        A    A lot of stuff.  At-risk gangs, gang violence,

12:43:41   13   sexual abuse, domestic violence, drugs -- a lot of

12:43:46   14   things.

12:43:48   15             THE COURT REPORTER:  Wait.  I need you to slow

12:43:49   16   down.

12:43:49   17             THE WITNESS:  Slow down?  Yes, ma'am.

12:43:51   18             THE COURT REPORTER:  Thank you.

12:43:51   19             THE WITNESS:  All right.

12:43:51   20   BY MS. HAYRAPETIAN:

12:43:52   21        Q    And what inspired you to seek out those kind

12:43:56   22   of cases?

12:44:01   23        A    What kind of cases?

12:44:03   24        Q    At youth risk?

12:44:04   25        A    At risk.

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:44:05 | 1 | Q    At-risk youth.  Thank you.  Sorry. |
| 12:44:07 | 2 | A    It's okay.  I like helping people. |
| 12:44:12 | 3 | Q    Okay.  Ms. Cooper was never incarcerated; |
| 12:44:17 | 4 | correct? |
| 12:44:18 | 5 | A    I don't know. |
| 12:44:20 | 6 | Q    Ms. Cooper's case was a civil defamation |
| 12:44:22 | 7 | lawsuit, not a criminal matter; correct? |
| 12:44:24 | 8 | A    I don't remember. |
| 12:44:25 | 9 | Q    You don't remember whether the case you took |
| 12:44:28 | 10 | on for Ms. Cooper was -- |
| 12:44:29 | 11 | A    No, I did not. |
| 12:44:30 | 12 | Q    -- civil or criminal? |
| 12:44:32 | 13 | A    No, ma'am. |
| 12:44:32 | 14 | Q    Do you have a diagnosis on memory loss? |
| 12:44:38 | 15 | MS. DIXON:  Objection.  That's argumentative. |
| 12:44:42 | 16 | THE WITNESS:  I don't remember. |
| 12:44:42 | 17 | BY MS. HAYRAPETIAN: |
| 12:44:42 | 18 | Q    Have you ever seen a doctor to consult about |
| 12:44:44 | 19 | your memory? |
| 12:44:49 | 20 | A    Probably so. |
| 12:44:50 | 21 | Q    And what did the doctor say? |
| 12:44:53 | 22 | A    Said I was 6 foot 1.  I don't remember. |
| 12:44:56 | 23 | Q    Okay.  And when did you seek doctor's care for |
| 12:45:01 | 24 | issues with your memory? |
| 12:45:04 | 25 | A    I've seen a lot of doctors. |

| | | |
|---|---|---|
| 12:45:06 | 1 | Q    But which one did you see with regards to your |
| 12:45:08 | 2 | memory? |
| 12:45:09 | 3 | A    A lot of them.  I don't remember their names. |
| 12:45:12 | 4 | Q    Okay.  And why did you seek a doctor's |
| 12:45:15 | 5 | opinion? |
| 12:45:18 | 6 | A    I don't remember. |
| 12:45:19 | 7 | Q    Did they give you a diagnosis? |
| 12:45:21 | 8 | A    I don't remember.  It would be in my prison |
| 12:45:24 | 9 | file.  You can check that. |
| 12:45:28 | 10 | Q    What were you in prison for again? |
| 12:45:30 | 11 | A    I don't remember. |
| 12:45:31 | 12 | Q    Ms. Cooper's case was filed in federal court |
| 12:45:42 | 13 | in Florida, not California; correct? |
| 12:45:44 | 14 | A    I don't remember. |
| 12:45:45 | 15 | Q    This wasn't a post-conviction matter; correct? |
| 12:45:49 | 16 | A    I don't remember. |
| 12:45:49 | 17 | Q    Ms. Cooper doesn't fit UTP's typical client |
| 12:45:54 | 18 | profile, does she? |
| 12:45:55 | 19 | A    I don't remember. |
| 12:45:56 | 20 | Q    UTP doesn't normally take civil defamation |
| 12:46:00 | 21 | cases; correct? |
| 12:46:02 | 22 | A    I don't remember. |
| 12:46:03 | 23 | Q    UTP doesn't normally represent clients in |
| 12:46:06 | 24 | Florida in federal court; correct? |
| 12:46:14 | 25 | A    I don't remember. |

| | | |
|---|---|---|
| 12:46:14 | 1 | Q    UTP doesn't normally represent |
| 12:46:16 | 2 | non-incarcerated clients; correct? |
| 12:46:20 | 3 | A    I don't remember. |
| 12:46:21 | 4 | Q    So why did UTP make an exception for |
| 12:46:25 | 5 | Ms. Cooper? |
| 12:46:30 | 6 | A    I'm sure they didn't. |
| 12:46:31 | 7 | Q    What do you mean? |
| 12:46:32 | 8 | A    Your prior question.  Your prior question was |
| 12:46:35 | 9 | what again?  Do we have clients out of prison? |
| 12:46:40 | 10 | Q    My prior question was, so why did UTP make an |
| 12:46:43 | 11 | exception for Ms. Cooper? |
| 12:46:44 | 12 | A    Oh, that was this one, not prior.  That was |
| 12:46:46 | 13 | this one -- I don't remember. |
| 12:46:48 | 14 | Q    Okay. |
| 12:46:50 | 15 | A    I tried to help you. |
| 12:46:52 | 16 | Q    One reason UTP made an exception and took on |
| 12:46:56 | 17 | Ms. Cooper's case was because of her connection to Tory; |
| 12:46:59 | 18 | correct? |
| 12:47:00 | 19 | MR. HAYDEN:  Objection.  Speculation. |
| 12:47:01 | 20 | THE WITNESS:  I don't remember. |
| 12:47:01 | 21 | BY MR. MCLYMONT: |
| 12:47:02 | 22 | Q    Tory asked you to represent Ms. Cooper; right? |
| 12:47:05 | 23 | MR. HAYDEN:  Objection.  Speculation. |
| 12:47:06 | 24 | THE WITNESS:  I don't remember. |
| 12:47:06 | 25 | BY MS. HAYRAPETIAN: |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 12:47:07 | 1 | Q   You couldn't say no to Tory's request; right? |
| 12:47:14 | 2 | MR. HAYDEN:  Objection.  Speculation.  Asked |
| 12:47:15 | 3 | and answered. |
| 12:47:16 | 4 | THE WITNESS:  I don't remember. |
| 12:47:16 | 5 | BY MS. HAYRAPETIAN: |
| 12:47:17 | 6 | Q   You don't remember whether it happened? |
| 12:47:24 | 7 | A   I don't remember anything. |
| 12:47:25 | 8 | MR. HAYDEN:  Objection.  Assuming facts not in |
| 12:47:26 | 9 | evidence. |
| 12:47:26 | 10 | BY MS. HAYRAPETIAN: |
| 12:47:27 | 11 | Q   Did you meet Tory in your childhood? |
| 12:47:35 | 12 | A   Are you talking to me? |
| 12:47:36 | 13 | Q   Uh-huh. |
| 12:47:36 | 14 | A   Did I meet him in my childhood? |
| 12:47:39 | 15 | Q   Yeah. |
| 12:47:39 | 16 | A   I don't remember. |
| 12:47:40 | 17 | Q   Were you an adult when you became friends with |
| 12:47:42 | 18 | Tory? |
| 12:47:43 | 19 | A   I don't remember. |
| 12:47:46 | 20 | Q   Where did you meet Tory? |
| 12:47:49 | 21 | A   I don't remember. |
| 12:47:50 | 22 | Q   You understand that Ms. Pete sued Ms. Cooper |
| 12:47:58 | 23 | for defamation; correct? |
| 12:47:59 | 24 | A   Did she? |
| 12:48:01 | 25 | Q   You took on the case, right, as CEO of Unite |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:48:05 | 1 | the People? |
| 12:48:05 | 2 | A   I don't remember. |
| 12:48:06 | 3 | Q   You don't remember taking on this case? |
| 12:48:08 | 4 | A   No. |
| 12:48:08 | 5 | Q   The lawsuit was filed on October 30th, 2024; |
| 12:48:13 | 6 | correct? |
| 12:48:13 | 7 | A   Was it? |
| 12:48:17 | 8 | Q   Do you recall? |
| 12:48:17 | 9 | A   I don't remember. |
| 12:48:18 | 10 | Q   And Ms. Cooper was being sued for statements |
| 12:48:21 | 11 | she made supporting Tory; correct? |
| 12:48:25 | 12 | A   I don't remember. |
| 12:48:26 | 13 | Q   The same day the lawsuit was filed, you spoke |
| 12:48:33 | 14 | to Tory about it; correct? |
| 12:48:35 | 15 | A   I don't remember. |
| 12:48:36 | 16 | Q   Tory told you he wanted UTP to represent |
| 12:48:41 | 17 | Ms. Cooper; correct? |
| 12:48:42 | 18 | MR. HAYDEN:  Objection.  Speculation.  Asked |
| 12:48:43 | 19 | and answered.  Assuming facts not in evidence. |
| 12:48:45 | 20 | THE WITNESS:  I don't remember. |
| 12:48:46 | 21 | BY MS. HAYRAPETIAN: |
| 12:48:47 | 22 | Q   This wasn't Ms. Cooper's idea, was it? |
| 12:48:52 | 23 | A   I don't remember. |
| 12:48:52 | 24 | Q   It was Tory's idea? |
| 12:48:55 | 25 | MR. HAYDEN:  Objection.  Speculation. |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:48:56 | 1 | Assuming facts not in evidence. |
| 12:48:58 | 2 | THE WITNESS:  I don't remember. |
| 12:48:58 | 3 | BY MS. HAYRAPETIAN: |
| 12:48:59 | 4 | Q    So you already testified that you are |
| 12:49:08 | 5 | involved, and you are the CEO of UTP. |
| 12:49:16 | 6 | A    Is that the question? |
| 12:49:18 | 7 | Q    I'm -- I'm trying to finish. |
| 12:49:20 | 8 | A    Oh, I didn't know.  It sounded like you |
| 12:49:22 | 9 | stopped. |
| 12:49:23 | 10 | Q    And you have involvement in bringing in cases, |
| 12:49:26 | 11 | right, as the CEO of the company? |
| 12:49:29 | 12 | A    Can you repeat that?  I didn't understand |
| 12:49:31 | 13 | that.  The question seemed two-part. |
| 12:49:34 | 14 | Q    Okay.  As the CEO of Unite the People -- and |
| 12:49:36 | 15 | you are; right.  That was a bad question. |
| 12:49:38 | 16 | As the CEO of Unite the People, you have the |
| 12:49:42 | 17 | ability to bring in cases to the company; correct? |
| 12:49:48 | 18 | A    What do you mean "bring in cases"? |
| 12:49:50 | 19 | Q    Suggest cases that Unite the People should |
| 12:49:53 | 20 | take on. |
| 12:49:56 | 21 | A    I don't remember. |
| 12:49:57 | 22 | Q    But you are not denying that as CEO you have |
| 12:50:02 | 23 | the power to do so? |
| 12:50:04 | 24 | A    I don't remember. |
| 12:50:05 | 25 | Q    Tory asked you to have UTP represent |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

```
12:50:13   1   Ms. Cooper; correct?
12:50:14   2           MR. HAYDEN:  Objection.  Asked and answered.
12:50:15   3   Speculation.  Assuming facts not in evidence.
12:50:20   4           THE WITNESS:  I don't remember.
12:50:21   5           MS. HAYRAPETIAN:  And, actually, the question
12:50:23   6   wasn't answered.  The witness has just been saying "I
12:50:26   7   don't remember" for the last several hours.  And I think
12:50:29   8   everyone in this room knows that that is not a
12:50:32   9   legitimate answer; so --
12:50:34  10           MR. HAYDEN:  Speculation, not a question.
12:50:35  11   BY MS. HAYRAPETIAN:
12:50:36  12      Q    Tory understood that Ms. Cooper was in legal
12:50:39  13   trouble; correct?
12:50:41  14           MR. HAYDEN:  Objection.  Speculation.
12:50:44  15           THE WITNESS:  I don't know.
12:50:44  16   BY MS. HAYRAPETIAN:
12:50:45  17      Q    Tory knew Ms. Cooper was being sued for
12:50:46  18   statements that supported him; correct?
12:50:48  19           MR. HAYDEN:  Objection.  Speculation.
12:50:50  20           THE WITNESS:  I don't know.
12:50:50  21   BY MS. HAYRAPETIAN:
12:50:52  22      Q    Tory felt Ms. Cooper deserved legal help
12:50:54  23   because she supported him; correct?
12:50:56  24           MR. HAYDEN:  Objection.  Speculation.
12:50:57  25           THE WITNESS:  I don't know.
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:50:57 | 1 | BY MS. HAYRAPETIAN: |
| 12:50:58 | 2 | Q    That's why Tory directed you to represent her; |
| 12:51:00 | 3 | correct? |
| 12:51:01 | 4 | MR. HAYDEN:  Objection.  Speculation. |
| 12:51:02 | 5 | Assuming facts not in evidence. |
| 12:51:04 | 6 | THE WITNESS:  I don't know. |
| 12:51:05 | 7 | BY MS. HAYRAPETIAN: |
| 12:51:06 | 8 | Q    This lawsuit was filed against Ms. Cooper on |
| 12:51:08 | 9 | October 30, 2024.  That same day, you spoke to Tory over |
| 12:51:13 | 10 | a recorded prison phone line about UTP's representation |
| 12:51:16 | 11 | of Ms. Cooper. |
| 12:51:18 | 12 | Do you recall? |
| 12:51:18 | 13 | MR. HAYDEN:  Objection.  Attorney-client |
| 12:51:19 | 14 | privilege. |
| 12:51:20 | 15 | Instruct the witness not to answer. |
| 12:51:32 | 16 | MS. HAYRAPETIAN:  You're instructing the |
| 12:51:34 | 17 | witness not to answer on whether he had a conversation |
| 12:51:36 | 18 | or not? |
| 12:51:37 | 19 | MR. HAYDEN:  It's a recorded call on a jail |
| 12:51:38 | 20 | phone.  If it's -- if it's become public record, that's |
| 12:51:40 | 21 | one thing, but it's -- Tory Lanez is a client of Unite |
| 12:51:43 | 22 | the People.  Ceasar McDowell is my client in this |
| 12:51:48 | 23 | capacity and part of the legal team of Unite the People. |
| 12:51:51 | 24 | That is a special limited circumstance where I can |
| 12:51:54 | 25 | request the witness not to answer the question that |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 12:51:57 | 1 | would incriminate himself or one of our clients. |
| 12:52:00 | 2 | MS. HAYRAPETIAN:  So, first of all, I disagree |
| 12:52:04 | 3 | with that statement, but I am simply, at this point, not |
| 12:52:11 | 4 | asking about the substance of the conversation. |
| 12:52:14 | 5 | I am merely asking whether a conversation |
| 12:52:16 | 6 | occurred on a specific day between specific people, and |
| 12:52:21 | 7 | I am entitled to that information, even if it were to be |
| 12:52:24 | 8 | privileged, because that is the exact type of |
| 12:52:27 | 9 | information that would go on a privilege log. |
| 12:52:31 | 10 | So the instruction is, one, improper; but, |
| 12:52:35 | 11 | two, this is -- you cannot claim privilege.  The witness |
| 12:52:41 | 12 | has already testified he had no power or involvement in |
| 12:52:47 | 13 | the legal part of UTP.  And these prison records have |
| 12:52:53 | 14 | been produced in this litigation many, many, many months |
| 12:52:57 | 15 | ago. |
| 12:52:58 | 16 | And if you had an objection, it has already |
| 12:53:01 | 17 | been waived; so -- |
| 12:53:05 | 18 | MR. HAYDEN:  He can answer to knowledge of the |
| 12:53:07 | 19 | conversation. |
| 12:53:16 | 20 | MS. HAYRAPETIAN:  Can you read back my |
| 12:53:17 | 21 | question. |
| 12:53:17 | 22 | (The following record was read: |
| 12:53:17 | 23 | "QUESTION:  That's why Tory directed you |
| 12:53:17 | 24 | to represent her; correct?") |
| 12:53:17 | 25 | THE COURT REPORTER:  Or -- sorry.  It's the |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 12:53:17 | 1 | next one. |
| 12:53:17 | 2 | (The following record was read: |
| 12:53:17 | 3 | "QUESTION:  This lawsuit was filed against |
| 12:53:17 | 4 | Ms. Cooper on October 30, 2024.  That same |
| 12:53:17 | 5 | day, you spoke to Tory over a recorded |
| 12:53:17 | 6 | prison phone line about UTP's |
| 12:53:17 | 7 | representation of Ms. Cooper.  Do you |
| 12:53:17 | 8 | recall?") |
| 12:53:52 | 9 | THE WITNESS:  I don't remember. |
| 12:53:54 | 10 | MS. HAYRAPETIAN:  Okay. |
| 12:53:55 | 11 | And also only communications where legal |
| 12:53:57 | 12 | advice is sought or received are protected under |
| 12:54:01 | 13 | attorney-client privilege. |
| 12:54:05 | 14 | But let's pull up as Exhibit 84.  I'm looking |
| 12:54:10 | 15 | for Tab A -- Tab 9-A, please. |
| 12:54:51 | 16 | STENO TECH:  Do you want me to play it? |
| 12:54:52 | 17 | MS. HAYRAPETIAN:  Yes, please. |
| 12:54:53 | 18 | (A video clip was played.) |
| 12:55:20 | 19 | MS. HAYRAPETIAN:  It's fine.  We can hear it. |
| 12:55:22 | 20 | STENO TECH:  Oh, okay.  I can't hear it.  No |
| 12:55:23 | 21 | worries. |
| 12:55:23 | 22 | MS. HAYRAPETIAN:  Just let it play.  We can |
| 12:55:24 | 23 | hear it fine. |
| 12:55:27 | 24 | STENO TECH:  Sorry. |
| 12:55:27 | 25 | MS. HAYRAPETIAN:  Thank you. |

| | | |
|---|---|---|
| 12:56:04 | 1 | (A video clip was played.) |
| 01:07:45 | 2 | MS. HAYRAPETIAN:  Okay.  We can turn off the |
| 01:07:45 | 3 | recording.  Thank you. |
| 01:07:45 | 4 | (Exhibit 84-A was marked for identification.) |
| 01:07:45 | 5 | (Exhibit 84-B was marked for identification.) |
| 01:07:47 | 6 | BY MS. HAYRAPETIAN: |
| 01:07:49 | 7 | Q    So, on this October 30th call, you read Tory |
| 01:07:58 | 8 | a press release that UTP would issue the next day; |
| 01:08:00 | 9 | correct? |
| 01:08:02 | 10 | A    Sound like it. |
| 01:08:02 | 11 | Q    You said to Tory, quote, "Let me read it to |
| 01:08:06 | 12 | you.  So it says Unite the People Inc. agrees to |
| 01:08:09 | 13 | represent this is the media release for tomorrow.  Unite |
| 01:08:13 | 14 | the People Inc. agrees to represent Milagro Cooper |
| 01:08:16 | 15 | against threats and intimidation targeting influencers |
| 01:08:20 | 16 | for expressing their opinions in the civil matter filed |
| 01:08:23 | 17 | by the now-Claimant Megan Pete"; correct? |
| 01:08:29 | 18 | A    I don't remember exactly all that was said, |
| 01:08:30 | 19 | but it sound like it. |
| 01:08:33 | 20 | Q    Okay.  And if you need to refer back to the |
| 01:08:37 | 21 | certified transcript in front of you, please do so. |
| 01:08:39 | 22 | It's on page 7, starting at lines 23 to 25; and page 8, |
| 01:08:45 | 23 | lines 1 to 5. |
| 01:08:49 | 24 | You were asking for Tory's approval of that |
| 01:08:51 | 25 | press release, weren't you? |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 01:08:55 | 1 | MR. HAYDEN:  Speculation. |
| 01:08:58 | 2 | THE WITNESS:  Didn't sound like it to me. |
| 01:08:59 | 3 | BY MS. HAYRAPETIAN: |
| 01:08:59 | 4 | Q    Okay.  So what were you doing? |
| 01:09:01 | 5 | A    I don't remember what I was doing, but what |
| 01:09:02 | 6 | you just played, it didn't sound like I was asking |
| 01:09:05 | 7 | anybody for approval. |
| 01:09:06 | 8 | Q    Okay.  So what were you doing reading him -- |
| 01:09:10 | 9 | A    I just answered.  I don't remember, but it |
| 01:09:12 | 10 | don't sound like I was asking anybody's approval. |
| 01:09:14 | 11 | Q    Okay.  So you don't remember why you were |
| 01:09:16 | 12 | reading it, but you know it wasn't for his approval? |
| 01:09:18 | 13 | A    Not from what it just sounded like from what |
| 01:09:21 | 14 | you played. |
| 01:09:21 | 15 | Q    Okay.  So what did it sound like to you? |
| 01:09:23 | 16 | A    It sound like two guys talking. |
| 01:09:26 | 17 | Q    About what? |
| 01:09:27 | 18 | A    I don't remember. |
| 01:09:28 | 19 | Q    Why are you telling him about the press |
| 01:09:30 | 20 | release? |
| 01:09:31 | 21 | A    I don't remember why. |
| 01:09:32 | 22 | Q    You don't remember why you were telling |
| 01:09:34 | 23 | Tory Lanez about Milagro Cooper's press release on Unite |
| 01:09:38 | 24 | the People? |
| 01:09:38 | 25 | A    I don't know why. |

```
01:09:39   1         Q    Okay.  But you know it wasn't to seek his

01:09:41   2    approval -- I'm asking a question.

01:09:46   3              MS. DIXON:  It wasn't her press release,

01:09:47   4    that's all I'm saying.

01:09:49   5              MS. HAYRAPETIAN:  Okay.

01:09:52   6              MS. DIXON:  Just for point of clarification of

01:09:53   7    the question.

01:09:53   8    BY MS. HAYRAPETIAN:

01:09:54   9         Q    The press release about Ms. Cooper that you

01:09:59  10    are telling Tory about; right?  You don't remember why

01:10:04  11    you were telling him; correct?

01:10:06  12         A    I don't remember.

01:10:07  13         Q    Okay.  But you remember that you weren't

01:10:09  14    seeking his opinion; correct?

01:10:11  15         A    No, I don't remember.  What I just heard

01:10:14  16    didn't sound like somebody that was asking for

01:10:18  17    direction.

01:10:26  18         Q    But you needed Tory's approval for a press

01:10:27  19    release before representing Ms. Cooper; right?

01:10:30  20              MR. HAYDEN:  Objection.  Speculation.

01:10:31  21              THE WITNESS:  I don't remember.

01:10:31  22    BY MS. HAYRAPETIAN:

01:10:32  23         Q    Before this call, had Tory asked you to

01:10:35  24    represent Ms. Cooper?

01:10:38  25         A    I don't remember.
```

| | | |
|---|---|---|
| 01:10:39 | 1 | Q    You wouldn't have represented Ms. Cooper |
| 01:10:42 | 2 | without Tory's direction, would you? |
| 01:10:44 | 3 | MR. HAYDEN:  Objection.  Speculation. |
| 01:10:46 | 4 | THE WITNESS:  I don't remember. |
| 01:10:46 | 5 | BY MS. HAYRAPETIAN: |
| 01:10:47 | 6 | Q    And you met Ms. Cooper at Tory's trial; right? |
| 01:10:53 | 7 | MS. DIXON:  Objection.  Asked and answered. |
| 01:10:57 | 8 | THE WITNESS:  I don't remember. |
| 01:10:57 | 9 | BY MS. HAYRAPETIAN: |
| 01:10:59 | 10 | Q    Tory was the reason UTP took on Ms. Cooper's |
| 01:11:02 | 11 | case; correct? |
| 01:11:04 | 12 | MR. HAYDEN:  Objection.  Speculation. |
| 01:11:07 | 13 | THE WITNESS:  I don't remember. |
| 01:11:07 | 14 | BY MS. HAYRAPETIAN: |
| 01:11:08 | 15 | Q    You are providing him an update on how his |
| 01:11:11 | 16 | case is going; correct? |
| 01:11:12 | 17 | MR. HAYDEN:  Objection.  Speculation. |
| 01:11:14 | 18 | THE WITNESS:  I don't remember. |
| 01:11:14 | 19 | BY MS. HAYRAPETIAN: |
| 01:11:15 | 20 | Q    You then said to Tory, quote, "Unite the |
| 01:11:19 | 21 | People Inc. has agreed to take on the defense of |
| 01:11:22 | 22 | Milagro Cooper, as well as any other social media |
| 01:11:25 | 23 | influencer, journalism platform, journalist podcast, or |
| 01:11:29 | 24 | reporter of any type that has received this lawsuit |
| 01:11:31 | 25 | against them or any other form of bullying/harassment to |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

01:11:36   1   silence them from their right of freedom of speech."

01:11:42   2       You heard that; right?

01:11:44   3       A    I heard that.

01:11:45   4       Q    After UTP put out this media statement, did

01:11:48   5   any bloggers, podcasters, or social media personalities

01:11:52   6   reach out to UTP for legal advice or representation?

01:11:55   7       A    I don't remember.

01:11:55   8       Q    Do you currently have any cases other than

01:11:59   9   Ms. Cooper's?

01:12:01  10       A    I don't remember.

01:12:03  11       Q    So UTP has never represented any other social

01:12:10  12   media personalities other than Ms. Cooper?

01:12:13  13       A    I don't remember.

01:12:14  14       Q    Who would know at UTP?

01:12:21  15       A    I don't know.  I'd have to check.

01:12:22  16       Q    Where would you have to check?

01:12:24  17       A    At UTP.

01:12:25  18       Q    Okay.  So where would you go to find out the

01:12:31  19   information I'm asking you, if a judge was asking you?

01:12:35  20       A    555 East Ocean Boulevard, Suite 205,

01:12:38  21   Long Beach, California 90802.  Unite the People --

01:12:41  22   that's where I would go to ask.

01:12:43  23       Q    Okay.  And who would you ask at Unite the

01:12:44  24   People?

01:12:46  25       A    I'd have to find out.  I don't know who to

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 01:12:48 | 1 | ask.  I'd have to ask them who to ask. |
| 01:12:50 | 2 | Q    So the CEO would have to ask -- |
| 01:12:53 | 3 | A    Who to ask. |
| 01:12:53 | 4 | Q    -- someone as CEO -- |
| 01:12:55 | 5 | A    That seems logical. |
| 01:12:56 | 6 | Q    -- at UTP -- |
| 01:12:57 | 7 | A    That sounds logical. |
| 01:12:58 | 8 | Q    -- who to ask.  Okay. |
| 01:13:00 | 9 | And who would you ask? |
| 01:13:02 | 10 | A    I'd have to find out who to ask.  I'd start |
| 01:13:04 | 11 | off by asking, "Who do I ask." |
| 01:13:05 | 12 | Q    Okay.  And who are you asking who do you ask? |
| 01:13:07 | 13 | A    I don't know. |
| 01:13:08 | 14 | Q    You don't know? |
| 01:13:09 | 15 | A    Huh-uh. |
| 01:13:10 | 16 | Q    So if we go to the judge in this case -- |
| 01:13:16 | 17 | A    Uh-huh.  Let's go. |
| 01:13:19 | 18 | Q    -- who are you going to tell her has the |
| 01:13:22 | 19 | responses to these questions since you don't know or you |
| 01:13:25 | 20 | don't remember? |
| 01:13:26 | 21 | A    I don't know.  Let's do it. |
| 01:13:28 | 22 | Q    Ms. Cooper is unique because of her special |
| 01:13:37 | 23 | relationship with Tory, right, and that's why you took |
| 01:13:40 | 24 | on her case? |
| 01:13:41 | 25 | MR. HAYDEN:  Objection.  Speculation. |

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 01:13:42 | 1 | THE WITNESS:  She's unique? |
| 01:13:42 | 2 | BY MS. HAYRAPETIAN: |
| 01:13:43 | 3 | Q    Yep. |
| 01:13:43 | 4 | A    Is she?  You said so, not me. |
| 01:13:50 | 5 | Q    Tory asked you at what time UTP would post the |
| 01:13:53 | 6 | media statement.  You responded, quote, "Probably first |
| 01:13:57 | 7 | thing in the morning.  Indiscernible told me to post it |
| 01:14:02 | 8 | to my Instagram first, to the Unite the People |
| 01:14:06 | 9 | Instagram.  And she said post it early, and then she'll |
| 01:14:09 | 10 | send it over to 'TMZ' and I guess whoever else.  There's |
| 01:14:12 | 11 | a bunch of people.  'Rolling Stone'." |
| 01:14:15 | 12 | Do you recall hearing that just now? |
| 01:14:19 | 13 | A    I heard something like that. |
| 01:14:22 | 14 | Q    And who is the "she" you are referring to? |
| 01:14:24 | 15 | A    I don't remember. |
| 01:14:27 | 16 | Q    Are you referring to Ms. Mari Ronquillo? |
| 01:14:30 | 17 | A    I don't remember. |
| 01:14:30 | 18 | Q    Do you know who Ms. Mari Ronquillo is? |
| 01:14:33 | 19 | A    I don't remember. |
| 01:14:33 | 20 | Q    You don't remember if she is involved with |
| 01:14:38 | 21 | UTP? |
| 01:14:43 | 22 | A    Do I remember if she's involved with Unite the |
| 01:14:44 | 23 | People. |
| 01:14:44 | 24 | Who is she? |
| 01:14:45 | 25 | Q    I'm asking you.  You don't know? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 01:14:47 | 1 | A | I -- I might -- I think -- I don't know. |
| 01:14:51 | 2 | Q | You might? |
| 01:14:51 | 3 | A | I don't recall right now. |
| 01:14:52 | 4 | Q | You don't recall right now? |
| 01:14:53 | 5 | A | Huh-uh. |
| 01:14:54 | 6 | Q | Okay.  Is she an advisory member of UTP? |
| 01:15:01 | 7 | A | You would have to look at the website. |
| 01:15:02 | 8 | Q | I have.  And I'm telling you, she is; so -- |
| 01:15:04 | 9 | A | Thank you.  You answered your question. |
| 01:15:07 | 10 | Q | Okay.  You agree, she is an advisory member of |
| 01:15:09 | 11 | | UTP? |
| 01:15:10 | 12 | A | No.  I said you have to look at the website to |
| 01:15:11 | 13 | | find out. |
| 01:15:12 | 14 | Q | You've never heard her name? |
| 01:15:16 | 15 | A | I didn't say that. |
| 01:15:18 | 16 | Q | You've heard the name Ms. Mari Ronquillo? |
| 01:15:24 | 17 | A | I might have. |
| 01:15:25 | 18 | Q | You might have? |
| 01:15:25 | 19 | A | Yeah. |
| 01:15:26 | 20 | Q | Okay.  Ms. Ronquillo is also the founder of |
| 01:15:30 | 21 | | Lyme Lite Media and public relations; correct? |
| 01:15:33 | 22 | A | I don't know. |
| 01:15:33 | 23 | Q | Lyme Lite helps artists and entertainers with |
| 01:15:37 | 24 | | their public relations? |
| 01:15:38 | 25 | A | I don't know. |

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

01:15:39  1        Q    Ms. Ronquillo advises UTP on its press
01:15:42  2    releases and conferences; correct?
01:15:44  3        A    I don't know.
01:15:45  4        Q    Ms. Ronquillo also helps you with drafting
01:15:48  5    social media posts on UTP's account; correct?
01:15:50  6        A    I don't know.
01:15:51  7        Q    So who helps you with the social media posts
01:15:58  8    for UTP?
01:15:59  9        A    I don't know.
01:16:01  10        THE WITNESS:  Hey, do you have any Tylenol?
01:16:03  11    My tooth is starting to kill me.  I don't know.
01:16:06  12    BY MS. HAYRAPETIAN:
01:16:06  13        Q    Tory also asked you whether UTP would have a
01:16:09  14    conflict of interest in representing both him and
01:16:12  15    Ms. Cooper.  Tory asked "Because she is saying I'm a
01:16:14  16    part of the board of advisory, so isn't that a conflict
01:16:18  17    of interest?"
01:16:20  18        You responded, quote, "The only conflict of
01:16:23  19    interest would be if Milagro didn't know we had
01:16:27  20    represented you.  You dig what I'm saying?"
01:16:34  21        Do you recall listening to that just now?
01:16:37  22        A    I recall hearing that.
01:16:39  23        Q    Okay.  So why is it not a conflict of
01:16:41  24    interest?
01:16:42  25        A    I don't remember.

```
01:16:45   1        Q    Why is it not a conflict of represent to
01:16:48   2   represent both Tory and Ms. Cooper?
01:16:52   3             MS. DIXON:  Objection.  Calls for a legal
01:16:53   4   opinion.
01:16:54   5             THE WITNESS:  I don't remember.
01:16:54   6   BY MS. HAYRAPETIAN:
01:16:55   7        Q    Okay.  So what did you mean when you told --
01:16:59   8             THE WITNESS:  You don't have Advil?  Nothing?
01:17:11   9   BY MS. HAYRAPETIAN:
01:17:11  10        Q    And going back, I'm going to show you Exhibit
01:17:15  11   Number --
01:17:24  12             MS. LEE:  85, I believe.
01:17:27  13             MS. DIXON:  Can we go off the record for a
01:17:29  14   minute?
01:17:30  15             MS. HAYRAPETIAN:  No.  I'm not done
01:17:31  16   questioning.
01:17:32  17             MS. DIXON:  We had an agreement that we were
01:17:33  18   going to go to lunch, and he said he had a headache.
01:17:36  19             MS. HAYRAPETIAN:  Okay.  Well, you don't
01:17:36  20   represent him; right?
01:17:37  21             MS. DIXON:  It doesn't matter.  You can't put
01:17:38  22   your hand in my face and tell me --
01:17:40  23             (Multiple Simultaneous Speakers.)
01:17:40  24             MR. HAYDEN:  Let's -- let's get through the --
01:17:41  25             MS. HAYRAPETIAN:  To be clear, my hand is in
```

| | | |
|---|---|---|
| 01:17:43 | 1 | no one's face.  I am probably 10 feet away from opposing |
| 01:17:45 | 2 | counsel. |
| 01:17:46 | 3 | MS. DIXON:  Well, don't put your hand up |
| 01:17:47 | 4 | anyway. |
| 01:17:48 | 5 | MS. HAYRAPETIAN:  And I am in the middle of my |
| 01:17:50 | 6 | questioning, and I'm going to finish my questioning. |
| 01:17:52 | 7 | You continue to interrupt my questioning and everyone |
| 01:17:54 | 8 | else's questioning.  And we're not going off the record |
| 01:17:57 | 9 | until I'm done with this part of my question. |
| 01:18:01 | 10 | BY MS. HAYRAPETIAN: |
| 01:18:03 | 11 | Q    Okay. |
| 01:18:05 | 12 | THE WITNESS:  Do they have a store around |
| 01:18:07 | 13 | here?  I'm having a toothache that's going to my head, |
| 01:18:09 | 14 | like, it's real, real tough. |
| 01:18:11 | 15 | MR. HAYDEN:  Let's get through this. |
| 01:18:12 | 16 | THE WITNESS:  Can we speed it up or something? |
| 01:18:13 | 17 | Or I'm going to have to go get medication. |
| 01:18:15 | 18 | BY MS. HAYRAPETIAN: |
| 01:18:16 | 19 | Q    Yes.  UTP came out with a public statement |
| 01:18:18 | 20 | that it would represent Ms. Cooper on October 31st; |
| 01:18:20 | 21 | correct? |
| 01:18:21 | 22 | A    I don't remember when. |
| 01:18:23 | 23 | Q    Why do you need to update a different client |
| 01:18:26 | 24 | of yours, Tory, about UTP's representation of |
| 01:18:29 | 25 | Ms. Cooper? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 01:18:32 | 1 | A     I don't remember. |
| 01:18:34 | 2 | Q     You needed to update Tory because he |
| 01:18:36 | 3 | specifically asked you to represent Ms. Cooper; correct? |
| 01:18:38 | 4 |           MR. HAYDEN:  Objection.  Speculation. |
| 01:18:41 | 5 |           THE WITNESS:  I don't remember. |
| 01:18:42 | 6 | BY MS. HAYRAPETIAN: |
| 01:18:42 | 7 | Q     You couldn't say no to UTP's biggest client; |
| 01:18:47 | 8 | right? |
| 01:18:48 | 9 |           MR. HAYDEN:  Objection.  Speculation.  Asked |
| 01:18:49 | 10 | and answered. |
| 01:18:54 | 11 | BY MS. HAYRAPETIAN: |
| 01:18:55 | 12 | Q     Right? |
| 01:18:55 | 13 | A     Are you asking me that? |
| 01:18:56 | 14 | Q     Yes. |
| 01:18:56 | 15 | A     Who said he is my biggest client?  You did?  I |
| 01:18:59 | 16 | didn't say he was. |
| 01:19:00 | 17 | Q     Okay.  Who is your biggest client? |
| 01:19:02 | 18 | A     I told you Allan McIntosh, I thought. |
| 01:19:04 | 19 | Q     Okay.  So one of UTP's biggest clients, you |
| 01:19:07 | 20 | couldn't say no to him; right -- Tory? |
| 01:19:09 | 21 |           MR. HAYDEN:  Objection.  Asked and answered. |
| 01:19:09 | 22 | Speculation. |
| 01:19:12 | 23 |           THE WITNESS:  I don't remember. |
| 01:19:13 | 24 | BY MS. HAYRAPETIAN: |
| 01:19:13 | 25 | Q     You couldn't say no to one of UTP's biggest |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 01:19:15 | 1 | financiers; right? |
| 01:19:17 | 2 | MR. HAYDEN:  Objection.  Speculation. |
| 01:19:18 | 3 | THE WITNESS:  I don't remember. |
| 01:19:19 | 4 | BY MS. HAYRAPETIAN: |
| 01:19:20 | 5 | Q    You couldn't say no to UTP's biggest adviser; |
| 01:19:23 | 6 | right? |
| 01:19:24 | 7 | MR. HAYDEN:  Objection.  Speculation. |
| 01:19:26 | 8 | THE WITNESS:  I don't remember. |
| 01:19:26 | 9 | BY MS. HAYRAPETIAN: |
| 01:19:27 | 10 | Q    You needed to update Tory because he promised |
| 01:19:30 | 11 | to help pay for any fees and costs relating to |
| 01:19:33 | 12 | Ms. Cooper's defense; correct? |
| 01:19:35 | 13 | MR. HAYDEN:  Objection.  Speculation. |
| 01:19:37 | 14 | THE WITNESS:  I don't remember. |
| 01:19:37 | 15 | BY MS. HAYRAPETIAN: |
| 01:19:38 | 16 | Q    You needed to update Tory because he is |
| 01:19:40 | 17 | funding your organization; correct? |
| 01:19:46 | 18 | A    I don't remember. |
| 01:19:49 | 19 | MS. HAYRAPETIAN:  Let's go off the record and |
| 01:19:50 | 20 | take lunch. |
| 01:19:51 | 21 | THE VIDEOGRAPHER:  The time is 1:19 PM |
| 01:19:54 | 22 | Pacific time.  We are now off the record. |
| 01:19:59 | 23 | (Lunch break was taken.) |
| 02:17:28 | 24 | THE VIDEOGRAPHER:  The time is 2:17 PM |
| 02:17:30 | 25 | Pacific time.  We are back on the record. |

CEASAR MCDOWELL                                             JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:17:33 | 1 | MS. HAYRAPETIAN:  Okay.  Welcome back, |
| 02:17:35 | 2 | everyone.  I have a quick correction to make.  Oh, |
| 02:17:38 | 3 | there's an echo.  Okay.  Still an echo. |
| 02:17:50 | 4 | MS. DIXON:  She has to mute this one, I think. |
| 02:17:54 | 5 | MS. HAYRAPETIAN:  Okay.  So maybe let's go off |
| 02:17:57 | 6 | the record. |
| 02:17:57 | 7 | Well, okay.  That's better.  Thank you. |
| 02:18:06 | 8 | Just wanted to make a quick correction.  84 -- |
| 02:18:10 | 9 | Exhibit Number 84 is the video which is A, and 84-B is |
| 02:18:16 | 10 | the transcript. |
| 02:18:18 | 11 | And then I am going to add as Exhibit |
| 02:18:25 | 12 | Number 85 -- and if we can please pull up Tab 60-B -- |
| 02:18:33 | 13 | sorry 68 -- |
| 02:18:35 | 14 | THE WITNESS:  Can I ask a question on the |
| 02:18:37 | 15 | record, real fast? |
| 02:18:37 | 16 | MS. HAYRAPETIAN:  Yes. |
| 02:18:38 | 17 | THE WITNESS:  Do I -- I do receive copies of |
| 02:18:39 | 18 | these transcripts; correct? |
| 02:18:41 | 19 | MS. HAYRAPETIAN:  Not to take home. |
| 02:18:42 | 20 | MR. HAYDEN:  You can request them. |
| 02:18:44 | 21 | THE WITNESS:  I can request them? |
| 02:18:45 | 22 | MS. HAYRAPETIAN:  We can talk about it at the |
| 02:18:46 | 23 | end of the depo. |
| 02:18:50 | 24 | MS. DIXON:  You get a copy to correct, but |
| 02:18:51 | 25 | it's online; correct? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:18:52 | 1 | MS. HAYRAPETIAN:  I'll -- I'll do an |
| 02:18:53 | 2 | admonition at the end so we can cover questions. |
| 02:18:59 | 3 | STENO TECH:  I cannot hear which exhibit you |
| 02:19:01 | 4 | said you needed. |
| 02:19:02 | 5 | MS. HAYRAPETIAN:  80 -- sorry -- 60-A. |
| 02:19:04 | 6 | STENO TECH:  60-A? |
| 02:19:04 | 7 | MS. HAYRAPETIAN:  Uh-huh. |
| 02:19:12 | 8 | STENO TECH:  And which exhibit is going to be |
| 02:19:12 | 9 | the -- which exhibit number -- I know it's 84-A and B, |
| 02:19:16 | 10 | but which exhibit number is actually the transcript? |
| 02:19:17 | 11 | Because there are quite a few here. |
| 02:19:19 | 12 | MS. HAYRAPETIAN:  So on the transcript it will |
| 02:19:21 | 13 | reflect as 85-A, the video, which you are looking for |
| 02:19:26 | 14 | 60-A, Tab 60-A.  And the transcript will be 85-B. |
| 02:19:47 | 15 | And we're ready to play when you are. |
| 02:19:48 | 16 | And I will just clarify for Mr. McDowell |
| 02:19:51 | 17 | that this clip is the longer version of the excerpt from |
| 02:20:00 | 18 | Exhibit 82.  So we pulled -- |
| 02:20:07 | 19 | STENO TECH:  Ma'am, I don't have a 60.  The |
| 02:20:07 | 20 | last number I have here is a 59-A and a 59-B.  Then I |
| 02:20:10 | 21 | have a Tab 5, Tab 6, Tab 7, Tab 8, Tab 9-A.  I do not |
| 02:20:16 | 22 | have a 60. |
| 02:20:19 | 23 | MS. HAYRAPETIAN:  Gabby sent it to you on the |
| 02:20:20 | 24 | email. |
| 02:20:26 | 25 | Let's go off the record, please. |

```
02:20:29   1              THE VIDEOGRAPHER:  The time is 2:20

02:20:30   2    Pacific time.  We are now off the record.

02:20:41   3              (Recess was taken.)

02:22:37   4              THE VIDEOGRAPHER:  The time is 2:22 PM

02:22:46   5    Pacific time.  We are back on the record.

02:22:47   6              (A video clip was played.)

02:22:54   7              (Exhibit 85-A was marked for identification.)

02:22:54   8              (Exhibit 85-B was marked for identification.)

02:23:56   9    BY MS. HAYRAPETIAN:

02:23:56  10        Q    Okay.  So this is the extended version of

02:23:59  11    previously marked Exhibit 82 where Mr. McDowell had a

02:24:04  12    question as to who the "he" was.

02:24:07  13              And the subsequent paragraph is Ms. Cooper

02:24:13  14    talking about Mr. Daystar Peterson's filing; is that

02:24:17  15    correct?

02:24:19  16        A    Huh?

02:24:22  17        Q    The second paragraph --

02:24:23  18        A    Uh-huh.

02:24:24  19        Q    -- on the transcript --

02:24:25  20        A    On this paper here?

02:24:26  21        Q    Yes, correct.  And the video we just heard.

02:24:29  22        A    Oh, this one here?

02:24:30  23        Q    No.  That one.

02:24:34  24        A    This one?

02:24:34  25        Q    Yeah.
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:24:34 | 1 | A    Okay. |
| 02:24:34 | 2 | Q    So the second paragraph, Ms. Cooper is talking |
| 02:24:35 | 3 | about Mr. Peterson, correct, on the clip we just |
| 02:24:39 | 4 | heard? |
| 02:24:40 | 5 | A    It sounded like it. |
| 02:24:42 | 6 | Q    Okay.  So, going back to my question, you |
| 02:24:45 | 7 | said -- sorry about that. |
| 02:25:00 | 8 | Okay.  You know Sonstar Peterson, Tory's |
| 02:25:04 | 9 | father; correct? |
| 02:25:04 | 10 | A    Who. |
| 02:25:05 | 11 | Q    Sonstar Peterson, Tory's father? |
| 02:25:09 | 12 | A    That's his name? |
| 02:25:12 | 13 | Q    You know him; right? |
| 02:25:13 | 14 | A    I -- his dad? |
| 02:25:15 | 15 | Q    Yes. |
| 02:25:16 | 16 | A    Oh, yeah.  I know who his dad is. |
| 02:25:19 | 17 | Q    Okay.  Sonstar has a close relationship with |
| 02:25:21 | 18 | Ms. Cooper; correct? |
| 02:25:22 | 19 | A    I don't know nothing about any of that. |
| 02:25:25 | 20 | Q    Did Sonstar encourage you to represent |
| 02:25:27 | 21 | Ms. Cooper? |
| 02:25:29 | 22 | A    I don't know nothing about none of that. |
| 02:25:32 | 23 | Q    Okay.  Both Tory and his father wanted UTP to |
| 02:25:36 | 24 | represent Ms. Cooper; right? |
| 02:25:38 | 25 | A    I know nothing about that. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

02:25:40  1          Q    Did you know that Sonstar has referred to
02:25:43  2    Ms. Cooper as his daughter?
02:25:46  3          A    I know nothing about that.
02:25:48  4          Q    And Sonstar also testified under oath that he
02:25:53  5    flew Ms. Cooper out to Miami and visited Ms. Cooper in
02:25:56  6    Houston.
02:25:57  7               Do you know about that?
02:25:58  8          A    Not at all.
02:25:59  9          Q    Tory has been in prison since when, to your
02:26:04  10   knowledge?
02:26:05  11         A    I don't know.
02:26:05  12         Q    After the jury convicted Tory of shooting
02:26:09  13   Ms. Pete and while he was in prison, you and Tory
02:26:11  14   regularly spoke with one another; correct?
02:26:13  15         A    I don't remember.
02:26:14  16         Q    How many times have you spoken to Tory since
02:26:16  17   his incarceration?
02:26:18  18         A    I couldn't possibly tell you.
02:26:20  19         Q    Could you estimate?
02:26:20  20         A    No.
02:26:21  21         Q    Five times?
02:26:23  22         A    More.
02:26:23  23         Q    Ten?
02:26:27  24         A    I don't remember.
02:26:27  25         Q    Fifty?

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 02:26:29 | 1 | A | I don't remember. |
| 02:26:30 | 2 | Q | Could it have been 50? |
| 02:26:31 | 3 | A | I can't recall. |
| 02:26:32 | 4 | Q | A hundred? |
| 02:26:34 | 5 | A | I don't remember. |
| 02:26:35 | 6 | Q | Okay.  Is it also correct that -- sorry.  Let |
| 02:26:43 | 7 | | me go back. |
| 02:26:43 | 8 | | Would you say you've spoken to Tory at least |
| 02:26:46 | 9 | | 25 times while he was in prison? |
| 02:26:47 | 10 | A | I don't recall. |
| 02:26:48 | 11 | Q | And how do you speak to Tory? |
| 02:26:54 | 12 | A | In English. |
| 02:26:56 | 13 | Q | Fair enough. |
| 02:26:57 | 14 | | How do you speak to Tory while he is in |
| 02:26:59 | 15 | | prison? |
| 02:27:00 | 16 | A | In English. |
| 02:27:01 | 17 | Q | What mechanism do you use to speak to Tory? |
| 02:27:03 | 18 | A | My cell phone. |
| 02:27:04 | 19 | Q | Okay.  And where do you call Tory? |
| 02:27:07 | 20 | A | Call Tory?  He is in prison. |
| 02:27:09 | 21 | Q | Right.  But what line do you call? |
| 02:27:12 | 22 | A | It varies. |
| 02:27:14 | 23 | Q | Is it a phone?  Is it an iPad? |
| 02:27:16 | 24 | A | I thought -- I thought in prison they called |
| 02:27:17 | 25 | | you? |

CEASAR MCDOWELL                                         JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:27:18 | 1 | Q    Okay.  So you never called Tory. |
| 02:27:20 | 2 | He calls you? |
| 02:27:21 | 3 | A    I don't remember. |
| 02:27:22 | 4 | Q    Okay.  And you understand that at the prison |
| 02:27:29 | 5 | Tory was at until he was stabbed, the facility gave him |
| 02:27:32 | 6 | a dedicated device he could use to call people outside |
| 02:27:35 | 7 | of prison? |
| 02:27:36 | 8 | A    I don't know what they're doing there. |
| 02:27:37 | 9 | Q    Okay.  Tory used to call you from a device in |
| 02:27:42 | 10 | prison, right, on a recorded line? |
| 02:27:46 | 11 | A    On the -- on the phone? |
| 02:27:47 | 12 | Q    Yes. |
| 02:27:49 | 13 | A    Yeah.  I think he used a phone to call me. |
| 02:27:52 | 14 | Q    Okay.  Did he ever use, like, an iPad or |
| 02:27:54 | 15 | tablet with a FaceTime feature? |
| 02:27:56 | 16 | A    I've never been in there.  I don't know.  I |
| 02:27:58 | 17 | don't know what they use. |
| 02:27:59 | 18 | Q    Have you ever video called with Tory? |
| 02:28:01 | 19 | A    No, not that I know of. |
| 02:28:02 | 20 | Q    Just an audio call? |
| 02:28:03 | 21 | A    Yeah.  I don't remember anything. |
| 02:28:05 | 22 | Q    Okay.  When Tory used that prison-dedicated |
| 02:28:12 | 23 | device to speak with you, it would show up on your phone |
| 02:28:15 | 24 | as being a device furnished by the prison; correct? |
| 02:28:18 | 25 | A    I don't know.  I don't remember what it said. |

```
02:28:20   1        Q    You don't know what number shows on your
02:28:22   2   caller ID when Tory calls?
02:28:24   3        A    I wouldn't have remembered that.
02:28:25   4        Q    Okay.  But you remember hearing that the calls
02:28:27   5   are being monitored and recorded; right?
02:28:30   6        A    I think they say something like that.
02:28:32   7        Q    Okay.  Kind of like the one we heard before
02:28:34   8   lunch; right?  The long call we heard?
02:28:38   9        A    Probably so.
02:28:38  10        Q    Okay.  It is also correct that, in addition to
02:28:41  11   the device the prison gave Tory as an inmate, Tory
02:28:46  12   acquired a separate phone to communicate with people
02:28:48  13   outside of prison; correct?
02:28:50  14        A    I never heard anything about that.
02:28:51  15        Q    Okay.  So you've never called Tory on a
02:28:54  16   personal cell phone in prison?
02:28:55  17        A    I don't remember anything.
02:28:57  18        Q    You understand that this phone was not
02:29:02  19   authorized and considered a contraband phone; correct?
02:29:07  20        A    Authorized by who?
02:29:08  21             MS. DIXON:  Objection.  Calls for speculation.
02:29:09  22   And assumes facts not in evidence.
02:29:11  23   BY MS. HAYRAPETIAN:
02:29:12  24        Q    The prison.
02:29:15  25        A    Say it again, I didn't hear you.
```

| | | |
|---|---|---|
| 02:29:17 | 1 | Q   You understand that, if Tory has a phone he is |
| 02:29:21 | 2 | using in prison that was not given to him by the prison, |
| 02:29:24 | 3 | it is unauthorized; right? |
| 02:29:28 | 4 | A   I don't know what they do. |
| 02:29:29 | 5 | Q   Okay.  In your experience -- 26 years in |
| 02:29:34 | 6 | prison, you said? |
| 02:29:35 | 7 | A   Yes, ma'am. |
| 02:29:37 | 8 | Q   Did people use contraband cell phones? |
| 02:29:42 | 9 | A   I don't know.  You'd have to ask the prison. |
| 02:29:44 | 10 | Q   Okay.  Tory used his contraband phone to |
| 02:29:51 | 11 | communicate with you; correct? |
| 02:29:54 | 12 | MR. HAYDEN:  Objection.  Speculation. |
| 02:29:55 | 13 | THE WITNESS:  I know nothing about a |
| 02:29:56 | 14 | contraband cell phone. |
| 02:29:57 | 15 | BY MS. HAYRAPETIAN: |
| 02:29:58 | 16 | Q   Tory has actually had more than one contraband |
| 02:30:02 | 17 | cell phone, right, while he has been in prison? |
| 02:30:04 | 18 | MR. HAYDEN:  Objection.  Speculation. |
| 02:30:05 | 19 | THE WITNESS:  I don't know anything about |
| 02:30:07 | 20 | anything. |
| 02:30:07 | 21 | BY MS. HAYRAPETIAN: |
| 02:30:08 | 22 | Q   So, if we consensually took a look at your |
| 02:30:15 | 23 | phone, would you have the phone numbers to Tory's |
| 02:30:19 | 24 | contraband phones saved in your phone book? |
| 02:30:21 | 25 | A   He has contraband phones?  Does he? |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | | |
|---|---|---|---|
| 02:30:26 | 1 | Q | I don't know. |
| 02:30:27 | 2 | | Does he? |
| 02:30:28 | 3 | A | I've never heard of that. |
| 02:30:30 | 4 | Q | You've never heard of that.  Okay. |
| 02:30:31 | 5 | | You didn't help him obtain a contraband cell |
| 02:30:33 | 6 | phone? | |
| 02:30:34 | 7 | | MR. HAYDEN:  Objection.  Speculation. |
| 02:30:36 | 8 | | THE WITNESS:  I don't know nothing about what |
| 02:30:37 | 9 | you are talking about.  Help him obtain a -- I don't |
| 02:30:39 | 10 | know anything about that. |
| 02:30:41 | 11 | BY MS. HAYRAPETIAN: | |
| 02:30:41 | 12 | Q | It's a yes-or-no question. |
| 02:30:42 | 13 | | MS. DIXON:  Objection.  Also it's a Fifth |
| 02:30:44 | 14 | Amendment violation.  He doesn't have to answer because |
| 02:30:46 | 15 | it's his phone. |
| 02:30:47 | 16 | | MS. HAYRAPETIAN:  Oh.  Are you his lawyer now? |
| 02:30:50 | 17 | | MS. DIXON:  I'm a lawyer, and I'm here. |
| 02:30:52 | 18 | | MS. HAYRAPETIAN:  But are you his lawyer? |
| 02:30:54 | 19 | | MS. DIXON:  I don't have to be his lawyer to |
| 02:30:55 | 20 | make an objection.  I'm Milagro's lawyer.  I'm here |
| 02:30:58 | 21 | appropriately. |
| 02:30:59 | 22 | | MS. HAYRAPETIAN:  Okay.  So whose -- I'm just |
| 02:30:59 | 23 | curious, whose Fifth Amendment right are you invoking |
| 02:31:02 | 24 | over there? |
| 02:31:04 | 25 | | MS. DIXON:  I'm letting him know he can take |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

```
02:31:06   1   the Fifth Amendment, if he wants to.

02:31:07   2              MS. HAYRAPETIAN:  Okay.

02:31:08   3              MR. HAYDEN:  Object to speculation.  Also add

02:31:10   4   Fifth Amendment.

02:31:11   5              MS. HAYRAPETIAN:  Okay.  So my understanding

02:31:13   6   is that Mr. McDowell is represented by

02:31:16   7   Mr. Michael Hayden from Unite the People.  If that has

02:31:18   8   changed since the lunch break, please let me know, and

02:31:21   9   let's correct the appearances on the record.

02:31:23  10              MS. DIXON:  Here is the problem:  He was prior

02:31:25  11   counsel; so his team was prior counsel.  That means that

02:31:29  12   as a successor in interest, I do have an interest in his

02:31:32  13   testimony, especially if it has anything to do with my

02:31:35  14   client.  And that's why he is here because supposedly

02:31:37  15   it's relevant to your complaint.

02:31:40  16              MS. HAYRAPETIAN:  Okay.  So you are saying you

02:31:41  17   guys have a common interest agreement?

02:31:43  18              MS. DIXON:  Yes.  I don't have an agreement.

02:31:44  19   I just -- it's just obviously -- I don't have any

02:31:47  20   agreement with him, but I didn't say that.

02:31:54  21   BY MS. HAYRAPETIAN:

02:31:55  22       Q    Do you know the PIN code to Tory's contraband

02:32:01  23   phones?

02:32:04  24       A    I don't know anything what you are talking

02:32:05  25   about.  I've never heard of a contraband phone.
```

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

```
02:32:08  1        Q    Okay.  Is your cell phone number
02:32:11  2   (562) 355-0834?
02:32:15  3        A    No.
02:32:15  4        Q    What is your cell phone number?
02:32:17  5        A    I don't know.  That's not it.  Call that
02:32:21  6   number right now.  See if my phone rings.  Let's do it
02:32:25  7   on video.
02:32:25  8        Q    So what is your cell phone number?
02:32:27  9        A    I don't know.  I don't know if I should give
02:32:29 10   that out.  That's kind of personal.
02:32:31 11        Q    Was this ever your cell phone number:
02:32:33 12   (562) 355-0834?
02:32:37 13        A    Yes.
02:32:37 14        Q    When was it your cell phone number?
02:32:39 15        A    I don't remember.
02:32:40 16        Q    How many years do you think you had that
02:32:41 17   cell phone number for?
02:32:42 18        A    I don't remember.
02:32:43 19        Q    Why did you change it?
02:32:45 20        A    I don't remember.
02:32:45 21        Q    Okay.  Did you also get a new phone when you
02:32:52 22   changed your number?
02:32:54 23        A    Did I get who?
02:32:55 24        Q    A new phone when you changed your number?
02:32:57 25        A    I don't remember what they did.
```

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

02:32:58   1                MR. HAYDEN:  Objection.  Relevance.

02:33:04   2                MS. HAYRAPETIAN:  Okay.  I'm going to mark for

02:33:06   3    the record Exhibit 86, and I need Tab 42, please.

02:33:24   4                STENO TECH:  Just a moment.  Getting that

02:33:25   5    done.

02:33:42   6                THE WITNESS:  This is nice paper.

02:33:44   7                MS. DIXON:  What number is this one?

02:33:45   8                MS. HAYRAPETIAN:  86.

02:33:46   9                MS. DIXON:  86?  Okay.

02:33:53  10                STENO TECH:  Let me know when you need me to

02:33:54  11    scroll, ma'am.

02:33:58  12                MS. HAYRAPETIAN:  Stay here for just a second.

02:33:59  13                (Exhibit 86 was marked for identification.)

02:33:59  14    BY MS. HAYRAPETIAN:

02:34:00  15       Q    All right.  So these are calls we -- this

02:34:05  16    is -- first of all, this is a document we received from

02:34:07  17    the prison in response to a subpoena request, and these

02:34:11  18    are calls between you and Tory from October 2023 to

02:34:16  19    December 2024.

02:34:19  20                And looking on page 1, where it says

02:34:22  21    destination number -- it's that (563) 355-0834 number we

02:34:29  22    just discussed -- that was your prior phone number;

02:34:32  23    correct?

02:34:33  24       A    I don't know where you're at.

02:34:37  25       Q    Page 1.  The first page.

| | | |
|---|---|---|
| 02:34:38 | 1 | A    Page 1 is what? |
| 02:34:40 | 2 | Q    Let's look at page 1 -- |
| 02:34:41 | 3 | A    Sure. |
| 02:34:41 | 4 | Q    -- where it says destination number.  It's, |
| 02:34:43 | 5 | like, the third line from the bottom. |
| 02:34:45 | 6 | A    From the bottom?  Okay. |
| 02:34:47 | 7 | Q    And then it says the phone number we were just |
| 02:34:49 | 8 | discussing as your prior phone number -- (562) 355-0834. |
| 02:34:56 | 9 | Okay.  So there's 97 calls over 14 months. |
| 02:35:06 | 10 | And you can see that if you go to the last page where |
| 02:35:14 | 11 | the total number of calls is listed. |
| 02:35:17 | 12 | Do you see that? |
| 02:35:19 | 13 | A    Sure. |
| 02:35:19 | 14 | Q    Okay.  So you talked to Tory about twice a |
| 02:35:21 | 15 | week for over a year; correct? |
| 02:35:24 | 16 | A    I don't remember. |
| 02:35:26 | 17 | Q    Luckily, we have it in front of us. |
| 02:35:31 | 18 | A    It's something.  I don't know if that's me |
| 02:35:32 | 19 | talking to him.  I don't see any pictures or anything |
| 02:35:35 | 20 | like that, but I do see a phone number there. |
| 02:35:37 | 21 | Q    Right.  So these are the records from the |
| 02:35:39 | 22 | prison of your phone number speaking with Tory Lanez 97 |
| 02:35:44 | 23 | times over 14 months. |
| 02:35:47 | 24 | A    I don't know. |
| 02:35:49 | 25 | Q    Okay. |

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:35:51 | 1 | MS. HAYRAPETIAN:  Let's mark as Exhibit 87, |
| 02:35:53 | 2 | Tab 16, please. |
| 02:36:00 | 3 | (Exhibit 87 was marked for identification.) |
| 02:36:30 | 4 | BY MS. HAYRAPETIAN: |
| 02:36:30 | 5 | Q    So these are records AT&T in response to our |
| 02:36:38 | 6 | subpoena of Ms. Milagro Cooper's cell phone, and these |
| 02:36:49 | 7 | show 73 calls between you and Ms. Cooper from |
| 02:36:52 | 8 | October 2024 to March '25. |
| 02:36:56 | 9 | A    It shows what? |
| 02:36:58 | 10 | Q    73 calls between you and Ms. Cooper from |
| 02:37:02 | 11 | October 2024 to March 2025. |
| 02:37:06 | 12 | A    Okay. |
| 02:37:07 | 13 | Q    And if you -- |
| 02:37:08 | 14 | A    I don't remember much, but that, for sure, is |
| 02:37:12 | 15 | really weird. |
| 02:37:13 | 16 | You said 90-something calls? |
| 02:37:15 | 17 | Q    No.  73. |
| 02:37:17 | 18 | A    73 calls? |
| 02:37:18 | 19 | Q    Yeah.  97 were with Tory. |
| 02:37:20 | 20 | A    Wow. |
| 02:37:22 | 21 | Q    And that's, again, your number that we |
| 02:37:24 | 22 | discussed -- (563) 355-0834. |
| 02:37:31 | 23 | A    I got to say something.  You guys made this |
| 02:37:33 | 24 | up.  Somebody made this up.  There's no way in the world |
| 02:37:36 | 25 | that I talked to her 73 times.  That's impossible. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

```
02:37:41   1        Q    Well, these are the records we received from
02:37:43   2   AT&T.
02:37:45   3        A    Somebody is lying.
02:37:46   4        Q    Your counsel has had copies of these records
02:37:50   5   since they were produced by AT&T.  And they have --
02:37:53   6        A    I hear what you are saying, but I'm telling
02:37:55   7   you, either AT&T or somebody in y'all camp is lying.
02:37:59   8   There's no way in the world I've talked to her 73 times.
02:38:02   9   It's impossible.
02:38:04  10        Q    So why would AT&T lie?
02:38:06  11        A    Or your guys's law firm.  There's no way I've
02:38:09  12   talked to her 73 times.  And we can go ahead and get
02:38:11  13   back to the questioning, but that's super false.
02:38:13  14             If I handed you a piece of paper and said you
02:38:16  15   called her 73 times, and you knew good and well you
02:38:19  16   ain't never called her 73 times, would you say
02:38:20  17   something?
02:38:21  18        Q    So, let's actually stay here.  I want to know
02:38:24  19   why you think someone at AT&T or our firm would have
02:38:27  20   fabricated this evidence.
02:38:28  21        A    I don't know.  But I know I ain't talking to
02:38:31  22   nobody no 73 times.  I do know that, and I'll stand on
02:38:34  23   that.
02:38:34  24        Q    Okay.  But that is the number we discussed;
02:38:37  25   right?  Originating number, right here, it says
```

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 02:38:39 | 1 | (562) 355-0834; right? |
| 02:38:44 | 2 | A    I see (281)640-4536. |
| 02:38:51 | 3 | Q    Well, that's where you the call goes. |
| 02:38:52 | 4 | A    It says originating number. |
| 02:38:54 | 5 | Q    Well, which number are you looking at? |
| 02:38:55 | 6 | A    I'm looking right here, right on your list |
| 02:38:57 | 7 | that says originating number. |
| 02:38:59 | 8 | Q    Right. |
| 02:38:59 | 9 | A    And so let's see how many times this says. |
| 02:39:01 | 10 | Maybe you looked at it wrong.  Let's check your |
| 02:39:04 | 11 | homework. |
| 02:39:05 | 12 | Q    So -- |
| 02:39:06 | 13 | A    So hold on.  If this says 73 -- if this says |
| 02:39:10 | 14 | 73, that means you are quoting it wrong.  There it goes. |
| 02:39:13 | 15 | So do your homework now.  And your quoting it wrong. |
| 02:39:17 | 16 | Q    Which part was wrong? |
| 02:39:18 | 17 | A    Because where it says originating number, that |
| 02:39:21 | 18 | is -- oh, the term. |
| 02:39:22 | 19 | So you are saying that she called me back and |
| 02:39:24 | 20 | forth? |
| 02:39:25 | 21 | Q    Uh-huh.  Correct. |
| 02:39:25 | 22 | A    Not I called her those times. |
| 02:39:27 | 23 | Q    Correct.  You guys spoke -- |
| 02:39:28 | 24 | A    I still don't believe that. |
| 02:39:29 | 25 | Q    -- you guys spoke 73 times. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
02:39:31  1        A    I still don't believe that.  I still don't
02:39:31  2    believe that but go ahead.  We'll go ahead.  I'm sorry
02:39:33  3    for interrupting.
02:39:33  4        Q    Okay.  Apologies if I misstated --
02:39:38  5        A    Sure.
02:39:38  6        Q    -- but, yes, it's 73 calls between you and
02:39:42  7    Ms. Cooper.
02:39:43  8        A    I think still that's wrong.
02:39:44  9        Q    Okay.  Well, this is the sheet we have from
02:39:47 10    AT&T.
02:39:48 11        A    All right.  Let's go.
02:39:49 12        Q    And our firm did not make it.
02:39:51 13        A    Are you sure?
02:39:52 14        Q    I'm positive.
02:39:53 15        A    How -- how are you sure?
02:39:54 16        Q    I'm positive.
02:39:55 17        A    Okay.
02:39:56 18        Q    Because these were in response --
02:39:57 19        A    You watch everybody at your firm?
02:39:58 20        Q    This was in response to a subpoena response
02:40:01 21    that was produced to our firm --
02:40:03 22        A    It's still wrong.
02:40:04 23        Q    -- and your lawyers.
02:40:06 24        A    Okay.
02:40:06 25        Q    Okay.  So 97 calls with Tory.  73 calls with
```

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 02:40:13 | 1 | Ms. Cooper. |
| 02:40:15 | 2 | During this lawsuit, you talked to Ms. Cooper |
| 02:40:18 | 3 | weekly; correct? |
| 02:40:19 | 4 | A    Not at all. |
| 02:40:21 | 5 | Q    Okay.  So let's focus on this October to |
| 02:40:24 | 6 | December 2024 period right after the lawsuit was filed. |
| 02:40:28 | 7 | During those two months, you spoke to Tory about 40 |
| 02:40:32 | 8 | times based on these records.  And during those same |
| 02:40:38 | 9 | two months, you spoke to Ms. Cooper 50 times. |
| 02:40:43 | 10 | MR. HAYDEN:  Objection.  Relevance. |
| 02:40:45 | 11 | BY MS. HAYRAPETIAN: |
| 02:40:45 | 12 | Q    You were talking to both of them about |
| 02:40:48 | 13 | Ms. Pete during this period; correct? |
| 02:40:51 | 14 | MR. HAYDEN:  Objection.  Speculation. |
| 02:40:52 | 15 | THE WITNESS:  Not at all. |
| 02:40:52 | 16 | BY MS. HAYRAPETIAN: |
| 02:40:53 | 17 | Q    So in -- at least 50 calls, not once did you |
| 02:40:57 | 18 | discuss Megan Pete? |
| 02:41:00 | 19 | A    I don't remember. |
| 02:41:01 | 20 | Q    Are you telling me that in 50 calls with |
| 02:41:07 | 21 | Ms. Cooper you never once passed along information about |
| 02:41:10 | 22 | Ms. Pete from Tory? |
| 02:41:13 | 23 | MR. HAYDEN:  Objection.  Speculation. |
| 02:41:14 | 24 | THE WITNESS:  I don't remember. |
| 02:41:15 | 25 | BY MS. HAYRAPETIAN: |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:41:15 | 1 | Q    You are saying you created a solid wall |
| 02:41:21 | 2 | between what Tory told you and what you told Ms. Cooper? |
| 02:41:27 | 3 | A    I don't remember. |
| 02:41:28 | 4 | Q    Okay.  So when Tory gave you information about |
| 02:41:32 | 5 | Ms. Pete, that information just stopped with you? |
| 02:41:34 | 6 | MR. HAYDEN:  Objection.  Speculation. |
| 02:41:36 | 7 | THE WITNESS:  I never said nobody gave me |
| 02:41:38 | 8 | information about nothing.  I don't remember nothing |
| 02:41:40 | 9 | about what you are talking about. |
| 02:41:42 | 10 | BY MS. HAYRAPETIAN: |
| 02:41:42 | 11 | Q    Did your conversations with Tory -- did the |
| 02:41:52 | 12 | subject of your conversations with Tory make its way to |
| 02:41:55 | 13 | Ms. Cooper through you? |
| 02:41:59 | 14 | A    I don't know what you are talking about. |
| 02:42:01 | 15 | Q    Did Tory -- |
| 02:42:01 | 16 | A    I don't remember none of that.  Nothing.  I |
| 02:42:04 | 17 | don't remember none of that. |
| 02:42:05 | 18 | Q    Okay.  Did Tory ever tell you what he ate? |
| 02:42:12 | 19 | MR. HAYDEN:  Objection.  Relevance. |
| 02:42:13 | 20 | THE WITNESS:  I don't remember. |
| 02:42:19 | 21 | MS. HAYRAPETIAN:  Okay.  Let's pull up |
| 02:42:21 | 22 | Tab 11-A and mark it as Exhibit 88-A, and I would also |
| 02:42:26 | 23 | like to mark the transcript of the recording as 88-B. |
| 02:42:58 | 24 | STENO TECH:  What's the tab you need? |
| 02:42:58 | 25 | MS. HAYRAPETIAN:  11-A. |

| | | |
|---|---|---|
| 02:42:58 | 1 | STENO TECH:  11-A.  Okay.  Thank you.  I'm on |
| 02:42:58 | 2 | it. |
| 02:42:58 | 3 | THE WITNESS:  I'm going to have to get out of |
| 02:43:00 | 4 | here in about 18 minutes. |
| 02:43:02 | 5 | MS. HAYRAPETIAN:  What does that mean? |
| 02:43:02 | 6 | THE WITNESS:  I have to leave in about |
| 02:43:02 | 7 | 18 minutes. |
| 02:43:02 | 8 | MS. HAYRAPETIAN:  Leave for where? |
| 02:43:03 | 9 | THE WITNESS:  I have a family situation I got |
| 02:43:04 | 10 | to take care of. |
| 02:43:06 | 11 | MS. HAYRAPETIAN:  Mr. Hayden? |
| 02:43:07 | 12 | MR. HAYDEN:  Can we get off the record? |
| 02:43:09 | 13 | MS. HAYRAPETIAN:  Actually, I would like this |
| 02:43:10 | 14 | conversation to stay on the record, if that's okay. |
| 02:43:13 | 15 | MR. HAYDEN:  I would rather get through this |
| 02:43:14 | 16 | today, because we will be court-ordered to come back. |
| 02:43:18 | 17 | THE WITNESS:  I hear you.  It doesn't change |
| 02:43:20 | 18 | what I said, though.  I still got something I got to |
| 02:43:24 | 19 | take care of; so we just come back Monday and hang out |
| 02:43:26 | 20 | again. |
| 02:43:27 | 21 | MS. HAYRAPETIAN:  We actually cannot. |
| 02:43:29 | 22 | THE WITNESS:  Well, if I got to leave 'cause |
| 02:43:31 | 23 | of a family situation, at -- at one point, it's going to |
| 02:43:35 | 24 | have to end. |
| 02:43:38 | 25 | MS. HAYRAPETIAN:  And -- okay.  Let's play the |

CEASAR MCDOWELL                                         JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:43:47 | 1 | recording, please. |
| 02:43:48 | 2 | (A video clip was played.) |
| 02:44:12 | 3 | THE WITNESS:  Did you want me to play it? |
| 02:44:17 | 4 | MS. HAYRAPETIAN:  Court Reporter -- sorry. |
| 02:44:17 | 5 | Ms. Thrash, can we play the recording? |
| 02:44:21 | 6 | STENO TECH:  Yes, I was playing it. |
| 02:44:23 | 7 | You guys can't hear it? |
| 02:44:24 | 8 | MS. HAYRAPETIAN:  No. |
| 02:44:25 | 9 | STENO TECH:  Okay.  Just a moment, please. |
| 02:44:26 | 10 | Let me see what's going on. |
| 02:44:30 | 11 | MR. HAYDEN:  TV volume maybe. |
| 02:44:31 | 12 | MS. HAYRAPETIAN:  No.  It was working a second |
| 02:44:33 | 13 | ago. |
| 02:45:00 | 14 | THE WITNESS:  You guys want my help? |
| 02:45:01 | 15 | MS. HAYRAPETIAN:  No.  It's fine.  I'm -- I'm |
| 02:45:02 | 16 | just going to play it myself. |
| 02:45:04 | 17 | THE WITNESS:  Okay. |
| 02:45:06 | 18 | (A video clip was played.) |
| 02:45:10 | 19 | STENO TECH:  Can you hear it now? |
| 02:45:12 | 20 | MS. HAYRAPETIAN:  Yes. |
| 02:45:13 | 21 | STENO TECH:  Okay. |
| 02:45:14 | 22 | (A video clip was played.) |
| 02:45:14 | 23 | (Exhibit 88-A was marked for identification.) |
| 02:45:14 | 24 | (Exhibit 88-B was marked for identification.) |
| 02:45:33 | 25 | BY MS. HAYRAPETIAN: |

| | | |
|---|---|---|
| 02:45:33 | 1 | Q    So this is a November 15, 2023, phone call |
| 02:45:36 | 2 | between you and Tory.  And he stated, "You've got the |
| 02:45:41 | 3 | Megan bitch trying to make it seem like, or the |
| 02:45:44 | 4 | Meghann Cuniff lady trying to make it seem like we don't |
| 02:45:48 | 5 | know what we're doing, which is fine.  Because I love |
| 02:45:50 | 6 | being the underdogs.  But I love being the underdog who |
| 02:45:53 | 7 | wins the race.  And my thing is just, like, if this can |
| 02:45:57 | 8 | help us win the race, then let's use everything that we |
| 02:46:00 | 9 | can use to win the race." |
| 02:46:02 | 10 | What race is Tory talking about winning? |
| 02:46:04 | 11 | A    I don't remember. |
| 02:46:06 | 12 | Q    When Tory says, "let's use everything that we |
| 02:46:08 | 13 | can," what's he referring to? |
| 02:46:10 | 14 | A    I don't remember. |
| 02:46:11 | 15 | Q    When Tory says, "if this can help us," what's |
| 02:46:14 | 16 | "this"? |
| 02:46:16 | 17 | A    I don't remember. |
| 02:46:16 | 18 | Q    Who is Meghann Cuniff? |
| 02:46:19 | 19 | A    I don't remember. |
| 02:46:20 | 20 | Q    Meghann Cuniff was a journalist writing about |
| 02:46:25 | 21 | Tory's conviction; right? |
| 02:46:27 | 22 | A    I don't remember. |
| 02:46:27 | 23 | Q    And she was also writing about the testimony |
| 02:46:29 | 24 | Ms. Pete gave, including that Tory shot her; correct? |
| 02:46:32 | 25 | A    I don't remember. |

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

02:46:34   1        Q     In this November 15, 2023, conversation with

02:46:37   2   Tory, you and Tory are talking about the public

02:46:40   3   relations strategy; correct?

02:46:41   4        A     I don't remember.

02:46:42   5        Q     When Tory was telling you about his desire to,

02:46:45   6   quote, "win the race," he was talking about his desire

02:46:48   7   to convince people he didn't shoot Ms. Pete; right?

02:46:51   8        A     I don't remember.

02:46:51   9        Q     In November 20- -- in this November 2023

02:46:54   10  conversation, you and Tory are talking about shaping the

02:46:57   11  public narrative about whether he shot Ms. Pete;

02:46:59   12  correct?

02:46:59   13             MR. HAYDEN:   Objection.   Speculation.

02:47:02   14             THE WITNESS:   I don't remember.

02:47:02   15  BY MS. HAYRAPETIAN:

02:47:03   16       Q     If that's not what you are talking about, then

02:47:05   17  what did Tory mean by "win the race"?

02:47:09   18       A     I don't remember.

02:47:10   19       Q     The plan was for Tory to give you information

02:47:12   20  that you would pass to Ms. Cooper for her social media;

02:47:15   21  correct?

02:47:15   22             MR. HAYDEN:   Objection.   Speculation.

02:47:17   23             THE WITNESS:   I don't remember.

02:47:17   24  BY MS. HAYRAPETIAN:

02:47:18   25       Q     In Tory's own words he was willing to, quote,

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:47:21 | 1 | "use everything that he can use to win the race."  That |
| 02:47:26 | 2 | is, to convince everyone that he didn't shoot Ms. Pete |
| 02:47:28 | 3 | correct? |
| 02:47:29 | 4 | MR. HAYDEN:  Objection.  Speculation. |
| 02:47:30 | 5 | THE WITNESS:  I don't remember. |
| 02:47:31 | 6 | BY MS. HAYRAPETIAN: |
| 02:47:32 | 7 | Q    To use everything -- to that end, Tory wanted |
| 02:47:34 | 8 | you to communicate information from him to Ms. Cooper to |
| 02:47:36 | 9 | share with her followers on social media; right? |
| 02:47:39 | 10 | MR. HAYDEN:  Objection.  Speculation. |
| 02:47:40 | 11 | THE WITNESS:  I don't remember. |
| 02:47:40 | 12 | BY MS. HAYRAPETIAN: |
| 02:47:41 | 13 | Q    And you were willing to do so; right? |
| 02:47:43 | 14 | MR. HAYDEN:  Objection.  Speculation. |
| 02:47:44 | 15 | THE WITNESS:  I don't remember. |
| 02:47:45 | 16 | BY MS. HAYRAPETIAN: |
| 02:47:45 | 17 | Q    And you did so; right? |
| 02:47:46 | 18 | MR. HAYDEN:  Same objection. |
| 02:47:48 | 19 | THE WITNESS:  I don't remember. |
| 02:47:52 | 20 | MS. HAYRAPETIAN:  Okay.  Let's mark as |
| 02:47:53 | 21 | Exhibit 89, Tab 38-A. |
| 02:48:17 | 22 | STENO TECH:  Do you want me to play it? |
| 02:48:19 | 23 | MS. HAYRAPETIAN:  Yes, please. |
| 02:48:20 | 24 | (A video clip was played.) |
| 02:48:24 | 25 | MS. DIXON:  What number is this? |

CEASAR MCDOWELL                                      JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:48:34 | 1 | MS. HAYRAPETIAN:  Can we please play 38-A? |
| 02:48:37 | 2 | STENO TECH:  Yes, ma'am.  I'm coming.  Yes, |
| 02:48:38 | 3 | ma'am.  Give me just a moment, please. |
| 02:48:39 | 4 | MS. HAYRAPETIAN:  Thank you. |
| 02:48:45 | 5 | STENO TECH:  It just downloading. |
| 02:49:25 | 6 | (A video clip was played.) |
| 02:49:25 | 7 | (Exhibit 89-A was marked for identification.) |
| 02:49:25 | 8 | (Exhibit 89-B was marked for identification.) |
| 02:49:28 | 9 | BY MS. HAYRAPETIAN: |
| 02:49:29 | 10 | Q    So, on December 17, 2023, you had a phone call |
| 02:49:30 | 11 | with Tory, during which you discussed both Ms. Cooper |
| 02:49:32 | 12 | and Ms. Pete. |
| 02:49:33 | 13 | Tory said, quote, "The only name she was just |
| 02:49:36 | 14 | a fucking, just a fucking, was just a girl coming on |
| 02:49:39 | 15 | Instagram Live." |
| 02:49:41 | 16 | You responded, "Oh, with, I forgot that girl's |
| 02:49:45 | 17 | name, the -- it was the Milagro one.  You talking about |
| 02:49:47 | 18 | that one?" |
| 02:49:48 | 19 | Then Tory exclaimed, "No.  I'm talking about |
| 02:49:50 | 20 | the girl, the girl from the whole case.  Like Megan, I'm |
| 02:49:54 | 21 | talking about her." |
| 02:49:55 | 22 | When Tory said, "girl coming on Instagram |
| 02:49:58 | 23 | Live," you immediately thought it was Ms. Cooper; right? |
| 02:50:02 | 24 | A    I don't remember. |
| 02:50:03 | 25 | Q    Well, you just heard your voice, and your |

CEASAR MCDOWELL                                            JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:50:07 | 1 | immediate reaction was "it was the Milagro one"; right? |
| 02:50:09 | 2 | We heard that? |
| 02:50:11 | 3 | A    I don't know. |
| 02:50:12 | 4 | Q    Did you not just hear that? |
| 02:50:13 | 5 | A    I heard it. |
| 02:50:13 | 6 | Q    Okay.  So you did hear it? |
| 02:50:15 | 7 | A    But I don't remember what -- you said my first |
| 02:50:17 | 8 | thought.  I don't know what my first thought was. |
| 02:50:19 | 9 | Q    Sure.  But you -- you saw your response -- |
| 02:50:20 | 10 | your immediate response to Tory was Milagro; right? |
| 02:50:23 | 11 | A    Oh, I heard that. |
| 02:50:24 | 12 | Q    Yeah.  Okay. |
| 02:50:29 | 13 | But Tory was actually talking about Ms. Pete; |
| 02:50:31 | 14 | correct? |
| 02:50:32 | 15 | A    I don't know.  I don't remember. |
| 02:50:33 | 16 | Q    Well, we just listened together that he said |
| 02:50:35 | 17 | "No.  I'm talking about the girl from the whole case. |
| 02:50:38 | 18 | Megan"? |
| 02:50:40 | 19 | A    Okay.  I don't remember.  You said Ms. Pete. |
| 02:50:43 | 20 | I don't remember if he was talking about Megan -- Megan |
| 02:50:46 | 21 | who? |
| 02:50:46 | 22 | Q    So "the girl from the whole case.  Megan." |
| 02:50:50 | 23 | A    What case? |
| 02:50:50 | 24 | Q    That's his words. |
| 02:50:51 | 25 | A    What case. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:50:53 | 1 | Q    What case? |
| 02:50:53 | 2 | A    You're -- you're trying to tell me what case |
| 02:50:55 | 3 | he is talking about right here, and I don't know what |
| 02:50:57 | 4 | case he is talking about. |
| 02:50:58 | 5 | What case?  How do you know?  You know for |
| 02:51:00 | 6 | sure he is talking about this case, or is there a |
| 02:51:02 | 7 | percentage it could be somebody else?  I don't know.  I |
| 02:51:04 | 8 | don't remember. |
| 02:51:05 | 9 | Q    What other cases would you be talking to Tory |
| 02:51:07 | 10 | about? |
| 02:51:07 | 11 | A    I don't know.  I don't remember.  I'm sure |
| 02:51:09 | 12 | we've talked about quite a few. |
| 02:51:10 | 13 | Q    Of his own cases?  I thought you said he |
| 02:51:12 | 14 | didn't have other cases? |
| 02:51:13 | 15 | A    I don't know if he has cases.  Say that again. |
| 02:51:15 | 16 | Q    I thought you said you don't know? |
| 02:51:17 | 17 | A    I just said I don't know about him having |
| 02:51:19 | 18 | other cases, but I don't know what case he is talking |
| 02:51:20 | 19 | about here. |
| 02:51:21 | 20 | Q    What case did you represent Tory in or your -- |
| 02:51:22 | 21 | A    Why are you saying "represent"?  He didn't say |
| 02:51:24 | 22 | anything about representing, from what I heard on the |
| 02:51:26 | 23 | tape you just played. |
| 02:51:27 | 24 | What I heard was -- which is on the paper. |
| 02:51:29 | 25 | And what I'm telling you is I don't remember. |

02:51:31  1    I don't personally know what he was talking about at

02:51:34  2    that time in 2023, or whatever date you said it was.

02:51:37  3         Q    But I have a question for you.

02:51:38  4         A    Sure.

02:51:39  5         Q    So what case do you and Unite the People

02:51:44  6    represent Tory in?

02:51:47  7         A    What case did we represent him in?

02:51:49  8         Q    Correct.  He was your client; right?

02:51:51  9         A    Sure.  Yeah.

02:51:53 10         Q    And what case?

02:51:58 11         A    I think the case we represented him on -- and

02:52:01 12    I'm not quite sure -- it was -- oh, okay.  It was the

02:52:04 13    Daystar Peterson case.  I remember that.  That was the

02:52:07 14    case we represented him.

02:52:09 15         Q    Daystar Peterson and what?

02:52:12 16         A    I think he hired us for his case.  I didn't

02:52:14 17    think there was anybody else included in his retainer

02:52:17 18    for our case.

02:52:22 19              Good one.  That was a good one.

02:52:26 20         Q    What case did you work on for Tory?

02:52:30 21         A    The Daystar Peterson case.

02:52:32 22         Q    And who -- against who?

02:52:33 23         A    The State of California.

02:52:34 24         Q    Okay.  Which was about the shooting of

02:52:36 25    Ms. Pete; correct?

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:52:37 | 1 | A    Oh.  I don't remember that.  But I remember it |
| 02:52:39 | 2 | was Daystar Peterson verse the State of California on |
| 02:52:42 | 3 | the paperwork. |
| 02:52:43 | 4 | Q    Okay.  So CEO of UTP has a case for a client, |
| 02:52:47 | 5 | Tory Lanez, he knows that the case is State of |
| 02:52:50 | 6 | California versus Daystar Peterson, but he cannot |
| 02:52:53 | 7 | remember -- |
| 02:52:55 | 8 | A    Yes.  Right. |
| 02:52:55 | 9 | Q    -- what the underlying cause of action is? |
| 02:52:59 | 10 | A    The underlying cause of action. |
| 02:53:00 | 11 | Q    Did I get that correct? |
| 02:53:02 | 12 | A    You did good, but I don't know.  I don't |
| 02:53:04 | 13 | remember -- |
| 02:53:04 | 14 | Q    Okay. |
| 02:53:04 | 15 | A    -- what the underlying cause of action.  You |
| 02:53:06 | 16 | are asking me to remember something. |
| 02:53:08 | 17 | What I remember was it was a |
| 02:53:09 | 18 | Daystar Peterson -- the State of California versus |
| 02:53:11 | 19 | Daystar Peterson.  They didn't put any underlying |
| 02:53:15 | 20 | actions in the subject titles. |
| 02:53:17 | 21 | Q    So what was Tory being accused of in that |
| 02:53:19 | 22 | case? |
| 02:53:22 | 23 | A    I don't really recall. |
| 02:53:24 | 24 | Q    And you don't recall what he is serving a |
| 02:53:26 | 25 | prison sentence for? |

| | | |
|---|---|---|
| 02:53:29 | 1 | A    I served for being Black.  I don't know what |
| 02:53:32 | 2 | he is serving for.  I don't recall exactly the charges. |
| 02:53:35 | 3 | Q    Okay.  So your initial thought here -- or your |
| 02:53:48 | 4 | response here to say Milagro, in response to Tory |
| 02:53:51 | 5 | talking about Instagram Live, was Ms. Cooper because she |
| 02:53:56 | 6 | repeatedly posts on social media about the shooting; |
| 02:54:01 | 7 | correct? |
| 02:54:03 | 8 | A    I don't remember. |
| 02:54:04 | 9 | Q    And you helped coordinate what information |
| 02:54:08 | 10 | gets from Tory to Ms. Cooper; right? |
| 02:54:10 | 11 | MR. HAYDEN:  Objection.  Speculation. |
| 02:54:12 | 12 | THE WITNESS:  Not at all. |
| 02:54:14 | 13 | MS. HAYRAPETIAN:  Let's mark as Exhibit 90, |
| 02:54:16 | 14 | Tab 50-A, please, and B will be the transcript. |
| 02:54:25 | 15 | STENO TECH:  Yes, ma'am.  It will be just a |
| 02:54:25 | 16 | minute. |
| 02:55:21 | 17 | (A video clip was played.) |
| 02:55:32 | 18 | (Exhibit 90-A was marked for identification.) |
| 02:55:32 | 19 | (Exhibit 90-B was marked for identification.) |
| 02:56:12 | 20 | BY MS. HAYRAPETIAN: |
| 02:56:13 | 21 | Q    Okay.  So, on November 15, 2024, you had a |
| 02:56:15 | 22 | call with Tory over the prison phone; and as we just |
| 02:56:17 | 23 | heard, during that call, you discussed this case that, |
| 02:56:21 | 24 | quote, "lawyers from Roc Nation," quote, brought against |
| 02:56:25 | 25 | Ms. Cooper. |

| | | |
|---|---|---|
| 02:56:26 | 1 | Tory asked you whether Roc Nation said, quote, |
| 02:56:28 | 2 | "some weird shit about him too," quote. |
| 02:56:32 | 3 | To which you responded that, quote, "They were |
| 02:56:35 | 4 | saying she," as in Ms. Cooper, "was communicating with |
| 02:56:39 | 5 | you or some bullshit," quote. |
| 02:56:41 | 6 | Tory then said, quote, "The funniest thing |
| 02:56:45 | 7 | about that is when they go looking, and they find |
| 02:56:49 | 8 | nothing.  They're going to be like, what," end quote. |
| 02:56:54 | 9 | The "she" you were referring to was |
| 02:56:56 | 10 | Ms. Cooper; right? |
| 02:56:57 | 11 | A    I don't remember. |
| 02:56:58 | 12 | Q    You call that claim "bullshit"; correct? |
| 02:57:01 | 13 | A    That's what it says. |
| 02:57:04 | 14 | Q    And Ms. Cooper was communicating with Tory, |
| 02:57:06 | 15 | wasn't she? |
| 02:57:08 | 16 | MR. HAYDEN:  Objection.  Speculation. |
| 02:57:12 | 17 | THE WITNESS:  Is that a question? |
| 02:57:12 | 18 | BY MS. HAYRAPETIAN: |
| 02:57:13 | 19 | Q    Yeah. |
| 02:57:13 | 20 | A    I don't remember. |
| 02:57:14 | 21 | Q    You don't remember if -- |
| 02:57:16 | 22 | A    I already said that.  I thought you were |
| 02:57:17 | 23 | saying something else.  No, I don't remember that. |
| 02:57:20 | 24 | MS. HAYRAPETIAN:  Okay.  So I would like to |
| 02:57:21 | 25 | mark as Exhibit 91, Tab 12. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
02:57:44   1              (Exhibit 91 was marked for identification.)
02:57:44   2    BY MS. HAYRAPETIAN:
02:57:45   3         Q    And this is a September 17, 2020, Instagram DM
02:57:49   4    produced from Ms. Cooper's phone.  And it's a DM on
02:57:52   5    Instagram, Direct Message, from Tory Lanez to
02:57:54   6    Milagro Cooper.
02:57:55   7              And he says, "Send me your number, Mil."  And
02:58:00   8    then Ms. Cooper provides her number.
02:58:04   9              And then there's a third message from
02:58:06  10    Ms. Cooper which states, "I don't know how your energy
02:58:10  11    is, but everything's been so crazy that I can only
02:58:13  12    imagine.  I don't know how you are doing your live
02:58:15  13    tonight, but if you gave me that or any exclusive, it'd
02:58:19  14    change my life.  I've been dying to know why you asked
02:58:22  15    for my number.  Regardless of whatever you do, and how
02:58:25  16    you do it, you are not a throw away.  No judgment holds
02:58:29  17    weight to that of The Most High.  I wish you the best."
02:58:37  18              So Tory asked Ms. Cooper for her phone number,
02:58:43  19    right, in this DM?
02:58:44  20         A    I don't know how this piece of paper that
02:58:45  21    somebody's printed -- I don't know.  Anybody could have
02:58:47  22    drew this; right?
02:58:48  23         Q    Right.  So I'm asking -- okay.  Well, it's
02:58:49  24    been produced from her cell phone.  And all I'm asking
02:58:52  25    you to do is look at it and answer along.
```

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 02:58:55 | 1 | A    Oh, okay. |
| 02:58:56 | 2 | Q    Okay.  So you can see there, in that |
| 02:58:58 | 3 | screenshot of the DM, Tory is asking Ms. Cooper for her |
| 02:59:02 | 4 | phone number; correct? |
| 02:59:03 | 5 | A    I don't know.  On this paper, somebody said |
| 02:59:05 | 6 | something. |
| 02:59:05 | 7 | Q    Okay.  And that somebody up top shows -- |
| 02:59:08 | 8 | A    What's the date? |
| 02:59:09 | 9 | Q    I -- |
| 02:59:10 | 10 | A    I don't see a date on here. |
| 02:59:11 | 11 | Q    Well, I told you it was September 17, 2020, |
| 02:59:13 | 12 | and you could see it says September 17, right there. |
| 02:59:16 | 13 | A    Was I home from prison? |
| 02:59:22 | 14 | I don't know nothing about this. |
| 02:59:26 | 15 | Q    Following along. |
| 02:59:27 | 16 | A    I am. |
| 02:59:28 | 17 | Q    Okay.  So you can see the first message, |
| 02:59:29 | 18 | right, asking for Milagro's phone number? |
| 02:59:32 | 19 | A    No. |
| 02:59:33 | 20 | Q    You don't see it? |
| 02:59:33 | 21 | A    No.  I see something that says, "Send me your |
| 02:59:37 | 22 | number, Mil." |
| 02:59:38 | 23 | Q    Right.  And Ms. Cooper responds, with her |
| 02:59:40 | 24 | cell phone number. |
| 02:59:41 | 25 | You see that? |

```
02:59:41   1        A    I don't know who responded, but I see a
02:59:43   2    cell phone number.
02:59:45   3        Q    Great.  So people ask for phone numbers when
02:59:49   4    they want to communicate directly; correct?
02:59:51   5        A    I don't know.  They could have been doing
02:59:53   6    anything.
02:59:54   7        Q    Okay.  So Tory and Ms. Cooper were
02:59:56   8    communicating directly, weren't they?
02:59:59   9        A    I don't know.
03:00:00  10        Q    Ms. Cooper responded that it would change her
03:00:02  11    life if Tory gave her an exclusive with him.  An
03:00:06  12    exclusive live stream opportunity or podcast with Tory
03:00:09  13    would be a significant boost to Ms. Cooper's social
03:00:12  14    media business; right?
03:00:13  15        A    I don't know.
03:00:18  16             MS. HAYRAPETIAN:  Let's look at Tab 13 as
03:00:21  17    Exhibit Number 92.
03:00:34  18             (Exhibit 92 was marked for identification.)
03:00:34  19    BY MS. HAYRAPETIAN:
03:00:34  20        Q    This is yet another DM from Tory to
03:00:36  21    Milagro Cooper.  This was produced by the defendant
03:00:42  22    herself, and it's a December 13, 2022, message which I
03:00:46  23    think we've all established you were outside of prison,
03:00:48  24    given you were at trial -- Tory's trial.
03:00:51  25             And this is actually right as Tory's trial had
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:00:55 | 1 | started.  And he is messaging Milagro Cooper on |
| 03:00:59 | 2 | Instagram and saying, "What's ya number?  Gotta ask you |
| 03:01:01 | 3 | something."  And then again, Ms. Cooper provides her |
| 03:01:04 | 4 | number. |
| 03:01:06 | 5 | Do you see that in front of you? |
| 03:01:07 | 6 | A    I see a piece of paper that's got a bunch of |
| 03:01:10 | 7 | stuff.  I can make this at the house.  So, yeah, I see |
| 03:01:12 | 8 | it on a piece of paper, what you are saying. |
| 03:01:15 | 9 | Q    Do you frequently forge Instagram DMs? |
| 03:01:18 | 10 | A    No.  But you can AI this.  You can do all |
| 03:01:20 | 11 | stuff with this. |
| 03:01:22 | 12 | Q    Do you frequently AI things? |
| 03:01:24 | 13 | A    I AI a lot of stuff. |
| 03:01:25 | 14 | Q    Were you the one who AI'd Ms. Pete's porn |
| 03:01:28 | 15 | video? |
| 03:01:28 | 16 | A    Ms. Pete's porn video? |
| 03:01:28 | 17 | MR. HAYDEN:  Objection.  Speculation. |
| 03:01:30 | 18 | MS. DIXON:  Objection.  Speculation. |
| 03:01:31 | 19 | THE WITNESS:  Ms. Pete had a porn video? |
| 03:01:33 | 20 | BY MS. HAYRAPETIAN: |
| 03:01:33 | 21 | Q    You took on Ms. Cooper's case; right?  And you |
| 03:01:35 | 22 | know one of the charges is an AI deepfake pornographic |
| 03:01:39 | 23 | video; right? |
| 03:01:40 | 24 | A    Is it?  What was in the video? |
| 03:01:42 | 25 | Q    I'm not sure. |

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:01:42 | 1 | A    Oh.  Either am I. |
| 03:01:44 | 2 | Q    Okay.  So you didn't make the AI porn video of |
| 03:01:47 | 3 | Ms. Cooper? |
| 03:01:48 | 4 | A    I didn't know there was one. |
| 03:01:50 | 5 | Q    Sorry.  Of Ms. Pete. |
| 03:01:51 | 6 | A    I didn't know there was one. |
| 03:01:52 | 7 | Q    Okay.  So you usually take on cases at UTP, |
| 03:01:55 | 8 | and you don't read the complaints of the cases you take |
| 03:01:57 | 9 | on. |
| 03:01:58 | 10 | Is that what I'm hearing? |
| 03:01:59 | 11 | A    I didn't pass the bar.  I don't know what |
| 03:02:00 | 12 | year, but I didn't pass the bar. |
| 03:02:03 | 13 | Q    Okay. |
| 03:02:05 | 14 | MS. HAYRAPETIAN:  Let's mark as Exhibit |
| 03:02:06 | 15 | Number 93, Tab 14. |
| 03:02:24 | 16 | (Exhibit 93 was marked for identification.) |
| 03:02:24 | 17 | BY MS. HAYRAPETIAN: |
| 03:02:24 | 18 | Q    This is yet another iMessage produced by |
| 03:02:27 | 19 | Milagro Cooper in this litigation between Tory and |
| 03:02:29 | 20 | herself, and it was sent sometime after the trial was |
| 03:02:34 | 21 | coming to an end -- or had come to an end. |
| 03:02:36 | 22 | And it says, "Yoooooow.  It's Tory.  Hit me." |
| 03:02:38 | 23 | Do you see that in front of you? |
| 03:02:40 | 24 | A    I see a piece of paper that says, "Yoooooow. |
| 03:02:42 | 25 | It's Tory.  Hit me."  I see that on a piece of paper. |

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

```
03:02:46   1        Q    Great.  So I've now shown you documents
03:02:49   2   from -- ranging from 2020 to 2022 with Tory and
03:02:53   3   Ms. Cooper speaking directly; right?
03:02:56   4        A    I don't know about what it is.  I know it's on
03:02:58   5   a piece of paper that you gave me.
03:03:00   6        Q    And that's what I showed you; right?
03:03:01   7        A    No.  You showed me a piece of paper that said,
03:03:03   8   "Yoooooow.  It's Tory.  Hit me."  I don't know who it's
03:03:06   9   to, who it's not to.  I don't know any of that.
03:03:08  10        Q    Well, okay.  I just told you it was produced
03:03:10  11   in this litigation by Ms. Cooper because it was a text
03:03:12  12   message.
03:03:13  13        A    Then you should be asking her and not me then.
03:03:15  14        Q    So -- so this comes back to your statement
03:03:18  15   actually that when -- when you said their communications
03:03:25  16   were bullshit, you were wrong, weren't you?  'Cause you
03:03:28  17   claim --
03:03:28  18        A    I said whose communications?
03:03:30  19             MS. DIXON:  Objection.  Calls for speculation.
03:03:31  20   BY MS. HAYRAPETIAN:
03:03:32  21        Q    You claimed, in Exhibit 90, that it was
03:03:35  22   bullshit, the accusations in Ms. Cooper's complaint that
03:03:39  23   Tory and Milagro were speaking together; right?
03:03:44  24        A    I don't remember that.
03:03:46  25        Q    Okay.  Well, we just listened to it.
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
03:03:47   1              We can play the tape back, if you want?

03:03:49   2              MS. DIXON:  Objection.  Mischaracterizes the

03:03:51   3    evidence.

03:03:51   4              THE WITNESS:  You can play it all you want.  I

03:03:53   5    still won't remember it.

03:03:54   6    BY MS. HAYRAPETIAN:

03:03:54   7        Q    Okay.  So Tory also said, "It would be funny,"

03:03:57   8    quote, right, "when Ms. Pete and her team," quote, "go

03:04:01   9    looking and they find nothing."

03:04:04  10              Is hiding evidence funny to you?

03:04:06  11              MR. HAYDEN:  Objection.  Speculation.

03:04:08  12              THE WITNESS:  You said who said that?

03:04:08  13    BY MS. HAYRAPETIAN:

03:04:09  14        Q    Tory said that.  He said --

03:04:11  15        A    So why are you asking me is it funny to me?

03:04:13  16    Say it again.

03:04:14  17        Q    I'm just curious.

03:04:15  18        A    I don't understand what you are saying.

03:04:16  19              How are you saying he said that isn't funny to

03:04:17  20    me?  Trump said a bunch of stuff.

03:04:19  21              Is that funny to you?  Are you saying that?

03:04:22  22              You got to -- you got to narrow it down.  I

03:04:23  23    didn't say any of that.

03:04:26  24        Q    So you listened to the conversation; correct?

03:04:28  25        A    Which conversation?
```

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

```
03:04:28   1          Q    The one where we just heard Tory talking about
03:04:31   2     how this situation was funny, and how when the lawyers,
03:04:35   3     quote, "go looking and they find nothing."
03:04:37   4          A    Oh.   That's what he said?
03:04:39   5          Q    Right.   Yes.
03:04:40   6          A    Why are you asking me?
03:04:41   7          Q    We just listened together.
03:04:42   8          A    Why are you asking me this?
03:04:43   9          Q    Is it funny to you?   Is hiding evidence --
03:04:44  10          A    Is what funny to me?
03:04:45  11          Q    Is hiding evidence funny to you?
03:04:47  12          A    Is it funny to you?
03:04:48  13          Q    I'm not at my deposition today.
03:04:49  14          A    I'm not really not either but okay.   I don't
03:04:51  15     know what you are talking about.
03:04:53  16          Q    Okay.   Is intentionally destroying evidence
03:04:57  17     funny?
03:04:58  18               MR. HAYDEN:   Objection.   Speculation.
03:04:59  19     Mischaracterizes evidence -- or facts in evidence.
03:05:03  20               THE WITNESS:   I don't know what you are
03:05:04  21     talking about.
03:05:05  22     BY MS. HAYRAPETIAN:
03:05:05  23          Q    Did Tory tell you he found it funny to refuse
03:05:08  24     to cooperate during his deposition in this case?
03:05:12  25          A    Whose deposition?
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:05:13 | 1 | MS. DIXON:  Objection.  Assumes facts not in |
| 03:05:14 | 2 | evidence. |
| 03:05:15 | 3 | BY MS. HAYRAPETIAN: |
| 03:05:16 | 4 | Q    Tory's deposition? |
| 03:05:17 | 5 | A    Did he say what? |
| 03:05:18 | 6 | Q    Did Tory tell you he found it funny to refuse |
| 03:05:20 | 7 | to cooperate during his deposition in this case? |
| 03:05:24 | 8 | A    I don't remember him ever telling me anything. |
| 03:05:25 | 9 | I think I was deaf until I met you. |
| 03:05:32 | 10 | Q    Did Tory tell you he thought he outsmarted |
| 03:05:36 | 11 | Ms. Pete and her team by having third parties relay his |
| 03:05:39 | 12 | messages to Ms. Cooper? |
| 03:05:41 | 13 | MR. HAYDEN:  Speculation.  Assumes facts not |
| 03:05:42 | 14 | in evidence. |
| 03:05:44 | 15 | THE WITNESS:  I don't remember nothing.  I |
| 03:05:45 | 16 | don't know what you are talking about. |
| 03:05:46 | 17 | BY MS. HAYRAPETIAN: |
| 03:05:47 | 18 | Q    Okay. |
| 03:05:48 | 19 | MS. HAYRAPETIAN:  Okay.  Let's mark as Exhibit |
| 03:05:49 | 20 | Number 94, Tab 15-A, please.  Can we get that ready to |
| 03:05:56 | 21 | play.  And that will be 93 -- sorry 94-A, and the |
| 03:06:01 | 22 | transcript will be 94-B. |
| 03:06:32 | 23 | (Exhibit 94 was marked for identification.) |
| 03:06:32 | 24 | (Exhibit 94-B was marked for identification.) |
| 03:06:33 | 25 | (A video clip was played.) |

| | | |
|---|---|---|
| 03:06:34 | 1 | MS. HAYRAPETIAN:  I don't think we can hear |
| 03:06:35 | 2 | again. |
| 03:06:35 | 3 | (A video clip was played.) |
| 03:07:02 | 4 | MS. HAYRAPETIAN:  I'll just play it on my end |
| 03:07:03 | 5 | if you can't get it up. |
| 03:07:05 | 6 | THE WITNESS:  You guys want any help?  I can |
| 03:07:06 | 7 | help you. |
| 03:07:08 | 8 | MS. HAYRAPETIAN:  No.  It's okay. |
| 03:07:09 | 9 | (A video clip was played.) |
| 03:07:20 | 10 | BY MS. HAYRAPETIAN: |
| 03:07:21 | 11 | Q    Okay.  So, on November 19, you spoke to Tory |
| 03:07:23 | 12 | over the prison phone line, and you told Tory that you, |
| 03:07:26 | 13 | quote, "Had to pay $5,000 today to retain a firm in |
| 03:07:30 | 14 | Florida today just so we can use -- have their shit just |
| 03:07:35 | 15 | like pro hac." |
| 03:07:36 | 16 | Do you remember that? |
| 03:07:37 | 17 | A    I didn't even hear that right now. |
| 03:07:40 | 18 | MS. HAYRAPETIAN:  Okay. |
| 03:07:40 | 19 | Can we play it again, please? |
| 03:07:42 | 20 | THE WITNESS:  Let's listen. |
| 03:07:48 | 21 | STENO TECH:  Yes, ma'am, just a moment. |
| 03:07:49 | 22 | (A video clip was played.) |
| 03:08:15 | 23 | BY MS. HAYRAPETIAN: |
| 03:08:16 | 24 | Q    Okay.  Did you hear you saying you had to pay |
| 03:08:18 | 25 | $5,000 to the Florida firm? |

CEASAR MCDOWELL                                            JOB NO. 1837675
JULY 25, 2025

```
03:08:21   1        A    I heard that part.  But where it says -- I
03:08:23   2   think it cut off before it finished -- what you guys
03:08:25   3   were saying it said.
03:08:28   4        Q    Well, I think we all just listened.  It
03:08:32   5   said --
03:08:32   6        A    You are just assuming it meant pro hac.
03:08:35   7        Q    Well, what did it mean?
03:08:36   8        A    I don't know, but I didn't hear it.  For what
03:08:38   9   you just played and what the paper says, it's two
03:08:40  10   different things.
03:08:41  11             But -- so are we assuming it says
03:08:43  12   pro-football?  Baseball?  Why are we assuming pro hac --
03:08:47  13   I'm just saying?
03:08:49  14        Q    Well, we heard pro hac.
03:08:50  15        A    Did you?  No you didn't.  Play it again.  And
03:08:53  16   you guys can say whether you heard the word "hac"
03:08:56  17   because I sure didn't.
03:08:58  18             MS. HAYRAPETIAN:  Okay.  Go ahead.  Play it
03:08:59  19   one more time.
03:09:00  20             STENO TECH:  Okay.  Just a moment.
03:09:17  21             THE WITNESS:  They got a company that can help
03:09:20  22   you -- with you guys, if you need help.
03:09:24  23             (A video clip was played.)
03:09:32  24   BY MS. HAYRAPETIAN:
03:09:33  25        Q    Okay.  So I hear pro hac.
```

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 03:09:34 | 1 | A | Oh, did you? |
| 03:09:35 | 2 | Q | If you hear something different, let me know. |
| 03:09:37 | 3 | A | I did.  I heard pro. |
| 03:09:39 | 4 | Q | Pro.  Okay. |
| 03:09:40 | 5 | | And what were you talking about? |
| 03:09:41 | 6 | A | I don't know.   I don't remember. |
| 03:09:42 | 7 | Q | Okay.  So you were talking about hiring |
| 03:09:47 | 8 | | local -- local counsel, Mr. Pancier, for Ms. Cooper's |
| 03:09:52 | 9 | | case, correct, for $5,000? |
| 03:09:53 | 10 | A | I don't remember. |
| 03:09:54 | 11 | Q | Okay.  What other cases have you had in |
| 03:09:58 | 12 | | Florida? |
| 03:10:00 | 13 | A | I don't remember. |
| 03:10:00 | 14 | Q | Who actually paid the $5,000?  Was it UTP or |
| 03:10:07 | 15 | | Ms. Cooper? |
| 03:10:08 | 16 | A | I don't remember. |
| 03:10:08 | 17 | Q | Why are you updating Tory about expenses for |
| 03:10:12 | 18 | | Ms. Cooper's case? |
| 03:10:15 | 19 | A | I don't remember. |
| 03:10:15 | 20 | Q | Tory's not Ms. Cooper's client.  He is your |
| 03:10:19 | 21 | | client; correct? |
| 03:10:21 | 22 | A | I don't remember. |
| 03:10:21 | 23 | Q | So why does Tory need to know about another |
| 03:10:25 | 24 | | client's legal fees? |
| 03:10:27 | 25 | A | Is that a question? |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 03:10:28 | 1 | Q    Yeah? |
| 03:10:29 | 2 | A    Oh.  I don't remember. |
| 03:10:30 | 3 | Q    You are updating Tory because he is the one |
| 03:10:33 | 4 | funding Ms. Cooper's defense, aren't you? |
| 03:10:35 | 5 | MR. HAYDEN:  Objection.  Speculation. |
| 03:10:38 | 6 | MS. DIXON:  Objection.  Also assumes facts not |
| 03:10:40 | 7 | in evidence. |
| 03:10:42 | 8 | BY MS. HAYRAPETIAN: |
| 03:10:42 | 9 | Q    Answer. |
| 03:10:43 | 10 | A    What was the question? |
| 03:10:44 | 11 | MS. HAYRAPETIAN:  Can you read it back, |
| 03:10:44 | 12 | Ms. Court Reporter, please. |
| 03:10:46 | 13 | (The following record was read: |
| 03:10:46 | 14 | "QUESTION:  You are updating Tory because |
| 03:10:46 | 15 | he is the one funding Ms. Cooper's |
| 03:10:46 | 16 | defense, aren't you?") |
| 03:10:59 | 17 | THE WITNESS:  Oh.  You are not going to say |
| 03:11:00 | 18 | that from her? |
| 03:11:01 | 19 | No. |
| 03:11:04 | 20 | BY MS. HAYRAPETIAN: |
| 03:11:04 | 21 | Q    No?  Oh, you remember the answer to this one? |
| 03:11:07 | 22 | A    I think it was -- I think what she said I said |
| 03:11:09 | 23 | no to. |
| 03:11:10 | 24 | Q    Okay.  So you had an answer to this one? |
| 03:11:14 | 25 | A    You want it again? |

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:11:15 | 1 | Q    I'm just checking.  Yeah. |
| 03:11:16 | 2 | A    No. |
| 03:11:16 | 3 | Q    Okay.  Your memory is back? |
| 03:11:21 | 4 | MS. DIXON:  Objection.  You are being |
| 03:11:22 | 5 | argumentative and badgering the witness. |
| 03:11:24 | 6 | THE WITNESS:  Say it again.  I couldn't hear |
| 03:11:26 | 7 | you. |
| 03:11:26 | 8 | BY MS. HAYRAPETIAN: |
| 03:11:26 | 9 | Q    Your memory is back now? |
| 03:11:27 | 10 | A    Oh, it was gone?  Oh. |
| 03:11:30 | 11 | Q    You've only said you couldn't remember maybe |
| 03:11:32 | 12 | 100-something times today. |
| 03:11:34 | 13 | A    Oh.  Things I didn't remember; right? |
| 03:11:36 | 14 | Q    Okay. |
| 03:11:37 | 15 | A    You want me to lie.  I can lie, if you want me |
| 03:11:39 | 16 | to. |
| 03:11:39 | 17 | What do you want me to lie about? |
| 03:11:42 | 18 | MS. HAYRAPETIAN:  Let's mark as Exhibit 95, |
| 03:11:44 | 19 | Tab 44-A, if we can pull that up, and the transcript of |
| 03:11:50 | 20 | the same will be 95-B. |
| 03:13:09 | 21 | (Exhibit 95-A was marked for identification.) |
| 03:13:09 | 22 | (Exhibit 95-B was marked for identification.) |
| 03:13:09 | 23 | (A video clip was played.) |
| 03:16:47 | 24 | BY MS. HAYRAPETIAN: |
| 03:16:48 | 25 | Q    Okay.  During this call you told -- you told |

| | | |
|---|---|---|
| 03:16:53 | 1 | Tory, quote, "Yeah.  I can't tell you because Mitch told |
| 03:16:56 | 2 | me not to because you are our client.  Listen, I'm going |
| 03:17:00 | 3 | to tell you some shit, but you got to swear to God you |
| 03:17:02 | 4 | can't even tell Ray now." |
| 03:17:06 | 5 | You then proceeded to tell Tory information |
| 03:17:08 | 6 | that you know you should not tell him as your client. |
| 03:17:11 | 7 | You told Tory that a UTP attorney used to be a porn star |
| 03:17:16 | 8 | named Vivian West, and that she filmed videos of |
| 03:17:22 | 9 | transvestites gangbanging her.  You proceeded to tell |
| 03:17:28 | 10 | Tory this, noting that the UTP lawyer could sue you for |
| 03:17:32 | 11 | telling a client information like this. |
| 03:17:34 | 12 | I just heard that correctly; right? |
| 03:17:37 | 13 | A    I don't know. |
| 03:17:37 | 14 | MR. HAYDEN:  Objection.  Compound.  Narrative. |
| 03:17:39 | 15 | Relevance. |
| 03:17:43 | 16 | BY MS. HAYRAPETIAN: |
| 03:17:43 | 17 | Q    So you are laughing and having a lot of fun |
| 03:17:47 | 18 | during that recording. |
| 03:17:49 | 19 | A    So were you. |
| 03:17:50 | 20 | Q    I was not, actually. |
| 03:17:51 | 21 | A    You were. |
| 03:17:52 | 22 | Q    Okay. |
| 03:17:53 | 23 | A    Okay. |
| 03:17:54 | 24 | Q    Why did you find it funny? |
| 03:17:56 | 25 | A    Why did you find it funny? |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:17:59 | 1 | Q    I'm not laughing. |
| 03:18:00 | 2 | A    Oh, you were a minute ago.  I don't recall.  I |
| 03:18:03 | 3 | don't remember. |
| 03:18:04 | 4 | Q    You don't remember why you found it funny? |
| 03:18:06 | 5 | A    Huh-uh. |
| 03:18:07 | 6 | Q    Okay.  So you were sharing information, you |
| 03:18:10 | 7 | shouldn't.  And you weren't being discreet here; right? |
| 03:18:14 | 8 | MR. HAYDEN:  Objection.  Speculation. |
| 03:18:17 | 9 | MS. DIXON:  Objection.  Relevance to this |
| 03:18:19 | 10 | case. |
| 03:18:19 | 11 | BY MS. HAYRAPETIAN: |
| 03:18:20 | 12 | Q    Right? |
| 03:18:21 | 13 | A    I don't recall. |
| 03:18:22 | 14 | Q    On this call, you told Tory confidential |
| 03:18:24 | 15 | information that you knew you shouldn't share; correct? |
| 03:18:28 | 16 | MR. HAYDEN:  Objection.  Speculation. |
| 03:18:29 | 17 | Relevance. |
| 03:18:30 | 18 | THE WITNESS:  I don't recall. |
| 03:18:30 | 19 | BY MS. HAYRAPETIAN: |
| 03:18:31 | 20 | Q    By sharing secrets with Tory, you were showing |
| 03:18:33 | 21 | him that -- |
| 03:18:34 | 22 | A    What were his secrets?  How do -- how do you |
| 03:18:36 | 23 | know that's a secret?  How do you know that's not public |
| 03:18:38 | 24 | information?  How do you know you can't look it up right |
| 03:18:40 | 25 | now?  So how is it a secret? |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:18:42 | 1 | Q    Well, because you said -- |
| 03:18:43 | 2 | A    I don't recall. |
| 03:18:44 | 3 | Q    Because you said, quote -- |
| 03:18:45 | 4 | A    What I said don't mean nothing.  You just said |
| 03:18:47 | 5 | what I said don't meaning nothing.  I don't recall. |
| 03:18:49 | 6 | Q    So I'm speaking. |
| 03:18:51 | 7 | A    Okay.  I just was. |
| 03:18:53 | 8 | Q    Sir. |
| 03:18:53 | 9 | A    Ma'am. |
| 03:18:54 | 10 | Q    You said, "Yeah.  I can't tell you because |
| 03:18:56 | 11 | Mitch told me not to because you are our client."  So -- |
| 03:19:01 | 12 | A    Okay. |
| 03:19:01 | 13 | Q    -- you said something that you were not |
| 03:19:03 | 14 | supposed to share? |
| 03:19:05 | 15 | A    That don't make it the law because that's what |
| 03:19:07 | 16 | I said. |
| 03:19:08 | 17 |         MR. HAYDEN:  Objection.  Speculation. |
| 03:19:08 | 18 | Relevance. |
| 03:19:09 | 19 | BY MS. HAYRAPETIAN: |
| 03:19:10 | 20 | Q    I'm not talking about the law. |
| 03:19:11 | 21 |         MS. DIXON:  Objection.  That's also a |
| 03:19:12 | 22 | misstatement of the law. |
| 03:19:13 | 23 | BY MS. HAYRAPETIAN: |
| 03:19:13 | 24 | Q    And you were showing him that you are willing |
| 03:19:15 | 25 | to share secrets, weren't you? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:19:16 | 1 | MR. HAYDEN:  Objection.  Speculation. |
| 03:19:18 | 2 | THE WITNESS:  I don't remember nothing. |
| 03:19:18 | 3 | BY MS. HAYRAPETIAN: |
| 03:19:20 | 4 | Q    Tory learned he could trust you to pass along |
| 03:19:22 | 5 | information; correct? |
| 03:19:24 | 6 | MR. HAYDEN:  Objection.  Speculation. |
| 03:19:29 | 7 | THE WITNESS:  Was that a question? |
| 03:19:30 | 8 | BY MS. HAYRAPETIAN: |
| 03:19:30 | 9 | Q    Uh-huh. |
| 03:19:30 | 10 | A    Oh.  He said what? |
| 03:19:34 | 11 | Q    Tory learned he could trust you to pass along |
| 03:19:37 | 12 | confidential information; correct? |
| 03:19:41 | 13 | A    I don't know what you are talking about. |
| 03:19:43 | 14 | Q    When Tory gives you information about |
| 03:19:46 | 15 | Ms. Pete, he knows you will share that too? |
| 03:19:49 | 16 | A    Who? |
| 03:19:49 | 17 | MR. HAYDEN:  Objection.  Speculation. |
| 03:19:51 | 18 | THE WITNESS:  Who's Ms. Pete? |
| 03:19:51 | 19 | BY MS. HAYRAPETIAN: |
| 03:19:52 | 20 | Q    We've been talking about Ms. Pete. |
| 03:19:54 | 21 | A    Oh.  The same person we've been talking about |
| 03:19:56 | 22 | all day.  Oh, I don't remember. |
| 03:19:59 | 23 | Q    And that's exactly what Tory wanted, right, |
| 03:20:03 | 24 | someone who would share his secrets with Ms. Cooper? |
| 03:20:07 | 25 | MR. HAYDEN:  Objection.  Speculation. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 03:20:09 | 1 | THE WITNESS:  I don't know nothing. |
| 03:20:10 | 2 | BY MS. HAYRAPETIAN: |
| 03:20:10 | 3 | Q    By this exchange about your colleague, |
| 03:20:18 | 4 | divulging really private information, you proved to Tory |
| 03:20:21 | 5 | that you are the kind of person who shares information |
| 03:20:24 | 6 | you are supposed to keep confidential, didn't you? |
| 03:20:27 | 7 | MR. HAYDEN:  Objection.  Speculation.  Calls |
| 03:20:28 | 8 | for a legal conclusion. |
| 03:20:30 | 9 | THE WITNESS:  And what is considered private |
| 03:20:31 | 10 | information?  What are you talking about?  Anything that |
| 03:20:34 | 11 | was shared that you just read was public information; so |
| 03:20:36 | 12 | I don't know.  I don't remember what you are talking |
| 03:20:38 | 13 | about.  I don't know nothing. |
| 03:20:39 | 14 | BY MS. HAYRAPETIAN: |
| 03:20:40 | 15 | Q    Well, I am talking about your own words. |
| 03:20:41 | 16 | Quote, "Yeah.  I can't tell you because Mitch told me |
| 03:20:44 | 17 | not to because you are our client." |
| 03:20:45 | 18 | A    That don't make it the law.  That don't make |
| 03:20:48 | 19 | it right. |
| 03:20:48 | 20 | Q    I'm not talking about the law. |
| 03:20:50 | 21 | A    Okay.  That's what you just said is that |
| 03:20:51 | 22 | I'm -- divulging something that's private.  I ain't |
| 03:20:55 | 23 | divulging nothing that's private.  That was made public |
| 03:20:56 | 24 | to me. |
| 03:20:56 | 25 | But to answer you're question, I don't |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:21:00 | 1 | remember. |
| 03:21:00 | 2 | BY MS. HAYRAPETIAN: |
| 03:21:00 | 3 |     Q   It doesn't matter what the information was |
| 03:21:02 | 4 | because you told Tory you were not supposed to tell him, |
| 03:21:05 | 5 | and then you told him; right? |
| 03:21:07 | 6 |         MR. HAYDEN:  Objection.  Relevance. |
| 03:21:09 | 7 |         THE WITNESS:  I don't remember.  I don't |
| 03:21:09 | 8 | remember. |
| 03:21:10 | 9 | BY MS. HAYRAPETIAN: |
| 03:21:10 | 10 |     Q   Luckily you don't have to remember because I |
| 03:21:12 | 11 | just played back your own voice. |
| 03:21:14 | 12 |     A   Did you? |
| 03:21:14 | 13 |     Q   Right. |
| 03:21:15 | 14 |     A   Oh. |
| 03:21:20 | 15 |     Q   So you agree with me that -- |
| 03:21:22 | 16 |     A   I don't agree with you on nothing at all. |
| 03:21:23 | 17 |     Q   -- you proved to Tory you are the kind of |
| 03:21:25 | 18 | person who shares information you are supposed to keep |
| 03:21:28 | 19 | private; correct? |
| 03:21:30 | 20 |         MR. HAYDEN:  Objection.  Speculation. |
| 03:21:31 | 21 |         THE WITNESS:  I don't know what you are |
| 03:21:31 | 22 | talking about. |
| 03:21:32 | 23 | BY MS. HAYRAPETIAN: |
| 03:21:32 | 24 |     Q   Okay. |
| 03:21:34 | 25 |     A   I ain't agreeing with you on nothing since |

03:21:36   1   we've been here.

03:21:38   2        Q    On November 1, 2024, you and Ms. Cooper dialed

03:21:42   3   each other three times, and you spoke to her for almost

03:21:46   4   22 minutes, and that's reflected in the prior exhibit --

03:21:49   5   the AT&T document, Exhibit 87.  And earlier that day you

03:21:59   6   were texting with Ms. Cooper and your employee

03:22:03   7   Ms. Jazmyne Jamison.

03:22:07   8             MS. HAYRAPETIAN:  I'll mark for the record as

03:22:08   9   Exhibit 96, as Tab 48.

03:22:32   10            (Exhibit 96 was marked for identification.)

03:22:33   11   BY MS. HAYRAPETIAN:

03:22:33   12       Q    So this is a group chat between Jazmyne,

03:22:36   13   yourself, and Ms. Cooper.  And in this group chat you

03:22:39   14   texted Ms. Cooper, "Milagro, I need to talk to this guy.

03:22:43   15   I need Akademik's number.  What he is saying makes all

03:22:48   16   the sense in the world, and he is getting your back.  I

03:22:52   17   want to talk to this guy.  You set that up.  Please,

03:22:56   18   tell him the CEO of Unite the People wants to talk to

03:22:59   19   him."

03:23:04   20            You were referring to DJ Akademiks; correct?

03:23:07   21       A    I don't remember.

03:23:08   22       Q    You were referring to Tory's friend and

03:23:11   23   blogger Livingston Allen also known as DJ Akademiks;

03:23:16   24   correct?

03:23:17   25       A    I don't remember.

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

03:23:17   1        Q    Is there any other Akademiks you know whose

03:23:24   2   number you would be asking for?

03:23:25   3        A    I don't remember.

03:23:26   4        Q    What did you mean when you texted that "what

03:23:30   5   he is saying makes all the sense in the world"?

03:23:33   6        A    I do not remember.

03:23:34   7        Q    What was DJ Akademiks saying that made all the

03:23:37   8   sense in the world?

03:23:39   9        A    I do not remember.

03:23:40   10       Q    What did you mean when you texted Ms. Cooper

03:23:42   11   that "he is getting your back"?

03:23:45   12       A    I do not remember.

03:23:46   13       Q    How was DJ Akademiks getting Ms. Cooper's

03:23:49   14   back?

03:23:50   15       A    I don't remember.

03:23:51   16       Q    Is Tory paying Cooper through DJ Akademiks?

03:23:54   17       A    I don't know who -- remember nothing or know

03:23:57   18   what you are talking about.

03:23:58   19       Q    Why did you need Ms. Cooper to set up a phone

03:24:00   20   call with DJ Akademiks?

03:24:02   21       A    I don't remember.

03:24:03   22       Q    Did you end up having a conversation with

03:24:04   23   DJ Akademiks?

03:24:06   24       A    I don't remember.

03:24:08   25       Q    What did you discuss with DJ Akademiks?

CEASAR MCDOWELL                                             JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:24:12 | 1 | A    I don't remember. |
| 03:24:14 | 2 | MR. HAYDEN:  Objection.  Asked and answered. |
| 03:24:15 | 3 | BY MS. HAYRAPETIAN: |
| 03:24:15 | 4 | Q    Was Tory present when you spoke to |
| 03:24:18 | 5 | DJ Akademiks? |
| 03:24:21 | 6 | MR. HAYDEN:  Objection.  Speculation. |
| 03:24:23 | 7 | THE WITNESS:  I don't think Tory can be |
| 03:24:24 | 8 | present anywhere from prison; right? |
| 03:24:26 | 9 | BY MS. HAYRAPETIAN: |
| 03:24:27 | 10 | Q    Well, could be present on a three-way call. |
| 03:24:29 | 11 | A    Oh.  Is that present?  Is it? |
| 03:24:32 | 12 | Q    It is. |
| 03:24:32 | 13 | A    Oh, I didn't know.  I don't know.  I don't |
| 03:24:34 | 14 | remember ever talking to anybody. |
| 03:24:37 | 15 | Q    What do you know of Ms. Cooper's relationship |
| 03:24:39 | 16 | with DJ Akademiks? |
| 03:24:41 | 17 | A    I don't know nothing. |
| 03:24:44 | 18 | Q    Did Tory tell you to talk to Ms. Cooper to get |
| 03:24:46 | 19 | connected to DJ Akademiks? |
| 03:24:49 | 20 | A    I don't know nothing. |
| 03:24:53 | 21 | Q    On November 7, Ms. Cooper's phone log shows |
| 03:24:56 | 22 | seven attempted calls between your phone and hers, and |
| 03:24:59 | 23 | that's on the AT&T, Exhibit 87.  And on November 7, you |
| 03:25:05 | 24 | also texted Ms. Cooper, "Can you call me?  It's |
| 03:25:09 | 25 | important.  Thank you." |

| | | |
|---|---|---|
| 03:25:12 | 1 | MS. HAYRAPETIAN: And I'm going to mark as |
| 03:25:13 | 2 | Exhibit 97 -- the first text message is what I'm |
| 03:25:18 | 3 | referring to. |
| 03:25:33 | 4 | (Exhibit 97 was marked for identification.) |
| 03:25:33 | 5 | BY MS. HAYRAPETIAN: |
| 03:25:33 | 6 | Q So what was so important that she needed to |
| 03:25:41 | 7 | call you urgently? |
| 03:25:43 | 8 | A I don't remember. |
| 03:25:43 | 9 | Q Why were you so desperate to reach her on |
| 03:25:47 | 10 | November 7? |
| 03:25:50 | 11 | A I don't see it saying anything about somebody |
| 03:25:52 | 12 | being desperate, but if you mean the same thing you just |
| 03:25:54 | 13 | read that don't say nothing about desperate, where it |
| 03:25:57 | 14 | says, "Can you call me, it's important," I don't |
| 03:26:00 | 15 | remember. |
| 03:26:05 | 16 | Q You were passing on messages between Tory and |
| 03:26:08 | 17 | Ms. Cooper; right? |
| 03:26:09 | 18 | A Never ever. |
| 03:26:10 | 19 | Q That -- that answer, you remember? |
| 03:26:13 | 20 | A Did I answer it? |
| 03:26:16 | 21 | Q You -- you said your memory is back; right? |
| 03:26:18 | 22 | A Did I answer it? |
| 03:26:19 | 23 | Q Yeah, you did. |
| 03:26:20 | 24 | A Okay. What did I say? |
| 03:26:21 | 25 | Q My follow-up question is -- |

CEASAR MCDOWELL
JULY 25, 2025
JOB NO. 1837675

| | | | |
|---|---|---|---|
| 03:26:22 | 1 | A | What did I say?  Never. |
| 03:26:24 | 2 | Q | -- is your memory is back? |
| 03:26:25 | 3 | A | So then it is never ever. |
| 03:26:25 | 4 | Q | So your memory is back?  I'm just checking. |
| 03:26:27 | 5 | A | Are you saying my memory is gone? |

03:26:29    6        Q    You -- you are the one who said you didn't

03:26:30    7    remember for 90 percent -- 98 percent of my questions

03:26:33    8    today.  Actually, 99.9.

03:26:35    9        A    So you should have picked a different set of

03:26:37   10    questions, because for 98 percent of your questions that

03:26:39   11    you picked, I don't remember.

03:26:41   12        Q    Why?  'Cause you don't like my questions.

03:26:44   13        A    Because I don't remember.

03:26:46   14             You want me to fake now.  If you are telling

03:26:48   15    me to fake here on camera -- tell me to lie on camera --

03:26:50   16    but as of right now, I don't remember nothing.

03:26:53   17        Q    It's just that your memory seems very

03:26:55   18    convenient because you just said you never ever did

03:26:58   19    something.  So that one, you remembered; right?

03:27:01   20        A    Did I say that?  If I said that, then that's

03:27:05   21    what I said.

03:27:07   22             You can't make me -- unless you are trying to

03:27:09   23    put words in my mouth, tell me.  Tell me what you want

03:27:11   24    me to say.  Because if I don't remember, all I can say

03:27:14   25    is "I don't remember."

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
03:27:15   1        Q    On December 12th, 2024, you and Ms. Cooper
03:27:19   2    attempted to reach each other six times.  One of your
03:27:23   3    cases you spoke for over six minutes.  You also texted
03:27:29   4    Ms. Cooper on December 12.
03:27:32   5              MS. HAYRAPETIAN:  And I'm adding as
03:27:33   6    Exhibit 97 -- sorry -- 98.
03:27:54   7              STENO TECH:  Counsel, can we get the Exhibit
03:27:55   8    Number for 98?
03:27:57   9              MS. HAYRAPETIAN:  Tab 54.
03:27:57  10              STENO TECH:  Thank you.
03:27:57  11              (Exhibit 98 was marked for identification.)
03:27:58  12    BY MS. HAYRAPETIAN:
03:27:58  13        Q    You texted, "Hey, when you get a chance, if
03:28:00  14    you could give me a call, that would be great, as soon
03:28:02  15    as possible."
03:28:03  16              What was urgent that you needed to discuss
03:28:07  17    with her?
03:28:08  18        A    I'm reading what is right here.  I don't see
03:28:10  19    anything saying that it was urgent.  I think that's
03:28:12  20    something that you are just making up.
03:28:15  21              But from right here, I don't remember whatever
03:28:17  22    it was about.
03:28:19  23        Q    Okay.  So do you see the last four words that
03:28:21  24    say, "as soon as possible"?
03:28:23  25        A    I don't see urgent.  I see as soon as
```

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

```
03:28:25   1    possible, but I don't see urgent.
03:28:26   2         Q    Okay.  And what do the word -- do the words
03:28:29   3    "as soon as possible" indicate a sense of urgency to
03:28:31   4    you?
03:28:32   5         A    No.  It indicates as soon as possible.
03:28:35   6         Q    And what does that mean?
03:28:37   7         A    As soon as you possibly can.
03:28:38   8         Q    But can you say that in different words?
03:28:41   9         A    As soon as possible?  I can say that in
03:28:44   10   Swahili.
03:28:45   11        Q    You didn't say no rush; right?
03:28:47   12        A    Oh.  I didn't say no rush.
03:28:48   13        Q    Right.
03:28:49   14        A    No.  I just said as soon as possible.
03:28:50   15        Q    So you said the opposite of no rush, as in
03:28:51   16   it's important?
03:28:52   17        A    What is the opposite of no rush?
03:28:54   18        Q    You tell me.
03:28:55   19        A    I don't know.  You the one that know all the
03:28:56   20   words.  I don't remember; remember?
03:29:02   21        Q    The following day, December 13, 2024, right
03:29:06   22   after your urgent -- or as soon as possible text
03:29:09   23   message, Ms. Cooper posted on social media.
03:29:14   24        A    She didn't post the day before?
03:29:18   25             MS. HAYRAPETIAN:  Marking as Tab 17,
```

```
03:29:21   1   Exhibit 99.

03:29:39   2          (Exhibit 99 was marked for identification.)

03:29:39   3   BY MS. HAYRAPETIAN:

03:29:39   4      Q    Ms. Cooper posted about your interview with

03:29:41   5   "TMZ," quoting from a direct lead, quote, "Tory Lanez,

03:29:45   6   his father Sonstar Peterson, and blogger Milagro Gramz

03:29:48   7   are firing back at claims from Megan Thee Stallion's

03:29:51   8   lawyers that they're conspiring to spread misinformation

03:29:54   9   and harass the Roc Nation rapper in a complaint filed

03:29:57  10   this week.  These allegations largely stem from

03:30:00  11   jailhouse phone calls between Tory, Sonstar, and

03:30:04  12   Milagro, real name Milagro Cooper, but Ceasar McDowell

03:30:07  13   CEO of Unite the People says his client is a victim of a

03:30:10  14   calculated legal takedown."

03:30:18  15          So that's just a few hours from your "call me

03:30:21  16   as soon as possible" text.  That's what you were

03:30:25  17   discussing; right?

03:30:27  18          MR. HAYDEN:  Objection.  Compound.  Narrative.

03:30:29  19          THE WITNESS:  That's -- I didn't see you said

03:30:31  20   I discussed anything.  I thought you said I text

03:30:34  21   something.

03:30:34  22          Where does it say I discussed something?

03:30:38  23   BY MS. HAYRAPETIAN:

03:30:38  24      Q    I'm asking you.

03:30:39  25      A    I'm asking you.  I don't see what you are
```

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:30:41 | 1 | saying. |
| 03:30:42 | 2 | Q   Your "TMZ" article is what you wanted to |
| 03:30:44 | 3 | discuss with Ms. Cooper as soon as possible; correct? |
| 03:30:47 | 4 | A   I don't remember. |
| 03:30:51 | 5 | Q   So the day after your "as soon as possible" |
| 03:30:54 | 6 | text to Ms. Cooper, she posts your "TMZ" article about |
| 03:31:00 | 7 | Tory Lanez and Megan Pete; correct? |
| 03:31:02 | 8 | A   I don't know.  You said it, not me. |
| 03:31:06 | 9 | Q   You did a "TMZ" interview about this case; |
| 03:31:08 | 10 | correct? |
| 03:31:13 | 11 | A   Probably. |
| 03:31:13 | 12 | Q   You spoke to Tory before that interview; |
| 03:31:15 | 13 | right? |
| 03:31:15 | 14 | A   I don't remember ever speaking to him. |
| 03:31:18 | 15 | Q   You spoke to Ms. Cooper before the interview; |
| 03:31:19 | 16 | right? |
| 03:31:21 | 17 | A   I don't remember speaking to her. |
| 03:31:23 | 18 | Q   You were coordinating your public message with |
| 03:31:26 | 19 | both of them, weren't you? |
| 03:31:28 | 20 |        MR. HAYDEN:  Objection.  Speculation. |
| 03:31:33 | 21 |        THE WITNESS:  I never coordinated nothing with |
| 03:31:35 | 22 | nobody.  I don't know what you are talking about. |
| 03:31:37 | 23 | BY MS. HAYRAPETIAN: |
| 03:31:37 | 24 | Q   You wanted everyone telling the same story and |
| 03:31:40 | 25 | promoting the same message; correct? |

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 03:31:42 | 1 | MR. HAYDEN:  Objection.  Speculation. |
| 03:31:42 | 2 | Argumentative. |
| 03:31:43 | 3 | THE WITNESS:  You are saying I wanted. |
| 03:31:44 | 4 | What did I want?  Why would I want something? |
| 03:31:47 | 5 | BY MS. HAYRAPETIAN: |
| 03:31:48 | 6 | Q    Is that your answer? |
| 03:31:50 | 7 | A    Yeah, that's my answer. |
| 03:31:55 | 8 | Q    Okay. |
| 03:32:00 | 9 | MS. HAYRAPETIAN:  So marking as Exhibit 100, |
| 03:32:01 | 10 | Tab 18. |
| 03:32:05 | 11 | MS. DIXON:  I just had 92. |
| 03:32:12 | 12 | THE WITNESS:  We have to take a break in a |
| 03:32:13 | 13 | minute.  I'm going to have to get some more Tylenol. |
| 03:32:15 | 14 | What time did I take that Tylenol at?  What |
| 03:32:18 | 15 | time was the lunch break?  Was it lunch break when I |
| 03:32:21 | 16 | took the Tylenol?  It was before the lunch break? |
| 03:32:23 | 17 | MR. HAYDEN:  We're still on the record, guys. |
| 03:32:24 | 18 | We'll get to it. |
| 03:32:25 | 19 | THE WITNESS:  I'm not giving none of that.  My |
| 03:32:27 | 20 | head is throbbing over here.  I need medicine. |
| 03:32:29 | 21 | MS. HAYRAPETIAN:  Do you need a break right |
| 03:32:30 | 22 | now? |
| 03:32:31 | 23 | THE WITNESS:  Yes. |
| 03:32:32 | 24 | MS. HAYRAPETIAN:  Okay.  Let's go off the |
| 03:32:33 | 25 | record, and let's take ten. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
03:32:34   1              THE VIDEOGRAPHER:  The time is 3:32 PM
03:32:36   2    Pacific time.  We are now off the record.
03:32:41   3              (Recess was taken.)
03:46:10   4              THE VIDEOGRAPHER:  The time is 4:01
04:01:33   5    Pacific time.  We are back on the record.
04:01:37   6              MS. DIXON:  I don't think I got 100.
04:01:38   7              MS. HAYRAPETIAN:  We haven't passed it out
04:01:40   8    yet.
04:01:41   9              MS. DIXON:  Okay.
04:01:41  10              MS. HAYRAPETIAN:  So let me play you a clip
04:01:42  11    from a phone conversation you had with Tory on
04:01:46  12    November 1st.
04:01:47  13              And, for the audio, it's Tab 59-A.  And then
04:01:54  14    we will be marking everything as Exhibit 100.  The
04:01:59  15    transcript will be 100-B.  Video will be 100-A.
04:02:05  16              (Exhibit 100-A was marked for identification.)
04:02:05  17              (Exhibit 100-B was marked for identification.)
04:02:44  18              STENO TECH:  I'm going to start the clip in
04:02:44  19    just a second.  Just let me know if everyone can hear
04:02:47  20    it.
04:02:48  21              (A video clip was played.)
04:02:51  22              MS. HAYRAPETIAN:  That was good.  If we can
04:02:52  23    raise the volume, that would be better.
04:02:55  24              STENO TECH:  Of course.
04:02:56  25              MS. HAYRAPETIAN:  Perfect.  Thank you.
```

CEASAR MCDOWELL                                        JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:02:57 | 1 | STENO TECH:  Would you like to start the clip? |
| 04:02:59 | 2 | MS. HAYRAPETIAN:  Yes, please. |
| 04:03:24 | 3 | (A video clip was played.) |
| 04:04:38 | 4 | BY MS. HAYRAPETIAN: |
| 04:04:39 | 5 | Q    Okay.  So what did you understand Tory to mean |
| 04:04:44 | 6 | when he asked if the two of you should do another |
| 04:04:48 | 7 | bailout? |
| 04:04:49 | 8 | A    I do not know. |
| 04:04:50 | 9 | Q    Have you heard the word "bailout"? |
| 04:04:58 | 10 | A    I don't know. |
| 04:04:59 | 11 | Q    So how come he is saying "another bailout," |
| 04:05:02 | 12 | indicating that there was a prior bailout? |
| 04:05:05 | 13 | A    I remember they bailed out the banks.  That |
| 04:05:08 | 14 | might be what's happening.  I don't know. |
| 04:05:10 | 15 | Q    Who bailed out the banks? |
| 04:05:12 | 16 | A    I think the Government bailed out the banks. |
| 04:05:14 | 17 | Q    Okay.  So how -- why would Tory be saying, |
| 04:05:17 | 18 | "You don't think we should do another bailout"? |
| 04:05:21 | 19 | A    Probably talking politics.  I do not know.  I |
| 04:05:25 | 20 | don't remember. |
| 04:05:26 | 21 | Q    Okay.  Why -- do you and Tory frequently talk |
| 04:05:31 | 22 | about politics? |
| 04:05:31 | 23 | A    I don't remember everything we talked about. |
| 04:05:33 | 24 | Q    Okay.  But you think he is talking to you |
| 04:05:35 | 25 | about politics; right? |

| | | |
|---|---|---|
| 04:05:37 | 1 | A    I don't know. |
| 04:05:40 | 2 | Q    Do you identify with the Democratic or |
| 04:05:42 | 3 | Republican party? |
| 04:05:43 | 4 | MR. HAYDEN:  Objection.  Relevance. |
| 04:05:48 | 5 | THE WITNESS:  I don't know. |
| 04:05:48 | 6 | BY MS. HAYRAPETIAN: |
| 04:05:48 | 7 | Q    You don't know?  You don't have a preferred |
| 04:05:50 | 8 | party? |
| 04:05:54 | 9 | A    The "House Party" is good sometimes. |
| 04:06:04 | 10 | Q    Is Tory saying you and UTP have bailed out |
| 04:06:08 | 11 | others in the past by bailout? |
| 04:06:11 | 12 | A    I don't know. |
| 04:06:12 | 13 | Q    Tory funded this campaign run under UTP's name |
| 04:06:17 | 14 | to improve his public image; right? |
| 04:06:19 | 15 | MR. HAYDEN:  Objection.  Speculation. |
| 04:06:22 | 16 | THE WITNESS:  I don't know. |
| 04:06:22 | 17 | BY MS. HAYRAPETIAN: |
| 04:06:22 | 18 | Q    What did you understand Tory to mean when he |
| 04:06:26 | 19 | said, quote, "like get some cheap ones and the way you |
| 04:06:31 | 20 | can still give money to the firm." |
| 04:06:34 | 21 | A    I do not know. |
| 04:06:35 | 22 | Q    Tory is saying that he could pay for cheaper |
| 04:06:39 | 23 | bails of UTP clients; right? |
| 04:06:41 | 24 | A    I don't know. |
| 04:06:43 | 25 | Q    And you understood Tory to also mean that UTP |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:06:45 | 1 | could take a portion of his money too; right? |
| 04:06:48 | 2 | MR. HAYDEN:  Objection.  Speculation. |
| 04:06:50 | 3 | THE WITNESS:  I don't know. |
| 04:06:50 | 4 | BY MS. HAYRAPETIAN: |
| 04:06:51 | 5 | Q    So UTP could use Tory's money for his own |
| 04:06:53 | 6 | purposes; right? |
| 04:06:54 | 7 | MR. HAYDEN:  Objection.  Speculation. |
| 04:06:56 | 8 | THE WITNESS:  I don't know what you are |
| 04:06:56 | 9 | talking about. |
| 04:06:57 | 10 | BY MS. HAYRAPETIAN: |
| 04:06:58 | 11 | Q    And you acknowledge that paying for people's |
| 04:06:59 | 12 | bails might be another good look; right? |
| 04:07:04 | 13 | A    Paying for people's bails?  Unite the People |
| 04:07:07 | 14 | don't pay for nobody's bails. |
| 04:07:09 | 15 | Q    Quote, "might be another good look." |
| 04:07:11 | 16 | What were you talking about there? |
| 04:07:13 | 17 | A    I don't remember, but I know Unite the People |
| 04:07:15 | 18 | don't bail nobody. |
| 04:07:17 | 19 | Bail bonds offices do bails, not law firms. |
| 04:07:19 | 20 | You guys do bails? |
| 04:07:21 | 21 | Q    And you guys pay the bail bond officers? |
| 04:07:24 | 22 | A    What bail bonds?  Unite the People don't do no |
| 04:07:26 | 23 | bail bonds. |
| 04:07:28 | 24 | Q    So what is the bailout you and Tory are |
| 04:07:30 | 25 | talking about here? |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 04:07:31 | 1 | A    I don't remember. |
| 04:07:34 | 2 | Q    You are advising Tory as to his public |
| 04:07:37 | 3 | relations and image, right, in this conversation? |
| 04:07:39 | 4 | MR. HAYDEN:  Objection.  Speculation. |
| 04:07:41 | 5 | THE WITNESS:  I don't remember. |
| 04:07:44 | 6 | BY MS. HAYRAPETIAN: |
| 04:07:45 | 7 | Q    And you claim that you should, quote, "make it |
| 04:07:46 | 8 | bigger this time" with Tory donating $100,000? |
| 04:07:53 | 9 | A    I don't know. |
| 04:07:54 | 10 | Q    So let's -- let's read back your words that we |
| 04:07:57 | 11 | just heard.  "Yeah, could do that.  But I tell you what |
| 04:08:00 | 12 | we do.  We make it bigger this time.  Tory Lanez donated |
| 04:08:05 | 13 | 100,000, and he still 30.  You know what I mean?" |
| 04:08:09 | 14 | What did you mean? |
| 04:08:11 | 15 | A    I don't remember. |
| 04:08:12 | 16 | Q    So Tory was planning to donate $100,000 to |
| 04:08:22 | 17 | UTP; correct? |
| 04:08:23 | 18 | MR. HAYDEN:  Objection.  Speculation. |
| 04:08:27 | 19 | THE WITNESS:  I don't remember. |
| 04:08:28 | 20 | BY MS. HAYRAPETIAN: |
| 04:08:28 | 21 | Q    Correct? |
| 04:08:29 | 22 | A    I don't remember. |
| 04:08:29 | 23 | Q    Did Tory donate $100,000 to UTP? |
| 04:08:36 | 24 | A    I don't remember what he donated. |
| 04:08:38 | 25 | Q    Then you tell Tory, "Oh, damn it, but, uh, |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:08:43 | 1 | yeah.  We could do some shit.  Like I really want to |
| 04:08:47 | 2 | holler at you about this Milagro shit and my ideas and |
| 04:08:51 | 3 | see what you think 'cause I got to get to onto the -- |
| 04:08:57 | 4 | indiscernible." |
| 04:08:58 | 5 | What were you talking about? |
| 04:09:00 | 6 | A    It was indiscernible to me too.  I don't know. |
| 04:09:06 | 7 | Q    Well, only one word was indiscernible.  The |
| 04:09:09 | 8 | rest are fine; so -- |
| 04:09:10 | 9 | A    Oh.  Was it?  I don't know. |
| 04:09:11 | 10 | Q    What were you talking about?  What ideas did |
| 04:09:13 | 11 | you have regarding Milagro's shit? |
| 04:09:16 | 12 | MS. DIXON:  Objection.  Calls for a legal |
| 04:09:17 | 13 | strategy.  Calls for a attorney-client privilege and |
| 04:09:21 | 14 | work product. |
| 04:09:24 | 15 | THE WITNESS:  I don't know. |
| 04:09:29 | 16 | BY MS. HAYRAPETIAN: |
| 04:09:29 | 17 | Q    What -- what ideas did you have about |
| 04:09:31 | 18 | Milagro's case? |
| 04:09:32 | 19 | MR. HAYDEN:  Objection.  Asked and answered. |
| 04:09:36 | 20 | THE WITNESS:  I don't know. |
| 04:09:36 | 21 | BY MS. HAYRAPETIAN: |
| 04:09:36 | 22 | Q    You don't know, or you don't remember? |
| 04:09:42 | 23 | A    I don't know if I remember. |
| 04:09:46 | 24 | Q    That's a good -- that's a new one? |
| 04:09:47 | 25 | A    Is it? |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:09:48 | 1 | Q    Yeah.  That's a new one. |
| 04:09:51 | 2 | You're telling Tory about your interactions |
| 04:09:55 | 3 | with Ms. Cooper; right? |
| 04:09:58 | 4 | A    I don't remember. |
| 04:10:00 | 5 | Q    Why are you reporting back to Tory if it's not |
| 04:10:02 | 6 | to tell your favorite client about another client -- |
| 04:10:07 | 7 | MR. HAYDEN:  Objection.  Speculation. |
| 04:10:09 | 8 | BY MS. HAYRAPETIAN: |
| 04:10:09 | 9 | Q    -- whose litigation he's sponsoring and |
| 04:10:10 | 10 | funding? |
| 04:10:13 | 11 | MR. HAYDEN:  Objection.  Speculation. |
| 04:10:15 | 12 | THE WITNESS:  I don't remember. |
| 04:10:16 | 13 | I could have swore I said my favorite client |
| 04:10:18 | 14 | was Allan McIntosh, but I'm sure you guys already have |
| 04:10:21 | 15 | it. |
| 04:10:21 | 16 | BY MS. HAYRAPETIAN: |
| 04:10:23 | 17 | Q    No.  You said that was the most high-profile |
| 04:10:25 | 18 | client. |
| 04:10:26 | 19 | A    No. |
| 04:10:26 | 20 | Q    You -- you actually have never told me who |
| 04:10:27 | 21 | your favorite client is? |
| 04:10:29 | 22 | A    Then why did you just say he was my favorite? |
| 04:10:31 | 23 | You are making it up? |
| 04:10:32 | 24 | Q    I'm assuming. |
| 04:10:33 | 25 | A    Oh, you shouldn't assume.  It makes -- |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:10:35 | 1 | Q    I mean tell me who is your favorite client? |
| 04:10:38 | 2 | MR. HAYDEN:  Objection.  Asked and answered. |
| 04:10:39 | 3 | THE WITNESS:  I don't remember. |
| 04:10:40 | 4 | BY MS. HAYRAPETIAN: |
| 04:10:41 | 5 | Q    You don't remember? |
| 04:10:43 | 6 | A    Huh-uh. |
| 04:10:43 | 7 | Q    So it is Tory? |
| 04:10:44 | 8 | MR. HAYDEN:  Objection.  Speculation. |
| 04:10:45 | 9 | Assuming facts not in evidence. |
| 04:10:47 | 10 | BY MS. HAYRAPETIAN: |
| 04:10:47 | 11 | Q    I mean, you only talked to him at least twice |
| 04:10:49 | 12 | a week. |
| 04:10:50 | 13 | A    Who? |
| 04:10:50 | 14 | MR. HAYDEN:  Objection.  Argumentative. |
| 04:10:51 | 15 | BY MS. HAYRAPETIAN: |
| 04:10:52 | 16 | Q    Tory.  On a recorded line. |
| 04:10:53 | 17 | A    I don't remember. |
| 04:10:54 | 18 | Q    How often do you talk to Tory not on a |
| 04:10:56 | 19 | recorded line? |
| 04:10:57 | 20 | A    Tory who? |
| 04:10:59 | 21 | Q    Tory Lanez, Daystar Peterson. |
| 04:11:01 | 22 | A    Oh, that rapper guy. |
| 04:11:02 | 23 | Q    Yep. |
| 04:11:03 | 24 | A    I think he is a singer.  He can sing. |
| 04:11:07 | 25 | I don't know.  I don't remember talking to |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:11:08 | 1 | him.  I told you I was deaf until I met you. |
| 04:11:14 | 2 | Q    Okay.  You've been coordinating with both Tory |
| 04:11:20 | 3 | and Ms. Cooper, asking them for their thoughts or new |
| 04:11:23 | 4 | ideas to improve Tory's public image and get him out of |
| 04:11:26 | 5 | prison; right? |
| 04:11:27 | 6 | MR. HAYDEN:  Objection.  Speculation. |
| 04:11:29 | 7 | THE WITNESS:  I don't even know what you just |
| 04:11:30 | 8 | said.  I was talking to who about what? |
| 04:11:33 | 9 | BY MS. HAYRAPETIAN: |
| 04:11:34 | 10 | Q    You've been coordinating with both Tory and |
| 04:11:36 | 11 | Ms. Cooper regarding Ms. Cooper's case; correct? |
| 04:11:41 | 12 | A    I don't know what you are talking about. |
| 04:11:44 | 13 | Q    Okay.  UTP issued a press release about Tory's |
| 04:11:54 | 14 | deposition in this litigation. |
| 04:11:58 | 15 | MS. HAYRAPETIAN:  And I'm marking as |
| 04:11:59 | 16 | Exhibit 101. |
| 04:12:27 | 17 | (Exhibit 100 was marked for identification.) |
| 04:12:28 | 18 | BY MS. HAYRAPETIAN: |
| 04:12:28 | 19 | Q    I just handed you that paper. |
| 04:12:30 | 20 | A    Thank you.  I appreciate it. |
| 04:12:32 | 21 | Q    Okay.  So this exhibit is an Instagram post, |
| 04:12:39 | 22 | and it's a joint posting of yours, Ceasar McDowell, |
| 04:12:44 | 23 | Instagram account and Unite the People Instagram |
| 04:12:46 | 24 | account, which as you know, running dual accounts, you |
| 04:12:50 | 25 | have to approve through both accounts to get it posted |

04:12:53  1   on two separate accounts --

04:12:55  2        A    Do you?

04:12:55  3        Q    -- that's one post.  Yes.

04:12:56  4        A    I didn't know.

04:12:57  5        Q    Okay.  So -- so this joint posting includes a

04:13:04  6   screenshot of a press release which is titled, "Unite

04:13:10  7   the People Inc. CEO Ceasar McDowell Sets The Record

04:13:14  8   Straight On The Deposition, In RE Tory Lanez."

04:13:18  9            [As read] Lately, I haven't been responding to

04:13:21  10  all the rhetoric in the media.  And then you go on,

04:13:25  11  Megan Thee Stallion's lawyers continue to try to and

04:13:29  12  give the appearance their case against Milagro Cooper is

04:13:32  13  successfully progressing by giving their, quote,

04:13:35  14  supposed mouthpiece Meghann Cuniff and all other persons

04:13:39  15  media or non-media wrong information.

04:13:42  16            And then you go on to explain that Tory Lanez

04:13:44  17  is not a party to Megan Thee Stallion's lawsuit against

04:13:47  18  UTP client Milagro Cooper, and, therefore, you UTP is

04:13:50  19  not obligated to produce Tory Lanez for a deposition,

04:13:53  20  nor did UTP agree or disagree to the deposition of

04:13:57  21  Mr. Lanez or any other potential witness.  By law,

04:14:01  22  Megan's lawyers can depose any person they believe

04:14:04  23  possesses useful information to their case.  To imply

04:14:07  24  UTP is going along with Megan's wishes or somehow is

04:14:11  25  being manipulated into going along is simply wrong, as

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

04:14:14   1    everything else Ms. Cuniff and others have said.

04:14:17   2    Despite her efforts to show she's the most useful of

04:14:20   3    ignorant tools to Megan's counsel, she is repeatedly

04:14:24   4    wrong about what is really happening in this case.

04:14:26   5             Lastly, if you know Tory Lanez how I do, good

04:14:30   6    luck trying to get him to testify to anything.  It's

04:14:34   7    just not what he does, and he definitely did not agree

04:14:37   8    to testify now.  Ceasar McDowell, CEO, Unite the People

04:14:42   9    Inc.

04:14:45   10             Do you recall that?

04:14:47   11       A    I see it on the paper, you are talking about?

04:14:49   12       Q    Uh-huh.

04:14:50   13       A    I see it on the paper.

04:14:51   14       Q    Yep.  And the -- the caption says, "From

04:14:54   15    Ceasar McDowell, Regarding Tory Lanez' Deposition

04:14:56   16    Rumors."

04:14:57   17             That's a statement you wrote; right?

04:15:01   18       A    The caption said what?

04:15:02   19       Q    From Ceasar McDowell, regarding Tory Lanez'

04:15:05   20    deposition rumors.

04:15:09   21       A    I don't see that.

04:15:11   22       Q    Okay.  Look at mid-lower page.

04:15:18   23       A    Are you talking about right here?

04:15:20   24       Q    No.  A little lower.

04:15:21   25             Right there.  The one sentence.  Here.

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:15:27 | 1 | A   It says, "@ceasarmcdowell," not from |
| 04:15:31 | 2 | Ceasar McDowell. |
| 04:15:32 | 3 | Q   No.  It says, "From @ceasarmcdowell regarding |
| 04:15:33 | 4 | hashtag" -- |
| 04:15:35 | 5 | A   Yeah, yeah.  It does say, "From @ceasar," but |
| 04:15:36 | 6 | I didn't see that.  Excuse me. |
| 04:15:37 | 7 | Q   Okay. |
| 04:15:37 | 8 | A   I'm not on social media.  I'm a regular guy. |
| 04:15:40 | 9 | Q   Okay.  But this is a statement you wrote? |
| 04:15:44 | 10 | A   I don't know who wrote it. |
| 04:15:45 | 11 | Q   Okay.  Well, it has your name on it; so you |
| 04:15:47 | 12 | approved it; right? |
| 04:15:48 | 13 | A   I don't know. |
| 04:15:48 | 14 | Q   You don't know if you approved a really bold |
| 04:15:51 | 15 | statement posted both from your Instagram account and |
| 04:15:55 | 16 | Unite the People, has your name up top in the |
| 04:15:57 | 17 | screenshot, has your name on the bottom. |
| 04:15:59 | 18 | Oh, wow.  And, look, it has your verified |
| 04:16:03 | 19 | Instagram account commenting on the same post. |
| 04:16:05 | 20 | A   Does it? |
| 04:16:06 | 21 | Q   Is that you? |
| 04:16:07 | 22 | MR. HAYDEN:  Objection.  Argumentative. |
| 04:16:08 | 23 | THE WITNESS:  Well, I don't know -- just |
| 04:16:10 | 24 | 'cause you raised your voice, don't making it true. |
| 04:16:12 | 25 | I've learned that. |

| | | |
|---|---|---|
| 04:16:13 | 1 | BY MS. HAYRAPETIAN: |
| 04:16:13 | 2 | Q    Actually, I don't think I raised my voice. |
| 04:16:15 | 3 | A    I do.  But I'm just saying my opinion.  My |
| 04:16:16 | 4 | opinion and your opinion might be different. |
| 04:16:18 | 5 | But I don't -- I see where it says, |
| 04:16:19 | 6 | "Ceasar McDowell."  I see where it says, |
| 04:16:22 | 7 | "Meghann Cuniff."  I see where it says, "Tory's |
| 04:16:25 | 8 | lawyers."  So what? |
| 04:16:26 | 9 | Q    Okay.  This is a statement you made; correct? |
| 04:16:30 | 10 | A    I don't recall. |
| 04:16:30 | 11 | Q    Okay.  It's a statement you signed off on; |
| 04:16:32 | 12 | right? |
| 04:16:33 | 13 | A    I don't recall. |
| 04:16:33 | 14 | Q    Actually, seems kind of ironic because you are |
| 04:16:37 | 15 | kind of doing the same thing today; right? |
| 04:16:39 | 16 | A    What is that? |
| 04:16:40 | 17 | Q    Your "Good luck trying to get him to testify |
| 04:16:42 | 18 | to anything." |
| 04:16:43 | 19 | MR. HAYDEN:  Objection.  Speculation. |
| 04:16:44 | 20 | BY MS. HAYRAPETIAN: |
| 04:16:45 | 21 | Q    You've stated numerous times today that you |
| 04:16:47 | 22 | are not going to tell me anything. |
| 04:16:50 | 23 | A    I don't know nothing to tell you.  I don't |
| 04:16:51 | 24 | recall. |
| 04:16:52 | 25 | Q    Why is UTP making public statements about |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 04:17:02 | 1 | Tory's deposition in Ms. Cooper's case? |
| 04:17:05 | 2 | A    I don't recall. |
| 04:17:06 | 3 | Q    Did Tory ask you to issue this press release? |
| 04:17:10 | 4 | MR. HAYDEN:  Objection.  Speculation.  Lacks |
| 04:17:11 | 5 | foundation. |
| 04:17:14 | 6 | THE WITNESS:  I don't recall. |
| 04:17:14 | 7 | BY MS. HAYRAPETIAN: |
| 04:17:15 | 8 | Q    Tory told you ahead of time he wasn't going to |
| 04:17:17 | 9 | cooperate with his deposition, didn't he? |
| 04:17:19 | 10 | MR. HAYDEN:  Objection.  Speculation.  Lacks |
| 04:17:20 | 11 | foundation. |
| 04:17:21 | 12 | THE WITNESS:  I don't recall. |
| 04:17:21 | 13 | BY MS. HAYRAPETIAN: |
| 04:17:22 | 14 | Q    You knew Tory was planning to refuse to answer |
| 04:17:25 | 15 | questions; correct? |
| 04:17:25 | 16 | MR. HAYDEN:  Same objections. |
| 04:17:27 | 17 | THE WITNESS:  I don't recall. |
| 04:17:27 | 18 | BY MS. HAYRAPETIAN: |
| 04:17:28 | 19 | Q    But you didn't warn Ms. Pete's lawyers, did |
| 04:17:30 | 20 | you? |
| 04:17:31 | 21 | MR. HAYDEN:  Same objections. |
| 04:17:32 | 22 | THE WITNESS:  I don't recall. |
| 04:17:33 | 23 | Who is Ms. Pete? |
| 04:17:34 | 24 | BY MS. HAYRAPETIAN: |
| 04:17:35 | 25 | Q    Instead you issued a press -- |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:17:38 | 1 | A    Who is Ms. Pete?  I asked a question.  You are |
| 04:17:39 | 2 | not going to tell me.  Okay.  Go ahead. |
| 04:17:42 | 3 | Q    Sir. |
| 04:17:42 | 4 | A    I don't know who Ms. Pete is. |
| 04:17:43 | 5 | Q    You are being disruptive because that's the |
| 04:17:45 | 6 | eighth time you asked me who Ms. Pete is.  And you know |
| 04:17:48 | 7 | well, that both in the admonitions in my -- the |
| 04:17:51 | 8 | beginning of my deposition and throughout the |
| 04:17:53 | 9 | deposition, we have repeatedly answered and clarified |
| 04:17:55 | 10 | who Ms. Pete is -- Megan Pete, Megan Thee Stallion. |
| 04:17:59 | 11 | A    I forgot.  I'm sorry. |
| 04:18:00 | 12 | Q    Instead, you issued a press release supporting |
| 04:18:05 | 13 | Tory's non-cooperation; correct? |
| 04:18:08 | 14 | A    I don't recall. |
| 04:18:10 | 15 | Q    UTP doesn't normally issue press releases |
| 04:18:16 | 16 | about depositions, do they? |
| 04:18:18 | 17 | A    I don't know. |
| 04:18:19 | 18 | Q    You made an exception for Tory, didn't you? |
| 04:18:25 | 19 | A    I don't know. |
| 04:18:26 | 20 | MR. HAYDEN:  Objection.  Speculation. |
| 04:18:26 | 21 | BY MS. HAYRAPETIAN: |
| 04:18:27 | 22 | Q    This shows Tory uses UTP to shape public |
| 04:18:29 | 23 | opinion, doesn't it? |
| 04:18:30 | 24 | MR. HAYDEN:  Objection.  Speculation. |
| 04:18:32 | 25 | THE WITNESS:  No.  I don't know nothing about |

```
04:18:33  1    that.

04:18:34  2    BY MS. HAYRAPETIAN:

04:18:34  3        Q    What information did you communicate to

04:18:38  4    Ms. Cooper about Tory's deposition?

04:18:40  5        A    That's -- that's the question?

04:18:47  6        Q    Sure.

04:18:50  7        A    What was it again?  Say it again.

04:18:52  8        Q    What information did you communicate to

04:18:54  9    Ms. Cooper about Tory's deposition?

04:18:56 10        A    Can you read that back to me?

04:19:01 11            MS. HAYRAPETIAN:  Go ahead.  I don't think he

04:19:02 12    likes my voice anymore.

04:19:03 13            (The following record was read:

04:19:03 14            "QUESTION:  What information did you

04:19:03 15            communicate to Ms. Cooper about Tory's

04:19:03 16            deposition?")

04:19:12 17            THE WITNESS:  I don't recall ever

04:19:13 18    communicating anything to Ms. Cooper about anything.

04:19:15 19    BY MS. HAYRAPETIAN:

04:19:16 20        Q    Okay.

04:19:19 21            MS. HAYRAPETIAN:  Okay.  Let's mark as

04:19:20 22    Exhibit 102, and if we can please pull up Tab 19 A-2,

04:19:26 23    which will be Exhibit 101 -- sorry -- 102-A, and the

04:19:31 24    transcript will be 102-B.

04:20:05 25            STENO TECH:  Play the exhibit, Counsel?
```

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:20:06 | 1 | MS. HAYRAPETIAN:  Yes.  We can play, please. |
| 04:20:09 | 2 | (Exhibit 102-A was marked for identification.) |
| 04:20:09 | 3 | (Exhibit 102-B was marked for identification.) |
| 04:20:09 | 4 | (A video clip was played.) |
| 04:21:25 | 5 | BY MS. HAYRAPETIAN: |
| 04:21:27 | 6 | Q    This is from Ms. Cooper's live stream on |
| 04:21:30 | 7 | April 15, 2025, right after Tory's deposition had been |
| 04:21:34 | 8 | terminated for his misconduct.  Ms. Cooper is referring |
| 04:21:37 | 9 | to the press release you put out there before Tory's |
| 04:21:40 | 10 | deposition that Tory would not cooperate with his |
| 04:21:43 | 11 | deposition; correct? |
| 04:21:45 | 12 | A    I don't recall. |
| 04:21:46 | 13 | Q    You spoke to Tory before his deposition; |
| 04:21:49 | 14 | correct? |
| 04:21:51 | 15 | A    I don't recall speaking to him ever. |
| 04:21:53 | 16 | Q    You told Tory not to cooperate; correct? |
| 04:21:55 | 17 | MR. HAYDEN:  Objection.  Speculation.  Lacks |
| 04:21:56 | 18 | foundation. |
| 04:21:58 | 19 | THE WITNESS:  I ain't never tell nobody |
| 04:22:00 | 20 | nothing. |
| 04:22:00 | 21 | Who is Mrs. Henderson?  You don't know?  You |
| 04:22:11 | 22 | don't remember? |
| 04:22:11 | 23 | BY MS. HAYRAPETIAN: |
| 04:22:13 | 24 | Q    Mrs. Henderson is another attorney at our |
| 04:22:15 | 25 | firm. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:22:16 | 1 | A    Okay.  Thank you. |
| 04:22:20 | 2 | MS. HAYRAPETIAN:  Let's mark as Exhibit 103, |
| 04:22:23 | 3 | Tab 19 A-1, and the transcript will be B. |
| 04:22:46 | 4 | And if we can play 19 A-1 whenever you are ready. |
| 04:22:50 | 5 | (Exhibit 103-A was marked for identification.) |
| 04:22:50 | 6 | (Exhibit 103-B was marked for identification.) |
| 04:22:51 | 7 | (A video clip was played.) |
| 04:23:32 | 8 | BY MS. HAYRAPETIAN: |
| 04:23:33 | 9 | Q    So we just heard Ms. Cooper's continuation of |
| 04:23:40 | 10 | the live, and she's asserting that people are jealous of |
| 04:23:45 | 11 | her because of her proximity and close relationship with |
| 04:23:48 | 12 | Tory; right? |
| 04:23:50 | 13 | MR. HAYDEN:  Objection.  Speculation.  Lacks |
| 04:23:51 | 14 | foundation. |
| 04:23:54 | 15 | THE WITNESS:  I don't know what she's saying. |
| 04:23:55 | 16 | I don't -- you'd have to ask her.  I don't know. |
| 04:23:58 | 17 | BY MS. HAYRAPETIAN: |
| 04:23:59 | 18 | Q    Well, we just listened together. |
| 04:24:00 | 19 | A    That means you know. |
| 04:24:01 | 20 | Q    "Some people who have some feelings about my |
| 04:24:03 | 21 | proximity to Daystar." |
| 04:24:07 | 22 | A    And? |
| 04:24:08 | 23 | Q    You understand Ms. Cooper to be asserting that |
| 04:24:11 | 24 | people are also jealous about her special relationship |
| 04:24:13 | 25 | with Tory; right? |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:24:15 | 1 | A    I don't know. |
| 04:24:19 | 2 | Q    And Tory's dad where she says, "Tory daddy |
| 04:24:23 | 3 | love me.  I think," quote -- "I think people feel a way |
| 04:24:27 | 4 | about the fact that Tory daddy loves me," unquote. |
| 04:24:33 | 5 | MR. HAYDEN:  Same objections. |
| 04:24:33 | 6 | BY MS. HAYRAPETIAN: |
| 04:24:34 | 7 | Q    Did you hear that? |
| 04:24:35 | 8 | A    I see it on the paper.  I don't know what it |
| 04:24:38 | 9 | means. |
| 04:24:38 | 10 | What does it mean? |
| 04:24:40 | 11 | Q    Did you supply Ms. Cooper with any information |
| 04:24:43 | 12 | concerning Tory's conduct at his deposition? |
| 04:24:46 | 13 | MR. HAYDEN:  Objection.  Speculation.  Lacks |
| 04:24:47 | 14 | foundation. |
| 04:24:48 | 15 | THE WITNESS:  I don't know nothing about that. |
| 04:24:49 | 16 | BY MS. HAYRAPETIAN: |
| 04:24:50 | 17 | Q    So despite Ms. Cooper publicly declaring how |
| 04:24:58 | 18 | much Tory and Tory's dad love her, and the fact that she |
| 04:25:02 | 19 | suddenly also became your client after Tory is your |
| 04:25:04 | 20 | client, you are saying you don't know anything about |
| 04:25:08 | 21 | that? |
| 04:25:09 | 22 | A    Well, we have a lot of clients that became our |
| 04:25:10 | 23 | client after Tory became our client.  I know that.  But |
| 04:25:14 | 24 | I don't know anything about -- you should ask her.  You |
| 04:25:16 | 25 | said you got her name on it. |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

```
04:25:18   1        Q    So give me another example of a client you got
04:25:20   2   because of Tory?  You just said you have a lot.
04:25:26   3        A    I got a lot of clients after Tory.  I didn't
04:25:27   4   say anything about a client that I got because of Tory.
04:25:30   5        Q    Well, we're talking specifically about
04:25:33   6   Milagro Cooper --
04:25:35   7        A    Uh-huh.
04:25:35   8        Q    -- being your client --
04:25:37   9        A    Uh-huh.
04:25:37  10        Q    -- because Tory and her -- Tory's dad love her
04:25:40  11   so much.
04:25:42  12        A    Then you should specifically ask her.
04:25:45  13             MS. DIXON:  Objection.  Calls for speculation.
04:25:46  14             MR. HAYDEN:  Objection.
04:25:47  15   BY MS. HAYRAPETIAN:
04:25:48  16        Q    So even with how much Tory, your client, and
04:25:54  17   someone you talk to 97 times in a few months?
04:25:58  18        A    Who did I talk to 97 times?
04:26:00  19        Q    Tory.
04:26:00  20        A    Okay.
04:26:01  21        Q    Ms. Cooper is talking about how the person you
04:26:08  22   talked to frequently loves her so much, and you are
04:26:10  23   telling me you don't share information about each
04:26:14  24   other's cases?
04:26:16  25             MR. HAYDEN:  Objection.  Speculation.
```

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 04:26:17 | 1 | THE WITNESS:  You said that somebody that I |
| 04:26:20 | 2 | talk to frequently.  I talk to his daddy frequently. |
| 04:26:24 | 3 | BY MS. HAYRAPETIAN: |
| 04:26:25 | 4 | Q    Tory.  I'm talking about Tory. |
| 04:26:26 | 5 | A    I thought you said, "Tory daddy loves me." |
| 04:26:28 | 6 | Now you are saying that he loves her. |
| 04:26:29 | 7 | Who loves who? |
| 04:26:30 | 8 | Q    Everyone loves everyone. |
| 04:26:31 | 9 | A    Okay.  I love you too. |
| 04:26:37 | 10 | Q    Okay.  Are you telling me Tory never told you |
| 04:26:43 | 11 | to relay information to Ms. Cooper about his deposition |
| 04:26:45 | 12 | in her cases? |
| 04:26:46 | 13 | A    Tory has never told me nothing about nothing. |
| 04:26:51 | 14 | I don't remember him telling me nothing ever. |
| 04:26:55 | 15 | Q    What does that mean -- nothing about nothing? |
| 04:26:57 | 16 | A    I don't know.  I don't remember. |
| 04:26:59 | 17 | Q    Okay.  But you remember that he told you |
| 04:27:01 | 18 | nothing about nothing? |
| 04:27:02 | 19 | MR. HAYDEN:  Objection.  Vague and ambiguous. |
| 04:27:03 | 20 | Argumentative. |
| 04:27:06 | 21 | THE WITNESS:  I don't remember. |
| 04:27:06 | 22 | BY MS. HAYRAPETIAN: |
| 04:27:07 | 23 | Q    On May 14, 2025, UTP held a press conference |
| 04:27:13 | 24 | accusing Roc Nation of trying to have Tory Lanez killed |
| 04:27:16 | 25 | in prison to prevent the truth from coming out and |

| | | |
|---|---|---|
| 04:27:22 | 1 | exposing Ms. Pete as a purported perjurer. |
| 04:27:27 | 2 | Do you recall that? |
| 04:27:29 | 3 | A    Can I answer?  Can I answer that? |
| 04:27:32 | 4 | Q    Uh-huh. |
| 04:27:32 | 5 | A    Okay.  You just said a whole lot of things |
| 04:27:35 | 6 | that were wrong.  You said Unite the People held a press |
| 04:27:39 | 7 | conference that Unite the People said that Roc Nation -- |
| 04:27:44 | 8 | what did you say Roc Nation was supposed to try to kill |
| 04:27:47 | 9 | him. |
| 04:27:48 | 10 | What did you say? |
| 04:27:49 | 11 | Q    Do you disagree that Unite the People held a |
| 04:27:51 | 12 | press conference accusing Roc Nation of trying to have |
| 04:27:54 | 13 | Tory Lanez killed in prison? |
| 04:27:55 | 14 | A    I 1,000 percent know that Unite the People -- |
| 04:27:58 | 15 | none of Unite the People staff has ever said that |
| 04:28:02 | 16 | Roc Nation was trying to kill Tory Lanez in prison. |
| 04:28:06 | 17 | Q    Okay.  Let's take a look. |
| 04:28:07 | 18 | A    Let's take a look. |
| 04:28:08 | 19 | MS. DIXON:  Objection as to relevance.  It's |
| 04:28:10 | 20 | not during the time period of this lawsuit.  Your |
| 04:28:12 | 21 | lawsuit was October 24th -- or somewhere in 2024. |
| 04:28:16 | 22 | That's when it started.  This is after the pendency of |
| 04:28:20 | 23 | the lawsuit, and none of the allegations in your |
| 04:28:21 | 24 | complaint are covered by this activity. |
| 04:28:26 | 25 | MS. HAYRAPETIAN:  Okay.  Exhibit 104.  Can we |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:28:30 | 1 | please pull up Tab 52-A-1? |
| 04:28:34 | 2 | MS. DIXON:  It's not relevant.  Objection. |
| 04:28:35 | 3 | I can't even see it. |
| 04:28:45 | 4 | MS. HAYRAPETIAN:  And can we please raise the |
| 04:28:51 | 5 | volume? |
| 04:29:03 | 6 | Okay.  I think we are ready to play. |
| 04:29:04 | 7 | (Exhibit 104-A was marked for identification.) |
| 04:29:04 | 8 | (Exhibit 104-B was marked for identification.) |
| 04:29:20 | 9 | (A video clip was played.) |
| 04:29:21 | 10 | BY MS. HAYRAPETIAN: |
| 04:29:22 | 11 | Q    Okay.  This is Walter Roberts from Unite the |
| 04:29:23 | 12 | People; right? |
| 04:29:24 | 13 | A    That's him. |
| 04:29:26 | 14 | Q    Okay.  And what is his role at Unite the |
| 04:29:32 | 15 | People?  Is he a lawyer? |
| 04:29:35 | 16 | A    He is an employee. |
| 04:29:36 | 17 | Q    Employee of -- what kind of employee would you |
| 04:29:38 | 18 | classify him as? |
| 04:29:39 | 19 | A    One of the ones we pay.  He is an employee. |
| 04:29:42 | 20 | Q    Okay.  And when he introduced himself at this |
| 04:29:45 | 21 | press conference, he called himself a "legal |
| 04:29:47 | 22 | consultant." |
| 04:29:48 | 23 | What does that mean? |
| 04:29:48 | 24 | A    Oh, that -- that must mean he is a legal |
| 04:29:50 | 25 | consultant. |

CEASAR MCDOWELL                                      JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:29:51 | 1 | Q    Okay.  What does that mean? |
| 04:29:53 | 2 | A    That he consults legally. |
| 04:29:57 | 3 | Q    What is Mr. Robert's involvement in Tory's |
| 04:30:01 | 4 | criminal case? |
| 04:30:07 | 5 | A    He must be consulted legally, you just said. |
| 04:30:10 | 6 | Q    What work did Mr. Roberts do on Tory's |
| 04:30:14 | 7 | criminal case? |
| 04:30:15 | 8 | A    You'd have to ask him.  I don't know. |
| 04:30:17 | 9 | Q    As the CEO of Unite the People, you don't know |
| 04:30:20 | 10 | what work your employee did on a case? |
| 04:30:23 | 11 | A    No.  Does your employer know every work you do |
| 04:30:26 | 12 | on every case? |
| 04:30:27 | 13 | Q    What is Mr. Roberts' involvement with this |
| 04:30:30 | 14 | civil lawsuit? |
| 04:30:34 | 15 | A    I couldn't possibly know. |
| 04:30:35 | 16 | Q    He doesn't work on Ms. Cooper's case? |
| 04:30:36 | 17 | A    I couldn't possibly know. |
| 04:30:38 | 18 | Q    Okay.  Before the press conference, did you |
| 04:30:40 | 19 | know Mr. Roberts was going to accuse Roc Nation and |
| 04:30:43 | 20 | Ms. Pete of being involved in Tory's stabbing? |
| 04:30:46 | 21 | MR. HAYDEN:  Objection.  Speculation.  Lacks |
| 04:30:47 | 22 | foundation. |
| 04:30:50 | 23 | MS. HAYRAPETIAN:  Actually, guys, the |
| 04:30:51 | 24 | foundation is set.  So we're looking at a statement from |
| 04:30:54 | 25 | Walter Roberts, quote, "The only party that responded |

04:30:58   1   was last week, was Megan Pete's representatives with a

04:31:02   2   request for more information.  A few days later,

04:31:04   3   Mr. Peterson is brutally attacked in a jail cell."

04:31:07   4           MR. HAYDEN:  Okay.  Objection.  Speculation.

04:31:09   5           MS. DIXON:  Objection.  It's also outside of

04:31:10   6   the scope of your complaint.

04:31:13   7   BY MS. HAYRAPETIAN:

04:31:14   8       Q    Did you approve Mr. Robert's statement

04:31:16   9   before he made it?

04:31:18  10           MS. DIXON:  Objection.  Relevance.

04:31:20  11           THE WITNESS:  Now, you are asking a couple

04:31:21  12   different questions.  The original question that you

04:31:23  13   asked me was, did Unite the People's staff say that

04:31:28  14   Roc Nation tried to kill Tory Lanez.  And from what the

04:31:30  15   video you just showed me and the piece of paper you are

04:31:33  16   putting in front of me, nowhere on here does it say

04:31:36  17   anything about Unite the People saying Roc Nation tried

04:31:40  18   to kill Tory Lanez.

04:31:41  19   BY MS. HAYRAPETIAN:

04:31:41  20       Q    Okay.  So let's take it one by one.

04:31:43  21       A    Let's do it.

04:31:44  22       Q    What does it say.  Can you tell me what it

04:31:46  23   says?

04:31:46  24       A    "The."

04:31:47  25       Q    Okay.

| | | |
|---|---|---|
| 04:31:48 | 1 | A    "Later."  There's a word "request."  That's a |
| 04:31:51 | 2 | lot. |
| 04:31:52 | 3 | Q    No.  It says, "The only party that responded |
| 04:31:56 | 4 | was Megan Pete's representatives." |
| 04:31:57 | 5 | And what does that mean to you -- Megan Pete's |
| 04:32:00 | 6 | representatives? |
| 04:32:01 | 7 | A    It doesn't mean Roc Nation is trying to kill |
| 04:32:03 | 8 | Tory Lanez.  I don't see that nowhere.  I don't see |
| 04:32:06 | 9 | Unite the People staff saying that.  I -- I see what you |
| 04:32:08 | 10 | said right here, and what he said right there.  And not |
| 04:32:11 | 11 | at one point, did he say Roc Nation's attorneys, or |
| 04:32:15 | 12 | whoever else, tried to kill Tory Lanez in prison. |
| 04:32:20 | 13 | Q    Okay. |
| 04:32:20 | 14 | A    I don't know what you see on them three lines, |
| 04:32:22 | 15 | but I don't see that. |
| 04:32:23 | 16 | Q    Sure.  And then it says, "A few days later |
| 04:32:25 | 17 | Mr. Peterson is brutally attacked in a jail cell"; |
| 04:32:28 | 18 | so -- |
| 04:32:28 | 19 | A    I don't see it saying by Roc Nation or their |
| 04:32:30 | 20 | lawyers. |
| 04:32:30 | 21 | Q    Well, it says, "Megan Pete's representatives." |
| 04:32:33 | 22 | A    It says, "Megan Pete's representatives |
| 04:32:35 | 23 | attacked him in his jail cell"? |
| 04:32:38 | 24 | Q    It says -- it makes an inference that -- |
| 04:32:39 | 25 | A    No, it didn't. |

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:32:40 | 1 | Q    So do you disagree that these two sentences |
| 04:32:44 | 2 | stated back-to-back makes an inference that -- |
| 04:32:47 | 3 | A    100 percent. |
| 04:32:47 | 4 | Q    Okay. |
| 04:32:48 | 5 | MR. HAYDEN:  And I'm going to object to |
| 04:32:50 | 6 | speculation again. |
| 04:32:53 | 7 | MS. HAYRAPETIAN:  Marking as Exhibit 105, and |
| 04:33:00 | 8 | if we can pull 52 A-2 which will be Exhibit 104-A and |
| 04:33:05 | 9 | the transcript will be 104-B -- sorry -- 105-B. |
| 04:33:10 | 10 | And if we can also raise the volume. |
| 04:33:36 | 11 | (Exhibit 105-A was marked for identification.) |
| 04:33:36 | 12 | (Exhibit 105-B was marked for identification.) |
| 04:33:36 | 13 | (A video clip was played.) |
| 04:33:51 | 14 | STENO TECH:  I have it at max volume, Counsel, |
| 04:33:52 | 15 | but I'll see what I can do. |
| 04:34:24 | 16 | BY MS. HAYRAPETIAN: |
| 04:34:24 | 17 | Q    This is Gianno Caldwell? |
| 04:34:27 | 18 | A    Is that a question to me? |
| 04:34:29 | 19 | Q    Yeah. |
| 04:34:30 | 20 | A    Yes. |
| 04:34:30 | 21 | Q    Okay.  And how do you know Gianno Caldwell? |
| 04:34:36 | 22 | A    I think he is a Fox commentator on TV or |
| 04:34:39 | 23 | something. |
| 04:34:43 | 24 | Q    And what's his affiliation with UTP? |
| 04:34:45 | 25 | A    Nothing at all. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 04:34:45 | 1 | Q    He just came and spoke at your press |
| 04:34:47 | 2 | conference? |
| 04:34:48 | 3 | A    Yes. |
| 04:34:49 | 4 | Q    Is that because you are affiliated with the |
| 04:34:51 | 5 | Republican Party? |
| 04:34:53 | 6 | MR. HAYDEN:  Objection.  Relevance. |
| 04:34:54 | 7 | THE WITNESS:  The Republican Party?  I don't |
| 04:34:57 | 8 | know nothing about any of that. |
| 04:35:00 | 9 | BY MS. HAYRAPETIAN: |
| 04:35:00 | 10 | Q    You are not interested in politics? |
| 04:35:03 | 11 | A    Prison politics. |
| 04:35:03 | 12 | Q    What does that mean? |
| 04:35:05 | 13 | A    I don't know. |
| 04:35:07 | 14 | Q    You are not interested in global politics? |
| 04:35:11 | 15 | A    I don't remember anything about global |
| 04:35:13 | 16 | politics. |
| 04:35:13 | 17 | What type of politics are in the global? |
| 04:35:16 | 18 | Q    Political relations within the United States. |
| 04:35:18 | 19 | Is that not a topic that is of, you know, |
| 04:35:22 | 20 | primary importance to you? |
| 04:35:23 | 21 | A    I don't know.  I don't remember any topics |
| 04:35:26 | 22 | that are primary importance to me. |
| 04:35:28 | 23 | Q    Okay.  When did you first meet Mr. Caldwell? |
| 04:35:32 | 24 | A    I don't remember. |
| 04:35:37 | 25 | Q    What is Mr. Caldwell's involvement with |

CEASAR MCDOWELL
JULY 25, 2025
JOB NO. 1837675

| | | |
|---|---|---|
| 04:35:39 | 1 | Tory's criminal case? |
| 04:35:41 | 2 | A    I don't remember.  I just told you -- I don't |
| 04:35:44 | 3 | know Gianno Caldwell.  He is a Fox commentator. |
| 04:35:48 | 4 | Q    But he is speaking at your press conference? |
| 04:35:50 | 5 | MS. DIXON:  Objection.  That assumes facts not |
| 04:35:51 | 6 | in evidence. |
| 04:35:52 | 7 | THE WITNESS:  Yeah.  I don't know. |
| 04:35:52 | 8 | BY MS. HAYRAPETIAN: |
| 04:35:53 | 9 | Q    Before the press conference, did you know |
| 04:35:59 | 10 | Mr. Caldwell was going to insinuate Roc Nation, and |
| 04:36:02 | 11 | Ms. Pete, of being involved in Tory's stabbing? |
| 04:36:04 | 12 | MR. HAYDEN:  Objection.  Speculation. |
| 04:36:06 | 13 | THE WITNESS:  I don't remember nothing like |
| 04:36:07 | 14 | that. |
| 04:36:07 | 15 | BY MS. HAYRAPETIAN: |
| 04:36:08 | 16 | Q    You didn't ask him to share his view points |
| 04:36:10 | 17 | before you invited him to speak at your press |
| 04:36:12 | 18 | conference? |
| 04:36:13 | 19 | MR. HAYDEN:  Objection.  Speculation. |
| 04:36:14 | 20 | Argumentative. |
| 04:36:15 | 21 | THE WITNESS:  Who said I invited him? |
| 04:36:16 | 22 | BY MS. HAYRAPETIAN: |
| 04:36:16 | 23 | Q    How did he end up at your press conference? |
| 04:36:19 | 24 | A    I don't know.  But you just said I invited |
| 04:36:21 | 25 | him.  I told you that I don't know him. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

04:36:23  1        Q    Okay.  Well, you let him speak at your press

04:36:25  2   conference; right?

04:36:28  3        A    I don't remember who let him.  He spoke.

04:36:31  4        Q    Well, you hosted the press conference;

04:36:32  5   correct?

04:36:33  6        A    Yes.

04:36:34  7        Q    Okay.  So, as a host, you gave him a platform

04:36:38  8   to speak; right?

04:36:40  9        A    Uh-huh.  No.

04:36:41 10        Q    Okay.  So he just showed up there and spoke

04:36:43 11   without knowing what was happening that day, where it

04:36:47 12   was, what it was about?  And he started speaking, and

04:36:50 13   you allowed him to continue; is that correct?

04:36:53 14        A    I don't really remember how it happened.  I

04:36:59 15   know he spoke there, though.  You can clearly see it on

04:37:01 16   the video.  Handsome young man, spoke very clearly, but

04:37:04 17   I don't know who allowed him or anything about him.

04:37:10 18        Q    Did you approve his statements?

04:37:13 19        A    I don't even remember his statements.  I had

04:37:17 20   nothing to do with his statements.

04:37:20 21        Q    Okay.  Did you or anyone at UTP pay

04:37:21 22   Mr. Caldwell to make the statements he made during

04:37:25 23   your press conference?

04:37:26 24             MR. HAYDEN:  Objection.  Speculation.

04:37:27 25             THE WITNESS:  Not at all.

| | | |
|---|---|---|
| 04:37:31 | 1 | MS. HAYRAPETIAN:  Let's mark as Exhibit |
| 04:37:32 | 2 | Number 106, Tab 52 A-3.  And, again, the video clip will |
| 04:37:43 | 3 | be A, and B will be the transcript. |
| 04:38:43 | 4 | (Exhibit 106-A was marked for identification.) |
| 04:38:43 | 5 | (Exhibit 106-B was marked for identification.) |
| 04:38:44 | 6 | (A video clip was played.) |
| 04:38:44 | 7 | BY MS. HAYRAPETIAN: |
| 04:38:44 | 8 | Q    Who is that? |
| 04:38:46 | 9 | A    Are you asking me? |
| 04:38:47 | 10 | Q    Yeah. |
| 04:38:47 | 11 | A    Who that is? |
| 04:38:48 | 12 | Q    Yeah. |
| 04:38:48 | 13 | A    What did it say under there?  Did it say who |
| 04:38:50 | 14 | she was? |
| 04:38:51 | 15 | Q    I'm not sure. |
| 04:38:52 | 16 | A    I didn't see it.  I didn't see it. |
| 04:38:53 | 17 | Q    Do you recognize her? |
| 04:38:55 | 18 | A    That paper -- are you talking about the lady |
| 04:38:58 | 19 | in the front? |
| 04:38:59 | 20 | Q    Correct.  The one speaking in front of |
| 04:39:01 | 21 | Mr. Hayden. |
| 04:39:02 | 22 | A    I don't know who is speaking.  But the lady in |
| 04:39:03 | 23 | the front, I met her before.  I don't really know her. |
| 04:39:08 | 24 | Q    When did you meet her? |
| 04:39:10 | 25 | A    I don't remember. |

CEASAR MCDOWELL                                             JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:39:11 | 1 | Q    Okay.  So that's Diana London. |
| 04:39:14 | 2 | A    Is it? |
| 04:39:14 | 3 | Q    Does that sound familiar? |
| 04:39:15 | 4 | A    Might be. |
| 04:39:16 | 5 | MS. DIXON:  Objection.  Relevance to this |
| 04:39:17 | 6 | case, to the complaint.  It is irrelevant to any of the |
| 04:39:22 | 7 | facts in your complaint of October of 2024. |
| 04:39:25 | 8 | MS. HAYRAPETIAN:  Counsel, please stop with |
| 04:39:26 | 9 | the speaking objections.  Relevance is not an |
| 04:39:29 | 10 | appropriate objection. |
| 04:39:30 | 11 | MS. DIXON:  It actually is. |
| 04:39:32 | 12 | MS. HAYRAPETIAN:  It is not. |
| 04:39:32 | 13 | MS. DIXON:  You are assuming the scope of your |
| 04:39:33 | 14 | own -- |
| 04:39:34 | 15 | MS. HAYRAPETIAN:  And if you continue to |
| 04:39:35 | 16 | interrupt -- |
| 04:39:36 | 17 | MS. DIXON:  What are you going to do if I |
| 04:39:37 | 18 | continue? |
| 04:39:38 | 19 | MS. HAYRAPETIAN:  If you continue to interrupt |
| 04:39:40 | 20 | my questioning and other people's questioning throughout |
| 04:39:42 | 21 | this litigation, we are going to have to go to the court |
| 04:39:45 | 22 | and the magistrate and ask for an order to only allow |
| 04:39:53 | 23 | for form objections. |
| 04:39:54 | 24 | MS. DIXON:  Okay.  I'm objecting to form |
| 04:39:56 | 25 | because your question is compound, ambiguous -- |

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:39:57 | 1 | MS. HAYRAPETIAN:  Great.  Great. |
| 04:39:58 | 2 | MS. DIXON:  -- irrelevant. |
| 04:39:59 | 3 | MS. HAYRAPETIAN:  Object.  Form.  Period -- is |
| 04:40:00 | 4 | enough.  Stop interrupting my questioning and |
| 04:40:03 | 5 | continually coaching this witness.  Who is not even your |
| 04:40:07 | 6 | client, by the way. |
| 04:40:08 | 7 | MS. DIXON:  I'm not coaching the witness.  I'm |
| 04:40:09 | 8 | making objections. |
| 04:40:11 | 9 | MS. HAYRAPETIAN:  Okay.  That's not a proper |
| 04:40:12 | 10 | objection.  Please stop interrupting me. |
| 04:40:15 | 11 | MS. DIXON:  Please stop telling me what I'm |
| 04:40:17 | 12 | doing when I'm not coaching the witness, and I wouldn't. |
| 04:40:19 | 13 | BY MS. HAYRAPETIAN: |
| 04:40:20 | 14 | Q    So Diana London is speaking at the press |
| 04:40:23 | 15 | conference you are hosting; correct? |
| 04:40:25 | 16 | A    Yes. |
| 04:40:26 | 17 | Q    Okay.  And she is saying Tory was stabbed 14 |
| 04:40:33 | 18 | times, and she's pointing out that this was after |
| 04:40:36 | 19 | two years in prison without incident.  And then she |
| 04:40:39 | 20 | says, "It was just days after a major news outlet |
| 04:40:43 | 21 | reached out to Megan Pete's team, Kelsey Harris and |
| 04:40:47 | 22 | former DA, George Gascon about a story on new evidence |
| 04:40:51 | 23 | in this case." |
| 04:40:52 | 24 | And looking at your employee, Walter Roberts, |
| 04:40:57 | 25 | employee of Unite the People, legal consultant, he says, |

| | | |
|---|---|---|
| 04:40:59 | 1 | "The only party that responded was last week was Megan |
| 04:41:04 | 2 | Pete's representatives." |
| 04:41:05 | 3 | Coming back to Diana London's statement, she |
| 04:41:09 | 4 | says, "You don't have to believe in conspiracy theories |
| 04:41:11 | 5 | to see the pattern.  When evidence was about to come to |
| 04:41:16 | 6 | light, Tory was nearly killed.  So let's stop pretending |
| 04:41:20 | 7 | this is complicated." |
| 04:41:21 | 8 | You agree she is saying, as Walter Roberts |
| 04:41:31 | 9 | inferred, Megan Pete's representatives nearly killed |
| 04:41:36 | 10 | Tory after a national news outlet reached out to her |
| 04:41:41 | 11 | team; right? |
| 04:41:42 | 12 | MR. HAYDEN:  Objection.  Speculation. |
| 04:41:43 | 13 | Compound. |
| 04:41:44 | 14 | THE WITNESS:  No.  I agree that you're |
| 04:41:46 | 15 | absolutely wrong. |
| 04:41:46 | 16 | Again, Walter Roberts, who is an employee of |
| 04:41:50 | 17 | Unite the People, said nothing about Roc Nation's |
| 04:41:53 | 18 | lawyers stabbing Tory Lanez in prison.  It's two |
| 04:41:56 | 19 | sentences right there that I'm reading, ma'am.  I don't |
| 04:41:58 | 20 | see that. |
| 04:41:59 | 21 | Now, Diana London, what she said or |
| 04:42:02 | 22 | inferred -- I don't know.  You would have to ask her. |
| 04:42:05 | 23 | BY MS. HAYRAPETIAN: |
| 04:42:06 | 24 | Q    This is at a press conference you hosted, you |
| 04:42:12 | 25 | commenced, you were the opening speaker, and you have at |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 04:42:16 | 1 | least three people pointing the finger at Megan Pete, |
| 04:42:21 | 2 | and her representatives.  And any reasonable person, |
| 04:42:28 | 3 | after they watched your press conference, would assume |
| 04:42:31 | 4 | you are accusing Megan Pete and her representatives of |
| 04:42:35 | 5 | killing Tory Lanez; correct? |
| 04:42:37 | 6 | MR. HAYDEN:  Same objections. |
| 04:42:39 | 7 | THE WITNESS:  Well, I don't think Tory Lanez |
| 04:42:40 | 8 | has been killed, but you just said he was. |
| 04:42:42 | 9 | But, no, you are not correct.  Any reasonable |
| 04:42:45 | 10 | person would know that Walter Roberts was introduced, |
| 04:42:50 | 11 | like you said, as the senior consultant and I think the |
| 04:42:53 | 12 | other two people were not. |
| 04:42:54 | 13 | So, no, I don't think any reasonable person |
| 04:42:56 | 14 | would possibly think that.  I think it's a reach that |
| 04:42:59 | 15 | you are trying for. |
| 04:43:00 | 16 | BY MS. HAYRAPETIAN: |
| 04:43:00 | 17 | Q    I'm sorry.  So what does Robert -- Robert |
| 04:43:10 | 18 | being a senior consultant, and the other two people not |
| 04:43:13 | 19 | being senior consultants -- how does that translate into |
| 04:43:18 | 20 | a reasonable -- reasonable people not thinking that |
| 04:43:22 | 21 | they're accusing Megan Pete and her representatives of |
| 04:43:26 | 22 | nearly killing Tory Lanez? |
| 04:43:27 | 23 | MS. DIXON:  Objection to form. |
| 04:43:28 | 24 | MR. HAYDEN:  Objection to form.  Compound. |
| 04:43:30 | 25 | BY MS. HAYRAPETIAN: |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:43:30 | 1 | Q    What's the logic.  Explain that to me. |
| 04:43:33 | 2 | A    The logic is, again, I don't know who Robert |
| 04:43:36 | 3 | Roberts is, what you just said, but this is |
| 04:43:37 | 4 | Walter Roberts.  Walter Roberts is part of our staff. |
| 04:43:39 | 5 | Q    Right. |
| 04:43:40 | 6 | A    That's Unite the People. |
| 04:43:41 | 7 | Q    Uh-huh. |
| 04:43:42 | 8 | A    Said nothing about Roc Nation going -- |
| 04:43:46 | 9 | sneaking into prison and killing Tory Lanez or attempted |
| 04:43:49 | 10 | to kill him or whatever. |
| 04:43:50 | 11 |        Now, you are insinuating that these people |
| 04:43:53 | 12 | did; so, if these people did, you would have to ask |
| 04:43:56 | 13 | them. |
| 04:43:56 | 14 |        As far as Unite the People's staff goes, he |
| 04:43:59 | 15 | did not say that.  That's what I'm saying. |
| 04:44:02 | 16 | Q    Okay.  Well, we all just heard and read what |
| 04:44:04 | 17 | all three people said at your press conference, within |
| 04:44:08 | 18 | minutes of each other. |
| 04:44:15 | 19 |        MR. HAYDEN:  Objection.  No question asked. |
| 04:44:23 | 20 | BY MS. HAYRAPETIAN: |
| 04:44:24 | 21 | Q    What is Diana London's affiliation with UTP? |
| 04:44:34 | 22 | A    That was a question to me? |
| 04:44:35 | 23 | Q    That was a question, yeah. |
| 04:44:36 | 24 | A    I don't think there is any.  I don't know. |
| 04:44:39 | 25 | You'd have to ask her if she -- I don't know anything |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:44:43 | 1 | about her affiliations with Unite the People. |
| 04:44:45 | 2 |     Q    Okay. |
| 04:44:46 | 3 |         MS. HAYRAPETIAN:  Okay.  Let's mark as |
| 04:44:47 | 4 | Exhibit 107, and could we, please, pull up Tab 45-A. |
| 04:45:27 | 5 |         (Exhibit 107-A was marked for identification.) |
| 04:45:27 | 6 |         (Exhibit 107-B was marked for identification.) |
| 04:45:27 | 7 |         (A video clip was played.) |
| 04:46:04 | 8 | BY MS. HAYRAPETIAN: |
| 04:46:05 | 9 |     Q    So that's your client -- former client, |
| 04:46:08 | 10 | Milagro Cooper, watching your press conference on live |
| 04:46:14 | 11 | stream where she also streamed the entire press |
| 04:46:17 | 12 | conference; and immediately after, she is saying, "They |
| 04:46:22 | 13 | absolutely implicated Roc Nation in the, quote, |
| 04:46:25 | 14 | attempted murder of Daystar Peterson on national news." |
| 04:46:30 | 15 | That's what you saw.  That is exactly what you saw. |
| 04:46:33 | 16 | Your client, Ms. Cooper, reasonable person; right? |
| 04:46:37 | 17 |     A    Is that a question for me? |
| 04:46:38 | 18 |         MR. HAYDEN:  Objection.  Speculation. |
| 04:46:39 | 19 | BY MS. HAYRAPETIAN: |
| 04:46:39 | 20 |     Q    That is a question for you. |
| 04:46:40 | 21 |     A    I'm sorry.  I didn't mean to overtalk you, |
| 04:46:42 | 22 | sir. |
| 04:46:44 | 23 |         MS. DIXON:  Objection.  Relevance. |
| 04:46:46 | 24 |         THE WITNESS:  Okay.  Well, what I just |
| 04:46:48 | 25 | heard -- again, I don't know what you heard.  But when |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 04:46:52 | 1 | she says they absolutely implicated and he absolutely |
| 04:46:56 | 2 | did that, at no point did she name Walter Roberts, who |
| 04:47:00 | 3 | is the staff of Unite the People, again, saying anything |
| 04:47:04 | 4 | about Roc Nation or killing anybody or attempting to |
| 04:47:06 | 5 | kill anybody or anything like that. |
| 04:47:08 | 6 | BY MS. HAYRAPETIAN: |
| 04:47:09 | 7 | Q   Would you like me to pull the whole video so |
| 04:47:10 | 8 | we can watch everything she talks about? |
| 04:47:13 | 9 | A   I wouldn't care what you pull.  There's |
| 04:47:15 | 10 | nothing that Unite the People -- you are not going to be |
| 04:47:17 | 11 | able to dance around and stretch and say anybody on |
| 04:47:20 | 12 | Unite the People's staff said anything that Roc Nation |
| 04:47:25 | 13 | or their lawyers went into the prison and tried to stab |
| 04:47:29 | 14 | Tory Lanez or have him stabbed or whatever you want to |
| 04:47:31 | 15 | say.  That's a reach.  It was never said. |
| 04:47:35 | 16 | You can try to imply it all you want to.  It |
| 04:47:37 | 17 | was never said. |
| 04:47:41 | 18 | Q   Do you remember who introduced you to |
| 04:47:42 | 19 | Diana London? |
| 04:47:44 | 20 | A   I don't remember. |
| 04:47:45 | 21 | Q   Okay.  Diana London calls herself a "fixer." |
| 04:47:49 | 22 | Did you know that? |
| 04:47:49 | 23 | A   I don't know anything about that. |
| 04:47:51 | 24 | Q   You hired Diana London to fix Tory's |
| 04:47:53 | 25 | situation; right? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 04:47:55 | 1 | MR. HAYDEN:  Objection.  Speculation. |
| 04:47:57 | 2 | THE WITNESS:  Not at all. |
| 04:47:58 | 3 | MS. DIXON:  Objection.  Irrelevant to your |
| 04:47:59 | 4 | complaint. |
| 04:48:00 | 5 | BY MS. HAYRAPETIAN: |
| 04:48:00 | 6 | Q    This was around the time that UTP decided they |
| 04:48:03 | 7 | no longer wanted to represent Ms. Cooper as a client; |
| 04:48:05 | 8 | correct? |
| 04:48:07 | 9 | A    I just said not at all; so how could you say |
| 04:48:10 | 10 | that?  I just said, "No." |
| 04:48:12 | 11 | Q    You found a new fixer to replace Ms. Cooper; |
| 04:48:15 | 12 | right? |
| 04:48:15 | 13 | MR. HAYDEN:  Objection.  Speculation. |
| 04:48:17 | 14 | Argumentative.  Lacks foundation. |
| 04:48:19 | 15 | THE WITNESS:  I found a new fixer to fix |
| 04:48:21 | 16 | Cooper? |
| 04:48:21 | 17 | BY MS. HAYRAPETIAN: |
| 04:48:22 | 18 | Q    You found a new fixer to replace Ms. Cooper. |
| 04:48:27 | 19 | A    Uh-huh.  I found a new fixer -- that don't |
| 04:48:30 | 20 | even make sense.  That don't -- I found a new fixer to |
| 04:48:33 | 21 | fix Cooper -- to replace Cooper. |
| 04:48:36 | 22 | Cooper was my fixer? |
| 04:48:39 | 23 | Q    That's right. |
| 04:48:39 | 24 | A    Is that what you are saying? |
| 04:48:41 | 25 | Q    Right. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
04:48:41   1              MR. HAYDEN:  Objection has been noted.

04:48:43   2              THE WITNESS:  That's hilarious.

04:48:44   3   BY MS. HAYRAPETIAN:

04:48:45   4        Q    Do you disagree?

04:48:47   5        A    100 percent.

04:48:48   6        Q    Okay.  How did you connect with the MAGA

04:48:53   7   figures Diana London and Congresswoman Luna?

04:48:59   8        A    Who?

04:49:00   9        Q    Congresswoman Luna, Anna Paulina Luna?

04:49:04  10        A    Who is that?  You said that I connected with

04:49:05  11   them?

04:49:06  12        Q    You don't know who that is?

04:49:07  13        A    Have you ever seen me talk to that -- who is

04:49:09  14   that?  Luna?  Congresswoman Luna?

04:49:11  15        Q    Congresswoman --

04:49:12  16        A    You are saying that I talked to her?

04:49:13  17        Q    I'm saying, how did you get connected to

04:49:16  18   Diana London?

04:49:18  19        A    Who said I was connected?  I'm trying to

04:49:18  20   figure out how I was connected.  I don't know them.

04:49:18  21        Q    Are you denying knowing?

04:49:20  22        A    I 100 percent don't know her.

04:49:22  23              MS. DIXON:  Objection.  Relevance to this

04:49:23  24   complaint.

04:49:24  25   BY MS. HAYRAPETIAN:
```

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

```
04:49:24  1        Q    Did you promise political support in exchange
04:49:26  2    for the Republican Party's help with Tory?
04:49:29  3              MR. HAYDEN:  Objection.  Speculation.  Lacks
04:49:30  4    foundation.
04:49:31  5              THE WITNESS:  Did I promise political -- not
04:49:33  6    at all.  To who?  Who would I promise it to?
04:49:36  7    BY MS. HAYRAPETIAN:
04:49:37  8        Q    Who are you been requesting to pardon Tory?
04:49:41  9              MS. DIXON:  Objection.
04:49:42 10              THE WITNESS:  I haven't.
04:49:43 11              MS. DIXON:  Irrelevant to this complaint.
04:49:44 12    BY MS. HAYRAPETIAN:
04:49:44 13        Q    Did you pay Diana London to make these
04:49:47 14    statements?
04:49:48 15              MR. HAYDEN:  Objection.  Speculation.
04:49:49 16              THE WITNESS:  Not at all.
04:49:50 17    BY MS. HAYRAPETIAN:
04:49:50 18        Q    Did anyone at UTP pay Diana London to make
04:49:54 19    these statements?
04:49:56 20        A    Not at all.
04:49:59 21        Q    Did UTP have anything to do with the stabbing
04:50:18 22    of Tory Lanez?
04:50:20 23              MR. HAYDEN:  Objection.  Asked and answered.
04:50:21 24              THE WITNESS:  Did you?  Don't ask me nothing
04:50:25 25    dumb like that because I will respond dumb, "Did you."
```

```
04:50:27  1    BY MS. HAYRAPETIAN:
04:50:27  2        Q    So are you accusing Megan Pete and her
04:50:29  3    representatives --
04:50:31  4        A    I don't know.
04:50:31  5             MR. HAYDEN:  Objection.  Speculation.
04:50:32  6             MS. HAYRAPETIAN:  -- of being involved?  Is
04:50:33  7    that what I just heard?
04:50:35  8        A    You just heard is it you.  Why are you asking
04:50:36  9    me did I stab Tory Lanez?  What is wrong with you?  Did
04:50:38 10    you stab Tory Lanez?  That's what I heard.
04:50:40 11        Q    That's not what I asked.  That's not what I
04:50:41 12    asked.
04:50:41 13        A    What did you say?  Well, maybe I heard it
04:50:43 14    wrong.  I apologize if I'm wrong.
04:50:45 15             MS. HAYRAPETIAN:  I'm sure Ms. Court Reporter
04:50:47 16    could read back the transcript.
04:50:59 17             THE COURT REPORTER:  What did you want me to
04:51:00 18    read?
04:51:00 19             MS. HAYRAPETIAN:  My last question.
04:51:00 20             (The following record was read:
04:51:00 21             "QUESTION:  Did UTP have anything to do
04:51:00 22             with the stabbing of Tory Lanez?")
04:51:00 23             THE WITNESS:  And my reply to that was, "Did
04:51:02 24    you."
04:51:03 25             Why you asking me something stupid like that?
```

```
04:51:05   1              If we don't get defensive, we won't get

04:51:14   2      offensive.  But come on now.  Now, you getting

04:51:17   3      disrespectful.  I'll get up and walk on out of here.

04:51:25   4              MR. HAYDEN:  I would object to Fifth

04:51:26   5      Amendment --

04:51:27   6              THE WITNESS:  Matter fact, I'm about to go

04:51:28   7      outside and smoke.  You don't have a question right now.

04:51:31   8              MR. HAYDEN:  No need.

04:51:36   9              MS. HAYRAPETIAN:  I will take that --

04:51:38  10              THE WITNESS:  You are going to ask me, did I

04:51:40  11      have something to do with stabbing?  What's wrong with

04:51:42  12      you?  You are sick.

04:51:43  13              MS. HAYRAPETIAN:  I will take --

04:51:43  14              THE WITNESS:  You are -- you are sick in your

04:51:44  15      head.

04:51:45  16              MS. HAYRAPETIAN:  I will take --

04:51:45  17              THE WITNESS:  You really need to get it

04:51:46  18      together.

04:51:46  19              MS. HAYRAPETIAN:  I will take --

04:51:46  20              THE WITNESS:  You asked me something offensive

04:51:49  21      like that.  Did you have something to do with them

04:51:51  22      stabbing him?  What's wrong with you?  Somebody got

04:51:52  23      stabbed.  If that was your friend or your family, would

04:51:55  24      you be asking that dumbass question?

04:51:58  25              MR. HAYDEN:  Ceasar, you got to settle down,
```

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 04:51:59 | 1 | buddy.  Come on. |
| 04:52:00 | 2 | MS. HAYRAPETIAN:  Let's -- |
| 04:52:03 | 3 | MS. DIXON:  I think it's discovery abuse |
| 04:52:04 | 4 | because it's not in your complaint. |
| 04:52:06 | 5 | THE COURT REPORTER:  We're on the record. |
| 04:52:07 | 6 | MS. HAYRAPETIAN:  Let's go off the record. |
| 04:52:09 | 7 | THE VIDEOGRAPHER:  The time is 4:52 PM |
| 04:52:11 | 8 | Pacific time.  We are now off the record. |
| 04:52:15 | 9 | (Recess was taken.) |
| 05:13:14 | 10 | THE VIDEOGRAPHER:  The time is 5:13 PM |
| 05:13:33 | 11 | Pacific time.  We are back on the record. |
| 05:13:34 | 12 | BY MS. HAYRAPETIAN: |
| 05:13:35 | 13 | Q    Okay.  We just took a quick break. |
| 05:13:42 | 14 | Mr. McDowell, have you had a time to calm |
| 05:13:46 | 15 | down and compose yourself? |
| 05:13:48 | 16 | Okay.  No answer. |
| 05:13:54 | 17 | MS. HAYRAPETIAN:  And I will just reflect for |
| 05:13:58 | 18 | the record, because I'm not sure if it picked it up, but |
| 05:14:05 | 19 | while a question was pending, the witness walked off, |
| 05:14:10 | 20 | left the room, while he was still speaking, and he |
| 05:14:14 | 21 | called me a -- a "Bitch" and asked what the fuck is |
| 05:14:26 | 22 | wrong with me.  And -- |
| 05:14:30 | 23 | MR. HAYDEN:  Wait, did he use that word? |
| 05:14:32 | 24 | MS. HAYRAPETIAN:  Yes.  And people outside |
| 05:14:33 | 25 | heard, and they asked if I wanted security called up; |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

```
05:14:35   1    so --
05:14:38   2            MS. DIXON:  Let's also let the record reflect
05:14:41   3    the question that you asked just previous to that was
05:14:43   4    whether or not he had anything to do with the stabbing
05:14:45   5    of his friend, Daystar Peterson.
05:14:47   6            MS. HAYRAPETIAN:  I think the record is clear
05:14:49   7    without Counsel's continued coaching and interruptions.
05:14:52   8            MS. DIXON:  That's not a coaching.  It's a
05:14:54   9    clarification of the record.
05:14:55  10            MS. HAYRAPETIAN:  And delaying -- the
05:14:56  11    record -- the record does not need your clarification.
05:14:57  12    Thank you very much.
05:14:58  13            MS. DIXON:  Well, you just gave your
05:14:59  14    clarification, which it didn't need, because he was
05:15:01  15    already still on the record.
05:15:06  16    BY MS. HAYRAPETIAN:
05:15:06  17        Q    Okay.  Moving on, was Walter Roberts an
05:15:14  18    attorney at UTP at any point?
05:15:17  19        A    I don't remember.
05:15:18  20        Q    Okay.
05:15:28  21            MS. HAYRAPETIAN:  Let's take a look at Tab 46,
05:15:34  22    please and mark it as Exhibit Number 108.
05:15:42  23    BY MS. HAYRAPETIAN:
05:15:42  24        Q    Has Walter Roberts been working on
05:15:47  25    Ms. Cooper's case?
```

CEASAR MCDOWELL                                           JOB NO. 1837675
JULY 25, 2025

```
05:15:48   1        A    I don't remember.

05:15:56   2             MS. HAYRAPETIAN:  Actually, can you give me

05:15:58   3   55?

05:15:58   4        Q    Did you text Ms. Cooper at any point and say

05:16:02   5   "Hey, when you get a chance, answer your phone.  Walter

05:16:06   6   is trying to give you a call from my office"?

05:16:10   7        A    I don't remember.

05:16:14   8             MS. HAYRAPETIAN:  Let's mark this as 108.

05:16:30   9             (Exhibit 108 was marked for identification.)

05:16:31  10   BY MS. HAYRAPETIAN:

05:16:31  11        Q    This was produced from Ms. Cooper's phone, and

05:16:33  12   this is a text message on November 12, 2024.  And it

05:16:40  13   states, "From Ceasar McDowell, Hey, when you get a

05:16:43  14   chance, answer your phone.  Walter is trying to give you

05:16:45  15   a call from my office.  It will be a 562 number.  I just

05:16:49  16   tried to call you twice, but it didn't go.  Walter

05:16:55  17   should be sending you a text.  He is on the legal team

05:16:58  18   here.  He just wants to update you."

05:17:02  19             So do you now recall whether Walter was on

05:17:08  20   Ms. Cooper's legal team?

05:17:11  21        A    I don't remember.

05:17:11  22        Q    But you see your text message?

05:17:13  23        A    Nope.

05:17:14  24        Q    You don't see your text message?

05:17:16  25        A    No.
```

| | | |
|---|---|---|
| 05:17:16 | 1 | Q    Why not? |
| 05:17:17 | 2 | A    Because I don't see it. |
| 05:17:19 | 3 | Q    But the exhibit is right in front of you. |
| 05:17:22 | 4 | A    I see the exhibit. |
| 05:17:23 | 5 | Q    Okay.  And did you read the language as I read |
| 05:17:25 | 6 | along with it? |
| 05:17:26 | 7 | A    No. |
| 05:17:27 | 8 | Q    Can you please read the language? |
| 05:17:28 | 9 | A    I read it now.  I didn't read along with you. |
| 05:17:32 | 10 | Q    Okay.  So do you see where you said -- |
| 05:17:33 | 11 | A    I see where somebody types something on a |
| 05:17:35 | 12 | paper.  Yes, I see it. |
| 05:17:37 | 13 | Q    And that's your phone number, we've |
| 05:17:39 | 14 | established earlier, or was your phone number? |
| 05:17:41 | 15 | A    That used to be a number. |
| 05:17:42 | 16 | Q    Okay.  And that's your name and Ms. Cooper's |
| 05:17:44 | 17 | phone, and this is a text message to Ms. Cooper. |
| 05:17:46 | 18 | A    That's my name.  Somebody typed my name on the |
| 05:17:49 | 19 | paper. |
| 05:17:50 | 20 | Q    Yes. |
| 05:17:50 | 21 | A    Oh, yeah, they did. |
| 05:17:51 | 22 | Q    Okay.  So you are accusing us of fabricating |
| 05:17:54 | 23 | this exhibit. |
| 05:17:55 | 24 | Am I hearing that correctly? |
| 05:17:58 | 25 | MR. HAYDEN:  Objection.  Argumentative. |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

```
05:17:59   1            THE WITNESS:  I said my name was typed on a

05:18:00   2   paper.  Anything else you assumed.

05:18:02   3   BY MS. HAYRAPETIAN:

05:18:03   4       Q    Okay.  So you're refusing to look at the

05:18:05   5   exhibit?

05:18:06   6       A    I just looked at it.  I just told you I looked

05:18:08   7   at it.

05:18:08   8       Q    Okay.  And that's a text message from you;

05:18:10   9   correct?

05:18:11  10       A    There's a -- words typed on the paper with my

05:18:14  11   name.  I don't know who that's a text message from.

05:18:16  12       Q    Okay.  So are you refuting that you sent the

05:18:20  13   text messages here next to your name; is that correct?

05:18:24  14       A    I'm telling you I don't remember.

05:18:27  15       Q    And reading this exhibit did not help you

05:18:29  16   remember.

05:18:29  17            Is that what you are saying?

05:18:36  18       A    I just told you, "I don't remember."

05:18:37  19       Q    Okay.  You texted Ms. Cooper, telling her that

05:18:39  20   Walter Roberts was on the legal team and he wanted to

05:18:43  21   talk to her.

05:18:44  22            What did Walter wanted to talk to Ms. Cooper

05:18:47  23   about?

05:18:49  24            MS. DIXON:  Objection.  Attorney-client

05:18:50  25   privilege.  And work product.
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:18:52 | 1 | MS. HAYRAPETIAN:  Are you his counsel? |
| 05:18:53 | 2 | MS. DIXON:  I can get to object.  I can |
| 05:18:54 | 3 | object, if I want to. |
| 05:18:55 | 4 | MS. HAYRAPETIAN:  No, you actually can't.  He |
| 05:18:57 | 5 | is not your witness. |
| 05:18:58 | 6 | MS. DIXON:  He was prior counsel for my |
| 05:18:59 | 7 | client; so, therefore, there's a succession -- I'm a |
| 05:19:02 | 8 | successor in interest. |
| 05:19:04 | 9 | MR. HAYDEN:  She beat me to it. |
| 05:19:04 | 10 | I'll object to attorney-client privilege. |
| 05:19:07 | 11 | BY MS. HAYRAPETIAN: |
| 05:19:07 | 12 | Q    Okay.  Walter also prepared Sonstar for his |
| 05:19:10 | 13 | deposition; correct? |
| 05:19:12 | 14 | MR. HAYDEN:  Objection.  Speculation. |
| 05:19:12 | 15 | Attorney-client privilege. |
| 05:19:16 | 16 | THE WITNESS:  I don't know.  I don't remember. |
| 05:19:18 | 17 | MS. HAYRAPETIAN:  Actually, who prepared and |
| 05:19:21 | 18 | when meetings happened is not privileged. |
| 05:19:25 | 19 | MR. HAYDEN:  It invades the work-product |
| 05:19:27 | 20 | doctrine. |
| 05:19:28 | 21 | BY MS. HAYRAPETIAN: |
| 05:19:29 | 22 | Q    Why is Mr. Roberts' profile nowhere to be |
| 05:19:32 | 23 | found on the UTP website?  Do you know? |
| 05:19:37 | 24 | A    Was that a question? |
| 05:19:38 | 25 | Q    Yes. |

| | | |
|---|---|---|
| 05:19:39 | 1 | A    What was the question? |
| 05:19:40 | 2 | Q    Why is Mr. Roberts' profile nowhere to be |
| 05:19:44 | 3 | found on the UTP website? |
| 05:19:47 | 4 | A    Why is Araya's profile nowhere to be found on |
| 05:19:50 | 5 | the website. |
| 05:19:51 | 6 | Q    Who is Araya? |
| 05:19:52 | 7 | A    Somebody else that works there too; right? |
| 05:19:54 | 8 | Did anybody say that everybody that works |
| 05:20:00 | 9 | there's profile is on the website? |
| 05:20:08 | 10 | Q    Was Mr. Roberts on the UTP website at any |
| 05:20:10 | 11 | point? |
| 05:20:11 | 12 | A    Not that I remember. |
| 05:20:17 | 13 | Q    Do you know if Mr. Walter was ever a |
| 05:20:21 | 14 | licensed attorney? |
| 05:20:22 | 15 | A    I don't remember. |
| 05:20:24 | 16 | Q    Did you know that Mr. Walter was disbarred? |
| 05:20:30 | 17 | And we're looking at Exhibit 109 which is The State Bar |
| 05:20:33 | 18 | of California's website attorney search? |
| 05:20:41 | 19 | MR. HAYDEN:  Objection.  Relevance. |
| 05:20:46 | 20 | THE WITNESS:  I don't remember. |
| 05:20:46 | 21 | (Exhibit 109 was marked for identification.) |
| 05:20:47 | 22 | BY MS. HAYRAPETIAN: |
| 05:20:47 | 23 | Q    And this is the same Walter Roberts that spoke |
| 05:20:51 | 24 | at your UTP press conference; correct? |
| 05:20:59 | 25 | A    I don't know who it is. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 05:21:03 | 1 | Q    Do you know if Robert Walters is authorized to |
| 05:21:05 | 2 | practice law? |
| 05:21:10 | 3 | A    I don't remember. |
| 05:21:11 | 4 | Q    Has UTP ever been sued for malpractice? |
| 05:21:16 | 5 | A    I don't remember. |
| 05:21:17 | 6 | Q    Has anyone ever threatened to bring a lawsuit |
| 05:21:19 | 7 | against UTP? |
| 05:21:20 | 8 | A    I don't remember. |
| 05:21:21 | 9 | Q    Has anyone ever filed a complaint against UTP |
| 05:21:26 | 10 | with The State Bar of California? |
| 05:21:27 | 11 | A    I don't remember. |
| 05:21:28 | 12 | Q    Has anyone filed a non-attorney authorized |
| 05:21:32 | 13 | practice of law complaint against you with The State Bar |
| 05:21:33 | 14 | of California? |
| 05:21:36 | 15 | A    I don't remember. |
| 05:21:37 | 16 | Q    Has anyone filed an attorney misconduct |
| 05:21:39 | 17 | complaint against any of UTP's lawyers with The State |
| 05:21:42 | 18 | Bar of California? |
| 05:21:43 | 19 | A    I don't remember. |
| 05:21:44 | 20 | Q    What about any other state bars? |
| 05:21:46 | 21 | A    I don't remember. |
| 05:21:47 | 22 | Q    Has the IRS every conducted an investigation |
| 05:21:49 | 23 | into UTP's tax-exempt status? |
| 05:21:53 | 24 | A    I don't remember. |
| 05:21:53 | 25 | Q    Has the California Attorney General ever |

CEASAR MCDOWELL                                         JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:21:58 | 1 | conducted an investigation into UTP's status as a |
| 05:22:01 | 2 | charitable organization? |
| 05:22:03 | 3 | A    I don't remember. |
| 05:22:04 | 4 | Q    There's currently an ongoing litigation |
| 05:22:06 | 5 | against you and UTP for alleged sexual harassment in the |
| 05:22:09 | 6 | workplace; correct? |
| 05:22:11 | 7 | A    I don't remember. |
| 05:22:11 | 8 | Q    It was brought by a former UTP employee; |
| 05:22:14 | 9 | correct? |
| 05:22:15 | 10 | A    I don't remember. |
| 05:22:19 | 11 | MS. HAYRAPETIAN:  I'd like to mark as |
| 05:22:20 | 12 | Exhibit 110, Tab 47. |
| 05:22:28 | 13 | MS. DIXON:  I'm objecting as to relevance as |
| 05:22:30 | 14 | well. |
| 05:22:55 | 15 | MS. HAYRAPETIAN:  Actually, I'm going to skip |
| 05:22:57 | 16 | that. |
| 05:22:57 | 17 | BY MS. HAYRAPETIAN: |
| 05:22:58 | 18 | Q    Are you currently being sued for sexual |
| 05:23:00 | 19 | harassment? |
| 05:23:01 | 20 | A    I don't remember. |
| 05:23:01 | 21 | Q    You don't remember? |
| 05:23:03 | 22 | MS. DIXON:  Objection.  Relevance. |
| 05:23:08 | 23 | BY MS. HAYRAPETIAN: |
| 05:23:09 | 24 | Q    Are you being sued in a case called "Jane Doe |
| 05:23:11 | 25 | versus Ceasar Charles McDowell and Unite the People, |

CEASAR MCDOWELL                                       JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:23:14 | 1 | Case Number 25STCV18815, in the Superior Court of |
| 05:23:21 | 2 | Los Angeles County"? |
| 05:23:22 | 3 | A    I don't remember. |
| 05:23:23 | 4 | Q    And this was filed on June 27, 2025? |
| 05:23:27 | 5 | A    I don't remember. |
| 05:23:27 | 6 | Q    You don't remember something that happened |
| 05:23:29 | 7 | just one month ago -- less than a month ago? |
| 05:23:32 | 8 | A    What was my answer again? |
| 05:23:44 | 9 | Q    UTP took on Ms. Cooper's case pro bono; |
| 05:23:46 | 10 | correct? |
| 05:23:47 | 11 | A    I don't remember. |
| 05:23:57 | 12 | Q    Did you ever publicly announce that UTP was |
| 05:23:59 | 13 | taking on Ms. Cooper's case pro bono? |
| 05:24:04 | 14 | A    I don't remember. |
| 05:24:05 | 15 | Q    Okay.  You agreed and UTP agreed not to |
| 05:24:28 | 16 | receive any legal fees from Ms. Cooper; correct? |
| 05:24:31 | 17 | A    I don't remember. |
| 05:24:33 | 18 | Q    Did UTP and Ms. Cooper sign a contract to |
| 05:24:35 | 19 | memorialize their engagement of this matter? |
| 05:24:39 | 20 | A    I don't remember. |
| 05:24:39 | 21 | Q    Did you have an agreement with |
| 05:24:45 | 22 | Mr. Pancier -- Michael Pancier, in Florida, as local |
| 05:24:49 | 23 | counsel? |
| 05:24:51 | 24 | A    I don't remember. |
| 05:24:51 | 25 | Q    Did you agree to still pay Mr. Pancier, even |

| | | |
|---|---|---|
| 05:24:56 | 1 | though you were taking on Ms. Cooper's case pro bono? |
| 05:25:01 | 2 | A    I don't remember. |
| 05:25:01 | 3 | Q    Did Ms. Cooper ever pay you to pay her Florida |
| 05:25:10 | 4 | lawyer? |
| 05:25:10 | 5 | A    I don't remember. |
| 05:25:12 | 6 | Q    Did local counsel, Mr. Pancier, withdraw |
| 05:25:19 | 7 | because he never received his attorney's fees? |
| 05:25:22 | 8 | MR. HAYDEN:  Objection.  Relevance. |
| 05:25:23 | 9 | Speculation. |
| 05:25:25 | 10 | THE WITNESS:  I don't remember. |
| 05:25:35 | 11 | MS. HAYRAPETIAN:  I'd like to mark as |
| 05:25:36 | 12 | Exhibit 110, Tab 25 please. |
| 05:25:41 | 13 | THE COURT REPORTER:  111.  111. |
| 05:25:44 | 14 | MS. HAYRAPETIAN:  111?  No.  I think I skipped |
| 05:25:44 | 15 | 110. |
| 05:26:11 | 16 | (Exhibit 110 was marked for identification.) |
| 05:26:11 | 17 | BY MS. HAYRAPETIAN: |
| 05:26:11 | 18 | Q    Have you ever seen this GiveSendGo page? |
| 05:26:14 | 19 | A    What was your question? |
| 05:26:15 | 20 | Q    Have you ever seen this GiveSendGo page? |
| 05:26:19 | 21 | A    I don't remember. |
| 05:26:22 | 22 | Q    Ms. Cooper raised some money through her |
| 05:26:24 | 23 | GiveSendGo for purposes of paying her legal fees. |
| 05:26:26 | 24 | Do you know how much Ms. Cooper raised on |
| 05:26:28 | 25 | GiveSendGo? |

CEASAR MCDOWELL                                            JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:26:30 | 1 | A    I don't know. |
| 05:26:32 | 2 | Q    Some contributors claimed that Ms. Cooper |
| 05:26:36 | 3 | embezzled the money by using it for non-legal expenses. |
| 05:26:39 | 4 | Were you aware of that? |
| 05:26:41 | 5 | A    I don't remember. |
| 05:26:41 | 6 | Q    Contributors noticed that since starting her |
| 05:26:45 | 7 | GiveSendGo page Ms. Cooper spent a lot of -- a lot on |
| 05:26:49 | 8 | Lululemon clothes, DoorDash orders of hibachi, personal |
| 05:26:54 | 9 | trips, and electronics for her family members. |
| 05:26:56 | 10 | Do you recall hearing that? |
| 05:26:58 | 11 | A    No.  I don't remember. |
| 05:27:02 | 12 | MS. HAYRAPETIAN:  I'd like to mark for the |
| 05:27:04 | 13 | record Exhibit 111, and if we could please look at |
| 05:27:11 | 14 | Tabs 51, 51-A, and 51-B. |
| 05:27:15 | 15 | This isn't stapled, but it's going to be one |
| 05:27:44 | 16 | exhibit. |
| 05:27:50 | 17 | (Exhibit 111 was marked for identification.) |
| 05:28:26 | 18 | MS. DIXON:  Is there one for me? |
| 05:28:28 | 19 | BY MS. HAYRAPETIAN: |
| 05:28:28 | 20 | Q    Okay.  So we're looking at a tweet from an |
| 05:28:31 | 21 | account called "Owe Truths."  [As read] And it says, |
| 05:28:33 | 22 | hashtag Milagro Gramz Crowdfunding Campaign she made due |
| 05:28:38 | 23 | to being, quote, "indigent" to retain a lawyer for a |
| 05:28:43 | 24 | defamation civil suit she's in, as the defendant with |
| 05:28:46 | 25 | Megan Thee Stallion, has been in question to spectators. |

CEASAR MCDOWELL                                                      JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:28:49 | 1 | Milagro put the amount raised in private from her donors |
| 05:28:52 | 2 | she claimed the United States the People lawyer needed |
| 05:28:56 | 3 | 100K to even do her case.  She told her followers she |
| 05:28:59 | 4 | sent allegedly 15K and additional 25K. |
| 05:29:03 | 5 | Some spectators noticed she was out spending |
| 05:29:05 | 6 | money for Lululemon, a lot of DoorDash orders of |
| 05:29:09 | 7 | hibachi, taking trips to Huntsville to purchase laptops |
| 05:29:13 | 8 | for her Granny that she claims has mild dementia, |
| 05:29:16 | 9 | allegedly.  We received -- well, I received a DM from |
| 05:29:21 | 10 | someone that allegedly messaged Unite the People on |
| 05:29:23 | 11 | things she said about them negatively and how much money |
| 05:29:28 | 12 | she sent them, allegedly. |
| 05:29:31 | 13 | Do you recall receiving such a message on |
| 05:29:35 | 14 | social media? |
| 05:29:37 | 15 | MR. HAYDEN:  Objection.  Relevance. |
| 05:29:41 | 16 | THE WITNESS:  Are you talking about the United |
| 05:29:42 | 17 | States the People lawyer?  Who is that? |
| 05:29:44 | 18 | BY MS. HAYRAPETIAN: |
| 05:29:45 | 19 | Q    I think they made a mistake, but -- |
| 05:29:46 | 20 | A    Oh, they made a mistake?  Oh. |
| 05:29:49 | 21 | Q    Do you recall receiving such a message? |
| 05:29:51 | 22 | A    I don't remember. |
| 05:29:52 | 23 | Q    Okay.  So let's look at -- let's look at the |
| 05:30:00 | 24 | next two pages which are the attachments to the tweet, |
| 05:30:02 | 25 | and I'm talking about the loose-leaf pages. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 05:30:05 | 1 | So I'm first looking at the message that says |
| 05:30:10 | 2 | 9:07 PM, and it looks like it's coming from UTP. |
| 05:30:14 | 3 | [As read] And it says, I can't believe that is true |
| 05:30:18 | 4 | because she did not give us the full 18.  She sent us a |
| 05:30:24 | 5 | portion of it, and that entire portion went to that |
| 05:30:26 | 6 | attorney; and, of course, I have all the receipts of any |
| 05:30:29 | 7 | transfers. |
| 05:30:29 | 8 | But, besides that, what she paid, I have |
| 05:30:33 | 9 | personally paid 50, 60,000 to that attorney; so I would |
| 05:30:38 | 10 | really hope that she wouldn't be bashing us.  But, sure, |
| 05:30:41 | 11 | you could send the audio if that is true.  I would |
| 05:30:44 | 12 | definitely want to hear it.  I haven't had time to stop |
| 05:30:47 | 13 | and assess the situation but sure. |
| 05:30:51 | 14 | Is that a message you sent? |
| 05:30:53 | 15 | A    I don't remember. |
| 05:30:54 | 16 | Q    And then, looking at the next page, it says, |
| 05:31:03 | 17 | in a direct message from Unite the People, [As read] and |
| 05:31:10 | 18 | I would really hope she wouldn't be bashing us because |
| 05:31:13 | 19 | we have not only assigned our attorneys for free for |
| 05:31:16 | 20 | pro bono for her, I personally picked up, like I said, |
| 05:31:20 | 21 | at least 50-, 60,000 of my own organization's money was |
| 05:31:24 | 22 | paid to that other Florida lawyer, plus she sent us a |
| 05:31:28 | 23 | portion of 18.  We sent the entire portion to the |
| 05:31:31 | 24 | Florida lawyer, and she sent him directly the other |
| 05:31:34 | 25 | portion; so we went above and beyond to help Millie. |

CEASAR MCDOWELL                                                JOB NO. 1837675
JULY 25, 2025

```
05:31:36    1            And I know they said there was some things
05:31:39    2    going on with him getting off the case.  Myself and my
05:31:42    3    legal team -- we're just going through ways to find --
05:31:45    4    to hire her another lawyer in Florida, and we were going
05:31:48    5    to pay for it; so, if what you are saying is true, that
05:31:52    6    would be really sad.
05:31:52    7            So, yes, if there's some audio of that, please
05:31:56    8    send that to me; but I have to say I doubt that that's
05:31:58    9    true, just because after all the personal struggle I
05:32:01   10    went through to make sure this guy in Florida was
05:32:03   11    getting paid.  I'm the only one that paid personal money
05:32:06   12    to help her.  She raised money on a platform; I paid.
05:32:09   13            Was that a message you sent?
05:32:12   14       A    I don't remember.
05:32:13   15       Q    Do you have any reason to believe that
05:32:27   16    Ms. Cooper used any of the money she raised on the --
05:32:30   17    the fund for legal defense for other purposes?
05:32:35   18       A    No.
05:32:35   19       Q    How do you know that?
05:32:38   20       A    You said, "Do I have any reason to believe."
05:32:40   21    You didn't say, "Did I know that."  I don't have a
05:32:42   22    reason to believe that.
05:32:43   23       Q    Has Ms. Cooper admitted to you that she raised
05:32:51   24    money for her legal defense and then did not use it for
05:32:55   25    her legal defense?
```

```
05:32:56   1        A    No.

05:32:58   2        Q    Did Ms. Cooper send UTP the full amount she

05:33:00   3   raised on GiveSendGo to cover legal fees and expenses?

05:33:06   4             MS. DIXON:  Objection.  Calls for speculation.

05:33:10   5             THE WITNESS:  I don't remember.

05:33:11   6   BY MS. HAYRAPETIAN:

05:33:11   7        Q    Have you -- how much money has UTP received

05:33:15   8   from Ms. Cooper?

05:33:21   9        A    I don't remember.

05:33:21  10        Q    Okay.

05:33:24  11             MS. HAYRAPETIAN:  Marking as Exhibit 112,

05:33:33  12   Tab 26.

05:33:37  13             Actually, I'm going to skip that.

05:33:47  14   BY MS. HAYRAPETIAN:

05:33:47  15        Q    Going back to the screenshots that we just

05:33:49  16   looked at.  Is it true that UTP sent at least 50,000 or

05:33:52  17   60,000 of its own funds to pay for Ms. Cooper's local

05:33:55  18   counsel?

05:33:58  19        A    I don't remember.

05:33:59  20        Q    Why did UTP spend this amount to support

05:34:05  21   Ms. Cooper's case?

05:34:07  22        A    I just said, "I don't remember."

05:34:10  23             MR. HAYDEN:  Objection.  Speculation.

05:34:11  24   Relevance.

05:34:12  25   BY MS. HAYRAPETIAN:
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:34:12 | 1 | Q    Did Tory instruct UTP to spend this money to |
| 05:34:15 | 2 | support Ms. Cooper's case? |
| 05:34:16 | 3 | MR. HAYDEN:  Same objections. |
| 05:34:18 | 4 | THE WITNESS:  I don't remember. |
| 05:34:19 | 5 | BY MS. HAYRAPETIAN: |
| 05:34:19 | 6 | Q    Are you aware Ms. Cooper has publicly accused |
| 05:34:23 | 7 | of you of asking her to promote UTP to her followers and |
| 05:34:27 | 8 | asked them to post good reviews for UTP to drown out the |
| 05:34:30 | 9 | bad ones? |
| 05:34:31 | 10 | MR. HAYDEN:  Objection.  Speculation. |
| 05:34:33 | 11 | THE WITNESS:  I don't remember. |
| 05:34:33 | 12 | BY MS. HAYRAPETIAN: |
| 05:34:34 | 13 | Q    Earlier this week, Ms. Cooper testified during |
| 05:34:39 | 14 | her deposition about a legal dispute she had with you |
| 05:34:42 | 15 | and UTP.  And here is some language from the rough |
| 05:34:47 | 16 | deposition transcript from Monday. |
| 05:34:49 | 17 | The question was, "And then you said something |
| 05:34:52 | 18 | about paying him back eventually.  What was that?  Was |
| 05:34:55 | 19 | that talked about in the beginning?" |
| 05:34:56 | 20 | "No." |
| 05:34:57 | 21 | "When did that come up?" |
| 05:34:59 | 22 | "Answer:  When Ceasar stole my money. |
| 05:35:02 | 23 | "Question:  Tell me about that. |
| 05:35:04 | 24 | "Answer:  The contract was for pro bono. |
| 05:35:07 | 25 | Representation.  Ceasar came to me, and said, 'I need |

CEASAR MCDOWELL                                      JOB NO. 1837675
JULY 25, 2025

```
05:35:10   1    money for your lawyer, and if you don't figure out --
05:35:14   2    figure something out, you are not going to have a lawyer
05:35:16   3    because I can't do it.'"
05:35:18   4              MR. HAYDEN:  Objection.  Speculation.
05:35:21   5    BY MS. HAYRAPETIAN:
05:35:21   6         Q    Do you recall having such a conversation?
05:35:24   7         A    I don't recall.
05:35:24   8         Q    Are you saying Ms. Cooper lied under oath when
05:35:37   9    she claimed to have this conversation with you?
05:35:43  10         A    I don't recall.
05:35:43  11         Q    Did you steal Ms. Cooper's legal funds?
05:35:51  12              MR. HAYDEN:  Objection.  Speculation.
05:35:52  13    Argumentative.  Lacks foundation.
05:35:56  14              THE WITNESS:  No.
05:35:57  15    BY MS. HAYRAPETIAN:
05:35:57  16         Q    Did anyone at UTP steal Ms. Cooper's legal
05:36:02  17    funds?
05:36:03  18              MR. HAYDEN:  Same objections.
05:36:04  19              THE WITNESS:  No.
05:36:05  20    BY MS. HAYRAPETIAN:
05:36:05  21         Q    So why is Ms. Cooper then accusing you of
05:36:08  22    stealing her -- from her?
05:36:10  23              MS. DIXON:  Objection.  Calls for speculation.
05:36:14  24              THE WITNESS:  I don't know.  I can't speculate
05:36:15  25    to that.
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:36:17 | 1 | MS. HAYRAPETIAN:  So, Counsel, you just |
| 05:36:18 | 2 | coached a witness that is not yours. |
| 05:36:21 | 3 | MS. DIXON:  He made that statement. |
| 05:36:22 | 4 | MS. HAYRAPETIAN:  On -- on speculative which, |
| 05:36:23 | 5 | again, is not an appropriate objection, and particularly |
| 05:36:25 | 6 | not in Southern District of Florida. |
| 05:36:28 | 7 | MS. DIXON:  Actually, everything you are |
| 05:36:30 | 8 | saying is a speaking objection; so -- |
| 05:36:32 | 9 | MS. HAYRAPETIAN:  And then, you are also |
| 05:36:33 | 10 | misrepresenting the record where your client testified, |
| 05:36:37 | 11 | under oath, quote, "When Ceasar stole my money." |
| 05:36:41 | 12 | MS. DIXON:  I'm not mis- -- I didn't state |
| 05:36:41 | 13 | anything about the record; so you are misrepresenting |
| 05:36:44 | 14 | what I said.  I didn't say anything about the record. |
| 05:36:48 | 15 | BY MS. HAYRAPETIAN: |
| 05:36:49 | 16 | Q    So then were why would Ms. Cooper accuse you |
| 05:36:51 | 17 | of stealing her money? |
| 05:36:55 | 18 | A    I don't know. |
| 05:36:58 | 19 | Q    UTP and Ms. Cooper had entered into a contract |
| 05:37:00 | 20 | in which UTP agreed to represent her on a pro bono |
| 05:37:03 | 21 | basis; correct? |
| 05:37:05 | 22 | A    I don't remember. |
| 05:37:11 | 23 | Q    Okay.  UTP eventually withdrew from |
| 05:37:13 | 24 | representing Ms. Cooper; correct? |
| 05:37:14 | 25 | A    I don't know. |

| | | |
|---|---|---|
| 05:37:15 | 1 | Q    Okay. |
| 05:37:23 | 2 | MS. HAYRAPETIAN:  Let's mark Exhibit 112, |
| 05:37:27 | 3 | Tab 27, please. |
| 05:37:29 | 4 | (Exhibit 112 was marked for identification.) |
| 05:37:50 | 5 | BY MS. HAYRAPETIAN: |
| 05:37:50 | 6 | Q    This is a tweet May 25, 2025, from Ms. Cooper. |
| 05:37:54 | 7 | It states, "Also, unfortunately, Unite the People, who |
| 05:37:57 | 8 | publicly asserted that they would take on my case of no |
| 05:38:00 | 9 | cost to me, doesn't have the resources to challenge the |
| 05:38:03 | 10 | machine.  They withdrew, as the Florida lawyer did, for |
| 05:38:06 | 11 | this same reason." |
| 05:38:11 | 12 | Do you recall withdrawing -- do you recall |
| 05:38:15 | 13 | when UTP withdrew from Ms. Cooper's representation now? |
| 05:38:20 | 14 | A    I don't remember. |
| 05:38:21 | 15 | Q    Financial hardship was not the reason UTP |
| 05:38:26 | 16 | withdrew; correct? |
| 05:38:29 | 17 | MR. HAYDEN:  Objection.  Speculation. |
| 05:38:31 | 18 | THE WITNESS:  I don't remember. |
| 05:38:43 | 19 | MS. HAYRAPETIAN:  I'd like to mark |
| 05:38:44 | 20 | Exhibit 113, and if we could please pull up Tab 28-A. |
| 05:38:54 | 21 | And then the corresponding transcript will be 113-B. |
| 05:40:24 | 22 | (Exhibit 113-A was marked for identification.) |
| 05:40:24 | 23 | (Exhibit 113-B was marked for identification.) |
| 05:40:24 | 24 | (A video clip was played.) |
| 05:40:25 | 25 | BY MS. HAYRAPETIAN: |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 05:40:26 | 1 | Q   Okay.  So, in May 2025, as her lawyers are |
| 05:40:57 | 2 | withdrawing from this case and representing her, |
| 05:41:01 | 3 | Ms. Cooper goes on live stream, and she is saying she's |
| 05:41:07 | 4 | never going to help Tory again. |
| 05:41:10 | 5 | What was she helping -- |
| 05:41:13 | 6 | MS. DIXON:  Objection.  It misstates what the |
| 05:41:14 | 7 | evidence is showing. |
| 05:41:15 | 8 | MS. HAYRAPETIAN:  Okay.  Well, we just |
| 05:41:16 | 9 | listened to the transcript. |
| 05:41:17 | 10 | MS. DIXON:  It didn't say that. |
| 05:41:18 | 11 | MS. HAYRAPETIAN:  And the language is there. |
| 05:41:19 | 12 | MS. DIXON:  Okay.  Well, just go on the |
| 05:41:21 | 13 | language that's there then. |
| 05:41:22 | 14 | BY MS. HAYRAPETIAN: |
| 05:41:23 | 15 | Q   So what was Ms. Cooper helping Tory with? |
| 05:41:29 | 16 | MR. HAYDEN:  Objection.  Speculation.  Assumes |
| 05:41:31 | 17 | facts not in evidence. |
| 05:41:36 | 18 | THE WITNESS:  The audio and the paper you just |
| 05:41:38 | 19 | handed me don't say one word about Tory.  I don't see |
| 05:41:42 | 20 | Tory nowhere in there.  So I don't know what you are |
| 05:41:44 | 21 | talking about.  I think you must be asking me about |
| 05:41:48 | 22 | something you didn't hand me. |
| 05:41:49 | 23 | Can you hand me the paper that says "Tory" |
| 05:41:51 | 24 | please? |
| 05:41:51 | 25 | BY MS. HAYRAPETIAN: |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

```
05:41:52   1        Q    So it's in the first box.  And if you look at
05:41:54   2   the first box, the third line from the bottom in the
05:41:56   3   first box.
05:41:58   4        A    That says put God -- I'm talking about where
05:42:00   5   she said -- you said she said she would never ride for
05:42:05   6   Tory or whatever again.  She didn't say anything about
05:42:07   7   Tory -- not one word about Tory.  Down at the bottom,
05:42:10   8   she says she feels like God put Tory in her life or
05:42:14   9   whatever; so I don't know what you're talking about.
05:42:14  10             If you want to hand me the one that says that
05:42:16  11   she ain't never going to fucking ride for Tory -- or I
05:42:19  12   don't know if you're -- are you using his name in
05:42:21  13   replacing the word "nigga"?  Are you insinuating that
05:42:24  14   Tory is a nigga?  That's what it sounds like to me.
05:42:30  15        Q    Okay.  Are you going to answer my question?
05:42:35  16        A    I just did.
05:42:37  17        Q    That's your answer to my question?
05:42:39  18        A    You want to ask your question again?
05:42:41  19        Q    You've wasted enough of everyone's time today.
05:42:45  20        A    I think you have.
05:42:49  21        Q    UTP has a board of directors; correct?
05:42:56  22        A    I don't recall.
05:42:57  23        Q    As the CEO of UTP, you don't know whether UTP
05:43:01  24   has a board of directors?
05:43:03  25        A    I don't recall.
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:43:04 | 1 | Q    What role does the board play in UTP's |
| 05:43:06 | 2 | operations and management? |
| 05:43:08 | 3 | A    I don't recall. |
| 05:43:09 | 4 | Q    Who are the current board members? |
| 05:43:11 | 5 | A    I don't recall. |
| 05:43:12 | 6 | Q    Is your brother Mitch McDowell a board member? |
| 05:43:15 | 7 | A    I don't recall. |
| 05:43:16 | 8 | Q    Is Tni Jackson a board member? |
| 05:43:21 | 9 | A    I don't recall. |
| 05:43:21 | 10 | Q    How are board members selected? |
| 05:43:23 | 11 | A    I don't recall. |
| 05:43:25 | 12 | Q    Are UTP board members financially compensated |
| 05:43:28 | 13 | for holding these positions? |
| 05:43:30 | 14 | A    I don't recall. |
| 05:43:30 | 15 | Q    Why are you not a board member? |
| 05:43:32 | 16 | A    I don't recall. |
| 05:43:33 | 17 | Q    Is your tenure as CEO subject to boards' |
| 05:43:36 | 18 | approval? |
| 05:43:37 | 19 | A    I don't recall. |
| 05:43:38 | 20 | Q    UTP has advisory members; correct? |
| 05:43:41 | 21 | A    I don't recall. |
| 05:43:41 | 22 | Q    You are one of these advisory members? |
| 05:43:45 | 23 | A    I don't recall. |
| 05:43:49 | 24 | Q    What role do you -- what role does advisory |
| 05:43:51 | 25 | members play? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:43:52 | 1 | A    I don't recall. |
| 05:43:58 | 2 | MS. HAYRAPETIAN:  Okay.  Let's mark for the |
| 05:44:00 | 3 | record Tab 14 which is -- sorry -- Exhibit 114 which is |
| 05:44:02 | 4 | Tab 49. |
| 05:44:03 | 5 | (Exhibit 114 was marked for identification.) |
| 05:44:26 | 6 | BY MS. HAYRAPETIAN: |
| 05:44:26 | 7 | Q    Okay.  This is a printout from UTP's website. |
| 05:44:28 | 8 | Title says, "Advisory Members."  Number 1, |
| 05:44:31 | 9 | Ceasar McDowell; number 2, Mitch McDowell; number 3, |
| 05:44:34 | 10 | Danielle Frost; number 4, Mari Ronquillo; 5, Tory Lanez, |
| 05:44:45 | 11 | 6; Todd Perry II; 7, Tni Jackson. |
| 05:44:49 | 12 | Do you see that? |
| 05:45:00 | 13 | A    I see that on the paper. |
| 05:45:02 | 14 | Q    Okay.  So do you recall whether you are an |
| 05:45:09 | 15 | advisory member of Unite the People? |
| 05:45:13 | 16 | A    I don't recall. |
| 05:45:14 | 17 | Q    Okay.  Mari Ronquillo is also an advisory |
| 05:45:21 | 18 | member; right? |
| 05:45:22 | 19 | A    I don't recall. |
| 05:45:23 | 20 | Q    Okay.  Well, we just looked at this exhibit, |
| 05:45:24 | 21 | and on page 3 of this exhibit, it states that |
| 05:45:30 | 22 | Mari Ronquillo is a advisory member at your organization |
| 05:45:36 | 23 | Unite the People, which you are both a co-founder and |
| 05:45:39 | 24 | CEO; correct? |
| 05:45:41 | 25 | A    That's what you said. |

CEASAR MCDOWELL                                                  JOB NO. 1837675
JULY 25, 2025

```
05:45:42   1        Q    Okay.  So how did Ms. Ronquillo become an
05:45:46   2   advisory member?
05:45:47   3        A    I don't recall.
05:45:48   4        Q    Since when is Ms. Ronquillo been an advisory
05:45:50   5   member?
05:45:51   6        A    I don't recall.
05:45:52   7        Q    What role does Ms. Ronquillo play as an
05:45:54   8   advisory member?
05:45:56   9        A    I don't know.
05:45:56  10        Q    Is Ms. Ronquillo compensated as an advisory
05:46:00  11   member?
05:46:01  12        A    I don't know.
05:46:01  13        Q    Ms. Ronquillo is the founder of Lyme Lite
05:46:03  14   Media and Public Relations; correct?
05:46:05  15        A    I don't know.  You'd have to ask her.
05:46:07  16        Q    So let's go to page 4.  And this is the bio of
05:46:20  17   Ms. Ronquillo on your website, the company where you are
05:46:25  18   a CEO and advisory member and a co-founder.  And it says
05:46:29  19   from there, Lyme Lite Media became the public --
05:46:33  20   publicity team for countless top-trending superstars,
05:46:36  21   and it's talking about Ms. Ronquillo's involvement in
05:46:41  22   the organization.  And it says, on page 3, "It is no
05:46:47  23   mystery why that Lyme Lite Media, run by Mari Ronquillo,
05:46:52  24   is one of the first word-of-mouth, sought-after boutique
05:46:56  25   public relations firms recommended."
```

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:46:58 | 1 | Do you see that?  On your website? |
| 05:47:09 | 2 | A    I see it on this paper. |
| 05:47:11 | 3 | Q    Lyme Lite helps artists and entertainers with |
| 05:47:16 | 4 | their public relations; correct? |
| 05:47:17 | 5 | A    I don't know. |
| 05:47:18 | 6 | Q    Ms. Ronquillo advises UTP on its press |
| 05:47:21 | 7 | releases and conferences; correct? |
| 05:47:23 | 8 | A    I don't know. |
| 05:47:24 | 9 | Q    Does Ms. Ronquillo assist you with drafting |
| 05:47:27 | 10 | social media posts on UTP's account? |
| 05:47:29 | 11 | A    I don't know. |
| 05:47:30 | 12 | Q    Are you aware the Lyme Lite previously reached |
| 05:47:32 | 13 | out to Ms. Cooper before the start of this litigation? |
| 05:47:36 | 14 | A    I don't know. |
| 05:47:40 | 15 | MS. HAYRAPETIAN:  I'd like to introduce and |
| 05:47:43 | 16 | mark for the record Exhibit 115. |
| 05:48:06 | 17 | (Exhibit 115 was marked for identification.) |
| 05:48:06 | 18 | BY MS. HAYRAPETIAN: |
| 05:48:06 | 19 | Q    And this is a text compilation produced by |
| 05:48:09 | 20 | Ms. Cooper, Bates number DEFMG000219.  And we're looking |
| 05:48:13 | 21 | at the very first text on the left-hand side, the very |
| 05:48:16 | 22 | first screenshot on the left-hand side top-corner. |
| 05:48:22 | 23 | Milagro texting Sonstar.  And she states, |
| 05:48:24 | 24 | "Hey, I was contacted by Mari, and I just wanted to |
| 05:48:28 | 25 | confirm that it was her before saying or sending |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

```
05:48:31   1   anything.  Her last four are 0824, and the email address

05:48:35   2   provided is mari@lymelitemedia.com.  Thank you so much."

05:48:39   3              And December 7, 2022, was just a few days

05:48:48   4   before Tory's criminal trial commenced for the shooting,

05:48:54   5   which is when this text message is dated.

05:48:56   6              Do you see that?

05:49:00   7        A    I see it.

05:49:01   8        Q    Okay.  So Sonstar appears to have shared

05:49:03   9   Ms. Cooper's contact details with your advisory board

05:49:06  10   member Ms. Ronquillo; right?

05:49:08  11        A    I don't see that.

05:49:10  12        Q    Okay.  Well, your client, Ms. Cooper, is

05:49:13  13   telling Tory's father that she was contacted by Mari,

05:49:18  14   and he -- she is checking with Sonstar to make sure that

05:49:23  15   that's the correct person.  And that person happens to

05:49:26  16   be an advisory board member at your company; correct?

05:49:29  17        A    I don't know.

05:49:32  18        Q    Okay.  Do you know how Sonstar knows

05:49:35  19   Ms. Ronquillo?

05:49:36  20        A    I don't know.

05:49:37  21        Q    Are you the one who introduced Sonstar to

05:49:38  22   Ms. Ronquillo, your advisory board member?

05:49:42  23        A    No.

05:49:45  24        Q    Did Ms. Ronquillo to reach out to Ms. Cooper

05:49:48  25   per your directive?
```

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 05:49:51 | 1 | A | No. |
| 05:49:52 | 2 | Q | Was it per Tory's directive? |
| 05:49:55 | 3 | | MR. HAYDEN:  Objection.  Speculation. |
| 05:49:56 | 4 | | THE WITNESS:  I wouldn't know. |
| 05:49:58 | 5 | BY MS. HAYRAPETIAN: | |
| 05:49:58 | 6 | Q | Does Sonstar have a role at UTP? |
| 05:50:06 | 7 | A | I don't know. |
| 05:50:07 | 8 | Q | Has Sonstar ever donated financially to UTP? |
| 05:50:13 | 9 | A | I don't know. |
| 05:50:13 | 10 | Q | Has Sonstar ever participated in UTP meetings? |
| 05:50:20 | 11 | A | I don't know. |
| 05:50:26 | 12 | Q | Do you have a salary as CEO of UTP? |
| 05:50:28 | 13 | A | I don't know. |
| 05:50:28 | 14 | Q | You don't know if you get paid from UTP? |
| 05:50:31 | 15 | A | You didn't ask me, do I get paid.  You asked, |
| 05:50:33 | 16 | do I have a salary. | |
| 05:50:35 | 17 | Q | Do you get paid by UTP? |
| 05:50:36 | 18 | A | Yes. |
| 05:50:38 | 19 | Q | How -- what -- what's the arrangement? |
| 05:50:40 | 20 | A | I don't know. |
| 05:50:41 | 21 | Q | You don't know how much money you make from |
| 05:50:42 | 22 | UTP? | |
| 05:50:43 | 23 | A | Nope. |
| 05:50:44 | 24 | Q | Is it on a monthly basis? |
| 05:50:47 | 25 | A | I don't know. |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | | |
|---|---|---|---|
| 05:50:48 | 1 | Q | Bi-weekly basis? |
| 05:50:50 | 2 | A | I don't know. |
| 05:50:51 | 3 | Q | Are you paid annually? |
| 05:50:53 | 4 | A | I don't know. |
| 05:50:54 | 5 | Q | Are you paid quarterly? |
| 05:50:55 | 6 | A | I don't know. |
| 05:50:56 | 7 | Q | Do you get bonuses? |
| 05:50:57 | 8 | A | I don't know. |
| 05:50:58 | 9 | | MR. HAYDEN:  Objection.  Relevance. |
| 05:51:00 | 10 | | BY MS. HAYRAPETIAN: |
| 05:51:00 | 11 | Q | How do you make income to make a living? |
| 05:51:08 | 12 | A | I work hard, massa. |
| 05:51:11 | 13 | | (The Court Reporter requested clarification.) |
| 05:51:11 | 14 | | THE WITNESS:  I work hard, massa.  M-A-S-S-A. |
| 05:51:16 | 15 | | Massa. |
| 05:51:16 | 16 | | BY MS. HAYRAPETIAN: |
| 05:51:16 | 17 | Q | What's that?  What's master? |
| 05:51:20 | 18 | A | I said, "massa." |
| 05:51:22 | 19 | Q | Okay.  What's massa? |
| 05:51:24 | 20 | A | I don't know. |
| 05:51:30 | 21 | Q | So how do you make money to live? |
| 05:51:33 | 22 | A | I work hard. |
| 05:51:35 | 23 | Q | Okay.  Where do you derive your income from? |
| 05:51:39 | 24 | A | I don't know. |
| 05:51:40 | 25 | Q | Have you ever been paid in cash by anyone from |

CEASAR MCDOWELL                                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:51:45 | 1 | UTP? |
| 05:51:48 | 2 | A   I don't know. |
| 05:51:49 | 3 | Q   Do you have any income sources besides UTP? |
| 05:51:52 | 4 | A   I don't know. |
| 05:51:54 | 5 | Q   Do you have bank accounts separate from UTP? |
| 05:51:57 | 6 | A   I don't know. |
| 05:51:58 | 7 | Q   After your press conference, Drake promoted |
| 05:52:01 | 8 | Tory's petition; correct? |
| 05:52:02 | 9 | A   Who. |
| 05:52:03 | 10 | Q   Drake? |
| 05:52:03 | 11 | A   Who is that? |
| 05:52:04 | 12 | Q   Aubrey Graham? |
| 05:52:06 | 13 | A   I don't know who that is. |
| 05:52:07 | 14 | Q   You don't know who Drake is? |
| 05:52:08 | 15 | A   Drake? |
| 05:52:09 | 16 | Q   Yes.  The music artist. |
| 05:52:11 | 17 | A   Oh.  The rapper guy? |
| 05:52:15 | 18 | Q   Correct. |
| 05:52:15 | 19 | A   Uh-huh.  He is good. |
| 05:52:17 | 20 | Q   So, after your press conference about Tory and |
| 05:52:23 | 21 | the stabbing, Gianno Caldwell put a petition for people |
| 05:52:27 | 22 | to sign to petition the governor to pardon Tory; |
| 05:52:29 | 23 | correct? |
| 05:52:33 | 24 | A   I don't know.  You have to ask Gianno. |
| 05:52:34 | 25 | Q   Okay.  Did you ever promote or sign a petition |

CEASAR MCDOWELL                                             JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:52:36 | 1 | on behalf of Tory Lanez for the governor to pardon him? |
| 05:52:41 | 2 | A    I don't recall. |
| 05:52:42 | 3 | Q    How did Drake become aware of that petition? |
| 05:52:48 | 4 | MS. DIXON:  Objection.  Calls for speculation. |
| 05:52:50 | 5 | And relevance. |
| 05:52:53 | 6 | BY MS. HAYRAPETIAN: |
| 05:52:54 | 7 | Q    Sir? |
| 05:52:55 | 8 | A    Huh? |
| 05:52:55 | 9 | Q    Can you answer my question. |
| 05:52:57 | 10 | A    How did who? |
| 05:52:58 | 11 | Q    How did Drake become aware of that petition? |
| 05:53:03 | 12 | A    How could I possibly know? |
| 05:53:05 | 13 | Q    Did anyone from UTP communicate with Drake's |
| 05:53:08 | 14 | team? |
| 05:53:08 | 15 | MR. HAYDEN:  Objection.  Speculation. |
| 05:53:11 | 16 | THE WITNESS:  And relevance. |
| 05:53:11 | 17 | I don't know.  Who did what? |
| 05:53:16 | 18 | BY MS. HAYRAPETIAN: |
| 05:53:16 | 19 | Q    Did anyone from your organization, UTP, |
| 05:53:19 | 20 | communicate with Drake's team about this petition? |
| 05:53:22 | 21 | A    I love Drake.  Man, I wish I could talk to |
| 05:53:26 | 22 | Drake.  I don't know Drake. |
| 05:53:28 | 23 | Q    Okay.  Do you know anyone in Drake's team? |
| 05:53:36 | 24 | A    No. |
| 05:53:36 | 25 | Q    After Drake posted about the petition, did |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 05:53:39 | 1 | other celebrities follow? |
| 05:53:43 | 2 | A    I don't know. |
| 05:53:44 | 3 | Q    Do you coordinate messaging with celebrity |
| 05:53:47 | 4 | representatives? |
| 05:53:48 | 5 | A    Who? |
| 05:53:49 | 6 | Q    Celebrity representatives? |
| 05:53:50 | 7 | A    Representatives of who? |
| 05:53:53 | 8 | Q    Celebrities. |
| 05:53:54 | 9 | A    Celebrities that represent celebrities.  I |
| 05:53:56 | 10 | don't know that. |
| 05:53:57 | 11 | Q    Okay.  Do you know Adin Ross? |
| 05:54:00 | 12 | A    Who? |
| 05:54:00 | 13 | Q    Adin Ross? |
| 05:54:02 | 14 | A    He is a rapper? |
| 05:54:05 | 15 | Q    Do you know someone named Adin Ross? |
| 05:54:10 | 16 | A    I don't even know who that is. |
| 05:54:12 | 17 | Q    You wanted to connect with DJ Akademiks |
| 05:54:20 | 18 | through Ms. Cooper; correct? |
| 05:54:22 | 19 | MR. HAYDEN:  Objection.  Speculation. |
| 05:54:23 | 20 | THE WITNESS:  I don't remember. |
| 05:54:23 | 21 | BY MS. HAYRAPETIAN: |
| 05:54:24 | 22 | Q    Did you ever speak with DJ Akademiks directly? |
| 05:54:28 | 23 | A    I don't remember. |
| 05:54:29 | 24 | Q    Has DJ Akademiks paid you for coordination of |
| 05:54:32 | 25 | content? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
05:54:33   1              MR. HAYDEN:  Objection.  Speculation.

05:54:35   2              THE WITNESS:  Nobody paid me for nothing.

05:54:37   3    BY MS. HAYRAPETIAN:

05:54:37   4        Q    Do you know who Kelsey Harris is?

05:54:39   5              MR. HAYDEN:  Objection.  Relevance.

05:54:42   6              THE WITNESS:  I don't know her.

05:54:42   7    BY MS. HAYRAPETIAN:

05:54:44   8        Q    You were at Tory's trial; right?

05:54:47   9        A    Some days.

05:54:48   10       Q    Okay.  And you also worked on Tory's case with

05:54:53   11   regards to the shooting; right?

05:54:55   12       A    No.

05:54:57   13       Q    UTP handled parts of Tory's case; correct?

05:55:02   14       A    No.

05:55:03   15       Q    Okay.  So how is Tory UTP's client?

05:55:07   16       A    Well, you -- you have to, again, understand

05:55:10   17   post-conviction.  If you don't understand, you just keep

05:55:12   18   running around in a circle.

05:55:13   19              Unite the People did not have anything to do

05:55:15   20   with Tory's criminal case.

05:55:17   21       Q    Okay.  What did you have to do with then?

05:55:19   22       A    Post-conviction.

05:55:20   23       Q    Okay.  And --

05:55:21   24       A    That's after the case.

05:55:22   25       Q    -- how does the process work?
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 05:55:24 | 1 | A    So we didn't represent him during the case; |
| 05:55:26 | 2 | that's after the case. |
| 05:55:27 | 3 | Q    Okay.  So after the case, you represented him; |
| 05:55:29 | 4 | correct? |
| 05:55:29 | 5 | A    Yes. |
| 05:55:30 | 6 | Q    And what did your representation entail at |
| 05:55:32 | 7 | that point?  I don't do post-conviction.  I don't do |
| 05:55:37 | 8 | that work -- |
| 05:55:38 | 9 | A    Then I don't know. |
| 05:55:38 | 10 | Q    -- so I'm asking you. |
| 05:55:40 | 11 | A    I don't know either.  You'll have to ask your |
| 05:55:40 | 12 | lawyers. |
| 05:55:42 | 13 | MR. HAYDEN:  Objection.  Calls for a |
| 05:55:43 | 14 | narrative. |
| 05:55:45 | 15 | BY MS. HAYRAPETIAN: |
| 05:55:46 | 16 | Q    So you have some familiarity with the facts of |
| 05:55:48 | 17 | his case? |
| 05:55:50 | 18 | A    Not too much. |
| 05:55:52 | 19 | Q    And you know that Kelsey Harris was in the car |
| 05:55:54 | 20 | with Tory and Megan at the time of the shooting? |
| 05:55:57 | 21 | A    Who is Kelsey Harris? |
| 05:55:59 | 22 | Q    I'm asking, are you aware that Kelsey Harris |
| 05:56:03 | 23 | was in the car? |
| 05:56:05 | 24 | A    I'm asking you, who is Kelsey Harris? |
| 05:56:07 | 25 | Q    Okay.  So Kelsey Harris, as you would know, |

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

```
05:56:11   1   since you are working on Tory's post-conviction matter,
05:56:16   2   was one of the people at the scene of the crime.  And
05:56:22   3   she was allegedly sleeping with Tory at the time;
05:56:24   4   correct?
05:56:26   5        A    I don't know.  You'd have to ask them.
05:56:28   6             MR. HAYDEN:  Objection.  Speculation.
05:56:28   7   Relevance.
05:56:29   8   BY MS. HAYRAPETIAN:
05:56:30   9        Q    Okay.  Kelsey originally identified Tory as
05:56:33   10  the shooter in police interviews; correct?
05:56:35   11       A    I don't know.  You got to ask Kelsey.
05:56:37   12       Q    But at trial --
05:56:38   13            MS. DIXON:  Objection.  That misstates the
05:56:39   14  evidence, actually.
05:56:40   15  BY MS. HAYRAPETIAN:
05:56:41   16       Q    -- she flipped and pleaded the Fifth; correct?
05:56:45   17       A    I don't know.  You got to ask her.
05:56:51   18       Q    Do you know what 1501 Entertainment is?
05:56:55   19       A    The strip club?
05:56:58   20       Q    The record label.
05:56:59   21       A    No.  I have never heard of it.
05:57:01   22       Q    Do you know Jay Prince?
05:57:15   23       A    Jay Prince, the guy from Chicago?  Is that who
05:57:19   24  we're talking about?
05:57:20   25       Q    Have you ever been paid by Jay Prince or
```

| 05:57:22 | 1 | anyone connected to him? |
|---|---|---|
| 05:57:24 | 2 | A    Wow.  No. |
| 05:57:27 | 3 | Q    After Drake promoted Tory's petition, did |
| 05:57:30 | 4 | Jay Prince contact -- Jay Prince's people contact you? |
| 05:57:34 | 5 | A    No. |
| 05:57:36 | 6 | Q    Have you received instructions from |
| 05:57:37 | 7 | Jay Prince's organization? |
| 05:57:42 | 8 | A    No. |
| 05:57:43 | 9 | Q    Have you received funding from music industry |
| 05:57:52 | 10 | sources? |
| 05:57:54 | 11 | A    No. |
| 05:57:55 | 12 | Q    Are there payments to you personally that |
| 05:58:00 | 13 | don't go through UTP? |
| 05:58:02 | 14 | A    No. |
| 05:58:02 | 15 | Q    Have you received payments you were told to |
| 05:58:05 | 16 | keep confidential? |
| 05:58:08 | 17 | A    No. |
| 05:58:11 | 18 | Q    Okay.  Your website states that "UTP is a 501c |
| 05:58:18 | 19 | non-profit organization"; right? |
| 05:58:19 | 20 | A    No. |
| 05:58:20 | 21 | Q    It is not? |
| 05:58:20 | 22 | A    501(c)3. |
| 05:58:23 | 23 | Q    Okay.  501(c)3. |
| 05:58:26 | 24 | A    Yes, ma'am. |
| 05:58:26 | 25 | Q    Okay.  When did UTP obtain 501(c)3 status? |

| | | |
|---|---|---|
| 05:58:31 | 1 | A   I don't remember. |
| 05:58:36 | 2 | MS. HAYRAPETIAN:  Let's take a look at |
| 05:58:39 | 3 | Exhibit 116. |
| 05:58:51 | 4 | (Exhibit 116 was marked for identification.) |
| 05:59:15 | 5 | BY MS. HAYRAPETIAN: |
| 05:59:15 | 6 | Q   Okay.  On the top of page 2 -- well, I'll just |
| 05:59:19 | 7 | represent that this is a 2021 IRS filing Form 990 of |
| 05:59:25 | 8 | Unite the People, which you can see on the very first |
| 05:59:27 | 9 | page, from the top of the page.  And on the top of |
| 05:59:32 | 10 | page 2 of UTP's publicly available tax returns, it says |
| 05:59:35 | 11 | that UTP filed its 2021 IRS forms on January 19, 2024. |
| 05:59:42 | 12 | Do you see that? |
| 05:59:45 | 13 | A   January 19.  Yep.  That's what it says. |
| 05:59:48 | 14 | Q   Okay.  And do you know if that's considered |
| 05:59:50 | 15 | timely? |
| 05:59:52 | 16 | A   I don't know.  I don't do taxes. |
| 05:59:53 | 17 | Do you? |
| 05:59:54 | 18 | Q   Do you know why UTP is filing its federal tax |
| 05:59:57 | 19 | forms after the deadline? |
| 05:59:59 | 20 | A   I don't know. |
| 06:00:00 | 21 | MR. HAYDEN:  Objection.  Relevance. |
| 06:00:01 | 22 | MS. DIXON:  Objection.  Relevance. |
| 06:00:03 | 23 | BY MS. HAYRAPETIAN: |
| 06:00:03 | 24 | Q   Who handles the tax filings at -- of UTP? |
| 06:00:11 | 25 | A   Probably that somebody that does taxes. |

CEASAR MCDOWELL                                                JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 06:00:14 | 1 | Q    Okay.  As the CEO, you do not know -- are |
| 06:00:15 | 2 | you -- is your testimony today that you do not know who |
| 06:00:17 | 3 | handles the financials and taxes of your organization? |
| 06:00:22 | 4 | A    My testimony is the person that does the taxes |
| 06:00:25 | 5 | is probably a tax person. |
| 06:00:27 | 6 | Q    So where would you go to find out if a judge |
| 06:00:31 | 7 | was asking you this question? |
| 06:00:33 | 8 | A    I don't know.  Tell the judge to ask me. |
| 06:00:35 | 9 | Q    Has UTP missed any of its annual tax filings? |
| 06:00:46 | 10 | A    I don't know. |
| 06:00:47 | 11 | Q    Does UTP still have 5013c [as heard] status? |
| 06:00:52 | 12 | A    Yes. |
| 06:00:53 | 13 | Q    Has UTP ever lost its 501(c)3 status? |
| 06:00:59 | 14 | A    No. |
| 06:00:59 | 15 | Q    Okay. |
| 06:01:12 | 16 | MS. HAYRAPETIAN:  I'm marking for the record |
| 06:01:14 | 17 | Tab 1, and it's Exhibit 117. |
| 06:01:45 | 18 | MS. DIXON:  I don't -- what is the tax return |
| 06:02:00 | 19 | exhibit number?  Was it 116? |
| 06:02:09 | 20 | (Exhibit 117 was marked for identification.) |
| 06:02:09 | 21 | BY MS. HAYRAPETIAN: |
| 06:02:09 | 22 | Q    So have you seen the document in front of you? |
| 06:02:12 | 23 | A    No. |
| 06:02:12 | 24 | Q    Okay.  This is your deposition subpoena, and |
| 06:02:14 | 25 | you've never seen it before? |

```
06:02:16   1          A     Not at all.

06:02:21   2          Q     Did you meet with your lawyer before you came

06:02:22   3    to this deposition?

06:02:23   4          A     No.

06:02:24   5          Q     Your lawyer did not show you this deposition

06:02:27   6    notice?

06:02:29   7          A     I don't recall.

06:02:29   8          Q     How did you know to come to your deposition

06:02:32   9    today?

06:02:37  10          A     I was told there was a deposition today.

06:02:38  11          Q     Okay.  Were you provided a copy of that

06:02:43  12    document at any point?

06:02:44  13          A     I don't recall.

06:02:46  14          Q     Did you receive a list of documents you were

06:02:48  15    supposed to search for to bring to your deposition?

06:02:52  16          A     I don't recall.

06:02:54  17          Q     Okay.  Let's go to page -- it's towards the

06:03:04  18    end.  It's going to be page 7.

06:03:11  19                So the first request requires you to produce

06:03:14  20    all documents and communications between you and

06:03:17  21    defendant that refer or relate to Ms. Pete.

06:03:19  22                Did you bring any documents today responsive

06:03:24  23    to this request?

06:03:27  24          A     What page are we on?

06:03:29  25          Q     We're on page 7.
```

CEASAR MCDOWELL                                    JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 06:03:30 | 1 | A    Let me get there.  Let me see. |
| 06:03:32 | 2 |      Did I bring any of these documents? |
| 06:03:56 | 3 | Q    Yes. |
| 06:03:56 | 4 | A    No. |
| 06:03:57 | 5 | Q    Did you search for any of these documents? |
| 06:04:03 | 6 | A    I don't remember. |
| 06:04:05 | 7 |      MS. DIXON:  I would object to the extent that |
| 06:04:06 | 8 | they're work product, attorney-client privilege. |
| 06:04:09 | 9 |      MS. HAYRAPETIAN:  Okay.  Thanks. |
| 06:04:10 | 10 | BY MS. HAYRAPETIAN: |
| 06:04:11 | 11 | Q    Are you saying you did not look for any of the |
| 06:04:15 | 12 | documents requested here? |
| 06:04:17 | 13 | A    I didn't say that.  I said, "I don't |
| 06:04:18 | 14 | remember." |
| 06:04:19 | 15 | Q    You don't remember.  Okay. |
| 06:04:20 | 16 |      Do you remember what you did to look for the |
| 06:04:22 | 17 | documents here? |
| 06:04:24 | 18 | A    Again, I don't remember. |
| 06:04:26 | 19 | Q    What devices did you search? |
| 06:04:32 | 20 | A    Are you talking to me again? |
| 06:04:33 | 21 | Q    Yes. |
| 06:04:34 | 22 | A    I don't remember. |
| 06:04:34 | 23 | Q    How many cell phones do you have? |
| 06:04:37 | 24 | A    When you say "cell phones," do you mean mobile |
| 06:04:41 | 25 | phones?  What type of cell phones? |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 06:04:43 | 1 | Q    What kind of cell phones are you aware of that |
| 06:04:45 | 2 | exist? |
| 06:04:48 | 3 | A    Satellite phones.  Is that a cell phone?  They |
| 06:04:53 | 4 | have those rapid radios now.  Those are good. |
| 06:04:57 | 5 | Q    Okay.  Do you use either of those things to |
| 06:05:00 | 6 | text and communicate with the defendant? |
| 06:05:05 | 7 | A    Who is the defendant? |
| 06:05:07 | 8 | Q    Milagro Cooper, your former client. |
| 06:05:11 | 9 | A    I don't know. |
| 06:05:12 | 10 | Q    Okay.  Did you search your mobile device for |
| 06:05:14 | 11 | communications with Ms. Cooper? |
| 06:05:16 | 12 | A    I don't remember. |
| 06:05:18 | 13 | Q    Did you check your personal emails for |
| 06:05:23 | 14 | communications with Ms. Cooper? |
| 06:05:25 | 15 | A    I don't remember. |
| 06:05:26 | 16 | Q    Did you check your social media accounts for |
| 06:05:33 | 17 | communications with Ms. Cooper? |
| 06:05:35 | 18 | A    I don't remember. |
| 06:05:36 | 19 | Q    Did you check your banking apps for financial |
| 06:05:42 | 20 | transfers with or regarding Ms. Cooper? |
| 06:05:50 | 21 | A    Financial apps for -- I don't even know what |
| 06:05:52 | 22 | you are talking about. |
| 06:05:53 | 23 | Q    Did you look at your bank accounts to see if |
| 06:05:55 | 24 | there were any money transfers to or from Ms. Cooper? |
| 06:06:01 | 25 | A    No.  I don't remember. |

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

| | | |
|---|---|---|
| 06:06:03 | 1 | Q   No or you don't remember? |
| 06:06:05 | 2 | A   I said, "No, I don't remember." |
| 06:06:07 | 3 | Q   Okay.  So we have -- I'm just going to try to |
| 06:06:12 | 4 | streamline.  We have seven requests.  We went through |
| 06:06:14 | 5 | the first one.  And you did not search for documents; |
| 06:06:17 | 6 | right? |
| 06:06:18 | 7 | A   I said, "I don't remember." |
| 06:06:19 | 8 | Q   Okay.  All documents and communications |
| 06:06:22 | 9 | between you and Sonstar Peterson that refer or relate to |
| 06:06:25 | 10 | defendant. |
| 06:06:25 | 11 | Did you search for documents? |
| 06:06:28 | 12 | A   Again, I said, "I don't remember." |
| 06:06:30 | 13 | Q   All documents and communications between you |
| 06:06:32 | 14 | and Daystar Peterson that refer or relate to defendant. |
| 06:06:35 | 15 | Did you search for those documents and |
| 06:06:37 | 16 | communications? |
| 06:06:38 | 17 | A   Again, I don't remember. |
| 06:06:41 | 18 | Q   All documents and communications that refer or |
| 06:06:43 | 19 | relate to any payments and/or items of value given to |
| 06:06:47 | 20 | defendant. |
| 06:06:47 | 21 | Did you search for those documents and |
| 06:06:50 | 22 | communications? |
| 06:06:51 | 23 | A   Again, I don't remember. |
| 06:06:52 | 24 | Q   All documents and communications that refer or |
| 06:06:54 | 25 | relate to any payments and/or items of value given to |

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

06:06:58  1    defendant's family.

06:06:59  2            Did you search for --

06:07:01  3        A    Again, I do not remember.

06:07:03  4        Q    My question was not done.  But did you search

06:07:05  5    for documents responsive to that request?

06:07:06  6            Let me guess, you don't remember.

06:07:11  7            MR. HAYDEN:  Objection.  Argumentative.

06:07:13  8            MS. HAYRAPETIAN:  Let's take a 10-minute

06:07:14  9    break.

06:07:16 10            THE VIDEOGRAPHER:  The time is 6:07 PM.

06:07:18 11    Pacific time.  We are now off the record.

06:07:30 12            (Recess was taken.)

06:35:04 13            THE VIDEOGRAPHER:  The time is 6:35 PM

06:35:14 14    Pacific time.  We are back on the record.

06:35:15 15    BY MS. HAYRAPETIAN:

06:35:17 16        Q    Before I do my final admonitions, I should

06:35:19 17    ask, does anyone have questions they want to ask the

06:35:22 18    witness?

06:35:26 19            MR. HAYDEN:  I don't have any.

06:35:27 20            MS. DIXON:  I don't have any.

06:35:29 21            MS. HAYRAPETIAN:  Okay.

06:35:29 22    BY MS. HAYRAPETIAN:

06:35:30 23        Q    Mr. McDowell, in a week or so you will be

06:35:32 24    given the transcript to review to make sure that it

06:35:35 25    accurately reflects what you said here today.  Your

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

06:35:38   1   attorney will provide that to you, and it will also

06:35:40   2   include the exhibits.  You can make any changes that you

06:35:44   3   think are necessary to ensure that the transcript

06:35:47   4   accurately reflects what you say here today -- what you

06:35:49   5   said here today.  There will be a corrections form at

06:35:52   6   the end of the transcript where you can fill out any

06:35:55   7   such changes.

06:35:55   8          If you make any substantive changes to your

06:35:58   9   testimony, such as changing a "Yes" to a "No," or by

06:36:01  10   writing in additional words or sentences, anyone can

06:36:04  11   comment on that to the judge or jury, as indicating that

06:36:07  12   you are not a credible witness.

06:36:09  13          Do you understand?

06:36:10  14      A   Yes.

06:36:11  15      Q   Anyone can ask the judge or jury to disregard

06:36:15  16   any substantive changes you made to the transcript and

06:36:17  17   rely solely on what the transcript said before you

06:36:21  18   received it.

06:36:21  19          Do you understand?

06:36:23  20      A   Yes.

06:36:24  21      Q   And, as a reminder, given your company

06:36:26  22   previously represented Ms. Cooper, you are -- everyone

06:36:31  23   at your company is still bound by the protective order

06:36:34  24   that is entered in this case, and all the documents and

06:36:39  25   conversations we had today are so protected under that

CEASAR MCDOWELL                                              JOB NO. 1837675
JULY 25, 2025

| | | |
|---|---|---|
| 06:36:45 | 1 | protective order. |
| 06:36:46 | 2 | Do you understand? |
| 06:36:48 | 3 | A    No. |
| 06:36:49 | 4 | Q    What don't you understand? |
| 06:36:51 | 5 | A    What you just said. |
| 06:36:52 | 6 | Q    Okay.  So we can -- I can show it to you. |
| 06:37:01 | 7 | MS. HAYRAPETIAN:  Let's add this as an |
| 06:37:03 | 8 | exhibit.  It's 118. |
| 06:37:18 | 9 | (Exhibit 118 was marked for identification.) |
| 06:37:29 | 10 | BY MS. HAYRAPETIAN: |
| 06:37:29 | 11 | Q    I will represent that it is an order signed by |
| 06:37:33 | 12 | the judge in this case after the parties -- |
| 06:37:37 | 13 | specifically, Mr. Hayden, and Mr. Pancier, and our |
| 06:37:44 | 14 | firm -- negotiated which is just a standard protective |
| 06:37:48 | 15 | order, and the parties have been bound by this |
| 06:37:54 | 16 | protective order.  And I was merely explaining that |
| 06:38:00 | 17 | given your firm previously represented Ms. Cooper, your |
| 06:38:06 | 18 | company continues to be bound by its language. |
| 06:38:09 | 19 | Do you understand that? |
| 06:38:12 | 20 | A    Is the company that leaked the audio to the |
| 06:38:15 | 21 | media -- are they in here?  Are they bound to this too? |
| 06:38:17 | 22 | Or no, just us? |
| 06:38:19 | 23 | MS. HAYRAPETIAN:  I have no idea what you're |
| 06:38:20 | 24 | talking about. |
| 06:38:20 | 25 | MR. HAYDEN:  This just pertains to us. |

```
06:38:22   1            THE WITNESS:  Oh, okay.

06:38:23   2   BY MS. HAYRAPETIAN:

06:38:24   3       Q    And that while my questioning for today has

06:38:30   4   concluded, I have to keep the deposition open, given

06:38:34   5   from the very beginning of my very first question, the

06:38:39   6   witness had made clear he was not going to cooperate

06:38:42   7   today and said it would not go well; and that he

06:38:47   8   indicated in every way, including with his words, that

06:38:50   9   he had no intention of providing substantive and

06:38:53  10   truthful responses; and I think the transcript reflects

06:38:58  11   that today with the hundreds of "I don't knows" and "I

06:39:00  12   don't remembers."

06:39:01  13            And even, after the very first question, when

06:39:06  14   I asked for other names, I was refused a response; and

06:39:12  15   it was only after I stepped out to consider calling the

06:39:15  16   judge and came back, that my questions began to get some

06:39:23  17   words, although they were not substantive responses.

06:39:27  18            And throughout the entire depo, I believe the

06:39:31  19   witness was generally rude, disrespectful, and did

06:39:37  20   everything to undermine the discovery and obstruct

06:39:41  21   this -- this deposition.  And I reserve plaintiff's

06:39:46  22   right to seek relief from the court and come back, if we

06:39:50  23   need to.

06:39:50  24            And, with that, thank you for your time,

06:39:55  25   Mr. McDowell.
```

06:39:57   1          THE VIDEOGRAPHER:  If there's nothing further,

06:39:59   2   before going off the record, Counsel Dixon, transcript

06:40:02   3   or video order for you, ma'am?

06:40:04   4          MS. DIXON:  No.  No, thank you.

06:40:06   5          MR. HAYDEN:  Okay.

06:40:06   6          THE VIDEOGRAPHER:  Counsel Hayden, transcript

06:40:07   7   or video order for you, sir?

06:40:09   8          MR. HAYDEN:  Yes.  The witness is requesting

06:40:11   9   one for us, yes.

06:40:14   10          THE VIDEOGRAPHER:  But no video, sir?

06:40:16   11          MR. HAYDEN:  No video order.

06:40:16   12          THE VIDEOGRAPHER:  And, Counsel Hayrapetian,

06:40:18   13   would you like the video synced with the transcript?

06:40:20   14          THE WITNESS:  I want the video.

06:40:21   15          MR. HAYDEN:  You want the video?

06:40:21   16          I take that back.  He wants the video as well.

06:40:24   17          THE VIDEOGRAPHER:  Would you like the video

06:40:25   18   synced with the transcript?

06:40:27   19          MR. HAYDEN:  Yes, that would be good.

06:40:28   20          THE VIDEOGRAPHER:  And, Counsel Hayrapetian,

06:40:30   21   would you like the video synced with the transcript?

06:40:33   22          MS. HAYRAPETIAN:  Yes, please.  And I would

06:40:34   23   like a rough as well.

06:40:35   24          THE VIDEOGRAPHER:  Okay.  That ends Volume I

06:40:37   25   of the video deposition of Ceasar McDowell.  The time is

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

```
06:40:42   1   6:40 PM Pacific time.  We are now off the record.

06:40:44   2             (Proceedings concluded at 6:40 PM.)

06:40:55   3                        - - -

           4

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```

CEASAR MCDOWELL                                          JOB NO. 1837675
JULY 25, 2025

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3          I, the undersigned, declare under penalty of

 4    perjury that I have read the entire foregoing transcript

 5    of my deposition or the same has been read to me, and

 6    the same is true and accurate, save and except for

 7    changes, corrections, additions or deletions indicated

 8    by me on the DEPOSITION ERRATA SHEET hereof, with the

 9    understanding that I offer these changes as if still

10    under oath.

11

12          Signed on the _____ day of _____, 20___,

13    at _____, _____.

14           (City)                    (State)

15

16

17

18

19                           _____

20                               CEASAR MCDOWELL

21

22

23

24

25
```

1          I, RONNY ZAVOSKY, CSR No. 12359, certify that

2   the foregoing proceedings were taken before me at the

3   time and place therein set forth, at which time the

4   witness was duly sworn and that the transcript is the

5   true record of the testimony so given;

6

7          Witness review, correction and signature;

8       (X) shall be per venue code   ( ) was requested

9       ( ) was not requested         ( ) was waived

10      ( ) not handled by the deposition officer due to

11          party stipulation

12

13          The dismantling, unsealing, or unbinding of

14   the original transcript will render the reporter's

15   certificate null and void.

16          I further certify that I am not financially

17   interested in the action, and I am not a relative or

18   employee of any attorney of the parties, nor of any of

19   the parties.

20          Dated this 1st day of August, 2025.

21

22

23   _____

24   RONNY ZAVOSKY, CSR NO. 12359
     CERTIFIED SHORTHAND REPORTER

25

CEASAR MCDOWELL                                                      JOB NO. 1837675
JULY 25, 2025

```
 1   ERRATA SHEET
     CHANGES IN TESTIMONY
 2   MEGAN PETE v MILAGRO ELIZABETH COOPER
     CEASAR MCDOWELL
 3   July 25, 2025

 4   Page  Line   From                   To

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24   SIGNATURE:_____DATE:_____

25            CEASAR MCDOWELL
```

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

## Exhibits

**Exhibit 76** 5:9 21:2,4

**Exhibit 77** 5:10
20:14 21:1 58:25 59:3

**Exhibit 78** 5:11 74:2,
3,4

**Exhibit 79** 5:12
83:23 84:15,16,17

**Exhibit 80** 5:13
89:18,19

**Exhibit 81** 5:14 91:4,
5 92:14

**Exhibit 82-B** 5:16
102:23 103:20

**Exhibit 84-B** 5:18
124:5

**Exhibit 85-B** 5:20
139:8

**Exhibit 86** 5:21
149:3,13

**Exhibit 87** 5:22
151:1,3 189:5 191:23

**Exhibit 88-B** 5:24
158:24

**Exhibit 89-B** 6:3
162:8

**Exhibit 90-B** 6:5
167:19

**Exhibit 91** 6:6
168:25 169:1

**Exhibit 92** 6:7
171:17,18

**Exhibit 93** 6:8
173:14,15,16

**Exhibit 94-B** 6:10
177:24

**Exhibit 95-B** 6:12
182:22

**Exhibit 96** 6:13
189:9,10

**Exhibit 97** 6:14
192:2,4 194:6

**Exhibit 98** 6:15
194:11

**Exhibit 99** 6:16
196:1,2

**Exhibit 100** 6:19
198:9 199:14 207:17

**Exhibit 100-B** 6:18
199:17

**Exhibit 102-B** 6:21
215:3

**Exhibit 103-B** 6:23
216:6

**Exhibit 104-B** 7:3
221:8

**Exhibit 105-B** 7:5
225:12

**Exhibit 106-B** 7:7
229:5

**Exhibit 107-B** 7:9
235:6

**Exhibit 108** 7:10
243:22 244:9

**Exhibit 109** 7:11
248:17,21

**Exhibit 110** 7:12
250:12 252:12,16

**Exhibit 111** 7:13
253:13,17

**Exhibit 112** 7:14
257:11 261:2,4

**Exhibit 113-B** 7:16
261:23

**Exhibit 114** 7:17
265:3,5

**Exhibit 115** 7:18
267:16,17

**Exhibit 116** 7:19
278:3,4

**Exhibit 117** 7:20
279:17,20

**Exhibit 118** 7:21
286:9

## $

**$100,000** 203:8,16,
23

**$5,000** 178:13,25
180:9,14

**$50,000** 73:22 74:9,
20

## 0

**0824** 268:1

## 1

**1** 74:8 86:13 114:22
124:23 149:20,25
150:1,2 189:2 265:8
279:17

**1,000** 220:14

**10** 26:7,8 44:4 54:3
57:14 82:20 134:1

**10-minute** 284:8

**100** 31:15 97:22,23
198:9 199:6,14 207:17
225:3 238:5,22

**100,000** 203:13

**100-A** 199:15,16

**100-B** 199:15,17

**100-something**
182:12

**100K** 254:3

**101** 207:16 214:23

**102** 214:22

**102-A** 214:23 215:2

**102-B** 214:24 215:3

**103** 216:2

**103-A** 216:5

**103-B** 216:6

**104** 220:25

**104-A** 221:7 225:8

**104-B** 221:8 225:9

**105** 225:7

**105-A** 225:11

**105-B** 225:9,12

**106** 229:2

**106-A** 229:4

**106-B** 229:5

**107** 235:4

**107-A** 235:5

**107-B** 235:6

**108** 243:22 244:8,9

**109** 248:17,21

**10:26** 8:2,10

**10:29** 10:25

**10:36** 11:3

**11-A** 156:22,25 157:1

**110** 250:12 252:12,15,
16

**111** 252:13,14 253:13,
17

**112** 257:11 261:2,4

**113** 261:20

**113-A** 261:22

**113-B** 261:21,23

**114** 265:3,5

**115** 267:16,17

**116** 278:3,4 279:19

**117** 279:17,20

**118** 286:8,9

**11:41** 82:25

**12** 17:13 88:21 168:25
194:4 244:12

**12359** 9:14

**12:05** 83:3

**12:34** 106:5

**12:35** 106:8

**12th** 18:14 52:21 53:1
57:25 86:9 89:22 194:1

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**13** 171:16,22 195:21

**14** 150:9,23 173:15 219:23 231:17 265:3

**15** 25:7,8 26:2,3 46:23 159:1 160:1 167:21 215:7

**15-A** 177:20

**1501** 276:18

**15K** 254:4

**16** 151:2

**17** 76:8 83:8 162:10 169:3 170:11,12 195:25

**18** 157:4,7 198:10 255:4,23

**19** 178:11 214:22 216:3,4 278:11,13

**1992** 44:19,20,24

**1997** 44:24

**1:19** 136:21

**1:24-CV-24228-CMA** 8:15

**1st** 199:12

---

**2**

**2** 20:15 265:9 278:6,10

**20** 25:7,9 33:10,13,16 44:5 45:11 46:23

**20-** 160:9

**20-year** 44:1

**2000** 44:21 45:3

**2016** 24:19 26:14 46:1

**2017** 48:11

**2020** 18:14,17,24 44:21 45:3 52:21 53:1 57:25 100:21 169:3 170:11 174:2

**2021** 83:8 278:7,11

**2022** 58:3 76:17 171:22 174:2 268:3

**2023** 76:8,18 83:9 86:9 88:21 89:22 149:18

159:1 160:1,9 162:10 165:2

**2024** 89:25 92:16 103:10,22 118:5 121:9 123:4 149:19 151:8,11 155:6 167:21 189:2 194:1 195:21 220:21 230:7 244:12 278:11

**2025** 8:1,9 78:8 151:11 215:7 219:23 251:4 261:6 262:1

**205** 128:20

**22** 74:3 102:19,20,22 189:4

**22-A** 102:10

**22-B** 102:10

**23** 124:22

**24th** 220:21

**25** 8:1 30:3 124:22 142:9 151:8 252:12 261:6

**25K** 254:4

**25STCV18815** 251:1

**25th** 8:9

**26** 145:5 257:12

**27** 89:25 251:4 261:3

**28-A** 261:20

**281 640-4536** 153:2

**28th** 107:17

**2:17** 136:24

**2:20** 139:1

**2:22** 139:4

---

**3**

**3** 74:6,8,13 76:5 265:9, 21 266:22

**30** 73:23 74:20 121:9 123:4 203:13

**30th** 118:5 124:7

**31** 102:23

**31-A** 102:12,16,17 103:1

**31st** 134:20

**32** 105:11

**32-A** 105:19

**38-A** 161:21 162:1

**3:32** 199:1

---

**4**

**4** 86:22 88:16 90:7 92:20 93:7,17 103:10 265:10 266:16

**40** 155:7

**42** 149:3

**44-A** 182:19

**45-A** 235:4

**46** 243:21

**47** 250:12

**48** 189:9

**49** 265:4

**4:01** 199:4

**4:52** 242:7

**4th** 92:16

---

**5**

**5** 58:25 88:5 90:7 124:23 138:21 265:10

**50** 73:14,17 142:2 155:9,17,20 255:9

**50,000** 257:16

**50-** 255:21

**50-A** 167:14

**501(c)3** 277:22,23,25 279:13

**5013c** 279:11

**501c** 277:18

**51** 253:14

**51-A** 253:14

**51-B** 253:14

**52** 225:8 229:2

**52-A-1** 221:1

**54** 194:9

**55** 244:3

**555** 128:20

**562** 244:15

**562 355-0834** 148:2,12 150:8 153:1

**563 355-0834** 149:21 151:22

**59-A** 138:20 199:13

**59-B** 138:20

**5:13** 242:10

**5th** 103:22

---

**6**

**6** 83:23 86:23 114:22 138:21 265:11

**60** 138:19,22

**60,000** 255:9,21 257:17

**60-A** 138:5,6,14

**60-B** 137:12

**68** 137:13

**6:07** 284:10

**6:35** 284:13

**6:40** 289:1,2

---

**7**

**7** 78:8 89:18 124:22 138:21 191:21,23 192:10 265:11 268:3 280:18,25

**73** 151:7,10,17,18,25 152:8,12,15,16,22 153:13,14,25 154:6,25

**76** 20:16,17 21:2,3,4 59:1

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**77** 20:14 21:1 58:25 59:3

**78** 74:3,4

**79** 83:23 84:16,17

---

**8**

**8** 91:3 124:22 138:21

**80** 89:18,19,24 138:5

**81** 91:4,5,14 92:14 103:8,9

**82** 102:22 103:2 105:11 138:18 139:11

**82-A** 103:19

**82-B** 102:23 103:20

**84** 123:14 137:8,9

**84-A** 124:4 138:9

**84-B** 124:5 137:9

**85** 133:12 137:12

**85-A** 138:13 139:7

**85-B** 138:14 139:8

**86** 149:3,8,9,13

**865** 8:11

**87** 151:1,3 189:5 191:23

**88-A** 156:22 158:23

**88-B** 156:23 158:24

**89** 161:21

**89-A** 162:7

**89-B** 162:8

---

**9**

**9-A** 123:15 138:21

**90** 167:13 174:21 193:7

**90-A** 167:18

**90-B** 167:19

**90-something** 151:16

**90017** 8:12

**90802** 128:21

**91** 168:25 169:1

**92** 171:17,18 198:11

**93** 173:15,16 177:21

**94** 177:20,23

**94-A** 177:21

**94-B** 177:22,24

**95** 182:18

**95-A** 182:21

**95-B** 182:20,22

**96** 189:9,10

**97** 44:21 150:9,22 151:19 154:25 192:2,4 194:6 218:17,18

**98** 193:7,10 194:6,8,11

**99** 196:1,2

**99.9** 193:8

**990** 278:7

**9:07** 255:2

---

**@**

**@ceasar** 210:5

**@ceasarmcdowell** 210:1,3

**@unitethepeople.org** 97:21

---

**A**

**A-1** 216:3,4

**A-2** 214:22 225:8

**A-3** 229:2

**ability** 16:24 119:17

**absolutely** 38:4 61:14 97:18 232:15 235:13 236:1

**abuse** 113:13 242:3

**access** 42:3 104:25 107:24

**accessible** 33:9

**account** 39:3,20 41:14 42:20 61:21 97:16 99:19 132:5 207:23,24 210:15,19 253:21 267:10

**accounts** 38:24,25 39:17,25 40:2,5,8,11 42:4,7,25 43:3,9,13,16, 19,22 53:17 207:24,25 208:1 271:5 282:16,23

**accurately** 284:25 285:4

**accusations** 174:22

**accuse** 222:19 260:16

**accused** 59:14,22 60:6,10 166:21 258:6

**accusing** 219:24 220:12 233:4,21 240:2 245:22 259:21

**acknowledge** 202:11

**acquired** 144:12

**action** 8:7 43:12 50:4 51:17 166:9,10,15

**actions** 166:20

**activities** 50:19

**activity** 220:24

**add** 137:11 147:3 286:7

**adding** 194:5

**addition** 144:10

**additional** 254:4 285:10

**address** 92:20 97:5 99:11 268:1

**addresses** 90:8 97:21

**Adin** 273:11,13,15

**Administrative** 25:10,11

**admitted** 101:20 102:5 107:23 256:23

**admonition** 138:2

**admonitions** 213:7 284:16

**adult** 117:17

**advice** 31:14,19 123:12 128:6

**Advil** 133:8

**advise** 35:10,12 49:25 80:1

**adviser** 136:5

**advises** 80:8 132:1 267:6

**advising** 203:2

**advisory** 58:16 59:10 79:16 80:3,5 131:6,10 132:16 264:20,22,24 265:8,15, 17,22 266:2,4,8,10,18 268:9,16,22

**affiliated** 226:4

**affiliation** 225:24 234:21

**affiliations** 235:1

**AG** 93:13

**agent** 99:10

**aggressive** 111:8, 11,12,14

**agree** 73:9,12 81:22, 25 89:10 131:10 188:15,16 208:20 209:7 232:8,14 251:25

**agreed** 111:18 127:21 251:15 260:20

**agreeing** 188:25

**agreement** 133:17 147:17,18,20 251:21

**agrees** 124:12,14

**ahead** 51:23 71:3 90:19 107:22 152:12 154:2 179:18 212:8 213:2 214:11

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**AI** 172:10,12,13,22 173:2

**AI'D** 172:14

**aid** 46:4,5

**aided** 60:23 61:5

**aka** 111:24 112:1

**Akademik's** 189:15

**Akademiks** 189:20, 23 190:1,7,13,16,20,23, 25 191:5,16,19 273:17, 22,24

**Alanah** 8:24

**alcohol** 17:6

**aliases** 12:11

**Allan** 29:25 135:18 205:14

**allegations** 196:10 220:23

**alleged** 43:11 250:5

**allegedly** 254:4,9,10, 12 276:3

**Allen** 189:23

**allocated** 31:5

**allowed** 65:13 228:13,17

**ambiguous** 69:10 105:6 219:19 230:25

**Amendment** 146:14,23 147:1,4 241:5

**amount** 78:5 112:11 254:1 257:2,20

**and/or** 283:19,25

**Angeles** 8:1,11 20:22 251:2

**Anna** 238:9

**announce** 20:18 251:12

**announced** 20:21

**annual** 50:24 279:9

**annually** 270:3

**answering** 69:1,2 88:15

**anybody's** 125:10

**anymore** 214:12

**AOB** 90:3

**Ape** 10:19

**Apologies** 154:4

**apologize** 240:14

**app** 39:21 41:23,24

**apparently** 75:8

**appeal** 47:23 83:13 90:11 92:22

**appeals** 112:14

**appearance** 84:1,4 208:12

**appearances** 147:9

**appears** 268:8

**Appellate** 88:22

**applicable** 93:23

**appropriately** 146:21

**approval** 42:7,19 51:3,7,10 52:17 124:24 125:7,10,12 126:2,18 264:18

**approve** 207:25 223:8 228:18

**approved** 210:12,14

**apps** 282:19,21

**April** 78:8 215:7

**Araya** 9:4 248:6

**Araya's** 248:4

**area** 93:23

**areas** 60:22

**argue** 15:1

**argumentative** 54:23 73:4,7 114:15 182:5 198:2 206:14 210:22 219:20 227:20 237:14 245:25 259:13 284:7

**Arnold** 12:8

**arrangement** 269:19

**arrangements** 30:24 31:2

**arrest** 35:19

**article** 74:8 83:6 197:2,6

**articles** 45:22

**artist** 59:9 271:16

**artists** 131:23 267:3

**Asian** 23:12

**assault** 53:6

**asserted** 261:8

**asserting** 216:10,23

**assess** 255:13

**assigned** 255:19

**assignments** 50:22

**assist** 36:2,4,5 50:16 267:9

**assistant** 9:4 33:19

**assistants** 25:24 26:3,5,8

**assume** 16:3 205:25 233:3

**assumed** 246:2

**assumes** 80:10 144:22 177:1,13 181:6 227:5 262:16

**assuming** 67:19,23 70:15 75:2 85:1 87:11, 12 90:24 100:18 104:10,11 117:8 118:19 119:1 120:3 121:5 179:6,11,12 205:24 206:9 230:13

**Asthma** 17:14

**AT&T** 151:5 152:2,5, 7,10,19 154:10 189:5 191:23

**at-risk** 112:25 113:2, 12 114:1

**ate** 156:18

**attached** 87:1,15 89:4,7

**attachment** 89:5

**attachments** 93:12 254:24

**attacked** 223:3 224:17,23

**attempted** 191:22 194:2 234:9 235:14

**attempting** 236:4

**attend** 14:2 32:3 56:7 62:20 64:3,6

**attended** 13:3,8,23 31:24 32:23

**attending** 56:13 84:4

**attorney** 8:17 9:2,3 12:17 19:24 65:14,17 84:7 92:17,21 183:7 215:24 243:18 248:14, 18 249:16,25 255:6,9 285:1

**attorney's** 252:7

**attorney-client** 121:13 123:13 204:13 246:24 247:10,15 281:8

**attorneys** 8:8 19:11, 21 224:11 255:19

**attracts** 70:2 80:9

**Aubrey** 271:12

**audio** 143:20 199:13 255:11 256:7 262:18 286:20

**August** 92:16 103:10

**authority** 28:9 30:21

**authorized** 144:19, 20 249:1,12

**Automatic** 53:9

**avidly** 60:23 61:5

**Award-nominated** 59:9

**aware** 18:16 52:19,24 253:4 258:6 267:12 272:3,11 275:22 282:1

**Awesome** 74:18
94:1,6

---

**B**

---

**back** 11:4 24:23 55:7
73:14 76:9 83:4 106:9
109:4 122:20 124:20
133:10 136:25 137:1
139:5 140:6 142:7
152:13 153:19 157:16,
19 174:14 175:1 181:11
182:3,9 188:11 189:16
190:11,14 192:21
193:2,4 196:7 199:5
203:10 205:5 214:10
232:3 240:16 242:11
257:15 258:18 284:14
287:16,22 288:16

**back-to-back** 225:2

**background** 43:25
106:15,17

**bad** 119:15 258:9

**badgering** 182:5

**bail** 202:18,19,21,22,
23

**bailed** 200:13,15,16
201:10

**bailout** 200:7,9,11,
12,18 201:11 202:24

**bails** 201:23 202:12,
13,14,19,20

**bank** 271:5 282:23

**banking** 282:19

**banks** 200:13,15,16

**Banner** 9:4

**Banning** 9:4

**bar** 48:6,9 173:11,12
248:17 249:10,13,18

**bars** 249:20

**Baseball** 179:12

**based** 75:11 155:8

**bashing** 255:10,18

**basically** 30:2

**basis** 59:16,20,23,24
60:8,11 260:21 269:24
270:1

**Bates** 267:20

**bathroom** 82:8

**Beach** 24:15 73:22
78:12 128:21

**Beagle** 10:19 101:25

**beat** 247:9

**beds** 27:10

**Beegle** 10:19 101:25

**began** 24:21 287:16

**begin** 15:22 63:11,18

**beginning** 110:18
213:8 258:19 287:5

**behalf** 61:21 272:1

**Bi-weekly** 270:1

**big** 55:15

**bigger** 203:8,12

**biggest** 135:7,15,17,
19,25 136:5

**bio** 21:6,8 44:1,5
266:16

**bit** 43:24

**bitch** 159:3 242:21

**black** 14:8 23:11 30:2
45:5,6 61:2,4 167:1

**Blankets** 22:23

**blogger** 189:23 196:6

**bloggers** 86:16 87:4
89:23 90:12,14,18
94:25 128:5

**board** 13:9 14:5 58:16
59:10 78:10,13 79:9,11,
13,15,19 132:16
263:21,24 264:1,4,6,8,
10,12,15 268:9,16,22

**boards'** 264:17

**bold** 210:14

**Bomie** 8:23

**bond** 202:21

**bonds** 202:19,22,23

**bono** 251:9,13 252:1
255:20 258:24 260:20

**bonuses** 270:7

**book** 145:24

**boost** 171:13

**bottom** 88:16 150:5,6
210:17 263:2,7

**Boulevard** 128:20

**bound** 285:23 286:15,
18,21

**boutique** 266:24

**box** 263:1,2,3

**Boy** 35:1

**break** 11:7 16:10,11,
12 35:20,21,22,24 62:3
71:8,9 81:6,23,24 83:5
84:9,25 91:10 136:23
147:8 198:12,15,16,21
242:13 284:9

**breaks** 35:18

**bring** 33:7 34:24
119:17,18 249:6
280:15,22 281:2

**bringing** 119:10

**brings** 71:17,25

**brother** 21:14 24:3
25:2 45:9 264:6

**brought** 51:19
167:24 250:8

**brutally** 223:3 224:17

**buddy** 242:1

**budget** 30:18

**bullshit** 168:5,12
174:16,22

**bully** 12:8

**bullying/
harassment** 127:25

**bunch** 87:9 88:10
130:11 172:6 175:20

**bunk** 27:10

**business** 31:13,16
38:2 86:1,4,5 171:14

---

**C**

---

**calculated** 196:14

**Caldwell** 225:17,21
226:23 227:3,10 228:22
271:21

**Caldwell's** 226:25

**California** 8:1,12
9:14 45:23 48:7,10
52:20,25 78:11 109:12,
19 110:10 111:3,25
115:13 128:21 165:23
166:2,6,18 249:10,14,
18,25

**California's** 248:18

**call** 20:6 23:9,10,13,
14,15 46:5 121:19
124:7 126:23 142:19,
20,21 143:6,9,13,20
144:8 148:5 153:3
159:1 162:10 167:22,23
168:12 182:25 184:14
190:20 191:10,24
192:7,14 194:14 196:15
244:6,15,16

**called** 78:13 142:24
143:1,18 144:15
152:15,16 153:19,22
221:21 242:21,25
250:24 253:21

**caller** 144:2

**calling** 95:6 287:15

**calls** 22:7 80:11 95:8
133:3 143:2 144:2,4,21
149:15,18 150:9,11
151:7,10,16,18 154:6,
25 155:17,20 174:19
187:7 191:22 196:11
204:12,13 218:13
236:21 257:4 259:23
272:4 275:13

**calm** 242:14

**camera** 193:15

**camp** 152:7

---

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**campaign** 201:13
253:22

**cannabis** 17:4

**capacity** 121:23

**caption** 59:6 60:2
209:14,18

**capture** 74:7

**car** 275:19,23

**care** 91:23 114:23
157:10,19 236:9

**carports** 27:11

**cartoon** 10:20

**case** 8:12,14 26:17
29:12,14,22,24,25 30:1,
4,5 36:16,19 37:14,19
46:24,25 49:10 51:14,
15,24 52:1 54:1 66:14
71:17,25 78:10 94:20,
25 101:7 105:1 106:22
114:6,9 115:12 116:17
117:25 118:3 127:11,16
129:16,24 162:20
163:17,22,23,25 164:1,
2,4,5,6,18,20 165:5,7,
10,11,13,14,16,18,20,
21 166:4,5,22 167:23
172:21 176:24 177:7
180:9,18 184:10 197:9
204:18 207:11 208:12,
23 209:4 212:1 222:4,7,
10,12,16 227:1 230:6
231:23 243:25 250:24
251:1,9,13 252:1 254:3
256:2 257:21 258:2
261:8 262:2 274:10,13,
20,24 275:1,2,3,17
285:24 286:12

**caseload** 108:13

**cases** 23:13,18,20
28:24 29:5,7,8,16,19
31:5,6,9 34:17,22,25
37:17 38:22 50:16
109:12 113:22,23
115:21 119:10,17,18,19
128:8 164:9,13,14,15,
18 173:7,8 180:11
194:3 218:24 219:12

**cash** 270:25

**caused** 45:13

**Ceasar** 8:17 9:2,17
10:3 11:11 59:7 61:9
64:12 93:8 107:21
121:22 196:12 207:22
208:7 209:8,15,19
210:2 211:6 241:25
244:13 250:25 258:22,
25 260:11 265:9 288:25

**ceasar_
mcdowell@
unitethepeople.
org.** 90:9

**ceasarceo@
gmail.com.** 88:18

**celebrities** 273:1,8,
9

**celebrity** 273:3,6

**cell** 142:18 144:16
145:8,14,17 146:5
148:1,4,8,11,14,17
151:6 169:24 170:24
171:2 223:3 224:17,23
281:23,24,25 282:1,3

**central** 78:18

**CEO** 20:3,11 21:21
22:4 26:22,24 27:1,15
28:3,9,23 31:4,16 34:11
36:21 37:25 38:8,13,16
47:2 59:7 61:10 79:18
96:18 108:12 109:17
112:7 117:25 119:5,11,
14,16,22 129:2,4 166:4
189:18 196:13 208:7
209:8 222:9 263:23
264:17 265:24 266:18
269:12 279:1

**certificate** 33:1

**certificates** 33:3,15

**certified** 9:13 124:21

**chain** 88:3,6

**challenge** 261:9

**chance** 19:23 84:25
194:13 244:5,14

**change** 148:19
157:17 169:14 171:10

**changed** 147:8
148:22,24

**changing** 285:9

**charge** 46:17 47:3
98:22,24

**charged** 52:20,25

**charges** 54:2 61:8
167:2 172:22

**charitable** 250:2

**Charles** 250:25

**chat** 189:12,13

**cheap** 201:19

**cheaper** 201:22

**check** 39:14 41:22,24
76:20 91:6,7,8,17,19,
21,23,24 92:1,2,8,9,11,
12,13 98:20 115:9
128:15,16 153:10
282:13,16,19

**checked** 83:6

**checking** 182:1
193:4 268:14

**Chicago** 276:23

**childhood** 117:11,
14

**children** 112:20

**cigarette** 81:6 85:6

**circle** 67:4,8 274:18

**circumstance**
121:24

**circumstances**
15:4

**city** 97:18

**civil** 23:20 114:6,12
115:20 124:16 222:14
253:24

**claim** 122:11 168:12
174:17 203:7

**claimed** 174:21
253:2 254:2 259:9

**claiming** 59:16,21

**claims** 196:7 254:8

**changed** ... 

**clarification** 16:8
38:19 41:6 68:14 75:7
77:1 95:21 126:6 243:9,
11,14 270:13

**clarified** 213:9

**clarify** 138:16

**clarifying** 111:10

**classify** 23:17 221:18

**clean** 27:11

**clear** 133:25 243:6
287:6

**client** 35:11 36:6
37:22,24 69:15 77:13
89:15 104:22 108:4
115:17 121:21,22
134:23 135:7,15,17
147:14 165:8 166:4
180:20,21 183:2,6,11
185:11 187:17 196:13
205:6,13,18,21 206:1
208:18 217:19,20,23
218:1,4,8,16 231:6
235:9,16 237:7 247:7
260:10 268:12 274:15
282:8

**client's** 77:14 180:24

**clients** 23:8,10 29:1
30:25 31:2,20 34:3
36:22,25 37:3,6 38:5
46:12,15 48:3 51:3
69:21 70:7 72:10 74:11,
22 80:9 104:19 108:25
109:7 115:23 116:2,9
122:1 135:19 201:23
217:22 218:3

**clip** 103:15 105:21
106:12 107:4 123:18
124:1 138:17 139:6
140:3 158:2,18,22
161:24 162:6 167:17
177:25 178:3,9,22
179:23 182:23 199:10,
18,21 200:1,3 215:4
216:7 221:9 225:13
229:2,6 235:7 261:24

**close** 95:6 140:17
216:11

**clothes** 253:8

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**club** 276:19

**co-founded** 21:12

**co-founder** 20:3,9
265:23 266:18

**co-founders** 21:24

**coach** 77:5

**coached** 260:2

**coaching** 75:15,17
77:6 231:5,7,12 243:7,8

**code** 147:22

**cold** 22:23

**colleague** 8:23
187:3

**colleagues** 8:24

**collect** 11:7

**collectively** 44:8

**commenced**
232:25 268:4

**comment** 285:11

**commentator**
225:22 227:3

**commenting**
210:19

**common** 60:21
147:17

**communicate**
36:21,23 37:7 49:13,18
67:1,6,13 144:12
145:11 161:8 171:4
214:3,8,15 272:13,20
282:6

**communicated**
43:15,18,21 68:1

**communicating**
108:1 168:4,14 171:8
214:18

**communications**
37:5 123:11 174:15,18
280:20 282:11,14,17
283:8,13,16,18,22,24

**community** 97:18

**company** 28:5,7
38:13,15 47:2 79:19
109:17 110:1,2,3

119:11,17 179:21
266:17 268:16 285:21,
23 286:18,20

**company's** 97:5
108:17,19,22

**compare** 62:1

**compensated** 80:5
264:12 266:10

**compilation** 267:19

**complaint** 77:10
147:15 174:22 196:9
220:24 223:6 230:6,7
237:4 238:24 239:11
242:4 249:9,13,17

**complaints** 173:8

**complicated** 232:7

**compose** 242:15

**compound** 69:9
78:22 105:5 183:14
196:18 230:25 232:13
233:24

**concerns** 93:14

**concluded** 287:4
289:2

**conclusion** 187:8

**conduct** 217:12

**conducted** 249:22
250:1

**conference** 219:23
220:7,12 221:21 222:18
226:2 227:4,9,18,23
228:2,4,23 231:15
232:24 233:3 234:17
235:10,12 248:24
271:7,20

**conferences** 132:2
267:7

**confidential** 184:14
186:12 187:6 277:16

**confirm** 84:4,10
267:25

**confirmed** 83:7

**conflict** 132:14,16,
18,23 133:1

**Congresswoman**
238:7,9,14,15

**connect** 238:6
273:17

**connected** 191:19
238:10,17,19,20 277:1

**connection** 12:17
116:17

**consensually**
145:22

**considered** 48:4
144:19 187:9 278:14

**conspiracy** 232:4

**conspiring** 196:8

**consult** 36:8 114:18

**consultant** 34:5,6,7
221:22,25 231:25
233:11,18

**consultants** 233:19

**consulted** 222:5

**consults** 222:2

**contact** 104:1,4
268:9 277:4

**contacted** 267:24
268:13

**contacting** 107:21

**content** 273:25

**continually** 231:5

**continuation** 216:9

**continue** 60:20
105:2 134:7 208:11
228:13 230:15,18,19

**continued** 243:7

**continues** 286:18

**contraband** 144:19
145:8,10,14,16,24,25
146:5 147:22,25

**contract** 251:18
258:24 260:19

**contracted** 8:6

**contribute** 23:25
24:3 70:12

**contributed** 24:6

**contributes** 72:5

**contributing** 58:21

**contributions**
77:25

**contributors** 253:2,
6

**control** 30:18 79:22,
23

**convenience** 93:24

**convenient** 193:18

**conversation**
121:17 122:4,5,19
157:14 160:1,10
175:24,25 190:22
199:11 203:3 259:6,9

**conversations**
156:11,12 285:25

**convey** 66:22

**convicted** 18:20
45:10 53:5,10,13 55:19,
22,24 76:16 141:12

**conviction** 44:12
159:21

**convictions** 44:14
54:4

**convince** 160:7
161:2

**cool** 66:6

**Cooper** 8:13 9:6
12:21 17:22 43:6,15
50:3,4,7 51:10,12,16
52:17 64:8,11,16,21
65:23,25 66:17,20,23
67:1,7 68:1 72:13,20
74:25 83:14,19 86:24
87:4,16,20 89:8 90:12,
18 92:24 94:13 95:6
96:9 99:18 100:2,11,16,
22,24 101:4,7,10,20
102:5 103:23 104:3,20,
23,25 106:24 107:18,23
108:2,4 114:3,10
115:17 116:5,11,22
117:22 118:10,17
120:1,12,17,22 121:8,
11 123:4,7 124:14
126:9,19,24 127:1,6,22

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

128:12 129:22 132:15
133:2 134:20,25 135:3
139:13 140:2,18,21,24
141:2,5 151:7,10 154:7
155:1,2,9,21 156:2,13
160:20 161:8 162:11,23
167:5,10,25 168:4,10,
14 169:6,8,10,18 170:3,
23 171:7,10,21 172:1,3
173:3,19 174:3,11
177:12 180:15 186:24
189:2,6,13,14 190:10,
16,19 191:18,24 192:17
194:1,4 195:23 196:4,
12 197:3,6,15 205:3
207:3,11 208:12,18
214:4,9,15,18 215:8
216:23 217:11,17
218:6,21 219:11
235:10,16 237:7,11,16,
18,21,22 244:4 245:17
246:19,22 251:16,18
252:3,22,24 253:2,7
256:16,23 257:2,8
258:6,13 259:8,21
260:16,19,24 261:6
262:3,15 267:13,20
268:12,24 273:18
282:8,11,14,17,20,24
285:22 286:17

**Cooper's** 14:21
19:20,23 66:7,9,14
100:6 114:6 115:12
116:17 118:22 125:23
127:10 128:9 136:12
151:6 169:4 171:13
172:21 174:22 180:8,
18,20 181:4,15 190:13
191:15,21 207:11 212:1
215:6 216:9 222:16
243:25 244:11,20
245:16 251:9,13 252:1
257:17,21 258:2
259:11,16 261:13 268:9

**cooperate** 176:24
177:7 212:9 215:10,16
287:6

**coordinate** 167:9
273:3

**coordinated** 197:21

**coordinating**
197:18 207:2,10

**coordination**
273:24

**copies** 137:17 152:4

**copy** 87:5 137:24
280:11

**corpus** 47:23 86:25
87:5,11,15,17 88:8 89:1
107:19

**correct** 12:21 17:19,
24 18:4,9,11,14,21,25
19:3 20:4 21:15 31:14,
17,20,22,24 33:25 38:3,
6,9,22 39:25 43:3,13
44:2 50:11 52:21 53:14,
17 54:4,19 55:11 56:4,
16 57:23 58:17,22 61:3
64:9 69:15 70:3,8,13,19
71:6 72:7,10,13,20
78:20,25 79:9 83:15
86:17 87:6 90:15,22
91:1 92:24 94:13 96:9
99:19,22 100:2,7,16,24
101:4,7,10,15,18,23
102:7 104:5 105:3
107:24 108:2,5,8 109:1,
9,13 112:3,15,18 114:4,
7 115:13,15,21,24
116:2,18 117:23 118:6,
11,14,17 119:17 120:1,
13,18,23 121:3 122:24
124:9,17 126:11,14
127:11,16 131:21
132:2,5 134:21 135:3
136:12,17 137:18,24,25
139:15,21 140:3,9,18
141:14 142:6 143:24
144:10,13,19 145:11
147:9 149:23 150:15
153:21,23 155:3,13
159:24 160:3,12,21
161:3 163:14 165:8,25
166:11 167:7 168:12
170:4 171:4 175:24
180:9,21 184:15 186:5,
12 188:19 189:20,24
197:3,7,10,25 203:17,
21 207:11 211:9 212:15
213:13 215:11,14,16
228:5,13 229:20 231:15
233:5,9 237:8 246:9,13
247:13 248:24 250:6,9
251:10,16 260:21,24
261:16 263:21 264:20
265:24 266:14 267:4,7

268:15,16 271:8,18,23
273:18 274:13 275:4
276:4,10,16

**correction** 137:2,8

**corrections** 285:5

**correctly** 183:12
245:24

**cost** 261:9

**costs** 46:25 70:23
71:5,14 136:11

**coughing** 72:16

**counsel** 8:19 14:21
80:25 89:10 134:2
147:11 152:4 180:8
194:7 209:3 214:25
225:14 230:8 247:1,6
251:23 252:6 257:18
260:1 288:2,6,12,20

**Counsel's** 243:7

**countless** 266:20

**County** 251:2

**couple** 80:21 223:11

**court** 8:13 9:8,12 13:1
14:18 15:19 20:16 41:6
65:11,16 67:20 77:1
88:22 99:22 102:19
113:15,18 115:12,24
122:25 158:4 181:12
230:21 240:15,17 242:5
251:1 252:13 270:13
287:22

**court-ordered**
157:16

**courtesy** 76:3 80:19

**courtroom** 56:2

**cover** 138:2 257:3

**coverage** 70:2

**covered** 220:24

**crazy** 169:11

**created** 156:1

**credible** 285:12

**crime** 276:2

**crimes** 45:10

**criminal** 23:17 56:3
64:9 65:11,14,17 78:14
101:7 108:7 114:7,12
222:4,7 227:1 268:4
274:20

**Crowdfunding**
253:22

**Cumulatively** 44:8

**Cuniff** 159:4,18,20
208:14 209:1 211:7

**curious** 146:23
175:17

**current** 19:20 89:24
264:4

**custody** 75:20,21

**cut** 98:18 179:2

## D

**DA** 231:22

**dad** 49:23 78:18 79:4
92:10 140:14,16 217:2,
18 218:10

**daddy** 217:2,4 219:2,
5

**daily** 27:3

**damn** 71:19 203:25

**dance** 236:11

**Danielle** 265:10

**date** 75:8,18 76:7 83:8
165:2 170:8,10

**dated** 89:21,22 268:5

**daughter** 141:2

**day** 27:14 62:4 63:23
64:1,3 66:4 118:13
121:9 122:6 123:5
124:8 186:22 189:5
195:21,24 197:5 228:11

**day-to-day** 27:7

**days** 56:23 57:3,4,6,8
64:6,11 223:2 224:16
231:20 268:3 274:9

**Daystar** 18:1 64:13
86:25 87:15 92:17

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

93:13 139:14 165:13,
15,21 166:2,6,18,19
206:21 216:21 235:14
243:5 283:14

**deadline** 278:19

**deaf** 177:9 207:1

**December** 76:17
86:9 89:22 149:19
155:6 162:10 171:22
194:1,4 195:21 268:3

**decide** 29:1 31:4
34:19,20

**decided** 237:6

**decides** 46:24

**decision** 37:15,19,25
96:8

**decision-making**
29:5

**decisions** 28:23
30:19 31:16 37:17

**declared** 9:18
107:18

**declaring** 217:17

**dedicated** 143:6

**deepfake** 172:22

**defamation** 114:6
115:20 117:23 253:24

**defendant** 17:21
51:14,16 86:23 88:13
94:20 171:21 253:24
280:21 282:6,7 283:10,
14,20

**defendant's** 284:1

**defendants** 108:7

**defense** 63:8 127:21
136:12 181:4,16
256:17,24,25

**defensive** 241:1

**Define** 98:11

**definition** 98:12

**DEFMG000219**
267:20

**delaying** 243:10

**deliverance** 111:13

**demeanor** 111:13

**dementia** 254:8

**Democratic** 201:2

**denying** 119:22
238:21

**depends** 19:4

**depo** 137:23 287:18

**depose** 208:22

**deposed** 9:2 12:23

**deposition** 8:10,16,
18 12:18 15:20 16:3
19:9,12,15,18 22:4
49:14,16,19 50:5 51:21
78:9 110:19 111:18
176:13,24,25 177:4,7
207:14 208:8,19,20
209:15,20 212:1,9
213:8,9 214:4,9,16
215:7,10,11,13 217:12
219:11 247:13 258:14,
16 279:24 280:3,5,8,10,
15 287:4,21 288:25

**depositions** 12:25
49:10,11 213:16

**derive** 270:23

**deserved** 120:22

**Desi** 40:21

**desire** 160:5,6

**desperate** 192:9,12,
13

**destination** 149:21
150:4

**destroying** 176:16

**details** 268:9

**determine** 30:24

**determines** 31:2

**determining** 27:15

**device** 143:6,9,23,24
144:11 282:10

**devices** 281:19

**diagnosis** 114:14
115:7

**dialed** 189:2

**Diana** 230:1 231:14
232:3,21 234:21
236:19,21,24 238:7,18
239:13,18

**dictator** 27:21

**difference** 31:12
47:22 57:1 110:15

**Differentdaddy**
41:5,7,8,10

**differs** 47:4,5

**dig** 132:20

**direct** 28:17,18 43:2,8
47:23 107:24 169:5
196:5 255:17

**directed** 121:2
122:23

**direction** 126:17
127:2

**directive** 268:25
269:2

**directly** 36:21 78:15,
24 89:15 108:1 171:4,8
174:3 255:24 273:22

**directors** 263:21,24

**disagree** 122:2
208:20 220:11 225:1
238:4

**disagreement**
37:13,18

**disbarred** 248:16

**discharge** 53:13

**discovery** 242:3
287:20

**discreet** 184:7

**discuss** 37:3 91:10
155:18 190:25 194:16
197:3

**discussed** 18:25
149:22 151:22 152:24
162:11 167:23 196:20,
22

**discussing** 83:6
150:8 196:17

**dispute** 258:14

**disregard** 285:15

**disrespectful**
85:14 241:3 287:19

**disruptive** 213:5

**District** 8:13,14 260:6

**divulging** 187:4,22,
23

**Dixon** 9:5 19:24 48:23
54:22 59:1 67:19,23
69:9 73:4,6 75:7,17,20
76:1,10,12,14,22,24
77:2,6,13,19 80:10,16
81:2 82:20 85:5 89:12,
16 91:14 95:8 103:8
105:5 114:15 126:3,6
127:7 133:3,13,17,21
134:3 137:4,24 144:21
146:13,17,19,25
147:10,18 149:7,9
161:25 172:18 174:19
175:2 177:1 181:6
182:4 184:9 185:21
198:11 199:6,9 204:12
218:13 220:19 221:2
223:5,10 227:5 230:5,
11,13,17,24 231:2,7,11
233:23 235:23 237:3
238:23 239:9,11 242:3
243:2,8,13 246:24
247:2,6 250:13,22
253:18 257:4 259:23
260:3,7,12 262:6,10,12
272:4 276:13 278:22
279:18 281:7 284:20
288:2,4

**DJ** 189:20,23 190:7,13,
16,20,23,25 191:5,16,
19 273:17,22,24

**DM** 169:3,4,19 170:3
171:20 254:9

**DMS** 172:9

**DNA** 21:16

**doctor** 114:18,21

**doctor's** 114:23
115:4

**doctors** 114:25

**doctrine** 247:20

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**document** 86:23
89:15 92:21 94:19 99:6,
8 149:16 189:5 279:22
280:12

**documents** 19:17
34:2 66:19 87:19 90:11,
17 96:9 99:4 107:19
174:1 280:14,20,22
281:2,5,12,17 283:5,8,
11,13,15,18,21,24
284:5 285:24

**Doe** 250:24

**domestic** 113:13

**donate** 203:16,23

**donated** 73:22 74:19
203:12,24 269:8

**donating** 74:9 203:8

**donations** 24:10
77:24 80:9

**donors** 70:12,18
254:1

**Doordash** 253:8
254:6

**doubt** 54:19 55:10
61:13,14 256:8

**downloading** 162:5

**Downtown** 73:22

**drafting** 39:24 132:4
267:9

**Drake** 271:7,10,14,15
272:3,11,21,22,25
277:3

**Drake's** 272:13,20,23

**dressers** 27:11

**drew** 169:22

**driving** 30:2

**drop** 37:24

**drove** 58:7,8

**drown** 258:8

**drugs** 16:23 48:16
49:1 113:13

**dual** 207:24

**due** 253:22

**dumb** 239:25

**dumbass** 241:24

**duration** 84:11

**dying** 169:14

---

### E

**earlier** 189:5 245:14
258:13

**early** 130:9

**East** 128:20

**eat** 62:14

**echo** 137:3

**efforts** 60:22 209:2

**egregiously** 59:14,
22,25 60:6,10

**eighth** 213:6

**electronics** 253:9

**else's** 134:8

**email** 86:8,9 87:22,23
88:3,6 89:11,21,25 90:8
92:15,20 93:4,11,18
97:4,9,15,19,21 99:11,
17 103:10 138:24 268:1

**emails** 83:19 97:12
100:14 282:13

**embezzled** 253:3

**employee** 8:8 90:10
92:23 93:4 94:12,16
96:19,20,22 98:10,11,
12,13 189:6 221:16,17,
19 222:10 231:24,25
232:16 250:8

**employees** 24:20,
23 25:1,4 30:22 97:14
98:2,6

**employer** 222:11

**encourage** 140:20

**end** 47:8,12 58:5,9,10
66:13 137:23 138:2
157:24 161:7 168:8
173:21 178:4 190:22
227:23 280:18 285:6

**ends** 288:24

**energy** 169:10

**engagement**
251:19

**English** 142:12,16

**ensure** 285:3

**entail** 275:6

**entered** 260:19
285:24

**entertainers** 131:23
267:3

**Entertainment**
276:18

**entire** 77:9 235:11
255:5,23 287:18

**entitled** 56:24 122:7

**establish** 23:23
24:18

**established** 110:18
171:23 245:14

**estimate** 26:1 56:22,
24 57:1,14 141:19

**event** 45:14

**eventually** 258:18
260:23

**everyone's** 263:19

**everything's**
169:11

**evidence** 67:23
70:15 75:2 80:11 90:24
100:18 117:9 118:19
119:1 120:3 121:5
144:22 152:20 175:3,10
176:9,11,16,19 177:2,
14 181:7 206:9 227:6
231:22 232:5 262:7,17
276:14

**exact** 61:22 122:8

**EXAMINATION**
9:22

**examined** 9:19

**exception** 116:4,11,
16 213:18

**excerpt** 138:17

**exchange** 66:16,19
187:3 239:1

**exchanged** 43:5
83:19

**exclaimed** 162:19

**exclusive** 169:13
171:11,12

**Excuse** 210:6

**exhibit** 20:14 21:1,2,4
58:25 59:3 74:2,4 83:23
84:15,17 89:18,19,21,
24 91:4,5 92:14 102:10,
22,23,25 103:2,19,20
105:11 123:14 124:4,5
133:10 137:9,11 138:3,
8,9,10,18 139:7,8,11
149:3,13 151:1,3
156:22 158:23,24
161:21 162:7,8 167:13,
18,19 168:25 169:1
171:17,18 173:14,16
174:21 177:19,23,24
182:18,21,22 189:4,5,9,
10 191:23 192:2,4
194:6,7,11 196:1,2
198:9 199:14,16,17
207:16,17,21 214:22,
23,25 215:2,3 216:2,5,6
220:25 221:7,8 225:7,8,
11,12 229:1,4,5 235:4,
5,6 243:22 244:9 245:3,
4,23 246:5,15 248:17,
21 250:12 252:12,16
253:13,16,17 257:11
261:2,4,20,22,23 265:3,
5,20,21 267:16,17
278:3,4 279:17,19,20
286:8,9

**exhibits** 105:23
285:2

**exist** 282:2

**expenses** 180:17
253:3 257:3

**expensive** 71:25

**experience** 145:5

**explain** 28:2 71:7
208:16 234:1

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

explained 111:17

explaining 286:16

explicitly 104:3

exposing 220:1

expressing 124:16

extended 139:10

extent 281:7

eye 17:9,10

---

**F**

fabricated 152:20

fabricating 245:22

face 133:22 134:1

facedown 16:17

Facetime 143:15

facility 143:5

fact 70:18 76:14 78:16
100:21 217:4,18 241:6

facts 67:19,23 70:15
75:2 80:10 90:24
100:18 117:8 118:19
119:1 120:3 121:5
144:22 176:19 177:1,13
181:6 206:9 227:5
230:7 262:17 275:16

fair 38:14 142:13

fake 193:14,15

false 152:13

familiar 18:13 230:3

familiarity 275:16

families 73:23 74:20

family 61:7 157:9,23
241:23 253:9 284:1

fans 61:7

fast 137:15

father 18:9,10 43:21
78:8 140:9,11,23 196:6
268:13

favorite 29:14,23,24,
25 30:4,5 205:6,13,21,
22 206:1

feature 143:15

February 89:25

federal 115:12,24
278:18

fee 30:24 31:2

feed 27:11

feedback 42:6,19
50:21

feel 62:8 65:18 217:3

feelings 216:20

feels 263:8

fees 70:23 71:5,14
72:6,9,12,19 73:23
74:12,20,23 77:14,22
136:11 180:24 251:16
252:7,23 257:3

feet 134:1

felonies 52:20,25

felony 53:6,17 54:4

felt 120:22

Fifty 141:25

fighting 59:11 78:14

Figueroa 8:11

figure 238:20 259:1,2

figures 238:7

file 115:9

File.pdf. 88:22

filed 8:13 45:22 83:12
90:3 115:12 118:5,13
121:8 123:3 124:16
155:6 196:9 249:9,12,
16 251:4 278:11

filing 139:14 278:7,18

filings 94:25 99:22
278:24 279:9

fill 285:6

filmed 183:8

final 37:14,19 40:7,9
88:22 284:16

finances 23:25

financial 23:22 30:19

261:15 282:19,21

financially 8:6 58:21
70:12 72:6 264:12
269:8

financials 279:3

financiers 136:1

find 51:23 128:18,25
129:10 131:13 168:7
175:9 176:3 183:24,25
256:3 279:6

fine 20:6 38:17 80:25
123:19,23 158:15 159:5
204:8

finger 233:1

finish 15:22,23 68:22
75:24 82:4 85:1 95:24
97:1 119:7 134:6

finished 68:12 69:1,3
82:5,6 97:7 179:2

fire 30:22

firearm 53:6,11,14

firing 196:7

firm 45:18,20 47:24
48:1 152:11,19 154:12,
19,21 178:13,25 201:20
215:25 286:14,17

firms 202:19 266:25

fit 115:17

fix 236:24 237:15,21

fixed 47:14

fixer 236:21 237:11,
15,18,19,20,22

flew 141:5

flipped 276:16

Floor 8:11

Florida 8:14 115:13,
24 178:14,25 180:12
251:22 252:3 255:22,24
256:4,10 260:6 261:10

fluent 34:1

focus 31:16 112:2,24
155:5

focuses 112:14,17,

19,20,21,22,23

follow 74:13 273:1

follow-up 192:25

followers 107:23
161:9 254:3 258:7

foot 114:22

footage 78:16

for-profit 45:18

forge 172:9

forget 11:19,21

forgot 96:1 162:16
213:11

form 127:25 230:23,24
231:3 233:23,24 278:7
285:5

formally 109:1,8

format 87:15 88:12

forms 278:11,19

forward 26:14 34:24
84:3 90:3,11 94:15
99:11

forwarded 88:17
90:14 92:21 93:4,6,8,18
94:12,17 99:5,8

forwarding 94:22
99:3,9,17

found 53:16,20
176:23 177:6 184:4
237:11,15,18,19,20
247:23 248:3,4

foundation 212:5,
11 215:18 216:14
217:14 222:22,24
237:14 239:4 259:13

founded 43:25

founder 131:20
266:13

Fox 225:22 227:3

free 30:4 46:12 47:10,
11 70:19 255:19

freedom 128:1

frequently 11:19,21
172:9,12 200:21 218:22

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

219:2

**Friday** 8:1,9

**friend** 56:13 189:22 241:23 243:5

**friends** 61:7 117:17

**front** 61:8 124:21 150:17 172:5 173:23 223:16 229:19,20,23 245:3 279:22

**Frost** 265:10

**fuck** 242:21

**fucking** 162:14 263:11

**full** 10:2 255:4 257:2

**fun** 183:17

**fund** 256:17

**funded** 201:13

**funding** 136:17 181:4,15 205:10 277:9

**funds** 24:4,6 80:8 257:17 259:11,17

**funniest** 168:6

**funny** 75:3 175:7,10, 15,19,21 176:2,9,10,11, 12,17,23 177:6 183:24, 25 184:4

**furnished** 143:24

---

**G**

**Gabby** 8:25 138:23

**gang** 113:12

**gangbanging** 183:9

**gangs** 113:12

**Gascon** 231:22

**gave** 11:6 69:6,8 143:5 144:11 156:4,7 159:24 169:13 171:11 174:5 228:7 243:13

**General** 249:25

**General's** 92:17,22

**generally** 287:19

**George** 231:22

**Gianno** 225:17,21 227:3 271:21,24

**girl** 162:14,20,22 163:17,22

**girl's** 162:16

**give** 34:11,13,21 40:19 69:7 70:18 91:19,21 98:11 102:13,24 104:20 106:4 115:7 148:9 160:19 162:3 194:14 201:20 208:12 218:1 244:2,6,14 255:4

**Givesendgo** 252:18,20,23,25 253:7 257:3

**giving** 14:14 77:7 198:19 208:13

**glad** 62:7 111:22

**Glo-** 107:9

**global** 226:14,15,17

**Glorilla** 107:9

**goals** 60:22

**God** 78:19 183:3 263:4,8

**gold** 91:12

**Gooch** 12:5,6

**good** 8:21 9:1,24 10:10,24 14:10 19:6 28:12 30:6,17 103:17 152:15 165:19 166:12 199:22 201:9 202:12,15 204:24 209:5 211:17 258:8 271:19 282:4 288:19

**Google** 109:22 111:4

**gotta** 81:25 82:7,19 172:2

**Government** 200:16

**governmental** 46:7

**governor** 271:22 272:1

**grab** 74:7

**Graham** 271:12

**Grammy** 59:8

**Gramz** 17:22 51:14 89:23 90:1 92:15 103:11 196:6 253:22

**Granny** 254:8

**grants** 46:7

**great** 10:19,20 19:7 36:1 58:8 60:19 76:13, 19,25 92:20 94:1 111:22 171:3 174:1 194:14 231:1

**group** 189:12,13

**guess** 56:25 57:2 130:10 284:6

**guilty** 53:16 54:18 55:10

**gun** 18:21

**guy** 30:2,6 60:19 189:14,17 206:22 210:8 256:10 271:17 276:23

**guys** 23:4 47:3 82:11 112:24 125:16 147:17 151:23 153:23,25 158:7,14 178:6 179:2, 16,22 198:17 202:20,21 205:14 222:23

**guys's** 152:11

---

**H**

**habeas** 47:23 86:25 87:5,11,15,17 88:8 89:1 107:19

**hac** 178:15 179:6,12, 14,16,25

**hair** 65:20

**hand** 133:22,25 134:3 262:22,23 263:10

**handcuff** 16:19

**handed** 152:14 207:19 262:19

**handle** 35:10,12 36:6

**handled** 37:19 274:13

**handles** 278:24 279:3

**handling** 86:7

**Hands** 78:19

**Handsome** 228:16

**hang** 73:12 157:19

**happened** 18:13 45:13 57:24 117:6 228:14 247:18 251:6

**happening** 200:14 209:4 228:11

**harass** 196:9

**harassment** 250:5, 19

**hard** 26:23 27:6,8,9 28:8 270:12,14,22

**hardship** 261:15

**Harris** 8:24 231:21 274:4 275:19,21,22,24, 25

**hashtag** 210:4 253:22

**Hayden** 9:1 10:12 12:12,16 13:21 14:7,11 15:15 16:21 18:18 19:7, 8,18 22:7 25:13 28:21 49:4,6 51:2 52:9,11 62:24 63:3 67:9,15 68:2,12 69:16,23 70:4, 9,14,20,25 72:14 75:1 78:22 79:2,6 80:21 81:13,20 82:9 83:17 85:24 90:19,23 91:12 95:1 99:23 100:3,8,17, 25 101:11 105:4 108:20 112:4 116:19,23 117:2, 8 118:18,25 120:2,10, 14,19,24 121:4,13,19 122:18 125:1 126:20 127:3,12,17 129:25 133:24 134:15 135:4,9, 21 136:2,7,13 137:20 145:12,18 146:7 147:3, 7 149:1 155:10,14,23 156:6,19 157:11,12,15 158:11 160:13,22 161:4,10,14,18 167:11

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

168:16 172:17 175:11
176:18 177:13 181:5
183:14 184:8,16 185:17
186:1,6,17,25 187:7
188:6,20 191:2,6
196:18 197:20 198:1,17
201:4,15 202:2,7 203:4,
18 204:19 205:7,11
206:2,8,14 207:6
210:22 211:19 212:4,
10,16,21 213:20,24
215:17 216:13 217:5,13
218:14,25 219:19
222:21 223:4 225:5
226:6 227:12,19 228:24
229:21 232:12 233:6,24
234:19 235:18 237:1,13
238:1 239:3,15,23
240:5 241:4,8,25
242:23 245:25 247:9,
14,19 248:19 252:8
254:15 257:23 258:3,10
259:4,12,18 261:17
262:16 269:3 270:9
272:15 273:19 274:1,5
275:13 276:6 278:21
284:7,19 286:13,25
288:5,6,8,11,15,19

**Hayden's** 51:6,9
52:16

**Hayrapetian** 8:18,
21,22 9:23,25 10:14
11:5,9 12:13 13:22
14:13 15:18 16:22
18:19 20:14,17,20,24
21:2,5 22:9 41:9 48:24
49:8 52:13 54:25 55:7,
13 58:24 59:2,4 63:7
67:10,17,24 68:4,13
69:12,18 70:1,6,11,17,
22 71:4 72:17 73:5,8,10
74:2,5,10 75:4,13,19,23
76:2,11,13,19,23,25
77:3,12,17,20 78:23
79:3,8 80:12,14,18,24
81:4,7,10,14,21 82:15,
23 83:5,11,18,22 84:10,
14,18 85:8 86:2 89:14,
17,20 90:20,25 91:3,10,
15,16 93:22 94:1,2
95:4,10 99:25 100:5,10,
20 101:2,13 102:9,15,
20 103:1,6,9,14,17,21
105:8,10,17,20,24
106:2,10,13 107:5

108:21 109:4,11 112:6
113:20 114:17 116:25
117:5,10 118:21 119:3
120:5,11,16,21 121:1,7,
16 122:2,20 123:10,17,
19,22,25 124:2,6 125:3
126:5,8,22 127:5,9,14,
19 130:2 132:12 133:6,
9,15,19,25 134:5,10,18
135:6,11,24 136:4,9,15,
19 137:1,5,16,19,22
138:1,5,7,12,23 139:9
144:23 145:15,21
146:11,16,18,22 147:2,
5,16,21 149:2,8,12,14
151:1,4 155:11,16,25
156:10,21,25 157:5,8,
11,13,21,25 158:4,8,12,
15,20,25 160:15,24
161:6,12,16,20,23
162:1,4,9 167:13,20
168:18,24 169:2
171:16,19 172:20
173:14,17 174:20
175:6,13 176:22 177:3,
17,19 178:1,4,8,10,18,
23 179:18,24 181:8,11,
20 182:8,18,24 183:16
184:11,19 185:19,23
186:3,8,19 187:2,14
188:2,9,23 189:8,11
191:3,9 192:1,5 194:5,
9,12 195:25 196:3,23
197:23 198:5,9,21,24
199:7,10,22,25 200:2,4
201:6,17 202:4,10
203:6,20 204:16,21
205:8,16 206:4,10,15
207:9,15,18 211:1,20
212:7,13,18,24 213:21
214:2,11,19,21 215:1,5,
23 216:2,8,17 217:6,16
218:15 219:3,22 220:25
221:4,10 222:23 223:7,
19 225:7,16 226:9
227:8,15,22 229:1,7
230:8,12,15,19 231:1,3,
9,13 232:23 233:16,25
234:20 235:3,8,19
236:6 237:5,17 238:3,
25 239:7,12,17 240:1,6,
15,19 241:9,13,16,19
242:2,6,12,17,24 243:6,
10,16,21,23 244:2,8,10
246:3 247:1,4,11,17,21
248:22 250:11,15,17,23

252:11,14,17 253:12,19
254:18 257:6,11,14,25
258:5,12 259:5,15,20
260:1,4,9,15 261:2,5,
19,25 262:8,11,14,25
265:2,6 267:15,18
269:5 270:10,16 272:6,
18 273:21 274:3,7
275:15 276:8,15 278:2,
5,23 279:16,21 281:9,
10 284:8,15,21,22
286:7,10,23 287:2
288:12,20,22

**head** 74:5 134:13
198:20 241:15

**headache** 133:18

**hear** 10:19 14:24
16:24 55:1 67:20 71:2
101:24 102:3 103:25
123:19,20,23 138:3
144:25 152:6 157:17
158:7,19 163:4,6 178:1,
17,24 179:8,25 180:2
182:6 199:19 217:7
255:12

**heard** 102:3 112:23
126:15 128:2,3 130:13
131:14,16 139:21 140:4
144:7,8,14 146:3,4
147:25 162:25 163:2,5,
11 164:22,24 167:23
176:1 179:1,14,16
180:3 183:12 200:9
203:11 216:9 234:16
235:25 240:7,8,10,13
242:25 276:21 279:11

**hearing** 13:3,5,7,12,
15 14:1 76:20 130:12
132:22 144:4 173:10
245:24 253:10

**hearings** 13:23 14:2,
3

**held** 219:23 220:6,11

**helped** 72:9,19 74:11
84:23 96:14,16 99:1
167:9

**helping** 22:17,18
49:3 100:1 112:14,17,
19,20 114:2 262:5,15

**helps** 131:23 132:4,7
267:3

**Henderson** 215:21,
24

**Hey** 62:6 84:21 86:24
87:14 132:10 194:13
244:5,13 267:24

**hibachi** 253:8 254:7

**hiding** 175:10 176:9,
11

**High** 169:17

**high-profile** 205:17

**higher** 47:12

**highest** 70:23 71:5,
14

**hilarious** 238:2

**hire** 30:21 256:4

**hired** 165:16 236:24

**hiring** 180:7

**Hispanic** 23:11

**Hit** 173:22,25 174:8

**hold** 153:13

**holding** 264:13

**holds** 169:16

**holler** 204:2

**home** 137:19 170:13

**homeless** 22:18,22
27:11 112:19

**homes** 23:2 112:21

**homework** 153:11,
15

**hope** 255:10,18

**hoping** 11:7

**host** 228:7

**hosted** 228:4 232:24

**hosting** 231:15

**Hourly** 47:17

**hours** 17:13 35:14
79:25 120:7 196:15

**house** 172:7 201:9

**housing** 112:22

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

Houston 141:6

Huh-uh 45:2 53:4
69:20 95:12 106:20
108:16 129:15 131:5
184:5 206:6

hundred 142:4

hundreds 287:11

Huntsville 254:7

hypothetically
41:25 42:2

---

**I**

---

ID 144:2

idea 100:6 118:22,24
286:23

ideas 204:2,10,17
207:4

identification 21:4
59:3 74:4 84:17 89:19
91:5 103:19,20 124:4,5
139:7,8 149:13 151:3
158:23,24 162:7,8
167:18,19 169:1 171:18
173:16 177:23,24
182:21,22 189:10 192:4
194:11 196:2 199:16,17
207:17 215:2,3 216:5,6
221:7,8 225:11,12
229:4,5 235:5,6 244:9
248:21 252:16 253:17
261:4,22,23 265:5
267:17 278:4 279:20
286:9

identified 276:9

identify 8:19 201:2

ignorant 209:3

II 265:11

illegal 53:11

image 106:23 107:6
201:14 203:3 207:4

imagine 169:12

imessage 173:18

immediately
162:23 235:12

impair 16:24

impairing 48:16

implicated 235:13
236:1

imply 208:23 236:16

importance 226:20,
22

important 15:20
191:25 192:6,14 195:16

impossible 151:25
152:9

improper 75:14
122:10

improve 201:14
207:4

incarcerated 75:9,
10 76:10,15,18 77:8,11,
16 109:1,8 114:3

incarceration
141:17

incident 18:24
231:19

include 285:2

included 74:25
165:17

includes 208:5

including 58:19
59:12 78:19 159:24
287:8

income 270:11,23
271:3

incorporation
45:22

incriminate 122:1

independently
38:12

indicating 200:12
285:11

indigent 48:4 253:23

indiscernible 106:1
130:7 204:4,6,7

individuals 86:10,
16

industry 277:9

inference 224:24
225:2

inferred 232:9,22

influence 48:16,25
85:17 86:3

influencer 127:23

influencers 124:15

information 36:14
61:10 66:23 67:1,6,13,
25 69:6,7,8 77:7 83:13
100:1,12,15,23 101:3,6,
9,21 102:6 104:2,4,9,20
105:1 108:2 109:21
122:7,9 128:19 155:21
156:4,5,8 160:19 161:8
167:9 183:5,11 184:6,
15,24 186:5,12,14
187:4,5,10,11 188:3,18
208:15,23 214:3,8,14
217:11 218:23 219:11
223:2

inhaler 17:14

initial 167:3

injustices 59:12

inmate 144:11

innocence 59:17

innocent 59:12,21
62:19

input 36:11

inside 105:1

insight 107:22

insinuate 227:10

insinuating 68:3,7
234:11 263:13

inspired 113:21

Instagram 39:7,19,
20,21 41:19,23,24 59:5
60:2 61:21 62:1 130:8,9
162:15,22 167:5 169:3,
5 172:2,9 207:21,23
210:15,19

instruct 15:15 50:15
121:15 258:1

instructing 121:16

instruction 122:10

instructions 34:11,
13,21 277:6

instructs 15:3

intent 70:18

intention 287:9

intentionally
176:16

interactions 205:2

interest 132:14,17,
19,24 147:12,17 247:8

interested 8:7
226:10,14

interjecting 81:1

interpret 34:2

interrupt 75:24 76:2
134:7 230:16,19

interrupting 80:15,
16 154:3 231:4,10

interruptions 243:7

interview 196:4
197:9,12,15

interviews 276:10

intimidation 124:15

introduce 267:15

introduced 221:20
233:10 236:18 268:21

invades 247:19

investigation
249:22 250:1

investigator 34:9

invited 227:17,21,24

invoking 146:23

involve 112:11

involved 29:4 38:8
39:24 49:9 119:5
130:20,22 222:20
227:11 240:6

involvement 38:6
48:12 119:10 122:12
222:3,13 226:25 266:21

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**involves** 112:3,8

**ipad** 142:23 143:14

**ironic** 211:14

**irrelevant** 230:6 231:2 237:3 239:11

**IRS** 249:22 278:7,11

**issue** 83:9 124:8 212:3 213:15

**issued** 207:13 212:25 213:12

**issues** 114:24

**it.'** 259:3

**items** 78:2 283:19,25

---

**J**

**Jackson** 41:1 264:8 265:11

**jail** 121:19 223:3 224:17,23

**jailhouse** 196:11

**Jamison** 83:21 84:19,22 86:7,9,24 87:25 92:23 95:5 97:24 98:9,15,20 189:7

**Jamison's** 96:11

**Jane** 250:24

**January** 278:11,13

**Jay** 276:22,23,25 277:4,7

**Jayboo** 41:3,8

**Jaz** 97:24 98:20

**Jaz@ unitethepeople. org** 97:4

**Jazmyne** 83:21 84:22 87:25 89:4 90:10 93:8,11 96:19 98:9,15 99:17 189:7,12

**jealous** 216:10,24

**Jeremy** 84:8

**Jesse** 40:20,23,24

**job** 38:2

**jobs** 36:10

**join** 83:25

**joined** 8:23 84:8

**joint** 85:2,3,12,18,19 207:22 208:5

**journalism** 127:23

**journalist** 127:23 159:20

**judge** 10:22 15:2 128:19 129:16 279:6,8 285:11,15 286:12 287:16

**judgment** 169:16

**July** 8:1,9 18:14,17,24 52:21 53:1 57:25 100:21 103:22

**June** 251:4

**jury** 53:16 54:19,20 55:10,15 141:12 285:11,15

**justice** 78:14

---

**K**

**Keeping** 60:20,21

**Kelsey** 231:21 274:4 275:19,21,22,24,25 276:9,11

**kids** 22:17,19

**kill** 132:11 220:8,16 223:14,18 224:7,12 234:10 236:5

**killed** 219:24 220:13 232:6,9 233:8

**killing** 233:5,22 234:9 236:4

**kind** 23:6,8,10 25:8 34:7 112:24 113:21,23 144:7 148:10 187:5 188:17 211:14,15 221:17 282:1

**knew** 56:16 57:22 58:2 95:13,15 96:2,4 120:17 152:15 184:15 212:14

**knowing** 58:9 228:11 238:21

**knowledge** 122:18 141:10

---

**L**

**label** 276:20

**Lacks** 212:4,10 215:17 216:13 217:13 222:21 237:14 239:3 259:13

**ladies** 86:24 87:14

**lady** 106:22 159:4 229:18,22

**Lanez** 18:2 29:15 42:11,12,14 59:9 73:21 74:9,19 86:17 121:21 125:23 150:22 166:5 169:5 196:5 197:7 203:12 206:21 208:8, 16,19,21 209:5 219:24 220:13,16 223:14,18 224:8,12 232:18 233:5, 7,22 234:9 236:14 239:22 240:9,10,22 265:10 272:1

**Lanez'** 209:15,19

**language** 245:5,8 258:15 262:11,13 286:18

**languages** 33:25

**laptops** 254:7

**large** 112:11

**largely** 196:10

**Lastly** 209:5

**laughing** 183:17 184:1

**law** 31:21,22,24 32:1, 3,11 35:6 45:18,20 47:24 48:1 152:11 185:15,20,22 187:18,20 202:19 208:21 249:2,13

**lawsuit** 75:11 83:13 101:23 114:7 118:5,13 121:8 123:3 127:24 155:2,6 208:17 220:20, 21,23 222:14 249:6

**lawyer** 15:3,11 29:3 32:5,13 36:7,10 146:16, 17,18,19,20 183:10 221:15 252:4 253:23 254:2,17 255:22,24 256:4 259:1,2 261:10 280:2,5

**lawyer's** 51:3,7,10 52:17

**lawyers** 14:25 25:12, 17 26:14 28:25 31:3 34:12,13,19,20 35:4 36:2,4,5,15,18,24 37:5, 14,22 38:5,7,9,10,18,21 50:15,19,21 56:11 154:23 167:24 176:2 196:8 208:11,22 211:8 212:19 224:20 232:18 236:13 249:17 262:1 275:12

**lead** 28:5,7 196:5

**leaked** 90:21 286:20

**learn** 22:5

**learned** 186:4,11 210:25

**leave** 157:6,8,22

**Lee** 8:23 133:12

**left** 35:22 61:3 75:15 76:6 82:4 242:20

**left-hand** 267:21,22

**legal** 9:3 10:17 23:4,6 25:24 26:3,5,8 31:14, 17,19 33:18,21,23 34:2 35:3,8 46:4 48:12,15, 20,21 72:6,9 73:23 74:11,20 77:22 83:20 120:12,22 121:23 122:13 123:11 128:6 133:3 180:24 187:8 196:14 204:12 221:21, 24 231:25 244:17,20 246:20 251:16 252:23 256:3,17,24,25 257:3 258:14 259:11,16

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**legally** 46:5 222:2,5

**legitimate** 120:9

**letters** 87:9 88:10,11

**letting** 146:25

**license** 9:14 31:22 32:9

**licensed** 9:13 248:14

**lie** 102:1 152:10 182:15,17 193:15

**lied** 101:17 259:8

**life** 30:3 50:14 169:14 171:11 263:8

**lift** 27:10

**light** 232:6

**likes** 214:12

**limited** 15:4 110:10 121:24

**lines** 94:5 124:22,23 224:14

**link** 74:7,8

**list** 10:8,15,17 153:6 280:14

**listed** 92:21 150:11

**listen** 102:21 178:20 183:2

**listened** 163:16 174:25 175:24 176:7 179:4 216:18 262:9

**listening** 132:21

**Lite** 131:21,23 266:13, 19,23 267:3,12

**litigation** 12:21 122:14 173:19 174:11 205:9 207:14 230:21 250:4 267:13

**live** 101:21 102:6 162:15,23 167:5 169:12 171:12 215:6 216:10 235:10 262:3 270:21

**livestream** 103:22 107:17

**living** 23:2 112:21 270:11

**Livingston** 189:23

**loans** 24:8

**local** 180:8 251:22 252:6 257:17

**log** 39:19 122:9 191:21

**log-in** 89:13

**logged** 39:20 41:19, 22 42:1

**logic** 234:1,2

**logical** 129:5,7

**London** 230:1 231:14 232:21 236:19,21,24 238:7,18 239:13,18

**London's** 232:3 234:21

**long** 13:19 24:15,16 26:20 33:11 56:20 57:10 73:11,22 78:12 79:11 81:2 105:22 128:21 144:8

**longer** 12:20 57:7 138:17 237:7

**longest** 78:14

**looked** 76:9 100:14 153:10 246:6 257:16 265:20

**loose-leaf** 254:25

**Lord** 35:12

**Los** 8:1,11 20:22 251:2

**loss** 114:14

**lost** 279:13

**lot** 10:7 11:12 22:15, 20,25 23:7,14,15 27:4, 12 56:23 65:7 71:23 97:11 101:24 102:2 113:6,12,13 114:25 115:3 172:13 183:17 217:22 218:2,3 220:5 224:2 253:7 254:6

**love** 61:6 79:25 159:5, 6 217:3,18 218:10 219:9 272:21

**loves** 217:4 218:22 219:5,6,7,8

**lower** 47:8 209:24

**luck** 209:6 211:17

**Luckily** 150:17 188:10

**Lululemon** 253:8 254:6

**Luna** 238:7,9,14

**lunch** 62:10,11 133:18 136:20,23 144:8 147:8 198:15,16

**lying** 79:4 152:3,7

**Lyme** 131:21,23 266:13,19,23 267:3,12

---

**M**

**M-A-S-S-A** 270:14

**machine** 261:10

**made** 42:7 96:8 104:25 116:16 118:11 151:23,24 187:23 190:7 211:9 213:18 223:9 228:22 253:22 254:19, 20 260:3 285:16 287:6

**MAGA** 238:6

**magistrate** 230:22

**major** 231:20

**make** 14:25 28:23 37:16,25 81:3 116:4,10 137:2,8 146:20 154:12 156:12 159:3,4 172:7 173:2 185:15 187:18 193:22 203:7,12 228:22 237:20 239:13,18 256:10 268:14 269:21 270:11,21 284:24 285:2,8

**makes** 37:14,19 189:15 190:5 205:25 224:24 225:2

**making** 61:11 62:17 194:20 205:23 210:24 211:25 231:8

**malpractice** 249:4

**man** 228:16 272:21

**manage** 27:24,25 39:16

**management** 264:2

**manager** 40:13

**managers** 40:17

**manipulated** 208:25

**March** 151:8,11

**Mari** 130:16,18 131:16 265:10,17,22 266:23 267:24 268:13

**mari@ lymelitemedia. com.** 268:2

**Marie** 8:18,22 9:25

**marie@ unitethepeople. org** 97:16

**marijuana** 85:22 86:6

**mark** 58:24 74:2 83:22 102:9 149:2 151:1 156:22,23 161:20 167:13 168:25 173:14 177:19 182:18 189:8 192:1 214:21 216:2 229:1 235:3 243:22 244:8 250:11 252:11 253:12 261:2,19 265:2 267:16

**marked** 21:4 59:3 74:4 84:17 89:19 91:5 103:19,20 124:4,5 139:7,8,11 149:13 151:3 158:23,24 162:7, 8 167:18,19 169:1 171:18 173:16 177:23, 24 182:21,22 189:10 192:4 194:11 196:2 199:16,17 207:17 215:2,3 216:5,6 221:7,8 225:11,12 229:4,5 235:5,6 244:9 248:21 252:16 253:17 261:4, 22,23 265:5 267:17 278:4 279:20 286:9

**marketing** 40:13

**marking** 20:14 93:23 195:25 198:9 199:14 207:15 225:7 257:11 279:16

**massa** 270:12,14,15, 18,19

**master** 270:17

**material** 99:9

**matter** 13:25 43:12 114:7 115:15 124:16 133:21 188:3 241:6 251:19 276:1

**matters** 35:11 36:6, 13 48:13,15,20,21 112:3,9,12

**mattresses** 27:10

**max** 225:14

**Mcdowell** 8:17 9:2, 17 10:5 11:6,11 21:12, 14 59:7 61:9 83:12 84:20 88:17 93:8 121:22 138:16 139:11 147:6 196:12 207:22 208:7 209:8,15,19 210:2 211:6 242:14 244:13 250:25 264:6 265:9 284:23 287:25 288:25

**Mcintosh** 29:25 135:18 205:14

**Mclymont** 84:1,7,8, 13 116:21

**meaning** 185:5

**means** 15:11 111:19 113:4 147:11 153:14 216:19 217:9

**meant** 179:6

**mechanism** 142:17

**media** 12:14 38:24 39:3,17,24 40:2,5,8,10, 13,17 41:14 42:4,7,19, 25 43:3,12,16,19,22 70:2 83:14 84:24 86:8 87:6,20 90:15 96:13,15 98:23 99:2,19 124:13 127:22 128:4,5,12 130:6 131:21 132:5,7 160:20 161:9 167:6

171:14 195:23 208:10, 15 210:8 254:14 266:14,19,23 267:10 282:16 286:21

**medication** 16:23 134:17

**medications** 17:12

**medicine** 198:20

**meet** 19:7,8,11,14,20 30:7 50:4,8,10 117:11, 14,20 226:23 229:24 280:2

**meeting** 64:25

**meetings** 247:18 269:10

**Megan** 8:23 9:24 17:16,17 18:14,16,21 106:14,17,18,19,21 124:17 155:18 159:3 162:20 163:18,20,22 196:7 197:7 208:11,17 213:10 223:1 224:4,5, 21,22 231:21 232:1,9 233:1,4,21 240:2 253:25 275:20

**Megan's** 208:22,24 209:3

**Meghann** 159:4,18, 20 208:14 211:7

**member** 59:10 79:13, 16 80:3,6 83:20 131:6, 10 264:6,8,15 265:15, 18,22 266:2,5,8,11,18 268:10,16,22

**members** 253:9 264:4,10,12,20,22,25 265:8

**memorialize** 251:19

**memory** 114:14,19, 24 115:2 182:3,9 192:21 193:2,4,5,17

**mentioned** 86:25 87:14 104:3

**mentoring** 22:20

**mentoringships** 112:23

**mentorships** 112:24

**message** 43:2 88:17 93:8 169:5,9 170:17 171:22 174:12 192:2 195:23 197:18,25 244:12,22,24 245:17 246:8,11 254:13,21 255:1,14,17 256:13 268:5

**messaged** 254:10

**messages** 43:5,8 101:14 177:12 192:16 246:13

**messaging** 172:1 273:3

**met** 50:14 56:18 64:8, 12 65:5,6 127:6 177:9 207:1 229:23

**Miami** 141:5

**Michael** 9:1 12:16 147:7 251:22

**mid-lower** 209:22

**middle** 80:15 81:1,7 82:16 93:7 134:5

**Mil** 169:7 170:22

**Milagro** 9:6 17:22 50:7 51:12,14,16 65:25 89:23 90:1 92:15 103:11 106:24 124:14 125:23 127:22 132:19 151:6 162:17 163:1,10 167:4 169:6 171:21 172:1 173:19 174:23 189:14 196:6,12 204:2 208:12,18 218:6 235:10 253:22 254:1 267:23 282:8

**Milagro's** 146:20 170:18 204:11,18

**milagrogramz@ gmail.com** 86:11

**Milagros** 95:16

**mild** 254:8

**Millie** 93:12 95:7,16 255:25

**Minaj** 107:7

**mind** 79:20

**mine** 16:21

**minute** 133:14 167:16 184:2 198:13

**minutes** 37:8,16 82:20 157:4,7 189:4 194:3 234:18

**mis-** 260:12

**Mischaracterizes** 175:2 176:19

**misconduct** 215:8 249:16

**misinformation** 196:8

**misreading** 111:15

**misrepresenting** 260:10,13

**missed** 279:9

**mission** 22:1,3,14 60:22 108:18,19,23

**misstated** 154:4

**misstatement** 185:22

**misstates** 262:6 276:13

**mistake** 254:19,20

**Mitch** 183:1 185:11 187:16 264:6 265:9

**Mitchell** 21:12,14,18 24:3

**mobile** 20:23 281:24 282:10

**modicum** 80:19

**moment** 83:24 102:13,24 106:4 149:4 158:9 162:3 178:21 179:20

**Monday** 157:19 258:16

**monetarily** 61:6

**money** 46:14 71:18 72:1 78:5 201:20 202:1,

5 252:22 253:3 254:6, 11 255:21 256:11,12, 16,24 257:7 258:1,22 259:1 260:11,17 269:21 270:21 282:24

**monitored**  144:5

**month**  251:7

**monthly**  269:24

**months**  90:1 122:14 150:9,23 155:7,9 218:17

**mood**  11:5

**morning**  8:21 9:1,24 17:13 19:24 130:7

**motion**  77:9

**mouth**  193:23

**mouthpiece**  208:14

**move**  77:3 82:11

**Movement**  70:19

**moving**  84:3 243:17

**multiple**  29:19 100:23 133:23

**murder**  235:14

**music**  271:16 277:9

**mute**  137:4

**mystery**  266:23

---

**N**

**Nah**  55:22

**named**  183:8 273:15

**names**  10:6,17 11:10, 24,25 12:14 17:16 115:3 287:14

**narrative**  22:8 78:22 160:11 183:14 196:18 275:14

**narratives**  105:2

**narrow**  175:22

**Nation**  167:24 168:1 196:9 219:24 220:7,8, 12,16 222:19 223:14,17 224:7,19 227:10 234:8

235:13 236:4,12

**Nation's**  224:11 232:17

**national**  232:10 235:14

**needed**  126:18 135:2 136:10,16 138:4 192:6 194:16 254:2

**negatively**  254:11

**negligent**  53:13

**negotiated**  286:14

**news**  231:20 232:10 235:14

**nice**  65:20 149:6

**Nicki**  107:7

**nickname**  95:7

**nicknames**  11:22, 23 12:2,9

**nigga**  263:13,14

**nobody's**  202:14

**non-attorney**  249:12

**non-cooperation**  213:13

**non-incarcerated**  116:2

**non-legal**  253:3

**non-media**  208:15

**non-profit**  47:4 277:19

**notary**  8:5

**noted**  75:14 90:8 238:1

**notes**  66:19

**notice**  280:6

**noticed**  85:15 253:6 254:5

**noting**  183:10

**November**  159:1 160:1,9 167:21 178:11 189:2 191:21,23 192:10 199:12 244:12

**now-claimant**  124:17

**number**  8:14 9:14 58:25 66:7,9 74:3 83:23 84:16 89:18,24 91:4 133:11 137:9,12 138:9, 10,20 144:1 148:1,4,6, 8,11,14,17,22,24 149:7, 21,22 150:4,7,8,11,20, 22 151:21 152:24,25 153:4,5,7,17 161:25 169:7,8,15,18 170:4,18, 22,24 171:2,17 172:2,4 173:15 177:20 189:15 190:2 194:8 229:2 243:22 244:15 245:13, 14,15 251:1 265:8,9,10 267:20 279:19

**numbers**  66:16 145:23 171:3

**numerous**  211:21

---

**O**

**oath**  13:1 14:15,18 79:5 141:4 259:8 260:11

**object**  14:21 15:11 75:11 80:18,22 147:3 225:5 231:3 241:4 247:2,3,10 281:7

**objecting**  80:17 230:24 250:13

**objection**  12:12 13:21 14:7 18:18 22:7 48:23 52:9,11 54:22 67:9,15,19 68:2 69:9, 16,23 70:4,9,14 72:14 73:4 75:1 76:1 78:22 79:2,6 80:10 81:13 83:17 90:19,23 95:1,8 99:23 100:3,8,17,25 101:11 105:4,5 108:20 112:4 114:15 116:19,23 117:2,8 118:18,25 120:2,14,19,24 121:4, 13 122:16 126:20 127:3,7,12,17 129:25 133:3 135:4,9,21 136:2, 7,13 144:21 145:12,18 146:7,13,20 149:1 155:10,14,23 156:6,19

160:13,22 161:4,10,14, 18 167:11 168:16 172:17,18 174:19 175:2,11 176:18 177:1 181:5,6 182:4 183:14 184:8,9,16 185:17,21 186:1,6,17,25 187:7 188:6,20 191:2,6 196:18 197:20 198:1 201:4,15 202:2,7 203:4, 18 204:12,19 205:7,11 206:2,8,14 207:6 210:22 211:19 212:4,10 213:20,24 215:17 216:13 217:13 218:13, 14,25 219:19 220:19 221:2 222:21 223:4,5, 10 226:6 227:5,12,19 228:24 230:5,10 231:10 232:12 233:23,24 234:19 235:18,23 237:1,3,13 238:1,23 239:3,9,15,23 240:5 245:25 246:24 247:14 248:19 250:22 252:8 254:15 257:4,23 258:10 259:4,12,23 260:5,8 261:17 262:6,16 269:3 270:9 272:4,15 273:19 274:1,5 275:13 276:6, 13 278:21,22 284:7

**objections**  14:25 68:2 70:20,25 75:13,15 77:5 81:1 212:16,21 217:5 230:9,23 231:8 233:6 258:3 259:18

**objectives**  27:16

**obligated**  208:19

**obstruct**  287:20

**obtain**  23:22 33:1 146:5,9 277:25

**occurred**  122:6

**Ocean**  128:20

**October**  107:17 118:5 121:9 123:4 124:7 134:20 149:18 151:8,11 155:5 220:21 230:7

**offensive**  241:2,20

**office**  20:24 24:12,16 73:21 78:12 110:8

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

244:6,15

**officers** 202:21

**offices** 109:15 110:12 202:19

**one's** 134:1

**ongoing** 250:4

**online** 137:25

**open** 39:19 287:4

**opening** 232:25

**operate** 38:11,21 111:24

**operations** 31:13 38:2 46:8 264:2

**opinion** 115:5 126:14 133:4 211:3,4 213:23

**opinions** 124:16

**opportunity** 171:12

**opposing** 134:1

**opposite** 195:15,17

**order** 230:22 285:23 286:1,11,15,16 288:3,7, 11

**ordered** 62:11

**orders** 253:8 254:6

**organization** 19:3 22:5,6 46:4 58:22 59:11 78:11 99:10 136:17 250:2 265:22 266:22 272:19 277:7,19 279:3

**organization's** 99:11 255:21

**original** 223:12

**originally** 276:9

**originating** 152:25 153:4,7,17

**other's** 218:24

**outlet** 231:20 232:10

**outline** 73:15

**outsmarted** 177:10

**overtalk** 235:21

**Owe** 253:21

**P**

**Pacific** 8:10 11:1,4 83:1,4 106:6,9 136:22, 25 139:2,5 199:2,5 242:8,11 284:11,14 289:1

**pages** 254:24,25

**paid** 56:7 77:21,24 78:6,15 97:24 98:2,16 180:14 255:8,9,22 256:11,12 269:14,15,17 270:3,5,25 273:24 274:2 276:25

**Pancier** 180:8 251:22,25 252:6 286:13

**paper** 61:24 86:15 87:3 88:20,24 90:6 92:19 93:5,10 139:20 149:6 152:14 164:24 169:20 170:5 172:6,8 173:24,25 174:5,7 179:9 207:19 209:11,13 217:8 223:15 229:18 245:12,19 246:2,10 262:18,23 265:13 267:2

**paperwork** 166:3

**paragraph** 139:13, 17 140:2

**paralegal** 8:24 32:7, 8,9,14,17,21,23,25 33:3,12,15

**paralegals** 25:22

**pardon** 239:8 271:22 272:1

**parole** 13:9,13,14,15 14:5

**part** 102:1 111:12 121:23 122:13 132:16 134:9 153:16 179:1 234:4

**participated** 269:10

**parties** 8:8 177:11 286:12,15

**parts** 274:13

**party** 201:3,8,9

208:17 222:25 224:3 226:5,7 232:1

**Party's** 239:2

**pass** 84:15 91:14 160:20 173:11,12 186:4,11

**passed** 83:13 100:15, 23 101:3,6,9,14 155:21 199:7

**passing** 192:16

**password** 41:16,18

**past** 201:11

**pattern** 232:5

**Paulina** 238:9

**pause** 83:24

**pay** 72:9,12,19 73:22 74:11,20,22 77:13 98:14 136:11 178:13,24 201:22 202:14,21 221:19 228:21 239:13, 18 251:25 252:3 256:5 257:17

**paying** 77:14 190:16 202:11,13 252:23 258:18

**payments** 277:12,15 283:19,25

**pee** 81:25 82:3,7,8

**peers** 54:19,20 55:11, 15,19,23

**penalty** 9:18

**pendency** 77:9 220:22

**pending** 16:11,12 22:12,13 75:10 242:19

**people** 9:3 12:17,20 19:2 20:5,10,19 21:13 22:24 23:3,11,12,23 26:4 28:16 29:9 41:13 46:5,21,22,23 59:6,8,13 60:23 61:6 62:14,18 65:8 73:21 78:13,17 83:25 84:23 89:22,25 91:25 92:15 93:9 96:18 97:11,20,25 98:3,10 103:10 107:20 108:12 110:6,7,14,16,23 111:7,

19,24 112:1,7,17,19,20, 21,22 114:2 118:1 119:14,16,19 121:22,23 122:6 124:12,14 125:24 127:21 128:21,24 130:8,11,23 143:6 144:12 145:8 147:7 160:7 165:5 171:3 189:18 196:13 202:13, 17,22 207:23 208:7 209:8 210:16 216:10, 20,24 217:3 220:6,7,11, 14,15 221:12,15 222:9 223:17 224:9 231:25 232:17 233:1,12,18,20 234:6,11,12,17 235:1 236:3,10 242:24 250:25 254:2,10,17 255:17 261:7 265:15,23 271:21 274:19 276:2 277:4 278:8

**people's** 61:21 103:24 202:11,13 223:13 230:20 234:14 236:12

**peoples** 55:25 56:1,2

**percent** 31:15 193:7, 10 220:14 225:3 238:5, 22

**percentage** 48:3 164:7

**Perfect** 199:25

**performance** 50:25

**period** 155:6,13 220:20 231:3

**perjurer** 220:1

**perjury** 9:18

**permission** 36:24

**Perry** 265:11

**person** 15:21 17:19, 24 18:4 50:14 64:8 65:5,7 66:1 75:9 77:15 105:23 186:21 187:5 188:18 208:22 218:21 233:2,10,13 235:16 268:15 279:4,5

**personal** 144:16 148:10 253:8 256:9,11 282:13

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**personalities** 128:5,12

**personally** 39:16
165:1 255:9,20 277:12

**persons** 208:14

**pertain** 93:13

**pertains** 286:25

**Pete** 8:12,23 9:24
17:16,17 43:9 51:19
52:21 53:1 83:12 101:4,
15,17 106:21 107:6,12,
13 117:22 124:17
141:13 155:13,18,22
156:5 159:24 160:7,11
161:2 162:12 163:13,19
165:25 172:19 173:5
175:8 177:11 186:15,
18,20 197:7 212:23
213:1,4,6,10 220:1
222:20 227:11 233:1,4,
21 240:2 280:21

**Pete's** 172:14,16
212:19 223:1 224:4,5,
21,22 231:21 232:2,9

**Petersen** 8:5

**Peterson** 18:1,6,7
64:13 78:9 88:22 90:3
92:17 140:3,8,11
165:13,15,21 166:2,6,
18,19 196:6 206:21
223:3 224:17 235:14
243:5 283:9,14

**Peterson's** 139:14

**petition** 271:8,21,22,
25 272:3,11,20,25
277:3

**philanthropist**
59:9

**phone** 10:22 16:15,20
39:11 66:7,9,16 89:13
121:10,20 123:6
142:18,23 143:11,13,23
144:12,16,18,19 145:1,
10,14,17,23,24 146:6,
15 147:25 148:1,4,6,8,
11,14,17,21,24 149:22
150:7,8,20,22 151:6
159:1 162:10 167:22
169:4,18,24 170:4,18,
24 171:2,3 178:12

**personalities** 128:5,12

**phones** 145:8,24,25
147:23 281:23,24,25
282:1,3

**physical** 24:12,16

**physically** 61:6

**picked** 193:9,11
242:18 255:20

**pictures** 150:19

**piece** 61:24 86:15
100:23 152:14 169:20
172:6,8 173:24,25
174:5,7 223:15

**PIN** 147:22

**Plaintiff** 8:22 17:15

**plaintiff's** 287:21

**plan** 84:11 160:19

**planning** 203:16
212:14

**plans** 84:5

**platform** 39:5 127:23
228:7 256:12

**play** 103:13,14 106:10
107:1 123:16,22 138:15
157:25 158:3,5,16
161:22 162:1 175:1,4
177:21 178:4,19
179:15,18 199:10
214:25 215:1 216:4
221:6 264:1,25 266:7

**played** 103:15 105:21
106:12 107:4 123:18
124:1 125:6,14 139:6
158:2,18,22 161:24
162:6 164:23 167:17
177:25 178:3,9,22
179:9,23 182:23 188:11
199:21 200:3 215:4
216:7 221:9 225:13
229:6 235:7 261:24

**playing** 106:17 158:6

**pleaded** 276:16

**PM** 83:3 106:5,8
136:21,24 139:4 199:1

242:7,10 255:2 284:10,
13 289:1,2

**pocket** 78:16,25

**podcast** 127:23
171:12

**podcasters** 128:5

**point** 66:4,22,25 75:7
87:19 95:13,15,20 96:1
122:3 126:6 157:23
224:11 236:2 243:18
244:4 248:11 275:7
280:12

**pointing** 231:18
233:1

**points** 227:16

**police** 276:10

**political** 226:18
239:1,5

**politics** 200:19,22,25
226:10,11,14,16,17

**porn** 172:14,16,19
173:2 183:7

**pornographic**
172:22

**portion** 202:1 255:5,
23,25

**position** 101:17

**positions** 264:13

**positive** 105:2
154:14,16

**possesses** 208:23

**possession** 53:11

**possibly** 141:18
195:7 222:15,17 233:14
272:12

**post** 40:5 41:17 42:19
59:5,6 61:3,11 62:1,18
83:14 87:6,20 90:15
99:18 130:5,7,9 195:24
207:21 208:3 210:19
258:8

**post-conviction**
47:18 112:3,8,12
115:15 274:17,22 275:7
276:1

**posted** 40:8 61:21
76:7 83:7 195:23 196:4
207:25 210:15 272:25

**posting** 40:4 207:22
208:5

**posts** 39:25 42:7
132:5,7 167:6 197:6
267:10

**potential** 70:7
208:21

**power** 119:23 122:12

**practice** 249:2,13

**preferred** 201:7

**prepare** 19:8,12,15,
18 20:1 49:16 50:4

**prepared** 247:12,17

**preparing** 49:9,11

**present** 84:5,6 191:4,
8,10,11

**preserving** 15:1

**president** 21:18,21

**press** 124:8,25
125:19,23 126:3,9,18
132:1 207:13 208:6
212:3,25 213:12,15
215:9 219:23 220:6,12
221:21 222:18 226:1
227:4,9,17,23 228:1,4,
23 231:14 232:24 233:3
234:17 235:10,11
248:24 267:6 271:7,20

**pretending** 232:6

**pretty** 41:15

**prevent** 219:25

**previous** 59:1 243:3

**previously** 139:11
267:12 285:22 286:17

**prices** 46:17

**primarily** 108:7,11

**primary** 22:1,14
108:13 226:20,22

**Prince** 276:22,23,25
277:4

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**Prince's** 277:4,7

**printed** 169:21

**printout** 265:7

**prior** 65:23 89:21 116:8,10,12 147:10,11 149:22 150:8 189:4 200:12 247:6

**prison** 13:16,17,19 14:4,6 30:4,8,9 31:25 32:1,2,4,22,24,25 33:11,15 44:2,9,16,18, 22 45:4,11,14 54:4,6, 11,13 76:9 113:7 115:8, 10 116:9 121:10 122:13 123:6 141:9,13 142:9, 15,20,24 143:4,7,10,24 144:11,13,16,24 145:2, 6,9,17 149:17 150:22 166:25 167:22 170:13 171:23 178:12 191:8 207:5 219:25 220:13,16 224:12 226:11 231:19 232:18 234:9 236:13

**prison-dedicated** 143:22

**prisoners** 112:14,17

**private** 34:9 187:4,9, 22,23 188:19 254:1

**privilege** 121:14 122:9,11 123:13 204:13 246:25 247:10,15 281:8

**privileged** 122:8 247:18

**pro** 178:15 179:6,12, 14,25 180:3,4 251:9,13 252:1 255:20 258:24 260:20

**pro-football** 179:12

**probation** 45:16

**problem** 72:18 147:10

**proceed** 9:7

**proceeded** 183:5,9

**proceedings** 289:2

**process** 274:25

**produce** 33:6 208:19 280:19

**produced** 83:19 86:23 87:16 88:13 89:8, 15 94:20 122:14 152:5 154:21 169:4,24 171:21 173:18 174:10 244:11 267:19

**product** 85:24 204:14 246:25 281:8

**production** 89:11

**profile** 115:18 247:22 248:2,4,9

**programs** 22:20 78:19

**progressing** 208:13

**Project'** 78:19

**promise** 239:1,5,6

**promised** 136:10

**promote** 258:7 271:25

**promoted** 271:7 277:3

**promoting** 197:25

**proper** 231:9

**prosecution** 59:12

**protected** 123:12 285:25

**protective** 285:23 286:1,14,16

**protest** 61:8

**proved** 187:4 188:17

**proven** 54:18 55:9

**provide** 31:19 36:11, 14 50:21 76:3 285:1

**provided** 78:2 268:2 280:11

**providing** 31:13 127:15 287:9

**proximity** 216:11,21

**public** 8:6 46:7 90:21 99:21 121:20 131:21,24 134:19 160:2,11 184:23 187:11,23 197:18 201:14 203:2 207:4

211:25 213:22 266:14, 19,25 267:4

**publicity** 70:3 266:20

**publicly** 100:2 101:10 107:23 217:17 251:12 258:6 261:8 278:10

**pull** 61:25 74:3 102:12, 15 103:23 105:10,13,17 123:14 137:12 156:21 182:19 214:22 221:1 225:8 235:4 236:7,9 261:20

**pulled** 102:18,25 103:1,3 138:18

**purchase** 254:7

**purported** 220:1

**purpose** 99:17

**purposes** 202:6 252:23 256:17

**pursue** 34:25

**put** 16:15,17,21 27:10 39:12 128:4 133:21 134:3 166:19 193:23 215:9 254:1 263:4,8 271:21

**putting** 223:16

---

## Q

**quarterly** 270:5

**Quentin** 44:2,3

**question** 14:22 15:3, 12,13,22,24 16:2,4,7, 11,12 22:10,11,12,13 38:14,19 42:16,17,18 48:19 51:4 52:14,24 55:5,6,9,16,20,21 68:9, 22 69:10 72:15 79:24 80:15,19 81:1,2,3,8,18 82:4,6,10,18 85:7,23 95:24 96:25 97:8 102:4 109:2,5,7 111:2 116:8, 10 119:6,13,15 120:5, 10 121:25 122:21,23 123:3 126:2,7 131:9 134:9 137:14 139:12

140:6 146:12 165:3 168:17 180:25 181:10, 14 186:7 187:25 192:25 213:1 214:5,14 223:12 225:18 230:25 234:19, 22,23 235:17,20 240:19,21 241:7,24 242:19 243:3 247:24 248:1 252:19 253:25 258:17,23 263:15,17,18 272:9 279:7 284:4 287:5,13

**questioning** 82:17 133:16 134:6,7,8 152:13 230:20 231:4 287:3

**questions** 14:20 15:9 16:24 86:4 93:14 129:19 138:2 193:7,10, 12 212:15 223:12 284:17 287:16

**quick** 137:2,8 242:13

**quote** 59:21 64:12 78:10,19,24 124:11 127:20 130:6 132:18 160:6,25 162:13 167:24 168:1,2,3,5,6,8 175:8 176:3 178:13 183:1 185:3 187:16 196:5 201:19 202:15 203:7 208:13 217:3 222:25 235:13 253:23 260:11

**quoting** 153:14,15 196:5

---

## R

**race** 159:7,8,9,10 160:6,17 161:1

**racks** 70:23 71:5,12

**radios** 282:4

**raise** 199:23 221:4 225:10

**raised** 210:24 211:2 252:22,24 254:1 256:12,16,23 257:3

**raises** 80:13

**rally** 61:7

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**ranging** 174:2

**rapid** 282:4

**rapper** 196:9 206:22 271:17 273:14

**rate** 47:14,17

**Ray** 183:4

**reach** 16:18 70:7 128:6 192:9 194:2 233:14 236:15 268:24

**reached** 231:21 232:10 267:12

**reaction** 163:1

**read** 55:7,8 59:6 60:1, 9,21 61:5 74:19 107:20 109:4,6 122:20,22 123:2 124:7,11 173:8 181:11,13 187:11 192:13 203:10 208:9 214:10,13 234:16 240:16,18,20 245:5,8,9 253:21 255:3,17

**reading** 60:21,24 104:13 125:8,12 194:18 232:19 246:15

**reads** 16:3

**ready** 9:7 103:14 106:10 138:15 177:20 216:4 221:6

**real** 134:14 137:15 196:12

**realize** 44:6

**reason** 61:13 79:4 116:16 127:10 256:15, 20,22 261:11,15

**reasonable** 54:18 55:10 233:2,9,13,20 235:16

**recall** 26:17,20 45:1 61:11 73:24 101:5 110:24 118:8 121:12 123:8 130:12 131:3,4 132:21,22 142:3,10 166:23,24 167:2 184:2, 13,18 185:2,5 209:10 211:10,13,24 212:2,6, 12,17,22 213:14 214:17 215:12,15 220:2 244:19 253:10 254:13,21

259:6,7,10 261:12 263:22,25 264:3,5,7,9, 11,14,16,19,21,23 265:1,14,16,19 266:3,6 272:2 280:7,13,16

**receipts** 255:6

**receive** 24:10 46:7 137:17 251:16 280:14

**received** 43:11 101:21 102:6 123:12 127:24 149:16 152:1 252:7 254:9 257:7 277:6,9,15 285:18

**receiving** 254:13,21

**recent** 13:7 29:12 40:16

**recently** 100:22

**recess** 11:2 83:2 106:7 139:3 199:3 242:9 284:12

**recognize** 229:17

**recollection** 66:3

**recommended** 266:25

**record** 8:4 10:2,21 11:1,4 15:1 35:14 55:8 82:15,22,23 83:1,4,23 84:2 85:16 93:22 105:25 106:3,6,9 109:6 121:20 122:22 123:2 133:13 134:8 136:19, 22,25 137:6,15 138:25 139:2,5 147:9 149:3 157:12,14 181:13 189:8 198:17,25 199:2,5 208:7 214:13 240:20 242:5,6,8,11,18 243:2, 6,9,11,15 253:13 260:10,13,14 265:3 267:16 276:20 279:16 284:11,14 288:2 289:1

**recorded** 121:10,19 123:5 143:10 144:5 206:16,19

**recording** 124:3 156:23 158:1,5 183:18

**records** 122:13 150:21 151:5 152:1,4 155:8

**recruit** 26:14

**reductions** 112:15

**refer** 18:23 124:20 280:21 283:9,14,18,24

**referred** 141:1

**referring** 14:3 17:15, 21 18:1,6 130:14,16 159:13 168:9 189:20,22 192:3 215:8

**reflect** 82:16 93:22 138:13 242:17 243:2

**reflected** 189:4

**reflects** 284:25 285:4 287:10

**reform** 60:22

**refrain** 77:4

**refreshed** 66:4

**refuse** 37:22 176:23 177:6 212:14

**refused** 287:14

**refusing** 246:4

**refuting** 246:12

**register** 48:9

**registered** 48:6

**regular** 210:8

**regularly** 141:14

**relate** 280:21 283:9, 14,19,25

**relating** 90:11 136:11

**relations** 131:21,24 160:3 203:3 226:18 266:14,25 267:4

**relationship** 129:23 140:17 191:15 216:11, 24

**relative** 8:7

**relay** 177:11 219:11

**relayed** 101:17

**release** 124:8,13,25 125:20,23 126:3,9,19 207:13 208:6 212:3 213:12 215:9

**released** 107:19

**releases** 132:2 213:15 267:7

**relevance** 13:21 14:7 48:23 69:24 75:12 76:1 149:1 155:10 156:19 183:15 184:9,17 185:18 188:6 201:4 220:19 223:10 226:6 230:5,9 235:23 238:23 248:19 250:13,22 252:8 254:15 257:24 270:9 272:5,16 274:5 276:7 278:21,22

**relevant** 75:21 147:15 221:2

**relief** 287:22

**rely** 285:17

**remainder** 84:6

**remains** 54:6

**remember** 10:9 11:14,18 12:1,15,24 13:11,18,20 19:10,19 21:11,23 23:24 24:2,5, 7,9,11,17,22,25 25:3, 16,23,25 26:16,25 27:2 28:20 30:20 31:23 35:2 36:14,17,20,23 37:1,4, 7,10,11,20 38:17,25 40:1,6,12 42:21,22,24 43:1,4,7,10,14,17,20,23 44:23,25 45:5,12,13,15 49:15,17,24 50:2,18,20, 23 51:1,5,8 52:18 53:2, 3,5,9,10 56:17,18 57:11,13 58:1,15,20,23 61:12 62:22,25 63:6,10, 13,14,19,20,22 64:5,7, 10,14,25 65:7 66:6,15, 18,21,24 67:3,5,11,16, 25 68:6,8,15 69:4,6,8, 14,25 72:22 73:25 74:16,24 78:21 79:7,10, 12,14,17 83:16 87:21, 22 90:13,16 91:2 94:21, 22,23,24 95:2,3,9,11, 14,18,19,23 96:3,4,5 99:7,15,16,20,24 100:4, 9,13,19 101:1,8,12,16, 19 102:8 104:21,24 105:7 108:3,6,22 109:10,14,16 112:5,10,

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

16 114:8,9,16,22 115:3,
6,8,11,14,16,19,22,25
116:3,13,20,24 117:4,6,
7,16,19,21 118:2,3,9,
12,15,20,23 119:2,21,
24 120:4,7 123:9
124:18 125:5,9,11,18,
21,22 126:10,12,13,15,
21,25 127:4,8,13,18
128:7,10,13 129:20
130:15,17,19,20,22
132:25 133:5 134:22
135:1,5,23 136:3,8,14,
18 141:15,24 142:1,5
143:3,21,25 144:4,17
148:15,18,20,25 150:16
151:14 155:19,24
156:3,8,16,17,20
159:11,14,17,19,22,25
160:4,8,14,18,23 161:5,
11,15,19 162:24 163:7,
15,19,20 164:8,11,25
165:13 166:1,7,13,16,
17 167:8 168:11,20,21,
23 174:24 175:5 177:8,
15 178:16 180:6,10,13,
16,19,22 181:2,21
182:11,13 184:3,4
186:2,22 187:12 188:1,
7,8,10 189:21,25 190:3,
6,9,12,15,17,21,24
191:1,14 192:8,15,19
193:7,11,13,16,24,25
194:21 195:20 197:4,
14,17 200:13,20,23
202:17 203:1,5,15,19,
22,24 204:22,23 205:4,
12 206:3,5,17,25
215:22 219:14,16,17,21
226:15,21,24 227:2,13
228:3,14,19 229:25
236:18,20 243:19
244:1,7,21 246:14,16,
18 247:16 248:12,15,20
249:3,5,8,11,15,19,21,
24 250:3,7,10,20,21
251:3,5,6,11,14,17,20,
24 252:2,5,10,21 253:5,
11 254:22 255:15
256:14 257:5,9,19,22
258:4,11 260:22
261:14,18 273:20,23
278:1 281:6,14,15,16,
18,22 282:12,15,18,25
283:1,2,7,12,17,23
284:3,6

**remembered** 63:21
72:25 73:1,2,3 144:3
193:19

**remembers** 287:12

**reminder** 285:21

**remotely** 8:24 84:4

**repeat** 67:22 102:4
119:12

**repeated** 22:10

**repeatedly** 167:6
209:3 213:9

**replace** 237:11,18,21

**replacing** 263:13

**reply** 92:17 240:23

**report** 28:21

**reporter** 9:8,10,12,13
15:19 20:16 41:6 67:20
77:1 102:19 113:15,18
122:25 127:24 158:4
181:12 240:15,17 242:5
252:13 270:13

**reporting** 205:5

**reports** 28:17,18

**represent** 8:20,22
9:5,24 29:2 38:5,7
46:12 74:6 115:23
116:1,22 118:16 119:25
121:2 122:24 124:13,14
126:24 133:1,2,20
134:20 135:3 140:20,24
164:20,21 165:6,7
237:7 260:20 273:9
275:1 278:7 286:11

**representation**
36:12 46:25 121:10
123:7 128:6 134:24
258:25 261:13 275:6

**representatives**
223:1 224:4,6,21,22
232:2,9 233:2,4,21
240:3 273:4,6,7

**represented** 72:10
89:4 100:22 127:1
128:11 132:20 147:6
165:11,14 275:3 285:22
286:17

**representing** 12:17
46:14 50:3 56:11 63:12,
18 70:24 71:6,14
126:19 132:14 164:22
260:24 262:2

**represents** 12:20
70:8 108:7

**Republican** 201:3
226:5,7 239:2

**request** 67:1,7 117:1
121:25 137:20,21
149:17 223:2 224:1
280:19,23 284:5

**requested** 41:6 77:1
100:11 270:13 281:12

**requesting** 239:8
288:8

**requests** 283:4

**requirement** 65:15

**requires** 280:19

**reserve** 287:21

**resolves** 83:9

**resources** 23:22
31:5 89:13 261:9

**respect** 76:4

**respond** 43:2 97:3
239:25

**responded** 130:6
132:18 162:16 168:3
171:1,10 222:25 224:3
232:1

**responding** 208:9

**responds** 170:23

**response** 92:22
93:13 149:17 151:5
154:18,20 163:9,10
167:4 287:14

**responses** 129:19
287:10,17

**responsibilities**
27:1,3

**responsible** 27:15

**responsive** 280:22
284:5

**rest** 204:8

**restrictions** 37:2

**restroom** 82:14 85:1

**result** 54:4

**retain** 178:13 253:23

**retainer** 165:17

**return** 279:18

**returns** 278:10

**review** 50:24 284:24

**reviews** 258:8

**rhetoric** 208:10

**ride** 263:5,11

**rings** 148:6

**risk** 113:4,6,24,25

**Robert** 233:17 234:2
249:1

**Robert's** 222:3 223:8

**Roberts** 221:11
222:6,19,25 231:24
232:8,16 233:10 234:3,
4 236:2 243:17,24
246:20 248:10,23

**Roberts'** 222:13
247:22 248:2

**Roc** 167:24 168:1
196:9 219:24 220:7,8,
12,16 222:19 223:14,17
224:7,11,19 227:10
232:17 234:8 235:13
236:4,12

**role** 221:14 264:1,24
266:7 269:6

**roles** 25:8

**roll** 79:20 85:18

**rolling** 85:15,18
130:11

**Ronda** 9:5 19:24
75:19,23 80:14

**Ronny** 9:8,12

**Ronquillo** 130:16,18
131:16,20 132:1,4
265:10,17,22 266:1,4,7,
10,13,17,23 267:6,9

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

268:10,19,22,24

**Ronquillo's** 266:21

**room** 11:6 75:16 120:8 242:20

**Ross** 273:11,13,15

**rough** 258:15 288:23

**rude** 287:19

**rumors** 209:16,20

**run** 38:2 47:24 48:1 78:12 201:13 266:23

**running** 31:13 207:24 274:18

**runs** 40:10 41:14

**rush** 195:11,12,15,17

**S**

**sad** 256:6

**salary** 269:12,16

**San** 44:2,3

**sat** 79:9

**Satellite** 282:3

**saved** 145:24

**scale** 47:7,9,12

**scene** 276:2

**school** 31:24 32:1,3, 21,23,25 35:6

**scope** 223:6 230:13

**screen** 74:7 103:4 106:14 107:2

**screenshot** 76:6 170:3 208:6 210:17 267:22

**screenshots** 257:15

**scroll** 86:22 90:7 149:11

**search** 248:18 280:15 281:5,19 282:10 283:5, 11,15,21 284:2,4

**seconds** 80:21

**secret** 184:23,25

**Secretary** 45:23

**secrets** 184:20,22 185:25 186:24

**section** 86:14

**security** 242:25

**seek** 51:2,6,9 52:16 113:21 114:23 115:4 126:1 287:22

**seeking** 126:14

**selected** 264:10

**semi-autic** 53:6,7

**Semi-automatic** 53:8

**send** 43:2 87:8,19 90:17 94:13 96:9 130:10 169:7 170:21 255:11 256:8 257:2

**sending** 244:17 267:25

**senior** 233:11,18,19

**sense** 189:16 190:5,8 195:3 237:20

**sentence** 44:2 54:7 94:3 112:15 166:25 209:25

**sentenced** 54:3

**sentences** 94:7,8,9 225:1 232:19 285:10

**sentencing** 76:20

**separate** 144:12 208:1 271:5

**September** 83:8 169:3 170:11,12

**served** 44:1,9 45:11 167:1

**serves** 21:18

**serving** 54:6 166:24 167:2

**set** 189:17 190:19 193:9 222:24

**Sets** 208:7

**setting** 24:1

**settle** 241:25

**sexual** 113:13 250:5, 18

**shape** 213:22

**shaping** 160:10

**share** 40:5 92:23 93:1 94:25 100:2 101:10 103:4 105:15 108:2 161:9 184:15 185:14,25 186:15,24 218:23 227:16

**shared** 187:11 268:8

**shares** 187:5 188:18

**sharing** 184:6,20

**she'll** 130:9

**sheet** 154:9

**shifted** 11:6

**shit** 168:2 178:14 183:3 204:1,2,11

**Shocked** 73:1

**shoot** 160:7 161:2

**shooter** 276:10

**shooting** 18:20,23, 25 52:20 53:1 57:22,24 100:21 141:12 165:24 167:6 268:4 274:11 275:20

**short** 20:7

**shorthand** 9:13

**shot** 18:16 52:22 101:18 159:24 160:11

**show** 61:8 93:20 133:10 143:23 151:7 209:2 280:5 286:6

**showed** 174:6,7 223:15 228:10

**showing** 184:20 185:24 262:7

**shown** 174:1

**shows** 144:1 151:9 170:7 191:21 213:22

**sick** 241:12,14

**side** 60:4 75:16 76:6 267:21,22

**sign** 251:18 271:22,25

**signed** 211:11 286:11

**significant** 70:2 171:13

**silence** 128:1

**simple** 81:3

**simply** 98:22 122:3 208:25

**Simultaneous** 133:23

**Sincerely** 61:9

**sing** 206:24

**singer** 206:24

**single** 98:20

**sir** 68:9 81:17,22 96:21,23,24 185:8 213:3 235:22 272:7 288:7,10

**sitting** 58:16 64:16 96:19 109:18

**situation** 157:9,23 176:2 236:25 255:13

**skip** 250:15 257:13

**skipped** 252:14

**sleeping** 276:3

**slick** 35:1

**sliding** 47:7,9,12

**slow** 113:15,17

**smoke** 17:5 81:25 82:3 85:12,19,22 241:7

**smoking** 85:5

**sneaking** 234:9

**sober** 23:2 112:21

**social** 12:14 38:24 39:3,16,24 40:2,4,8,10, 13,16 41:14 42:4,7,19, 25 43:3,12,16,19,22 59:12 83:14 84:23 86:8 87:6,20 90:15 96:13,15

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

98:23 99:1,19 127:22
128:5,11 132:5,7
160:20 161:9 167:6
171:13 195:23 210:8
254:14 267:10 282:16

**solely** 285:17

**solicits** 80:8

**solid** 156:1

**somebody's**
169:21

**Sonstar** 18:6,7
49:18,21,25 78:9,18
140:8,11,17,20 141:1,4
196:6,11 247:12 267:23
268:8,14,18,21 269:6,8,
10 283:9

**sought** 42:6,18
123:12

**sought-after**
266:24

**sound** 124:10,19
125:2,6,10,15,16
126:16 230:3

**sounded** 119:8
125:13 140:5

**sounds** 129:7 263:14

**sources** 271:3
277:10

**South** 8:11

**Southern** 8:14 260:6

**speak** 15:21 34:1
51:7,10 75:19 142:11,
14,17 143:23 227:17
228:1,8 273:22

**speaker** 232:25

**Speakers** 133:23

**speaking** 36:25
41:25 42:2 51:3 52:17
75:14,24 76:3 150:22
174:3,23 185:6 197:14,
17 215:15 227:4 228:12
229:20,22 230:9 231:14
242:20 260:8

**special** 121:24
129:22 216:24

**specific** 35:11 36:6,
16,19 70:18 122:6

**specifically** 15:3
135:3 218:5,12 286:13

**spectators** 253:25
254:5

**speculate** 259:24

**speculation** 18:18
52:9,12 67:9,15 69:16,
23 70:4,9,14 72:14 75:1
79:2,6 80:11 81:13
83:17 90:23 95:1,8
99:23 100:3,17,25
101:11 105:4 116:19,23
117:2 118:18,25 120:3,
10,14,19,24 121:4
125:1 126:20 127:3,12,
17 129:25 135:4,9,22
136:2,7,13 144:21
145:12,18 146:7 147:3
155:14,23 156:6
160:13,22 161:4,10,14
167:11 168:16 172:17,
18 174:19 175:11
176:18 177:13 181:5
184:8,16 185:17 186:1,
6,17,25 187:7 188:20
191:6 197:20 198:1
201:15 202:2,7 203:4,
18 205:7,11 206:8
207:6 211:19 212:4,10
213:20,24 215:17
216:13 217:13 218:13,
25 222:21 223:4 225:6
227:12,19 228:24
232:12 235:18 237:1,13
239:3,15 240:5 247:14
252:9 257:4,23 258:10
259:4,12,23 261:17
262:16 269:3 272:4,15
273:19 274:1 276:6

**speculative** 260:4

**speech** 128:1

**speed** 134:16

**spell** 10:1

**spend** 257:20 258:1

**spending** 254:5

**spent** 253:7

**Spiderman** 102:3

**spin** 105:2

**spoke** 118:13 121:9
123:5 141:14 153:23,25
155:7,9 178:11 189:3
191:4 194:3 197:12,15
215:13 226:1 228:3,10,
15,16 248:23

**spoken** 141:16 142:8

**sponsoring** 205:9

**spread** 196:8

**stab** 236:13 240:9,10

**stabbed** 143:5
231:17 236:14 241:23

**stabbing** 222:20
227:11 232:18 239:21
240:22 241:11,22 243:4
271:21

**staff** 26:6,11,12 28:1
46:23 220:15 223:13
224:9 234:4,14 236:3,
12

**stallion** 17:16
106:15,17,18,19 107:11
213:10 253:25

**Stallion's** 196:7
208:11,17

**stand** 59:11 60:7
152:22

**standard** 286:14

**stapled** 253:15

**star** 91:12 183:7

**start** 11:8 15:24 26:15
52:7,10 95:6 101:22
111:17 129:10 199:18
200:1 267:13

**started** 24:24 69:1
83:8 88:7 172:1 220:22
228:12

**starting** 124:22
132:11 253:6

**starts** 88:3

**state** 8:20 9:14 10:1
45:23 48:6,9 52:19,25
84:4 109:24 110:9,13
165:23 166:2,5,18
248:17 249:10,13,17,20

260:12

**state's** 32:10

**stated** 94:10 103:23
159:2 211:21 225:2

**statement** 59:23,24
109:3 122:3 128:4
130:6 134:19 174:14
209:17 210:9,15 211:9,
11 222:24 223:8 232:3
260:3

**statements** 118:10
120:18 211:25 228:18,
19,20,22 239:14,19

**states** 8:13 59:7 76:8
87:14 90:3 169:10
226:18 244:13 254:2,17
261:7 265:21 267:23
277:18

**status** 249:23 250:1
277:25 279:11,13

**stay** 73:12 81:20
149:12 152:18 157:14

**steal** 259:11,16

**stealing** 259:22
260:17

**stem** 196:10

**Steno** 8:6 9:9 21:1,3
82:21 102:13,17,24
103:3,7,12,16 105:15,
19,22 106:1,3 123:16,
20,24 138:3,6,8,19
149:4,10 156:24 157:1
158:6,9,19,21 161:22
162:2,5 167:15 178:21
179:20 194:7,10
199:18,24 200:1 214:25
225:14

**stepped** 287:15

**steroid** 17:9

**Steve** 8:5

**stole** 258:22 260:11

**Stone'** 130:11

**stop** 75:15 80:15 81:4
230:8 231:4,10,11
232:6 255:12

**stopped** 73:21 74:19
75:8 119:9 156:5

**store** 134:12

**story** 197:24 231:22

**Straight** 208:8

**strategies** 35:7

**strategy** 31:17 35:3,8 36:9 160:3 204:13

**stream** 171:12 215:6 235:11 262:3

**streamed** 235:11

**streamline** 283:4

**streams** 101:21 102:6

**Street** 8:11

**stretch** 236:11

**strike** 77:3

**strip** 276:19

**struggle** 256:9

**stuff** 22:25 63:14,16, 21 113:12 172:7,11,13 175:20

**stupid** 240:25

**subject** 13:25 43:12 50:24 88:21 90:3 92:16 156:12 166:20 264:17

**subpoena** 149:17 151:6 154:20 279:24

**subsequent** 139:13

**substance** 122:4

**substances** 17:8 48:17 49:1

**substantive** 285:8, 16 287:9,17

**successfully** 208:13

**succession** 247:7

**successor** 147:12 247:8

**suddenly** 217:19

**sue** 183:10

**sued** 117:22 118:10 120:17 249:4 250:18,24

**suggest** 34:24 35:1 119:19

**suit** 253:24

**Suite** 128:20

**super** 152:13

**Superior** 251:1

**superstars** 266:20

**supervise** 37:5 50:19

**supply** 217:11

**support** 26:6,11,12 46:8 58:10,11,13 239:1 257:20 258:2

**supported** 78:24 120:18,23

**supporter** 86:20

**supporting** 48:15, 20,21 70:19 118:11 213:12

**supports** 86:17

**supposed** 14:9 185:14 187:6 188:4,18 208:14 220:8 280:15

**supposedly** 147:14

**Swahili** 34:1,3 195:10

**swear** 9:10,15 183:3

**swore** 205:13

**synced** 288:13,18,21

---

**T**

**tab** 20:15 58:25 74:3 83:23 89:18 91:3 102:12,16,17,22,23 103:1 105:11,14 123:15 137:12 138:14,21 149:3 151:2 156:22,24 161:21 167:14 168:25 171:16 173:15 177:20 182:19 189:9 194:9 195:25 198:10 199:13 214:22 216:3 221:1 229:2 235:4 243:21 250:12 252:12 257:12 261:3,20 265:3,4 279:17

**tabbing** 93:23

**table** 35:23

**tablet** 143:15

**Tabs** 253:14

**takedown** 196:14

**takes** 28:24 93:11

**taking** 8:17 22:4 66:13 118:3 251:13 252:1 254:7

**talk** 19:23 43:24 79:21 107:21 137:22 189:14, 17,18 191:18 200:21 206:18 218:17,18 219:2 238:13 246:21,22 272:21

**talked** 33:22 34:18 50:17 107:18 150:14 151:25 152:8,12 155:2 164:12 200:23 206:11 218:22 238:16 258:19

**talking** 17:18,23 18:3, 8,24 26:4 29:17,18,23 42:13,24 43:1 52:15 59:18 62:8 71:24 73:6 77:4 78:17 87:10 92:10 104:17,23 106:24 117:12 125:16 139:14 140:2 146:9 147:24 150:19 152:21 155:12 156:9,14 159:10 160:2, 6,10,16 162:17,19,21 163:13,17,20 164:3,4,6, 9,18 165:1 167:5 176:1, 15,21 177:16 180:5,7 185:20 186:13,20,21 187:10,12,15,20 188:22 190:18 191:14 197:22 200:19,24 202:9,16,25 204:5,10 206:25 207:8, 12 209:11,23 218:5,21 219:4 229:18 254:16,25 262:21 263:4,9 266:21 276:24 281:20 282:22 286:24

**talks** 236:8

**tape** 164:23 175:1

**targeting** 124:15

**tax** 278:10,18,24 279:5,9,18

**tax-exempt** 249:23

**taxes** 278:16,25 279:3,4

**team** 83:20 121:23 147:11 175:8 177:11 231:21 232:11 244:17, 20 246:20 256:3 266:20 272:14,20,23

**TECH** 21:1,3 82:21 102:13,17,24 103:3,7, 12,16 105:15,19,22 106:1,3 123:16,20,24 138:3,6,8,19 149:4,10 156:24 157:1 158:6,9, 19,21 161:22 162:2,5 167:15 178:21 179:20 194:7,10 199:18,24 200:1 214:25 225:14

**technically** 97:15

**telling** 63:15 94:24 101:15 104:13 125:19, 22 126:10,11 131:8 152:6 155:20 160:5 164:25 177:8 183:11 193:14 197:24 205:2 218:23 219:10,14 231:11 246:14,19 268:13

**ten** 57:12 141:23 198:25

**Tenth** 8:11

**tenure** 264:17

**term** 153:18

**terminated** 215:8

**test** 21:16

**testified** 9:19 13:1 64:11 78:9 101:18 119:4 122:12 141:4 258:13 260:10

**testify** 209:6,8 211:17

**testifying** 14:18

**testimony** 14:15 84:6,12 147:13 159:23 279:2,4 285:9

**text** 174:11 192:2 195:22 196:16,20 197:6 244:4,12,17,22,24 245:17 246:8,11,13

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

267:19,21 268:5 282:6

**texted** 189:14 190:4, 10 191:24 194:3,13 246:19

**texting** 189:6 267:23

**Thee** 17:16 106:15,17, 18,19 196:7 208:11,17 213:10 253:25

**theories** 232:4

**thing** 111:19 121:21 130:7 159:7 168:6 192:12 211:15

**things** 22:21 23:14 47:16 113:14 172:12 179:10 182:13 220:5 254:11 256:1 282:5

**thinking** 233:20

**thought** 26:4 135:18 142:24 162:23 163:8 164:13,16 167:3 168:22 177:10 196:20 219:5

**thoughts** 207:3

**Thrash** 158:5

**threatened** 249:6

**threats** 124:15

**three-way** 191:10

**three-year** 59:10

**throbbing** 198:20

**throw** 169:16

**tia@teawithtia. org** 90:2

**tia@teawithtia. org.** 86:12

**time** 8:10 10:25 11:1, 3,4 15:2,21 16:10 33:11 35:13 42:13 49:3 50:3 57:22 58:19 62:3 65:4 75:22 76:15,16 77:11 78:14 81:22 82:25 83:1, 3,4 92:16 105:16 106:5, 6,8,9 108:4 111:5,17,18 130:5 136:21,22,24,25 139:1,2,4,5 165:2 179:19 198:14,15 199:1,2,4,5 203:8,12 212:8 213:6 220:20

237:6 242:7,8,10,11,14 255:12 263:19 275:20 276:3 284:10,11,13,14 287:24 288:25 289:1

**timely** 278:15

**times** 30:13,15 51:4 75:10 141:16,21 142:9 150:23 151:25 152:8, 12,15,16,22 153:9,22, 25 155:8,9 182:12 189:3 194:2 211:21 218:17,18 231:18

**tips** 43:11

**title** 26:24 96:11 265:8

**titled** 208:6

**titles** 166:20

**TMZ** 76:6 83:6 130:10 196:5 197:2,6,9

**Tni** 264:8 265:11

**today** 8:9 9:8 14:18 17:4 20:1 51:22 62:6 64:17 84:6 96:19 97:15 109:18 157:16 176:13 178:13,14 182:12 193:8 211:15,21 263:19 279:2 280:9,10,22 284:25 285:4,5,25 287:3,7,11

**Todd** 265:11

**told** 34:18 36:15,18 52:4,6 60:14 68:6 82:13,19 90:17 92:23 95:15 118:16 130:7 133:7 135:18 156:2 170:11 174:10 178:12 182:25 183:1,7 184:14 185:11 187:16 188:4,5 205:20 207:1 212:8 215:16 219:10,13,17 227:2,25 246:6,18 254:3 277:15 280:10

**tomorrow** 124:13

**tone** 111:13

**tonight** 169:13

**tons** 41:13

**tools** 209:3

**tooth** 132:11

**toothache** 134:13

**top** 22:16,17 86:13 93:17 170:7 210:16 278:6,9

**top-corner** 267:22

**top-trending** 266:20

**topic** 226:19

**topics** 226:21

**Tory** 18:2,14,16 29:15 42:9,10,11,12,13,14,24 43:18 49:13,16 51:7 52:4,6,20,25 53:5,10, 13,16,19 54:3,6,11,18 55:9 56:11,14,16,18 57:4,7,16,18 58:9,16,21 59:9,13 60:5,22 61:5 62:19 63:12,18 67:2,14 68:1 69:15,22 70:2,8, 13,19,24 71:6,15 72:5, 9,19 73:21 74:9,11,19, 22 77:21,24 78:2,5,10, 18,24 79:11,13 80:1,3, 5,8 81:12 83:9 86:17,20 90:17 94:24 99:21 100:1,7,16,23 101:9,22 102:7 104:4,15,22 105:2 108:2 116:17,22 117:11,18,20 118:11, 14,16 119:25 120:12, 17,22 121:2,9,21 122:23 123:5 124:7,11 125:23 126:10,23 127:10,20 129:23 130:5 132:13,15 133:2 134:24 135:2,20 136:10,16 140:23 141:9,12,13,16 142:8,11,14,17,19,20 143:1,5,9,18,22 144:2, 11,15 145:1,10,16 149:18 150:14,22 151:19 154:25 155:7,22 156:2,4,11,12,15,18 159:2,10,12,15,24 160:2,5,10,17,19 161:7 162:11,13,19,22 163:10,13 164:9,20 165:6,20 166:5,21 167:4,10,22 168:1,6,14 169:5,18 170:3 171:7, 11,12,20 173:19,22,25 174:2,8,23 175:7,14 176:1,23 177:6,10

178:11,12 180:17,23 181:3,14 183:1,5,7,10 184:14,20 186:4,11,14, 23 187:4 188:4,17 190:16 191:4,7,18 192:16 196:5,11 197:7, 12 199:11 200:5,17,21 201:10,13,18,22,25 202:24 203:2,8,12,16, 23,25 205:2,5 206:7,16, 18,20,21 207:2,10 208:8,16,19 209:5,15, 19 212:3,8,14 213:18, 22 215:10,13,16 216:12,25 217:2,4,18, 19,23 218:2,3,4,10,16, 19 219:4,5,10,13,24 220:13,16 223:14,18 224:8,12 231:17 232:6, 10,18 233:5,7,22 234:9 236:14 239:2,8,22 240:9,10,22 258:1 262:4,15,19,20,23 263:6,7,8,11,14 265:10 271:20,22 272:1 274:15 275:20 276:3,9

**Tory's** 18:8,10 42:6, 18 43:21 49:23 56:3,7 58:5 59:16,21 62:20 63:8 64:3,8 66:20 67:7 71:18 72:3 78:8,18 79:4,9 83:13 87:5 90:11 92:10,22 101:7,14,17 104:15 105:1 117:1 118:24 124:24 126:18 127:2,6 140:8,11 145:23 147:22 159:21 160:25 171:24,25 177:4 180:20 189:22 202:5 207:4,13 211:7 212:1 213:13 214:4,9,15 215:7,9 217:2,12,18 218:10 222:3,6,20 227:1,11 236:24 268:4, 13 269:2 271:8 274:8, 10,13,20 276:1 277:3

**torylanezdaily@ gmail.com** 86:11,19

**torylanezdaily@ gmail.com.** 90:2

**total** 77:22 78:5 150:11

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**tough** 134:14

**training** 33:21,23

**transcribing** 15:19

**transcript** 16:3
102:11 105:11,18
124:21 137:10 138:10,
12,14 139:19 156:23
167:14 177:22 182:19
199:15 214:24 216:3
225:9 229:3 240:16
258:16 261:21 262:9
284:24 285:3,6,16,17
287:10 288:2,6,13,18,
21

**transcripts** 137:18

**transfer** 30:16

**transferred** 30:11,
13,15 44:7

**transfers** 255:7
282:20,24

**transitional** 112:22

**translate** 33:25
233:19

**transvestites** 183:9

**Trevino** 8:25

**trial** 56:3,7,13,16 58:2,
6,10,12,19 59:13 60:5,
10 62:20 63:9 64:4,9,
12,13,25 65:8,9,23
66:20,22,25 67:7 83:8
101:15 127:6 171:24,25
173:20 268:4 274:8
276:12

**trips** 253:9 254:7

**trouble** 120:13

**Troy** 18:20

**true** 210:24 255:3,11
256:5,9 257:16

**Trump** 175:20

**trust** 186:4,11

**truth** 9:19 101:15
219:25

**truthful** 287:10

**truthfully** 16:25

**Truths** 253:21

**Tuesday** 86:9

**turn** 124:2

**TV** 158:11 225:22

**tweet** 253:20 254:24
261:6

**Twenty** 30:14

**Twenty-six** 44:10,
11,17

**Twitter** 39:9

**two-part** 119:13

**Tylenol** 132:10
198:13,14,16

**type** 23:13 122:8
127:24 226:17 281:25

**typed** 93:10 245:18
246:1,10

**types** 29:5,7,8 34:21,
25 245:11

**typical** 115:17

---

**U**

**Uh-huh** 17:3 31:7
35:5 41:11 48:22 51:18
55:14 61:19 71:11
93:21 96:20 97:2,17
108:14 110:20,22 111:6
117:13 129:17 138:7
139:18 153:21 186:9
209:12 218:7,9 220:4
228:9 234:7 237:19
271:19

**ultimate** 28:23

**unanimously**
53:16,20

**unauthorized**
145:3

**underdog** 159:6

**underdogs** 159:6

**underlying** 166:9,
10,15,19

**undermine** 287:20

**understand** 14:14,
17,23 15:5,7,25 16:5,7,
13,25 17:18,23 18:3,8
31:12 47:18 48:19
111:20,23 117:22
119:12 143:4 144:18
145:1 175:18 200:5
201:18 216:23 274:16,
17 285:13,19 286:2,4,
19

**understanding**
147:5

**understood** 15:17
16:4 47:25 110:21
120:12 201:25

**underwater** 81:12

**unfortunate** 62:15

**unique** 129:22 130:1

**unite** 9:3 12:16,20
19:2 20:5,10 21:13
22:24 23:23 59:5,8
60:23 61:5,20 62:18
73:21 78:13,17 89:22,
25 92:15 93:9 96:18
97:24 98:2,10 103:10,
23 107:20 108:12
110:6,7,14,15,23 111:7,
19,24 112:1,7,17,19,20,
21,22 117:25 119:14,
16,19 121:21,23
124:12,13 125:23
127:20 128:21,23
130:8,22 147:7 165:5
189:18 196:13 202:13,
17,22 207:23 208:6
209:8 210:16 220:6,7,
11,14,15 221:11,14
222:9 223:13,17 224:9
231:25 232:17 234:6,14
235:1 236:3,10,12
250:25 254:10 255:17
261:7 265:15,23 274:19
278:8

**united** 8:13 61:8
226:18 254:2,16

**unprofessionally**
80:25

**unquote** 217:4

**update** 127:15
134:23 135:2 136:10,16
244:18

**updating** 180:17
181:3,14

**upstairs** 27:10

**urgency** 195:3

**urgent** 194:16,19,25
195:1,22

**urgently** 192:7

**UT** 50:15

**UTP** 19:2,14 20:3,6
21:6,12,19,22,24 22:1,
3,14 24:1,12,16,18,20
25:18 26:14,17,22 27:1,
13,16 28:9,24 29:1,5
30:22 34:3,13 36:21
37:5,21,24 38:24 39:3,
20,25 42:3 43:25 45:18,
20,22 46:4,7 48:6,9
49:3 50:3,15,16,19,21
62:20 63:8,11,17 70:3,
7,8,12,23 71:5,7,10
72:6,10 76:7 77:21,24
78:3,6,18,24 79:9,11,13
80:1,8,9 81:12 83:7,13
87:4,19 90:17 96:8
98:18 100:1,7,15,22,23
101:9,14,17,22 102:7
104:4,25 108:5,7
109:15,18,21,24 110:5,
14,15,23 111:3,5,19,24
112:1,2,14 115:20,23
116:1,4,10,16 118:16
119:5,25 122:13 124:8
127:10 128:4,6,11,14,
17 129:6 130:5,21
131:6,11 132:1,8,13
134:19 140:23 166:4
173:7 180:14 183:7,10
201:10,23,25 202:5
203:17,23 207:13
208:18,20,24 211:25
213:15,22 219:23
225:24 228:21 234:21
237:6 239:18,21 240:21
243:18 247:23 248:3,
10,24 249:4,7,9 250:5,8
251:9,12,15,18 255:2
257:2,7,16,20 258:1,7,
8,15 259:16 260:19,20,
23 261:13,15 263:21,23
264:12,20 267:6 269:6,
8,10,12,14,17,22 271:1,
3,5 272:13,19 274:13
277:13,18,25 278:11,

18,24 279:9,11,13

**UTP's** 30:18 31:4,13, 19 34:11 36:24 37:14 38:2,5,7 39:16 40:5,8 42:7,19,25 43:3,9,12, 16,19,22 48:12,15,20, 21 58:16 69:15 74:7 83:20 108:25 109:7,12 112:2,8,11 115:17 121:10 123:6 132:5 134:24 135:7,19,25 136:5 201:13 249:17,23 250:1 264:1 265:7 267:10 274:15 278:10

**Utp.pdf.** 90:4

**UTPS** 110:17

---

**V**

**Vague** 69:10 105:5 219:19

**varies** 142:22

**VC** 20:23

**verified** 210:18

**verse** 166:2

**version** 138:17 139:10

**versus** 8:12 166:6,18 250:25

**victim** 196:13

**video** 78:16 102:10,21 103:4,5,15 105:12,13, 21 106:11,12 107:1,4, 14 123:18 124:1 137:9 138:13 139:6,21 143:18 148:7 158:2,18,22 161:24 162:6 167:17 172:15,16,19,23,24 173:2 177:25 178:3,9, 22 179:23 182:23 199:15,21 200:3 215:4 216:7 221:9 223:15 225:13 228:16 229:2,6 235:7 236:7 261:24 288:3,7,10,11,13,14,15, 16,17,21,25

**video-recorded** 8:16

**videos** 183:8

**view** 227:16

**violation** 146:14

**violence** 113:12,13

**vision** 27:16

**visited** 76:15 141:5

**Vivian** 183:8

**vocal** 86:17,19

**voice** 162:25 188:11 210:24 211:2 214:12

**volume** 8:17 158:11 199:23 221:5 225:10,14 288:24

**voluntary** 77:25

**volunteer** 97:17

---

**W**

**wait** 15:21,23 68:12 113:15 242:23

**waived** 122:17

**walk** 241:3

**walked** 82:16 242:19

**wall** 156:1

**Walter** 221:11 222:25 231:24 232:8,16 233:10 234:4 236:2 243:17,24 244:5,14,16,19 246:20, 22 247:12 248:13,16,23

**Walters** 249:1

**wanted** 28:13 37:21, 24 84:1 99:21 101:9 118:16 137:8 140:23 161:7 186:23 197:2,24 198:3 237:7 242:25 246:20,22 267:24 273:17

**warn** 212:19

**wasted** 263:19

**watch** 154:19 236:8

**watched** 233:3

**watching** 235:10

**water** 45:7

**ways** 22:20 256:3

**website** 21:6 73:20 74:7,15,17 76:7 83:7 131:7,12 247:23 248:3, 5,9,10,18 265:7 266:17 267:1 277:18

**weed** 17:5

**week** 150:15 196:10 206:12 223:1 232:1 258:13 284:23

**weekly** 155:3

**weight** 169:17

**weird** 151:15 168:2

**well-known** 69:15, 22

**West** 183:8

**WHC** 88:22

**White** 23:11

**win** 159:8,9 160:6,17 161:1

**winning** 159:10

**wins** 159:7

**wishes** 208:24

**withdraw** 36:12,15 252:6

**withdrawing** 261:12 262:2

**withdrew** 260:23 261:10,13,16

**witness's** 93:24

**witnesses** 49:10,11

**wondering** 92:3

**word** 179:16 195:2 200:9 204:7 224:1 242:23 262:19 263:7,13

**word-of-mouth** 266:24

**words** 61:13,15,23 160:25 163:24 187:15 193:23 194:23 195:2,8, 20 203:10 246:10 285:10 287:8,17

**work** 23:4,6 27:6,8,9, 13 97:17 112:2,8,11 165:20 204:14 222:6, 10,11,16 246:25 270:12,14,22 274:25 275:8 281:8

**work-product** 247:19

**worked** 274:10

**working** 25:18 26:23 28:8 42:3 56:10 158:12 243:24 276:1

**workplace** 250:6

**works** 248:7,8

**world** 151:24 152:8 189:16 190:5,8

**worries** 123:21

**wow** 53:23 85:23 151:20 210:18 277:2

**writ** 47:22,23 86:25 87:5,10,14,17 88:7 89:1 107:18

**write** 21:8 94:8

**writing** 159:20,23 285:10

**wrong** 17:10 153:10, 14,15,16 154:8,22 174:16 208:15,25 209:4 220:6 232:15 240:9,14 241:11,22 242:22

**wrote** 21:10 44:6 86:24 94:4,5,7,9 209:17 210:9,10

---

**Y**

**y'all** 152:7

**ya** 172:2

**year** 30:17 44:7 46:2 150:15 173:12

**years** 30:3,16 33:10, 13,16 44:4,5,9,16,18 45:11,25 54:3 57:12,14, 16,18,20 145:5 148:16 231:19

CEASAR MCDOWELL
JULY 25, 2025

JOB NO. 1837675

**yes-or-no** 55:16
  146:12

**Yoooooow** 173:22,
  24 174:8

**young** 228:16

**youth** 112:25 113:2,4,
  24 114:1

─────────────

─────────────
**Z**

**Zavosky** 9:8,12

**Zoom** 20:19 84:8

# EXHIBIT 76

C. MCDOWELL
07.25.25

**Exhibit 76**

RONNY ZAVOSKY



### CEASAR MCDOWELL - CO-FOUNDER & CEO

Ceasar McDowell is the Co-Founder & CEO of Unite The People Inc., a nonprofit organization dedicated to social justice advocacy and legal assistance for incarcerated and formerly incarcerated individuals. He also serves as the Vice President of the Southern California Black Chamber

of Commerce, Long Beach Chapter. In addition to his legal advocacy work, McDowell operates UTP Sober Living Homes & Transitional Housing, providing safe, structured housing and support services for individuals in recovery and reentry. As a proud member of the Sober Living Coalition, he is committed to helping people rebuild their lives and reintegrate into society successfully.

Born and raised in Rialto, California, McDowell grew up in a family deeply involved in the justice system, helping his father build 24/7 Bail Bonds into one of the state's leading bail bond companies. His early exposure to the legal system shaped his lifelong commitment to justice and legal advocacy.

While incarcerated at San Quentin State Prison for 20 years, McDowell became a mentor and conviction consultant, guiding his peers through legal challenges. He earned AS and AAS degrees from Palos Verdes Community College, participated in computer coding programs, and registered screenplays with The Writers Guild of America. His story was also featured in Netflix's documentary "Q-Ball", which explores the San Quentin basketball squad and the lives of its incarcerated players.

Since his release, McDowell has been a driving force in legislative change and social reform. Under his leadership, Unite The People Inc. played a key role in drafting a portion of Governor Newsom's California Budget Act of 2020, securing 12 weeks of positive programming credits for qualifying CDCR inmates during the COVID-19 pandemic. Working with Senator Nancy Skinner and Advisory Board member Marvin Deon, this initiative helped thousands of incarcerated individuals.

Beyond his legal advocacy, McDowell works closely with Pacific Gateway, a disadvantaged youth program in Long Beach, helping young people develop essential skills and access opportunities for success.

Currently, McDowell is leading Unite The People Inc.'s statewide campaign to abolish sentencing enhancements, working alongside organizations such as Athletes for Impact and The Weldon Project. As the organization expands, he is spearheading the opening of a second office in Philadelphia, further extending its reach and advocacy efforts.

Throughout his career, McDowell has collaborated with Tiffany Haddish, Senator Nancy Skinner, Tom Sizemore, Weldon Angelos, and many other advocates who share his passion for justice reform.

Today, McDowell remains deeply involved in the daily operations of Unite The People Inc., working tirelessly to address systemic injustices, empower communities, and drive meaningful legislative change.

# EXHIBIT 77

# Instagram

Log In     Sign Up

 unitethepeopleusa • Follow      ···

Hello,
My name is Ceasar McDowell, CEO of Unite The People. As you may know, Grammy Award-nominated artist and philanthropist Tory Lanez is a three year member of the advisory board for our organization. As a whole, we stand for fighting against social injustices including the prosecution of innocent people. As you also know, Tory is currently on trial and being egregiously accused of something he did not do. Keeping in line with our common goals, mission and reform efforts, all areas that Tory has avidly aided Unite The People inc phyiscally and monetarily, we would love for all of you, his friends, family and fans, to rally and show a united front to protest these charges. If you are available, please meet us tomorrow at  Los Angeles court house 210 w temple Los Angeles at 10am.  Signs and other materials will be provided for you to join us in support of our brother and fellow advocate. I look forward to seeing you tomorrow and continuing to fight for our overall cause.

Sincerely,
Ceasar McDowell
CEO, Unite The People
IG:@ceasar_mcdowell
unitethepeople.org (http://unitethepeople.org/)
IG: @unitethepeopleusa (https://www.instagram.com/unitethepeopleusa/)

 unitethepeopleusa 136w
Hello,

My name is Ceasar McDowell, CEO of Unite The People. As you may know, Grammy Award-nominated artist and philanthropist Tory Lanez is a three year member of the advisory board for our organization. As a whole, we stand for fighting against social injustices including the prosecution of innocent people. As you also know, Tory is currently on trial and being egregiously accused of something he did not do. Keeping in line

       

**34 likes**

December 13, 2022

Log in to like or comment.

More posts from unitethepeopleusa

C. MCDOWELL
07.25.25
**Exhibit 77**
RONNY ZAVOSKY

# Instagram

Log In     Sign Up










*Instagram*

Log In          Sign Up

# EXHIBIT 78

C. MCDOWELL
07.25.25
**Exhibit 78**
RONNY ZAVOSKY

| | |
|---|---|
| Document title: | UTP In The Media — Unite The People Inc. |
| Capture URL: | https://unitethepeople.org/utpinthemedia |
| Page loaded at (UTC): | Thu, 24 Jul 2025 20:20:47 GMT |
| Capture timestamp (UTC): | Thu, 24 Jul 2025 20:21:58 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 10 |
| Capture ID: | qEGDgEHdB2CVGezpq6j2Am |
| Display Name: | brandondietzman |



Advisory Members   Store   Radio Show   Reviews   Our Work   UTP In The Media   Legal Services   Consultation   Volunteer   **Donate**   🔍   Cart (0)

Contact



# Unite The People Inc.: "IN THE MEDIA"

**THIS PAGE FEATURES ALL OF THE NEWS OUTLETS, PODCASTS, RADIO STATIONS, ETC. THAT UNITE THE PEOPLE INC. IS FEATURE ON! *CLICK ON THE TITLE, TAKE A LOOK, AND SHARE YOUR FAVORITE ARTICLE!***

---

### SPECTRUM NEWS: ALLAN MCINTOSH

"I'm probably the happiest man on Earth right now."-Allan McIntosh

After spending 20+ years incarcerated and isolated from his family for gun possession, Allan McIntosh has finally been resentenced and freed.



### UCLA RADIO – AN INTERVIEW WITH UNITE THE PEOPLE'S CEO, CEASAR MCDOWELL

*"Unite the People here, how can I help you?"*

*14 years into his prison sentence — three life sentences for a non-violent crime — Ceasar McDowell founded Unite the People, a non-profit organization providing legal services for low-income communities in California, right from his cell at San Quentin State Prison. By working with his brother on the outside, he built a website, filed paperwork, and took company calls on a contraband cell-phone.*

---

### SIGNAL TRIBUNE – "FORMER LA PROSECUTOR JOINS LONG BEACH–BASED LEGAL NONPROFIT TO FIGHT FOR INCARCERATED PEOPLE"

*After spending years holding plaintiffs accountable as a deputy city attorney for Los Angeles, Rosemary Chávez will now be holding other prosecutors accountable as part of the Long Beach–*



---

Document title: UTP In The Media — Unite The People Inc.
Capture URL: https://unitethepeople.org/utpinthemedia
Capture timestamp (UTC): Thu, 24 Jul 2025 20:21:58 GMT



### SIGNAL TRIBUNE – "FORMER LA PROSECUTOR JOINS LONG BEACH-BASED LEGAL NONPROFIT TO 'FIGHT FOR INCARCERATED PEOPLE'"

After spending years holding plaintiffs accountable as a deputy city attorney for Los Angeles, Rosemary Chávez will now be holding other prosecutors accountable as part of the Long Beach-based legal nonprofit Unite The People. "It's important that someone with a background in criminal work looks to see that the prosecution was done correctly and the judge's rulings were applied with justice in mind," Chávez told the Signal Tribune. Now that Chávez has joined Unite The People, her expertise will be available to people who otherwise couldn't afford it.

Rosemary Chavez poses for a portrait with Cesar McDowell, CEO of Unite the People, outside their office on Feb. 10, 2022. Chavez is a former deputy city attorney for Los Angeles and will now be working with the non-profit organization to help free people incarcerated. (Richard H. Grant | Signal Tribune)

---



### SPECTRUM NEWS: INSIDE THE ISSUE

In this special edition of "Inside The Issues" with Alex Cohen, one of Unite The People Inc.'s clients has their story told. Alex Cohen and Daniela Parto of Spectrum News, help share the story of Allan McIntosh and his family; and supplies a real life example of how disproportionate sentencing is still playing a role in our society to this day.

---

### SPECTRUM NEWS: THE SOCAL SCENE

Our CEO and Co-Founder, Ceasar McDowell, spoke with Spectrum News' "The SoCal Scene", hosted by Melvin Robert and crew, about how the recent uptick in robberies is impacting prison reforms. Make sure to check out the interview from Spectrum News if you have not done so already!



---



### GEORGE GASCON TALK & CEASAR MCDOWELL SPECTRUM NEWS INTERVIEW

"CEO of Unite The People, Ceasar McDowell, sits down with George Gascon and survivors of violent crimes to discuss what resources should be available to these victims. Listen to this interview by Spectrum News that discusses more of Ceasar's st... and what this talk meant to him."

Document title: UTP In The Media — Unite The People Inc.
Capture URL: https://unitethepeople.org/utpinthemedia
Capture timestamp (UTC): Thu, 24 Jul 2025 20:21:58 GMT



*"CEO of Unite The People, Ceasar McDowell, sits down with George Gascon and survivors of violent crimes to discuss what resources should be available to these victims. Listen to this interview by Spectrum News that discusses more of Ceasar's story and what this talk meant to him."*

*CEO of Unite The People, Ceasar McDowell, sits down with George Gascon and survivors of violent crimes to discuss what resources should be available to these victims. Listen to this interview by Spectrum News that discusses more of Ceasar's story and what this talk meant to him.*

---

### LONG BEACH POST: RAPPER TORY LANEZ GIVES $50K TO PAY LEGAL FEES FOR 30 FAMILIES

*Canadian rapper, singer-songwriter, and record producer Tory Lanez stopped by the Unite the People office in Downtown Long Beach and donated $50,000 to pay off the legal fees for 30 families on Friday.  Most of the families were completely surprised by his appearance and gesture. "Going through my own situations, I can understand how the legal system can be," Lanez said as he spoke to the families. Lanez has been an advisory board member with Unite the People for three years and the organization is diligently working on prison reform. But at this moment, he felt paying off the legal fees would provide an immediate impact.*



---



### TMZ: TORY LANEZ DONATES $50K…"I'M UNITING THE PEOPLE!"

*Tory Lanez stopped by the Unite the People office in Downtown Long Beach and donated $50,000 to pay off the legal fees for 30 families on Friday.  Most of the families were completely surprised by his appearance and gesture. Lanez has been an advisory board member with Unite the People for three years and the organization is diligently working on prison reform. But at this moment, he felt paying off the legal fees would provide an immediate impact. "People think the goal is to be successful. My goal is not to be successful. Success is just the platform in which I help people from," Lanez said.*







**I am Uniting The People!!!**

**EXCLUSIVE** 9/17/2021 3:30 PM PT

Tory Lanez just dropped a fat stack of cash to help dozens of disadvantaged California families post bail for their loved ones through Unite The People Inc.

### LA OPINION: SORPRENDEN A FAMILIAS CON DONATIVO DE $50,000 PARA PAGAR SERVICIOS LEGALES DE SUS ENCARCELADOS

*El rapero canadiense Tory Lanez sorprendió a 20 familias de California, al donarles entre $1,000 y $5,000 a cada una para que paguen por los servicios legales de sus familiares en prisión, que ya fueron sentenciados. "Para mí, significa el mundo poder ayudarlos", dijo Lanez, quien desde hace tres años es miembro de la directiva de la organización no lucrativa Unite The People, a través de la cual donó $50,000 para ayudar con el pago de los servicios legales de los encarcelados convictos. El popular rapero recordó a las familias latinas, afroamericanas y asiáticas reunidas para recibir los donativos, que él fue un desamparado a los 14 años, suplicando por dinero en las calles.*





### EVERYDAY INJUSTICE PODCAST EPISODE 120: CESAR MCDOWELL TURNS HIS LIFE AROUND AT SAN QUENTIN

*Cesar McDowell chronicles his journey from San Quentin to becoming, while still incarcerated, the co-founder and CEO of Unite The People Inc., a non profit organization that promotes social justice and offers affordable legal services throughout the state of California. After spending 20 years in prison and falling victim to the social inequality in our criminal justice system, McDowell founded his organization from his prison cell with the hope of saving all those who have been wrongly prosecuted and sentenced. It is an incredible story of perseverance and redemption and McDowell walks the audience through it. McDowell on Everyday Injustice shares his story about how he spent 20 years incarcerated in one of the CDCR's toughest*

*sentenced. It is an incredible story of perseverance and redemption and McDowell walks the audience through it. McDowell on Everyday Injustice shares his story about how he spent 20 years incarcerated in one of the CDCR's toughest facilities, San Quentin State Prison; under an illegal sentence.*

### KHSU: AS CALIFORNIA PREPARES TO RELEASE UP TO 8,000 INMATES, ADVOCATES ASK WHAT'S NEXT

*"Until late May, San Quentin had remained untouched by the coronavirus. That quickly changed when a group of 121 incarcerated people from the California Institution for Men in Chino were transferred to the Marin County facility without being tested immediately beforehand." Ceasar McDowell, CEO and Co-Founder of Unite The People Incorporated discussed his experience with COVID-19 while incarcerated at one of California's toughest prisons in San Quentin State Prison.*



### LONG BEACH POST PODCAST: HOW UNITE THE PEOPLE IS HELPING PEOPLE GAIN THEIR FREEDOM

This week on the Word on Long Beach we take a closer look at how the nonprofit organization Unite the People Inc. began. Cesar McDowell spent 20 years in prison for a non-violent offense based on California's "three strikes law," which increased prison sentences for those with previous felony convictions. From his prison cell, he started Unite the People Inc., to help people who were in his situation and do not have the means to retain a competent attorney. If you would like to know more or get involved with Unite the People Inc., you can visit their office at 555 E. Ocean Blvd., suite 205. You can call them at 888-245-9393 or, you donate or learn more via their website.



people gain their freedom

### KQED: CALIFORNIA PREPARES TO RELEASE UP TO 8,000 INMATES

*Ceasar McDowell was released from San Quentin State Prison on June 26, his pre-scheduled release date — unrelated to the coronavirus — after serving a 20-year sentence on a three strikes violation. The 46-year-old from Rialto, California spent his last four days in the prison's COVID-19 ward, even though he had no symptoms and never received the results of the coronavirus test he had taken as a "just-in-case" measure, he said. McDowell said those final days — sitting in a cell with men coughing all around him — were some of the most brutal of his entire incarceration.*



### REVOLVE IMPACT'S EXPANDING EMPATHY (TOWN HALL MEETING)



*On **Tuesday, March 30th**, Revolve Impact, Summit, Athletes for Impact, and Unite The People Inc., brought together George Gascón, Los Angeles District Attorney; Ceasar McDowell, CEO & Co-Founder of Unite the People; and Professional Soccer Player, Megan Rapinoe, for a discussion on the role of survivors and systems-impacted people in the re-imagining of and the building of a new justice system. For more information on this event, visit the "Our Work" tab, at the top of our page.*

### SIGNAL TRIBUNE (INTERVIEW & ARTICLE)

*"Three-strikes law keeps Long Beach man in prison for 22 years on nonviolent charge." "Ceasar McDowell poses with a picture of his mug shot from when he was arrested in 2000 in the office of his non-profit organization Unite the People in Long Beach on July 6, 2021. On his wall are photos from prison and other accomplishments he has made since getting out... As of Wednesday, June 30, McDowell's nonprofit organization Unite the*



*mugshot from when he was arrested in 2020 in the office of his non-profit organization Unite the People in Long Beach on July 6, 2021. On his wall are photos from prison and other accomplishments he has made since getting out... As of Wednesday, June 30, McDowell's nonprofit organization Unite the People has gathered 29,144 signatures on an online petition to get McIntosh resentenced by the Los Angeles County District Attorney's Office."*

### Three-strikes law keeps Long Beach man in prison for 22 years on nonviolent charge

BY KRISTEN PARISH NAEEM, STAFF WRITER · JULY 9, 2021



Ceasar McDowell poses with a picture of his mug shot from when he was arrested in 2020 in the office of his non-profit organization Unite the People in Long Beach on July 6, 2021. On his wall are photos from prison and other accomplishments he has made since getting out. (Richard H. Grant | Signal Tribune)

---



### HIP HOP ZONE RADIO (INTERVIEW)

*In December 2020, Ceasar McDowell sat down with Hip Hop Zone and discussed his time incarcerated, how he started the organization, and the organization's plans for the future. This interview provides an in depth look at the origin of Unite The People Inc.!*

---

### UNIVISION: THREE STRIKES PROTEST

*Unite the People, formally known as "We the People Org," formed a protest in the city of Los Angeles to take a stand against the various issues surrounding our criminal justice system. Mass incarceration in America is an epidemic, and has become a burden on families and taxpayer dollars. Unite the People, organizers of The People's Fair Sentencing and Public Safety Act of 2018, hopes to eradicate the Three Strikes Law. The organization hopes to push many other prison and sentence reforms.*



---

Formerly incarcerated activists demand Gov.

### 94.1 KPFA: FORMERLY INCARCERATED ACTIVISTS DEMAND



## Formerly incarcerated activists demand Gov. Newsom visit San Quentin & see dangerous conditions himself; Plus, faith leaders plan Black Lives Matter Sabbath Weekend

**LISTEN**  DOWNLOAD  OPEN IN ITUNES

*Advocates hold a press conference outside San Quentin State Prison on Thursday. Photo from Ella Baker Center*

### 94.1 KPFA: FORMERLY INCARCERATED ACTIVISTS DEMAND GOV. NEWSOM VISIT SAN QUENTIN

*Thursday, activists with the #StopSanQuentinOutbreak campaign held a press conference outside of the prison to call on Gov. Gavin Newsom to release incarcerated people with nonviolent convictions to slow the spread of the virus inside the prison, which is dangerously overcrowded. We spoke with Ceasar McDowell, who is now working with Unite the People, a nonprofit organization promoting social justice and providing affordable legal services for disadvantaged communities.*

### LOCKED IN: BREAKING BREAD PODCAST

*Locked in is a grassroots organization comprised of people passionate about social justice and wanting to make lasting change for those affected by injustice. Locked In is focused primarily on 3 pillars: Communication, Education, & Action. In our podcast Break Bread, host Dee Marie sits down at the table and has meaningful conversations with people who have been affected by the justice system and those that are active in reform.*

*"It is official, Season 2 is out and what an episode to drop with! Ceasar gets real and shares so many stories and truth nuggets with DeeMarie. Some of what he talks about are why he started robbing and how he got 3 strikes for doing nothing, how it was being in San Quentin at the height of Covid, and how he started his non-profit Unite the People from his prison cell. This episode is so good we had to go longer than usual."*







*Advocates hold a press conference outside San Quentin State Prison on Thursday. Photo from Ella Baker Center*

**LOCKED IN: BREAKING BREAD PODCAST**

*Locked in is a grassroots organization comprised of people passionate about social justice and wanting to make lasting change for those affected by injustice. Locked In is focused primarily on 3 pillars: Communication, Education, & Action. In our podcast Break Bread, host Dee Marie sits down at the table and has meaningful conversations with people who have been affected by the justice system and those that are active in reform.*

*"It is official, Season 2 is out and what an episode to drop with! Ceasar gets real and shares so many stories and truth nuggets with DeeMarie. Some of what he talks about are why he started robbing and how he got 3 strikes for doing nothing, how it was being in San Quentin at the height of Covid, and how he started his non-profit Unite the People from his prison cell. This episode is so good we had to go longer than usual."*



---

© 2019 UNITE THE PEOPLE, INC.

555 E Ocean Blvd Suite 205
Long Beach, CA 90802

TEL (888)-245-9393

info@unitethepeople.org

Tax Exempt EIN #82-2750315

Office Hours:

M-Th 10am - 4pm

Fri    10am - 3pm

OFFICE VISITS BY APPOINTMENT ONLY

**INFO**

About Our Team
Advisory Board
Board Members
Legal Services

**ACTION**

Volunteer
Donate
Contact
Submit Story



**FOLLOW US**

🐦 📷 f

## Sign Up and Receive Updates

Sign up to receive news and updates.

Email Address

888-257-9696



# EXHIBIT 79

# Original Message



C. MCDOWELL
07.25.25
**Exhibit 79**
RONNY ZAVOSKY

| | |
|---|---|
| Message ID | <CABGSRjnS3B9qhM8P9WAPG2=b5=rZu9AR2ba7-i7zYR-y0E79Ag@mail.gmail.com> |
| Created at: | Tue, Dec 12, 2023 at 4:09 PM (Delivered after 17 seconds) |
| From: | Jazmyne Jamison <jaz@unitethepeople.org> |
| To: | "milagrogramz@gmail.com" <milagrogramz@gmail.com>, tia@teawithtea.org, torylanezdaily@gmail.com |
| Subject: | Fwd: 2023-12_Peterson_WHC_Appellate Court_Final to File.pdf |
| SPF: | NEUTRAL with IP 209.85.220.41  Learn more |
| DKIM: | 'FAIL' with domain unitethepeople-org.20230601.gappssmtp.com (unaligned From and DKIM domains)  Learn more |

Download Original                                    Copy to clipboard

---

Delivered-To: milagrogramz@gmail.com
Received: by 2002:a05:6a10:b692:b0:51f:2b4b:dc67 with SMTP id
n18csp2277365pxv;
        Tue, 12 Dec 2023 14:09:44 -0800 (PST)
X-Received: by 2002:a5d:4d8e:0:b0:333:3ae9:2791 with SMTP id
b14-
20020a5d4d8e000000b003333ae92791mr3361413wru.29.1702418982459
;
        Tue, 12 Dec 2023 14:09:42 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1702418982; cv=none;
        d=google.com; s=arc-20160816;
        b=O+Crlg7i4hxa7FqFUFJ9bOKB7b1rXO/NcK2yN2TtOSlIWg8DZfVgmy7FJSp
CEJEgcD

VnID3TYP8ALw7zWXyCauZ8AO/SEU4UgJh9Vxcvit2Xw9bMlAmNMyKqwB+gyCI
kc9qGXl

LmsGMB7gmiqFouyDvxbpRVJmrnoWLlns4VdUX2guOONrqjNwZfg4bHhM6jPO2
75wC4aE

u7vc4vcR7yIhJdKOQkz4SsJjldZzBhRi0rEG9J0JKTzLpPly+OBNIGwyypl+3
8Dazr9S

J/MJDlkeOzIUNF/Nczb5frGEEVyjXx7kS9uXXsWXBhSqDRO+yl/3+OqIuH/kn
MeqjvsA
       chVg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20160816;
       h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
        :dkim-signature;
       bh=5fbxU/Jd3Jp8RGkfGSk6znvw/vkyk3J0VsvPnlM4Atg=;
       fh=piOS5xq6ekO5bCnqZjjuAUJwRrNUkJe2VeqWRo0/trk=;
b=mTW6HbqQB+RN2xz03iQcpHx7r3tgLi6oAnqYnszLmExrU6Q/uFsmH7IRzqf
TpS7SKJ

raUxJE3qT6RwoNHqVlenKQajZJoLNo0gHQN9NzLH6BfPPwIxqtmbD0TScL6Dw
XTY4SeF

v+EXOivGmb3oEauuMPn7u4ZNUXRPqtoUzTUjZztfyqBe4S2RWppUb8Ib2Sul4
PHNUYjn

4TrBT1eaHIAIR4RlnnIvATuydRToIJ2S0Q60DtZyy+/tUjLVy+DeGJ5gJnEeE
adh4eTN

sP2JbSss3Vxm0gRu3iEjiHO1cpkKW+BDBEDfzjOrXmcZLO9JtO0ANmDZUDgZ/
IQmRRdc
       p+Hg==
ARC-Authentication-Results: i=1; mx.google.com;
       dkim=pass header.i=@unitethepeople-
org.20230601.gappssmtp.com header.s=20230601
header.b=F3nrBFH1;
       spf=neutral (google.com: 209.85.220.41 is neither
permitted nor denied by best guess record for domain of
jaz@unitethepeople.org) smtp.mailfrom=jaz@unitethepeople.org
Return-Path: <jaz@unitethepeople.org>
Received: from mail-sor-f41.google.com (mail-sor-
f41.google.com. [209.85.220.41])
       by mx.google.com with SMTPS id g8-
20020adff408000000b0033619e52c78sor2051771wro.1.2023.12.12.14
.09.42
       for <milagrogramz@gmail.com>
       (Google Transport Security);
       Tue, 12 Dec 2023 14:09:42 -0800 (PST)
Received-SPF: neutral (google.com: 209.85.220.41 is neither

permitted nor denied by best guess record for domain of
jaz@unitethepeople.org) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;
       dkim=pass header.i=@unitethepeople-
org.20230601.gappssmtp.com header.s=20230601
header.b=F3nrBFH1;
       spf=neutral (google.com: 209.85.220.41 is neither
permitted nor denied by best guess record for domain of
jaz@unitethepeople.org) smtp.mailfrom=jaz@unitethepeople.org
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
       d=unitethepeople-org.20230601.gappssmtp.com;
s=20230601; t=1702418981; x=1703023781; dara=google.com;
       h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
        :from:to:cc:subject:date:message-id:reply-to;
       bh=5fbxU/Jd3Jp8RGkfGSk6znvw/vkyk3J0VsvPnlM4Atg=;

b=F3nrBFH1yaEGrHaupz9EkMcDjnXI0H5gXZ8qQwtULyg0LNPoUUe0hY5L3bU
5xg6e5m

MXFPyNxT9wfffB7lJ+aUMQzhdF1H8wEpdRYYkX7wQaRcYSz2/+FD2P/FCE/Um
oJBfF5w

6Pa7qI+hvnuM3fPzg0TcdoPYnrfLW1HTgOndZnx6CfV9kHYqN+4MMst+d+8Yh
Ep3muuc

jPbPSL8QucYhg/SFJry5Z5nGEbmyYMFPfD1e3xz8zVbQfrjuR6lJnVh3plOGJ
YyVi/of

yuMQusYeHd2ebwt4WeDJhhi110vUDpF52iBk1F3CBxjsUezeQ/pjXdKdlTxh4
k04Tp3Q

        q3Fw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256;
c=relaxed/relaxed;
       d=1e100.net; s=20230601; t=1702418981; x=1703023781;
       h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
        :x-gm-message-state:from:to:cc:subject:date:message-
id:reply-to;
       bh=5fbxU/Jd3Jp8RGkfGSk6znvw/vkyk3J0VsvPnlM4Atg=;

b=mequybSt6+Q4+UMm8dmCiWPe4zh3LzLJ8Caj1Rd6eO2qrYZTT2LJN3TLa8f
EEn+2rd

wBvDWWcO9TC5EaLEBwfIIwY287mErBIfYqJ+LnJFUINY2PcHoIjh7lZP2XIQ0
OKtoXTx

K8g+xlsBkRRLu66+vySQhGzcDd2D1McRwgTNE/qqS+KP89vtGr4iVmejmtFZe
ntbgPz/

Pioak41smN/1BW+ssQYu/bayfDQjlJl/rANGIFEJhXI1KbE5AZjfrWTTWYVls
qOoHwvf

```
LBb70TSUVn3llClsXZANuYurod4gBlhZ/zL2tDf1WuqqPrn9XrDS/Cq7k+gGx
Eldkwle
        6Kyg==
X-Gm-Message-State:
AOJu0Yzhz5qrcXXcxYW6X64688+UouT4e06FY/33YBqYr4bVukCMMNsr
rWlc5kenh/E02AJF3MAQ/mFrFoKgIMEHRyPxZAOibQOkS4eloMF1
X-Google-Smtp-Source:
AGHT+IHu2m87HJu/z/T7SFq3lknVRjzbhuqap382hGHjQGCt1Q3ridqyQKZpr
05+4lwsgdzYl3tN5qeSX+Xo2iP+Px0=
X-Received: by 2002:a5d:678f:0:b0:333:48d7:f56 with SMTP id
v15-
20020a5d678f000000b0033348d70f56mr3940111wru.49.1702418978552
; Tue, 12 Dec 2023 14:09:38 -0800 (PST)
MIME-Version: 1.0
References: <CAHVGE-Qb4j-
EfNNW3smxLVkM3rxrP8tZX6cBExhYedpW8x3TXA@mail.gmail.com>
In-Reply-To: <CAHVGE-Qb4j-
EfNNW3smxLVkM3rxrP8tZX6cBExhYedpW8x3TXA@mail.gmail.com>
From: Jazmyne Jamison <jaz@unitethepeople.org>
Date: Tue, 12 Dec 2023 14:09:25 -0800
Message-ID: <CABGSRjnS3B9qhM8P9WAPG2=b5=rZu9AR2ba7-i7zYR-
y0E79Ag@mail.gmail.com>
Subject: Fwd: 2023-12_Peterson_WHC_Appellate Court_Final to
File.pdf
To: "milagrogramz@gmail.com" <milagrogramz@gmail.com>,
tia@teawithtea.org, torylanezdaily@gmail.com
Content-Type: multipart/mixed;
boundary="0000000000007a1af8060c574e19"

--0000000000007a1af8060c574e19
Content-Type: multipart/alternative;
boundary="0000000000007a1af6060c574e17"

--0000000000007a1af6060c574e17
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable
```

Hey ladies,

As mentioned, the Writ of Habeas Corpus for Daystar is
attached.

Jaz=F0=9F=92=9A

888-245-9393
Unite The People, Inc.
555 E. Ocean Blvd Suite 205
Long Beach, CA 90802


---------- Forwarded message ---------
From: mr. mcdowell <ceasarceo@gmail.com>
Date: Tue, Dec 12, 2023 at 2:01 PM

```
Subject: 2023-12_Peterson_WHC_Appellate Court_Final to
File.pdf
To: jaz@unitethepeople.org <jaz@unitethepeople.org>

--0000000000007a1af6060c574e17
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"auto">Hey ladies,</div><div dir=3D"auto"><br>
</div><div dir=3D"
auto">As mentioned, the Writ of Habeas Corpus for Daystar is
attached.=C2=
=A0<br clear=3D"all"><br><div dir=3D"auto"><div dir=3D"ltr"
class=3D"gmail_=
signature" data-
smartmail=3D"gmail_signature">Jaz=F0=9F=92=9A<br><br>888-24=
5-9393<br>Unite The People, Inc.<br>555 E. Ocean Blvd Suite
205<br>Long=C2=
=A0Beach, CA 90802</div></div></div><div><br></div><div><br>
<div class=3D"g
mail_quote"><div dir=3D"ltr" class=3D"gmail_attr">----------
Forwarded mess=
age ---------<br>From: <strong class=3D"gmail_sendername"
dir=3D"auto">mr. =
mcdowell</strong> <span dir=3D"auto">&lt;<a
href=3D"mailto:ceasarceo@gmail.=
com">ceasarceo@gmail.com</a>&gt;</span><br>Date: Tue, Dec 12,
2023 at 2:01 =
PM<br>Subject: 2023-12_Peterson_WHC_Appellate Court_Final to
File.pdf<br>To=
: <a
href=3D"mailto:jaz@unitethepeople.org">jaz@unitethepeople.org
</a> &lt;=
<a
href=3D"mailto:jaz@unitethepeople.org">jaz@unitethepeople.org
</a>&gt;<br=
></div><br><br></div></div>

--0000000000007a1af6060c574e17--
--0000000000007a1af8060c574e19
Content-Type: application/pdf; name="2023-
12_Peterson_WHC_Appellate Court_Final to File.pdf"
Content-Disposition: attachment; filename="2023-
12_Peterson_WHC_Appellate Court_Final to File.pdf"
Content-Transfer-Encoding: base64
Content-ID: <18c600be6a3c91914bf1>
X-Attachment-Id: 18c600be6a3c91914bf1


--0000000000007a1af8060c574e19--
```

Original Message

# EXHIBIT 80



C. MCDOWELL
07.25.25
**Exhibit 80**
RONNY ZAVOSKY

# Original Message

| | |
|---|---|
| Message ID | <CABGSRjnhgRHsyf7v+WSmQ58C=dxAL-1NrtCHwzB8u+V+h5s8qA@mail.gmail.com> |
| Created at: | Tue, Feb 27, 2024 at 7:43 PM (Delivered after 15 seconds) |
| From: | Jazmyne Jamison <jaz@unitethepeople.org> |
| To: | milagrogramz@gmail.com, tia@teawithtia.org, torylanezdaily@gmail.com |
| Subject: | Fwd: Peterson_Filed AOB_UTP.pdf |
| SPF: | NEUTRAL with IP 209.85.220.41  Learn more |
| DKIM: | 'FAIL' with domain unitethepeople-org.20230601.gappssmtp.com (unaligned From and DKIM domains)  Learn more |

Download Original                                    Copy to clipboard

---

```
Delivered-To: milagrogramz@gmail.com
Received: by 2002:ad4:40c5:0:b0:68c:cf60:75f0 with SMTP id
x5csp2847220qvp;
        Tue, 27 Feb 2024 17:44:00 -0800 (PST)
X-Received: by 2002:adf:e10f:0:b0:33d:5350:774a with SMTP id
t15-
20020adfe10f000000b0033d5350774amr8079747wrz.11.1709084638811
;
        Tue, 27 Feb 2024 17:43:58 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1709084638; cv=none;
        d=google.com; s=arc-20160816;
        b=FaAdIq/3CKVh7UXfoTtrIGZiHYi6XsmFThVn0Lf/9RMiiOhniICXCI/iz3Q
jc3WpkN
```

e8cQu/a9omhg3CXYA3WBPhZB55EDKq16D1PBGJ2nLX1+/mbjgZOn/dafvgLVu
9ErS/X5

es3+wJbYIyveWwTkTUZnyOYUycyp6mfn4MhHf6+sJh+ZmkV1xIWsdJNHgtdwy
/Ke2Hvw

fSMbMi4ChZl2aDTxDnzZlhBuqLgXnPpMUWvFsIIFPcjlyPAcyIE62JXTfRM6X
pw36m3e

pJjLZxHzAGzluMxpiIVBQyXPb91jaNw1zp4PME5cVI6Xkae3EWwIx8J9+roN7
4zdriYx
        3bew==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20160816;
        h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
        :dkim-signature;
        bh=IPr2KzLABUK00SWS9AhZRqAPRnQ6F7WU6JjoOUq7Cf4=;
        fh=ojaFV+Qz+7mCgqkKoiWRdPToQZNE3+yJ3HFIx+SAxyw=;
b=cq6ZMsVYYENsda62jN8qHUwVh+0UyN7Fg7ECMebLSvzXmt/5+s/UN1ZKXFf
gy5/Mgt

fQzIG5G2ZUb2TF5kH6KwF7N6udUH006pbqfXyR200IAbcUOboyDypTsOmCezP
WxjhK+z

HYBz7y1p/CerRDDmoLD58itMFfuxudARkXncCZyyrDjx75y1firKnGp5/cv9J
VfT7Y0U

O5B6buXI56o01fye65E5oL323gbZaN8B7aOBjUfdRtS5yxcp/ww4ibGDDKf+p
kW6k9wO

TrUkPZJ84/XLVzYtuE7HJUhskpc0RZ0Xl57RJgtDkm3aKvso0Ko2vvsWAfUBe
KHbokPf
        Iz1w==;
        dara=google.com
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@unitethepeople-
org.20230601.gappssmtp.com header.s=20230601
header.b=DwLQeyp0;
        spf=neutral (google.com: 209.85.220.41 is neither
permitted nor denied by best guess record for domain of
jaz@unitethepeople.org) smtp.mailfrom=jaz@unitethepeople.org
Return-Path: <jaz@unitethepeople.org>
Received: from mail-sor-f41.google.com (mail-sor-
f41.google.com. [209.85.220.41])
        by mx.google.com with SMTPS id c2-
20020adfa302000000b0033dffbfc443sor34208wrb.4.2024.02.27.17.4
3.58
        for <milagrogramz@gmail.com>
        (Google Transport Security);
        Tue, 27 Feb 2024 17:43:58 -0800 (PST)

Original Message

```
Received-SPF: neutral (google.com: 209.85.220.41 is neither
permitted nor denied by best guess record for domain of
jaz@unitethepeople.org) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;
     dkim=pass header.i=@unitethepeople-
org.20230601.gappssmtp.com header.s=20230601
header.b=DwLQeyp0;
     spf=neutral (google.com: 209.85.220.41 is neither
permitted nor denied by best guess record for domain of
jaz@unitethepeople.org) smtp.mailfrom=jaz@unitethepeople.org
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=unitethepeople-org.20230601.gappssmtp.com;
s=20230601; t=1709084638; x=1709689438; dara=google.com;
     h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
         :from:to:cc:subject:date:message-id:reply-to;
     bh=IPr2KzLABUK00SWS9AhZRqAPRnQ6F7WU6JjoOUq7Cf4=;

b=DwLQeyp0jZ2I7xEWBvvnJWqHyO4B9GUdk9H8wlS9s7/i7P3h4cGk70XjtrA
vU4Y+Vd

fIBwZFl70DR2dIAE0MxH0Plz6p5YyTrnlEKRlUr/H8fy9n+2o38IgMqEpuNvo
DXeYS1K

G+8YgcIcmit7yAxCnfzDmHTWUHa8lMvDug58Ypt3gpVxYOS5zRQdMni6Q3sTa
v28fFYd

wuV80R7YNyxuj3LVFkkFlQAhGPqcHfhdToX3p0sfZq6+TkSA5hjLYw3OwbcQR
76he76G

eBy8PiztFQnuSn/AGedSi2bt/gMpIBI1dWYyNx8A8kVsx3cH70V97hjMNSMZu
6iJ1yer
         rYWg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256;
c=relaxed/relaxed;
     d=1e100.net; s=20230601; t=1709084638; x=1709689438;
     h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
         :x-gm-message-state:from:to:cc:subject:date:message-
id:reply-to;
     bh=IPr2KzLABUK00SWS9AhZRqAPRnQ6F7WU6JjoOUq7Cf4=;

b=HVVxHOCWG47i0VC4jMMNgoR6Lw8SgouAbqcD6p6vnx7XJxFQKEVMUJ5GPT7
PJBZH/H

DtIE2wToRgUWr/zDu/gCwvQGMBDKkvYjvNRpZpjzY4SjY+wzokWgmVeuzSoOq
nlackav

TN6Cq79y2Brot/bicjgU8+dXdiPH47OJg6Nv7q3FMf7sp2CxCgjPTqJH/bbw6
JwezAT7

JQcOJlAMImWiSjs+RSkomK3x2fns0LkzvvQnVyseWLygJduewYmKo2YEaaNq4
alnStcG
```

Original Message

ZlBw7RHsgCih3eGY2x05uJAwlAhXpQrM4Lze/zTUgl1i9VNaWMfhgLiVO3cMC
qLfih9g
        4QcA==
X-Gm-Message-State:
AOJu0YyhZDBbQmuYikbTUMChXvCUmn6uZzitRyzr88o0mhjOWYJK8LOU
9wEOkt/hdC13vybOHbVLl6+X1oepnv3vkZdhuDk7o8VmQpk/oVVv7YkBfMDjx
Rd3y4alef0TFL+
hGbT78V8/qZw7CV00/VEyHw3YP0OU8MB0Lp9dpkgjH7xK2v7J
X-Google-Smtp-Source:
AGHT+IG+U7UwYPBXy75Jg4WMmVQ9ELAaAXVZ0guzJMGWPj4VyOO+yjwJYZoFC
IGkyriKNy7X4PlhjSHKu+Xjjn65lC8=
X-Received: by 2002:a5d:5f8d:0:b0:33d:ca56:a616 with SMTP id
dr13-
20020a5d5f8d000000b0033dca56a616mr7371301wrb.36.1709084637031
; Tue, 27 Feb 2024 17:43:57 -0800 (PST)
MIME-Version: 1.0
References: <CAEqU2UqA9v1+gxUoMJWg1q_tXgJo3NZhiG-
4xSNweEC2wzbrDQ@mail.gmail.com>
In-Reply-To: <CAEqU2UqA9v1+gxUoMJWg1q_tXgJo3NZhiG-
4xSNweEC2wzbrDQ@mail.gmail.com>
From: Jazmyne Jamison <jaz@unitethepeople.org>
Date: Tue, 27 Feb 2024 17:43:43 -0800
Message-ID: <CABGSRjnhgRHsyf7v+WSmQ58C=dxAL-
1NrtCHwzB8u+V+h5s8qA@mail.gmail.com>
Subject: Fwd: Peterson_Filed AOB_UTP.pdf
To: milagrogramz@gmail.com, tia@teawithtia.org,
torylanezdaily@gmail.com
Content-Type: multipart/mixed;
boundary="000000000000aea7c1061267464b"

--000000000000aea7c1061267464b
Content-Type: multipart/alternative;
boundary="000000000000aea7c00612674649"

--000000000000aea7c00612674649
Content-Type: text/plain; charset="UTF-8"

Here you go!

Thank you,
Jaz

888-245-9393
Unite The People, Inc.
555 E. Ocean Blvd Suite 205
Long Beach, CA 90802


---------- Forwarded message ---------
From: Ceasar McDowell <ceasar_mcdowell@unitethepeople.org>
Date: Tue, Feb 27, 2024 at 5:41 PM
Subject: Peterson_Filed AOB_UTP.pdf

To: <jaz@unitethepeople.org>

--000000000000aea7c00612674649
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"auto">Here you go!<br clear=3D"all"><br
clear=3D"all"><div><div
 dir=3D"ltr" class=3D"gmail_signature" data-
smartmail=3D"gmail_signature">T=
hank you,<br>Jaz<br><br>888-245-9393<br>Unite The People,
Inc.<br>555 E. Oc=
ean Blvd Suite 205<br>Long=C2=A0Beach, CA 90802</div></div>
</div><div><br><=
/div><div><br><div class=3D"gmail_quote"><div dir=3D"ltr"
class=3D"gmail_at=
tr">---------- Forwarded message ---------<br>From: <strong
class=3D"gmail_=
sendername" dir=3D"auto">Ceasar McDowell</strong> <span
dir=3D"auto">&lt;<a

href=3D"mailto:ceasar_mcdowell@unitethepeople.org">ceasar_mcd
owell@uniteth=
epeople.org</a>&gt;</span><br>Date: Tue, Feb 27, 2024 at 5:41
PM<br>Subject=
: Peterson_Filed AOB_UTP.pdf<br>To:  &lt;<a
href=3D"mailto:jaz@unitethepeop=
le.org">jaz@unitethepeople.org</a>&gt;<br></div><br><br>
</div></div>

--000000000000aea7c00612674649--
--000000000000aea7c1061267464b
Content-Type: application/pdf; name="Peterson_Filed
AOB_UTP.pdf"
Content-Disposition: attachment; filename="Peterson_Filed
AOB_UTP.pdf"
Content-Transfer-Encoding: base64
Content-ID: <18ded5fc2a956f85df91>
X-Attachment-Id: 18ded5fc2a956f85df91


--000000000000aea7c1061267464b--

# EXHIBIT 81

Original Message



| | |
|---|---|
| Message ID | <CANmGTofpaMf4Mk5Rm3NSBsKPHpnGq2QB6oA=AMwBuUgqkPRjrA@mail.gmail.com> |
| Created at: | Sun, Aug 4, 2024 at 10:00 PM (Delivered after 14 seconds) |
| From: | Jaz Jamison <jaz@unitethepeople.org> |
| To: | MilagroGramz@gmail.com |
| Subject: | Fwd: Daystar Peterson - Atty General's Reply Brief |
| SPF: | NONE with IP 209.85.220.41  Learn more |
| DKIM: | 'FAIL' with domain unitethepeople-org.20230601.gappssmtp.com (unaligned From and DKIM domains)  Learn more |

Download Original                                                    Copy to clipboard

Delivered-To: milagrogramz@gmail.com
Received: by 2002:a05:6a10:f553:b0:593:6025:3bcf with SMTP id
m19csp1184955pxx;
        Sun, 4 Aug 2024 20:01:03 -0700 (PDT)
    X-Received: by 2002:a05:6102:f10:b0:48f:40c1:3cd0 with SMTP id
ada2fe7eead31-4945be0bbbdmr7953126137.12.1722826848887;
        Sun, 04 Aug 2024 20:00:48 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1722826848; cv=none;
        d=google.com; s=arc-20160816;

b=IZI+71GlHNP03WzKVGU4qnRLTUNclodKgDLhghakCknJyfcEZlWElLlqTlXwPaH8
hk

cX2otF6CxtCSAtdpXzOWK1URX0z4hjRaPQ7Mgdv0nz2mEfbsXK7qJ/gFsSvCYsUhic
hx

eiM7cZ7cRsYogf+gBXiXNarS1cAXh2agXWhrBYC+pj4/RWfVfz65nLpmq2zjvgrmnB
8+

5nNYYJdE4wbp/Vcj/+fFI7pFg+wgJTKg+HMVw28XFUE4frB01U793SonnWZKjAwXAE

Xm

NTM2298lNmTlxJxxIrndk7as2EB8tr7xH/9Dx8aKrCvRYIzzqtvCCi1lGoDrF/G2h+
ND
        4L+Q==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed;
d=google.com; s=arc-20160816;
        h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
        :dkim-signature;
        bh=fcu10m/rTX6qOgx9HLRt4qThbWolMhrT3bcf5yNLHv0=;
        fh=no0xgP1fYDc2oqCIf1Aj1Jgl68Ou6ShUSMvkruuXD2U=;

b=KIsSOSUCMt/QrLiUbeRslk6XzFzjT+QRUOHjzrpqtyFGJ+ykdwIbWMPVDSh4ZL3v
J4

TYmX9zNfKXzvzrtgYKaifSNyrfLhC3mVsvhxqoWaui4tnhwgtFhbAv82k2M4aCKxz3
Tv

o+KJRVL4vthAjHhCyUBAxNIGBJj3n4rPujG7a/msdW9UdQQFefIKZwrwAmdKDCEdSa
ZF

f0MAP/lhe7RwIy9+GyfwzRhhJAJtL6ta7Ciu2ijpU14z1V3mFSyFogG+z6VIWPjUTy
PP

JM6/wyyacCPamtKMw345wSl3WPvFcv5gl6JbVm8J1qDlMSRcp/rAcXJv1vbLaSlgv5
aN
        PFwA==;
        dara=google.com
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@unitethepeople-
org.20230601.gappssmtp.com header.s=20230601 header.b=2FAETnz6;
        spf=none (google.com: jaz@unitethepeople.org does not
designate permitted sender hosts)
smtp.mailfrom=jaz@unitethepeople.org;
        dara=pass header.i=@gmail.com
Return-Path: <jaz@unitethepeople.org>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com.
[209.85.220.41])
        by mx.google.com with SMTPS id ada2fe7eead31-
4945daf6a13sor610874137.9.2024.08.04.20.00.48
        for <MilagroGramz@gmail.com>
        (Google Transport Security);
        Sun, 04 Aug 2024 20:00:48 -0700 (PDT)
Received-SPF: none (google.com: jaz@unitethepeople.org does not
designate permitted sender hosts) client-ip=209.85.220.41;
Authentication-Results: mx.google.com;
        dkim=pass header.i=@unitethepeople-
org.20230601.gappssmtp.com header.s=20230601 header.b=2FAETnz6;
        spf=none (google.com: jaz@unitethepeople.org does not
designate permitted sender hosts)
smtp.mailfrom=jaz@unitethepeople.org;
        dara=pass header.i=@gmail.com
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=unitethepeople-org.20230601.gappssmtp.com; s=20230601;
t=1722826848; x=1723431648; dara=google.com;
        h=to:subject:message-id:date:from:in-reply-

to:references:mime-version
         :from:to:cc:subject:date:message-id:reply-to;
         bh=fcu10m/rTX6qOgx9HLRt4qThbWolMhrT3bcf5yNLHv0=;

b=2FAETnz6QYuqMX7W5RPpk4pYj4BGsNW7lBdA8F+XFXLYnn5IcCBaLo4rSW40Phs7
VS

UGXDJLeEplmdtrSVufOddPKg0Fc+Yv26rjOme+5G2u0alN5GZ5Fgb7FTwsOo/BoTJq
A7

ol/+bLuSmhGrY+MsoTTk2LvhX9MYFVy4zWre6TkdFKYA74tnqD4p9hWIs0GgjVvlbi
2C

AK8sVVGYK+fgR36atbK9JiOSDbGg5/Djtp2jiUnR8UQM0l52C7B4mH/e/dVYiKCIbb
l0

DazPQDj774voaDymqTmEOzo8YXK5ujUCxpBzzewoQlNFUwXjSrwbnFV3jIHkggxNRt
qn
         +lvg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
         d=1e100.net; s=20230601; t=1722826848; x=1723431648;
         h=to:subject:message-id:date:from:in-reply-
to:references:mime-version
         :x-gm-message-state:from:to:cc:subject:date:message-
id:reply-to;
         bh=fcu10m/rTX6qOgx9HLRt4qThbWolMhrT3bcf5yNLHv0=;

b=Ie+sKl+nWGUx2rIwQERUKyAo4Wp6sFYh24v5avaGwMAPsyiZ1i/zXgY/nQbtlnfs
fs

lMTODZioord0kdYb7xbx83lhzaQESCKPiL4LAZdbIE/h803HyKbuyVMA9It9XmYjEp
II

YLPOWv2pCttucJBbpFFTgtxZidm4si+qCohqjPqyxnYyd7xwNCwghmCXWqMMxN3ZO2
eG

LGSARgN4rQmFfhElK99j9Qu8rrHPPqNwMdkqVF1+yrchBlz7Q8OhlBAvR3dpq7eujs
JT

tU8RPsecSe+LYd7qlYaQr5wiA2xV9wUpOhe35Vb1NeZ7v+hjfLAFbn20Ceg/f9XkmW
DT
         M97w==
X-Gm-Message-State:
AOJu0Yyto4flmAAUNdHoxIUl2KGGfQCoYBK/MCrtl7tt/IGGcB5PHzE8
QBZLnBHQUVtZskkaFUCbUy2hjhGVnBfwsl6L7QHnNoA1ZAcD5ktNvO8gGHuRGs6sO1
M/KpFX06z B8yN33i/RPszJRvlMlXbYGpwCnGElLZpHvYq8soiR759KknwG
X-Google-Smtp-Source:
AGHT+IEXhXdjRdyHVtb1WXn2hACclghmAidChoJxVFH77AQbyr8lgttDSsZ6N4nFjL
+Xx6eOsZzXYLXfyqeAkJaK+Oo=
X-Received: by 2002:a05:6102:162c:b0:493:dbbc:7d56 with SMTP id
ada2fe7eead31-4945be0a4e3mr6761595137.8.1722826845999; Sun, 04 Aug
2024 20:00:45 -0700 (PDT)
MIME-Version: 1.0
References:
<CAG+ASRzKYsrfvrDotbg9qCNSvdnQ+UFkDQ8UHgYUSs=NF9FrSw@mail.gmail.co
m> <1db2cc10-a900-4a03-9e4c-f7ec51419ae1@unitethepeople.org>
In-Reply-To: <1db2cc10-a900-4a03-9e4c-

f7ec51419ae1@unitethepeople.org>
From: Jaz Jamison <jaz@unitethepeople.org>
Date: Sun, 4 Aug 2024 20:00:34 -0700
Message-ID:
<CANmGTofpaMf4Mk5Rm3NSBsKPHpnGq2QB6oA=AMwBuUgqkPRjrA@mail.gmail.co
m>
Subject: Fwd: Daystar Peterson - Atty General's Reply Brief
To: MilagroGramz@gmail.com
Content-Type: multipart/mixed;
boundary="0000000000002aa392061ee6e2e8"

--0000000000002aa392061ee6e2e8
Content-Type: multipart/alternative;
boundary="0000000000002aa391061ee6e2e6"

--0000000000002aa391061ee6e2e6
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Millie,

Please see the attachments below. As they pertain the AG Response
to
Daystar=E2=80=99s case.

Let me know if you have any questions or concerns.

Blessings, Jaz=F0=9F=92=9A

---------- Forwarded message ---------
From: Ceasar McDowell <ceasar_mcdowell@unitethepeople.org>
Date: Sun, Aug 4, 2024 at 7:32 PM
Subject: Fwd: Daystar Peterson - Atty General's Reply Brief
To: <jaz@unitethepeople.org>


Get BlueMail for Android <https://bluemail.me>
On Jul 29, 2024, at 10:34=E2=80=AFAM, Cynthia DeAngelo
<cynthia@unitethepeo=
ple.org>
wrote:
>
> Briefs attached.
>

>
> --
> Best Regards,
>
> Cyndi DeAngelo
> Paralegal
> *Unite the People, Inc.*
>
> *555 E Ocean Blvd Suite 205
>

<https://www.google.com/maps/search/555+E+Ocean+Blvd+Suite+205+Lon
g+Beach=
,+CA+90802?entry=3Dgmail&source=3Dg>Long
> Beach, CA 90802
>
<https://www.google.com/maps/search/555+E+Ocean+Blvd+Suite+205+Lon
g+Beach=
,+CA+90802?entry=3Dgmail&source=3Dg>*
> *(888)245-9393 <8882459393>*
> *www.unitethepeople.org <http://www.unitethepeople.org/>*
>
>


--0000000000002aa391061ee6e2e6
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"auto">Millie,</div><div dir=3D"auto"><br></div><div
dir=3D"auto=
">Please see the attachments below. As they pertain the AG
Response to Days=
tar=E2=80=99s case.</div><div dir=3D"auto"><br></div><div
dir=3D"auto">Let =
me know if you have any questions or concerns.</div><div
dir=3D"auto"><br><=
/div><div dir=3D"auto">Blessings, Jaz=F0=9F=92=9A</div><div><br>
<div class=
=3D"gmail_quote"><div dir=3D"ltr" class=3D"gmail_attr">----------
Forwarded=
 message ---------<br>From: <strong class=3D"gmail_sendername"
dir=3D"auto"=
>Ceasar McDowell</strong> <span dir=3D"auto">&lt;<a
href=3D"mailto:ceasar_m=
cdowell@unitethepeople.org">ceasar_mcdowell@unitethepeople.org</a>
&gt;</spa=
n><br>Date: Sun, Aug 4, 2024 at 7:32 PM<br>Subject: Fwd: Daystar
Peterson =
 Atty General&#39;s Reply Brief<br>To:  &lt;<a
href=3D"mailto:jaz@unitethep=
eople.org">jaz@unitethepeople.org</a>&gt;<br></div><br><br><div
style=3D"zo=
om:0%"><div dir=3D"auto"><br><br></div>
<div dir=3D"auto">Get <a href=3D"https://bluemail.me"
target=3D"_blank">Blu=
eMail for Android</a> </div>
<div class=3D"gmail_quote">On Jul 29, 2024, at 10:34=E2=80=AFAM,
Cynthia De=
Angelo &lt;<a href=3D"mailto:cynthia@unitethepeople.org"
target=3D"_blank">=
cynthia@unitethepeople.org</a>&gt; wrote:<blockquote
class=3D"gmail_quote" =
style=3D"margin:0pt 0pt 0pt 0.8ex;border-left-width:1px;border-
left-style:s=
olid;padding-left:1ex;border-left-color:rgb(204,204,204)">
<div dir=3D"ltr">Briefs attached.=C2=A0</div></blockquote></div>
</div><div =
style=3D"zoom:0%"><div class=3D"gmail_quote"><blockquote

Original Message                                                              2/27/18, 1:07 PM

```
class=3D"gmail_quo=
te" style=3D"margin:0pt 0pt 0pt 0.8ex;border-left-
width:1px;border-left-sty=
le:solid;padding-left:1ex;border-left-color:rgb(204,204,204)"><div
dir=3D"l=
tr"><br clear=3D"all"><div><br></div><span
class=3D"gmail_signature_prefix"=
>-- </span><br><div dir=3D"ltr" class=3D"gmail_signature" data-
smartmail=3D=
"gmail_signature"><div dir=3D"ltr"><div style=3D"margin:8px 0px
0px;padding=
:0px;color:rgb(34,34,34)"><div><div dir=3D"ltr"><span
style=3D"color:rgb(80=
,0,80)"><font face=3D"arial, sans-serif" style=3D"font-
family:arial,sans-se=
rif;color:rgb(80,0,80)"></font><div><font face=3D"arial, sans-
serif" style=
=3D"font-family:arial,sans-serif;color:rgb(80,0,80)"><font
style=3D"font-fa=
mily:arial,sans-serif;background-
color:rgb(255,255,255);color:rgb(80,0,80)"=
>Best Regards,</font></font></div><div><font face=3D"arial, sans-
serif" sty=
le=3D"font-family:arial,sans-serif;color:rgb(80,0,80)"><font
style=3D"font-=
family:arial,sans-serif;background-
color:rgb(255,255,255);color:rgb(80,0,80=
)"><br></font></font></div><div><font face=3D"arial, sans-serif"
style=3D"f=
ont-family:arial,sans-serif;color:rgb(80,0,80)"><font
style=3D"font-family:=
arial,sans-serif;background-
color:rgb(255,255,255);color:rgb(80,0,80)">Cynd=
i DeAngelo</font></font></div><div><font face=3D"arial, sans-
serif" style=
=3D"font-family:arial,sans-serif;color:rgb(80,0,80)"><font
style=3D"font-fa=
mily:arial,sans-serif;background-
color:rgb(255,255,255);color:rgb(80,0,80)"=
>Paralegal</font></font></div><div><font face=3D"arial, sans-
serif" style=
=3D"font-family:arial,sans-serif;color:rgb(80,0,80)"></font><div>
<font face=
=3D"arial, sans-serif" style=3D"font-family:arial,sans-
serif;color:rgb(80,0=
,80)"><font style=3D"font-family:arial,sans-serif;background-
color:rgb(255,=
255,255);color:rgb(80,0,80)"><b style=3D"font-family:arial,sans-
serif">Unit=
e the People, Inc.</b><br></font></font></div><div><font
face=3D"arial, san=
s-serif" style=3D"font-family:arial,sans-
serif;color:rgb(80,0,80)"><strong =
style=3D"font-family:arial,sans-serif"><font style=3D"font-
family:arial,san=
s-serif;background-color:rgb(255,255,255);color:rgb(80,0,80)"><a
href=3D"ht=
```

tps://www.google.com/maps/search/555+E+Ocean+Blvd+Suite+205+Long+B
each,+CA+=
90802?entry=3Dgmail&amp;source=3Dg" style=3D"font-
family:arial,sans-serif">=
555 E Ocean Blvd Suite 205</a><br><a
href=3D"https://www.google.com/maps/se=
arch/555+E+Ocean+Blvd+Suite+205+Long+Beach,+CA+90802?
entry=3Dgmail&amp;sour=
ce=3Dg" style=3D"font-family:arial,sans-serif">Long Beach, CA
90802</a></fo=
nt></strong></font></div><div><font face=3D"arial, sans-serif"
style=3D"fon=
t-family:arial,sans-serif;color:rgb(80,0,80)"><b style=3D"font-
family:arial=
,sans-serif"><a href=3D"tel:8882459393" target=3D"_blank"
style=3D"font-fam=
ily:arial,sans-serif">(888)245-9393</a></b></font></div><div><font
face=3D"=
arial, sans-serif" style=3D"font-family:arial,sans-
serif;color:rgb(80,0,80)=
"><b style=3D"font-family:arial,sans-serif"><a
href=3D"http://www.unitethep=
eople.org/" target=3D"_blank" style=3D"font-family:arial,sans-
serif"><font =
style=3D"font-family:arial,sans-
serif;color:rgb(66,133,244)">www.unitethepe=
ople.org</font></a></b></font></div></div></span></div><div
style=3D"font-f=
amily:&quot;Google
Sans&quot;,Roboto,RobotoDraft,Helvetica,Arial,sans-serif=
"></div><div style=3D"font-family:&quot;Google
Sans&quot;,Roboto,RobotoDraf=
t,Helvetica,Arial,sans-serif"></div></div></div><div
style=3D"font-family:&=
quot;Google Sans&quot;,Roboto,RobotoDraft,Helvetica,Arial,sans-
serif;color:=
rgb(34,34,34)"></div><div><br></div></div></div></div>
</blockquote></div></div></div></div>

--0000000000002aa391061ee6e2e6--
--0000000000002aa392061ee6e2e8
Content-Type: application/pdf; name="Peterson_AG's App and Dec to
File Oversized RB - Proposed ORD.pdf"
Content-Disposition: attachment; filename="Peterson_AG's App and
Dec to File Oversized RB - Proposed ORD.pdf"
Content-Transfer-Encoding: base64
Content-ID: <19120771ca76007aa7e1>
X-Attachment-Id: 19120771ca76007aa7e1


--0000000000002aa392061ee6e2e8
Content-Type: application/pdf; name="Peterson_AG's Informal
Response.pdf"
Content-Disposition: attachment; filename="Peterson_AG's Informal
Response.pdf"
Content-Transfer-Encoding: base64
Content-ID: <19120771ca718b9393b2>

Original Message

X-Attachment-Id: 19120771ca718b9393b2


--0000000000002aa392061ee6e2e8
Content-Type: application/pdf; name="Peterson_AG's Respondent's
Brief.pdf"
Content-Disposition: attachment; filename="Peterson_AG's
Respondent's Brief.pdf"
Content-Transfer-Encoding: base64
Content-ID: <19120771ca7946689513>
X-Attachment-Id: 19120771ca7946689513


--0000000000002aa392061ee6e2e8--

# EXHIBIT 82-B

**Transcription**                                    **Excerpt from Pete_0001167**

**'Not Like Us' Easter Eggs | Keith Lee Effect Worn Off? | 'Megan' 30 Million Filtered Streams!**

**(7/5/2024)**

**Milagro Elizabeth Cooper:**          Everybody just has to do their job. So shout out to Unite the
                                       People - and let me actually pull up Unite the People's page
                                       because when anything happens with him, this is who you're
                                       gonna hear from - and then um obviously I'm in contact
                                       with them so you know I can get information from them and
                                       - and try to just get clarity on different things so that I can
                                       present that to you.



# EXHIBIT 84-B

```
 1
 2
 3
 4                                          EXHIBIT 84-B
 5                                          WIT: McDowell
 6                                          DATE: 7-25-25
                                            RONNY ZAVOSKY, CSR 12359
 7
 8
 9
10
11
12      Daystar Peterson & Ceasar McDowell Call
13      October 30, 2024
14      23:19:43 429378-545858981-10302024-231849-
15      DCP_007-367-5623550834-2003
16
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
 1              AUTOMATED VOICE:  Press one for -- two
 2    -- please enter your eight-digit key.
 3    (Indiscernible) number at the tone.  Please enter
 4    your four-digit private code after the beep.
 5    This call will be recorded and monitored.  Thank
 6    you for using Global Tel Link.  Your call is
 7    being processed.
 8              DAYSTAR PETERSON:  Hello.
 9              AUTOMATED VOICE:  This is Global Tel
10    Link.  You have a prepaid call from Tory, an
11    incarcerated individual at the California
12    Correctional Institution, Tehachapi, California.
13    This call and your telephone number will be
14    monitored and recorded.  You have a prepaid call.
15    You will not be charged for this call.  To accept
16    this call, say or dial five now.
17              DAYSTAR PETERSON:  Hello?  Hello?
18              CEASAR MCDOWELL:  Yeah.
19              DAYSTAR PETERSON:  Yes.
20              CEASAR MCDOWELL:  Well, yeah, but
21    anyway, I know (indiscernible) but just -- you've
22    got to remember --
23              DAYSTAR PETERSON:  (Indiscernible)
24    shit, bro.  This is like, for some
25    (indiscernible).  Nah, bro.  That ain't it.
```

                                            Page 2

1          CEASAR MCDOWELL:  Yeah, some homeless

2    niggas that are on medication.  These niggas over

3    there.  Well, these niggas are over there,

4    (indiscernible), yeah, these niggas need to

5    change that.

6          DAYSTAR PETERSON:  Yeah, for sure.

7          CEASAR MCDOWELL:  Can you dig?  But, on

8    that one thing that we talked about.  We really

9    need to call -- did you send us -- you haven't

10   sent us the paperwork because you changed

11   buildings.  But you need to send us that

12   paperwork, nigger, so we can get ahead of that.

13         DAYSTAR PETERSON:  Which paperwork?

14   Oh.  Is there any way that we can send somebody

15   up there to get it?  I know it's kind of far,

16   but, yeah, (indiscernible) something in my mail,

17   bro.  I just know it, bro.  It's not going to get

18   to you, dog.  And it's not even just that.

19         What I was going to tell you is, all

20   three of those write-ups, all three of those

21   write-ups -- oh, it's good that you're on the

22   phone.  All three of those write-ups are their

23   final decision at Sacramento.

24         So, at this point, like I -- if you

25   want -- niggas want to try to go -- I mean, just

                                        Page 3

```
 1   because we're already going at it, niggas want to
 2   try to go for fucking all three write-ups, nigga,
 3   I -- it's -- I'll be -- I'll double it.  You feel
 4   me?  Like, whatever I was saying before, I'll
 5   just double it.
 6              CEASAR MCDOWELL:  Well, I'm not trying
 7   to charge you for all of that, bro.
 8              DAYSTAR PETERSON:  I know, but it's the
 9   amount of work that it may take.  You know what
10   I'm saying?
11              CEASAR MCDOWELL:  Yeah, I know.  I get
12   that.
13              DAYSTAR PETERSON:  I (indiscernible)
14   have to actually go up to court, and drive up
15   here and all this other extra shit.  It's just
16   like, I don't know if that's how it works, but
17   I'm just saying.  Or maybe it's just that --
18              CEASAR MCDOWELL:  You know, the write-
19   ups, everything that we're going to have to drive
20   up there on and take to Louisville, we already
21   had a meeting on it today, right?  And the first
22   thing we're going to do is, I'm going to take my
23   (indiscernible) the squad.  So, we're going to
24   attack all of these write-ups.  We'll attack them
25   all for you.  But we was focused on that one,
```

Page 4

```
 1   right?
 2              DAYSTAR PETERSON:  Yeah.
 3              CEASAR MCDOWELL:  And then, get the --
 4   because ain't no lawyer's going to know what
 5   these niggas know.  Right?
 6              DAYSTAR PETERSON:  Yeah.
 7              CEASAR MCDOWELL:  So then, we going to
 8   get the whole plan mapped out.  Then, we going to
 9   call the lawyer in.  Okay, listen, this is what
10   we doing.  We're going to talk to you first,
11   bleh, bleh, bleh, bleh, bleh.  We'll call the
12   lawyer in.  Okay, this is the plan.  This is what
13   we going to do.
14              And we going to need the motherfuckers
15   to drive up to the DA's Office, all of that shit,
16   and make the motherfucker -- we'll do all that
17   shit.  You dig?  And then --
18              DAYSTAR PETERSON:  Mm hmm.
19              CEASAR MCDOWELL:  -- if you want to --
20   I don't want you to double it because I just --
21   I'm not -- I hate how niggas nickel and dime you,
22   and I'm never trying to be one of them niggas.
23              DAYSTAR PETERSON:  Yeah, I only do it
24   because I know that -- I know -- the reason why I
25   pay for shit like that is because I just know
```

Page 5

```
 1    that like, I know that niggas need -- I know
 2    you're trying to be your (indiscernible) company,
 3    bro.  But it's not about you all the time.  I
 4    know that sometimes you got to use it for your
 5    own well-being, too, at the end of the day, bro.
 6            This is not about you, bro.  It's about
 7    the company.  Like, that's why I start these
 8    things.  It's not -- like, even with your hand to
 9    God, (indiscernible), it's not so much -- more so
10    about, you know, just the fact that niggas was
11    just like, all right, you know, we can get these
12    niggas in, and that's kind of tight, that we're
13    doing something for prisoners.
14            It's not that.  It's just like, it's
15    the fact that like, yo, we are doing something
16    that is revolutionary, and this company is the
17    first company to ever do it.  And it's just like,
18    the story's just so crazy, like, imagine we shoot
19    a movie on your life, nigga.  And it's just like,
20    from (indiscernible) this and knowing me, to this
21    (indiscernible) David and Goliath and we're
22    pulling at Goliath, nigga.
23            And it's just like, we're all just
24    coming with it.  Like, you know what I'm saying?
25    Like, it's like, I'm getting the information
```

Page 6

```
 1   sometimes and I'm feeding it to you.  And then
 2   you're running quarterback with the fucking --
 3   with the law shit that you've been doing.
 4           And you've got the (indiscernible) in
 5   the media when you need to do the media.  It's
 6   just like, you know what I'm saying, this shit is
 7   factual, of course.  And just getting it out
 8   there.  Getting our relationships and getting
 9   people to -- that awareness for it, right?  And
10   it's just like, yo bro, like, it's just --
11           AUTOMATED VOICE:  This call and your
12   telephone number will be monitored and recorded.
13           DAYSTAR PETERSON:  (Indiscernible)
14   really be (indiscernible) --
15           CEASAR MCDOWELL:  Yeah, can you hear
16   me?
17           DAYSTAR PETERSON:  Yeah.
18           CEASAR MCDOWELL:  Let me read you -- we
19   finished the statement for the media tomorrow.
20           DAYSTAR PETERSON:  I (indiscernible) --
21           CEASAR MCDOWELL:  I'm wondering --
22           DAYSTAR PETERSON:  Let me hear it.
23           CEASAR MCDOWELL:  Let me read it to
24   you.  So, it says, Unite the People, Inc. agrees
25   to represent -- this is the media release for
```

Page 7

```
1    tomorrow.  Unite the People, Inc. agrees to
2    represent Milagro Cooper against threats and
3    intimidation targeting influencers for expressing
4    their opinions in the civil matter filed by the
5    now Claimant Megan Pete.  Right?
6         It says – that's in the headline,
7    (indiscernible).  There is a recent filing for
8    Megan Pete, an individual Plaintiff, whose name
9    is Milagro Elizabeth Cooper, an individual as a
10   Defendant.
11        Unite the People, Inc. is a nonprofit
12   law firm that promotes social justice throughout
13   the United States as well as provide affordable
14   legal services to the underserved community, as
15   well as multiple other services, i.e. mentoring
16   programs for the disadvantaged youth, empowering
17   young women, mentoring programs, assisting the
18   homeless, veterans, transitional housing, etc.,
19   right?
20        It just tells a little bit about the
21   company, right?  And then it says, Milagro
22   Elizabeth Cooper has been served a lawsuit making
23   a lot of false claims against her professional
24   conduct in an attempt to stop her from reporting
25   on Daystar Peterson, aka Tory Lanez's case,
```

Page 8

```
 1   because in their lawsuit, that's all they talk
 2   about is your case and what Milagro says on your
 3   behalf, right?
 4             DAYSTAR PETERSON:  Yeah.
 5             CEASAR MCDOWELL:  They said that -- all
 6   kinds of shit, right?  But I'm going to run
 7   through this real quick.  Unite the People, Inc.
 8   was founded and exists to fight on behalf of the
 9   disadvantaged, the small and the powerless,
10   against these Goliath organizations, corporations
11   or celebrities that want to push around and bully
12   the Davids of the world, i.e., the people.
13             Unite the People, Inc. will not stand
14   by and let an intractable justice system or a
15   billion-dollar corporation led by popular
16   celebrities take advantage of the small guy in an
17   attempt to silence someone from their First
18   Amendment right of freedom of speech.
19             Unite the People, Inc. has agreed to
20   take on the defense of Milagro Cooper, as well as
21   any other social media influencer, journalism
22   platform, journalist, podcast or reporter of any
23   type that has received this lawsuit against them
24   or any other form of bullying/harassment to
25   silence them from their right of freedom of
```

Page 9

```
 1  speech.
 2          Any such influencer, media person or
 3  organization who has been or received a threat,
 4  an attempt to silence them from the same
 5  organization or corporation should contact Unite
 6  the People, Inc. immediately.
 7          DAYSTAR PETERSON:  So, is this a
 8  statement or is this a -- because it sounds like
 9  two things are going on.  It sounds like you're
10  saying like -- it sounds like you're saying, yo,
11  we're representing Milagro, these are the things,
12  these are the facts, this is the basis.  And
13  then, you're saying, but if anybody else needs
14  it, like, what is it?  Is this a -- like, what is
15  this?  (Indiscernible) --
16          CEASAR MCDOWELL:  So, what
17  (indiscernible) -- it's a statement, right?  What
18  they're doing is -- we're putting out a statement
19  saying that we're representing Milagro.  It's a
20  two-pronged thing.  We're putting out a statement
21  saying that we're representing Milagro.  But
22  then, we're also stating that anybody else can --
23  because you know they're targeting more people
24  than just her.  It was quite a few people that
25  they're targeting, right?
```

Page 10

```
 1            DAYSTAR PETERSON:  Yeah --

 2            CEASAR MCDOWELL:  And so, we're putting

 3   out a statement saying any of the rest of you

 4   guys that are being targeted by this, if you need

 5   assistance, contact us as well.

 6            DAYSTAR PETERSON:  Yeah, for sure.  For

 7   sure.

 8            CEASAR MCDOWELL:  Do you get what I'm

 9   saying?

10            DAYSTAR PETERSON:  Yeah, I get it.  I

11   get it.  I get it.  So, what time are you guys

12   going to post the (indiscernible) up?

13            CEASAR MCDOWELL:  Probably first thing

14   in the morning.  (indiscernible) told me to post

15   it to my Instagram first, to the Unite the People

16   Instagram.  And she said, post it early and then

17   she'll send it over to TMZ.  And I guess whoever

18   else.  There's a bunch of people -- Rolling Stone

19   --

20            DAYSTAR PETERSON:  (indiscernible) --

21            CEASAR MCDOWELL:  What's that?

22            DAYSTAR PETERSON:  (indiscernible) was

23   telling me like, yeah, I don't know if we should

24   put the Milagro part in because --

25            AUTOMATED VOICE:  This call and your
```

Page 11

```
 1   telephone number will be monitored and recorded.
 2              DAYSTAR PETERSON:  If he should say
 3   that out publicly, (indiscernible).  He should
 4   say that out publicly because at the end of the
 5   day, he, like -- because she's saying I'm a part
 6   of the Board of Advisory, so isn't that a
 7   conflict of interest?
 8              CEASAR MCDOWELL:  No.  You're not --
 9   you're not -- you're not -- this is a thing where
10   --
11              DAYSTAR PETERSON:  (Indiscernible) --
12              CEASAR MCDOWELL:  -- Megan is suing
13   Milagro, right?
14              DAYSTAR PETERSON:  Yeah.
15              CEASAR MCDOWELL:  That don't have --
16   you're done with Megan.  It's Daystar Peterson
17   against the Attorney General's Office and the
18   Appellate Courts.  That's why we said, why the
19   fuck was her lawyer even speaking up.  She has
20   nothing to do with this no more.  Do you dig what
21   I'm saying?
22              DAYSTAR PETERSON:  Yeah.
23              CEASAR MCDOWELL:  The only conflict of
24   interest would be if Milagro didn't know we had
25   represented you.  You dig what I'm saying?  But -
```

Page 12

```
 1    --
 2              DAYSTAR PETERSON:  Okay.
 3              CEASAR MCDOWELL:  -- it don't have
 4    nothing to do with you no more.  What
 5    (indiscernible) was saying was -- and you know, I
 6    love (indiscernible), but she will hesitate on a
 7    lot of this shit.  Right?  Not even talking about
 8    this shit.
 9              DAYSTAR PETERSON:  (Indiscernible) --
10              CEASAR MCDOWELL:  -- this shit, like
11    she was like, yo, I think we should wait before
12    we do this and et cetera.  Hello?  Tory?  Damn,
13    that shit cut off like exactly at 11:30.  Hello?
14    Hello?
15
16
17
18
19
20
21
22
23
24
25
```

Page 13

```
 1              C E R T I F I C A T I O N

 2

 3     I, Sonya Ledanski Hyde, certify that the

 4     foregoing transcript is a true and accurate

 5     record of the proceedings.

 6

 7

 8     Sonya M. Ledanski Hyde

 9

10

11     Veritext Legal Solutions

12     330 Old Country Road

13     Suite 300

14     Mineola, NY 11501

15

16     Date:   January 7, 2025

17

18

19

20

21

22

23

24

25

                                        Page 14
```

[& - daystar]

**&**

& 1:12

**0**

007-367-562...
1:15

**1**

11501 14:14
11:30 13:13
12151 14:9

**2**

2024 1:13
2025 14:16
23:19:43 1:14

**3**

30 1:13
300 14:13
330 14:12

**4**

429378-5458...
1:14

**7**

7 14:16

**a**

accept 2:15
accurate 14:4
actually 4:14
advantage 9:16
advisory 12:6
affordable 8:13
agreed 9:19
agrees 7:24 8:1

ahead 3:12
ain't 2:25 5:4
aka 8:25
amendment
9:18
amount 4:9
anybody 10:13
10:22
anyway 2:21
appellate 12:18
assistance 11:5
assisting 8:17
attack 4:24,24
attempt 8:24
9:17 10:4
attorney 12:17
automated 2:1
2:9 7:11 11:25
awareness 7:9

**b**

basis 10:12
beep 2:4
behalf 9:3,8
billion 9:15
bit 8:20
bleh 5:11,11,11
5:11,11
board 12:6
bro 2:24,25
3:17,17 4:7 6:3
6:5,6 7:10
buildings 3:11
bully 9:11
bullying 9:24

bunch 11:18

**c**

c 14:1,1
california 2:11
2:12
call 1:12 2:5,6
2:10,13,14,15
2:16 3:9 5:9,11
7:11 11:25
case 8:25 9:2
ceasar 1:12
2:18,20 3:1,7
4:6,11,18 5:3,7
5:19 7:15,18
7:21,23 9:5
10:16 11:2,8
11:13,21 12:8
12:12,15,23
13:3,10
celebrities 9:11
9:16
certify 14:3
cetera 13:12
change 3:5
changed 3:10
charge 4:7
charged 2:15
civil 8:4
claimant 8:5
claims 8:23
code 2:4
coming 6:24
community
8:14

company 6:2,7
6:16,17 8:21
conduct 8:24
conflict 12:7,23
contact 10:5
11:5
cooper 8:2,9,22
9:20
corporation
9:15 10:5
corporations
9:10
correctional
2:12
country 14:12
course 7:7
court 4:14
courts 12:18
crazy 6:18
cut 13:13

**d**

da's 5:15
damn 13:12
date 14:16
david 6:21
davids 9:12
day 6:5 12:5
daystar 1:12
2:8,17,19,23
3:6,13 4:8,13
5:2,6,18,23
7:13,17,20,22
8:25 9:4 10:7
11:1,6,10,20,22
12:2,11,14,16

[daystar - key]

| | | | |
|---|---|---|---|
| 12:22 13:2,9 | **f** | **god**   6:9 | **indiscernible** |
| **dcp**   1:15 | **f**   14:1 | **going**   3:17,19 | 2:3,21,23,25 |
| **decision**   3:23 | **fact**   6:10,15 | 4:1,19,22,22,23 | 3:4,16 4:13,23 |
| **defendant**   8:10 | **facts**   10:12 | 5:4,7,8,10,13 | 6:2,9,20,21 7:4 |
| **defense**   9:20 | **factual**   7:7 | 5:14 9:6 10:9 | 7:13,14,20 8:7 |
| **dial**   2:16 | **false**   8:23 | 11:12 | 10:15,17 11:12 |
| **dig**   3:7 5:17 | **far**   3:15 | **goliath**   6:21,22 | 11:14,20,22 |
| 12:20,25 | **feeding**   7:1 | 9:10 | 12:3,11 13:5,6 |
| **digit**   2:2,4 | **feel**   4:3 | **good**   3:21 | 13:9 |
| **dime**   5:21 | **fight**   9:8 | **guess**   11:17 | **individual**   2:11 |
| **disadvantaged** | **filed**   8:4 | **guy**   9:16 | 8:8,9 |
| 8:16 9:9 | **filing**   8:7 | **guys**   11:4,11 | **influencer**   9:21 |
| **dog**   3:18 | **final**   3:23 | **h** | 10:2 |
| **doing**   5:10 6:13 | **finished**   7:19 | **hand**   6:8 | **influencers**   8:3 |
| 6:15 7:3 10:18 | **firm**   8:12 | **harassment** | **information** |
| **dollar**   9:15 | **first**   4:21 5:10 | 9:24 | 6:25 |
| **double**   4:3,5 | 6:17 9:17 | **hate**   5:21 | **instagram** |
| 5:20 | 11:13,15 | **headline**   8:6 | 11:15,16 |
| **drive**   4:14,19 | **five**   2:16 | **hear**   7:15,22 | **institution**   2:12 |
| 5:15 | **focused**   4:25 | **hello**   2:8,17,17 | **interest**   12:7,24 |
| **e** | **foregoing**   14:4 | 13:12,13,14 | **intimidation** |
| **e**   14:1 | **form**   9:24 | **hesitate**   13:6 | 8:3 |
| **early**   11:16 | **founded**   9:8 | **hmm**   5:18 | **intractable** |
| **eight**   2:2 | **four**   2:4 | **homeless**   3:1 | 9:14 |
| **elizabeth**   8:9 | **freedom**   9:18 | 8:18 | **j** |
| 8:22 | 9:25 | **housing**   8:18 | **january**   14:16 |
| **empowering** | **fuck**   12:19 | **hyde**   14:3 | **journalism** |
| 8:16 | **fucking**   4:2 7:2 | **i** | 9:21 |
| **enter**   2:2,3 | **g** | **i.e.**   8:15 9:12 | **journalist**   9:22 |
| **et**   13:12 | **general's**   12:17 | **imagine**   6:18 | **justice**   8:12 |
| **exactly**   13:13 | **getting**   6:25 7:7 | **immediately** | 9:14 |
| **exists**   9:8 | 7:8,8 | 10:6 | **k** |
| **expressing**   8:3 | **global**   2:6,9 | **incarcerated** | **key**   2:2 |
| **extra**   4:15 | **go**   3:25 4:2,14 | 2:11 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[kind - post]

| | | | |
|---|---|---|---|
| **kind** 3:15 6:12 | **making** 8:22 | **movie** 6:19 | **organizations** |
| **kinds** 9:6 | **mapped** 5:8 | **multiple** 8:15 | 9:10 |
| **know** 2:21 3:15 | **matter** 8:4 | **n** | **own** 6:5 |
| 3:17 4:8,9,11 | **mcdowell** 1:12 | **n** 14:1 | **p** |
| 4:16,18 5:4,5 | 2:18,20 3:1,7 | **nah** 2:25 | **paperwork** |
| 5:24,24,25 6:1 | 4:6,11,18 5:3,7 | **name** 8:8 | 3:10,12,13 |
| 6:1,4,10,11,24 | 5:19 7:15,18 | **need** 3:4,9,11 | **part** 11:24 12:5 |
| 7:6 10:23 | 7:21,23 9:5 | 5:14 6:1 7:5 | **pay** 5:25 |
| 11:23 12:24 | 10:16 11:2,8 | 11:4 | **people** 7:9,24 |
| 13:5 | 11:13,21 12:8 | **needs** 10:13 | 8:1,11 9:7,12 |
| **knowing** 6:20 | 12:12,15,23 | **never** 5:22 | 9:13,19 10:6 |
| **l** | 13:3,10 | **nickel** 5:21 | 10:23,24 11:15 |
| **lanez's** 8:25 | **mean** 3:25 | **nigga** 4:2 6:19 | 11:18 |
| **law** 7:3 8:12 | **media** 7:5,5,19 | 6:22 | **person** 10:2 |
| **lawsuit** 8:22 | 7:25 9:21 10:2 | **niggas** 3:2,2,3,4 | **pete** 8:5,8 |
| 9:1,23 | **medication** 3:2 | 3:25 4:1 5:5,21 | **peterson** 1:12 |
| **lawyer** 5:9,12 | **meeting** 4:21 | 5:22 6:1,10,12 | 2:8,17,19,23 |
| 12:19 | **megan** 8:5,8 | **nigger** 3:12 | 3:6,13 4:8,13 |
| **lawyer's** 5:4 | 12:12,16 | **nonprofit** 8:11 | 5:2,6,18,23 |
| **led** 9:15 | **mentoring** 8:15 | **number** 2:3,13 | 7:13,17,20,22 |
| **ledanski** 14:3 | 8:17 | 7:12 12:1 | 8:25 9:4 10:7 |
| **legal** 8:14 | **milagro** 8:2,9 | **ny** 14:14 | 11:1,6,10,20,22 |
| 14:11 | 8:21 9:2,20 | **o** | 12:2,11,14,16 |
| **life** 6:19 | 10:11,19,21 | **o** 14:1 | 12:22 13:2,9 |
| **link** 2:6,10 | 11:24 12:13,24 | **october** 1:13 | **phone** 3:22 |
| **listen** 5:9 | **mineola** 14:14 | **office** 5:15 | **plaintiff** 8:8 |
| **little** 8:20 | **mm** 5:18 | 12:17 | **plan** 5:8,12 |
| **lot** 8:23 13:7 | **monitored** 2:5 | **oh** 3:14,21 | **platform** 9:22 |
| **louisville** 4:20 | 2:14 7:12 12:1 | **okay** 5:9,12 | **please** 2:2,3 |
| **love** 13:6 | **morning** 11:14 | 13:2 | **podcast** 9:22 |
| **m** | **motherfucker** | **old** 14:12 | **point** 3:24 |
| **mail** 3:16 | 5:16 | **opinions** 8:4 | **popular** 9:15 |
| **make** 5:16 | **motherfuckers** | **organization** | **post** 11:12,14 |
| | 5:14 | 10:3,5 | 11:16 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[powerless - thing]

| | | | |
|---|---|---|---|
| **powerless** 9:9 | **reason** 5:24 | **saying** 4:4,10 | **stand** 9:13 |
| **prepaid** 2:10 | **received** 9:23 | 4:17 6:24 7:6 | **start** 6:7 |
| 2:14 | 10:3 | 10:10,10,13,19 | **statement** 7:19 |
| **press** 2:1 | **recent** 8:7 | 10:21 11:3,9 | 10:8,17,18,20 |
| **prisoners** 6:13 | **record** 14:5 | 12:5,21,25 | 11:3 |
| **private** 2:4 | **recorded** 2:5 | 13:5 | **states** 8:13 |
| **probably** 11:13 | 2:14 7:12 12:1 | **says** 7:24 8:6 | **stating** 10:22 |
| **proceedings** | **relationships** | 8:21 9:2 | **stone** 11:18 |
| 14:5 | 7:8 | **send** 3:9,11,14 | **stop** 8:24 |
| **processed** 2:7 | **release** 7:25 | 11:17 | **story's** 6:18 |
| **professional** | **remember** 2:22 | **sent** 3:10 | **suing** 12:12 |
| 8:23 | **reporter** 9:22 | **served** 8:22 | **suite** 14:13 |
| **programs** 8:16 | **reporting** 8:24 | **services** 8:14 | **sure** 3:6 11:6,7 |
| 8:17 | **represent** 7:25 | 8:15 | **system** 9:14 |
| **promotes** 8:12 | 8:2 | **she'll** 11:17 | **t** |
| **pronged** 10:20 | **represented** | **shit** 2:24 4:15 | |
| **provide** 8:13 | 12:25 | 5:15,17,25 7:3 | **t** 14:1,1 |
| **publicly** 12:3,4 | **representing** | 7:6 9:6 13:7,8 | **take** 4:9,20,22 |
| **pulling** 6:22 | 10:11,19,21 | 13:10,13 | 9:16,20 |
| **push** 9:11 | **rest** 11:3 | **shoot** 6:18 | **talk** 5:10 9:1 |
| **put** 11:24 | **revolutionary** | **signature** 14:9 | **talked** 3:8 |
| **putting** 10:18 | 6:16 | **silence** 9:17,25 | **talking** 13:7 |
| 10:20 11:2 | **right** 4:21 5:1,5 | 10:4 | **targeted** 11:4 |
| **q** | 6:11 7:9 8:5,19 | **small** 9:9,16 | **targeting** 8:3 |
| | 8:21 9:3,6,18 | **social** 8:12 9:21 | 10:23,25 |
| **quarterback** | 9:25 10:17,25 | **solutions** 14:11 | **tehachapi** 2:12 |
| 7:2 | 12:13 13:7 | **somebody** 3:14 | **tel** 2:6,9 |
| **quick** 9:7 | **road** 14:12 | **sonya** 14:3 | **telephone** 2:13 |
| **quite** 10:24 | **rolling** 11:18 | **sounds** 10:8,9 | 7:12 12:1 |
| **r** | **run** 9:6 | 10:10 | **tell** 3:19 |
| | **running** 7:2 | **speaking** 12:19 | **telling** 11:23 |
| **r** 14:1 | **s** | **speech** 9:18 | **tells** 8:20 |
| **read** 7:18,23 | | 10:1 | **thank** 2:5 |
| **real** 9:7 | **sacramento** | **squad** 4:23 | **that's** 8:6 |
| **really** 3:8 7:14 | 3:23 | | **thing** 3:8 4:22 |
| | | | 10:20 11:13 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[thing - youth]

| | | |
|---|---|---|
| 12:9 | **ups**  3:20,21,22 | **youth**  8:16 |
| **things**  6:8 10:9 | 4:2,19,24 | |
| 10:11 | **use**  6:4 | |
| **think**  13:11 | **using**  2:6 | |
| **threat**  10:3 | **v** | |
| **threats**  8:2 | **veritext**  14:11 | |
| **three**  3:20,20 | **veterans**  8:18 | |
| 3:22 4:2 | **voice**  2:1,9 7:11 | |
| **tight**  6:12 | 11:25 | |
| **time**  6:3 11:11 | **w** | |
| **tmz**  11:17 | **wait**  13:11 | |
| **today**  4:21 | **want**  3:25,25 | |
| **told**  11:14 | 4:1 5:19,20 | |
| **tomorrow**  7:19 | 9:11 | |
| 8:1 | **way**  3:14 | |
| **tone**  2:3 | **women**  8:17 | |
| **tory**  2:10 8:25 | **wondering** | |
| 13:12 | 7:21 | |
| **transcript**  14:4 | **work**  4:9 | |
| **transitional** | **works**  4:16 | |
| 8:18 | **world**  9:12 | |
| **true**  14:4 | **write**  3:20,21 | |
| **try**  3:25 4:2 | 3:22 4:2,18,24 | |
| **trying**  4:6 5:22 | **y** | |
| 6:2 | **yeah**  2:18,20 | |
| **two**  2:1 10:9,20 | 3:1,4,6,16 4:11 | |
| **type**  9:23 | 5:2,6,23 7:15 | |
| **u** | 7:17 9:4 11:1,6 | |
| **underserved** | 11:10,23 12:14 | |
| 8:14 | 12:22 | |
| **unite**  7:24 8:1 | **yo**  6:15 7:10 | |
| 8:11 9:7,13,19 | 10:10 13:11 | |
| 10:5 11:15 | **young**  8:17 | |
| **united**  8:13 | | |

# EXHIBIT 85-B



**Transcription**                              **Excerpt from Pete_0001167**

**'Not Like Us' Easter Eggs | Keith Lee Effect Worn Off? | 'Megan' 30 Million Filtered Streams!**

**(7/5/2024)**

<u>**Milagro Elizabeth Cooper:**</u>                Everybody just has to do their job. So shout out to Unite the People  - and let me actually pull up Unite the People's page because when anything happens with him, this is who you're gonna hear from  - and then um obviously I'm in contact with them so you know I can get information from them and - and try to just get clarity on different things so that I can present that to you.

So let me like this post from this page.  So this is the actual form that was filed on July 2nd and you can see that it says 745 motion granted for Mr. Peterson and so it says the court has read and considered petitioner Daystar Peterson's June 21st 2024 motion for Relevant evidence brought pursuant to penal code section 745 subdivision D.

# EXHIBIT 86

Inmate Telephone System



C. MCDOWELL
07.25.25

**Exhibit 86**

RONNY ZAVOSKY

## ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

## Search Criteria

| | |
|---|---|
| From(Start Date/Time): | 10/9/2023 12:00:00 AM |
| To (End Date/Time): | 12/17/2024 11:59:00 PM |
| User ID: | gsalinas |
| Duration: | From : 0 To : 0 |
| Facility: | All |
| Living Unit: | |
| Stations: | |
| Completion Codes: | Completed Call |
| Tracking #: | |
| Recorded: | All |
| Monitored: | All |
| Transaction Type: | All |
| 3 Way Call: | All |
| Rate Type: | All |
| Alerted: | All |
| Alert Group: | |
| Accessed: | All |
| Protected: | All |
| Telephone Type: | All |
| Exported: | All |
| Destination Number: | 5623550834 |
| Inmate : | bw0168 |
| Workstation ID: | HOUCADOCIIS1 |

Inmate/Ward Telephone System

## ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

| Report Site:  Dept of Corr HQ | | | | | | Page: | 2 | of | 8 |

| # | Site Code | Living Unit | Date Time | Inmate ID | Inmate Name | Destination | Duration | File Name |
|---|-----------|-------------|-----------|-----------|-------------|-------------|----------|-----------|
| 1 | CCI | MAIN | 10/15/2023 16:42:02 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 12 | 429378-427895653-10152023-164044-DCP_016-153-5623550834-2003.V24 |
| 2 | CCI | MAIN | 10/24/2023 09:55:42 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-430834863-10242023-095447-DCP_007-186-5623550834-2003.V24 |
| 3 | CCI | MAIN | 10/24/2023 10:11:38 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 1 | 429378-430838629-10242023-101039-DCP_025-222-5623550834-2003.V24 |
| 4 | CCI | MAIN | 10/24/2023 10:13:23 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 10 | 429378-430839127-10242023-101237-DCP_008-350-5623550834-2003.V24 |
| 5 | CCI | MAIN | 10/31/2023 18:41:14 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 3 | 429378-433351421-10312023-184010-DCP_009-035-5623550834-2003.V24 |
| 6 | CCI | MAIN | 10/31/2023 18:45:49 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-433353809-10312023-184438-DCP_008-171-5623550834-2003.V24 |
| 7 | CCI | MAIN | 11/01/2023 14:26:52 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 9 | 429378-433565147-11012023-142546-DCP_008-303-5623550834-2003.V24 |
| 8 | CCI | MAIN | 11/14/2023 13:10:56 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 13 | 429378-437697541-11142023-131001-DCP_009-226-5623550834-2003.V24 |
| 9 | CCI | MAIN | 11/14/2023 15:03:25 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 1 | 429378-437730137-11142023-150226-DCP_007-121-5623550834-2003.V24 |
| 10 | CCI | MAIN | 11/15/2023 10:24:22 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-437957171-11152023-102307-DCP_025-317-5623550834-2003.V24 |
| 11 | CCI | MAIN | 11/15/2023 10:40:40 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 3 | 429378-437961219-11152023-103934-DCP_018-188-5623550834-2003.V24 |
| 12 | CCI | MAIN | 11/15/2023 10:47:41 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 6 | 429378-437962931-11152023-104650-DCP_008-185-5623550834-2003.V24 |
| 13 | CCI | MAIN | 11/15/2023 10:54:31 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-437964607-11152023-105347-DCP_016-251-5623550834-2003.V24 |
| 14 | CCI | MAIN | 11/15/2023 11:09:57 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-437968341-11152023-110905-DCP_018-148-5623550834-2003.V24 |
| 15 | CCI | MAIN | 11/15/2023 11:26:38 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 4 | 429378-437971921-11152023-112541-DCP_009-051-5623550834-2003.V24 |

Inmate Ward Telephone System

# ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

Report Site:  Dept of Corr HQ                                                                                   Page:       3     of     8

| # | Site Code | Living Unit | Date Time | Inmate ID | Inmate Name | Destination | Duration | File Name |
|---|---|---|---|---|---|---|---|---|
| 16 | CCI | MAIN | 12/05/2023 13:35:24 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 1 | 429378-444470327-12052023-133407-DCP_009-394-5623550834-2003.V24 |
| 17 | CCI | MAIN | 12/05/2023 13:41:23 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-444472179-12052023-134037-DCP_018-027-5623550834-2003.V24 |
| 18 | CCI | MAIN | 12/05/2023 14:00:10 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 2 | 429378-444477489-12052023-135905-DCP_009-391-5623550834-2003.V24 |
| 19 | CCI | MAIN | 12/17/2023 08:41:55 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-448169631-12172023-084104-DCP_007-311-5623550834-2003.V24 |
| 20 | CCI | MAIN | 12/17/2023 08:58:22 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 5 | 429378-448173365-12172023-085737-DCP_007-023-5623550834-2003.V24 |
| 21 | CCI | MAIN | 12/22/2023 11:15:42 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 5 | 429378-449808439-12222023-111447-DCP_007-219-5623550834-2003.V24 |
| 22 | CCI | MAIN | 12/31/2023 16:46:21 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 12 | 429378-452974905-12312023-164521-DCP_016-136-5623550834-2003.V24 |
| 23 | CCI | MAIN | 03/01/2024 15:18:12 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 14 | 429378-472399269-03012024-151721-DCP_009-214-5623550834-2003.V24 |
| 24 | CCI | MAIN | 03/11/2024 14:46:07 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-475641583-03112024-144514-DCP_008-225-5623550834-2003.V24 |
| 25 | CCI | MAIN | 03/11/2024 15:03:04 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 7 | 429378-475647003-03112024-150203-DCP_009-124-5623550834-2003.V24 |
| 26 | CCI | MAIN | 03/11/2024 15:11:10 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-475649893-03112024-151018-DCP_018-224-5623550834-2003.V24 |
| 27 | CCI | MAIN | 03/14/2024 13:48:10 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 7 | 429378-476527683-03142024-134651-DCP_025-311-5623550834-2003.V24 |
| 28 | CCI | MAIN | 03/14/2024 13:55:52 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-476529719-03142024-135449-DCP_018-285-5623550834-2003.V24 |
| 29 | CCI | MAIN | 03/14/2024 14:12:14 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 7 | 429378-476534307-03142024-141123-DCP_016-150-5623550834-2003.V24 |
| 30 | CCI | MAIN | 07/28/2024 15:26:08 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-517902601-07282024-152515-DCP_025-151-5623550834-2003.V24 |

User ID:   gsalinas                                                                        Workstation ID:     HOUCADOCIIS1

Inmate Ward Telephone System

## ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

Report Site:  Dept of Corr HQ                                                                                    Page:        4      of      8

| # | Site Code | Living Unit | Date Time | Inmate ID | Inmate Name | Destination | Duration | File Name |
|---|-----------|-------------|-----------|-----------|-------------|-------------|----------|-----------|
| 31 | CCI | MAIN | 07/28/2024 15:42:12 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-517908849-07282024-154123-DCP_007-297-5623550834-2003.V24 |
| 32 | CCI | MAIN | 08/23/2024 21:12:40 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-525518809-08232024-211143-DCP_018-229-5623550834-2003.V24 |
| 33 | CCI | MAIN | 08/23/2024 21:46:29 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-525533061-08232024-214534-DCP_009-230-5623550834-2003.V24 |
| 34 | CCI | MAIN | 08/23/2024 22:02:57 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-525539121-08232024-220201-DCP_018-285-5623550834-2003.V24 |
| 35 | CCI | MAIN | 08/29/2024 18:01:18 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 3 | 429378-527270155-08292024-180024-DCP_016-088-5623550834-2003.V24 |
| 36 | CCI | MAIN | 09/10/2024 22:23:20 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-531026821-09102024-222227-DCP_009-104-5623550834-2003.V24 |
| 37 | CCI | MAIN | 09/10/2024 22:39:49 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 5 | 429378-531031725-09102024-223850-DCP_016-277-5623550834-2003.V24 |
| 38 | CCI | MAIN | 09/12/2024 14:27:27 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 3 | 429378-531417541-09122024-142639-DCP_016-125-5623550834-2003.V24 |
| 39 | CCI | MAIN | 09/25/2024 20:24:29 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-535250065-09252024-202344-DCP_009-098-5623550834-2003.V24 |
| 40 | CCI | MAIN | 09/25/2024 20:41:25 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-535257487-09252024-204035-DCP_016-333-5623550834-2003.V24 |
| 41 | CCI | MAIN | 09/30/2024 19:57:41 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 14 | 429378-536792435-09302024-195645-DCP_008-391-5623550834-2003.V24 |
| 42 | CCI | MAIN | 10/02/2024 13:10:26 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 1 | 429378-537240147-10022024-130927-DCP_018-142-5623550834-2003.V24 |
| 43 | CCI | MAIN | 10/03/2024 10:56:25 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-537498535-10032024-105459-DCP_016-025-5623550834-2003.V24 |
| 44 | CCI | MAIN | 10/03/2024 12:05:08 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 9 | 429378-537515841-10032024-120404-DCP_016-209-5623550834-2003.V24 |
| 45 | CCI | MAIN | 10/10/2024 21:59:01 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-539814315-10102024-215808-DCP_016-329-5623550834-2003.V24 |

Inmate Ward Telephone System

## ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

Report Site:  Dept of Corr HQ

Page:         5      of      8

| # | Site Code | Living Unit | Date Time | Inmate ID | Inmate Name | Destination | Duration | File Name |
|---|-----------|-------------|-----------|-----------|-------------|-------------|----------|-----------|
| 46 | CCI | MAIN | 10/10/2024 22:15:40 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-539819661-10102024-221447-DCP_008-173-5623550834-2003.V24 |
| 47 | CCI | MAIN | 10/10/2024 22:32:08 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-539824323-10102024-223112-DCP_016-262-5623550834-2003.V24 |
| 48 | CCI | MAIN | 10/10/2024 22:48:31 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-539828669-10102024-224743-DCP_016-062-5623550834-2003.V24 |
| 49 | CCI | MAIN | 10/10/2024 23:03:55 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-539831639-10102024-230307-DCP_008-287-5623550834-2003.V24 |
| 50 | CCI | MAIN | 10/13/2024 20:49:03 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-540729237-10132024-204802-DCP_018-135-5623550834-2003.V24 |
| 51 | CCI | MAIN | 10/29/2024 10:47:41 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 5 | 429378-545320533-10292024-104649-DCP_009-353-5623550834-2003.V24 |
| 52 | CCI | MAIN | 10/29/2024 10:55:43 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-545322389-10292024-105455-DCP_009-346-5623550834-2003.V24 |
| 53 | CCI | MAIN | 10/29/2024 11:11:19 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-545326245-10292024-111030-DCP_025-161-5623550834-2003.V24 |
| 54 | CCI | MAIN | 10/29/2024 11:27:23 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 5 | 429378-545330405-10292024-112635-DCP_007-028-5623550834-2003.V24 |
| 55 | CCI | MAIN | 10/30/2024 23:03:38 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-545858451-10302024-230252-DCP_007-318-5623550834-2003.V24 |
| 56 | CCI | MAIN | 10/30/2024 23:19:43 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 12 | 429378-545858981-10302024-231849-DCP_007-367-5623550834-2003.V24 |
| 57 | CCI | MAIN | 11/01/2024 09:19:46 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 4 | 429378-546193575-11012024-091857-DCP_025-327-5623550834-2003.V24 |
| 58 | CCI | MAIN | 11/01/2024 09:24:57 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-546194605-11012024-092357-DCP_018-226-5623550834-2003.V24 |
| 59 | CCI | MAIN | 11/01/2024 09:42:35 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-546198331-11012024-094144-DCP_025-025-5623550834-2003.V24 |
| 60 | CCI | MAIN | 11/01/2024 23:12:30 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-546481079-11012024-231138-DCP_018-057-5623550834-2003.V24 |

Inmate Ward Telephone System

# ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

Report Site:  Dept of Corr HQ                                                                                      Page:        6      of       8

| # | Site Code | Living Unit | Date Time | Inmate ID | Inmate Name | Destination | Duration | File Name |
|---|-----------|-------------|-----------|-----------|-------------|-------------|----------|-----------|
| 61 | CCI | MAIN | 11/02/2024 22:18:40 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-546797945-11022024-221723-DCP_025-165-5623550834-2003.V24 |
| 62 | CCI | MAIN | 11/02/2024 22:35:19 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-546803135-11022024-223424-DCP_025-322-5623550834-2003.V24 |
| 63 | CCI | MAIN | 11/02/2024 22:51:02 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 10 | 429378-546807573-11022024-225009-DCP_007-210-5623550834-2003.V24 |
| 64 | CCI | MAIN | 11/02/2024 23:01:57 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-546809917-11022024-230104-DCP_008-193-5623550834-2003.V24 |
| 65 | CCI | MAIN | 11/07/2024 10:08:45 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-548005961-11072024-100740-DCP_016-098-5623550834-2003.V24 |
| 66 | CCI | MAIN | 11/07/2024 15:12:48 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-548091543-11072024-151147-DCP_008-076-5623550834-2003.V24 |
| 67 | CCI | MAIN | 11/07/2024 15:30:02 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-548098139-11072024-152918-DCP_018-163-5623550834-2003.V24 |
| 68 | CCI | MAIN | 11/07/2024 16:01:52 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-548109891-11072024-160058-DCP_018-194-5623550834-2003.V24 |
| 69 | CCI | MAIN | 11/07/2024 16:19:13 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 13 | 429378-548116385-11072024-161817-DCP_009-372-5623550834-2003.V24 |
| 70 | CCI | MAIN | 11/08/2024 21:43:11 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-548567345-11082024-214219-DCP_009-216-5623550834-2003.V24 |
| 71 | CCI | MAIN | 11/09/2024 15:55:29 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 3 | 429378-548748747-11092024-155440-DCP_016-269-5623550834-2003.V24 |
| 72 | CCI | MAIN | 11/09/2024 21:49:11 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 12 | 429378-548895991-11092024-214808-DCP_008-148-5623550834-2003.V24 |
| 73 | CCI | MAIN | 11/15/2024 16:18:35 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 12 | 429378-550586505-11152024-161747-DCP_016-082-5623550834-2003.V24 |
| 74 | CCI | MAIN | 11/15/2024 19:12:26 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-550656891-11152024-191131-DCP_007-225-5623550834-2003.V24 |
| 75 | CCI | MAIN | 11/15/2024 19:28:41 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-550665429-11152024-192743-DCP_016-270-5623550834-2003.V24 |

Inmate/Ward Telephone System

# ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

Report Site:  Dept of Corr HQ

Page:      7      of      8

| # | Site Code | Living Unit | Date Time | Inmate ID | Inmate Name | Destination | Duration | File Name |
|---|-----------|-------------|-----------|-----------|-------------|-------------|----------|-----------|
| 76 | CCI | MAIN | 11/15/2024 19:45:00 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 5 | 429378-550673651-11152024-194358-DCP_009-020-5623550834-2003.V24 |
| 77 | CCI | MAIN | 11/17/2024 20:50:45 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 10 | 429378-551362471-11172024-204948-DCP_007-068-5623550834-2003.V24 |
| 78 | CCI | MAIN | 11/19/2024 21:17:38 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-551965905-11192024-211622-DCP_009-238-5623550834-2003.V24 |
| 79 | CCI | MAIN | 11/19/2024 21:34:39 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-551972667-11192024-213350-DCP_018-281-5623550834-2003.V24 |
| 80 | CCI | MAIN | 11/19/2024 21:51:13 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-551978259-11192024-215012-DCP_009-154-5623550834-2003.V24 |
| 81 | CCI | MAIN | 11/19/2024 22:07:42 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-551983357-11192024-220639-DCP_018-241-5623550834-2003.V24 |
| 82 | CCI | MAIN | 11/19/2024 22:23:26 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-551987913-11192024-222226-DCP_009-228-5623550834-2003.V24 |
| 83 | CCI | MAIN | 11/19/2024 22:39:41 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-551992223-11192024-223849-DCP_018-016-5623550834-2003.V24 |
| 84 | CCI | MAIN | 11/20/2024 13:46:29 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 2 | 429378-552089481-11202024-134539-DCP_007-211-5623550834-2003.V24 |
| 85 | CCI | MAIN | 11/20/2024 15:14:02 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-552114691-11202024-151303-DCP_008-250-5623550834-2003.V24 |
| 86 | CCI | MAIN | 11/20/2024 15:30:07 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 8 | 429378-552120241-11202024-152918-DCP_018-011-5623550834-2003.V24 |
| 87 | CCI | MAIN | 11/20/2024 18:24:13 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-552178437-11202024-182312-DCP_016-255-5623550834-2003.V24 |
| 88 | CCI | MAIN | 11/20/2024 18:41:13 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-552186815-11202024-184011-DCP_009-006-5623550834-2003.V24 |
| 89 | CCI | MAIN | 11/21/2024 10:44:28 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-552336401-11212024-104327-DCP_016-027-5623550834-2003.V24 |
| 90 | CCI | MAIN | 11/21/2024 11:02:07 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-552340261-11212024-110108-DCP_009-343-5623550834-2003.V24 |

User ID:   gsalinas

Workstation ID:      HOUCADOCIIS1

Inmate Ward Telephone System

# ITS Media Export

Date/Time:(Generated)   12/17/2024 7:42:22 AM

Report Site:  Dept of Corr HQ

Page:        8      of      8

| # | Site Code | Living Unit | Date Time | Inmate ID | Inmate Name | Destination | Duration | File Name |
|---|-----------|-------------|-----------|-----------|-------------|-------------|----------|-----------|
| 91 | CCI | MAIN | 11/22/2024 19:28:52 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 2 | 429378-552804169-11222024-192744-DCP_016-218-5623550834-2003.V24 |
| 92 | CCI | MAIN | 11/22/2024 19:33:43 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 11 | 429378-552806759-11222024-193253-DCP_016-098-5623550834-2003.V24 |
| 93 | CCI | MAIN | 11/26/2024 09:58:23 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-553885107-11262024-095726-DCP_016-129-5623550834-2003.V24 |
| 94 | CCI | MAIN | 11/26/2024 10:15:40 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-553889119-11262024-101451-DCP_008-097-5623550834-2003.V24 |
| 95 | CCI | MAIN | 12/04/2024 09:06:47 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-556519759-12042024-090551-DCP_016-207-5623550834-2003.V24 |
| 96 | CCI | MAIN | 12/04/2024 09:22:54 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 15 | 429378-556522639-12042024-092208-DCP_016-296-5623550834-2003.V24 |
| 97 | CCI | MAIN | 12/05/2024 19:08:50 | BW0168 | PETERSON, DAYSTAR | 562 - 355 - 0834 | 2 | 429378-556994737-12052024-190746-DCP_008-377-5623550834-2003.V24 |

Total Records :        97

# EXHIBIT 87

MOBILITY

4205016.001
03/23/2025

AT&T has queried for records from 10/08/2020 12:00:00am to 03/17/2025 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

**AT&T**

C. MCDOWELL
07.25.25

# Exhibit 87

RONNY ZAVOSKY

| Run Date: | 03/23/2025 |
|---|---|
| Run Time: | 09:17:33 |
| Voice Usage For: | (281)640-4536, (562)355-0834 |

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/31/24 | 00:31:36 | 0:04 | 13:27 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 2 | 10/31/24 | 02:19:06 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 3 | 10/31/24 | 02:19:11 | 0:01 | 0:03 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 4 | 10/31/24 | 13:58:59 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 5 | 10/31/24 | 13:59:04 | 0:01 | 0:04 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 6 | 10/31/24 | 14:51:58 | 0:10 | 8:11 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [Wi-Fi] |
| 7 | 10/31/24 | 21:27:59 | 0:04 | 4:19 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 8 | 10/31/24 | 21:52:16 | 0:02 | 0:04 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 9 | 10/31/24 | 21:52:36 | 0:15 | 0:58 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 10 | 11/01/24 | 03:24:18 | 0:10 | 0:25 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 11 | 11/01/24 | 21:01:10 | 0:12 | 1:41 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 12 | 11/01/24 | 21:03:32 | 0:03 | 21:46 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP:CMW] |
| 13 | 11/02/24 | 21:07:36 | 0:05 | 1:36 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 14 | 11/07/24 | 19:19:59 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

4205016.001
03/23/2025

MOBILITY

AT&T has queried for records from 10/08/2020 12:00:00am to 03/17/2025 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:            03/23/2025
Run Time:            09:17:33
Voice Usage For:     (281)640-4536, (562)355-0834

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 11/07/24 | 19:20:05 | 0:02 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 16 | 11/07/24 | 19:20:18 | 0:02 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 17 | 11/07/24 | 19:31:06 | 0:18 | 0:01 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [Wi-Fi] |
| 18 | 11/07/24 | 19:31:14 | 0:05 | 0:00 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [Wi-Fi] |
| 19 | 11/07/24 | 22:29:55 | 0:15 | 0:36 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 20 | 11/07/24 | 22:30:31 | 0:00 | 1:27 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [Wi-Fi] |
| 21 | 11/08/24 | 21:12:52 | 0:07 | 1:42 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 22 | 11/12/24 | 19:17:29 | 0:00 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 23 | 11/12/24 | 19:17:33 | 0:00 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 24 | 11/18/24 | 19:43:49 | 0:01 | 0:20 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 25 | 11/18/24 | 19:44:37 | 0:13 | 0:02 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 26 | 11/18/24 | 19:44:48 | 0:08 | 0:00 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 27 | 11/18/24 | 19:45:23 | 0:02 | 0:03 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 28 | 11/18/24 | 19:45:54 | 0:03 | 1:38 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

4205016.001
03/23/2025

MOBILITY

AT&T has queried for records from 10/08/2020 12:00:00am to 03/17/2025 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:             03/23/2025
Run Time:             09:17:33
Voice Usage For:      (281)640-4536, (562)355-0834

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 29 | 11/20/24 | 00:17:29 | 0:06 | 2:43 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 30 | 11/20/24 | 00:20:33 | 0:04 | 10:03 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 31 | 11/22/24 | 20:54:56 | 0:00 | 0:00 | 15623550834 | 12816404536 | | 310280113409542 | MT | [NIOP] |
| 32 | 11/22/24 | 20:54:57 | 0:01 | 0:02 | 15623550834 18324949000(F) | 12816404536 | | 310280113409542 | MT | [NIOP:CFNR:VM] |
| 33 | 11/22/24 | 20:55:01 | 0:00 | 0:00 | 15623550834 | 12816404536 | | 310280113409542 | MT | [NIOP] |
| 34 | 11/22/24 | 20:55:02 | 0:01 | 0:02 | 15623550834 18324949000(F) | 12816404536 | | 310280113409542 | MT | [NIOP:CFNR:VM] |
| 35 | 11/22/24 | 20:55:07 | 0:01 | 0:00 | 15623550834 | 12816404536 | | 310280113409542 | MT | [NIOP] |
| 36 | 11/22/24 | 20:55:08 | 0:02 | 0:02 | 15623550834 18324949000(F) | 12816404536 | | 310280113409542 | MT | [NIOP:CFNR:VM] |
| 37 | 11/22/24 | 21:26:16 | 0:08 | 1:27 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP:CMW] |
| 38 | 11/25/24 | 02:31:15 | 0:02 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 39 | 11/25/24 | 02:31:20 | 0:01 | 0:01 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 40 | 11/26/24 | 20:54:34 | 0:02 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 41 | 11/26/24 | 20:54:39 | 0:01 | 0:03 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 42 | 11/26/24 | 20:57:55 | 0:02 | 0:03 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 43 | 11/26/24 | 21:50:28 | 0:07 | 4:11 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 44 | 11/26/24 | 21:55:32 | 0:04 | 0:35 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 45 | 12/12/24 | 19:28:42 | 0:01 | 0:03 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is
not for general distribution.**

4205016.001
03/23/2025

MOBILITY

AT&T has queried for records from 10/08/2020 12:00:00am to 03/17/2025 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.



| Run Date: | 03/23/2025 |
| Run Time: | 09:17:33 |
| Voice Usage For: | (281)640-4536, (562)355-0834 |

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 12/12/24 | 19:28:48 | 0:01 | 0:03 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 47 | 12/12/24 | 19:29:02 | 0:01 | 0:01 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 48 | 12/12/24 | 19:29:07 | 0:02 | 0:01 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 49 | 12/12/24 | 19:29:58 | 0:01 | 0:03 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 50 | 12/12/24 | 19:30:20 | 0:14 | 6:31 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 51 | 01/09/25 | 19:44:37 | 0:04 | 9:35 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 52 | 01/14/25 | 16:12:35 | 0:03 | 0:04 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 53 | 01/14/25 | 16:12:42 | 0:01 | 0:03 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 54 | 01/14/25 | 16:13:06 | 0:05 | 3:06 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 55 | 01/31/25 | 20:13:09 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 56 | 01/31/25 | 20:13:14 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 57 | 01/31/25 | 20:25:58 | 0:07 | 0:02 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 58 | 01/31/25 | 20:26:23 | 0:21 | 0:00 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 59 | 01/31/25 | 20:26:33 | 0:08 | 0:02 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

4205016.001
03/23/2025

AT&T has queried for records from 10/08/2020 12:00:00am to 03/17/2025 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date:            03/23/2025
Run Time:            09:17:33
Voice Usage For:     (281)640-4536, (562)355-0834

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 60 | 01/31/25 | 21:20:45 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 61 | 01/31/25 | 21:20:54 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 62 | 01/31/25 | 21:21:38 | 0:02 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 63 | 01/31/25 | 21:24:00 | 0:05 | 4:24 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 64 | 02/12/25 | 03:07:14 | 0:01 | 0:00 | 15623550834 | 12816404536 | | 310280113409542 | MT | [NIOP] |
| 65 | 02/12/25 | 03:07:17 | 0:04 | 0:01 | 15623550834 18324949000(F) | 12816404536 | | 310280113409542 | MT | [NIOP:CFNR:VM] |
| 66 | 02/12/25 | 04:38:32 | 0:11 | 0:00 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [] |
| 67 | 02/12/25 | 04:40:14 | 0:32 | 0:02 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [Wi-Fi] |
| 68 | 02/12/25 | 18:05:11 | 0:35 | 0:02 | 12816404536 | 15623550834 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MO | [Wi-Fi] |
| 69 | 02/12/25 | 19:35:03 | 0:03 | 18:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 70 | 02/13/25 | 01:35:02 | 0:08 | 0:25 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [NIOP] |
| 71 | 02/25/25 | 02:54:21 | 0:02 | 0:04 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 72 | 02/25/25 | 02:54:28 | 0:01 | 0:02 | 15623550834 | 12816404536 | 35168257631221 APPLE IPHONE15 | 310280113409542 | MT | [Wi-Fi:NIOP] |
| 73 | 03/11/25 | 21:26:40 | 0:18 | 0:18 | 12816404536 | 15623550834 | 35046582459919 APPLE IPHONE16 | 310280165961834 | MO | [] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**



4205016.001
03/23/2025

AT&T has queried for records from 10/08/2020 12:00:00am to 03/17/2025 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:          03/23/2025
Run Time:          09:17:33
SMS Usage For:     (281)640-4536, (562)355-0834

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature |
|------|-----------|------------------|--------------------|--------------------|------|------|------|----------|---------|
| 1 | 10/31/24 | 21:56:01 | 12816404536 | 15623550834 | | 310280113409542 | SMSO | Text | |
| 2 | 10/31/24 | 21:56:01 | 12816404536 | 15623550834 | | | SMST | Text | |
| 3 | 11/01/24 | 03:56:51 | 15623550834 | 12816404536 | | 310280113409542 | SMST | Text | |
| 4 | 11/01/24 | 03:57:11 | 15623550834 | 12816404536 | | 310280113409542 | SMST | Text | |
| 5 | 11/01/24 | 03:57:16 | 15623550834 | 12816404536 | | 310280113409542 | SMST | Text | |
| 6 | 11/01/24 | 20:51:17 | 15623550834 | 12816404536 | | 310280113409542 | SMST | Text | |
| 7 | 11/07/24 | 19:31:08 | 15623550834 | 12816404536 | | 310280113409542 | SMST | | |
| 8 | 11/07/24 | 19:31:08 | 15623550834 | 12816404536 | | 310280113409542 | SMST | | |
| 9 | 11/07/24 | 19:31:16 | 15623550834 | 12816404536 | | 310280113409542 | SMST | | |
| 10 | 11/07/24 | 19:31:16 | 15623550834 | 12816404536 | | 310280113409542 | SMST | | |
| 11 | 01/31/25 | 20:25:59 | 15623550834 | 12816404536 | | 310280113409542 | SMST | | |
| 12 | 01/31/25 | 20:26:24 | 15623550834 | 12816404536 | | 310280113409542 | SMST | | |
| 13 | 01/31/25 | 20:26:35 | 15623550834 | 12816404536 | | 310280113409542 | SMST | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

# EXHIBIT 88-B


C. MCDOWELL
07.25.25

**Exhibit 88-B**

RONNY ZAVOSKY

**Transcription  -  429378-437971921-11152023-112541-DCP_009-051-5623550834-2003 (Excerpt)**

Tory Lanez:   You've got the Megan bitch trying to make it seem like, or the Meghann Cuniff lady trying to make it seem like we don't know what we're doing, which is fine. Because I love being the underdogs. But I love being the underdog who wins the race. And my thing is just like, if we can, if this can help us win the race, then let's use everything that we can use to win the race.

# EXHIBIT 89-B


C. MCDOWELL
07.25.25
**Exhibit 89-B**
RONNY ZAVOSKY

## Transcription - 429378-448169631-12172023-084104-DCP_007-311-5623550834-2003 (Excerpt)

**Tory Lanez:**     The only name she was just a fucking, just a fucking, was just a girl  coming on Instagram Live.

**Ceasar McDowell**     Oh, with, I forgot that girl's name, the, the it was the Milagro one. You  talking about that one?

**Tory Lanez:**     No, I'm talking about the girl, the girl from the whole case. Like, Megan, I'm talking about her.

**Ceasar McDowell:**     Oh, oh, oh.

# EXHIBIT 90-B



C. MCDOWELL
07.25.25

**Exhibit 90-B**

RONNY ZAVOSKY

# Transcription - 2024.11.14 - 429378-550656891-11152024-191131-DCP_007-225-5623550834-2003 (Excerpt)

| | |
|---|---|
| Ceasar McDowell: | Did you hear about that new case we got with Milagro, and that the lawyers from Roc Nation, or something like that? |
| Tory Lanez: | Oh, yeah, I don't know anything about it. |
| Ceasar McDowell: | Yeah, yeah, yeah, yeah, I forgot, I didn't even remember if I told you we got that case, but, yeah, that one's crazy. This, that case, they're talking about… |
| Tory Lanez: | Oh, I know what you're talking about. |
| Ceasar McDowell: | They're suing, they're suing, yeah, they're suing the girl, Milagro, and saying, whoop dee whop. So, yeah, I didn't even tell you about that case yet, but, yeah, we got that case with us. |
| Automated Voice: | *This call and your telephone number will be monitored and recorded.* |
| Ceasar McDowell: | Saying that she was slandering |
| Tory Lanez: | I saw that shit online. Aren't they like saying some weird shit about me too? Like saying, oh, relinquish all your communication and all kinds of shit. |
| Ceasar McDowell: | Oh yeah, yeah, matter of fact . Yeah, they was even saying some shit like, hey, you're right. Yeah, they were saying some shit about that case about you to something about, oh, she was communicating with you or some bullshit. I don't know about that case. I mean, I don't know. |
| Tory Lanez: | Like yeah, the funniest thing about this whole thing is like when they go looking and they find nothing, they're going to be like, what? |

# EXHIBIT 91

C. MCDOWELL
07.23.25

**Exhibit 91**

RONNY ZAVOSKY



# EXHIBIT 93

Messages - Daystar Peterson

**Exhibit 93**

C. MCDOWELL
07.25.25

RONNY ZAVOSKY

iMessage
12/21/2022 11:33:20 PM

Yoooooow

It's Tory

Hit me

Exported from Milagro 's iPhone (T3J57R4HLG) on 2/17/2025 3:11:21 PM with iMazing by DigiDNA. Database date when extracted: 2/17/2025 1:55:35 PM

Page 1 of 1

# EXHIBIT 94-B

**Transcription  - 429378-551965905-11192024-211622-DCP_009-238-5623550834-2003 (Excerpt)**

Ceasar McDowell:     I had to pay $5,000 today to retain that firm in Florida just so that we can use have their, their shit just like the pro-hac.



1

# EXHIBIT 95-B

**Transcription**      **File: 2024.12.04 - 429378-556519759 (Excerpt).m4a**

| Speaker | Conversation |
|---|---|
| Ceasar McDowell: | Yeah. I can't tell you because Mitch told me not to because you're our client. |
| Tory Lanez: | Your fool was in a porno! Ha ha ha ha ha ha ha ha ha ha ha ha ha. [indiscernable].COM. Some niggerish shit too. |
| Ceasar McDowell: | [overtalking] Hold on a minute. Hold on one second. Listen. [laughing] I'm gonna tell you some shit. |
| Tory Lanez: | Long ding dong. [overtalking] |
| Ceasar McDowell: | Huh? Thank you thank you, bro. |
| Tory Lanez: | Long ding dong.com. I'm a black. I'm a-- |
| Ceasar McDowell: | Geez, I'm a gonna tell you some shit. But you got to swear to God that you can't even tell Reyna. Uh, you can't tell no, you can't tell Ray, you can't tell no— |
| Tory Lanez: | I'm not going to tell nobody bro, but I know that this is not even going to be as serious as you niggas is making it, bro. |
| Ceasar McDowell: | When you see what I'm saying, you're going to go, you know, like nigga. Somebody informed us-- and she doesn't know that we all know-- the whole entire staff knows, everybody has seen everything everybody knows. She don't know that we know. So somebody hit us. She knows that I know-- she don't even think I'm smart enough to know. Somebody hit us from a whole 'nother state, it was like "Yo! So-and-so I recognize that so-and-so." I'm like, "What? Like, man, you don't recognize her. Bullshit." Woop-dee-woop-dee-woop. So I check into it. [overtalking/laughter] So I checked into it and I fell to my knees. Oh, not she. Right? Right? |
| Tory Lanez: | That is funny. |
| Ceasar McDowell: | Nigga. |
| Tory Lanez: | Well, you know, [overtalking] you know, she always says, bro, there was one point in her life when she was a model because nobody knows what she was talking about. Y'know what I'm sayin'? Serious, nobody knows what she was talking about. |

*[Exhibit stamp: EXHIBIT 95-B, WIT: McDowell, DATE: 7-25-22, RONNY ZAVOSKY, CSR 12359]*

| Ceasar McDowell: | Hey, listen. Crystal was a full on porno star. Crystal has— |
| --- | --- |
| Tory Lanez: | That's what I'm sayin'. I can see that a hundred percent, bro. [laughing] |
| Ceasar McDowell: | Crystal has - the name is Vivian West, right? |
| Tory Lanez: | [laughter] Vivian West! What an 80s name. |
| Ceasar McDowell: | Hey, Listen. We always—She always tells us, that "Yes, I was a dancer. I did that scene?]and" da-da-da-da-da—Though somebody hear 'dis— Somebody hits us-- |
| Tory Lanez: | Nah, you gonna full-blow that, nigga. [laughing] |
| Ceasar McDowell: | Some lady hit us online and was like, "If you tell anybody, if this gets back to her, she can actually go sue me and try to shut me down because I'm telling a client some information like this," and you [overtalking] are her now. I mean you are callin' this-- But listen though. And then you lose all respect for her. Once you go see it, I lost all respect. [laughing] |
| Tory Lanez: | Did you just suck at that, [bitch?] |
| Ceasar McDowell: | Come on, nigga. She's getting—she's in the movies—hey. She's in the video and she's like, "Hi, yes, my name is Vivian," and they're like, "Yes, so where are you from?" "I'm from Colorado," and he was like, well--you know, she always complains about her husband, right? Her husband don't fuck her, he ain't fucked her in years, right? They don't even live together, right? [Laughter] But he got a business. But she always be like—"Yeah, she's dating other people... and [unintelligible] And then she came out here, and she liked one of my homies, a little light-skinned black nigga. And she like, she says "I want to marry him-- I want to go take him home," right? Da-da-da-da-dah, and we all laugh. And I'm like, you don't [appreciate?-- ]You don't know how to take nobody home. Nigga Look I-- There is videos with this bitch, 10 niggas fucking her, the biggest sister [laughter/overtalking?] in there, [caught in?] there—I mean-- |
| Tory Lanez: | That's what I would tell' you! I just already—Bro. Before you even said it, I was just like, Bro. this is always-- I thought of every possible option. And I was like, "Okay, either she's fucking some nigga that we all know, and then he has the sex tape," or da da da da. And I thought about it, and I'm like, Bro, it can't be anything else but--. She has to have been a porn star before this. Like, that's just the only thing it could have been. But you know what? Hey, I'm don't give a fuck how many dicks she takes. 'long as she gets me out'ta jail, [laughing.] |
| Ceasar McDowell: | Hey, nigga, she got transvestites gang-banging her. |

2

# EXHIBIT 96

C. MCDOWELL
07.23.25

**Exhibit 96**

RONNY ZAVOSKY

bb3d3a7b-7393-481e-9eb3-453776118680 - chat956159406122627791

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | | |
|---|---|---|---|---|---|---|
| ☑ | **Participant** | **Entity** | **Login** | **Email** | 💬 | 📎 |
| ☑ | +12816404536 | | +12816404536 | | 0 | 0 |
| ☑ | +14246031511 Jazmyne | | +14246031511 | | 0 | 0 |

▌ +15623550834 Ceasar McDowell      2024-11-01 03:56:52.000 AM

https://x.com/akademikstv/status/1852188822609465825?s=10 ~/Library/SMS/Attachments/a6/06/BD6E3376-CF0D-48C1-977E-A78FC5A0A96B/5E6743C3-4EDE-4B6D-8DB0-3B467DB7D076.pluginPayloadAttachment ~/Library/SMS/Attachments/66/06/05983FBF-0E37-4622-A6D9-98FA68D14B23/09E56144-394B-48AE-8106-D22EA1673ED0.pluginPayloadAttachment
==09E56144-394B-48AE-8106-D22EA1673ED0.pluginPayloadAttachment==
==5E6743C3-4EDE-4B6D-8DB0-3B467DB7D076.pluginPayloadAttachment==

▌ +15623550834 Ceasar McDowell      2024-11-01 03:57:12.000 AM

Milagro I need to talk to this guy I need academics number what he's saying makes all the sense in the world and he's getting your back I want to talk to this guy

▌ +15623550834 Ceasar McDowell      2024-11-01 03:57:16.000 AM

You set that up please tell him the CEO of unite the people wants to talk to him

▌ +15623550834 Ceasar McDowell      2024-11-01 08:51:18.000 PM

Milagro calling you in 5 min with the lawyers

FTI_DEF0000755

# EXHIBIT 97

C. MCDOWELL
07.25.25

**Exhibit 97**

RONNY ZAVOSKY

14538bdc-b9db-4c67-a2e5-9aec8411b6ca - +15623550834

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | | |
|---|---|---|---|---|---|---|
| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
| ☑ | +12816404536 | | +12816404536 | | 0 | 0 |
| ☑ | +15623550834 Ceasar Mc Dowell | | +15623550834 | | 3 | 0 |

+15623550834 Ceasar McDowell                                    2024-11-07 07:21:21.000 PM

Can you call me it's important thank you

+15623550834 Ceasar McDowell                                    2024-11-07 07:31:09.000 PM

I'll call you back.

+15623550834 Ceasar McDowell                                    2024-11-07 07:31:17.000 PM

I'll call you back.

12816404536 Milagro                                             2024-11-07 07:31:19.000 PM

Ok

12816404536 Milagro                                             2024-11-07 07:31:24.000 PM

Was on air

FTI_DEF0000013

# EXHIBIT 98

C. MCDOWELL
07.25.25

**Exhibit 98**

RONNY ZAVOSKY

14538bdc-b9db-4c67-a2e5-9aec8411b6ca - +15623550834

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | | |
|---|---|---|---|---|---|---|
| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
| ☑ | +12816404536 | | +12816404536 | | 0 | 0 |
| ☑ | +15623550834 Ceasar Mc Dowell | | +15623550834 | | 1 | 0 |

+15623550834 Ceasar McDowell                                         2024-12-12 07:29:22.000 PM

Hey when you get a chance if you could give me a call that would be great as soon as possible

CONFIDENTIAL

FTI_DEF0000016

# EXHIBIT 99

**PageVault**

| | |
|---|---|
| Document title: | (1) Milagro on X: "Tory Lanez, his father Sonstar Peterson, and blogger Milagro Gramz are firing back at claims from Megan Thee Stallion's lawyers that they're conspiring to spread misinformation and harass the Roc Nation rapper in a complaint filed this week. The allegations largely stem from https://t.co/pmffNvIMM9" / X |
| Capture URL: | https://x.com/MobzWorld/status/1867646509606477983 |
| Page loaded at (UTC): | Sun, 23 Feb 2025 02:35:01 GMT |
| Capture timestamp (UTC): | Sun, 23 Feb 2025 02:35:59 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| Capture ID: | 8DPKak6EMTJFY8bce43FAw |

C. MCDOWELL
07.25.25
**Exhibit 99**
RONNY ZAVOSKY

Pete_0000004



**Milagro** ✓
@MobzWorld

Tory Lanez, his father Sonstar Peterson, and blogger Milagro Gramz are firing back at claims from Megan Thee Stallion's lawyers that they're conspiring to spread misinformation and harass the Roc Nation rapper in a complaint filed this week.

The allegations largely stem from jailhouse phone calls between Tory, Sonstar and Milagro (real name Milagro Cooper) ... but Ceasar McDowell, CEO of Unite the People, says his client is a victim of a calculated legal takedown.

Ceasar tells TMZ Hip Hop, "We are deeply concerned by the continued efforts to spin partial stories in an attempt to distort the truth and mislead the public."

Tory Lanez Denies Megan Thee Stallion Smear Campaign, Says Her Lawyers Omitted Facts

**EXCLUSIVE**
**TORY LANEZ & MILAGRO GRAMZ Megan Harassment Campaign Is Complete Lies ... LIKE EDITING HIS DAD'S PHONE CALL**

7:03 PM · Dec 13, 2024 · **58.1K** Views

💬 42          ↗ 166          ♡ 768          🔖 68          ⬆

👤 Post your reply                                    **Reply**

**Milagro** ✓ @MobzWorld · Dec 13, 2024
It's noted the jailhouse phone calls aren't quoted too much in the complaint and Ceasar says it's because there's clear evidence there's no harassment taking place!!!

Ceasar says ... "The most recent wave of accusations involves claims that during a phone call, Mr. Peterson's
Show more

too much in the complaint and Ceasar says it's because there's clear evidence there's no harassment taking place!!!

Ceasar says ... "The most recent wave of accusations involves claims that during a phone call, Mr. Peterson's father allegedly stated, 'Ms. Pete would be unable to prove that Mr. Peterson paid Ms. Cooper to attack Ms. Pete.' However, they conveniently omitted a crucial part of the conversation where Mr. Peterson's father added, 'because you didn't.'"

"Personally, I believe that the opposing party knows 100% without a reasonable doubt that they are going to lose this lawsuit. That's why

Document title: (1) Milagro on X: &quot;Tory Lanez, his father Sonstar Peterson, and blogger Milagro Gramz are firing back at claims from Megan Thee Stallion&#39;s…
Capture URL: https://x.com/MobzWorld/status/1867646509606477983
Capture timestamp (UTC): Sun, 23 Feb 2025 02:35:59 GMT
Page 1 of 8
Pete_0000005



'because you didn't."

"Personally, I believe that the opposing party knows 100% without a reasonable doubt that they are going to lose this lawsuit. That's why they amended their original complaint in the first place. ... Whatever the reason, it doesn't matter. This is a 100% losing case, and they're grabbing at straws, hoping something sticks in a bigger...

4    45    230    10K

**y** @YAHREE212 · Dec 13, 2024
did desiree stop paying the blogs and that cockeyed cuniff reporter?
1    20    615

**Mo** @whodafuckismo · Dec 13, 2024
... exactly! They wanted that updated lawsuit to sound sketchy, they purposed drafted it that way! Once again, playing games in the court of law! They definitely omitted facts to fit their narrative.

Pretty hypocritical eh? Won't look good in court for her!
3    42    1.5K

**GrandsonX of Bel Air** @ivy1grandson · Dec 13, 2024
Are you the same Milagro?
2    3    771

**Give Me Rent** @thewigcollect0r · Dec 13, 2024
🌥️😂😂😂
1    371

**Eli De La Cruz** @de_lacruz1988 · Dec 13, 2024
Hope you win this Milagro! I love your show you always give such unbiased commentary!
1    5    600

**Myfault** @Geeshgina · Dec 13, 2024
I was watching Millie when she first started, when she was making reviews about reality shows like love and hip hop, sitting in a chair in her room. She is the one who put me on to Megan the stallion! It's crazy to see all this play out
2    206

**Cash Castro** @CashCastroTweet · Dec 14, 2024
Sonstar? 😂😂😂😂 what type name
72

**flexonzonee.** @Championog0 · Dec 13, 2024

**Relevant people**

**Milagro** ✓
@MobzWorld
"I'm just gone make another one."    Follow

**Subscribe to Premium to write your own longer posts**
Write longer posts and apply text formatting such as bold and italic.
Subscribe

**What's happening**

**Khloé in Wonder Land**
LIVE

**#CPAC**
America is Back on Track
📺 Promoted by CPAC

Sports · Trending
**Doris Burke**

Entertainment · Trending
**The Wayans**

Trending in United States
**Mount Rugmore**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ...
© 2025 X Corp.

datacollection_...
@qe_datacollect







Document title: (1) Milagro on X: &quot;Tory Lanez, his father Sonstar Peterson, and blogger Milagro Gramz are firing back at claims from Megan Thee Stallion&#39;s...
Capture URL: https://x.com/MobzWorld/status/1867646509606477983
Capture timestamp (UTC): Sun, 23 Feb 2025 02:35:59 GMT

Pete_0000009



Document title: (1) Milagro on X: &quot;Tory Lanez, his father Sonstar Peterson, and blogger Milagro Gramz are firing back at claims from Megan Thee Stallion&#39;s...
Capture URL: https://x.com/MobzWorld/status/1867646509606477983
Capture timestamp (UTC): Sun, 23 Feb 2025 02:35:59 GMT

Pete_0000010





# EXHIBIT 100

PageVault

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DGeUsyxSUS_/?igsh=NjZiM2M3MzIxNA%3D%3D |
| Page loaded at (UTC): | Mon, 07 Apr 2025 17:58:52 GMT |
| Capture timestamp (UTC): | Mon, 07 Apr 2025 18:00:06 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 63VobdnowHx7c8T4dVPJ23 |
| Display Name: | brandondietzman |

C. MCDOWELL
07.25.25
**Exhibit 100**
RONNY ZAVOSKY

PDF REFERENCE #:      5YLuErwmTtDatPbxfiYViJ

Pete_0002440

Instagram

- ⌂ Home
- Q Search
- ◉ Explore
- ▶ Reels
- ⊙ Messages
- ♡ Notifications
- ⊕ Create
- Profile

**UNITE THE PEOPLE inc. CEO CEASAR McDOWELL SETS THE RECORD STRAIGHT ON DEPOSITION. (IN RE TORY LANEZ)**

Lately I haven't been responding to all the rhetoric in the media... but after reading the misinformation attempted to be spread by the media " puppet or puppets" I can no longer bite my tongue.

Megan The Stallion's lawyers continue to try and give the appearance their case against Milagro Cooper is successfully progressing by giving their "supposed mouthpiece", Meghan Cuniff and all other persons, media or non media, wrong information. Perhaps Meghan Cuniff really does not know what she is talking about. Just as she misunderstood, perhaps intentionally, or tried to spin the fact UTP forced Megan's lawyers to change their allegations against Ms. Cooper twice , resulting in them amending their complaint "MULTIPLE TIMES"..., she now misunderstands, again perhaps intentionally, the meaning of a potential deposition of Tory Lanez. She continues to speak and removes all doubt SHE IS IGNORANT!

Tory Lanez is not a party to Megan The Stallion's lawsuit against UTP client Milagro Cooper and therefore UTP is not obligated to produce Tory Lanez for a deposition. Nor did UTP agree or disagree to a deposition of Mr. Lanez or any other potential witness. By law Megan's lawyers can depose any person they believe possesses useful information to their case. To imply UTP is going along with Megan's wishes, or somehow is being manipulated into going along, is simply wrong, as everything else Ms. Cuniff and others have said. Despite her efforts to show she is the most useful of "ignorant tools" to Megan's counsel, she is repeatedly wrong about what is really happening in this case.

Lastly, if you know Tory Lanez how i do, good luck trying to get him to "testify" to anything, it's just not what he does... and he definitely did not "agree" to testify now.

CEASAR MCDOWELL

CEO UNITE THE PEOPLE inc.

---

🔴 **unitethepeopleusa** and **ceasar_mcdowell**                    ...

**unitethepeopleusa**  5w
From @ceasar_mcdowell regarding #ToryLanez deposition rumors.

**ceasar_mcdowell** ✔ 5w
@Meghanncuniff I'm gonna say it to you so you can't ever say no one made you aware ... you are being a culture vulture. You are trying to gain relevancy in a business that you are not relevant in . The only people who know you are these people who are involved in this case, friends, families, , but you are playing with these young black people's lives, and there's nothing cool about that. You have clearly taken sides and probably more, but we'll leave that between you and I. For now, You know what I'm talking about? But the way you are playing with these young black people's lives isn't funny to me.
Everything you're trying to do you think is cute. But this is a young black man, 2 young black women. These are black children, black families, black Mother's, black fathers, black brothers and you're playing with their lives just so you can get some likes??!! so you can get some views??!! So you can try to be relevant??!! That is the definition of culture vulture. If not "slave master" you are trying to get rich by defaming and degrading these black people, and it's time someone told you, you are out of line!!. Don't nobody give a d*** about your opinions. Don't nobody give a d*** about how you feel. You're supposed to be a reporter. If you're a reporter, then report on the facts, you do that won't nobody have a problem with it. The problem is, you think this is a game and there's a lot of people involved, and there's a lot of black families who are affected by this a lot of people in pain . Friends,

○

- ⚏ AI Studio
- ⊚ Threads
- ☰ More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DGeUsyxSUS_/?igsh=NjZiM2M3MzIxNA%3D%3D
Capture timestamp (UTC): Mon, 07 Apr 2025 18:00:06 GMT



media or non media, wrong information.   Perhaps Meghan Cuniff really does not know what she is doing or what she is saying about this case. The irony of her commenting on others ignorance, forcing Megan's lawyers to change their allegations against Ms. Cooper twice , resulting in them amending their complaint "MULTIPLE TIMES"..., she now misunderstands, again perhaps intentionally, the meaning of a potential deposition of Tory Lanez.  She continues to speak and removes all doubt SHE IS IGNORANT!

Tory Lanez is not a party to Megan The Stallion's lawsuit against UTP client Milagro Cooper and therefore UTP is not obligated to produce Tory Lanez for a deposition. Nor did UTP agree or disagree to a deposition of Mr. Lanez or any other potential witness.  By law Megan's lawyers can depose any person they believe possesses useful information to their case.    To imply UTP is going along with Megan's wishes, or somehow is being manipulated into going along, is simply wrong, as everything else Ms. Cuniff and others have said.  Despite her efforts to show she is the most useful of "ignorant tools" to Megan's counsel, she is repeatedly wrong about what is really happening in this case.

Lastly, if you know Tory Lanez how i do, good luck trying to get him to "testify" to anything, it's just not what he does... and he definitely did not "agree" to testify now.

CEASAR MCDOWELL

CEO UNITE THE PEOPLE inc.

**unitethepeopleusa** and **ceasar_mcdowell**    ...

**unitethepeopleusa**  5w
From @ceasar_mcdowell regarding #ToryLanez deposition rumors.

**ceasar_mcdowell** ✔  5w
@Meghanncuniff I'm gonna say it to you so you can't ever say no one made you aware ... you are being a culture vulture. You are trying to gain relevancy in a business that you are not relevant in . The only people who know you are these people who are involved in this case, friends, families, , but you are playing with these young black people's lives, and there's nothing cool about that. You have clearly taken sides and probably more, but we'll leave that between you and I. For now, You know what I'm talking about? But the way you are playing with these young black people's lives isn't funny to me.
Everything you're trying to do you think is cute. But this is a young black man, 2 young black women. These are black children, black families, black Mother's, black fathers, black brothers and you're playing with their lives just so you can get some likes??!! so you can get some views??!! so you can try to be relevant??!! That is the definition of culture vulture. If not "slave master" you are trying to get rich by defaming and degrading these black people, and it's time someone told you, you are out of line!!. Don't nobody give a d*** about your opinions. Don't nobody give a d*** about how you feel. You're supposed to be a reporter. If you're a reporter, then report on the facts, you do that won't nobody have a problem with it. The problem is, you think this is a game and there's a lot of people involved, and there's a lot of black families who are affected by this a lot of people in pain . Friends, families, fans alike. And that's on all sides, I'm not just speaking for one side, I'm speaking for all sides. You are out of line! Stop Trying to gain fame off the sweat of these black people, off the pain of these black people, off the misfortune of these black people, it's starting to remind us of "SLAVERY", we're starting to feel like you really think you you are untouchable in this and you can just play with these black people and it's all cool, so you can get some likes or get some views. We're not gonna keep standing for that. You need to stay in your lane. Stay in your place, be a reporter report. That's great. Stop acting like the slave master!

54 likes  Reply
⎯⎯ View all 3 replies

**meghanncuniff** ✔  5w
Two Ns in Meghann, please!

6 likes  Reply
⎯⎯ View all 47 replies

**sophiajazz__**  5w
Megan cuniff got called out during the ASAP rocky trial for being biased but when Tory did it was a problem

Document title: Instagram
Capture URL: https://www.instagram.com/p/DGeUsyxSUS_/?igsh=NjZiM2M3MzIxNA%3D%3D
Capture timestamp (UTC): Mon, 07 Apr 2025 18:00:06 GMT

# EXHIBIT 100-B


C. MCDOWELL
07.23.25
**Exhibit 100-B**
RONNY ZAVOSKY

**Transcription: 429378-546481079-11012024-231138-DCP_018-057-5623550834-2003 – Excerpt #2**

| | |
|---|---|
| Tory Lanez: | Hey, let me ask you something, bro. You don't think we should uh uh uh .. You don't think we should do another another bailout? Like… |
| Ceasar McDowell: | You know, that would be kind of fire. |
| Tory Lanez: | Get some get some cheaper bails. Like niggas who have like small bills, but they really just can't afford it. Like, get some cheap ones and that way you can still give some money to the firm? I'm saying like we get some cheap bails like - but just get as many you know what I mean? |
| Ceasar McDowell: | Yeah, I hear you. I  - we could uh you know that might be another good look - but I really want you to sit on your money for you know what I mean? I mean we we can. |
| Tory Lanez: | I'm saying - I'm saying instead of doing like instead of doing um the Hands of God for prisoners one month, maybe we just do the niggers in time in jail. You know what I'm saying? |
| Ceasar McDowell: | Yeah, we could do that. But I tell you what we do. We make it bigger this time. Tory Lanez donated $100,000 and he still be 30. You know what I mean? And just be like, man, you know, and whoo whoo whoo wap just make it bigger. |
| Automated: | You have 60 seconds remaining. |
| Ceasar McDowell: | Oh, damn it. But uh yeah, we we could do some shit. Like I really want to holla atchu about this Milagro shit and my ideas and see what you think - cuz I got to get to on to the [indiscernible] |
| Tory Lanez: | We'll talk tomorrow in the morning about it. |
| Ceasar McDowell: | Yeah, cuz I I got to get at the people, man. So, hit me up when you get some time, bro. |
| Tory Lanez: | I'll hit you in the morning when I get up. |

# EXHIBIT 102-B



**Transcription**              **2025.04.15 – Tory Lanez Court Nightmare – Excerpt #2**

**<u>Milagro Elizabeth Cooper:</u>**        Then they said Mr. Peterson denied knowing if he discussed or  approved or authorized the statement made by Unite the People in which Mr. McDowell stated that Mr. Peterson would not testify because Mr. Peterson claimed to not understand the definition of 'discuss' or 'approve'.

Ms. Henderson said "Did you discuss approve or authorize any statement made by Unite the People regarding your deposition today?"

Mr. Peterson said "I would like the definitions of discuss approve and whatever you said  - Can you give me those please?"

Ms. Henderson said "Okay so my you don't understand the word discuss."

Mr. Peterson said "No but I would like the definitions." I want your definition because you're asking me the questions so I would like your definitions Ms. Henderson thank you.

Ms. Henderson said "Okay." So did you speak with or talk to anyone at Unite the People about your deposition.

No I'm asking you for the definition of discuss can you give me that please from Webster?

And I'm going to read it just as a conversation at this point and look at the screen to keep track.

Mr. Peterson did you talk to anyone at Unite the People about a statement regarding your deposition.

You still haven't given me the definition of the words that you first asked and I'm asking you for those so I can give you a clear and understandable answer.

# EXHIBIT 103-B

C. MCDOWELL
07.25.25

**Exhibit 103-B**

RONNY ZAVOSKY

**Transcription**　　　　**2025.04.15 – Tory Lanez Court Nightmare – Excerpt #1**

**<u>Milagro Elizabeth Cooper:</u>**　and I also firmly believe that there are some people who have some feelings about my proximity to Daystar . I..I do think that there are people jealous about my relationship of sorts. What, However you want to name. A relationship can be a friendship, a business relationship ,whatever  - Don't make it romantic.

I think that there are a lot of people who are uh very -  they they feel a way about the fact  - I think people feel away about the fact that that Tory daddy loves me. I think people feel a way about the fact that you know other people care for me. I,  I do. Yeah I do  - but we will digress at this time now.

# EXHIBIT 104-B

C. MCDOWELL
07.23.25

**Exhibit 104-B**

RONNY ZAVOSKY

| | |
|---|---|
| **Transcription** | **2025.05.14 – Press Conference – Excerpt #1** |

**<u>Walter Roberts:</u>**   The only party that responded was last week was Megan Pete's representatives with a request for more information. A few days later Mr. Peterson is brutally attacked in a jail cell.

# EXHIBIT 105-B

**Transcription**          **2025.05.14 – Press Conference – Excerpt #2**

**Gianno Caldwell:**       Mr. Peterson was never given a fair trial free from bias,  political
                          interference and media driven pressure. He cont -  His continued
                          incarceration erodes public trust and diverts focus from the real real
                          work of keeping our community safe.

                          Further while incarcerated Mr. Peterson was recently stabbed in
                          prison. As many of you know, a tragic incident that underscores the
                          urgency of this situation and the risk to his life while this case
                          remains un-adressed.

EXHIBIT 105-12
WIT: McDowell
DATE: 7-25-25
RONNY ZAVOSKY, CSR 12359

# EXHIBIT 106-B

C. MCDOWELL
07:23:25

**Exhibit 106-B**

RONNY ZAVOSKY

**Transcription**          **2025.05.14 – Press Conference – Excerpt #3**

<u>**Diana London:**</u>          After over two years in prison  - uh after over two years in prison without incident, Tory was stabbed 14 times. Just days after a major national news outlet reached out to Megan Pete's team, Kelsey Harris and former DA George Gascone about a story on new evidence in this case.

You don't have to believe in conspiracies to see the pattern. When evidence was about to come to light, Tory was nearly killed. So let's stop pretending this is complicated. Let's stop treating this like some cultural war flash point.

# EXHIBIT 107-B

**Transcription**                    **2025.05.16 - x.com - Milagro is Broke – Excerpt**

**<u>Milagro Elizabeth Cooper:</u>**  They absolutely implicated Roc Nation in the attempted murder of Daystar Peterson. on national news. That's what you saw. That is exactly what you saw.

And he also gave a lightly veiled, I wouldn't call it a threat, but a lightly veiled, I don't I don't know what the fuck you want to call it. Hey, I don't know. But I felt like he was touching on Desiree Perez because he says something to the effect of or was questioning why an executive in that position from a record company would be in the room with a victim.

Why was this person in the room with Kelsey Harris? What the fuck is going on?



C. MCDOWELL
07.25.25
**Exhibit 107-B**
RONNY ZAVOSKY

# EXHIBIT 108

**14538bdc-b9db-4c67-a2e5-9aec8411b6ca - +15623550834**

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | | |
|---|---|---|---|---|---|---|
| ☑ | Participant | Entity | Login | Email | 🗩 | 📎 |
| ☑ | +12816404536 | | +12816404536 | | 0 | 0 |
| ☑ | +15623550834 Ceasar Mc Dowell | | +15623550834 | | 3 | 0 |

---

| +15623550834 Ceasar McDowell | 2024-11-12 07:20:01.000 PM |
|---|---|

Hey when you get a chance answer your phone Walter is trying to give you a call from my office it'll be at 562 number I just tried to call you twice but it didn't go

| +15623550834 Ceasar McDowell | 2024-11-12 07:20:28.000 PM |
|---|---|

Walter should be sending you a text he's on the legal team here

| +15623550834 Ceasar McDowell | 2024-11-12 07:20:38.000 PM |
|---|---|

He just wants to update you that there's nothing to worry about I'm sure



EXHIBIT 158
WIT: McDowell
DATE: 7-25-25
RONNY ZAVOSKY, CSR 12359

CONFIDENTIAL

# EXHIBIT 109

**Page Vault**

C. MCDOWELL
07.25.25
**Exhibit 109**
RONNY ZAVOSKY

| | |
|---|---|
| Document title: | Walter James Roberts IV # 225339 - Attorney Licensee Search |
| Capture URL: | https://apps.calbar.ca.gov/attorney/Licensee/Detail/225339 |
| Page loaded at (UTC): | Wed, 23 Jul 2025 18:40:26 GMT |
| Capture timestamp (UTC): | Wed, 23 Jul 2025 18:41:25 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 4 |
| Capture ID: | fB9T8GTUZXRdXCrDCesBvm |
| Display Name: | brandondietzman |

PDF REFERENCE #:      5o7p7iWgwJymkpEk5r45AV

The State Bar *of California*

Log In  |  News  |  Forms  |  Contact

PUBLIC:  Need Legal Help  |  Complaints & Claims  |  Free Legal Information  |  Discipline  |  Public Trust Liaison  |  En español

Legal Specialist Search

Finding the Right Lawyer

Attorney Search

Provisionally Licensed Lawyers

Legal Guides

Lawyer Referral Service

Problem with a Lawyer

 Select Language ▼

## Attorney Profile

## Walter James Roberts IV #225339

License Status: **Disbarred**

This licensee is prohibited from practicing law in California by order of the California Supreme Court.

> **CONSUMER ALERT**
> This attorney is disbarred from the practice of law. As a result, the attorney is ineligible to practice law in California. The State Bar posts consumer alerts online when attorneys are disbarred. The decision(s) or order(s) are posted on the **State Bar Court Smart Search**. Anyone who believes they have been the victim of attorney misconduct is urged to file a complaint with the State Bar.

Address: 8726 S. Sepulveda Blvd., A102, Los Angeles, CA 90045
Phone: Not Available  |  Fax: Not Available
Email: **robertslaw4@aol.com**  |  Website: Not Available

**More about This Attorney** ▼

## License Status, Disciplinary and Administrative History

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's **policy on removal of administrative actions**. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status ❶ | Discipline ❶ | Administrative Action ❶ |
|------|------------------|--------------|--------------------------|
| **Present** | **Disbarred** | | |
| **9/14/2011** | Disbarred | Disbarment 10-N-06977 ❶ | |
| **7/1/2011** | Not eligible to practice law in CA | | Suspended, failed to pay fees |
| **4/23/2011** | Not eligible to practice law in CA | Ordered inactive 10-N-06977 ❶ | |
| **5/2/2010** | Not eligible to practice law in CA | Discipline w/actual suspension 08-O-10110 ❶ | |
| **4/13/2007** | Active | | |
| **3/16/2007** | Not eligible to practice law in | Discipline w/actual suspension 06-O-10128 ❶ | |

The State Bar of California

Log In | News | Forms | Contact

PUBLIC: | Need Legal Help | Complaints & Claims | Free Legal Information | Discipline | Public Trust Liaison | En español

| | | |
|---|---|---|
| 3/16/2007 | practice law in CA | suspension 06-O-10128 ⓘ |
| 2/20/2007 | Not eligible to practice law in CA | Suspended, failed to pass Prof.Resp.Exam 04-O-11044 ⓘ |
| 9/28/2006 | Active | |
| 9/18/2006 | Not eligible to practice law in CA | Suspended, failed to pay fees |
| 7/31/2005 | | Discipline, probation; no actual susp. 04-O-11044 ⓘ |
| 10/6/2004 | | Disciplinary charges filed in State Bar Court 04-O-11044 ⓘ |
| 6/3/2003 | Admitted to the State Bar of California | |

### State Bar Court Cases

The listing below is partial, as the State Bar Court is transitioning to online dockets. Please refer to the License Status, Disciplinary and Administrative History section above for a record of discipline cases. Case dockets and documents may be available using the State Bar Court Search for a Case feature; see instructions below.

| Effective Date ⓘ | Case Number | Description ⓘ |
|---|---|---|
| 9/14/2011 | 10-N-06977 | Stipulation **[PDF] [HTML]** |
| 5/2/2010 | 08-O-10110 | Stipulation **[PDF] [HTML]** |
| 3/16/2007 | 06-O-10128 | Stipulation **[PDF] [HTML]** |
| 3/16/2007 | 06-O-10128 | Modification Order **[PDF]** |

Here is what you need to know to access discipline documents in public cases:

Documents are added to the State Bar Court's online docket as events occur.

**Search for a Case**

To search for a case, please copy the case number displayed above and click Search for a Case. In the search box, paste the complete case number. If the case number begins with "19" or higher, you must add the prefix SBC to the case number, e.g., SBC [CASE NUMBER]. If a case number begins with 18 or lower, there's no need to add SBC.

Most public case records since 2000 are available through search. Older case records are **available on request**. The State Bar Court began posting public discipline documents online in 2005.

NOTE: Only **Published Opinions** may be cited or relied on as precedent in State Bar Court proceedings.

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.



The State Bar *of California*

Log In | News | Forms | Contact

PUBLIC: Need Legal Help | Complaints & Claims | Free Legal Information | Discipline | Public Trust Liaison | En español

| 3/16/2007 | 06-O-10128 | Modification Order **[PDF]** |

Here is what you need to know to access discipline documents in public cases:

Documents are added to the State Bar Court's online docket as events occur.

**Search for a Case**

To search for a case, please copy the case number displayed above and click Search for a Case. In the search box, paste the complete case number. If the case number begins with "19" or higher, you must add the prefix SBC to the case number, e.g., SBC [CASE NUMBER]. If a case number begins with 18 or lower, there's no need to add SBC.

Most public case records since 2000 are available through search. Older case records are **available on request**. The State Bar Court began posting public discipline documents online in 2005.

NOTE: Only **Published Opinions** may be cited or relied on as precedent in State Bar Court proceedings.

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.

**Additional Information:**

- About the disciplinary system

Start New Search »



Protecting the public & enhancing the administration of justice.

**PUBLIC**
**ABOUT US**
**ATTORNEYS**
**ADMISSIONS**
**ACCESS TO JUSTICE**

News
Forms
Contact
Staff Log in

**SAN FRANCISCO (Main Office)**
180 Howard St.
San Francisco, CA 94105
**415-538-2000**

**LOS ANGELES**
845 S. Figueroa St.
Los Angeles, CA 90017
**213-765-1000**

Copyright © 2025 The State Bar of California   |   **FAQ**   |   **User Policies**   |   **Contact**

  

# EXHIBIT 110

6/3/25, 3:56 PM GiveSendGo Milagro Gramz Official Defense Fund

 **GiveSendGo**
SHINE BRIGHTLY





## Milagro Gramz Official Defense Fund

**Goal:** USD $100,000



Campaign created by **Milagro Cooper**

Campaign funds will be received by **Milagro Cooper**

# Milagro Gramz Official Defense Fund

My name is Milagro Gramz and I'm being sued by an artist backed by one of the most powerful companies in music. Like many from my generation, I have used the internet to build a community and speak to important issues. In doing so, I defended Tory Lanez against claims that he had committed a heinous crime. This decision has put a target on my back and mounting legal fees could result in a miscarriage of justice. The courts are being

This website uses cookies and similar technologies to enhance your browsing experience, understand site usage, and offer personalized content. For more information, review our Privacy Policy and Cookies Policy.

 I Understand

Milagro, today, but with the precedent this would set it could be you tomorrow. Every

## Recent Donations

Show: | Most Recent ⌄ |

### DaMarcusMom

2 days ago

🙏 Father, send Your angelic hosts to surround the courtroom and ensure righteous judgment in Milagro's favor. Break the power of every word curse spoken against her legal victory, in the name of Jesus. We declare that no lawyer, judge, or official will be able to withstand the wisdom and power of God on my behalf (Luke 21:15).

❤️ 1

### SpiceTheGod

2 days ago

We argue like family & we love you like family Mila . The mob got you 🫶

❤️ 2

### Anonymous Giver

2 days ago

❤️ 2

### Anonymous Giver

2 days ago

❤️ 1

This website uses cookies and similar technologies to enhance your browsing experience, understand site usage, and offer personalized content. For more information, review our Privacy Policy and Cookies Policy.

## Updates

**Update #1**

February 28th, 2025

It has been less than three days and we have already raised $10K!

Someone recently told me they felt like they were a part of something that

mattered, and I said, "You are." This lawsuit stems from one of the biggest cases in



## Prayer Requests

Click the Pray button to let the campaign owner know you are praying for them.

Pray

# GiveSendGo

The place where help and hope go hand in hand.

Start a GiveSendGo    Support GiveSendGo

This website uses cookies and similar technologies to enhance your browsing
experience, understand site usage, and offer personalized content. For more
information, review our Privacy Policy and Cookies Policy.



This website uses cookies and similar technologies to enhance your browsing
experience, understand site usage, and offer personalized content. For more
information, review our Privacy Policy and Cookies Policy.

# EXHIBIT 111



7/24/25, 9:54 AM    (5) OPINIONATED_TRUTHS_PODCAST on X: "@MilagroGramz Crowdfunding Campaign she made due to being "INDIGEN…

X

Home

Explore

Notifications

Messages

Grok

Bookmarks

Jobs

Communities

Premium

Verified Orgs

Profile

More

**Post**

♡ 1    77

This Post was deleted by the Post author. Learn more



## Unite the People Inc. >
Active now

And I would really hope she
wouldn't be bassing us because we
have not only assigned our
attorneys for free for pro bono for
her I personally picked up like I said
at least 50 $60,000 of my own
organizations money was paid to
that other Florida lawyer plus she
sent us a portion of 18 we sent the
entire portion to the Florida lawyer
and she sent him directly the other
portion so we went above and
beyond to help Millie and I know
they said there was some things
going on with him getting off the
case myself and my legal team
we're just going through ways to
find to hire her another lawyer in
Florida and we were going to pay
for it so if what you're saying is true
that would be really sad so yes if
there's some audio of that please
send that to me but I have to say I
doubt that that's true just because
after all the personal struggle I went
through to make sure this guy in
Florida was getting paid I'm the only
one that paid personal money to
help her she raised money on a
platform I paid

9:07 PM

I can't believe that that is true because she did not give us the full $18, she sent us a portion of it and that entire portion went to that attorney and of course I have all the receipts of any transfers but besides that what she paid I have personally paid $50 $60,000 to that attorney so I would really hope that she wouldn't be bashing us but sure you could send the audio if that is true I would definitely want to hear it I haven't had time to stop and assess the situation but sure



# EXHIBIT 112

**Page Vault**

| | |
|---|---|
| Document title: | (1) Mílagro on X: "Also, unfortunately Unite The People, who publicly asserted that they would take on my case of no cost to me, doesn't have the resources to challenge the machine. They withdrew, as the Florida lawyer did for this same reason. Anything else is defamation and the shit is just" / X |
| Capture URL: | https://x.com/NewMediaaaa/status/1926618838482776312 |
| Page loaded at (UTC): | Sun, 25 May 2025 19:45:50 GMT |
| Capture timestamp (UTC): | Sun, 25 May 2025 19:46:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| Capture ID: | mMXsmWCntJ6RperKXZX7XZ |

C. MCDOWELL
07.25.25
**Exhibit 112**
RONNY ZAVOSKY



**Milagro** ✓
@NewMediaaaa

Also, unfortunately Unite The People, who publicly asserted that they would take on my case of no cost to me, doesn't have the resources to challenge the machine.

They withdrew, as the Florida lawyer did for this same reason.

Anything else is defamation and the shit is just piling up. Y'all keep going.

**ChelseaaaaTn** @ChelseaaaaTn · 16h
Replying to @Chatnigga101
He ain't told no lie. Milagro is a fkn dummy. She should've been realized Tory was distancin himself frm her & now she's in her feelings bc she's on a sinking ship. Her lawyers quit & UTP quit on her too bc shes problematic, doesn't listen & dnt know how to STFU!

12:38 PM · May 25, 2025 · **12.6K** Views

💬 8    ↻ 21    ♡ 230    🔖 17    ⬆

Post your reply    **Reply**

**Relly Rell** @sherrelli · 1h
UTP have the resources to challenge the machine on Tory Lanez case.
♡   ↻   ♡   ᐧ|ᐧ| 142   🔖 ⬆

**TyNika** 🌀 @YaGurlWoo · 6h
🪶 Parody account
They just believe anything that comes out of Megan's mouth
♡   ↻   ♡ 32   ᐧ|ᐧ| 818   🔖 ⬆

**aJay** 🎤 @a_Jei20 · 1h
This is really sad and crazy at the same time.
♡   ↻   ♡   ᐧ|ᐧ| 117   🔖 ⬆

**Brina Me@8** @BrinaMe81 · 6h
Oh, ok. I was thinking that since they were representing Tory Lanze that it wouldn't be good since Megan made these frivolous claims against you. Thank you for the clarification 😊
♡   ↻   ♡ 7   ᐧ|ᐧ| 725   🔖 ⬆

**Big Marz** @Planetmarz444 · 3h
Bookmarking this so we can laugh at them later with the "what was said?"
♡   ↻   ♡ 4   ᐧ|ᐧ| 253   🔖 ⬆

**LoveyouLondyn** @Shalowmade · 4h
It's crazy so many of yall waiting for the down fall of Milagro when she's not the first or last person that spoke on this case in favor of Tory based off evidence itself ! What does it gain you bitter h*oes? Yall mad cause yall can't humble her !
♡ 2   ↻   ♡ 26   ᐧ|ᐧ| 493   🔖 ⬆

**ghost** @panashe263 · 1h
Chat niggas got you 🤣
♡   ↻   ♡   ᐧ|ᐧ| 85   🔖 ⬆

**Relevant people**

**Milagro** ✓
@NewMediaaaa
BLACK Culture:
Entertainment/Music News,
Updates, Rumors & Opinions.
**Follow**

**ChelseaaaaTn**
@ChelseaaaaTn
**Follow**

**What's happening**

**Stars at Oilers**
LIVE

**Fast Hydration**
New Limited Edition Flavor
🅿 Promoted by Liquid I.V.

Motorsport · Trending
**Conor Daly**

Sports · Trending
**Larson**
14.2K posts

Entertainment · Trending
**Peter David**
4,527 posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads Info | More ···
© 2025 X Corp.

datacollection_...
@qe_datacollect



Document title: (1) Milagro on X: &quot;Also, unfortunately Unite The People, who publicly asserted that they would take on my case of no cost to me, doesn't have the…
Capture URL: https://x.com/NewMediaaaa/status/1926618838482776312
Capture timestamp (UTC): Sun, 25 May 2025 19:46:27 GMT



# EXHIBIT 113-B



C. MCDOWELL
07.23.25
**Exhibit 113-B**
RONNY ZAVOSKY

# Transcript:

# File: 00005_milagrogramz-says-shes-never-helping-tory-or-any-other-man-agai.mp3

| Speaker | Time | Dialogue |
|---|---|---|
|  |  |  |
| Milagro: | 00:00 | --still fucking there. And I hate, and I told y'all I could feel it creeping in, but I hate that I know that I will never go hard for a nigga again in my fucking life, ever, ever. And to have somebody like me, I know how important that is. But when I tell you this has absolutely jaded me, and I would never get up and dah, dah, dah, and ride for a nigga, regardless of if God, I don't want to say I'm going to go against my God because I feel like God for Tory in my heart. But if it came again, bitch, I go against, I fight it until God made it to what I just couldn't ignore it. |
| Milagro: | 00:47 | But I was asking why we were going through everything. Why won't nobody say nothing? Why won't nobody stand? Why won't nobody do this and that? Why, why, why? |
| Milagro: | 00:55 | And then you live and you see. And that's really unfortunate when you got a bitch with heart that's willing. But fool me once, shame on you, fool me twice. Bitch, can't get fooled again, so. |
| Milagro: | 01:10 | I hate every nigga that won't have my support moving forward, that's what I hate. |
| Milagro: | 01:15 | Honstly, and truly, I hate every nigga that won't have a Milagro in that corner.  And I hate all the people that took a Milagro for granted, too.  I appreciate you so much.  I'm finna going to go and smoke.  I love you. |
|  |  | END OF AUDIO |

# EXHIBIT 114

**PageVault**

C. MCDOWELL
07.25.25
**Exhibit 114**
RONNY ZAVOSKY

| | |
|---|---|
| Document title: | Advisory Members — Unite The People Inc. |
| Capture URL: | https://unitethepeople.org/advisory-members |
| Page loaded at (UTC): | Wed, 23 Jul 2025 18:38:33 GMT |
| Capture timestamp (UTC): | Wed, 23 Jul 2025 18:39:19 GMT |
| Capture tool: | 10.58.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 7 |
| Capture ID: | mSgigqjh6JeoLqDb6eu6ip |
| Display Name: | brandondietzman |

PDF REFERENCE #:        8eqWVAAYnmqPCCr7W3J3SZ



Advisory Members   Store   Radio Show   Reviews   Our Work   UTP in The Media   Legal Services   Consultation   Volunteer   **Donate**   Cart (0)

Contact

# Advisory Members



### CEASAR MCDOWELL

A formerly incarcerated person who has dedicated his life to assisting the disadvantaged community as well as promote social justice in the United States. A native of Rialto California Ceasar has and is while incarcerated and since released dedicated his himself to assisting incarcerated and formerly incarcerated people with legal issues and working to Unite the People, all the People across the United states and beyond.



### MITCH MCDOWELL

Mitchell McDowell is the founding member of Unite the People. His vision for the organization is to advance social justice in the United States through organizing in the community service sector and promoting affordable legal services for all. Mitchell has 25 years of experience as the owner of a bail assistance organization, where he helped reunite hundreds of families and restore the presumption of innocence for the accused, and has also managed several community service organizations before founding UTP. Mitch also served in the United States

👋 How can I help you?

Document title: Advisory Members — Unite The People Inc.
Capture URL: https://unitethepeople.org/advisory-members
Capture timestamp (UTC): Wed, 23 Jul 2025 18:39:19 GMT



where he helped reunite hundreds of families and restore the community. He worked with several community service organizations before founding UTP. Mitch also served in the United States military reserves.



**DANIELLE FROST**

A Los Angeles native, Danielle Frost is the CEO of A Frostchild Production and a Co-Founder of Athletes For Impact. Ms. Frost has over 20 years of experience working closely with professional athletes most notably in the production of purpose-driven sports and entertainment events with an emphasis on community and charitable efforts. Danielle produces impactful events and specializes in strategic partnerships, sponsorship, brand integration, marketing and experiential activations with many leading brands and Fortune 500 companies. Her work has garnered substantial funding to support positive efforts and initiatives in the areas of, but not limited to hunger, community resources, health, fitness, and education both nationally and internationally. Danielle has spoken at Harvard University to discuss the pathways to activism for the aspiring professional. She has been recognized as a pioneer of events in Las Vegas, NV through her work and granted a key to the city. She has also been recognized by the Anguilla Parliamentary Secretary of Sports for her international work in Anguilla with the Youth Sports Foundation and was most recently awarded the Sports Event Producer of the year by the Sports & Music Reunion.

As a co-founder of Athletes For Impact, Danielle works together with grassroots organizations and professional athletes that are committed to social change by creating mindful and informative campaigns to educate and activate community efforts towards justice. She is the co-creator and producer of the Athletes For Impact Awards, an event that honors and recognizes athletes and organizations for their work and impact in the community and in the world. Danielle has been granted a Congressional Certificate of Recognition by the United States Congress for her social action locally and nationally with Athletes For Impact.

Danielle serves as a proud board member of Unite The People, an organization that offers low-cost legal services and provides community resources for under served communities. She believes the time you spend

👋 How can I help you?

Certificate of Recognition by the United States Congress for her social action locally and nationally with Athletes for Impact.

Danielle serves as a proud board member of Unite the People, a non-profit organization that offers low-cost legal services and provides community resources for under served communities. She believes the time you spend every day working should be a reflection of your purpose, passion, integrity, character, and the fundamentals of what you truly believe in. As a well-recognized professional in the business of sports, entertainment, and activism, she takes pride in her work and is honored to collaborate alongside many conscious change-makers of our time. Danielle enjoys spending time with her family, helping others, and is a dedicated member of her community.



### MARI RONQUILLO

Classy, savvy, driven and intelligent, Mari Ronquillo has proven to be one of the leading publicists and business owners for over a decade in the field of public relations. Breaking barriers not only as a woman making moves in a male dominated arena, but Ronquillo stands out as younger than many others in the game as well as a leading Latina in the industry. Representing A-list clients from Billboard Icon Award recipient and Hollywood Walk of Fame singer/actress Jennifer Lopez, Grammy Award-winning artist Chris Brown, Academy Award-winning actress Halle Berry, Latin Grammy Award- nominee Sech, Tainy, T-Pain, French Montana, Lakeith Stanfield and a number of others including heavy hitting corporations such as Live Nation, Pepsi and Seagrams Escapes, it is no mystery why that Lyme Lite Media, run by Mari Ronquillo, is one of the first word of mouth sought after boutique public relation firms recommended.

Ronquillo established Lyme Lite Media and Public Relations in 2007. She is no stranger to hard work and dedication as she is the product of two immigrant parents. Her mother, originally from Mexico, and father, originally from the Philippines, instilled these characteristics as well as passion into her at an early age. It is something that carried over into her everyday life as well as business practices. Earning a rare position as an intern producer at 93.5 KDAY in Los Angeles, CA, Mari realized that her gift was far more than production, but to help artists generate exposure. These gifts were brought even more to the forefront as she was given the opportunity to be the event coordinator for one of the biggest concerts that year. Stepping out on faith, after graduating from California State University, Nor[...] Media Production, Ronquillo birthed [...] impact was felt as she worked Tyga, his hit single "Rack City" and

How can I help you?

given the opportunity to be the event coordinator for one of the biggest concerts that year. Stepping out on faith, after graduating from California State University, Northridge with a B.A. in Multi-Media Production, Ronquillo birthed her company. Her immediate impact was felt as she worked Tyga, his hit single "Rack City" and his Careless World Tour, catapulting his popularity to new heights. From there Lyme Lite Media became the publicity team for countless top trending superstars and businesses.

Not only is Mari a successful businesswoman, but she also wears the title of mother as her other full-time position; raising her amazing six year old son. The mompreneur is extremely passionate about helping women of color like herself navigate their journey in the Entertainment Industry. A veteran in the game, Ronquillo continues to lead by example and touch the lives of everyone she encounters.



### TORY LANEZ

Daystar Peterson, better known by his stage name Tory Lanez, is a very prominent rapper, singer, and record producer. Mr. Peterson uses his platform to help Unite the People and his community bring attention to issues such as social justice, and prison reform. Mr. Peterson has played a large role in spreading the word of Unite the People's causes and push for legislation change.

Tory Lanez, is a Canadian rapper, singer, and record producer. He received initial recognition from the mixtape Conflicts of My Soul: The 416 Story, released in August 2013. In 2015, Tory Lanez signed to record producer Benny Blanco's Mad Love Records through Interscope Records.

Mr. Lanez's debut studio album, I Told You (2016), included the singles "Say It" and "Luv", which peaked at number 23 and 19 on the Billboard Hot 100, respectively. In 2018, Mr. Lanez released his second and third studio albums, Memories Don't Die and Love Me Now?. His fourth studio album Chixtape 5 (2019) peaked at number 2 on the US Billboard 200. In 2020, he released his fifth studio album Daystar, which debuted at number 10 on the Billboard 200 and featured controversial responses to the allegations of him shooting fellow rapper Megan Thee Stallion earlier that year.

Mr. Lanez has won and been nominated for many awards and accolades. He received a Grammy Award nomination for his song "LUV" as well as four Juno Awards.


👋 How can I help you?

### TODD PERRY II

Document title: Advisory Members — Unite The People Inc.
Capture URL: https://unitethepeople.org/advisory-members
Capture timestamp (UTC): Wed, 23 Jul 2025 18:39:19 GMT



### TODD PERRY II

Todd L. Perry II  joins *Unite The People* as a board member and will focus efforts on building out a presence for the non-profit in Pennsylvania where he intends to commit his time to helping serve those who are adversely affected by the justice system in Pennsylvania. Born and raised in Philadelphia, PA Todd had an early fascination with business and music. He went on to attend Morehouse College in Atlanta, GA where he earned a Bachelor's Degree in English.

Todd is currently a music executive and entrepreneur currently serving as Vice President Of A&R and Business Development for Create Music Group (*2020 Inc. Magazine #2 Fastest Growing Company in The United States*). Todd began his music career in 2012 under the direction of music executive, Laney Stewart (Tricky Stewart, The-Dream) where he started as an intern for Music Gallery / UMPG Publishing Co. Todd assisted Laney in building and developing songwriters and producers who went on to pen hits for Meek Mill, Jeremih, Jesse McCartney, G-Eazy, Ty Dolla Sign and many others.

In 2018, Todd joined management company Mouvement and built out an A&R department that led to creating records for Chris Brown (Heartbreak On A Full Moon, 2x Platinum), Tinashe, Cat Dealers, Steve Aoki and The-Dream.

Todd joined Create Music Group as Vice President Of A&R in 2020 and is most noted for signing Tory Lanez and releasing, *DAYSTAR*, which debuted at #10 on the Billboard Top 200 Albums.

Todd has a passion for advocacy and providing resources for those who aren't afforded fair opportunities. Todd intends on leveraging his network in politics and music to help make a difference in the lives of incarcerated black and latino inmates.



### TNI JACKSON

Tni Jackson was born and raised in Los Angeles, but has called the Bay Area her home for over 25 years.

After graduating from Cal Poly, San Luis Obispo, she moved to the Bay Area and started her long and diverse career in real estate. She started out as a Real Estate Appraiser for a bank, before opening her own Real Estate Apprais... California Real Estate Sales License and participated on a team that specialized in assisting first-time buyers with their dream of



**TNI JACKSON**

Tni Jackson was born and raised in Los Angeles, but has called the Bay Area her home for over 25 years.

After graduating from Cal Poly, San Luis Obispo, she moved to the Bay Area and started her long and diverse career in real estate. She started out as a Real Estate Appraiser for a bank, before opening her own Real Estate Appraisal Company. She also has a California Real Estate Sales License and participated on a team that specialized in assisting first-time buyers with their dream of purchasing and owning a home. Education is important to her. She volunteered for years in STEM educational programs for underrepresented K-12 students.

Tni is a proud mom of two beautiful children. Her daughter graduated from Purdue University with a degree in Biological Engineering and her son is a Junior at San Jose State majoring in Materials Engineering. She is honored to serve as an Advisory Member and looks forward to bringing her work ethic and passion to Unite the People.

---

© 2019 UNITE THE PEOPLE, INC.

555 E Ocean Blvd Suite 205
Long Beach, CA 90802

Tel (888)-245-9393
info@unitethepeople.org

Tax Exempt EIN #82-2750315

Office Hours:

M-Th 10am - 4pm

Fri    10am - 3pm

OFFICE VISITS BY APPOINTMENT ONLY

**INFO**

About Our Team
Advisory Board
Board Members
Legal Services



**ACTION**

Volunteer
Donate
Contact
Submit Story

**FOLLOW US**



**Sign Up and Receive Updates**

Sign up to receive news and updates.

Email Address

888-257-9696





How can I help you?

---

Document title: Advisory Members — Unite The People Inc.
Capture URL: https://unitethepeople.org/advisory-members
Capture timestamp (UTC): Wed, 23 Jul 2025 18:39:19 GMT

# EXHIBIT 115

**Sonstar**

Dec 7, 2022 at 6:30 AM

Hey,

I was contacted by Mari and I just wanted to confirm that it was her before saying or sending anything.

Her last four are 0824 and the email address provided is Mari@LymeLiteMedia.com

Thank you so much!

Dec 7, 2022 at 10:30 AM

Hey Daughter, call me asap. Breaking news.

Dec 7, 2022 at 11:35 AM

Tried calling back, I'm sure you're in court.

I took my phone off of do not disturb so that I would get the notification once you call me back.

Dec 7, 2022 at 7:09 PM

Yeah Mila, what we found out is

---

**Sonstar**

Dec 7, 2022 at 7:09 PM

Yeah Mila, what we found out is that this Detective was released over a month ago and they've captured under wraps

Sent with Sin

Dec 8, 2022 at 2:23 PM

I think I'm going to fly in Sunday to be there for Monday.

I just did a live with a correspondent in black media that's been on the scene and the misinformation is ridiculous.

Dec 8, 2022 at 4:42 PM

Hey daughter, bless you. Just left the courts. Call me when you get a moment big love bye-bye

Sent with Sin

Dec 9, 2022 at 5:54 PM

Hey Mila, call me back asap

---

**Sonstar**

Dec 9, 2022 at 5:54 PM

Hey Mila, call me back asap

EXHIBIT 15
WIT: McDowell
DATE: 7-25-23
RONNY ZAVOSKY, CSR 12359

---

**Sonstar**

This was published in Rolling Stone

Yeah, Bott said that but I don't know that that statement is any transcript, when I heard it, I wondered if he was grandstanding for the jury. I don't know if that is accurate.

On this other issue, I guess it's already out there. I guess it is already public knowledge and should be shared with the Mob.

Dec 10, 2022 at 10:30 PM

Confirmation Number

**D854VK**

| Flight 1 of 2 UA1578 | Class United Economy (V) |
|---|---|
| Sun, Dec 11 2022 | Sun, Dec 11 2022 |
| 04:56 PM | 06:43 PM |
| Houston TX, US (IAH) | Los Angeles CA, US (LAX) |

I come in on Sunday evening and will be at The Conrad

Dec 11, 2022 at 1:01 PM

---

**Sonstar**

Dec 11, 2022 at 1:01 PM

A safe and enjoyable flight today Mila. I look forward to see you. If you need me let me know. Stay blessed.

Dec 11, 2022 at 9:53 PM

Hey.

Finally in my room and safe.

Is there anything I need to do for tomorrow or a certain place I need to be?

I'm driving get in touch shortly

Dec 12, 2022 at 9:42 AM

Address for the Los Angeles Superior Court. 210 West Temple Street LA 90012 Time is 10:30am we will be there by 10:15am so we can walk in together.

Dec 12, 2022 at 11:08 AM

---

**Sonstar**

Dec 12, 2022 at 11:08 AM

Hi Mila, I was notified that court is 10am

Ok what department

Sorry Mila. 15th floor. Call me if you need me before 10

Dec 21, 2022 at 8:58 PM

Hey Mila call me when you get this ❤️💜🖤

Dec 27, 2022 at 11:35 PM

Hi Mila, call me when you get this. Thanks.

Dec 28, 2022 at 11:23 AM

Awesome day to you Daughter. Please hit me back soon.

Jan 5, 2023 at 1:43 PM

Hi Mila, call me asap.

Just sent the email over

Okay cool. Wish we were presently

DEF MG - 000219

# EXHIBIT 116

efile Public Visual Render | ObjectId: 202410309349300101 - Submission: 2024-01-30 | TIN: 82-2750315

Form **990**

**Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to **www.irs.gov/Form990** for instructions and the latest information.

OMB No. 1545-0047

**2021**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A  For the 2021 calendar year, or tax year beginning 01-01-2021   , and ending 12-31-2021**

| B Check if applicable: | C Name of organization UNITE THE PEOPLE INC | D Employer identification number |
|---|---|---|
| ☐ Address change | | 82-2750315 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address)  Room/suite  555 E OCEAN BLVD STE 205 | E Telephone number |
| ☐ Amended return | | |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code  Long Beach, CA  90802 | G Gross receipts $ 429,225 |

F  Name and address of principal officer:
MITCHELL McDOWELL

**H(a)**  Is this a group return for subordinates?  ☐ Yes  ☒ No

**H(b)**  Are all subordinates included?  ☐ Yes  ☐ No
If "No," attach a list. See instructions.

**I**  Tax-exempt status:  ☒ 501(c)(3)   ☐ 501(c) (  ) ◀(insert no.)   ☐ 4947(a)(1) or  ☐ 527

**J**  Website: ▶  www.unitethepeople.org

**H(c)**  Group exemption number ▶

**K**  Form of organization:  ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶

**L** Year of formation: 2017   **M** State of legal domicile: CA

C. MCDOWELL
07.25.25

**Exhibit 116**

RONNY ZAVOSKY

**Part I**   **Summary**

| | | | |
|---|---|---|---|
| **Activities & Governance** | **1** Briefly describe the organization's mission or most significant activities:  PROVIDE ADVOCACY AND LEGAL SERVICES TO LOW-INCOME INDIVIDUALS AND FAMILIES. | | |
| | **2** Check this box ▶ ☐  if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . . | **3** | 3 |
| | **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | 3 |
| | **5** Total number of individuals employed in calendar year 2021 (Part V, line 2a) . . . . | **5** | 5 |
| | **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . . | **6** | |
| | **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . | **7a** | 0 |
| | **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . . . | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **Revenue** | **8** Contributions and grants (Part VIII, line 1h) . . . . . . . . . | | 0 |
| | **9** Program service revenue (Part VIII, line 2g) . . . . . . . . . | 674,782 | 429,225 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | | 0 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . . | | 0 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) . | 674,782 | 429,225 |
| **Expenses** | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | 60,000 | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 423,916 | 273,196 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 164,968 | 244,783 |
| | **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) . | 648,884 | 517,979 |
| | **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . | 25,898 | -88,754 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **Net Assets or Fund Balances** | **20** Total assets (Part X, line 16) . . . . . . . . . . . | 50,320 | 0 |
| | **21** Total liabilities (Part X, line 26) . . . . . . . . . . | | 0 |
| | **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . . | 50,320 | 0 |

**Part II**   **Signature Block**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

<table>
<tr><td rowspan="2">**Sign Here**</td><td></td><td>2024-01-19</td></tr>
<tr><td>Signature of officer</td><td>Date</td></tr>
</table>

| | |
|---|---|
| MITCHELL McDOWELL BOARD CHAIR | |
| Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00427038 |
|---|---|---|---|---|---|
| | Firm's name ▶ Tax Consultants | | | Firm's EIN ▶ 33-0773162 | |
| | Firm's address ▶ 333 City Blvd W 3rd Floor  Orange, CA  92868 | | | Phone no. (714) 244-8070 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . ☑Yes ☐ No

**For Paperwork Reduction Act Notice, see the separate instructions.**  Cat. No. 11282Y  Form **990** (2021)

---

Page 2

Form 990 (2021)  Page **2**

| Part III | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

PROVIDE ADVOCACY AND LEGAL SERVICES TO LOW-INCOME INDIVIDUALS AND FAMILIES.

**2** Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☑ No
If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program
services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☑ No
If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses,
and revenue, if any, for each program service reported.

**4a** (Code: ) (Expenses $ 517,979 including grants of $ ) (Revenue $ 429,225 )
LEGAL SERVICES TO LOW-INCOME INDIVIDUALS AND FAMILIES IN NEED.

**4b** (Code: ) (Expenses $ including grants of $ ) (Revenue $ )

**4c** (Code: ) (Expenses $ including grants of $ ) (Revenue $ )

**4d** Other program services (Describe in Schedule O.)
(Expenses $ including grants of $ ) (Revenue $ )

**4e** **Total program service expenses ▶** 517,979

Form **990** (2021)

Form 990 (2021) Page **3**

| Part IV | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|
| | | | Yes | No |
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* 🔲 . . . . . . . . | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. . . . | **2** | | No |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* . . | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D,Part I* . . | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . . . . | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* . . . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* . . . . . . . . . . | **11a** | | No |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | No |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* 🔲 . . . . . . | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* 🔲 | **12b** | Yes | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. . . . . | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . | **21** | | No |

Form **990** (2021)

Form 990 (2021)                                                                                                                                Page **4**

| Part IV | **Checklist of Required Schedules** *(continued)* | | |
|---|---|---|---|

|  |  |  | **Yes** | **No** |
|---|---|---|---|---|
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . | **22** | | No |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . | **23** | | No |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . | **24a** | | No |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L,* Part I . . . . | **25a** | | No |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L,* Part I . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| **26** | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . | **26** | | No |
| **27** | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,Part III* . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| **28** | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . | **28a** | | No |
| **b** | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . | **28b** | | No |
| **c** | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . | **30** | | No |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . | **33** | | No |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . | **35a** | | No |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **35b** | | No |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . | **36** | | No |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| **38** | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . | **38** | Yes | |

| Part V | **Statements Regarding Other IRS Filings and Tax Compliance** | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . ☐

|  |  |  | **Yes** | **No** |
|---|---|---|---|---|
| **1a** | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . | **1a** | 18 | | |
| **b** | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . . | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming | | | | |

| | | | | |
|---|---|---|---|---|
| (gambling) winnings to prize winners? . . . . . . . . . . . . | | | **1c** | Yes |

Form **990** (2021)

---

Page 5

---

Form 990 (2021) | Page **5**

**Statements Regarding Other IRS Filings and Tax Compliance** *(continued)*

| | | | | |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . **2a** 5 | | | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | | | **2b** | Yes |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | **3a** | No |
| **b** If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | | | **3b** | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | | | **4a** | No |
| **b** If "Yes," enter the name of the foreign country: ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | No |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | No |
| **c** If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . | | | **5c** | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . . . | | | **6a** | Yes |
| **b** If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . | | | **6b** | Yes |
| **7** **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . | | | **7a** | No |
| **b** If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | | **7b** | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . | | | **7c** | No |
| **d** If "Yes," indicate the number of Forms 8282 filed during the year . . . . . **7d** | | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | No |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | No |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . | | | **7g** | No |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . | | | **7h** | No |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . | | | **8** | No |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . | | | **9a** | No |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | | **9b** | No |
| **10** **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12 . . . **10a** | | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities **10b** | | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** Gross income from members or shareholders . . . . . . . . **11a** | | | | |
| **b** Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . **11b** | | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | |
| **b** If "Yes," enter the amount of tax-exempt interest received or accrued during the year. **12b** | | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | | **13a** | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans **13b** | | | | |
| **c** Enter the amount of reserves on hand **13c** | | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | No |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . | **14b** | | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? If "Yes," see the instructions and file Form 4720, Schedule N. | **15** | | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . If "Yes," complete Form 4720, Schedule O. | **16** | | | No |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . If "Yes," complete Form 6069. | **17** | | | |

Form **990** (2021)

---

Page 6

---

Form 990 (2021)                                            Page **6**

| Part VI | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI  . . . . . . . . . .  ☑

## Section A. Governing Body and Management

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | | 3 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | | 3 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? | | **2** | | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | **3** | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | **4** | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | | **5** | | | No |
| **6** | Did the organization have members or stockholders? . | | **6** | | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | | **7a** | | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . | | **7b** | | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| **a** | The governing body? . | | **8a** | | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . | | **8b** | | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . | | **9** | | | No |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | | Yes | No |
|---|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . | | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? . | | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . | | **11a** | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . | | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . | | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* . | | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . | | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . | | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | | |
| **a** | The organization's CEO, Executive Director, or top management official . | | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . | | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . | | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt | | | | |

| status with respect to such arrangements? | . | . | . | . | . | . | . | **16b** | | |

### Section C. Disclosure

| 17 | List the states with which a copy of this Form 990 is required to be filed▶ |
| | CA |

18  Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website   ☑ Another's website   ☑ Upon request   ☐ Other (explain in Schedule O)

19  Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

20  State the name, address, and telephone number of the person who possesses the organization's books and records:
▶MITCHELL McDOWELL 555 E OCEAN BLVD STE 205    Long Beach, CA 90802 (415) 377-6575

Form **990** (2021)

---

Page 7

---

Form 990 (2021)                                                                      Page **7**

Part VII  **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII  . . . . . . . . . . . . . . . ☐

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☑ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) JOHN WILLIAMS<br>BOARD CHAIR | 10.00<br>..........<br>10.00 | X | | X | | | | 0 | 0 | 0 |
| (2) THOMAS LOVERSKY<br>PRESIDENT | 10.00<br>..........<br>10.00 | X | | X | | | | 0 | 0 | 0 |
| (3) MITCHELL McDOWELL<br>BOARD CHAIR | 30.00<br>..........<br>30.00 | X | | X | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

|  |  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Form **990** (2021)

--- Page 8 ---

Form 990 (2021)                                                                                            Page **8**

Part VII   **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|--|--|--|--|--|--|--|--|--|--|--|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**1b Sub-Total** . . . . . . . . . . . . ▶ | | | |
**c Total from continuation sheets to Part VII, Section A** . . . . . ▶ | | | |
**d Total (add lines 1b and 1c)** . . . . . . . . . . . ▶ | 0 | 0 | 0 |

**2**  Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | Yes | No |
|--|--|--|--|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? If *"Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? If *"Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? If *"Yes," complete Schedule J for such person* . . . . . . . . **5** | | No |

**Section B. Independent Contractors**

**1**  Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

Form **990** (2021)

---

*Page 9*

---

Form 990 (2021)                                                                          Page **9**

| Part VIII | **Statement of Revenue** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . ☐

| | | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|
| Contributions, Gifts, Grants, and Other Similar Amounts | **1a** Federated campaigns . . | | | | |
| | **b** Membership dues . . | | | | |
| | **c** Fundraising events . . | | | | |
| | **d** Related organizations | | | | |
| | **e** Government grants (contributions) | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | | | |

| | | Business Code | | | |
|---|---|---|---|---|---|
| Program Service Revenue | **2a** LEGAL SERVICES | 541100 | 429,225 | 429,225 | |
| | b | | | | |
| | c | | | | |
| | d | | | | |
| | e | | | | |
| | **f** All other program service revenue. | | | | |
| | **g  Total.** Add lines 2a–2f. . . . . ▶ | | 429,225 | | |

| **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . ▶ | | | | |
|---|---|---|---|---|
| **4** Income from investment of tax-exempt bond proceeds ▶ | | | | |
| **5** Royalties . . . . . . . . . ▶ | | | | |

| | | (i) Real | (ii) Personal |
|---|---|---|---|
| **6a** Gross rents | **6a** | | |
| **b** Less: rental expenses | **6b** | | |
| **c** Rental income or (loss) | **6c** | | |

| | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|
| **d** Net rental income or (loss) . | | | | | | | |
| **7a** Gross amount from sales of assets other than inventory | 7a | | | | | | |
| **b** Less: cost or other basis and sales expenses | 7b | | | | | | |
| **c** Gain or (loss) | 7c | | | | | | |
| **d** Net gain or (loss) . . . . . . . . ▶ | | | | | | | |
| **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . | 8a | | | | | | |
| **b** Less: direct expenses . . . | 8b | | | | | | |
| **c** Net income or (loss) from fundraising events . . ▶ | | | | | | | |
| **9a** Gross income from gaming activities. See Part IV, line 19 . . . | 9a | | | | | | |
| **b** Less: direct expenses . . . | 9b | | | | | | |
| **c** Net income or (loss) from gaming activities . . ▶ | | | | | | | |
| **10a** Gross sales of inventory, less returns and allowances . . | 10a | | | | | | |
| **b** Less: cost of goods sold . . | 10b | | | | | | |
| **c** Net income or (loss) from sales of inventory . . ▶ | | | | | | | |
| Miscellaneous Revenue | | Business Code | | | | | |
| **11a** | | | | | | | |
| **b** | | | | | | | |
| **c** | | | | | | | |
| **d** All other revenue . . . . | | | | | | | |
| **e Total.** Add lines 11a–11d . . . ▶ | | | | | | | |
| **12 Total revenue.** See instructions . . . . . ▶ | | | | 429,225 | 429,225 | 0 | 0 |

**Other Revenue**

Form **990** (2021)

Form 990 (2021)                                                                                         Page **10**

| Part IX | **Statement of Functional Expenses** |
|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . . | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . | | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . | | | | |
| **7** Other salaries and wages . . | 234,949 | 234,949 | | |

| | | (A) | (B) | | |
|---|---|---|---|---|---|
| 7 | Other salaries and wages . . . . . | | | | |
| 8 | Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| 9 | Other employee benefits . . . . . | | | | |
| 10 | Payroll taxes . . . . . . . . . | 38,247 | 38,247 | | |
| 11 | Fees for services (non-employees): | | | | |
| a | Management . . . . . . . . . | | | | |
| b | Legal . . . . . . . . . . . | 6,327 | 6,327 | | |
| c | Accounting . . . . . . . . . | | | | |
| d | Lobbying . . . . . . . . . . | | | | |
| e | Professional fundraising services. See Part IV, line 17 | | | | |
| f | Investment management fees . . . . | | | | |
| g | Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 71,326 | 71,326 | | |
| 12 | Advertising and promotion . . . . | 23,631 | 23,631 | | |
| 13 | Office expenses . . . . . . . . | 6,421 | 6,421 | | |
| 14 | Information technology . . . . . . | 14,975 | 14,975 | | |
| 15 | Royalties . . . | | | | |
| 16 | Occupancy . . . . . . . . . . | 39,558 | 39,558 | | |
| 17 | Travel . . . . . . . . . . . | | | | |
| 18 | Payments of travel or entertainment expenses for any federal, state, or local public officials | 1,495 | 1,495 | | |
| 19 | Conferences, conventions, and meetings . . | | | | |
| 20 | Interest . . . . . . . . . . | | | | |
| 21 | Payments to affiliates . . . . . . | | | | |
| 22 | Depreciation, depletion, and amortization . . | 5,269 | 5,269 | | |
| 23 | Insurance . . . . | 4,518 | 4,518 | | |
| 24 | Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a | FUNDRAISERS | 12,121 | 12,121 | | |
| b | POSTAGE | 5,383 | 5,383 | | |
| c | UTILITIES | 13,261 | 13,261 | | |
| d | HOMELESS DRIVE | 6,053 | 6,053 | | |
| e | All other expenses | 34,445 | 34,445 | | |
| 25 | **Total functional expenses.** Add lines 1 through 24e | 517,979 | 517,979 | 0 | 0 |
| 26 | **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

Form **990** (2021)

---

Page 11

---

Form 990 (2021) — Page **11**

| Part X | **Balance Sheet** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 1 | Cash–non-interest-bearing . . . . . . | 50,320 | 1 | |
| 2 | Savings and temporary cash investments . . . . . | | 2 | |
| 3 | Pledges and grants receivable, net . . . | | 3 | |
| 4 | Accounts receivable, net . . . . . . | | 4 | |
| 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | 6 | |

| | | | | | |
|---|---|---|---|---|---|
| **Assets** | 7 | Notes and loans receivable, net . . . . . . . | | 7 | |
| | 8 | Inventories for sale or use . . . . . . . | | 8 | |
| | 9 | Prepaid expenses and deferred charges . . . . | | 9 | |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | 10a | | |
| | b | Less: accumulated depreciation | 10b | | 10c | |
| | 11 | Investments—publicly traded securities . | | 11 | |
| | 12 | Investments—other securities. See Part IV, line 11 . . . | | 12 | |
| | 13 | Investments—program-related. See Part IV, line 11 . | | 13 | |
| | 14 | Intangible assets . . . . . . . . | | 14 | |
| | 15 | Other assets. See Part IV, line 11 . . . . | | 15 | |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 50,320 | 16 | 0 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . | | 17 | |
| | 18 | Grants payable . . . . . . . . | | 18 | |
| | 19 | Deferred revenue . . . . . . . . | | 19 | |
| | 20 | Tax-exempt bond liabilities . . . . . . | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . | 0 | 26 | 0 |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶ ☐ and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions . . . . . | | 27 | |
| | 28 | Net assets with donor restrictions . . . . . | | 28 | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☑ and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund . . | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | 50,320 | 31 | |
| | 32 | Total net assets or fund balances . . . . . | 50,320 | 32 | 0 |
| | 33 | Total liabilities and net assets/fund balances . . . | 50,320 | 33 | 0 |

Form **990** (2021)

---

Page 12

---

Form 990 (2021)          Page **12**

| Part XI | **Reconcilliation of Net Assets** | | |
|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . ☐ | | |
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . | 1 | 429,225 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . | 2 | 517,979 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . | 3 | -88,754 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | 4 | 50,320 |
| 5 | Net unrealized gains (losses) on investments . . . . . | 5 | |
| 6 | Donated services and use of facilities . . . . . . | 6 | 6,500 |
| 7 | Investment expenses . . . . . . . . . | 7 | 25,068 |
| 8 | Prior period adjustments . . . . . . . . | 8 | 6,866 |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . | 9 | 0 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | 10 | 0 |

| Part XII | **Financial Statements and Reporting** | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . | | | ☐ |
| | | | **Yes** | **No** |
| 1 | Accounting method used to prepare the Form 990:   ☐ Cash   ☑ Accrual   ☐ Other _____ | | | |

If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O.

| | | | | |
|---|---|---|---|---|
| **2a** Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | Yes | | |

If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both:

☐ Separate basis  ☑ Consolidated basis  ☐ Both consolidated and separate basis

| | | | | |
|---|---|---|---|---|
| **b** Were the organization's financial statements audited by an independent accountant? | **2b** | Yes | | |

If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both:

☐ Separate basis  ☑ Consolidated basis  ☐ Both consolidated and separate basis

| | | | | |
|---|---|---|---|---|
| **c** If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes | | |

If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O.

| | | | | |
|---|---|---|---|---|
| **3a** As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | | No |
| **b** If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | | |

Form **990** (2021)

---

Form 990 (2021)

## Additional Data

<div style="text-align:right">**Return to Form**</div>

**Software ID:**

**Software Version:**

**Form 990, Special Condition Description:**

> Special Condition Description

| efile Public Visual Render | ObjectId: 202410309349300101 - Submission: 2024-01-30 | TIN: 82-2750315 |

**SCHEDULE A**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
▶ Attach to Form 990 or Form 990-EZ.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2021**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| UNITE THE PEOPLE INC | 82-2750315 |

**Part I**    **Reason for Public Charity Status** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

**1** ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

**2** ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

**3** ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

**4** ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state:

**5** ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

**6** ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

**7** ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**8** ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

**9** ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture. See instructions. Enter the name, city, and state of the college or university:

**10** ☑ An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

**11** ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

**12** ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

**a** ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

**b** ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

**c** ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

**d** ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

**e** ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

**f** Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . ☐

**g** Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.      Cat. No. 11285F      **Schedule A (Form 990) 2021**

---
Page 2
---

Schedule A (Form 990) 2021        Page **2**

**Part II**    **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)**
(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization failed to qualify under the tests listed below, please complete Part III.)

**Section A. Public Support**

Calendar year

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grant.") . . | | | | | | |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf. . . . | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge.. | | | | | | |
| **4** **Total.** Add lines 1 through 3 | | | | | | |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4. | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4. . . | | | | | | |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . . | | | | | | |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on. . . | | | | | | |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.). . | | | | | | |
| **11** **Total support.** Add lines 7 through 10 | | | | | | |

**12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . . | **12** | |

**13** **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2021 (line 6, column (f) divided by line 11, column (f)) . . . . . . . . . | **14** | |
| **15** Public support percentage for 2020 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . . . | **15** | |

**16a** **33 1/3% support test—2021.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **33 1/3% support test—2020.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . ▶ ☐

**17a** **10%-facts-and-circumstances test—2021.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2020.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test. The organization qualifies as a publicly supported organization . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Schedule A (Form 990) 2021**

— Page 3 —

Schedule A (Form 990) 2021 | Page **3**

**Support Schedule for Organizations Described in Section 509(a)(2)**
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . | | 45,400 | 60,000 | 60,000 | | 165,400 |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | 4,828 | | | | 4,828 |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | 400,740 | 674,782 | | 1,075,522 |
| **4** Tax revenues levied for the organization's benefit and either paid | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | organization's benefit and either paid to or expended on its behalf. . . | | | | | |
| 5 | The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | |
| 6 | **Total.** Add lines 1 through 5 | | 50,228 | 460,740 | 734,782 | 1,245,750 |
| 7a | Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | |
| b | Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year. | | | | | |
| c | Add lines 7a and 7b. . | | | | | |
| 8 | **Public support.** (Subtract line 7c from line 6.) | | | | | 1,245,750 |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2017 | (b) 2018 | (c) 2019 | (d) 2020 | (e) 2021 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6. . . | | 50,228 | 460,740 | 734,782 | | 1,245,750 |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources. . | | | | | | |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975. | | | | | | |
| c Add lines 10a and 10b. | | | | | | |
| 11 Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on. | | | | | | |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . | 100 | 72,647 | 27,200 | | | 99,947 |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12.). | 100 | 122,875 | 487,940 | 734,782 | | 1,345,697 |
| 14 **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | | | | | |

## Section C. Computation of Public Support Percentage

| 15 | Public support percentage for 2021 (line 8, column (f) divided by line 13, column (f)) . . . . . . . . . | **15** | 92.570 % |
|---|---|---|---|
| 16 | Public support percentage from 2020 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . | **16** | 0 % |

## Section D. Computation of Investment Income Percentage

| 17 | Investment income percentage for **2021** (line 10c, column (f) divided by line 13, column (f)) . . . . . . | **17** | 0 % |
|---|---|---|---|
| 18 | Investment income percentage from **2020** Schedule A, Part III, line 17 . . . . . . . . . . . . . | **18** | 0 % |
| 19a | **33 1/3% support tests—2021.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . ▶ ☑ | | |
| b | **33 1/3% support tests—2020.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . ▶ ☐ | | |
| 20 | **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . . . ▶ ☐ | | |

**Schedule A (Form 990) 2021**

― Page 4 ―

Schedule A (Form 990) 2021        Page **4**

**Part IV**    **Supporting Organizations**

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, of Part I, complete Sections A and B. If you checked box 12b, of Part I, complete Sections A and C. If you checked box 12c, of Part I, complete Sections A, D, and E. If you checked box 12d, of Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* | | |
| | **1** | | |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* | | |
| | **2** | | |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* | | |
| | **3a** | | |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* | | |
| | **3b** | | |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? | | |

| | | Yes | No |
|---|---|---|---|
| | *If "Yes," explain in Part VI what controls the organization put in place to ensure such use.* | 3c | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* | 4a | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* | 4b | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* | 4c | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* | 5a | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | 5b | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | 5c | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in Part VI.* | 6 | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990) .* | 7 | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* | 8 | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in Part VI.* | 9a | | |
| **b** | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in Part VI.* | 9b | | |
| **c** | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in Part VI.* | 9c | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* | 10a | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings).* | 10b | | |

**Schedule A (Form 990) 2021**

Schedule A (Form 990) 2021     Page **5**

| Part IV | Supporting Organizations (continued) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | 11a | | |
| **b** | A family member of a person described on 11a above? | 11b | | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to 11a, 11b, or 11c, provide detail in Part VI.* | 11c | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the officers, directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | 1 | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization.* | 2 | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of | | | |

each of the organization's supported organization(s)? If "No," describe in **Part VI** how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s). | 1 | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | | |
| | | 1 | | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? If "No," explain in **Part VI** how the organization maintained a close and continuous working relationship with the supported organization(s). | | |
| | | 2 | | |
| 3 | By reason of the relationship described in line 2 above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? If "Yes," describe in **Part VI** the role the organization's supported organizations played in this regard. | | |
| | | 3 | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

1   Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**:

  **a** ☐   The organization satisfied the Activities Test. Complete **line 2** below.

  **b** ☐   The organization is the parent of each of its supported organizations. Complete **line 3** below.

  **c** ☐   The organization supported a governmental entity. Describe in **Part VI** how you supported a government entity (see instructions)

2   Activities Test. **Answer lines 2a and 2b below.**

| | | Yes | No |
|---|---|---|---|
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? If "Yes," then in **Part VI identify those supported organizations and explain** how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities. | | |
| | | 2a | | |
| **b** | Did the activities described on line 2a, above constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? If "Yes," explain in **Part VI** the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement. | | |
| | | 2b | | |

3   Parent of Supported Organizations. **Answer lines 3a and 3b below.**

| | | | |
|---|---|---|---|
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? If "Yes" or "No," provide details in **Part VI.** | 3a | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? If "Yes," describe in **Part VI.** the role played by the organization in this regard. | 3b | | |

**Schedule A (Form 990) 2021**

—————————————————— Page 6 ——————————————————

Schedule A (Form 990) 2021                                                  Page **6**

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations |
|---|---|

1  ☐  Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in **Part VI**). **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| Section A - Adjusted Net Income | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3 | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | 8 | | |
| **Section B - Minimum Asset Amount** | | | (A) Prior Year | (B) Current Year (optional) |
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | 1 | | |
| **a** | Average monthly value of securities | 1a | | |
| **b** | Average monthly cash balances | 1b | | |
| **c** | Fair market value of other non-exempt-use assets | 1c | | |
| **d** | **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| **e** | **Discount** claimed for blockage or other factors | | | |

(*explain in detail in* **Part VI**):

| | | | | |
|---|---|---|---|---|
| 2 | Acquisition indebtedness applicable to non-exempt use assets | 2 | | |
| 3 | Subtract line 2 from line 1d | 3 | | |
| 4 | Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by 0.035 | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| | **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | | |
| 2 | Enter 85% of line 1 | 2 | | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | | |
| 4 | Enter greater of line 2 or line 3 | 4 | | |
| 5 | Income tax imposed in prior year | 5 | | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | | |

7 ☐ Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

**Schedule A (Form 990) 2021**

--- Page 7 ---

Schedule A (Form 990) 2021          Page **7**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** (continued) |
|---|---|

| | **Section D - Distributions** | | **Current Year** |
|---|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | 1 | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | 2 | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | 3 | |
| 4 | Amounts paid to acquire exempt-use assets | 4 | |
| 5 | Qualified set-aside amounts (*prior IRS approval required - provide details in* **Part VI**) | 5 | |
| 6 | Other distributions (*describe in* **Part VI**). See instructions | 6 | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | 7 | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (*provide details in* **Part VI**). See instructions | 8 | |
| 9 | Distributable amount for 2021 from Section C, line 6 | 9 | |
| 10 | Line 8 amount divided by Line 9 amount | 10 | |

| **Section E - Distribution Allocations** (see instructions) | (i) **Excess Distributions** | (ii) **Underdistributions Pre-2021** | (iii) **Distributable Amount for 2021** |
|---|---|---|---|
| 1 Distributable amount for 2021 from Section C, line 6 | | | |
| 2 Underdistributions, if any, for years prior to 2021 (reasonable cause required-- *explain in* **Part VI**). See instructions. | | | |
| 3 Excess distributions carryover, if any, to 2021: | | | |
| a From 2016 . . . . . . . | | | |
| b From 2017 . . . . . . . | | | |
| c From 2018 . . . . . . . | | | |
| d From 2019 . . . . . . . | | | |
| e From 2020 . . . . . . . | | | |
| f **Total** of lines 3a through e | | | |
| g Applied to underdistributions of prior years | | | |
| h Applied to 2021 distributable amount | | | |
| i Carryover from 2016 not applied (see instructions) | | | |
| j Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| 4 Distributions for 2021 from Section D, line 7: $ | | | |
| a Applied to underdistributions of prior years | | | |
| b Applied to 2021 distributable amount | | | |

| | | | | |
|---|---|---|---|---|
| **c** | Remainder. Subtract lines 4a and 4b from line 4. | | | |
| **5** | Remaining underdistributions for years prior to 2021, if any. Subtract lines 3g and 4a from line 2. If the amount is greater than zero, *explain in Part VI*. See instructions. | | | |
| **6** | Remaining underdistributions for 2021. Subtract lines 3h and 4b from line 1. If the amount is greater than zero, *explain in Part VI*. See instructions. | | | |
| **7** | **Excess distributions carryover to 2022.** Add lines 3j and 4c. | | | |
| **8** | Breakdown of line 7: | | | |
| **a** | Excess from 2017 **. . . . .** | | | |
| **b** | Excess from 2018 **. . . . .** | | | |
| **c** | Excess from 2019 **. . . . .** | | | |
| **d** | Excess from 2020 **. . . . .** | | | |
| **e** | Excess from 2021 **. . . . .** | | | |

**Schedule A (Form 990)** (2021)

Page 8

Schedule A (Form 990) 2021          Page **8**

| Part VI | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions). |
|---|---|

| Facts And Circumstances Test |
|---|
| |

| Return Reference | Explanation |
|---|---|

**Schedule A (Form 990) 2021**

---

# Additional Data

> [ **Return to Form** ]

**Software ID:**

**Software Version:**

efile Public Visual Render | ObjectId: 202410309349300101 - Submission: 2024-01-30 | TIN: 82-2750315

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Financial Statements**

▶ Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for instructions and the latest information.

OMB No. 1545-0047

**2021**

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| UNITE THE PEOPLE INC | 82-2750315 |

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year . . . . . . . . | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . . . . □ Yes □ No

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**Part II** **Conservation Easements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).
□ Preservation of land for public use (e.g., recreation or education) □ Preservation of an historically important land area
□ Protection of natural habitat □ Preservation of a certified historic structure
□ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Year |
|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . | 2a | |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . . . . . . . . | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . | 2c | |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

4 Number of states where property subject to conservation easement is located ▶ _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . □ Yes □ No

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . ▶ $ _____

(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . ▶ $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . ▶ $ _____

b Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . ▶ $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990. Cat. No. 52283D **Schedule D (Form 990) 2021**

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition      **d** ☐ Loan or exchange programs

**b** ☐ Scholarly research      **e** ☐ Other ......................................................

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . . ☐ **Yes** ☐ **No**

| Part IV | Escrow and Custodial Arrangements. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . ☐ **Yes** ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ **Yes** ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

| Part V | Endowment Funds. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|---|
| **1a** | Beginning of year balance . . . . . | | | | | |
| **b** | Contributions . . . . | | | | | |
| **c** | Net investment earnings, gains, and losses | | | | | |
| **d** | Grants or scholarships . . . | | | | | |
| **e** | Other expenditures for facilities and programs . . . | | | | | |
| **f** | Administrative expenses . . . . | | | | | |
| **g** | End of year balance . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ .................................

**b** Permanent endowment ▶ .................................

**c** Term endowment ▶ .................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** Related organizations . . . . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| Part VI | Land, Buildings, and Equipment. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . | | | | |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements | | | | |
| **d** Equipment . . . . . | | | | |
| **e** Other . . . . . . . | | | | |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | |

**Schedule D (Form 990) 2021**

**Part VII** Investments – Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives | | |
| **(2)** Closely-held equity interests | | |
| **(3)** Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

**Part VIII** Investments – Program Related.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 13.) ▶ | | |

**Part IX** Other Assets.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 15.) ▶ | |

**Part X** Other Liabilities.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| **1.** | (a) Description of liability | (b) Book value |
|---|---|---|
| **(1)** Federal income taxes | | |

**(5)** Federal income taxes

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)*  ▶

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☐

**Schedule D (Form 990) 2021**

---

Page 4

Schedule D (Form 990) 2021                                                                                  Page **4**

| Part XI | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | | |
|---|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| **a** | Net unrealized gains (losses) on investments . . . . | **2a** | | |
| **b** | Donated services and use of facilities . . . . . . . . | **2b** | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.) . . . . . . | | **5** | |

| Part XII | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. | | | |
|---|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| **a** | Donated services and use of facilities . . . . . . . . | **2a** | | |
| **b** | Prior year adjustments . . . . . . . . . . . . | **2b** | | |
| **c** | Other losses . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . | | **2e** | |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1**: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.) . . . . . . | | **5** | |

| Part XIII | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

| Return Reference | Explanation |
|---|---|

**Schedule D (Form 990) 2021**

---

**Additional Data**

**Additional Data**

Return to Form

**Software ID:**
**Software Version:**

efile Public Visual Render    ObjectId: 202410309349300101 - Submission: 2024-01-30    TIN: 82-2750315

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**
**Complete to provide information for responses to specific questions on**
**Form 990 or 990-EZ or to provide any additional information.**
▶ **Attach to Form 990 or 990-EZ.**
▶ **Go to www.irs.gov/Form990 for the latest information.**

OMB No. 1545-0047

**2021**

Open to Public
Inspection

Name of the organization
UNITE THE PEOPLE INC

Employer identification number

82-2750315

| Return Reference | Explanation |
|---|---|
| Officer directors etc family relationship Part VI line 2 | The protection of first, Unite the Peoples interest when it is contemplating entering into a transaction or arrangement that might benefit the private interest of an officer or director of Unite the People Incorporated or might result in a possible excess of benefits from the transaction |
| Form 990 governing body review Part VI line 11 | COPIES OF FINANCIAL DOCUMENTS ARE SHARED WITH ALL GOVERNING BODIES AS A NORMAL PRACTICE. |
| Conflict of interest policy compliance Part VI line 12c | The protection of first, Unite the Peoples interest when it is contemplating entering into a transaction or arrangement that might benefit the private interest of an officer or director of Unite the People Incorporated or might result in a possible excess of benefits from the transaction. |
| CEO executive director top management comp Part VI line 15a | Theres a transparent process when it comes to the decision on who is compensated and at what rate. |
| Other officer or key employee compensation Part VI line 15b | Theres a transparent process when it comes to the decision on who is compensated and at what rate as it is for the top level management |
| Governing documents etc available to public Part VI line 19 | Transparency is always the policy when it comes to the documents of concern for the public or governing body consumption |
| List of other fees for services expenses Part IX line 11g | CASH & ELECTRONIC DONATIONS IN ADDITION TO FUNDING FROM OTHER ORGANIZATIONS |
| List of other expenses Part IX line 24e | ADVERTISING, MARKETING AND STAFF SUPPLIES ACCOUNT FOR THE BULK OF THE EXPENSES THAT ARE NOT AS MUCH EXPLAINED IN DETAIL. |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**    Cat. No. 51056K    **Schedule O (Form 990) 2021**

---

**Additional Data**    Return to Form

Software ID:
Software Version:

# EXHIBIT 117

C. MCDOWELL
07.28.25

**Exhibit 117**

RONNY ZAVOSKY

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Megan Pete | ) |
| *Plaintiff* | ) |
| v. | ) |
| Milagro Elizabeth Cooper | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   1:24-cv-24228-CMA

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                          Ceasar McDowell

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Date and Time:<br>7/25/2025 10:00 am |
|---|---|

The deposition will be recorded by this method:   Court Reporter and Videographer

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  See Attachment A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   7/2/2025

*CLERK OF COURT*

OR

/s/ Marie Hayrapetian

_____          _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Megan Pete
, who issues or requests this subpoena, are:

Marie Hayrapetian, Quinn Emanuel Urquhart & Sullivan; 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017
mariehayrapetian@quinnemanuel.com; (213) 443-3000

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   1:24-cv-24228-CMA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT A TO THE SUBPOENA TO TESTIFY AT A DEPOSITION TO CEASAR MCDOWELL

Pursuant to Federal Rule of Civil Procedure 45 and the accompanying subpoena ("Subpoena"), you are hereby requested to produce for inspection and copying the Documents and Communications identified below.

## DEFINITIONS

Unless otherwise defined, all phrases and words herein shall be accorded their usual meaning and shall be interpreted in their common, ordinary sense.  However, for purposes of this Subpoena, the words set forth below shall be defined as follows:

1.      "**Communications**" is used in its broadest ordinary sense and shall mean any oral or written statement, dialogue, discussion, exchange, conversation, disclosure, or transmittal of information whether in-person, by telephone, any form of video transmission, mail, e-mail, facsimile, personal delivery, computer transmission, or otherwise.  For the avoidance of doubt, the term Communication shall encompass emails, pictures, photographs, recordings, text messages, messages exchanged on any communicative or social media application (*e.g.*, WhatsApp, iMessage, Slack, Facebook Messenger, Google Messages, Microsoft Teams, Zoom, Cisco WebEx, Signal, Line, WeChat, Wickr, Snapchat, Telegram), face-to-face meetings, telephone conversations, or any other means of capturing information.

2.      "**Daystar Peterson**" refers to Daystar Peterson, the defendant in the criminal case, *People v. Daystar Peterson*, Case No. BA490599, held before the Los Angeles Superior Court. This criminal action resulted in Daystar Peterson's conviction for three felony counts: (1) assault with a semiautomatic handgun; (2) carrying a loaded, unregistered firearm in a vehicle; and (3) discharging a firearm with gross negligence.

3.      "**Sonstar Peterson**" refers to Sonstar Peterson, the father of Daystar Peterson.

1

4.      "**Defendant**" refers to Milagro Elizabeth Cooper, the Defendant in the litigation titled *Megan Pete v. Milagro Elizabeth Cooper*, Case No. 1:24-cv-24228-CMA, pending before the United States District Court, Southern District of Florida.

5.      "**Defendant's Family**" refers to Defendant Milagro Elizabeth Cooper's family members, including but not limited to her children, spouse, significant other, parents, or grandparents.

6.      "**Documents**" shall have the broadest meaning ascribed to them by Federal Rule of Civil Procedure 34 and Federal Rule of Evidence 1001.  The terms shall include any information recorded in any medium, including electronically stored information, whether original, draft, or non-identical copy (*i.e.*, whether different from the original by reason of notations made on each copy or otherwise); whether written, sound or video-recorded, or displayed graphically; whether privileged or otherwise excludable from discovery; and includes, without limitation: notes; data (raw or manipulated); lists; customer lists; itineraries; letters; correspondence; communications of any nature; drawings; designs; telegrams; manuals; books of accounts; purchase orders; order acknowledgements; invoices; checks; money orders; credit memoranda; debit memoranda; contracts; agreements; studies; tabulations; charts; graphs; photographs; photostats; mimeographs; typewriting; painting; graphic reproductions; film; handwriting; videotape recordings; audio tape recordings; compact discs; analyses; books; articles; magazines; newspapers; booklets; circulars; bulletins; notices; computer files, whether on hard or floppy disk, compact disc, tape, or other computer storage devices; computer printouts of any form whatsoever; letters of introduction; letters of referral; summaries; questionnaires and surveys; memoranda; notebooks of any character; summaries or records of personal conversations; telephone records, text messages, e-mails, calendars; Day-Timers; diaries; logs; routing slips or memoranda; reports; publications;

notes; minutes or records of meetings and all other communications of any type, including inter-office and intra-office communications; transcripts of oral testimony or statements; affidavits; reports and/or summaries of investigations; agreements and contracts, including all modifications and/or revisions thereof; working papers; reports and/or summaries of negotiations; court papers; brochures; pamphlets; press releases; drafts or revisions of drafts or translations; records and dictation tapes; and all tangible items where information is recorded or likely to be recorded. Any document with any marginalia or marks on any sheet or side thereof, including without limitation, initials, stamped indicia, any comment or any notation of any character and not a part of the original text, or any reproduction thereof, is considered to be a separate document for purposes of this request.

7.     **"Item of Value"** refers to any object given by Daystar Peterson or Sonstar Peterson to Defendant, including but not limited to automobiles, clothing, jewelry, travel expenses, dining, children's toys, and payment of rent, utilities, cellular phone, or other bills.

8.     **"Payment"** means any financial activity between Daystar Peterson, Sonstar Peterson, and Defendant, including but not limited to all deposits, monetary transfers, wires, withdrawals, checks received and written, direct deposits to any bank account(s) or using any financial service, including but not limited to PayPal, Venmo, Cash App, Chime, and Zelle.

9.     "**Ms. Pete**" refer to Megan Pete, the Plaintiff in the litigation titled *Megan Pete v. Milagro Elizabeth Cooper*, Case No. 1:24-cv-24228-CMA, pending before the United States District Court, Southern District of Florida.

10.     "**You**" and "**Your**" refer to you, Ceasar McDowell.

## <u>INSTRUCTIONS</u>

1.     This Subpoena applies to all Documents in your possession, custody, or control, regardless of their location and irrespective of whether such Documents are held by your officers,

3

employees, attorneys, accountants, consultants, representatives, agents, or any other Person.  You are requested to make a diligent search of your records and other papers and materials in your possession to the extent necessary to provide responsive Documents.  Unless otherwise indicated, this Subpoena seeks all Documents that were created or received by you at any time between October 8, 2020 through the present.

2.      This Subpoena contains continuing requests.  Should you become aware of or acquire possession, custody, or control of additional responsive Documents, you shall promptly produce these additional Documents for inspection and copying.

3.      This Subpoena seeks production of each Document in its entirety, without abbreviation or redaction, including, without limitation, all attachments, transmittal sheets, notes, cover letters, exhibits, enclosures, and all drafts and non-identical copies of each Document.

4.      If you object to any portion of any request, identify the portion to which you object, answer the remainder, and produce all Documents and parts.

5.      If you object to any request as overly broad or unduly burdensome, produce those Documents which are unobjectionable and specifically identify why you believe any request is overly broad or unduly burdensome.

6.      If you do not possess any Documents responsive to a particular request, so state.

7.      If production of any Document is withheld on a basis of a claim of privilege, each withheld Document shall be separately identified in a privileged document list.  The privileged document list must identify each Document separately, specifying for each Document at least: (i) the date the information was created or communicated; (ii) author(s)/sender(s); (iii) all recipient(s); and (iv) the general subject matter contained in the Document.  The sender(s) and recipient(s) shall be identified by position and entity (corporation, firm, partnership, etc.) with which they are

4

employed or associated.  If the sender or recipient is an attorney, they shall be so identified.  The type of privilege claimed must also be stated, together with a certification, that all elements of the claimed privilege have been met and have not been waived with respect to each Document.

8.      Each Document shall be produced in its entirety, including all attachments and disclosures.  A Document with handwritten, typewritten, or other recorded notes, editing marks, etc., is a separate, unique Document and is not and shall not deemed to be identical to one without such additions, deletions, or modifications.  If any portion of a Document is responsive to a request, produce the entire Document, including all attachments, enclosures, 'post-it' type notes, and any other matter physically attached to the Document.  If a responsive Document cannot be produced in full, it shall be produced to the extent possible with an explanation stating why the production of the remainder is not possible.

9.      All Documents produced in response to this Subpoena shall be produced in the same order as they are maintained in the ordinary course of business and, where attached, shall not be separated or disassembled.

10.     Electronically stored information ("ESI") should be produced in single-page, black and white, TIFF Group IV, 300 DPI TIFF images with the exception of spreadsheet type files, source code, and audio and video files, which should be produced in native format.  If a document is produced in native format, a single-page Bates-stamped image slip stating the document has been produced in native format should also be provided.  A load file of the ESI should be included with metadata fields to be mutually agreed upon by the parties.

11.     Each request shall be construed independently, and no request shall be viewed as limiting the scope of any other request.

12.     Whenever necessary to bring documents within the scope of these Document Requests that might otherwise be construed to be outside their scope:

      i.      the use of a verb in any tense shall be construed as the use of that verb in all other tenses;

      ii.     the use of a word in its singular form shall be deemed to include within its use the plural form as well;

      iii.    unless otherwise stated explicitly herein with regard to a particular Document Request, each Document Request shall be construed independently and not with reference to any other Document Request for the purpose of limitation. The use of the singular form of any word includes the plural and vice versa. The past tense shall include the present tense and vice versa;

      iv.    the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of a Document Request all documents that might otherwise be construed to be outside its scope;

      v.     the use of any capitalized word shall include the same word uncapitalized, and the use of any uncapitalized word shall include the same word capitalized; and

      vi.    the terms "all" and "each" shall be construed as all and each.

## **DOCUMENTS REQUESTED**

1.      All Documents and Communications between You and Defendant that refer or relate to Ms. Pete.

2.      All Documents and Communications between You and Sonstar Peterson that refer or relate to Defendant.

3.      All Documents and Communications between You and Daystar Peterson that refer or relate to Defendant.

4.      All Documents and Communications that refer or relate to any Payments and/or Items of Value given to Defendant.

5.      All Documents and Communications that refer or relate to any Payments and/or Items of Value given to Defendant's Family.

Dated: July 2, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Marie Hayrapetian

Olga Vieria (Fla. Bar No. 29783)
Daniel L. Humphrey (Fla. Bar No. 1024695)
olgavieira@quinnemanuel.com
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Robert Schwartz (pro hac vice)
Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
Julian T. Schoen (pro hac vice)
robertschwartz@quinnemanuel.com
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
julianschoen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiff Megan Pete*

# EXHIBIT 118

Case 1:24-cv-24228-CMA   Document 124-1   Entered on FLSD Docket 08/28/2025   Page 530 of
549
Case 1:24-cv-24228-CMA   Document 40   Entered on FLSD Docket 02/24/2025   Page 1 of 20

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24228-CIV-ALTONAGA**

**MEGAN PETE**,

     Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/



**ORDER**

THIS CAUSE came before the Court on the Joint Motion for Entry of Stipulated Protective Order [ECF No. 39]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1.    PURPOSES AND LIMITATIONS

Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. Accordingly, the parties, by and through their undersigned counsel, having met and conferred, hereby stipulate to and petition the court to enter the following Stipulated Protective Order (the "Order").

The parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles. The parties further acknowledge, as set forth in Section 12.3, below, that the procedures for filing any Protected Material, as defined herein, shall be

Case 1:24-cv-24228-CMA Document 124-1 Entered on FLSD Docket 08/28/2025 Page 531 of
Case 1:24-cv-24228-CMA Document 40 Entered on FLSD Docket 02/24/2025 Page 2 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

governed by S.D. Fla. Local Rule 5.4 sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal.

2. DEFINITIONS

2.1 Challenging Party: a Party or Non-Party that challenges the designation of information or items under this Order.

2.2 "CONFIDENTIAL" Information or Items: information (regardless of how it is generated, stored or maintained) or tangible things, shall include any non-public, sensitive business proprietary, or sensitive personal information (including personal financial information), including electronically stored information, documents subject to a separate confidentiality obligation owed by a Producing Entity to a third party; or other information, or which the Producing Entity otherwise believes in good faith to be entitled to protection under Florida or federal law.

2.3 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items: Extremely sensitive "Confidential Information or Items" (regardless of how it is generated, stored or maintained), including electronically stored information, that a designating party believes in good faith to consist of highly proprietary business, strategic, proprietary, financial commercially sensitive business information, or medical information, or information subject to confidentiality restrictions, trade secrets, or other similar information that is substantially likely to cause injury to the commercial, financial, strategic, or business interests of such producing party or its employees, customers, or clients if disclosed.

2.4 Counsel (without qualifier): Outside Counsel of Record (as well as their support staff).

2

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 532 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 3 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

2.5    Designating Party: a Party or Non-Party that designates information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL" Or "HIGHLY CONFIDENTIAL."

2.6    Disclosure or Discovery Material: all items or information, regardless of the medium or manner in which it is generated, stored, or maintained (including, among other things, testimony, transcripts, and tangible things), that are produced or generated in disclosures or responses to discovery in this matter.

2.7    Expert: a person with specialized knowledge or experience in a matter pertinent to the litigation who has been retained by a Party or its counsel to serve as an expert witness or as a consultant in this action.

2.8    Non-Party: any natural person, partnership, corporation, association, or other legal entity not named as a Party to this action.

2.9    Outside Counsel of Record: attorneys who are not employees of a party to this action but are retained to represent or advise a party to this action and have appeared in this action on behalf of that party or are affiliated with a law firm which has appeared on behalf of that party.

2.10   Party: any party to this action, consultants, retained experts, and Outside Counsel of Record (and their support staffs).

2.11   Personally Identifiable Information: Customer names, Social Security numbers, account numbers, telephone numbers, mailing addresses, and email addresses.

2.12   Producing Party: a Party or Non-Party that produces Disclosure or Discovery Material in this action.

Case 1:24-cv-24228-CMA   Document 124-1   Entered on FLSD Docket 08/28/2025   Page 533 of
Case 1:24-cv-24228-CMA   Document 40   Entered on FLSD Docket 02/24/2025   Page 4 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

2.13    Professional Vendors:  persons or entities that provide litigation support services (e.g., photocopying, videotaping, translating, preparing exhibits or demonstrations, and organizing, storing, or retrieving data in any form or medium) and their employees and subcontractors.

2.14    Protected Material:  any Disclosure or Discovery Material that is designated as "CONFIDENTIAL" Or "HIGHLY CONFIDENTIAL."

2.15    Receiving Party:  a Party that receives Disclosure or Discovery Material from a Producing Party.

3.    SCOPE

The protections conferred by this Stipulation and Order cover not only Protected Material (as defined above), but also (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material. However, the protections conferred by this Stipulation and Order do not cover the following information: (a) any information that is in the public domain at the time of disclosure to a Receiving Party or becomes part of the public domain after its disclosure to a Receiving Party as a result of publication not involving a violation of this Order, including becoming part of the public record through trial or otherwise; and (b) any information known to the Receiving Party prior to the disclosure or obtained by the Receiving Party after the disclosure from a source who obtained the information lawfully and under no obligation of confidentiality to the Designating Party. Any use of Protected Material at trial shall be governed by a separate agreement or order.

4

Case 1:24-cv-24228-CMA Document 124-1 Entered on FLSD Docket 08/28/2025 Page 534 of
Case 1:24-cv-24228-CMA Document 40 Entered on FLSD Docket 02/24/2025 Page 5 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

4.    DURATION

Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until a Designating Party agrees otherwise in writing or a court order otherwise directs. Final disposition shall be deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law.

5.    DESIGNATING PROTECTED MATERIAL

5.1    Exercise of Restraint and Care in Designating Material for Protection. Each Party or Non-Party that designates information or items for protection under this Order must take care to limit any such designation to specific material that qualifies under the appropriate standards. To the extent it is practicable to do so, the Designating Party must designate for protection only those parts of material, documents, items, or oral or written communications that qualify – so that other portions of the material, documents, items, or communications for which protection is not warranted are not swept unjustifiably within the ambit of this Order.

Designations that are shown to be clearly unjustified or that have been made for an improper purpose (e.g., to unnecessarily encumber or retard the case development process or to impose unnecessary expenses and burdens on other parties) may expose the Designating Party to sanctions pursuant to applicable law.

If it comes to a Designating Party's attention that information or items that it designated for protection do not qualify for protection, that Designating Party must promptly notify all other Parties that it is withdrawing the mistaken designation.

5

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 535 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 6 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

5.2     Manner and Timing of Designations.  Except as otherwise provided in this Order
(see, e.g., second paragraph of section 5.2(a) below), or as otherwise stipulated or ordered,
Disclosure or Discovery Material that qualifies for protection under this Order must be clearly so
designated before the material is disclosed or produced.

Designation in conformity with this Order requires:

5.2.1   For information in documentary form (e.g., paper or electronic documents,
but excluding transcripts of depositions or other pretrial or trial proceedings), that the
Producing Party affix the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL"
to each page that contains protected material except as otherwise set forth in other orders
adopted in this Action.  If only a portion or portions of the material on a page qualifies
for protection, the Producing Party also must clearly identify the protected portion(s)
(e.g., by making appropriate markings in the margins).

A Party or Non-Party that makes original documents or materials available for
inspection need not designate them for protection until after the inspecting Party has
indicated which material it would like copied and produced.  During the inspection and
before the designation, all of the material made available for inspection shall be deemed
"CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" as determined by the Producing
Party.  After the receiving Party has identified the documents it wants copied and
produced, the Producing Party must determine which documents, or portions thereof,
qualify for protection under this Order.  Then, before producing the specified documents,
the Producing Party must affix the "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL"
legend to each page that contains Protected Material.  If only a portion or portions of the

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 536 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 7 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

material on a page qualifies for protection, the Producing Party also must clearly identify the protected portion(s) (e.g., by making appropriate markings in the margins).

5.2.2 All deposition testimony shall presumptively be treated as HIGHLY CONFIDENTIAL and subject to this Stipulation during the deposition and for a period of thirty (30) calendar days after a final transcript of said deposition is received by counsel for each of the parties. For testimony given in a deposition or in other pretrial or trial proceedings the Designating Party shall identify on the record or up to 30 days after a final transcript of the testimony has been received by counsel for each of the parties (or a period otherwise agreed upon) all Protected Material, including specifying whether any portions of the transcript or the entire transcript shall be treated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Notwithstanding any of the foregoing, parties to this Action who are natural persons may attend and observe depositions in this Action.

The use of a document as an exhibit at a deposition shall not in any way affect its designation as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." If, after the 30-day period (or otherwise agreed upon), no Party has designated some or all of the deposition transcript as Protected Material under this Order, the entire deposition, or those portions of the deposition not designated as Protected Material, will no longer be considered confidential. If any party or non-party wishes to use information at a deposition that is designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – any persons who are attending the deposition and who do not fall within one of the categories listed in Section 7.3 of this Stipulation must, upon request, leave the deposition room while such information is being discussed.

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 537 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 8 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

5.2.3   for information produced in some form other than documentary and for any other tangible items, that the Producing Party affix in a prominent place on the exterior of the container or containers in which the information or item is stored the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." If only a portion or portions of the information or item warrant protection, the Producing Party, to the extent practicable, shall identify the protected portion(s).

5.3     Inadvertent Failures to Designate.  If timely corrected, an inadvertent failure to designate qualified information or items does not, standing alone, waive the Designating Party's right to secure protection under this Order for such material.  Upon timely correction of a designation, the Receiving Party must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Order.

6.      CHALLENGING CONFIDENTIALITY DESIGNATIONS

6.1     Timing of Challenges.  Any Party or Non-Party may challenge a designation of confidentiality at any time.  Unless a prompt challenge to a Designating Party's confidentiality designation is necessary to avoid foreseeable, substantial unfairness, unnecessary economic burdens, or a significant disruption or delay of the litigation, a Party does not waive its right to challenge a confidentiality designation by electing not to mount a challenge promptly after the original designation is disclosed.

6.2     Meet and Confer.  The Challenging Party shall initiate the dispute resolution process by providing written notice of each designation it is challenging and describing the basis for each challenge.  To avoid ambiguity as to whether a challenge has been made, the written notice must recite that the challenge to confidentiality is being made in accordance with this specific paragraph of the Protective Order.  The parties shall attempt to resolve each challenge in

8

Case 1:24-cv-24228-CMA Document 124-1 Entered on FLSD Docket 08/28/2025 Page 538 of
Case 1:24-cv-24228-CMA Document 40 Entered on FLSD Docket 02/24/2025 Page 9 of 20
549

good faith and must begin the process by conferring directly (in voice to voice dialogue; other forms of communication are not sufficient) within 14 days of the date of service of notice. In conferring, the Challenging Party must explain the basis for its belief that the confidentiality designation was not proper and must give the Designating Party an opportunity to review the designated material, to reconsider the circumstances, and, if no change in designation is offered, to explain the basis for the chosen designation. A Challenging Party may proceed to the next stage of the challenge process only if it has engaged in this meet and confer process first or establishes that the Designating Party is unwilling to participate in the meet and confer process in a timely manner. Nothing in this paragraph precludes the Parties from agreeing to reasonable extensions at any step of the process described herein.

6.3     Judicial Intervention. If the Parties cannot resolve a challenge without court intervention, the Designating Party shall file and serve a motion to retain confidentiality under the Local Rules within 21 days of the initial notice of challenge or within 14 days of the parties agreeing that the meet and confer process will not resolve their dispute, whichever is earlier, or in the manner designated by the Court's discovery order, including any orders pertaining to discovery challenges entered by a United States Magistrate Judge. Each such motion must be accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed in the preceding paragraph. Failure by the Designating Party to make such a motion including the required declaration within 21 days (or 14 days, if applicable) shall automatically waive the confidentiality designation for each challenged designation. In addition, the Challenging Party may file a motion challenging a confidentiality designation at any time if there is good cause for doing so, including a challenge to the designation of a deposition transcript or any portions thereof. Any motion brought pursuant to

9

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 539 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 10 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

this provision must be accompanied by a competent declaration affirming that the movant has complied with the meet and confer requirements imposed by the preceding paragraph.

6.4     The burden of persuasion in any such challenge proceeding shall be on the Designating Party. Frivolous challenges, and those made for an improper purpose (e.g., to harass or impose unnecessary expenses and burdens on other parties) may expose the Challenging Party to sanctions pursuant to applicable law.  Unless the Designating Party has waived the confidentiality designation by failing to file a motion to retain confidentiality as described above, all parties shall continue to afford the material in question the level of protection to which it is entitled under the Producing Party's designation until the court rules on the challenge.

7.     ACCESS TO AND USE OF PROTECTED MATERIAL

7.1     Basic Principles.  A Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with this case only for prosecuting, defending, or attempting to settle this litigation.  Such Protected Material may be disclosed only to the categories of persons and under the conditions described in this Order. When the litigation has been terminated, a Receiving Party must comply with the provisions of section 13 below (FINAL DISPOSITION).

Protected Material must be stored and maintained by a Receiving Party at a location and in a secure manner that ensures that access is limited to the persons authorized under this Order.

7.2     Disclosure of "CONFIDENTIAL" Information or Items.  Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "CONFIDENTIAL" only to:

10

Case 1:24-cv-24228-CMA Document 124-1 Entered on FLSD Docket 08/28/2025 Page 540 of
Case 1:24-cv-24228-CMA Document 40 Entered on FLSD Docket 02/24/2025 Page 11 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

7.2.1   the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;

7.2.2   the officers, directors, and employees (including House Counsel) of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

7.2.3   Experts (as defined in this Order) of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

7.2.4   the Court, Magistrate Judge and their personnel; and any appellate court or other court (and their personnel) before which the Parties appear in this Action;

7.2.5   court reporters, videographers, and their staff, professional jury or trial consultants, mock jurors, and Professional Vendors to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

7.2.6   during their depositions, witnesses in the action to whom disclosure is reasonably necessary and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), unless otherwise agreed by the Designating Party or ordered by the court. Pages of transcribed deposition testimony or exhibits to depositions that reveal Protected Material must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Stipulated Protective Order.

7.2.7   the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

11

Case 1:24-cv-24228-CMA Document 124-1 Entered on FLSD Docket 08/28/2025 Page 541 of
Case 1:24-cv-24228-CMA Document 40 Entered on FLSD Docket 02/24/2025 Page 12 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

7.2.8   Special masters or discovery referees who may be appointed by the Court;

7.2.9   Mediators or settlement officers, and their supporting personnel, subject to the mutual agreement of the Parties engaged in settlement discussions who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A).

7.2.10 Any other person as to whom the Designating Party has consented to disclosure in advance; and

7.2.11 Such other persons as the Parties may agree or may be ordered by the Court.

7.3   Disclosure of "HIGHLY CONFIDENTIAL" Information or Items.   Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL" only to:

7.3.1   the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation;

7.3.2   Experts (as defined in this Order) of the Receiving Party to whom disclosure is reasonably necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A) unless otherwise agreed in writing by the Designating Party or ordered by the Court;

7.3.3   The Court, Magistrate Judge and their personnel; and any appellate court or other court (and their personnel) before which the Parties appear in this action;

7.3.4   court reporters, videographers, and their staff, professional jury or trial consultants, mock jurors, and Professional Vendors to whom disclosure is reasonably

12

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 542 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 13 of 20

CASE NO. 24-24228-CR-ALTONAGA

necessary for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

7.3.5 during their depositions, witnesses in the action to whom disclosure is reasonably necessary and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), unless otherwise agreed by the Designating Party or ordered by the court. Pages of transcribed deposition testimony or exhibits to depositions that reveal Protected Material must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Stipulated Protective Order.

7.3.6 Special masters or discovery referees who may be appointed by the Court;

7.3.7 Mediators or settlement officers, and their supporting personnel, subject to the mutual agreement of the Parties engaged in settlement discussions, and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A).

7.3.8 the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information.

8. PROTECTED MATERIAL SUBPOENAED OR ORDERED PRODUCED IN OTHER LITIGATION

8.1 If a Party is served with a subpoena or a court order issued in other litigation that compels disclosure of any information or items designated in this action as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" that Party must:

8.1.1 (a) promptly notify in writing the Designating Party. Such notification shall include a copy of the subpoena or court order;

8.1.2 (b) promptly notify in writing the party who caused the subpoena or order to issue in the other litigation that some or all of the material covered by the subpoena or

Case 1:24-cv-24228-CMA Document 124-1 Entered on FLSD Docket 08/28/2025 Page 543 of
Case 1:24-cv-24228-CMA Document 40 Entered on FLSD Docket 02/24/2025 Page 14 of 20
549

order is subject to this Protective Order. Such notification shall include a copy of this Stipulated Protective Order; and

8.1.3 (c) cooperate with respect to all reasonable procedures sought to be pursued by the Designating Party whose Protected Material may be affected.

8.2 If the Designating Party timely seeks a protective order, the Party served with the subpoena or court order shall not produce any information designated in this action as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" before a determination by the court from which the subpoena or order issued, unless the Party has obtained the Designating Party's permission. The Designating Party shall bear the burden and expense of seeking protection in that court of its confidential material – and nothing in these provisions should be construed as authorizing or encouraging a Receiving Party in this action to disobey a lawful directive from another court.

9. A NON-PARTY'S PROTECTED MATERIAL SOUGHT TO BE PRODUCED IN THIS LITIGATION

9.1 The terms of this Order are applicable to information produced by a Non-Party in this action and designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." A party may designate as CONFIDENTIAL OR HIGHLY CONFIDENTIAL subject to this Stipulation any document, information, or deposition testimony produced or given by any Non-Party to this case, or any portion thereof. Such information produced by Non-Parties in connection with this Action is protected by the remedies and relief provided by this Order. Nothing in these provisions should be construed as prohibiting a Non-Party from seeking additional protections.

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 544 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 15 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

9.2    In the event that a Party is required, by a valid discovery request, to produce a
Non-Party's confidential information in its possession, and the Party is subject to an agreement
with the Non-Party not to produce the Non-Party's confidential information, then the Party shall:

9.2.1    promptly notify in writing the Requesting Party and the Non-Party that
some or all of the information requested is subject to a confidentiality agreement with a
Non-Party;

9.2.2    promptly provide the Non-Party with a copy of the Stipulated Protective
Order in this litigation, the relevant discovery request(s), and a reasonably specific
description of the information requested; and

9.2.3    make the information requested available for inspection by the Non-Party.

9.2.4    If the Non-Party fails to object or seek a protective order from this court
within 14 days of receiving the notice and accompanying information, the Receiving
Party may produce the Non-Party's confidential information responsive to the discovery
request. If the Non-Party timely seeks a protective order, the Receiving Party shall not
produce any information in its possession or control that is subject to the confidentiality
agreement with the Non-Party before a determination by the court. Absent a court order
to the contrary, the Non-Party shall bear the burden and expense of seeking protection in
this court of its Protected Material.

10.    UNAUTHORIZED DISCLOSURE OF PROTECTED MATERIAL

If a Receiving Party learns that, by inadvertence or otherwise, it has disclosed Protected
Material to any person or in any circumstance not authorized under this Stipulated Protective
Order, the Receiving Party must immediately (a) notify in writing the Designating Party of the
unauthorized disclosures, (b) use its best efforts to retrieve all unauthorized copies of the

15

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 545 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 16 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

Protected Material, (c) inform the person or persons to whom unauthorized disclosures were made of all the terms of this Order, and (d) request such person or persons to execute the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A.

11.    INADVERTENT PRODUCTION OF PRIVILEGED OR OTHERWISE PROTECTED MATERIAL

When a Producing Party gives notice to Receiving Parties that certain inadvertently produced material is subject to a claim of privilege or other protection, the obligations of the Receiving Parties are those set forth in Federal Rule of Civil Procedure 26(b)(5)(B). This provision is not intended to modify whatever procedure may be established in an e-discovery order that provides for production without prior privilege review. Pursuant to Federal Rule of Evidence 502(d) and (e), insofar as the parties reach an agreement on the effect of disclosure of a communication or information covered by the attorney-client privilege or work product protection, the parties may incorporate their agreement in the stipulated protective order submitted to the court.

Any inadvertent production of privileged or otherwise protected material that satisfies Federal Rule of Evidence 502(b) shall not be deemed to have waived the privilege or protection.

12.    MISCELLANEOUS

12.1    Right to Further Relief. Nothing in this Order abridges the right of any person to seek its modification by the court in the future.

12.2    Right to Assert Other Objections. By stipulating to the entry of this Order, no Party is waiving any objections to the production of documents or information on any basis, including, without limitation, the right to object to production of information and/or documents that a Party contends are subject to any confidentiality interest of themselves, or third parties,

16

Case 1:24-cv-24228-CMA Document 124-1 Entered on FLSD Docket 08/28/2025 Page 546 of
Case 1:24-cv-24228-CMA Document 40 Entered on FLSD Docket 02/24/2025 Page 17 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

such that disclosure should be precluded notwithstanding the protections of this Order (e.g., in the event of a contractual confidentiality provision between the Producing Party and a third party or a protective order between parties or nonparties in another case). Similarly, no Party waives any right to object on any ground to use in evidence of any of the material covered by this Order.

12.3 Filing Protected Material. Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this Action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Local Rule 5.4. The extent of Protected Material included within any such proposed filings under seal shall be limited to the particular items of information and/or portions of documents that are reasonably necessary to the filing. Pursuant to Local Rule 5.4, the proposed sealed material shall not be filed unless the Court grants the motion to file under seal. The motion to file under seal shall specify the proposed duration of the requested sealing. If, prior to the issuance of a ruling on the motion to file under seal, the moving party elects or is required to publicly file a pleading, motion, memorandum, or other document that attaches or reveals the content of the proposed sealed material, then the moving party must redact from the public filing all content that is the subject of the motion to file under seal.

12.4 No Effect on Designating Party. This Order shall not apply to and shall not limit in any way any Designating Party's use, disclosure or handling of its own Protected Material. Non-Public, Personally Identifiable Information. Producing Party may partially or wholly redact nonpublic, Personally Identifiable Information from any Disclosure of Discovery Material that may contain it.

17

Case 1:24-cv-24228-CMA  Document 124-1  Entered on FLSD Docket 08/28/2025  Page 547 of
Case 1:24-cv-24228-CMA  Document 40  Entered on FLSD Docket 02/24/2025  Page 18 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

13.    FINAL DISPOSITION

Within 60 days after the final disposition of this action, as defined in paragraph 4, each Receiving Party must return all Protected Material to the Producing Party or destroy such material except as otherwise required by Florida Bar record retention requirements. As used in this subdivision, "all Protected Material" includes all copies, abstracts, compilations, summaries, and any other format reproducing or capturing any of the Protected Material.  Whether the Protected Material is returned or destroyed, the Receiving Party must submit a written certification to the Producing Party (and, if not the same person or entity, to the Designating Party) by the 60 day deadline that (1) identifies (by category, where appropriate) all the Protected Material that was returned or destroyed and (2) affirms that the Receiving Party has not retained any copies, abstracts, compilations, summaries or any other format reproducing or capturing any of the Protected Material. Notwithstanding this provision.  Counsel are entitled to retain an archival copy of all pleadings, motion papers, trial, deposition, and hearing transcripts, legal memoranda, correspondence, deposition and trial exhibits, expert reports, attorney work product, and consultant and expert work product, even if such materials contain Protected Material.  Any such archival copies that contain or constitute Protected Material remain subject to this Protective Order as set forth in Section 4 (DURATION).

**Notwithstanding language to the contrary in this Protective Order, the parties shall comply with the Scheduling Order [ECF No. 17] and its prohibition on filing discovery motions.  Furthermore, the Court does not favor the filing of materials under seal; rather, the parties may redact information they do not wish to have on the public record.**

Case 1:24-cv-24228-CMA   Document 124-1   Entered on FLSD Docket 08/28/2025   Page 548 of
Case 1:24-cv-24228-CMA   Document 40   Entered on FLSD Docket 02/24/2025   Page 19 of 20
549

CASE NO. 24-24228-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 23rd day of February, 2025.

_Cecilia M. Altonaga_

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

19

CASE NO. 24-24228-CR-ALTONAGA

## EXHIBIT A

### ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Southern District of Florida on [date] in the case of _____ [insert formal name of the case and the number and initials assigned to it by the court]. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Southern District of Florida for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

20