# EXHIBIT B

**From:** Michael Hayden
**Sent on:** Wednesday, August 6, 2025 1:41:55 PM
**To:** Dan Humphrey
**Subject:** Re: Conferral Regarding Deposition of C. McDowell

**[EXTERNAL EMAIL from michael@unitethepeople.org]**

Mr. McDowell does not oppose doing a court-supervised deposition and as I said, I would not object to it.
But I must object to the attorney's fees. Mr. McDowell did spend his entire day deposed, 8-9 hours. (Plus QE got to bill for it).

When did you want to meet/confer on this? I do not have any time today. And when is the hearing?

Michael

On Tue, Aug 5, 2025 at 3:48 PM Dan Humphrey <danielhumphrey@quinnemanuel.com> wrote:

> Hi Michael,
>
> As you know, your client's conduct at his recent deposition was beyond reproach. We plan to bring this to the Court's attention at a hearing on July 7, 2025, and seek attorney's fees and a court-monitored continuation of his deposition. Please let us know if you object and if so when you are available to meet and confer tomorrow.
>
> Sincerely,
>
> Dan