# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual,

*Plaintiff,*

Civil Action No. 1:24-cv-24228

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court on Plaintiff's Motion for an Order to Show Cause Why Ceasar McDowell Should Not be Sanctioned for Deposition Misconduct and for Re-Deposition. [ECF No. 124]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 124] is **GRANTED**. Ceasar McDowell is ordered to appear at a Show Cause Hearing to determine whether he should be sanctioned for his conduct at the July 25, 2025 deposition. *See generally* [ECF No. 124-1]. The remote hearing is set for **September 5, 2025, at 3:00 p.m**. FAILURE TO APPEAR AT THE SHOW CAUSE HEARING IN COMPLIANCE WITH THIS ORDER MAY RESULT IN FURTHER SANCTIONS AGAINST MR. MCDOWELL, INCLUDING AN ORDER HOLDING HIM IN CONTEMPT OF COURT.

Mr. McDowell shall be re-deposed no later than **September 22, 2025**. At the Show Cause Hearing, Mr. McDowell and Plaintiff's counsel shall be prepared to propose three dates to the Court on which the deposition can be held. The continuation of Mr. McDowell's deposition shall

occur under my supervision. ***Plaintiff has until September 2, 2025 to file a notice of service showing she served Mr. McDowell with a copy of this Order and her Motion [ECF No. 65] by certified mail and email.***

**DONE AND ORDERED** this 29th day of August, 2025.

                                                       Lisette M. Reid
                                                     United States Magistrate Judge

Copies furnished to: All Counsel of Record