UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual,

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228

## ORDER DENYING MOTION FOR ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court on Plaintiff's Motion for an Order to Show Cause Why Ceasar McDowell Should Not be Sanctioned for Deposition Misconduct and for Re-Deposition. [ECF No. 124]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 124] is **DENIED**. Plaintiff must comply with Federal Rules of Civil Procedure 37 and 45 in seeking relief for non-party discovery as to Mr. McDowell. *See* Fed. R. Civ. P. 37(a)(2) (noting a motion for an order compelling non-party discovery "must be made in the court where the discovery is or will be taken."); *see also* Fed. R. Civ. P. 45(g) ("The court for the district where compliance is required--and also, after a motion is transferred [under Rule 45(f)], the issuing court--may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.").

The Court's initial Order [ECF No. 125] is **WITHDRAWN** and replaced by the instant Order. The undersigned shall hold a Status Conference for the same date and time previously set

for the Show Cause Hearing to determine the status of discovery in this case. All parties shall appear.

**DONE AND ORDERED** this 29th day of August, 2025.

_____
Lisette M. Reid
United States Magistrate Judge

Copies furnished to: All Counsel of Record