# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Plaintiff(s) MEGAN PETE,

v.                                                         Case No. 1:24-cv-24228-CMA

Defendant(s) MILAGRO ELIZABETH COOPER,         _____ Evidentiary
                                                                                ✓ Trial
                                                                                _____ Other

| WITNESS LIST – EXPECTED TO BE CALLED | | | |
|---|---|---|---|
| ✓ Plaintiff _____ Defendant | | | |
| Name | Address | Expected / If Needed / Designation | Date(s) Testified *(Court Only)* |
| 1. Megan Pete | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Expected | |
| 2. Milagro Elizabeth Cooper | c/o Dixon Justice Center & Asilia Law Firm | Expected | |
| 3. Sonstar Peterson | Sherman Oaks, CA | Expected / By Deposition Designation[1] | |
| 4. Amiel K. Holland-Briggs | North Hills, CA | Expected / By Deposition Designation | |
| 5. Dr. Lenore E. Walker | Fort Lauderdale, FL | Expect / Expert Witness | |

---

[1] Plaintiff reserves the right to use any and all portions of the deposition testimony for witnesses who may be presented by deposition designation, at trial, pursuant to Fed. R. Civ. P. 32 and the Federal Rules of Evidence. Plaintiff also reserves the right to identify any such designated testimony at a time closer to trial and/or at the Court's direction.

1

| | WITNESS LIST – EXPECTED TO BE CALLED | | | |
|---|---|---|---|---|
| | ✓ Plaintiff _____ Defendant | | | |
| | **Name** | **Address** | **Expected / If Needed / Designation** | **Date(s) Testified** *(Court Only)* |
| 6. | Daniel Kinney | New York, NY | Expected | |
| 7. | Travis Farris | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Expected | |
| 8. | Marisa Simon | c/o Quinn Emanuel Urquhart & Sullivan, LLP | If Needed | |
| 9. | Lori York | c/o Quinn Emanuel Urquhart & Sullivan, LLP | If Needed | |
| 10 | Nneka Onuorah | c/o Quinn Emanuel Urquhart & Sullivan, LLP | If Needed | |
| 11. | Forensic experts related to late-produced discovery | | If Needed | |
| 12. | Custodial/authenticating Witnesses | | If Needed | |
| 13. | Daystar Peterson | San Luis Obispo | By Deposition Designation | |
| 14. | Caesar McDowell | Long Beach, CA | By Deposition Designation | |
| 15. | Livingston Allen | Morganville, NJ | By Deposition Designation | |
| 16. | Antonio Tolefree | Houston, TX | By Deposition Designation | |

| | |
|---|---|
| Dated: Miami, Florida<br>September 5, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: */s/ John O'Sullivan*<br>John O'Sullivan (Fla. Bar No. 143154)<br>Daniel L. Humphrey (Fla. Bar No. 1024695)<br>johnosullivan@quinnemanuel.com<br>danielhumphrey@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>2601 South Bayshore Drive, Suite 1500<br>Miami, FL 33133<br>(305) 402-4880<br><br>Mari F. Henderson (pro hac vice)<br>Marie Hayrapetian (pro hac vice)<br>Bomie Lee (pro hac vice)<br>Julian T. Schoen (pro hac vice)<br>marihenderson@quinnemanuel.com<br>mariehayrapetian@quinnemanuel.com<br>bomielee@quinnemanuel.com<br>julianschoen@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>(213) 443 3000<br><br>Joanna E. Menillo<br>joannamenillo@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 Fifth Avenue<br>New York, New York 10016<br>(212) 849-7000<br><br>*Attorneys for Plaintiff Megan Pete* |