# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Plaintiff(s)  MEGAN PETE,

v.                                             Case No. 1:24-cv-24228-CMA

Defendant(s) MILAGRO ELIZABETH COOPER,              _____ Evidentiary
                                                    ✓ Trial
                                                    _____ Other

## WITNESS LIST

_____ **Plaintiff**   ✓ **Defendant**

|    | Name | Subject and Brief Description of Testimony | Date(s) Testified *(Court Only)* |
|----|------|---------------------------------------------|----------------------------------|
| 1. | Ryan Stogner | | |
| 2. | Carl Crawford | | |
| 3. | Kelsey Harris | | |
| 4. | Jason Lee | | |
| 5. | Chelsea | | |
| 6. | Livingston Allen | | |
| 7. | Joseph Budden II | | |
| 8. | Michelle Shore | | |
| 9. | Daystar Peterson | | |

Case No. _____   Page_____of_____Pages

| | **WITNESS LIST – CONTINUATION SHEET** | | |
|---|---|---|---|
| | _____ **Plaintiff**    ✓ **Defendant** | | |
| | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
| 10. | Sonstar Peterson | | |
| 11. | Kylie Jenner | | |
| 12. | Alison Givens | | |
| 13. | Dr. Anthony Loffredo | | |
| 14. | Desiree Perez | | |
| 15. | Dr. Milton Little | | |