UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

Civil Action No. 1:24-cv-24228-CMA

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

## ORDER FOLLOWING DISCOVERY HEARING

**THIS CAUSE** is before the Court on the Court's Notice of Hearing [ECF No. 128], upon which the undersigned held a hearing on September 5, 2025 via Zoom, [ECF No. 130]. At the hearing, Plaintiff Megan Pete's ("Plaintiff") counsel made an *ore tenus* motion for a continued deposition of Defendant Milagro Cooper ("Defendant"). The Court having heard argument from counsel at the hearing and being otherwise advised, hereby **ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Accordingly:

1. Defendant shall sit for an additional deposition (the "Continued Deposition") at a date and time to be agreed to by the Parties;

2. Plaintiff shall be entitled to hold the Continued Deposition in person in Houston, Texas, unless another location is agreed to by the Parties;

3. The Continued Deposition shall not exceed two hours in length, with time calculated pursuant to the Federal Rules of Civil Procedure;

4. The Continued Deposition shall be limited to those topics and documents that were revealed by the production of evidence at or after Defendant's deposition on July 21, 2025.

**DONE AND ORDERED** this 9th day of September, 2025

_____
**U.S. Magistrate Judge Lisette M. Reid**

Copies furnished to: All Counsel of Record