UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-24228

MEGAN PETE,

    Plaintiff,

vs.

MILAGRO ELIZABETH COOPER,

    Defendant.

_____/

**NOTICE OF LIMITED APPEARANCE ON BEHALF OF DEFENDANT**

Please take notice that BRADFORD M. COHEN, ESQ., for the law firm of Cohen & McMullen, P.A., hereby files this Limited Notice of Appearance on behalf of Non-Party, ADIN DAVID ROSS ("Ross"), in the above-styled action for the limited purpose of filing Ross's Motion to Quash Subpoena and Motion for Protective Order, and any hearing on and additional filings related thereto. Copies of all pleadings, notices, and correspondence regarding this matter are requested to be served on the undersigned utilizing the email addresses stated in the signature block.

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF portal in compliance with the Local Rules on September 16, 2025.

                                                **COHEN & MCMULLEN, P.A.**
Counsel for Adin Ross, Non-Party
1132 SE 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone:  (954) 523-7774
Facsimile: (954) 523-2656
Email: service@floridajusticefirm.com

By:    /S/ Bradford M. Cohen, Esq.
      BRADFORD M. COHEN, ESQ.
      Florida Bar Number: 118176