UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 24-CIV-24228-ALTONAGA

**MEGAN PETE**

    *Plaintiff*,

v.

**MILAGRO ELIZABETH COOPER**,

    *Defendant*.

_____/

## DECLARATION OF ADIN ROSS IN SUPPORT OF MOTION TO QUASH

I, Adin Ross, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I reside within the jurisdiction of the Southern District of Florida.

2. On or about August 28, 2025, I became aware that Plaintiff sent a mariachi band to perform on my property, specifically in my front yard, at my home in Davie, Florida.

3. While the mariachi band was performing on my property, a security officer—who does not reside with me and is not authorized to accept legal documents on my behalf—went outside to request that the band leave the premises.

4. At that time, an individual acting on Plaintiff's behalf handed the subpoena for deposition and document production to the security officer, rather than to me personally.

5. I did not receive the subpoena directly, and my security officer is not otherwise authorized, under any agreement or legal arrangement, to accept service or legal process for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2025, in Davie, Florida.

*Adin Ross*
_____
Adin Ross