UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. Accordingly, it is

**ORDERED** as follows:

1. This case is set for a pretrial conference beginning at 9:30 a.m. on October 30, 2025. **The parties and their counsel must be present.** Counsel shall be prepared to address the following:

    (a) Any and all objections to trial exhibits, in order to have trial exhibits pre-marked and pre-admitted for the trial commencing the week of November 17, 2025;

    (b) Any objections to proposed jury instructions, so that the jury instructions are finalized prior to the start of trial; and

    (c) Any objections to anticipated witness testimony, including deposition designations, to minimize interruptions at trial.

2. Prior to the pretrial conference, the parties *must confer* in a good faith effort to reach agreement on outstanding issues.

CASE NO. 24-24228-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record