UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Milagro Elizabeth Cooper's Amended Motion for Continuance [ECF No. 157], filed on October 28, 2025. Defense counsel has failed to certify that he conferred or made reasonable efforts to confer with Plaintiff before filing the Motion, as is required by Local Rule 7.1(a)(2) of the U.S. District Court for the Southern District of Florida. Therefore, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 157]** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record