UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

      Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

      Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court at an initial pretrial conference (*see* Min. Entry [ECF No. 165]). For the reasons discussed, it is **ORDERED** as follows:

1. This case is set for a second pretrial conference beginning at 11:00 a.m. on November 10, 2025. **Counsel must be present in the courtroom; the parties are excused.** Counsel shall be prepared to address the following:

    (a) Any and all objections to trial exhibits, in order to have trial exhibits pre-marked and pre-admitted for the trial commencing the week of November 17, 2025;

    (b) Any objections to proposed jury instructions, so that the jury instructions are finalized prior to the start of trial; and

    (c) Any objections to anticipated witness testimony, including deposition designations, to minimize interruptions at trial.

2. Prior to the pretrial conference, counsel for the parties *must confer* in a good faith effort to reach agreement on outstanding issues.

CASE NO. 24-24228-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 30th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record