UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-24228-CIV-ALTONAGA/Reid**

MEGAN PETE, an individual,

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

_____

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff Megan Pete ("Plaintiff") by and through undersigned counsel and pursuant to the Court's Order Providing Instructions for Jury Trial (D.E. 149), respectfully submits the following proposed questions for *voir dire* and requests that, to the extent possible, they be included on the written questionnaire provided to jurors:

1. Have you heard of Plaintiff Megan Pete, professionally known as Megan Thee Stallion, before today? If so, do you have any opinions, positive or negative, about her as a person or as an entertainer?

2. Have you heard of Defendant Milagro Cooper, also known by her internet handles as Milagro Gramz or Mobz World, before today? If so, do you have any opinions, positive or negative, about her as a person or as an internet personality?

3. Have you heard of Daystar Peterson, professionally known as Tory Lanez, before today? If so, do you have any opinions, positive or negative, about him as a person or as an entertainer?

1

4. Are you aware of the criminal trial where Tory Lanez was convicted of shooting Megan Thee Stallion? If so, do you have any opinions, positive or negative, about the outcome of that case?

5. Have you read or seen any articles, stories or social media posts about this lawsuit?

6. Could you be impartial in your decision-making in a case involving a celebrity plaintiff, either for or against them?

7. Have you ever been involved in a lawsuit involving claims of defamation, infliction of emotional distress, or promotion of an altered sexual depiction, either as a party or a witness? If so, please describe what happened and how the situation was resolved.

8. Have you ever made a complaint regarding someone saying something untrue or false about you? If so, please describe what happened and how the situation was resolved.

9. From which source or sources do you get your news, including social media platforms?

| | |
|---|---|
| Dated: November 9, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>*/s/ Daniel L. Humphrey*<br>John O'Sullivan (Fla. Bar No. 143154)<br>Daniel L. Humphrey (Fla. Bar No. 1024695)<br>johnosullivan@quinnemanuel.com<br>danielhumphrey@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>2601 S. Bayshore Dr., Suite 1500<br>Miami, FL 33133<br>(305) 402-4880<br><br>Mari F. Henderson (pro hac vice)<br>Marie Hayrapetian (pro hac vice)<br>marihenderson@quinnemanuel.com<br>mariehayrapetian@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>(213) 443-3000<br><br>*Attorneys for Plaintiff Megan Pete* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9 November 2025, I caused a true and correct copy of this Exhibit List to be filed using CM/ECF which caused a true and correct copy of the same to be served on all counsel of record.

| | |
|---|---|
| Dated: November 9, 2025 | */s/ Daniel L. Humphrey*<br>John O'Sullivan |