UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-24228-CIV-ALTONAGA

MEGAN PETE, an individual

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

    *Defendant.*

_____/

## DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL

Comes now, the Defendant, Milagro Elizabeth Cooper, by and through undesigned counsel, and files this unopposed motion to continue the upcoming trial during the trial period of November 17, 2025 to November 28, 2025, and in support thereof states the following:

1. This case is currently scheduled for a trial to commence on November 17, 2025.

2. The Defense requests the trial commence on November 18, 2025, due to conflicts with undersigned counsel's schedule.

3. Undersigned counsel has a sentencing hearing in the Northern District of Florida on November 17, 2025, that has already been continued once.

4. Undersigned counsel, in good faith and without unnecessary delay, requests that this trial be adjourned until November 18, 2025.

5. Undersigned has attempted to confer with Plaintiff's counsel and has not received a response.

## CONCLUSION

WHEREFORE, Ms. Cooper respectfully requests that this Court grant this Motion for Continuance of the upcoming trial.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Prior to filing this motion, the undersigned has attempted to confer with Plaintiff's counsel, in good faith, on November 5, 2025, and has not received a response.

**Respectfully submitted,**

/s/ Jeremy McLymont, Esq.
AsiliA Law Firm, P.A.
33 SW 2nd Ave. Ste. 1100
Miami, FL 33130
Tel. (786) 420.3014
Jeremy@asilialaw.com
Florida Bar No.1010776
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jeremy McLymont
Jeremy McLymont, Esq.

Florida Bar No. 1010776