UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Plaintiff(s) MEGAN PETE,

v.                                                            Case No. 1:24-cv-24228-CMA

Defendant(s) MILAGRO ELIZABETH COOPER,          _____ Evidentiary
                                                              ✓ Trial
                                                              _____ Other

| WITNESS LIST – EXPECTED TO BE CALLED | | | |
|---|---|---|---|
| ✓ Plaintiff   _____ Defendant | | | |
| Name | Address | Expected / If Needed / Designation | Date(s) Testified *(Court Only)* |
| 1. Megan Pete | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Expected | |
| 2. Milagro Elizabeth Cooper | c/o Dixon Justice Center & Asilia Law Firm | Expected | |
| 3. Sonstar Peterson | | By Deposition Designation | |
| 4. Amiel Holland-Briggs | | Expected | |
| 5. Dr. Lenore E. Walker | | Expected / Expert Witness | |
| 6. Daniel Kinney | | Expected | |

1

|     |                   |   |                             |   |
|-----|-------------------|---|-----------------------------|---|
| 7.  | Travis Farris     |   | Expected                    |   |
| 8.  | Sean McDermott    |   | Expected                    |   |
| 9.  | Daystar Peterson  |   | By Deposition Designation   |   |
| 10. | Caesar McDowell   |   | By Deposition Designation   |   |
| 11. | Livingston Allen  |   | By Deposition Designation   |   |
| 12. | Antonio Tolefree  |   | By Deposition Designation   |   |
| 13. | Adin Ross         |   | By Deposition Designation   |   |

Dated: November 13, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *Daniel L. Humphrey*
John O'Sullivan (Fla. Bar No. 143154)
Daniel L. Humphrey (Fla. Bar No. 1024695)
johnosullivan@quinnemanuel.com
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
Bomie Lee (pro hac vice)
Julian T. Schoen (pro hac vice)
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
bomielee@quinnemanuel.com
julianschoen@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443 3000

Joanna E. Menillo (pro hac vice)
joannamenillo@quinnemanuel.com
Stephanie Kelemen (pro hac vice)
stephaniekelemen@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

*Attorneys for Plaintiff Megan Pete*