UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual,

*Plaintiff,*

v.

Civil Action No. 1:24-CV-24228-CMA

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

_____

**JOINT [PROPOSED] VERDICT FORM**

Pursuant to the Court's Amended Case Management and Scheduling Order (ECF 62), Plaintiff Megan Pete ("Ms. Pete") and Defendant Milagro Cooper ("Ms. Cooper") respectfully submits their proposed verdict form.

The parties respectfully reserve the right to amend their proposed verdict form prior to the time it is given to the jury, depending on the evidence received at trial, the Court's rulings, or any other factors that preclude a definitive submission at this time.

Dated:  Miami, FL
          November 14, 2025

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ASILIA LAW, PC |
| */s/ Daniel Humphrey* | */s/ Jeremy Alexander McLymont* |
| John O'Sullivan (Fla. Bar No. 143154)<br>Daniel L. Humphrey (Fla. Bar No. 1024695)<br>johnosullivan@quinnemanuel.com<br>danielhumphrey@quinnemanuel.com<br>2601 South Bayshore Drive, Suite 1500<br>Miami, FL 33133<br>(305) 402-4880 | Jeremy Alexander McLymont (Fla. Bar No. 1010776)<br>jeremy@asilialaw.com<br>33 SW 2nd Avenue, Suite 1100<br>Miami, FL 33130<br>(786) 420-3014 |
| Mari F. Henderson (pro hac vice)<br>Marie Hayrapetian (pro hac vice)<br>Bomie Lee (pro hac vice)<br>Julian T. Schoen (pro hac vice)<br>marihenderson@quinnemanuel.com<br>mariehayrapetian@quinnemanuel.com<br>bomielee@quinnemanuel.com<br>julianschoen@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000 | DIXON JUSTICE CENTER, APC<br>Ronda Dixon (pro hac vice)<br>ronda@dixonjusticecenter.com<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230<br>(323) 641-2731<br><br>*Attorneys for Defendant Milagro Elizabeth Cooper* |
| Joanna E. Menillo (pro hac vice)<br>joannamenillo@quinnemanuel.com<br>295 Fifth Avenue<br>New York, NY 10016<br>(212) 849-7000 | |
| *Attorneys for Plaintiff Megan Pete* | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE, an individual,

*Plaintiff,*

v.                                                             Civil Action No. 1:24-CV-24228-CMA

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

---

**JOINT [PROPOSED] VERDICT FORM**

In answering the following questions and filling out this Verdict Form, you are to follow the Court's Final Instructions to the Jury and any instructions provided in this Verdict Form. Your answer to each of the following must be unanimous.

We, the jury, unanimously answer the questions submitted to us as follows:

3

I. **MS. PETE'S CLAIMS**

**COUNT ONE: DEFAMATION *PER SE***

**Question 1:** Do you find, by a preponderance of the evidence, that Ms. Cooper defamed Ms. Pete by accusing Ms. Pete of perjury—a felony—by lying under oath in a criminal trial?

Yes \_\_\_\_\_              No \_\_\_\_\_

*Regardless of whether your answer is "Yes" or "No," proceed to "Count Two: Promotion of An Altered Sexual Depiction."*

## **COUNT TWO: PROMOTION OF AN ALTERED SEXUAL DEPICTION**

**Question 2:** Do you find, by a preponderance of the evidence, that Ms. Cooper willfully and maliciously promoted, without Ms. Pete's consent, a visual depiction of Ms. Pete that she knew or reasonably should have known was an altered sexual depiction?

Yes \_\_\_\_\_          No \_\_\_\_\_

*Regardless of whether your answer is "Yes" or "No," proceed to "Count Three: Intentional Infliction of Emotional Distress."*

## **COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**Question 3:** Do you find, by a preponderance of the evidence, that Ms. Cooper intentionally or recklessly engaged in extreme and outrageous conduct toward Ms. Pete?

Yes _____          No _____

*If your answer is "Yes," proceed to the next question. If your answer is "No," skip the remaining question under "Count Three: Intentional Infliction of Emotional Distress," and proceed to "Damages."*

**Question 4:** Do you find, by a preponderance of the evidence, that Ms. Pete suffered severe emotional distress as a result of Ms. Cooper's extreme and outrageous conduct?

Yes _____          No _____

## **DAMAGES**

*If you answered "Yes" to Question 1, Question 2, or Questions 3 & 4, proceed to the next question. If your answer is "No," skip the questions under "Damages," and sign the Verdict Form.*

**Question 5:** Do you find, by a preponderance of the evidence, that Ms. Pete should be awarded compensatory damages against Ms. Cooper?

Yes \_\_\_\_\_           No \_\_\_\_\_

If your answer is "Yes," in what amount: _____

*If you answered "No" to Question 5, proceed to the Question 6. If you answered "Yes" to Question 5, skip Question 6 and proceed to Question 7.*

**Question 6:** If you found that Ms. Pete is not entitled to compensatory damages, do you find, by a preponderance of the evidence, that Ms. Pete should be awarded nominal damages against Ms. Cooper?

Yes \_\_\_\_\_           No \_\_\_\_\_

If your answer is "Yes," in what amount: _____

*Regardless of whether your answer is "Yes" or "No," proceed to the next question.*

**Question 7:** Do you find, by clear and convincing evidence, that punitive damages are warranted against Ms. Cooper on Ms. Pete's defamation and/or intentional infliction of emotional distress claims?

Yes \_\_\_\_\_           No \_\_\_\_\_

If your answer is "Yes," in what amount: _____

Signed: _____
            Presiding Juror

Dated: _____

You are finished.  Please ensure the Verdict Form accurately reflects your unanimous decisions.  Once signed by the Jury Foreperson, please notify the Court's Clerk that you have reached a verdict.  The Jury Foreperson should maintain possession of this Verdict Form and bring it when the jury is brought back into the Courtroom.