**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-CV-24228-CMA**

**MEGAN PETE, an individual**

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER, an individual**

    Defendant.

_____/

## JOINT EXHIBIT LIST

By stating specific objections to exhibits, the parties do not alleviate their responsibility to introduce and meet admissibility requirements with respect to any exhibit. The parties may abbreviate objections as needed. The number in the "Exhibit Number" column must indicate the pre-marked identification label (*e.g.*, P-1 or D-1).

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-002 | Milagro Cooper's Text Messages to Amiel Holland-Briggs Regarding Sonstar Peterson's Call | | | | 10/30/2025 |
| J-003 | Stationhead Post by Amiel Holland-Briggs - Audio Excerpt (June 22, 2022 (Transcript Available) | | | | 10/30/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-011 | Milagro Cooper's Tweet on @MobzWorld (June 8, 2024) | DEF MG - 000007 | | | 10/30/2025 |
| J-013 | Milagro Cooper's WhatsApp Messages & iMessages with Sonstar Peterson | DEF MG - 000206-214 | | | 10/30/2025 |
| J-014 | Criminal Protective Order Against Daystar Peterson (October 13, 2020) | | | | 10/30/2025 |
| J-015 | Milagro Cooper's Tweet on @MilagroGramz_ (March 12, 2022) Milagro Cooper's Instagram Post on @mobz_world (Around March 12, 2022) Milagro Cooper's Instagram Post on @mobz_world (Around March 12, 2022) Screenshot of "Tory Lanez - CAP [Official Music Video]" | Pete_0002165; Pete_0002173; Pete_0002176; | | | 10/30/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-017 | Milagro Cooper's iMessages with Sonstar Peterson | DEF MG - 000215-226 | | | 10/30/2025 |
| J-018 | Milagro Cooper's Potential Interview Questions to Sonstar Peterson (September 28, 2020) | Sonstar Peterson's Production (No Bates) | | | 10/30/2025 |
| J-019 | Milagro Cooper's Email to Sonstar Peterson (November 25, 2022) | Defendant's Production (No Bates) | | | 10/30/2025 |
| J-021 | Instagram Post by @theshaderoom on Sonstar Peterson's Response to Daystar Peterson's Conviction | | | | 10/30/2025 |
| J-024 | Milagro Cooper's Instagram Post on @milagro_gramz & Photos of Milagro Cooper, Sonstar Peterson, and Daystar Peterson | | | | 10/30/2025 |
| J-025 | Milagro Cooper's Livestream - Audio Excerpt (Transcript Available) | Pete_0002953 | | | 10/30/2025 |
| J-027 | Milagro Cooper's Tweet | Pete_0002207 | | | 10/30/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | on @MobzWorld (December 24, 2023) | | | | |
| J-028 | Milagro Cooper's Livestream on Daystar Peterson's Trial - Audio Excerpt (December 19, 2022) (Transcript Available) | Pete_0000927 Excerpt | | | 10/30/2025 |
| J-029 | Milagro Cooper's Livestream - Audio Excerpt (June 22, 2023) (Transcript Available) | Pete_0002381 | | | 10/30/2025 |
| J-030 | Milagro Cooper's Tweet on @MobzWorld (June 8, 2024) | FTI_DEF0013816 | | | 10/30/2025 |
| J-031 | Milagro Cooper's Tweet on @MobzWorld (June 8, 2024) | DEF MG – 000005 | | | 10/30/2025 |
| J-032 | Defendant's Responses to Interrogatories | | | | 10/30/2025 |
| J-033 | Screenshot of Instagram Direct Message from LV Don X Paris Regarding Deepfake Video | DEF MG – 000494 | | | 10/30/2025 |
| J-034 | Milagro Cooper's Livestream on "First | Defendant's Production (No Bates) | | | 10/30/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Impression" of Deepfake Video - Audio Excerpt (June 8, 2024) (Transcript Available) |  |  |  |  |
| J-036 | Milagro Cooper's Tweet "Go to my likes" on @MobzWorld as Reposted on @mizzinformation (June 8, 2024) | Pete_0002425 |  |  | 10/30/2025 |
| J-037 | Milagro Cooper's Livestream - Audio Excerpt (November 19, 2024) (Transcript Available) | Pete_0001760 — Excerpt #2 |  |  | 11/10/2025 |
| J-038 | Milagro Cooper's Tweet on @MobzWorld (August 7, 2024) | Pete_0002293 |  |  | 11/10/2025 |
| J-039 | X-Ray Images of Megan Pete's Feet (Exhibit at Daystar Peterson's Criminal Trial) |  |  |  | 11/10/2025 |
| J-040 | Daystar Peterson's Criminal Trial Exhibit - Megan Pete's Operative Report |  |  |  | 11/10/2025 |
| J-041 | Milagro Cooper's | Excerpts #1 - of |  |  | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Livestream - Audio Excerpt (October 28, 2024) (Transcript Available) | Pete_0001620 |  |  |  |
| J-046 | Screenshot of Recently Deleted Messages with Sonstar Peterson & Others | FTI_DEF0014629 |  |  | 11/10/2025 |
| J-047 | Milagro Cooper's Instagram Direct Message with Tory Lanez | FTI_DEF0007907 |  |  | 11/10/2025 |
| J-048 | Milagro Cooper's Instagram Direct Message with Sonstar Peterson | FTI_DEF0007906 |  |  | 11/10/2025 |
| J-049 | Milagro Cooper's Instagram Direct Message with Daystar Peterson | DEF MG – 000201 |  |  | 11/10/2025 |
| J-050 | Milagro Cooper's iMessage with Daystar Peterson (December 22,2022) | FTI_DEF0000508 |  |  | 11/10/2025 |
| J-053 | Milagro Cooper's Livestream - Audio Excerpt (October 12, 2024) (Transcript | Pete_0001453 |  |  | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Available) | | | | |
| J-062 | Milagro Cooper's Livestream - Audio Excerpt (July 5, 2024) (Transcript Available) | Pete_00001167 Excerpt | | | 11/10/2025 |
| J-078 | Milagro Cooper's Livestream - Audio Excerpt (April 15, 2025) (Transcript Available) | | | | 11/10/2025 |
| J-091 | Milagro Cooper's Tweets on @MilagroGramz (February 23, 2022) | Pete_0002254 | | | 11/10/2025 |
| J-094 | Screenshot of Milagro Cooper's Recently Deleted Text Messages with Sonstar Peterson & Metadata | | | | 11/10/2025 |
| J-096 | FTI iPhone SMS Row Analysis (July 9, 2025) | | | | 11/10/2025 |
| J-097 | FTI iPhone SMS Row Analysis (July 31, 2025) | | | | 11/10/2025 |
| J-099 | Milagro Cooper's Texts with Sonstar Peterson (December 22, 2022) | FTI_DEF0000830 | | | 11/10/2025 |
| J-100 | Milagro Cooper's Texts | FTI_DEF0000903 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | with Sonstar Peterson (October 30, 2024) | | | | |
| J-106 | Unite the People's Press Statement (October 31, 2024) | Pete_0002324 | | | 11/10/2025 |
| J-110 | AT&T Records with Declaration Produced on March 28, 2025 | Third-Party Production (No Bates) | | | 11/10/2025 |
| J-111 | AT&T Records with Declaration Produced on April 2, 2025 | Third-Party Production (No Bates) | | | 11/10/2025 |
| J-113 | Block Certification of Cash App Records with Native Spreadsheets for Mob Radio, Milagro Gramz & Sally Sue Accounts | Third-Party Production (No Bates) | | | 11/10/2025 |
| J-114 | Zelle Records with Declaration Produced on December 1, 2024 | Third-Party Production (No Bates) | | | 11/10/2025 |
| J-120 | Daystar Peterson's Criminal Trial Exhibit - Daystar Peterson's Texts to Megan Pete (July 12, 2020) | Pete_0003353 | | | 11/10/2025 |
| J-123 | Daystar Peterson's Criminal Trial Exhibit - Audio of Daystar | Pete_00003372 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Peterson's Jail Call (July 12, 2020) (Transcript Available) |  |  |  |  |
| J-124 | Daystar Peterson's Criminal Trial Exhibit - Audio of Gunshots (July 12, 2020) | Pete_00003373 |  |  | 11/10/2025 |
| J-125 | Screenshot of Milagro Cooper's Livestream (June 9, 2024) | Pete_0002256 (Screenshot of Video) |  |  | 11/10/2025 |
| J-127 | Transcript of Daystar Peterson's Criminal Trial (December 13, 2022) | COOPER — 001313-1479 |  |  | 11/10/2025 |
| J-131 | Milagro Cooper's Livestream - Audio Excerpt (June 8, 2024) (Transcript Available) | Pete_0001766 (Short Video) |  |  | 11/10/2025 |
| J-133 | Milagro Cooper's Tweet on @MilagroGramz_ (December 21, 2022) | Pete_0002807 |  |  | 11/10/2025 |
| J-135 | Milagro Cooper's Tweet on @MobzWorld (January 29, 2024) | Pete_0002225 |  |  | 11/10/2025 |
| J-136 | Milagro Cooper's Tweet on @MobzWorld (January 29, 2024) | Pete_0002224 |  |  | 11/10/2025 |
| J-137 | Milagro Cooper's Tweet | Pete_0002314 |  |  | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | on @MobzWorld (October 27, 2024) | | | | |
| J-167 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper with Embedded Instagram Direct Messages with Daystar & Sonstar Peterson | FTI_DEF0007842 | | | 11/10/2025 |
| J-171 | Voice Note from Cooper Embedded in Text Messages Between Amiel Holland-Briggs & Milagro Cooper (Transcript Available) | FTI_DEF0007899 | | | 11/10/2025 |
| J-174 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper | FTI_DEF0007920 | | | 11/10/2025 |
| J-194 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper | FTI_DEF0011554 | | | 11/10/2025 |
| J-195 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper | FTI_DEF0011566 | | | 11/10/2025 |
| J-223 | Megan Pete's Medical Records | Pete_0002680-2765 | | | 11/10/2025 |
| J-225 | Megan Pete's Text Messages (October 2, | Pete_0002810-2813 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 2022) | | | | |
| J-226 | Megan Pete's Text Messages (August 31, 2022) | Pete_0002814-2820 | | | 11/10/2025 |
| J-230 | Megan Pete's Text Messages (August 25, 2022) & Screenshot of Milagro Cooper's Livestream Embedded Within (August 22, 2022) | Pete_0002826-2827 | | | 11/10/2025 |
| J-232 | Megan Pete's Text Messages (September 14, 2022) & Screenshot of Milagro Cooper's Tweet Embedded Within (September 14, 2022) | Pete_0002829-2830 | | | 11/10/2025 |
| J-234 | Megan Pete's Text Messages (May 11, 2022) | Pete_0002833-2839 | | | 11/10/2025 |
| J-248 | Milagro Cooper's Tweets on @MilagroGramz_ (February 22 & 23, 2022) | Pete_0002853 | | | 11/10/2025 |
| J-260 | Milagro Cooper's Livestream - Audio | Clip from Pete_0002806 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Excerpt 1 (October 30, 2024) (Transcript Available) | | | | |
| J-261 | Milagro Cooper's Livestream - Audio Excerpt 2 (October 30, 2024) (Transcript Available) | Clip from Pete_0002806 | | | 11/10/2025 |
| J-262 | Milagro Cooper's Livestream - Audio Excerpt 3 (October 30, 2024) (Transcript Available) | Clip from Pete_0002806 | | | 11/10/2025 |
| J-266 | Milagro Cooper's Livestream - Audio Excerpt 3 (October 30, 2024) (Transcript Available) | Clip from Pete_0002805 | | | 11/10/2025 |
| J-267 | Milagro Cooper's Livestream - Audio Excerpt 4 (October 30, 2024) (Transcript Available) | Clip from Pete_0002805 | | | 11/10/2025 |
| J-269 | Milagro Cooper's Livestream - Audio Excerpt 6 (October 30, 2024) (Transcript Available) | Clip from Pete_0002805 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-275 | Milagro Cooper's Livestream - Audio Excerpt 4 (October 28, 2024) (Transcript Available) | Clip from Pete_0001620 | | | 11/10/2025 |
| J-278 | Milagro Cooper's Livestream - Audio Excerpt 1 (July 30, 2024) (Transcript Available) | Clip from Pete_0001335 | | | 11/10/2025 |
| J-282 | Milagro Cooper's Livestream - Audio Excerpt 3 (October 12, 2024) (Transcript Available) | Clip from Pete_0001453 | | | 11/10/2025 |
| J-286 | Milagro Cooper's Livestream - Audio Excerpt (Transcript Available) | Clip from Pete_0000468 | | | 11/10/2025 |
| J-287 | Milagro Cooper's Livestream - Audio Excerpt (August 23, 2023) (Transcript Available) | Clip from Pete_0000936 | | | 11/10/2025 |
| J-293 | Milagro Cooper's Livestream - Audio Excerpt 1 (July 30, 2024) (Transcript | Clip from Pete_0001335 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Available) | | | | |
| J-294 | Screenshots of Discord Messages by KHAM K Regarding Deepfake Video | Defendant's Production (No Bates) | | | 11/10/2025 |
| J-295 | Megan Pete's Tweet on @theestallion Regarding the Deepfake Video (June 8, 2024) | DEF MG - 000008 | | | 11/10/2025 |
| J-296 | Milagro Cooper's Livestream Intro - Audio Excerpt (Transcript Available) | Clip from Pete_0001620 | | | 11/10/2025 |
| J-297 | Milagro Cooper's Livestream - Audio Excerpt (August 1, 2024) (Transcript Available) | Clip from Pete_0001336 | | | 11/10/2025 |
| J-299 | Milagro Cooper's Livestream - Audio Excerpt (July 30, 2024) (Transcript Available) | | | | 11/10/2025 |
| J-306 | Milagro Cooper's Livestream - Audio Excerpt (April 8, 2023) (Transcript Available) | Clip from Pete_0002951 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-321 | Document Tingz Post of Milagro Cooper's Stationhead Livestream (June 8, 2024) (Transcript Available) | Pete_0002790 | | | 11/10/2025 |
| J-322 | Full Video - X. Com Livestream - "Bloggers Getting Sued" (October 30, 2024) (Transcript Available) | Pete_0002806 | | | 11/10/2025 |
| J-324 | Full Video - Twitch Livestream  - "True Life Megan Sued Me" (October 30, 2024) (Transcript Available) | Pete_0002805 | | | 11/10/2025 |
| J-325 | Full Video - @O_Truths Capture of Milagro Cooper's Livestream 2 (February 23, 2022) (Transcript Available) | Pete_0000481 | | | 11/10/2025 |
| J-326 | Full Video - YouTube Livestream Episode - "Lattos Rough Start" (October 28, 2024) (Transcript Available) | Pete_0001620 | | | 11/10/2025 |
| J-330 | Full Video - YouTube | Pete_0001453 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Livestream Episode - "Teyana Taylor" (October 12, 2024) (Transcript Available) | | | | |
| J-331 | Full Video - Repost of Milagro Historical Negative Statements Regarding Megan's Family (August 30, 2022) (Transcript Available) | Pete_0000487 | | | 11/10/2025 |
| J-334 | Full Video - YouTube Livestream Episode - "Nicki Minaj Makes History" (November 19, 2024) (Transcript Available) | Pete_0001760 | | | 11/10/2025 |
| J-336 | Full Video - YouTube Livestream Episode - "Can Kamala Secure" (July 30, 2024) (Transcript Available) | Pete_0001335 | | | 11/10/2025 |
| J-338 | Full Video - YouTube Livestream Episode - "Cardi B Announces" (August 1, 2024) (Transcript Available) | Pete_0001336 | | | 11/10/2025 |
| J-341 | Megan Pete's Civil | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Harassment Restraining Order Hearing Transcript (January 9, 2025) | | | | |
| J-342 | Megan Pete's Civil Harassment Restraining Order Against Daystar Peterson (January 9, 2025) | | | | 11/10/2025 |
| J-343 | Milagro Cooper's Handwritten Notes from Daystar Peterson's Criminal Trial 1 | COOPER - 000620-643 | | | 11/10/2025 |
| J-344 | Milagro Cooper's Handwritten Notes from Daystar Peterson's Criminal Trial 2 | COOPER - 000644-667 | | | 11/10/2025 |
| J-345 | Milagro Cooper's Handwritten Notes from Daystar Peterson's Criminal Trial 3 | COOPER - 000668-690 | | | 11/10/2025 |
| J-349 | Milagro Cooper's Tweet on @MobzWorld (June 8, 2024) | DEF MG - 000010 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-350 | Milagro Cooper's Tweet on @MobzWorld (June 8, 2024) | DEF MG - 000011 | | | 11/10/2025 |
| J-351 | DJ Akademiks' Tweet on @Akademiks (February 23, 2022) | DEF MG - 000020 | | | 11/10/2025 |
| J-353 | Milagro Cooper's iMessages with Sonstar Peterson | DEF MG - 000242-359 | | | 11/10/2025 |
| J-354 | Milagro Cooper's Email to Sonstar Peterson (January 5, 2023) | Defendant's Production (No Bates) | | | 11/10/2025 |
| J-356 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 1 (Transcript Available) | Pete_0000920 | | | 11/10/2025 |
| J-357 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 2 (Transcript Available) | Pete_0000479 | | | 11/10/2025 |
| J-358 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 3 (Transcript Available) | Pete_0000922 | | | 11/10/2025 |
| J-359 | Milagro Cooper's Full | Pete_0000923 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Livestream on Daystar Peterson's Criminal Trial Day 4 (Transcript Available) | | | | |
| J-360 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 5 (Transcript Available) | Pete_0000924 | | | 11/10/2025 |
| J-360 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 6 (Transcript Available) | Pete_0000924 | | | 11/10/2025 |
| J-362 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 7 (Transcript Available) | Pete_0000926 | | | 11/10/2025 |
| J-363 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 8 (Transcript Available) | Pete_0000927 | | | 11/10/2025 |
| J-364 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 9 (Transcript | Pete_0000928 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Available) | | | | |
| J-382 | Milagro Cooper's Instagram Direct Messages with Daystar Peterson @torylanez (October 28, 2024) | | | | 11/10/2025 |
| J-383 | Milagro Cooper's Instagram Direct Messages with Daystar Peterson @torylanez | | | | 11/10/2025 |
| J-384 | Voice Note Embedded in Milagro Cooper's Instagram Direct Messages with Daystar Peterson @torylanez | | | | 11/10/2025 |
| J-397 | Exhibits From Daystar Peterson's Criminal Trial | | | | 11/10/2025 |
| J-398 | Deepfake Video (June 8, 2024) | | | | 11/10/2025 |
| J-401 | Tweet by @theshaderoom Capturing Tory Lanez's Instagram Responding to @spliffkaay_ | | | | 11/10/2025 |
| J-404 | Full Video - @O_Truths Capture of Milagro Cooper's | Pete_0000480 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Livestream 1 (February 23, 2022) (Transcript Available) | | | | |
| J-414 | "Tory Lanez - CAP [Official Music Video]" (Transcript Available) | | | | 11/10/2025 |
| J-417 | Voice Note from Cooper Embedded in Text Messages Between Amiel Holland-Briggs & Milagro Cooper (Transcript Available) | FTI_DEF0007925 | | | 11/10/2025 |
| J-419 | Voice Note from Cooper Embedded in Text Messages Between Amiel Holland-Briggs & Milagro Cooper (Transcript Available) | FTI_DEF0011557 | | | 11/10/2025 |
| J-420 | Voice Note from Cooper Embedded in Text Messages Between Amiel Holland-Briggs & Milagro Cooper (Transcript Available) | FTI_DEF0011561 | | | 11/10/2025 |
| J-421 | Voice Note from Cooper Embedded in Text Messages Between Amiel Holland-Briggs | FTI_DEF0011568 | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | & Milagro Cooper (Transcript Available) | | | | |
| J-422 | Milagro Cooper's Stationhead Livestream (June 8, 2024) (Transcript Available) | | | | 11/10/2025 |
| J-423 | Milagro Cooper's Full Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024) (Transcript Available) | Pete_0001032 | | | 11/10/2025 |
| J-424 | Milagro Cooper's Screenshot of Megan Pete's Residence (Property Search Page) | | | | 11/10/2025 |
| J-425 | Milagro Cooper's Screenshot of Megan Pete's Residence (Property Information Page) | | | | 11/10/2025 |
| J-426 | Megan Pete's Text Messages (March 12, 2022) | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-427 | Video Embedded Into Megan Pete's Text Messages (May 11, 2022) | | | | 11/10/2025 |
| J-428 | Milagro Cooper's Text Messages with Sonstar Peterson (December 18, 2024) | FTI_DEF0000907 | | | 11/10/2025 |
| J-429 | Video from Milagro Cooper's Text Messages with Sonstar Peterson (December 18, 2024) | FTI_DEF0000916 | | | 11/10/2025 |
| J-430 | Podcast Episode 158 from Off the Record with DJ Akademiks: What Really went down at Tory Lanez Trial (feat. Milagro Gramz) | | | | 11/10/2025 |
| J-433 | S. Peterson - Milagro Cooper Communication Compilation | | | | 11/10/2025 |
| J-435 | S. Peterson Call Log Compilation | | | | 11/10/2025 |
| J-436 | D. Peterson - Milagro Cooper Communication Compilation | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-442 | Daystar Peterson Instagram Story on @torylanez | | | | 11/10/2025 |
| J-443 | Milagro Cooper's Texts Messages with Sontar Peterson (July 26, 2021) | | | | 11/10/2025 |
| J-444 | Milagro Cooper's Texts Messages with Sontar Peterson (March 30, 2022) | | | | 11/10/2025 |
| J-445 | Milagro Cooper's Texts Messages with Sontar Peterson (April 5, 2022) | | | | 11/10/2025 |
| J-449 | Milagro Cooper's Texts Messages with Sontar Peterson (November 25, 2022) | | | | 11/10/2025 |
| J-450 | Sonstar Peterson Text Message with Milagro Cooper | | | | 11/10/2025 |
| J-451 | Sonstar Peterson Text Message with Milagro Cooper | | | | 11/10/2025 |
| J-452 | Sonstar Peterson Text Message with Milagro Cooper | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-454 | Shooting Injury Images and Photos of Megan Pete | | | | 11/10/2025 |
| J-455 | LAPD Interview of Kelsey Harris (Transcript Available) | | | | 11/10/2025 |
| J-456 | Screenshot of Liked Deepfake Tweet from Instagram conversation | | | | 11/10/2025 |
| J-461 | Transcript of Daystar Peterson's Criminal Trial (December 21 & 22, 2022) | | | | 11/10/2025 |
| J-463 | Full Video - YouTube Livestream Episode - "Not Like Us" (July 5, 2024) (Transcript Available) | | | | 11/10/2025 |
| J-464 | Full Video - Youtube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) | | | | 11/10/2025 |
| J-465 | Instagram DMs from Zoey to Milagro Cooper re Deepfake (December 2024) | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-466 | Screen recording of Deepfake and Milagro Cooper Livestream embedded in Instagram DMs from Zoey to Milagro Cooper re Deepfake (December 2024) | | | | 11/10/2025 |
| J-467 | Full Video - Milagro Cooper Youtube Livestream Episode - "Tory Lanez Court Nightmare, Raqi v. Joe Budden (Apr. 15, 2025) | | | | 11/10/2025 |
| J-468 | Milagro Screenshot of Daystar Peterson Motion for New Trial | | | | 11/10/2025 |
| J-469 | People v. Daystar Peterson - Jury Verdict | | | | 11/10/2025 |
| J-470 | Milagro Cooper's Text Messages with Karisma (Sept. 28, 2020) | | | | 11/10/2025 |
| J-471 | Voice Note from Cooper Embedded in Text Messages Between Milagro Cooper & Karisma (Transcript Available) | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-472 | Milagro Cooper's Text Messages with Quentin Thompson (Sept. 25, 2020) | | | | 11/10/2025 |
| J-473 | Voice Note from Cooper Embedded in Text Messages Between Milagro Cooper & Quentin Thompson (Transcript Available) | | | | 11/10/2025 |
| J-474 | Milagro Cooper's Text Messages with Amiel Holland-Briggs (Sept. 27, 2020) | | | | 11/10/2025 |
| J-475 | Voice Note from Cooper Embedded in Text Messages Between Milagro Cooper & Quentin Thompson (Transcript Available) | | | | 11/10/2025 |
| J-476 | Kelsey Harris Text Message | | | | 11/10/2025 |
| J-477 | Photo of Gun Found in the Car | | | | 11/10/2025 |
| J-478 | FTI Summary of Deleted Communications | | | | 11/10/2025 |
| J-479 | Milagro Cooper's | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Livestream on Daystar Peterson's Criminal Trial Day 1 Excerpt #1 (Transcript Available) |  |  |  |  |
| J-480 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 1 Excerpt #2 (Transcript Available) |  |  |  | 11/10/2025 |
| J-481 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 2 Excerpt (Transcript Available) |  |  |  | 11/10/2025 |
| J-482 | YouTube Livestream Episode - "Can Kamala Secure" (July 30, 2024) Excerpt (Transcript Available) |  |  |  | 11/10/2025 |
| J-483 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024)  Excerpt #1 (Transcript |  |  |  | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Available) | | | | |
| J-484 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024)  Excerpt #2 (Transcript Available) | | | | 11/10/2025 |
| J-485 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024)  Excerpt #3 (Transcript Available) | | | | 11/10/2025 |
| J-486 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (June 9, 2024)  Excerpt #4 (Transcript Available) | | | | |
| J-487 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024)  Excerpt #5 (Transcript Available) | | | | 11/10/2025 |
| J-488 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024)  Excerpt #6 (Transcript Available) | | | | 11/10/2025 |
| J-489 | YouTube Livestream Episode - "Not Like Us" (July 5, 2024) Excerpt #1 (Transcript Available) | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| J-490 | YouTube Livestream Episode - "Not Like Us" (July 5, 2024) Excerpt #2 (Transcript Available) | | | | 11/10/2025 |
| J-491 | Youtube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) Excerpt #1 (Transcript Available) | | | | 11/10/2025 |
| J-492 | Youtube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) Excerpt #2 (Transcript Available) | | | | 11/10/2025 |
| J-493 | Youtube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) Excerpt #3 (Transcript Available) | | | | 11/10/2025 |
| J-494 | Youtube Livestream Episode - "DDG Blasts | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) Excerpt #4 (Transcript Available) | | | | |
| J-495 | Youtube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) Excerpt #5 (Transcript Available) | | | | 11/10/2025 |
| J-496 | Youtube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) Excerpt #6 (Transcript Available) | | | | 11/10/2025 |
| J-497 | Audio Excerpt of July 2021 Milagro Stationhead post as captured by DocumentTingz (Transcript Available) | | | | 11/10/2025 |
| J-498 | Tory Statement | | | | 11/10/2025 |
| J-501 | Podcast Episode 158 from Off the Record | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | with DJ Akademiks: What Really went down at Tory Lanez Trial (feat. Milagro Gramz) - Excerpt | | | | |
| J-600 | Video of Megan in Pool | | | | 11/10/2025 |
| J-601 | Cedars Sinai Medical Records | | | | 11/10/2025 |
| J-602 | Documentary Scene re Height | | | | 11/10/2025 |
| J-603 | Documentary Scene re Discrediting Megan | | | | 11/10/2025 |
| J-604 | Documentary Scene re Social Media | | | | 11/10/2025 |
| J-605 | Documentary Scene re Kelsey | | | | 11/10/2025 |
| J-606 | Documentary Scene re Megan Explanation to Police | | | | 11/10/2025 |
| J-607 | Documentary Scene re Commentary | | | | 11/10/2025 |
| J-608 | HNHH Article | | | | 11/10/2025 |
| J-609 | TMZ Article | | | | 11/10/2025 |
| J-610 | HipHop DX Article | | | | 11/10/2025 |
| J-611 | Documentary Scene re Gail King | | | | 11/10/2025 |
| J-612 | Documenntary Scene | | | | 11/10/2025 |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | re Drinking | | | | |
| J-613 | Video of Megan Drinking | | | | 11/10/2025 |
| J-614 | Instagram Live of Megan | | | | 11/10/2025 |
| J-615 | Jason Lee Video re Megan Drinking | | | | 11/10/2025 |
| J-616 | Jasmine Brand Article | | | | 11/10/2025 |
| J-617 | Carl Crawford Post re Megan Drinking | | | | 11/10/2025 |
| J-618 | Karim York Accusation | | | | 11/10/2025 |
| J-619 | Documentary Scene re Megan Drinking | | | | 11/10/2025 |
| J-620 | Documentary Scene re Megan Drinking | | | | 11/10/2025 |
| J-621 | Milagro Livestream re Deepfake | | | | 11/10/2025 |
| J-622 | Milagro Livestream re Deleted Messages | | | | 11/10/2025 |