UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-24228-CMA

**MEGAN PETE, an individual**

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER, an individual**

    Defendant.

_____/

**PLAINTIFF'S EXHIBIT LIST**

By stating specific objections to exhibits, the parties do not alleviate their responsibility to introduce and meet admissibility requirements with respect to any exhibit. The parties may abbreviate objections as needed. The number in the "Exhibit Number" column must indicate the pre-marked identification label (*e.g.*, P-1 or D-1).

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| P-205 | Megan Pete's Records Regarding Lost Deal (May 2023) | Pete_0002486-2498 | | 9/5/2025 | |
| P-210 | Megan Pete's Records Regarding Lost Deal (June 8, 2023) | | | 9/5/2025 | |
| P-212 | Megan Pete's Records Regarding Lost Deal (June 29, 2023) | | | 9/5/2025 | |
| P-216 | Megan Pete's Records | | | 9/5/2025 | |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Regarding Lost Deal (January 11, 2023) |  |  |  |  |
| P-217 | Megan Pete's Records Regarding Lost Deal (January 6, 2023) |  |  | 9/5/2025 |  |
| P-218 | Megan Pete's Records Regarding Lost Deal (June 30, 2023) |  |  | 9/5/2025 |  |
| P-219 | Megan Pete's Records Regarding Lost Deal (January 4, 2023) |  |  | 9/5/2025 |  |
| P-220 | Megan Pete's Records Regarding Lost Deal (January 4, 2023) | Pete_0002630-2638 |  | 9/5/2025 |  |
| P-222 | Megan Pete's Records Regarding Lost Deal (May 24, 2023) | Pete_0002808-2809 |  | 9/5/2025 |  |
| P-300 | Daystar Peterson's Prison Call with Ceasar McDowell (October 30, 2024) (Transcript Available) | Third-Party Production (No Bates) |  | 9/5/2025 |  |
| P-418 | Voice Note from Holland-Briggs Embedded in Text Messages Between Amiel Holland-Briggs & Milagro Cooper | FTI_DEF0007926 |  | 9/5/2025 |  |

| Exhibit Number | Description | Bates Range / Other Source | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (Transcript Available) | | | | |
| P-499 | COA Opinion regarding B331774 | | Relevance, Hearsay, Improper Bolstering | 11/13/2025 | |
| P-500 | Text Messages Produced by Adin Ross | | Relevance, Hearsay | 11/13/2025 | |