**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24228-CIV-ALTONAGA**

**MEGAN PETE**,

      Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

      Defendant.

_____/

### ORDER

THIS CAUSE came before the Court on Plaintiff's Motion for Order Permitting Counsel to Bring Equipment into Courtroom [ECF No. 192].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The following attorneys are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned MEGAN PETE v. MILAGROS ELIZABETH COOPER, No. 1:24-CV-24228-CMA.  The date for which such authorization is provided for will be for the trial period beginning Monday, November 17, 2025 through Wednesday, November 26, 2025.

    The persons identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the individual that he or she will comply in all respects with the restrictions and obligations related to electronic equipment inside the Courthouse.

CASE NO. 24-24228-CIV-ALTONAGA

| Attorney / Party | Devices |
|---|---|
| Ivette Galante | 1 laptop/ 1 cell phone |
| Brayden Armstrong | 1 laptop / 1 cell phone |
| Nelson Rodriguez (HotSeat) | 2 laptops / 1 cellphone / printer / HDMI switch / power and miscellaneous cables |
| Jose Zarate (IT) | 2 Dell laptops and chargers<br><br>1 Mac laptop and charger<br><br>1 iPad Pro and charger<br><br>1 iphone and charger<br><br>5 power extension strips<br><br>2 clickers<br><br>2 HDMI adapters<br><br>20 USB pen drives<br><br>2 external hard drives and USB cables |

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record