UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-24228-CMA

**MEGAN PETE,**

       Plaintiff,

v.

**MILAGRO ELIZABETH COOPER,**

       Defendant,
_____/

## NOTICE OF APPEARANCE

COMES NOW, **Laisa Pertet, Esq.** and files this Notice of Appearance as co-counsel for the above-named Defendant.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal and to file a timely Notice of Appeal if requested to do so by the Defendant. Counsel hereby states that her appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

/s/ Laisa Pertet
Laisa Pertet, Esq.
AsiliA Law Firm, P.A.
33 SW 2nd Ave. Ste. 1100
Miami, FL 33130
Tel. (786) 420.3014
Fax (813) 549.2896
Laisa@asilialaw.com
Florida Bar No. 1002544
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.