**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE, an individual,

*Plaintiff,*  Civil Action No. 1:24-CV-24228-CMA

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*
_____

### PLAINTIFF'S AMENDED MOTION FOR ORDER PERMITTING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Plaintiff in the above captioned matter respectfully moves this Court for an order permitting counsel to bring into Court certain computer and technological devices during the upcoming trial period beginning on Monday, November 17, 2025 at 9:00 a.m. and expected to last until November 26, 2025 (the "trial"). Plaintiff's counsel believes the Trial may require the use of personal electronic devices such as laptop computers, iPads or tablets, cell phones, and presentation materials, and understands that the items will be subject to examination for security purposes along with all other materials brought into the courthouse. Plaintiff's counsel respectfully requests that the following counsel be permitted to bring the listed electronic devices to the Argument.

| Attorney / Party | Devices |
|---|---|
| Ivette Galante | 1 laptop/ 1 cell phone |
| Brayden Armstrong | 1 laptop / 1 cell phone |
| Nelson Rodriguez (HotSeat) | 2 laptops / 1 cellphone / printer / HDMI switch / power and miscellaneous cables |

1

|  | Presentation monitor (television on wheels/projector) |
|---|---|
| Jose Zarate (IT) | 2 Dell laptops and chargers |
|  | 1 Mac laptop and charger |
|  | 1 iPad Pro and charger |
|  | 1 iphone and charger |
|  | 5 power extension strips |
|  | 2 clickers |
|  | 2 HDMI adapters |
|  | 20 USB pen drives |
|  | 2 external hard drives and USB cables |

## CONCLUSION

Plaintiff respectfully requests that this Court enter an order permitting Plaintiff's counsel to bring the aforementioned equipment into the courtroom for use during the Argument. A proposed order is being sent to the Court under separate cover.

## CERTIFICATE OF CONFERRAL

On November 14, 2025, Counsel for Plaintiff sought agreement to file the original motion. Defendant's counsel, Mr. McLymont, responded and did not object to an overall request to bring in electronic equipment.

/s/ Daniel L. Humphrey

2

| | |
|---|---|
| Dated: November 16, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | */s/ Daniel L. Humphrey* |
| Mari F. Henderson (pro hac vice) | John O'Sullivan (Fla. Bar No. 143154) |
| Marie Hayrapetian (pro hac vice) | Daniel L. Humphrey (Fla. Bar No. 1024695) |
| marihenderson@quinnemanuel.com | johnosullivan@quinnemanuel.com |
| mariehayrapetian@quinnemanuel.com | danielhumphrey@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 865 South Figueroa Street, 10th Floor | 2601 S. Bayshore Dr., Suite 1500 |
| Los Angeles, California 90017-2543 | Miami, FL 33133 |
| (213) 443-3000 | (305) 402-4880 |
| | |
| | Joanna E. Menillo (pro hac vice) |
| | Stephanie Kelemen (pro hac vice) |
| | joannamenillo@quinnemanuel.com |
| | stephaniekelemen@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 295 Fifth Avenue |
| | New York, New York 10010 |
| | (212) 849-7050 |
| | |
| | *Attorneys for Plaintiff Megan Pete* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which caused a Notice of Electronic Filing to be served on all counsel of record.

By: */s/ Daniel L. Humphrey*
Daniel L. Humphrey
Fla. Bar No. 1024695