UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MEGAN PETE,<br><br>         Plaintiff,<br><br>-against-<br><br>MILAGRO ELIZABETH COOPER,<br><br>         Defendant. | Civil Action No.: 1:24-CV-24228-CMA |

### DEFENDANT'S MOTION FOR PROPOSED VOIR DIRE QUESTIONS

Defendant Milagro Elizabeth Cooper by and through her undersigned counsel and pursuant to the Court's Order Providing Instructions for Jury Trial (D.E. 149), respectfully submits the following proposed questions for voir dire and requests that, to the extent possible, they be included on the written questionnaire provided to jurors:

1. Does anyone here work in the legal profession?

    a) If so, in what field of law?

    b) What is your role?

    c) How long have you been in this role?

2. Has anyone here ever been a party to a lawsuit?

    a) Were you the Plaintiff or Defendant?

    b) Did the case settle or go to trial?

    c) Were you satisfied with the outcome? Why or why not?

3. Does anyone here have any prior jury duty experience?

    a) If so, was it in a criminal or civil matter?

    b) What was the nature of the case?

1

    c) Was a verdict reached?

    d) Were you the foreperson?

    e) How would you describe that experience?

Dated: Miami, FL
November 17, 2025

**ASILIA LAW**

*s/ Jeremy McLymont*
Jeremy Alexander McLymont
33 SW 2nd Avenue
Miami, FL 33130
(813) 381-1121
Email: jeremy@asilialaw.com

*/s/ Laisa Pertet*
Laisa Pertet, Esq.
33 SW 2nd Avenue
Miami, FL 33130
(347) 391-6416
Email: laisa@asilialaw.com

*Attorneys for Defendant Milagro Elizabeth Cooper*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day November 2025, I caused a true and correct copy of this Motion to be filed using CM/ECF which caused a true and correct copy of the same to be served on all counsel of record.

Dated: Miami, FL                                                           */s/ Laisa Pertet*
       November 17, 2025                                                Laisa Pertet, Esq.