# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE,

               Plaintiff,

      -against-

MILAGRO ELIZABETH COOPER,

               Defendant.

Civil Action No.: 1:24-CV-24228-CMA

## NOTICE OF TERMINATION OF ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that I, Milagro Elizabeth Cooper, seek to formally remove Ronda Dixon, Esq. as my attorney in the abovecaptioned action. Before the start of trial on Monday, November 17, 2025, I terminated Ms. Dixon's representation in this case. To date, Ms. Dixon has not filed a Motion to Withdraw as Attorney with this Court. On November 22, 2025, I inquired about Ms. Dixon's Motion to Withdraw as Counsel and she responded that she will not be moving to withdraw as counsel. Jeremy McLymont, Nathacha Bien-Aime and Laisa Pertet will continue to serve as my counsel and all future correspondence and papers in this action should continue to be directed to them.

Dated:      Miami, Florida
              November 23, 2025

By: Milagro Elizabeth Cooper

_____
*Defendant*