UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual,

*Plaintiff,*

v.

Civil Action No. 1:24-CV-24228-CMA

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

_____

# JOINT [PROPOSED] VERDICT FORM

Pursuant to the Court's Amended Case Management and Scheduling Order (ECF 62), Plaintiff Megan Pete ("Ms. Pete") and Defendant Milagro Cooper ("Ms. Cooper") respectfully submits their proposed verdict form.

The parties respectfully reserve the right to amend their proposed verdict form prior to the time it is given to the jury, depending on the evidence received at trial, the Court's rulings, or any other factors that preclude a definitive submission at this time.

Dated:  Miami, FL
         November 25, 2025

1

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ASILIA LAW, PC |
| */s/ Daniel Humphrey* | */s/ Jeremy Alexander McLymont* |
| John O'Sullivan (Fla. Bar No. 143154)<br>Daniel L. Humphrey (Fla. Bar No. 1024695)<br>johnosullivan@quinnemanuel.com<br>danielhumphrey@quinnemanuel.com<br>2601 South Bayshore Drive, Suite 1500<br>Miami, FL 33133<br>(305) 402-4880 | Jeremy Alexander McLymont (Fla. Bar No. 1010776)<br>jeremy@asilialaw.com<br>33 SW 2nd Avenue, Suite 1100<br>Miami, FL 33130<br>(786) 420-3014 |
| Mari F. Henderson (pro hac vice)<br>Marie Hayrapetian (pro hac vice)<br>Bomie Lee (pro hac vice)<br>Julian T. Schoen (pro hac vice)<br>marihenderson@quinnemanuel.com<br>mariehayrapetian@quinnemanuel.com<br>bomielee@quinnemanuel.com<br>julianschoen@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000 | DIXON JUSTICE CENTER, APC<br>Ronda Dixon (pro hac vice)<br>ronda@dixonjusticecenter.com<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230<br>(323) 641-2731<br><br>*Attorneys for Defendant Milagro Elizabeth Cooper* |
| Joanna E. Menillo (pro hac vice)<br>joannamenillo@quinnemanuel.com<br>295 Fifth Avenue<br>New York, NY 10016<br>(212) 849-7000 | |
| *Attorneys for Plaintiff Megan Pete* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual,

*Plaintiff,*

v.                                                          Civil Action No. 1:24-CV-24228-CMA

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

# JOINT [PROPOSED] VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow the Court's Final Instructions to the Jury and any instructions provided in this Verdict Form. Your answer to each of the following must be unanimous.

We, the jury, unanimously answer the questions submitted to us as follows:

3

I. **MS. PETE'S CLAIMS**

**COUNT ONE: DEFAMATION *PER SE***

**Question 1:** Do you find, by a preponderance of the evidence, that Ms. Cooper defamed Ms. Pete by accusing Ms. Pete of perjury—a felony—by lying under oath in a criminal trial?

Yes _____        No _____

*If your answer to question 1 is "Yes," continue to Question 2, if the answer is "No," proceed to "Count Two: Promotion of An Altered Sexual Depiction."*

**Question 2:** Do you find, by a preponderance of the evidence, that Ms. Cooper provides disinterested and neutral commentary, rather than advocacy for a particular client or personal interest?

Yes _____        No _____

*Regardless of your answer to question 2 continue to Question 3.*

**Question 3:** Do you find, by a preponderance of the evidence, that Ms. Cooper regularly disseminates news or information to the public, rather than making isolated or one-time publications?

Yes _____        No _____

*Regardless of your answer to question 3 continue to Question 4.*

**Question 4:** Do you find, by a preponderance of the evidence, that Ms. Cooper impartially disseminates information, rather than acting primarily to promote their own business, products, or services?

Yes _____          No _____

*Regardless of your answer to question 4 continue to Question 5.*

**Question 5:** Do you find, by a preponderance of the evidence, that Ms. Cooper operates for the purpose of informing the public about matters of public concern through news reporting, analysis, or commentary?

Yes _____          No _____

*Regardless of your answer to question 5 continue to Question 6.*

**Question 6:** Do you find, by a preponderance of the evidence, that Ms. Cooper functions in a similar manner to traditional news media, such as newspapers, magazines, television, radio, or their online equivalents?

Yes _____          No _____

*Regardless of your answer to question 6 continue to Question 7.*

**Question 7:** Considering your answers to Questions 2 through 6 together, do you find, by a preponderance of the evidence, that Ms. Cooper should be treated as a media defendant, with associated privileges?

Yes _____                    No _____

*Regardless of your answer to question 7 continue to Question 8.*

**Question 8:** Do you find, by a preponderance of the evidence, that Ms. Cooper's defamatory statements caused Ms. Pete harm?

Yes _____                    No _____

*Regardless of your answer to question 8, proceed to Count Two: Promotion of an Altered Sexual Depiction.*

## COUNT TWO: PROMOTION OF AN ALTERED SEXUAL DEPICTION

**Question 9:** Do you find, by a preponderance of the evidence, that Ms. Cooper willfully and maliciously promoted, without Ms. Pete's consent, a visual depiction of Ms. Pete that she knew or reasonably should have known was an altered sexual depiction?

Yes _____            No _____

*Regardless of whether your answer is "Yes" or "No," proceed to "Count Three: Intentional Infliction of Emotional Distress."*

## COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**Question 10:** Do you find, by a preponderance of the evidence, that Ms. Cooper intentionally or recklessly engaged in extreme and outrageous conduct toward Ms. Pete?

Yes _____          No _____

*If your answer is "Yes," proceed to the next question. If your answer is "No," skip the remaining question under "Count Three: Intentional Infliction of Emotional Distress," and proceed to "Damages."*

**Question 11:** Do you find, by a preponderance of the evidence, that Ms. Pete suffered severe emotional distress as a result of Ms. Cooper's extreme and outrageous conduct?

Yes _____          No _____

## DAMAGES

*If you answered "Yes" to Question 1, 8, 9, or Questions 10 & 11, proceed to the next question.  If your answer is "No," skip the questions under "Damages," and sign the Verdict Form.*

**Question 12:** Do you find, by a preponderance of the evidence, that Ms. Pete should be awarded compensatory damages against Ms. Cooper?

Yes \_\_\_\_\_                    No \_\_\_\_\_

*If your answer is "Yes," in what amount:* _____

**Question 12(a): If your answer is "Yes," in what amount do you award for Defamation** *per se***: _____**

**Question 12(b): If your answer is "Yes," to Question 12 in what amount do you award for Promotion of an Altered Sexual Depiction: _____**

**Question 12(c): If your answer is "Yes," to Question 12 in what amount do you award for Intentional Infliction of Emotional Distress: _____**

*If you answered "No" to Question 12, proceed to the Question 13.  If you answered "Yes" to Question 12, skip Question 13 and proceed to Question 14.*

**Question 13:** If you found that Ms. Pete is not entitled to compensatory damages, do you find, by a preponderance of the evidence, that Ms. Pete should be awarded nominal damages against Ms. Cooper?

Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer is "Yes," in what amount: _____

*Regardless of whether your answer is "Yes" or "No," proceed to the next question.*

**Question 14:** Do you find, by clear and convincing evidence, that punitive damages are warranted against Ms. Cooper on Ms. Pete's defamation claim?

Yes _____           No _____

If your answer is "Yes," in what amount: _____

*Regardless of whether your answer is "Yes" or "No," proceed to the next question.*

**Question 15:** Do you find, by clear and convincing evidence, that punitive damages are warranted against Ms. Cooper on Ms. Pete's intentional infliction of emotional distress claim?

Yes _____           No _____

If your answer is "Yes," in what amount: _____


Signed: _____
             Presiding Juror


Dated: _____


You are finished.  Please ensure the Verdict Form accurately reflects your unanimous decisions.  Once signed by the Jury Foreperson, please notify the Court's Clerk that you have

reached a verdict.  The Jury Foreperson should maintain possession of this Verdict Form and bring it when the jury is brought back into the Courtroom.