UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

MEGAN PETE,

    Plaintiff,
v.

MILAGRO ELIZABETH COOPER,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court Defendant, Milagro Elizabeth Cooper's Motion for Directed Verdict on Plaintiff's Claim for Intentional Infliction of Emotional Distress [ECF No. 220], filed on November 25, 2025.

As stated in open court, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Directed Verdict on Plaintiff's Claim for Intentional Infliction of Emotional Distress **[ECF No. 220]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of November, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record