**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MEGAN PETE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MILAGRO ELIZABTEH COOPER,<br>an individual,<br><br>    Defendant. | Case No. 1:24-cv-24228-CMA |

**NOTICE OF APPEARANCE AS**
**CO-COUNSEL ON BEHALF OF PLAINTIFF**

    Please take notice that Jalaine Garcia, Esq. of the law firm of Brito, PLLC hereby enters her appearance as co-counsel for Plaintiff MEGAN PETE in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be served upon the following:

**JALAINE GARCIA, ESQ.**
**BRITO, PLLC**
2121 Ponce de Leon Boulevard, Suite 650
Coral Gables, Florida 33134
Office: 305-614-4071
Fax: 305-440-4385
Primary: jgarcia@britopllc.com
Secondary: chernandez@britopllc.com

Dated: December 8, 2025                    Respectfully submitted,

                                                 **BRITO, PLLC**
*Co-Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385
By: /s/ *Jalaine Garcia*
      **ALEJANDRO BRITO**
      Florida Bar No. 098442
      Primary: abrito@britopllc.com
      Secondary: apiriou@britopllc.com
      **JALAINE GARCIA**
      Florida Bar No. 058632
      Primary: jgarcia@britopllc.com
      Secondary: chernandez@britopllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 8, 2025 through the Court's CM/ECF electronic filing system upon all counsel of record.

                                                 By: /s/ *Jalaine Garcia*