UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

| | |
|---|---|
| MEGAN PETE, an individual, | ) |
| | ) **CASE NO. 1:24-CV-24228-CMA** |
| *Plaintiff,* | ) |
| vs. | ) |
| MILGARO ELIZABETH COOPER, an individual | ) |
| *Defendant.* | ) |

_____

# NOTICE OF APPEAL

**COMES NOW** Crystal Morgan, by and through undersigned counsel and files this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit. Morgan appeal the Order/Judgment against her issuing sanctions, which this court entered on November 16, 2025. DE 196.

1

Dated: December 15, 2025.

Respectfully submitted,

/s/ Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire
Florida Bar No. 0684716
Brownstone, P.A.
P.O. Box 2047
Winter Park, FL 32790
Telephone: (407) 388-1900
Facsimile: (407) 622-1511
RobertSirianni@BrownstoneLaw.com
Attorney for Morgan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 15, 2025 through the Court's CM/ECF electronic filing system upon all counsel of record.

/s/Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire