**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE,

Plaintiff,

-against-

MILAGRO ELIZABETH COOPER,

Defendant.

Civil Action No.: 1:24-CV-24228-CMA

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE,** that undersigned counsel, Laisa Pertet, Esq. moves this Court for withdrawal as counsel for Defendant Milagro Cooper in the abovecaptioned matter and to be removed from the Court's and parties' service lists. The Defendant consents to this motion. Undersigned counsel is a New York based attorney, and the Defendant is unable to afford any future legal services for my continued representation. Mr. Jeremy McLymont will continue to serve as defense counsel and all future correspondence and papers in this action should continue to be directed to him.

Dated:      Brooklyn, NY
            December 15, 2025

By: Laisa Pertet, Esq.

_____
ASILIA LAW FIRM, P.A.
49 Flatbush Avenue, Suite 1078
Brooklyn, NY 11217
Laisa@AsiliALaw.com
(347) 391-6416

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MEGAN PETE,

Plaintiff,

-against-

MILAGRO ELIZABETH COOPER,

Defendant.

Civil Action No.: 1:24-CV-24228-CMA

**ORDER**

**THIS CAUSE** came before the Court, Laisa Pertet's Motion for Withdrawal as Counsel for Defendant Milagro Elizabeth Cooper [ECF No. 245], filed on December 15, 2025.

**ORDERED AND ADJUDGED** that the Defendant's Motion to terminate her representation of the Defendant in this abovementioned matter is **GRANTED.**

**DONE AND ORDERED** in Miami, Florida, this 16th day of December, 2025.

_____

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record