UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Laisa Pertet's Motion for Withdrawal as Counsel for Defendant, Milagro Elizabeth Cooper [ECF No. 245]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of December, 2025.

_[signature]_
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record