# APPENDIX C









