# APPENDIX D





