# APPENDIX E



**FOR IMMEDIATE RELEASE**
December 1, 2025
MEDIA CONTACT
Jeremy@asilialaw.com

***PRESS RELEASE***

MIAMI-DADE COUNTY, FL – While many outlets are reporting that Ms. Cooper was found liable for Defamation, the Final Judgment of the Court is that Ms. Cooper is not liable for Defamation. Ms. Cooper ultimately prevailed on Ms. Pete's leading accusation, Defamation, and the jury awarded a nominal amount of damages compared to millions of dollars Ms. Pete demanded from Ms. Cooper throughout the course of the litigation.

Juries are called to make difficult decisions on complicated questions of law and fact. While we do not agree completely with the jury's verdict, we respect its verdict, and we thank the jury for giving us their time and attention for more than two weeks.

Ms. Pete and her attorneys asked the jury to send a message to the community by awarding Ms. Pete with an astronomical amount of damages. Indeed, the jury rejected Ms. Pete's request and refused to send any such message as shown by the nominal damages Ms. Pete recovered. Evidently, the jury did not believe that Ms. Cooper was the sole cause of Ms. Pete's emotional distress and that is reflected in their verdict. The jury's verdict also reminds us all that you cannot sue media defendants without providing the proper due process.

We remain proud of the defense we presented and of Ms. Cooper's willingness to stand up for her voice. The broader questions about protecting online speech, defining the boundary between opinion and defamation, and safeguarding independent creators will continue to be critically important. Ms. Cooper claims her rightful position as a new media commentator, talk show host, and personality.

###

**About AsiliA Law Firm, P.A.**
A law firm dedicated to defending the rights of those our society has rendered disposable. We fight for justice, integrity, and civil rights. We defend you!

---

**asilialaw** and **5 others**
Wilkie Ferguson Federal Courthouse

**asilialaw** 1w
Official Statement regarding the verdict in the Megan Pete v. Milagro Cooper case.

**itscc_likechanel** 1w
In other words they didn't believe all of Big foots lies just a few and she's not getting millions of dollars because no significant damage was caused so Millie really won … when does Tory get out?

81 likes   Reply

View all 36 replies

**mziconiq** 1w
Millie won in the end bc her voice was heard and she stood on her beliefs. Megan is still untrustworthy in my opinion. ❤️

197 likes   Reply

♡ 2.1K   💬 823

7 days ago

---

More posts from **asilialaw**