# APPENDIX F




More posts from asilialaw