## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual

*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

Civil Action No. 1:24-cv-24228

JURY TRIAL DEMANDED

## EXHIBIT LIST
## FOR NOVEMBER 17, 2025 THROUGH DECEMBER 1, 2025 TRIAL PERIOD

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| J-002 | Milagro Cooper's Text Messages to Amiel Holland-Briggs Regarding Sonstar Peterson's Call | Yes |
| J-003 | Stationhead Post by Amiel Holland-Briggs - Audio Excerpt (June 22, 2022 (Transcript Available) | Yes |
| J-014 | Criminal Protective Order Against Daystar Peterson (October 13, 2020) | Yes |
| J-015 | Milagro Cooper's Tweet on @MilagroGramz_ (March 12, 2022)<br>Milagro Cooper's Instagram Post on @mobz_world (Around March 12, 2022)<br>Milagro Cooper's Instagram Post on @mobz_world (Around March 12, 2022)<br>Screenshot of "Tory Lanez - CAP [Official Music Video]" | Yes |
| J-018 | Milagro Cooper's Potential Interview Questions to Sonstar Peterson (September 28, 2020) | Yes |
| J-019 | Milagro Cooper's Email to Sonstar Peterson (November 25, 2022) | Yes |
| J-021 | Instagram Post by @theshaderoom on Sonstar Peterson's Response to Daystar Peterson's Conviction | Yes |

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| J-024 | Milagro Cooper's Instagram Post on @milagro_gramz & Photos of Milagro Cooper, Sonstar Peterson, and Daystar Peterson | Yes |
| J-025 | Milagro Cooper's Livestream - Audio Excerpt (Transcript Available) | Yes |
| J-027 | Milagro Cooper's Tweet on @MobzWorld (December 24, 2023) | Yes |
| J-028 | Milagro Cooper's Livestream on Daystar Peterson's Trial - Audio Excerpt (December 19, 2022) (Transcript Available) | Yes |
| J-029 | Milagro Cooper's Livestream - Audio Excerpt (June 22, 2023) (Transcript Available) | Yes |
| J-030 | Milagro Cooper's Tweet on @MobzWorld (June 8, 2024) | Yes |
| J-032 | Defendant's Responses to Interrogatories | Yes |
| J-034 | Milagro Cooper's Livestream on "First Impression" of Deepfake Video - Audio Excerpt (June 8, 2024) (Transcript Available) | Yes |
| J-036 | Milagro Cooper's Tweet "Go to my likes" on @MobzWorld as Reposted on @mizzinformation (June 8, 2024) | Yes |
| J-038 | Milagro Cooper's Tweet on @MobzWorld (August 7, 2024) | Yes |
| J-039 | X-Ray Images of Megan Pete's Feet (Exhibit at Daystar Peterson's Criminal Trial) | Yes |
| J-041 | Milagro Cooper's Livestream - Audio Excerpt (October 28, 2024) (Transcript Available) | Yes |
| J-042 | Milagro Cooper Livestream Feb 23 2022 | Yes |
| J-046 | Screenshot of Recently Deleted Messages with Sonstar Peterson & Others | Yes |
| J-047 | Milagro Cooper's Instagram Direct Message with Tory Lanez | Yes |
| J-048 | Milagro Cooper's Instagram Direct Message with Sonstar Peterson | Yes |
| J-049 | Milagro Cooper's Instagram Direct Message with Daystar Peterson | Yes |
| J-050 | Milagro Cooper's iMessage with Daystar Peterson (December 22,2022) | Yes |
| J-053 | Milagro Cooper's Livestream - Audio Excerpt (October 12, 2024) (Transcript Available) | Yes |
| J-068 | Jail Call between C.McDowell and T.Lanez | Yes |
| J-072 | Milagro Cooper's Texts with Ceasar McDowell (November 1, 2024) | Yes |
| J-078 | Milagro Cooper's Livestream (April 15, 2025) - Audio Excerpt 2 | Yes |
| J-097 | FTI iPhone SMS Row Analysis (July 31, 2025) | Yes |

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| J-111 | AT&T Records with Declaration Produced on April 2, 2025 | Yes |
| J-114 | Zelle Records with Declaration Produced on December 1, 2024 | Yes |
| J-120 | Daystar Peterson's Criminal Trial Exhibit - Daystar Peterson's Texts to Megan Pete (July 12, 2020) | Yes |
| J-123 | Daystar Peterson's Criminal Trial Exhibit - Audio of Daystar Peterson's Jail Call (July 12, 2020) (Transcript Available) | Yes |
| J-124 | Daystar Peterson's Criminal Trial Exhibit - Audio of Gunshots (July 12, 2020) | Yes |
| J-131 | Milagro Cooper's Livestream - Audio Excerpt (June 8, 2024) (Transcript Available) | Yes |
| J-133 | Milagro Cooper's Tweet on @MilagroGramz_ (December 21, 2022) | Yes |
| J-135 | Milagro Cooper's Tweet on @MobzWorld (January 29, 2024) | Yes |
| J-167 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper with Embedded Instagram Direct Messages with Daystar & Sonstar Peterson | Yes |
| J-174 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper | Yes |
| J-194 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper | Yes |
| J-195 | Text Messages Between Amiel Holland-Briggs & Milagro Cooper | Yes |
| J-210 | Megan Pete's Records Regarding Lost Deal (June 8, 2023) | Yes |
| J-216 | Megan Pete's Records Regarding Lost Deal (January 11, 2023) | Yes |
| J-225 | Megan Pete's Text Messages (October 2, 2022) | Yes |
| J-226 | Megan Pete's Text Messages (August 31, 2022) | Yes |
| J-232 | Megan Pete's Text Messages (September 14, 2022) | Yes |
| J-234 | Megan Pete's Text Messages (May 11, 2022) | Yes |
| J-248 | Milagro Cooper's Tweets on @MilagroGramz_ (February 22 & 23, 2022) | Yes |
| J-261 | Milagro Cooper's Livestream - Audio Excerpt 2 (October 30, 2024) (Transcript Available) | Yes |
| J-262 | Milagro Cooper's Livestream - Audio Excerpt 3 (October 30, 2024) (Transcript Available) | Yes |
| J-266 | Milagro Cooper's Livestream - Audio Excerpt 3 (October 30, 2024) (Transcript Available) | Yes |
| J-267 | Milagro Cooper's Livestream - Audio Excerpt 4 (October 30, 2024) (Transcript Available) | Yes |

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| J-269 | Milagro Cooper's Livestream - Audio Excerpt 6 (October 30, 2024) (Transcript Available) | Yes |
| J-278 | Milagro Cooper's Livestream - Audio Excerpt 1 (July 30, 2024) (Transcript Available) | Yes |
| J-282 | Milagro Cooper's Livestream - Audio Excerpt 3 (October 12, 2024) (Transcript Available) | Yes |
| J-287 | Milagro Cooper's Livestream - Audio Excerpt (August 23, 2023) | Yes |
| J-293 | Milagro Cooper's Livestream - Audio Excerpt 1 (July 30, 2024) (Transcript Available) | Yes |
| J-295 | Megan Pete's Tweet on @theestallion Regarding the Deepfake Video (June 8, 2024) | Yes |
| J-296 | Milagro Cooper's Livestream Intro - Audio Excerpt (August 23, 2022 (Transcript Available) | Yes |
| J-297 | Milagro Cooper's Livestream - Audio Excerpt (August 1, 2024) (Transcript Available) | Yes |
| J-299 | Milagro Cooper's Livestream - Audio Excerpt (July 30, 2024) (Transcript Available) | Yes |
| J-321 | Document Tingz Post of Milagro Cooper's Stationhead Livestream (June 8, 2024) (Transcript Available) | Yes |
| J-325 | Full Video - @O_Truths Capture of Milagro Cooper's Livestream 2 (February 23, 2022) (Transcript Available) | Yes |
| J-331 | Full Video - Repost of Milagro Historical Negative Statements Regarding Megan's Family (August 30, 2022) (Transcript Available) | Yes |
| J-336 | Full Video - YouTube Livestream Episode - "Can Kamala Secure" (July 30, 2024) (Transcript Available) | Yes |
| J-343 | Milagro Cooper's Handwritten Notes from Daystar Peterson's Criminal Trial 1 | Yes |
| J-344 | Milagro Cooper's Handwritten Notes from Daystar Peterson's Criminal Trial 2 | Yes |
| J-345 | Milagro Cooper's Handwritten Notes from Daystar Peterson's Criminal Trial 3 | Yes |
| J-347 | Transcript of Kelsey Harris's Testimony at Daystar Peterson's Criminal Trial | Yes |
| J-350 | Milagro Cooper's Tweet on @MobzWorld (June 8, 2024) | Yes |
| J-351 | DJ Akademiks' Tweet on @Akademiks (February 23, 2022) | Yes |
| J-353 | Milagro Cooper's iMessages with Sonstar Peterson | Yes |
| J-354 | Milagro Cooper's Email to Sonstar Peterson (January 5, 2023) | Yes |
| J-357 | Milagro Cooper's Full Livestream on Daystar Peterson's Criminal Trial Day 2 (Transcript Available) | Yes |

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| J-398 | Deepfake Video (June 8, 2024) | Yes |
| J-401 | Tweet by @theshaderoom Capturing Tory Lanez's Instagram Responding to @spliffkaay_ | Yes |
| J-404 | Full Video - @O_Truths Capture of Milagro Cooper's Livestream 1 (February 23, 2022) (Transcript Available) | Yes |
| J-414 | "Tory Lanez - CAP [Official Music Video]" (Transcript Available) | Yes |
| J-419 | Voice Note from Cooper Embedded in Text Messages Between Amiel Holland-Briggs & Milagro Cooper (Transcript Available) | Yes |
| J-420 | Voice Note from Cooper Embedded in Text Messages Between Amiel Holland-Briggs & Milagro Cooper (Transcript Available) | Yes |
| J-422 | Milagro Cooper's Stationhead Livestream (June 8, 2024) (Transcript Available) | Yes |
| J-424 | Milagro Cooper's Screenshot of Megan Pete's Residence (Property Search Page) | Yes |
| J-425 | Milagro Cooper's Screenshot of Megan Pete's Residence (Property Information Page) | Yes |
| J-426 | Megan Pete's Text Messages (March 12, 2022) | Yes |
| J-427 | Video Embedded Into Megan Pete's Text Messages (May 11, 2022) | Yes |
| J-433 | S. Peterson - Milagro Cooper Communication Compilation | Yes |
| J-442 | Daystar Peterson Instagram Story on @torylanez | Yes |
| J-455 | LAPD Interview of Kelsey Harris (Transcript Available) | Yes |
| J-456 | Screenshot of Liked Deepfake Tweet from Instagram conversation | Yes |
| J-464 | Full Video - YouTube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) | Yes |
| J-466 | Screen recording of Deepfake and Milagro Cooper Livestream embedded in Instagram DMs from Zoey to Milagro Cooper re Deepfake (December 2024) | Yes |
| J-469 | People v. Daystar Peterson - Jury Verdict | Yes |
| J-470 | Milagro Cooper's Text Messages with Karisma (Sept. 28, 2020) | Yes |
| J-471 | Voice Note from Cooper Embedded in Text Messages Between Milagro Cooper & Karisma (Transcript Available) | Yes |
| J-472 | Milagro Cooper's Text Messages with Quentin Thompson (Sept. 25, 2020) | Yes |
| J-473 | Voice Note from Cooper Embedded in Text Messages Between Milagro Cooper & Quentin Thompson (Transcript Available) | Yes |

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| J-474 | Milagro Cooper's Text Messages with Amiel Holland-Briggs (Sept. 27, 2020) | Yes |
| J-475 | Voice Note from Cooper Embedded in Text Messages Between Milagro Cooper & Quentin Thompson (Transcript Available) | Yes |
| J-476 | Kelsey Harris Text Message | Yes |
| J-477 | Photo of Gun Found in the Car | Yes |
| J-478 | FTI Summary of Deleted Communications | Yes |
| J-479 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 1 Excerpt #1 (Transcript Available) | Yes |
| J-480 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 1 Excerpt #2 (Transcript Available) | Yes |
| J-481 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 2 Excerpt (Transcript Available) | Yes |
| J-482 | YouTube Livestream Episode - "Can Kamala Secure" (July 30, 2024) Excerpt (Transcript Available) | Yes |
| J-485 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024) Excerpt #3 (Transcript Available) | Yes |
| J-486 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024) Excerpt #4 (Transcript Available) | Yes |
| J-487 | Milagro Cooper's Livestream - "Milagro Gramz Officially Responds to Claims of a Lawsuit & Harassment Against Megan Thee Stallion" (June 9, 2024) Excerpt #5 (Transcript Available) | Yes |
| J-489 | YouTube Livestream Episode - "Not Like Us" (July 5, 2024) Excerpt #1 (Transcript Available) | Yes |
| J-495 | YouTube Livestream Episode - "DDG Blasts Halle: 'She's Keeping My Son From Me'" (Mar. 7, 2025) Excerpt #5 (Transcript Available) | Yes |
| J-497 | Audio Excerpt of July 2021 Milagro Stationhead post as captured by DocumentTingz (Transcript Available) | Yes |
| J-501 | Podcast Episode 158 from Off the Record with DJ Akademiks: What Really went down at Tory Lanez Trial (feat. Milagro Gramz) - Excerpt | Yes |
| J-502 | Exhibit 18 from Daystar Peterson Criminal Trial - Photograph of Daystar Peterson | Yes |
| J-503 | Exhibit 19 from Daystar Peterson Criminal Trial - Photograph of Kelsey Harris | Yes |

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| J-507 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 2 - Excerpt (Transcript Available) | Yes |
| J-508 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 3 - Excerpt (Transcript Available) | Yes |
| J-512 | @O_Truths Capture of Milagro Stationhead Stream – Excerpt | Yes |
| J-528 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 8 - Excerpt | Yes |
| J-532 | Milagro Cooper's Livestream on Daystar Peterson's Criminal Trial Day 8 – Excerpt | Yes |
| J-534 | Twitch Livestream - "True Life Megan Sued Me" - Excerpt | Yes |
| J-536 | Twitch Livestream - "True Life Megan Sued Me" - Excerpt | Yes |
| J-537 | X. Com Livestream - "Bloggers Getting Sued" (October 30, 2024) – Excerpt | Yes |
| J-539 | X. Com Livestream - "Bloggers Getting Sued" (October 30, 2024) – Excerpt | Yes |
| J-540 | X. Com Livestream - "Bloggers Getting Sued" (October 30, 2024) – Excerpt | Yes |
| J-546 | Twitch Livestream - "True Life Megan Sued Me" - Excerpt | Yes |
| J-562 | Twitch Livestream - "True Life Megan Sued Me" - Excerpt | Yes |
| J-564 | Twitch Livestream - "True Life Megan Sued Me" - Excerpt | Yes |
| J-566 | Twitch Livestream - "True Life Megan Sued Me" - Excerpt | Yes |
| J-569 | Twitch Livestream - "True Life Megan Sued Me" - Excerpt | Yes |
| J-600 | Video of Megan in Pool | Yes |
| J-602 | Documentary Scene re Height | Yes |
| J-603 | Documentary Scene re Discrediting Megan | Yes |
| J-606 | Documentary Scene re Megan Explanation to Police | Yes |
| J-612 | Documentary Scene re Drinking | Yes |
| J-613 | Video of Megan Drinking | Yes |
| J-619 | Documentary Scene re Megan Drinking | Yes |
| J-621 | Milagro Livestream re Deepfake | Yes |
| J-622 | Milagro Livestream re Deleted Messages | Yes |
| J-623 | October 7, 2019 Rah Ali Stationhead Flyer | Yes |
| J-624 | Certificate of Formation | Yes |
| J-625 | Milagro Gramz Trademark | Yes |
| J-626 | Mob Radio Trademark | Yes |
| J-628 | Copies of Tips Received Mentioning MTS | Yes |
| J-629 | Photos with Megan and Chelsey | Yes |
| J-630 | Shaderoom Message to Milagro regarding Spotify Deal | Yes |
| J-631 | Jaquan Smith Affidavit | Yes |
| D-19 | Body worn camera footage 7/12/2020 | Yes |

| EXHIBIT NUMBER | DESCRIPTION | ADMITTED INTO EVIDENCE (Y/N) |
|---|---|---|
| D-48 | Screenshot of messages to Milagro Cooper | Yes |
| D-54 | Megan Pete's Testimony from Daystar Peterson Criminal Trial | Yes |
| D-55 | Dr. Lee Haruno's Testimony from Daystar Peterson Criminal Trial | Yes |
| D-56 | Megan Thee Stallion "Cobra" Video | Yes |

Dated: Miami, Florida
December 17, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ John O'Sullivan*
John O'Sullivan (Fla. Bar No. 143154)
Daniel L. Humphrey (Fla. Bar No. 1024695)
johnosullivan@quinnemanuel.com
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
Bomie Lee (pro hac vice)
Julian T. Schoen (pro hac vice)
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
bomielee@quinnemanuel.com
julianschoen@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443 3000

Joanna E. Menillo
joannamenillo@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
(212) 849-7000

*Attorneys for Plaintiff Megan Pete*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December 2025, I caused a true and correct copy of this Certificate of Compliance to be served upon all parties via CM/ECF:

Dated:  December 17, 2025               /s/ *John O'Sullivan*
                                          John O'Sullivan