# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE, an individual,

*Plaintiff,*

Civil Action No. 1:24-CV-24228-CMA

v.

MILAGRO ELIZABETH COOPER,
an individual,

*Defendant.*

_____

## ORDER

**THIS CAUSE** came before the Court upon Roberta A. Kaplan's Motion to Appear as *Amicus Curiae* and to File *Amicus Curiae* Brief (ECF No. __). Being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Ms. Kaplan is given leave to participate as *amicus curiae* in this action. Ms. Kaplan is further granted leave to file her *Amicus Curiae* Brief.

**DONE AND ORDERED** in Chambers, in Miami, Florida this __ day of December, 2025.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record