UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-24228-CIV-ALTONAGA/Reid**

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____ /

**ORDER**

THIS CAUSE came before the Court upon Nathacha Bien-Aimé's Motion to Withdraw as Counsel [ECF No. 269]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Nathacha Bien-Aimé is relieved as counsel of record for Defendant.

**DONE AND ORDERED** in Miami, Florida, this 29th day of December, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record