UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court based on electronic mail ("e-mail") titled, "Motion to Withdraw as Counsel and Proposed Order Thereon," received on December 29, 2025, from Ronda R. Dixon, Esq., *pro hac vice* counsel for Defendant, Milagro Elizabeth Cooper. The Court disregards the contents of the e-mail and directs counsel to Local Rule 7.7.

**DONE AND ORDERED** in Miami, Florida, this 29th day of December, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record