UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

| | |
|---|---|
| MEGAN PETE, an individual, | ) |
| *Plaintiff,* | ) CASE NO. 1:24-CV-24228-CMA |
| vs. | ) |
| MILGARO ELIZABETH COOPER, an individual | ) |
| *Defendant.* | ) |

## NOTICE OF FILING

**COMES NOW** Crystal Morgan and files this Notice of Filing of Transcripts for purposes of appeal. The transcripts include the September and November 2025 Deposition Transcripts reported by Sylvia Mendez.

1

Dated: December 31, 2025.

Respectfully submitted,

/s/ Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire
Florida Bar No. 0684716
Brownstone, P.A.
P.O. Box 2047
Winter Park, FL 32790
Telephone: (407) 388-1900
Facsimile: (407) 622-1511
RobertSirianni@BrownstoneLaw.com
Attorney for Morgan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 31, 2025 through the Court's CM/ECF electronic filing system upon all counsel of record.

/s/Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire