UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-24228-CIV-ALTONAGA

MEGAN PETE, an individual

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

    *Defendant.*
_____/

**NOTICE OF APPEAL**

    Notice is hereby given that Defendant, MILAGRO COOPER, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the December 2, 2025, Final Judgment [ECF No. 227] finding Defendant, Milagro Cooper liable on Counts II and III of Plaintiff Megan Pete's Second Amended Complaint [ECF No. 31] filed on February 10, 2025.

                                                            **Respectfully submitted,**

                                                            /S/ Jeremy McLymont, Esq.
                                                            AsiliA Law Firm, P.A.
                                                            33 SW 2nd Ave. Ste. 1100
                                                            Miami, FL 33130
                                                            Tel. (786) 420.3014
                                                           Fax. (813) 549.2896
                                                           Jeremy@asilialaw.com
                                                           Florida Bar No.1010776
                                                           Attorney for Defendant