UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,
v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On December 17, 2025, Plaintiff, Megan Pete filed a Motion for Entry of Permanent Injunction Against Cyberstalking . . . [ECF No. 250]. To date, Defendant, Milagro Elizabeth Cooper has not filed a response to the Motion nor requested an extension of time to respond, and the time to do so has passed. *See* S.D. Fla. L.R. 7.1(c). Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant, Milagro Elizabeth Cooper has until **January 9, 2026** to file a response to Plaintiff, Megan Pete's Motion for Entry of Permanent Injunction Against Cyberstalking . . . **[ECF No. 250]**, failing which the Court will grant the Motion by default.

**DONE AND ORDERED** in Miami, Florida, this 5th day of January, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record