UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff, Megan Pete's Bill of Costs [ECF No. 282], filed on January 2, 2026. Plaintiff's pending Motion to Reinstate Jury Verdict . . . and to Amend Final Judgment or Renewed Motion for Judgment as a Matter of Law . . . [ECF No. 257] and Defendant, Milagro Elizabeth Cooper's Notice of Appeal [ECF No. 283] call into question the validity and scope of the Final Judgment [ECF No. 227] entered on December 2, 2025. The Court will not act on Plaintiff's Bill of Costs or any motion for fees until after an appeal is concluded.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Megan Pete's Motion for Bill of Costs **[ECF No. 282]** is **DENIED** as premature.

**DONE AND ORDERED** in Miami, Florida, this 5th day of January, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record