**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 24-24228-CIV-ALTONAGA

MEGAN PETE, an individual

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,

    *Defendant.*
_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW undersigned counsel Jeremy McLymont, and respectfully moves this Honorable Court to enter its order allowing counsel to withdraw as counsel for the Defendant, Milagro Cooper, and as grounds therefore states the following:

1. On June 5, 2025, undersigned counsel filed his Notice of Appearance in this case. Dkt. 81.

2. After a jury trial and a Final Judgment was issued in this case, it was closed on December 2, 2025. Dkt. 227

3. As acknowledged in undersigned counsel's Notice of Appearance, undersigned counsel has advised Ms. Cooper of her right to appeal and filed a timely notice of appeal on January 2, 2025. Dkt. 283.

4. Undersigned counsel is unable to continue representing Ms. Cooper in this matter and requests an order relieving Jeremy McLymont and AsiliA Law Firm, P.A. from

all responsibility in this matter.

5. The last known address for Ms. Cooper is ███████████████ ██████.[1]

6. Undersigned counsel has conferred with Plaintiff's Counsels who does not oppose the relief sought herein.

WHEREFORE, undersigned respectfully requests this Court to grant this Motion to Withdraw as Attorney of Record

### CERTIFICATE OF GOOD FAITH CONFERENCE

Prior to filing this motion, the undersigned conferred with Plaintiff's counsel, in good faith, on January 7, 2026. Plaintiffs do not oppose the relief sought herein.

**Respectfully submitted,**
/S/ Jeremy McLymont, Esq.
AsiliA Law Firm, P.A.
33 SW 2nd Ave. Ste. 1100
Miami, FL 33130
Tel. (786) 420.3014
Jeremy@asilialaw.com
Florida Bar No.1010776
Attorney for Defendant

### CERTIFICATE OF SERVICE

On January 8, 2026, I electronically filed this document with the Clerk of Court and served a true and correct copy on all counsel of record.

By: /S/ Jeremy McLymont, Esq.
Florida Bar No.1010776

---

[1] Ms. Cooper's physical address is redacted from the record for safety purposes. Opposing Counsel has been supplied with Ms. Cooper's address and agrees to undersigned filing this motion with Ms. Cooper's address redacted.