UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA/Reid

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Milagro Elizabeth Cooper's counsel, Jeremy McLymont's Motion to Withdraw as Attorney of Record [ECF No. 294], filed January 8, 2026.

Being fully advised it is

**ORDERED AND ADJUDGED** that Jeremy McLymont's Motion to Withdraw as Attorney of Record **[ECF No. 294]** is **GRANTED**. By **January 16, 2026**, Defendant shall either (a) retain new counsel, and have new local counsel file a notice of appearance; or (b) file a notice of intent to proceed *pro se*. *Mr. McLymont shall serve Ms. Cooper with a copy of this Order and file a notice indicating he has done so by January 12, 2026.*

**DONE AND ORDERED** in Miami, Florida, this 9th day of January, 2025.

                                                  _____
                                                **CECILIA M. ALTONAGA**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Milagro Elizabeth Cooper