UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24228-CIV-ALTONAGA

**MEGAN PETE**,

    Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

    Defendant.
_____/

## ORDER

The official court reporter has reached out to the undersigned, seeking to collect two outstanding invoices from Plaintiff's counsel. The first, invoice 2137, was issued on December 2, 2025, and is for $14,662.78. The second, invoice 2132, issued on December 16, 2025, and is for $837.32. These invoices are for transcripts prepared and delivered to Plaintiff's counsel.

Accordingly, Plaintiff's counsel shall pay the outstanding invoices by **February 5, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of February, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record