**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-24228-CIV-ALTONAGA/Reid**

**MEGAN PETE**,

      Plaintiff,

v.

**MILAGRO ELIZABETH COOPER**,

      Defendant.

_____/

## AMENDED FINAL JUDGMENT

Pursuant to the Court's May 29, 2026 Order [ECF No. 317] granting in part Plaintiff, Megan Pete's Motion to Reinstate Jury Verdict as to Defamation Claim and to Amend Final Judgment or Renewed Motion for Judgment as a Matter of Law . . . [ECF No. 257], it is

**ORDERED AND ADJUDGED** as follows:

1.  Judgment is entered in favor of Plaintiff, Megan Pete on Counts I, II & III of her Second Amended Complaint **[ECF No. 37]**, and against Defendant, Milagro Elizabeth Cooper.

2.  Plaintiff shall recover from Defendant a total of **$75,000.00** in damages.

3.  Requests for costs and fees shall not be submitted until after any post-trial motions are decided or an appeal is concluded, whichever occurs later.

**DONE AND ORDERED** in Miami, Florida, this 29th day of May, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record