

FILED BY MP D.C.

JUN 22 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

MEGAN PETE,

    Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

    Defendant.

Case No. 1:24-cv-24228-CMA

## DECLARATION OF MILAGRO ELIZABETH COOPER

I, Milagro Elizabeth Cooper, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am the Defendant in this action and submit this declaration based upon my personal knowledge.

2.  I am self-employed and earn income primarily through audience support, subscriptions, platform monetization, and related content creation activities.

3.  My income fluctuates significantly from month to month and is not guaranteed.

4.  I am responsible for supporting my household and caring for two minor children.

5.  I do not own a home or other substantial real property assets.

6.   I do not possess sufficient liquid assets to post a full supersedeas bond in the amount requested.

7.   Requiring me to post a full bond would impose a severe financial hardship on me and my family and would significantly impair my ability to meet ordinary living expenses and continue supporting my children.

8.   I am also responsible for ongoing litigation-related expenses, including expenses associated with pursuing my appeal.

9.   My request for relief is not made for purposes of delay. I respectfully seek relief because I do not have the financial ability to obtain a full supersedeas bond while maintaining my household obligations.

10.   Because disclosure of detailed financial records would reveal sensitive personal financial information relating to myself and my minor children, I have not publicly filed such records at this time. Should the Court deem additional documentation necessary, I am prepared to provide supporting financial records under appropriate protections, including filing under seal or with appropriate redactions.

11.   I respectfully request that the Court stay enforcement of the Amended Final Judgment pending appeal. To the extent the Court determines that a bond or other security is required, I respectfully request that the Court consider a reduced bond and I am willing to commit to a monthly payment arrangement toward any such reduced bond, or such other conditions as the Court deems appropriate.

12.   My financial difficulties throughout this litigation are reflected in the record. During the course of this case, I lost multiple attorneys and, at various stages, relied upon legal assistance provided without compensation. I have previously testified under oath regarding my financial

circumstances, including the significant financial strain caused by this litigation. It was also established during these proceedings that I lost one of my primary sources of income, my contract with Stationhead. The loss of that income has contributed substantially to the financial hardship experienced by me and my family. I continue to work toward rebuilding financially while supporting my household, caring for my two minor children, and pursuing this appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 18_, 2026.

**MILAGRO ELIZABETH COOPER**

21175 Tomball Parkway #529

Houston, Texas 77070

Email: milagrogramz@gmail.com

ed fiber
sumer

Extremely Urgent

DATE: 18-JUN-2026
REC'D BY
JUN 22 2026

PMB 529
21175 ST HWY 249
HOUSTON TX 77070

SHIP TO:
CLERK OF COURT - MIAMI DIVISION
US DIST CRT SOUTH DIST OF FLORIDA
RE MEGAN PETE V MILAGRO COOPER
WILKIE D FERGUSON, JR US COURTHOUS
400 N MIAMI AVE, FL8
MIAMI FL 33128-1801

FL 330 9-03

1

UPS NEXT DAY AIR
TRACKING #: 1Z 759 093 01 3579 8494

BILLING: P/P



The UPS Store Smart Label

Tracking #

1Z759093013579 **8494**

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Serving you for more than 110 years
United Parcel Service.®



