**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-24228-CIV-ALTONAGA/Reid**

FILED BY_____D.C.

JUN 29 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MEGAN PETE,

    *Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,

    *Defendant.*

_____/

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Defendant, MILAGRO ELIZABETH COOPER, hereby amends her Notice of Appeal [ECF No. 283] and appeals to the United States Court of Appeals for the Eleventh Circuit from the Amended Final Judgment entered on May 29, 2026 [ECF No. 318], which amended the Court's December 2, 2025 Final Judgment [ECF No. 227] and entered judgment in favor of Plaintiff, Megan Pete, on Counts I, II & III of her Second Amended Complaint [ECF No. 37], awarding Plaintiff a total of $75,000.00 in damages.

This Amended Notice of Appeal is filed to encompass the Amended Final Judgment and all rulings merged therein, including the Court's May 29, 2026 Order [ECF No. 317] granting in part Plaintiff's Motion to Reinstate Jury Verdict as to Defamation Claim and to Amend Final Judgment or Renewed Motion for Judgment as a Matter of Law [ECF No. 257].

Respectfully submitted,

_____

**MILAGRO ELIZABETH COOPER**

Defendant, Pro Se

21175 Tomball Parkway #529

Houston, Texas 77070

Email: milagrogramz@gmail.com

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25th, 2026, I served a true and correct copy of the foregoing Amended Notice of Appeal by depositing the same in the United States Mail, postage prepaid, addressed to the following counsel of record:

Alejandro Brito (Fla. Bar. No. 098442)
Jalaine Garcia (Fla. Bar. No. 058632)
BRITO, PLLC
2121 Ponce De Leon Boulevard, Suite 650
Coral Gables, Florida 33134
(305) 614-4071

Daniel L. Humphrey (Fla. Bar No. 1024695)
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART SULLIVAN, LLP
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Joanna Menillo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10010
(212) 849-7050

*Attorneys for Plaintiff Megan Pete*

MILAGRO COOPER
(281) 640-4536
PMB 529
21175 ST HWY 249
HOUSTON  TX 77070

0.2 LBS LTR
SHIP WT
DATE: 25 JUN 2026

SHIP TO:
CLERK OF COURT - MIAMI DIVISION
US DIST CRT SOUTH DIST OF FLORIDA
RE  MEGAN PETE V MILAGRO COOPER
WILKIE D  FERGUSON, JR US COURTHOUS
400 N MIAMI AVE, FL8
MIAMI   FL 33128-1801



FL 330 9-03

UPS NEXT DAY AIR                1
TRACKING #:  1Z 759 093 01 3631 5333

BILLING: P/P

REC'D BY_____ D.C.

JUN 29 2026

ANGELA E. NOBLE
CLERK U.S. DIST CT
S. D. OF FLA. - MIAMI

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited                    RRD A 0126