# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2026

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _____ JG _____ D.C.

Jul 2, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number:  25-14376-FF
Case Style:  Megan Pete v. Crystal Morgan
District Court Docket No:  1:24-cv-24228-CMA

The referenced appeal was dismissed.

Appellee's brief is due 30 days from the date of this letter.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

REINST-1 Court Order Reinstatement

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-14376
_____

MEGAN PETE,
  an individual,

*Plaintiff-Appellee,*

*versus*

MILAGRO ELIZABETH COOPER,
  an individual,

*Defendant,*

CRYSTAL MORGAN,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cv-24228-CMA
_____

Before BRANCH and KIDD, Circuit Judges.

BY THE COURT:

"Appellant's Motion to Reinstate, Set Aside Dismissal and Remedy Default," which is also construed as a motion to file the

2                          Order of the Court                      25-14376

appendix out of time, is GRANTED.   This appeal is hereby REINSTATED and the appendix shall be filed out of time.