UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION



FILED BY_____D.C.

JUL 07 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 24-cv-24228-CMA

MEGAN PETE,

Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

Defendant.

_____/

## DECLARATION OF MILAGRO ELIZABETH COOPER IN SUPPORT OF DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(6)

I, Milagro Elizabeth Cooper, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Defendant in this action and submit this declaration based on my personal knowledge, in support of my Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(6) (the "Motion").

2. I am proceeding pro se in this matter.

3. Exhibit A is a true and correct copy of a screenshot of the Dismissal Notice issued by the United States Court of Appeals for the Eleventh Circuit on June 25, 2026, in Case No. 26-10032, Doc. 13. I obtained this screenshot from a post by the account "Document Tingz" (@DocumentTingz) on X, which I reviewed on June 27, 2026.

4. Exhibit B is a true and correct copy of a screenshot of the Motion for Leave to Withdraw as Counsel filed by Jeremy McLymont in the United States Court of Appeals for the Eleventh Circuit on June 26, 2026, in Case No. 26-10032, Doc. 18. I obtained this screenshot from a post by the account "Document Tingz" (@DocumentTingz) on X, which I reviewed on June 27, 2026.

5. Exhibit C is a true and correct copy of a screenshot captured from the X platform of a post by the account "Document Tingz" (@DocumentTingz), summarizing the June 25, 2026 Dismissal Notice and Mr. McLymont's June 26, 2026 motion to withdraw, which I first saw and reviewed on June 27, 2026.

6. Exhibit D is a true and correct copy of the email I sent to Jeremy McLymont on June 27, 2026, at 9:39 a.m., after learning of the Dismissal Notice and his motion to withdraw.

7. Exhibit M is a true and correct copy of a screenshot of Mr. McLymont's email response to me, sent July 5, 2026, at 2:35 p.m., in which he explained the circumstances of his withdrawal from the district court and the appeal.

8. Exhibit N is a true and correct copy of a screenshot of my email reply to Mr. McLymont, sent July 6, 2026, at 8:16 a.m., acknowledging his response and confirming that I had filed an Amended Notice of Appeal covering each part of the judgment I intend to challenge.

9. Exhibit E is a true and correct copy of an excerpt of the trial transcript in this action, Megan Pete v. Milagro Elizabeth Cooper, No. 24-cv-24228-CMA, ECF No. 232 at 47, which I obtained from the public docket of this case.

10. Exhibit F is a true and correct copy of the Consolidated Plaintiffs' and Defendant Desiree Perez's Motion for Sanctions Against the Hadleys, No. 1:25-cv-22162-BB, ECF No. 450, which I obtained from the public docket of that case.

11. Exhibit G is a true and correct copy of an excerpt of the FTI Consulting, Inc. analysis attached as an exhibit to the motion described in Paragraph 10 above, No. 1:25-cv-22162-BB, ECF No. 450-3 at 2, which I obtained from the public docket of that case.

12. Exhibit H is a true and correct copy of the Certificate of Service filed in Garcia v. Roc Nation LLC, et al., No. 1:24-cv-07587-GHW (S.D.N.Y.), ECF No. 174 at 32, which I obtained from the public docket of that case.

13. Exhibit I is a true and correct copy of a screenshot captured from the X (formerly Twitter) platform of a post by the account "Lex Noir" (@noir_lex), dated September 27, 2025, which I located and reviewed on or after May 29, 2026.

14. Exhibit J is a true and correct copy of a screenshot captured from the X platform of a post by the account "Riri" (@LcdBarbie), dated September 27, 2025, which I located and reviewed on or after May 29, 2026.

15. Exhibit K is a true and correct copy of a screenshot captured from the X platform of a post by the account "Queen Nicki" (@queenfractions), dated May 29, 2026, in which that account tagged my X account, @MOBBISH_.

16. Exhibit L is a true and correct copy of a screenshot captured from the X platform of a post by the account "Mickey M" (@ParisNchicago), dated May 29, 2026, in which that account referenced my X account, @MOBBISH_.

17. The September 27, 2025 Lex Noir post described in my Motion, and the underlying relationships it described, were brought to my attention no later than May 29, 2026, when supporters tagged and referenced my X account, @MOBBISH_, in the posts described in Exhibits K and L. I reviewed those posts, then located and reviewed the underlying September 27, 2025 article and related posts described in my Motion, and began independently investigating the attorneys, firms, and relationships described in my Motion using publicly available attorney biographies, news articles, and court dockets.

18. I make this declaration in support of my Motion and not for purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 16th___, 2026.

_____
MILAGRO ELIZABETH COOPER
21175 Tomball Parkway #529
Houston, Texas 77070
Email: milagrogramz@gmail.com

**Extremely Urgent**

Visit UPS.com

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

This envelope is for use with the following services: **UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Do not use this envelope for: **UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

## Window Envelope

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper. Insert shipping documents under window from the top.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "..... the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

100% Recycled fiber
80% Post-Consumer



"S's privacy practices or to opt out from the sale of
zase see the UPS Privacy Notice at www.ups.com
0101951033 04/21  PAC  United Parcel Service