UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED BY _MP_ D.C.

JUL 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 24-cv-24228-CMA

MEGAN PETE,

       Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

       Defendant.

_____/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL FACTS IN SUPPORT OF PENDING**

**MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(6)**

Defendant Milagro Elizabeth Cooper, pro se, submits this Notice of newly discovered facts supporting the appearance-of-partiality claim in her Motion for Relief from Judgment [ECF No. 328] under 28 U.S.C. § 455(a).

The following surfaced through public records since the Motion was filed:

     • Public records show Plaintiff herself has been repeatedly represented by Holland & Knight LLP in prior related disputes (e.g., Harris County Cause Nos. 2022-74903, 2022-10250, and 2020-14018).

     • In May and June 2026, Holland & Knight LLP represented Roc Nation in Harris County litigation brought by Tony Buzbee and his former clients, alleging barratry, before the claims were dismissed for lack of personal jurisdiction; Quinn Emanuel — Plaintiff's counsel — was a co-defendant.

     • In 2024, the presiding judge appointed Barbara Martinez — a Holland & Knight attorney representing Desiree Perez, CEO of Roc Nation and a close confidant of Plaintiff — to a jury-pool advisory committee, coinciding with Plaintiff's testimony that Ms. Perez compiled materials on Defendant well before suit.

These connections support the appearance-of-partiality concern raised in the Motion. See Liljeberg v. Health Servs. Acquisition Corp., 486 U.S. 847 (1988).

Exhibits A through C are attached.

Respectfully submitted,

_____

Milagro Elizabeth Cooper

Defendant, Pro Se

21175 Tomball Parkway #529

Houston, Texas 77070

Email: milagrogramz@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2026, I filed the foregoing with the Clerk of the Court by U.S. Mail, postage prepaid, and served a true and correct copy on all counsel of record by U.S. Mail, postage prepaid, addressed as follows:

Alejandro Brito (Fla. Bar No. 098442)

Jalaine Garcia (Fla. Bar No. 058632)

abrito@britopllc.com

jgarcia@britopllc.com

BRITO, PLLC

2121 Ponce de Leon Boulevard, Suite 650

Miami, FL 33134

(305) 614-4071

Daniel L. Humphrey (Fla. Bar No. 1024695)

danielhumphrey@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

2601 S. Bayshore Drive, Suite 1500

Miami, FL 33133

(305) 402-4880

Mari F. Henderson (pro hac vice)

Marie Hayrapetian (pro hac vice)

marihenderson@quinnemanuel.com

mariehayrapetian@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

865 South Figueroa Street, 10th Floor

Los Angeles, CA 90017

(213) 443-3000

Joanna E. Menillo (pro hac vice)

Stephanie Kelemen (pro hac vice)

joannamenillo@quinnemanuel.com

stephaniekelemen@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

295 Fifth Avenue

New York, NY 10010

(212) 849-7050

Attorneys for Plaintiff

---

Milagro Elizabeth Cooper, Defendant, Pro Se

## ATTACHMENTS

Exhibit A — Harris County Docket Excerpts (Megan Pete v. 1501 Certified Entertainment LLC).

Exhibit B — 2024 Administrative Order re: Jury Pool Expansion Board.

Exhibit C — Harris County docket excerpts or filings from the Buzbee Law Firm consolidated case showing recent or ongoing Holland & Knight's representation of Roc Nation.

# EXHIBIT A

## Plaintiff's Repeated Representation by Holland & Knight LLP

Harris County, Texas docket records and press coverage documenting that Plaintiff Megan Pete p/k/a Megan Thee Stallion has been represented by Holland & Knight LLP, including L. Bradley Hancock, in multiple prior and related civil actions.

Megan Pete v. Milagro Elizabeth Cooper, Case No. 24-cv-24228-CMA (S.D. Fla.)  |  Exhibits in Support of Defendant's Notice of Supplemental Facts (Fed. R. Civ. P. 60(b)(6))

A-1. Harris County District Clerk (Marilyn Burgess) case search showing three disposed civil actions styled Pete, Megan (p/k/a Megan Thee Stallion) v. 1501 Certified Entertainment LLC — Cause Nos. 2022-74903, 2022-10250, and 2020-14018.



| Case (Cause) Number | Style | File Date | Court | Case Region | Type Of Action / Offense |
|---|---|---|---|---|---|
| 202274903-7 Disposed (Final) | PETE, MEGAN (PKA MEGAN THEE STALLION) vs. 1501 CERTIFIED ENTERTAINMENT LLC | 11/14/2022 | 152 | Civil | OTHER CIVIL |
| 202210250-7 Disposed (Final) | PETE, MEGAN (P/K/A MEGAN THEE STALLION) vs. 1501 CERTIFIED ENTERTAINMENT LLC | 2/18/2022 | 152 | Civil | Debt / Contract - Other |
| 202014018-7 Disposed (Final) | PETE, MEGAN (P/K/A MEGAN THEE STALLION) vs. 1501 CERTIFIED ENTERTAINMENT LLC | 3/2/2020 | 152 | Civil | Debt / Contract - Fraud / Misrepresentation |

Page 1 of 1  1

*Source: hcdistrictclerk.com (Harris County District Clerk case search).*

A-2. Report identifying Plaintiff's counsel of record as Bradley Hancock and Andrea James of Holland & Knight LLP (together with Richard S. Busch of King & Ballow) in Megan Pete v. 1501 Certified Entertainment LLC et al., Cause No. 2020-14018, 152nd District Court, Harris County, Texas.

## lowelaw.com

Plaintiff Megan Thee Stallion Pete is represented by Bradley Hancock and Andrea James of Holland & Knight LLP and Richard S. Busch of King & Ballow.

Defendants' 1501 and Crawford are represented by Tom Van Arsdel and Jacqueline Del Villar of Winstead PC.

The case is *Megan Pete v. 1501 Certified Entertainment LLC et al.*, case number 2020-14018, in the 152nd District Court in Harris County, Texas.

*Source: lowelaw.com, https://lowelaw.com/megan-thee-stallion-clears-the-hurdle-of-arbitration/*

A-3. Harris County District Clerk party listing confirming Lawrence Bradley Hancock as attorney of record for Plaintiff, listed under both her legal name (Pete, Megan) and stage name (Megan Thee Stallion).

| Party Name | Type | Post JdgmName | Attorney Name |
|---|---|---|---|
| PETE, MEGAN (PKA MEGAN THEE STALLION) | PLAINTIFF - CIVIL | | HANCOCK, LAWRENCE BRADLEY |
| 1501 CERTIFIED ENTERTAINMENT LLC | DEFENDANT - CIVIL | | |
| MEGAN THEE STALLION | PLAINTIFF - CIVIL | | HANCOCK, LAWRENCE BRADLEY |
| THEORY ENTERTAINMENT LLC (DBA 300 ENTERTAINMENT) | DEFENDANT - CIVIL | | |
| 300 ENTERTAINMENT | DEFENDANT - CIVIL | | |
| THEORY ENTERTAINMENT LLC (D/B/A 300 ENTERTAINMENT) | REGISTERED AGENT | | |
| 1501 CERTIFIED ENTERTAINMENT LLC MAY BE | REGISTERED AGENT | | |

Source: hcdistrictclerk.com (Harris County District Clerk case detail).

A-4. Order Granting Plaintiff's Notice of Nonsuit With Prejudice, Cause No. 2022-74903, Megan Pete p/k/a Megan Thee Stallion v. 1501 Certified Entertainment, LLC, 152nd Judicial District, Harris County, Texas (filed Oct. 25, 2023), confirming Plaintiff's status as a repeat litigant in the same Harris County court in which Holland & Knight has separately appeared for Roc Nation. See Exhibit C.



# hcdistrictclerk.com

10/25/2023 5:09:14 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 80980436
By: WILLIAMS, KATINA L
Filed: 10/25/2023 5:09:14 PM
Pgs-1

4A

CAUSE NO. 2022-74903

| | | |
|---|---|---|
| MEGAN PETE P/K/A MEGAN THEE STALLION | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| VS. | § § | HARRIS COUNTY, TEXAS |
| 1501 CERTIFIED ENTERTAINMENT, LLC | § § § | |
| *Defendant.* | § | 152ND JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFF'S NOTICE OF NONSUIT WITH PREJUDICE

On this day, the Court considered Megan Pete p/k/a Megan Thee Stallion's ("Pete") Notice of Nonsuit with Prejudice. After considering the Notice, the Court ORDERS that the Notice of Nonsuit With Prejudice is hereby GRANTED.

It is accordingly ORDERED and ADJUDGED that all claims in this lawsuit shall be, and hereby are, NONSUITED WITH PREJUDICE, with each party to bear their own costs of court and attorneys' fees.

*Source: hcdistrictclerk.com (Harris County District Clerk case documents).*

A-5. Statement attributed to Megan's attorney, Brad Hancock, responding to press inquiries on Plaintiff's behalf in the 1501 Certified Entertainment litigation.



X          **www.complex.com**          •••

**GET THE APP**      **STYLE**      **SNEAKERS**      **POP CULTU**

Megan's attorney Brad Hancock answered Complex's request for comment with the following: "This is yet another absurd attempt by 1501 to disregard Megan's album and squeeze more money and more free work out of her for as long as possible. We will ask the court to protect Megan from this type of abuse."

Source: complex.com, https://www.complex.com/music/a/b-blanchet/megan-thee-stallion-countersuit-carl-h-1501-label-something-for-the e-hotties-album-dispute

A-6. Holland & Knight LLP attorney profile for L. Bradley Hancock, Partner (Houston/Austin), the same attorney identified above as counsel for Plaintiff and, in Exhibit C below, for Roc Nation, LLC.



**✕          www.hklaw.com          •••**

**Q          Holland & Knight          ☰ MENU**

# L. Bradley Hancock

## PARTNER

**Brad.Hancock@hklaw.com**

**Houston**

**+1.713.244.6868**

**Austin**

**+1.512.954.6519**

**VCard    PDF**

*Source: hklaw.com (Holland & Knight LLP attorney directory).*

# EXHIBIT B

## Administrative Order 2024-4 — Ad Hoc Advisory Committee to Review the Southern District of Florida's Jury Pools

United States District Court, Southern District of Florida, Administrative Order 2024-4 (Jan. 18, 2024), appointing Barbara Martinez, Esq. of Holland & Knight LLP as a member of the Ad Hoc Advisory Committee.

Megan Pete v. Milagro Elizabeth Cooper, Case No. 24-cv-24228-CMA (S.D. Fla.)  |  Exhibits in Support of Defendant's Notice of Supplemental Facts (Fed. R. Civ. P. 60(b)(6))

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## ADMINISTRATIVE ORDER 2024-4

### IN RE: APPOINTMENT OF MEMBERS TO THE AD HOC ADVISORY COMMITTEE TO REVIEW THE SOUTHERN DISTRICT OF FLORIDA'S JURY POOLS

The Strategic Plan for the Judiciary and the Judicial Conference have set a goal to enhance citizen participation in juries by improving the degree to which juries are representative of the communities in which they serve. By this Administrative Order, the Court establishes an Ad Hoc Advisory Committee to Review Whether the Southern District of Florida's Jury Pools Should Be Expanded or Modified in any way. It is

**ORDERED** that the following persons are appointed as members of the Ad Hoc Advisory Committee to review whether the Southern District of Florida should expand or modify the ways in which it summons jurors for service on the Court's Jury Pools, effective immediately:

### Chair

District Judge Raag Singhal
United States District Court
299 East Broward Boulevard
Fort Lauderdale, FL 33301

**Members:**

**District Judge Rodney Smith**
United States District Court
299 East Broward Boulevard
Fort Lauderdale, FL 33301

**Maurice Johnson, AUSA**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33128
Phone: (305) 961-9000
Email: maurice.johnson@usdoj.gov

**Leigh Kobrinski, Assistant County Attorney**
County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Phone: (305) 375-1358
Email: leigh.kobrinski@miamidade.gov

**Chris Lomax, Esq.**
Lomax Legal PLLC
95 Merrick Way, 3rd Floor
Coral Gables, FL 33134
Phone: (305) 582-6506
Email: chris@lomaxlegal.com

**Bernardo Lopez, AFPD**
Office of the Federal Public Defender
One East Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301
Phone: (954) 356-7436
Email: bernardo_lopez@fd.org

**Barbara Martinez, Esq.**
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Phone: (305) 789-7506
Email: barbara.martinez@hklaw.com

**Todd McGhie, Chief Deputy Clerk**
United States District Court
400 North Miami Avenue
Miami, FL 33128
Phone: (305) 523-5001
Email: todd_mcghie@flsd.uscourts.gov

**Dwayne Robinson, Esq.**
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard, Floor 9
Miami, FL 33134
Phone: (305) 372-1800
Email: drobinson@kttlaw.com

**Vilmary Martinez, Jury Administrator**
United States District Court
400 North Miami Avenue
Miami, FL 33128
Phone: (305) 523-5190
Email: vilmary_martinez@flsd.uscourts.gov

**Margot Moss, Esq.**
Markus/Moss PLLC
40 N.W. 3rd Street, PH 1
Miami, FL 33128
Phone: (305) 379-6667
Email: mmoss@markuslaw.com

**Adam Schwartz, Esq.**
VedderPrice
600 Brickell Avenue, Suite 1500
Miami, FL 33131
Phone: (786) 741-3240
Email: aschwartz@vedderprice.com

The Ad Hoc Advisory Committee will examine our District's Jury Plan, compare our Jury Plan to other district courts' jury plans, and review the composition of our jury pools to determine if our Court's jury pools are representative of the communities in which they serve.

*Note: Barbara Martinez's entry above (highlighted) is highlighted by the undersigned for the Court's convenience and does not appear in the original.*

This Ad Hoc Advisory Committee will make their recommendations regarding expansion or modification of the Southern District of Florida's jury pools to the Chief Judge no later than August 1, 2024.

This Committee shall remain in existence until further order of the Court.

**DONE AND ORDERED** in in Miami, Florida, this 18th day of January, 2024.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

c:  All Southern District of Florida District Judges and Magistrate Judges
    Angela E. Noble, Court Administrator • Clerk of Court
    All Ad Hoc Advisory Committee Members
    Library

3

*Source: True, unaltered copy of page 3 of the Court's signed Administrative Order 2024-4, as filed (bearing Chief Judge Cecilia M. Altonaga's signature). Cf. official published text at https://www.flsd.uscourts.gov/sites/flsd/files/adminorders/2024-4.pdf*

# EXHIBIT C

## Roc Nation, LLC's Recent Representation by Holland & Knight LLP

Harris County, Texas docket records showing Holland & Knight LLP's May-June 2026 representation of Roc Nation, LLC in litigation brought by Anthony Buzbee and former clients (consolidated Cause No. 2024-84902), alongside co-defendant Quinn Emanuel Urquhart & Sullivan, LLP -- Plaintiff's counsel of record in this action.

Megan Pete v. Milagro Elizabeth Cooper, Case No. 24-cv-24228-CMA (S.D. Fla.)  |  Exhibits in Support of Defendant's Notice of Supplemental Facts (Fed. R. Civ. P. 60(b)(6))

C-1. Caption of Plaintiff The Buzbee Law Firm's Second Amended Petition, Consolidated Cause No. 2024-84902, 11th District Court, Harris County, Texas, naming as defendants Quinn Emanuel Urquhart & Sullivan, LLP, Christina Siess, Lex Intelligence LLC, Marcy Bryan Croft, MJ Legal, P.A., and Roc Nation, among others, and consolidating Jose Maldonado v. Marcy Bryan Croft, et al. (Cause No. 2025-00577) and Gerardo Garcia v. Marcy Bryan Croft, et al. (Cause No. 2024-87692).

5/29/2026 3:19 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 115514158
By: Jizzelle Ward
Filed: 5/29/2026 3:19 PM

CONSOLIDATED
CAUSE NO. 2024-84902

| | | |
|---|---|---|
| THE BUZBEE LAW FIRM, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| QUINN EMANUEL URQUHART & | § | |
| SULLIVAN, LLP, *et al.,* | § | |
| | § | |
| *Defendants.* | § | 11th DISTRICT COURT |
| JOSE MALDONADO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CAUSE NO. 2025-00577 |
| | § | (Consolidated) |
| MARCY BRYAN CROFT, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |
| GERARDO GARCIA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CAUSE NO. 2024-87692 |
| | § | (Consolidated) |
| MARCY BRYAN CROFT, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF THE BUZBEE LAW FIRM'S SECOND AMENDED PETITION

Plaintiff The Buzbee Law Firm (the "Firm") files this Second Amended Petition against

Defendants Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), Christina Siess, Lex

Intelligence LLC ("Lex Intelligence"), Marcy Bryan Croft, MJ Legal, P.A. ("MJ Legal"), Roc

*Source: Harris County District Clerk e-filing (Envelope No. 115514158, filed 5/29/2026).*

C-2. Case detail listing defendant Roc Nation, LLC as represented by Lawrence Bradley Hancock and Maria Camila Gil of Holland & Knight LLP.

## Defendant
Roc Nation, LLC

## Represented By

Lawrence Bradley Hancock
*Holland & Knight LLP*
713-244-6868
brad.hancock@hklaw.com

Maria Camila Gil
*Holland & Knight LLP*
713-244-8186
maria.gil@hklaw.com

*Source: Harris County District Clerk case detail (hcdistrictclerk.com).*

C-3. Automated Certificate of eService for Plaintiff The Buzbee Law Firm's Second Amended Petition (Envelope No. 115514158, served 5/29/2026), listing Holland & Knight attorneys Lawrence Hancock (brad.hancock@hklaw.com) and Megan Schmid, alongside Quinn Emanuel counsel Sydney Scott, Kylie Calabrese, Johanna Smith, Gregg Costa, Pleasant N. Garner, and Amber Sladovnik, and Anthony Buzbee.

### Automated Certificate of eService
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Anthony  Buzbee on behalf of Anthony Buzbee
Bar No. 24001820
efiling@txattorneys.com
Envelope ID: 115514158
Filing Code Description: Amended Filing
Filing Description: Plaintiff The Buzbee Law Firm's Second Amended
Petition
Status as of 5/29/2026 5:03 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Miranda | | diana.miranda@hklaw.com | 5/29/2026 3:19:01 PM | SENT |
| Megan Schmid | 24074383 | Megan.Schmid@hklaw.com | 5/29/2026 3:19:01 PM | SENT |
| Lawrence Hancock | 798238 | brad.hancock@hklaw.com | 5/29/2026 3:19:01 PM | SENT |
| Sydney Scott | 24088379 | sascott@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Robert H.Ford | | rford@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Kylie Calabrese | 24120738 | kcalabrese@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Maria Dickerson | 24120848 | Maria.Gil@hklaw.com | 5/29/2026 3:19:01 PM | SENT |
| Johanna Smith | 24126934 | jesmith@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Johanna Smith | | JESmith@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Angela Davis | | adavis@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Colby Holler | | CHoller@txattorneys.com | 5/29/2026 3:19:01 PM | SENT |
| Michael Williams | | mcwilliams@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 5/29/2026 3:19:01 PM | SENT |
| Gregg Costa | | GCosta@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Gregg Costa | | GCosta@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Sydney Scott | | SAScott@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Latisha Horn | | lhorn@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Pleasant N.Garner | | PGarner@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Lauren Black | | lblack@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Mary GraceWhitten | | mwhitten@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Amber  Sladovnik | | ASladovnik@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Reed Brodsky | | rbrodsky@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |

*Source: hcdistrictclerk.com e-filing service list.*

C-4. Continuation of the Automated Certificate of eService (same filing), listing additional Quinn Emanuel counsel (Reed Brodsky, Arjun Prakash) and Holland & Knight counsel (Pamela Lee, Jacob Hadjis, Katia Leiva) served on the same envelope.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anthony  Buzbee on behalf of Anthony Buzbee
Bar No. 24001820
efiling@txattorneys.com
Envelope ID: 115514158
Filing Code Description: Amended Filing
Filing Description: Plaintiff The Buzbee Law Firm's Second Amended Petition
Status as of 5/29/2026 5:03 PM CST

Case Contacts

| Reed Brodsky | | rbrodsky@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
|---|---|---|---|---|
| Reed Brodsky | | rbrodsky@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| Nicole Kellum | | nkellum@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Sumner Fortenberry | | sfortenberry@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Stephen Fritz | | sfritz@bradley.com | 5/29/2026 3:19:01 PM | SENT |
| Pamela Lee | | pamela.lee@hklaw.com | 5/29/2026 3:19:01 PM | SENT |
| Destiny Dike | | ddike@gibsondunn.com | 5/29/2026 3:19:01 PM | ERROR |
| Blythe Cardenas | | bcardenas@gibsondunn.com | 5/29/2026 3:19:01 PM | ERROR |
| Arjun Prakash | | APrakash@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| TX-MAO TX-MAO | | pacer-tx@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| David C.Fortney | | dfortney@txattorneys.com | 5/29/2026 3:19:01 PM | SENT |
| Jacob Hadjis | | Jacob.Hadjis@hklaw.com | 5/29/2026 3:19:01 PM | SENT |
| Katia Leiva | | Katia.Leiva@hklaw.com | 5/29/2026 3:19:01 PM | SENT |
| Tiffany Penner | | TPenner@gibsondunn.com | 5/29/2026 3:19:01 PM | SENT |
| The Buzbee Law Firm - | | efiling@txattorneys.com | 5/29/2026 3:19:01 PM | SENT |

Source: hcdistrictclerk.com e-filing service list.

C-5. Federal docket entry confirming Maldonado v. Croft, et al., No. 4:25-cv-00345 (S.D. Tex.), before Judge George C. Hanks, Jr., was remanded to the 190th Judicial District Court of Harris County, Texas and assigned Cause No. 2025-00577 – the same action consolidated into Cause No. 2024-84902 in which Holland & Knight represents Roc Nation. A companion action, Gerardo Garcia v. Marcy Bryan Croft, et al., No. 4:25-cv-00353 (S.D. Tex.), was likewise remanded (Sept. 2025) to the 127th Judicial District Court of Harris County, Texas as Cause No. 2024-87692, and was consolidated into the same proceeding.

## ❓ Maldonado v. Croft et al This case is REMANDED to the 190th Judicial District Court of Harris County, Texas, where it was assigned case number 2025-00577.



## Texas Southern District Court

| | |
|---|---|
| **Judge:** | George C Hanks, Jr |
| **Case #:** | 4:25-cv-00345 |
| **Nature of Suit** | 380 Torts - Personal Property - Other Personal Property Damage |
| **Cause** | 28:1332 Diversity-(Citizenship) |
| **Case Filed:** | Jan 28, 2025 |
| **Terminated:** | Sep 17, 2025 |

*Sources: PACER/CourtListener, S.D. Tex. Case No. 4:25-cv-00345; Justia, S.D. Tex. Case No. 4:25-cv-00353, Doc. 46 (order granting remand).*

100% Recycled fiber
80% Post-Consumer

**Extremely Urgent**



Visit UPS.com

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed.

**International Shipments**
- The UPS Express envelope may be used only value. Certain countries consider electron ups.com/importexport to verify if your sh
- To qualify for the letter rate, the UPS Expre UPS express envelopes weighing more th

**Note:** UPS Express envelopes are not recom electronic media containing sensitive perso Do not send cash or cash equivalent.

**Window Envelop**
Use this envelope with shipp

from a laser or inkjet printer
shipping documents under v

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 10 JUL 2026

MILAGRO COOPER
(281) 5??-4536
PMB 521
21175 S? HWY 249
HOUSTON  TX 77070

SHIP TO:
CLERK OF COURT - MIAMI DIVISION
US DIST CRT SOUTH DIST OF FLORIDA
RE  MEGAN PETE V MILAGRO COOPER
WILKIE D FERGUSON, JR US COURTHOUS
400 N MIAMI AVE, FL8
MIAMI   FL 33128-1801

FL 330 9-03

**UPS GROUND**
TRACKING #:  1Z 759 093 03 3972 2974

BILLING

RECD BY_____D.C.

JUL 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The UPS S

M316-5675

1Z759

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Serving
United

For infor
persona



SHIP TO:
CLERK OF COURT - MIAMI DIVISION
US DIST CRT SOUTH DIST OF FLORIDA
RE : MEGAN PETE V MILAGRO COOPER
WILKIE D  FERGUSON, JR US COURTHOUS
400 N MIAMI AVE, FL8
MIAMI   FL 33128-1801

FL 330 9-03

UPS GROUND
TRACKING #:  1Z 759 093 03 3972 2974

REC'D BY_____D.C.

JUL 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The UPS S

US DIST CRT SOUTH DIST OF FLOR
400 N MIAMI AVE
FL 8
MIAMI FL 33128

1Z759

P: GREEN3 S: TBLUE · 1: 302

M316-5675 ×

following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Serving you for more than 110 years
United Parcel Service®

For information about UPS's privacy practices or to opt out from the sale of
personal information, please see the UPS Privacy Notice at www.ups.com
0101951033 04/21  PXC  United Parcel Service



Express

Extremely Urgent