FILING FEE
PAID $605.00
In Forma Pauperis 321566
Angela E. Noble, Clerk

FILED BY MP D.C.
AUG 17 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:24-cv-24228-CMA

MEGAN PETE,
an individual,
*Plaintiff,*

v.

MILAGRO ELIZABETH COOPER,
an individual,
*Defendant.*
_______________________________/

## NOTICE OF APPEAL

Notice is hereby given that Defendant-Appellant, MILAGRO ELIZABETH COOPER, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Paperless Order entered on July 29, 2026 [ECF No. 333], denying Defendant's Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b)(6) and 28 U.S.C. § 455(a) [ECF No. 328].

This Notice of Appeal is filed in connection with the pending appeal in the United States Court of Appeals for the Eleventh Circuit, Case No. 26-10032, in which Defendant-Appellant is already appealing the original Final Judgment [ECF No. 227], the Jury Verdict [ECF No. 226], the Amended Final Judgment [ECF No. 318], and the related Order reinstating the defamation claim [ECF No. 317].

Defendant-Appellant appeals the denial of the Rule 60(b)(6) / § 455(a) motion on the ground that the district court abused its discretion in denying the motion.

Respectfully submitted,

_______________________________

Milagro Elizabeth Cooper
Defendant-Appellant, Pro Se
21175 Tomball Parkway #529
Houston, Texas 77070
Email: milagrogramz@gmail.com
Tel: (614) 662-2474

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2026, I served a true and correct copy of the foregoing Notice of Appeal by depositing the same in the United States Mail, postage prepaid, addressed to the following counsel of record:

Alejandro Brito (Fla. Bar No. 098442)

Jalaine Garcia (Fla. Bar No. 058632)
BRITO, PLLC
2121 Ponce De Leon Boulevard, Suite 650
Coral Gables, Florida 33134
(305) 614-4071

Daniel L. Humphrey (Fla. Bar No. 1024695)
danielhumphrey@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
(305) 402-4880

Mari F. Henderson (pro hac vice)
Marie Hayrapetian (pro hac vice)
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Joanna Menillo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10010
(212) 849-7050

*Attorneys for Plaintiff Megan Pete*

______________________________

Milagro Elizabeth Cooper
Defendant-Appellant, Pro Se

MILAGRO COOPER
(281) 640-4536
PMB 529
21175 ST HWY 249
HOUSTON TX 77070

0.2 LBS LTR
SHP WT: LTR
DATE: 14 AUG 2026

SHIP TO:
CLERK OF COURT - MIAMI DIVISION
US DIST CRT SOUTH DIST OF FLORIDA
RE MEGAN PETE V MILAGRO COOPER
WILKIE D FERGUSON, JR US COURTHOUS
400 N MIAMI AVE, FL8
MIAMI FL 33128-1801

FL 330 9-03

UPS NEXT DAY AIR 1

TRACKING #: 1Z 759 093 01 7458 3464

BILLING: P/P

MM394PVQU57JK ISH

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipp customs purposes. If exported from the US, shipper certifies that the commodities, technology or software we Regulations. Diversion contrary to law is prohibited.