# U.S. District Court

## Florida Southern - Miami

Receipt Date: Aug 19, 2026 9:25AM

Milagro Elizabeth Cooper

Rcpt. No: 321566 Trans. Date: Aug 19, 2026 9:25AM Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DFLS124CV024228<br>**FBO:** Milagro Elizabeth Cooper | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #19-848011791 | 08/13/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 1:24-cv-24228-CMA/Milagro Elizabeth Cooper, Appellant

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.