UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED BY ________ D.C.

SEP 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 24-24228-CIV-ALTONAGA/Reid

MEGAN PETE,

Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

Defendant.

_______________________________________/

**DECLARATION OF MILAGRO ELIZABETH COOPER**

**AUTHENTICATING REDACTED ACCOUNT MATERIALS**

**FILED PURSUANT TO ECF NO. 350**

I, Milagro Elizabeth Cooper, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Defendant in this action. I am over eighteen years of age. I have personal knowledge of the facts stated in this Declaration, and I am competent to testify to them.

2. I submit this Declaration to authenticate the account materials filed with it in support of my Response in Opposition, ECF No. 348, and my prior Declaration, ECF No. 349. On September 4, 2026, the Court entered a paperless Order at ECF No. 350 denying my motion to seal, ECF No. 347, and stating that I may redact whatever information I do not wish to place on the public docket.

I am not filing a new brief. I am not asking the Court to reconsider ECF No. 350. I am filing these redacted materials as the Court directed.

3. Exhibit B is a true and correct copy of the July 2026 and August 2026 statements for my Chase business account ending in 9163, held in the name of MOB RADIO LLC. Account numbers, my street address, and third-party names are redacted. The last four digits of the account number are visible. Those statements show present balances of $0.40 at the end of July 2026 and $80.40 at the end of August 2026. The account does not hold substantial funds.

4. Exhibit C is a true and correct copy of the July 2026 and August 2026 statements for my Bank of America personal account ending in 3705. I use that account for everyday expenses, to take care of myself, and to contribute my share of support for a household that includes two minor children. Account numbers, my street address, third-party names, neighborhood merchant identifiers, and transaction reference numbers are redacted. The last four digits of the account number are visible. Those statements show an ending balance of $159.00 on July 27, 2026, and $991.06 on August 25, 2026.

5. Exhibit D is a true and correct copy of an email from Chase dated October 9, 2025, concerning my Chase account ending in 7022. That is the account I testified about under oath at trial as having an approximately negative ten-thousand-dollar balance. The email states that the account is closed and that Chase was then seeking payment of a negative balance of $8,558.38. I have no current statement for that account because it is closed.

6. The $8,558.38 figure in Exhibit D is the negative balance Chase stated at the time of the October 9, 2025 email, after bank fees and reversals. Prior to that, the negative balance on that account had been upwards of negative $10,000, as I stated at trial.

7. These materials are submitted only to show present balances of the open accounts and the closure of the trial account. They are not a waiver of my appeals.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 4, 2026, at Houston, Texas.

________________________________

Milagro Elizabeth Cooper
Defendant, Pro Se
21175 Tomball Parkway #529
Houston, Texas 77070
Tel: (614) 662-2474
Email: milagrogramz@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2026, I served a true and correct copy of the foregoing Declaration Authenticating Redacted Account Materials, together with Exhibits B, C, and D, by depositing the same in the United States Mail, postage prepaid, addressed to the Clerk of Court and to the following counsel of record:

Alejandro Brito, Esq. (Fla. Bar No. 098442)
Jalaine Garcia, Esq. (Fla. Bar No. 058632)
BRITO, PLLC
2121 Ponce de Leon Boulevard, Suite 650
Miami, Florida 33134
(305) 614-4071
abrito@britopllc.com

jgarcia@britopllc.com

Daniel L. Humphrey, Esq. (Fla. Bar No. 1024695)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133
(305) 402-4880
danielhumphrey@quinnemanuel.com

Mari F. Henderson, Esq. (pro hac vice)
Marie Hayrapetian, Esq. (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
marihenderson@quinnemanuel.com
mariehayrapetian@quinnemanuel.com

Joanna E. Menillo, Esq. (pro hac vice)
Stephanie Kelemen, Esq. (pro hac vice)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10010
(212) 849-7050
joannamenillo@quinnemanuel.com
stephaniekelemen@quinnemanuel.com

Attorneys for Plaintiff



Milagro Elizabeth Cooper
Defendant, Pro Se
21175 Tomball Parkway #529
Houston, Texas 77070
Tel: (614) 662-2474
Email: milagrogramz@gmail.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO. 24-24228-CIV-ALTONAGA/Reid

MEGAN PETE,

Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

Defendant.

______________________________________________________/

**EXHIBIT B**

Redacted Statements — Chase Business Account

ending 9163

July 2026 and August 2026

MOB RADIO LLC

Filed in support of ECF Nos. 348 and 349

Redacted pursuant to ECF No. 350

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: [redacted]9163

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00220706 DRE 201 219 21326 NNNNNNNNNNN 1 000000000 64 0000
MOB RADIO LLC
[redacted]

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.40** |
| Deposits and Additions | 3 | 190.00 |
| Electronic Withdrawals | 2 | -190.00 |
| **Ending Balance** | **5** | **$0.40** |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $0.40.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Zelle Payment From [redacted] Cofxnnrbewou | $75.00 |
| 07/06 | Zelle Payment From [redacted] E [redacted] | 35.00 |
| 07/20 | Zelle Payment From [redacted] | 80.00 |
| **Total Deposits and Additions** | | **$190.00** |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]9163

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | Zelle Payment To [redacted] | $110.00 |
| 07/20 | Zelle Payment To [redacted] | 80.00 |
| **Total Electronic Withdrawals** | | **$190.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/02 | $75.40 |
| 07/06 | 110.40 |
| 07/07 | 0.40 |
| 07/20 | 0.40 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE
JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

August 01, 2026 through August 31, 2026
Account Number: [redacted]9163

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00221420 DRE 201 219 24426 NNNNNNNNNNN 1 000000000 64 0000 AT 00
MOB RADIO LLC
[redacted]

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.40** |
| Deposits and Additions | 6 | 280.00 |
| Electronic Withdrawals | 2 | -200.00 |
| **Ending Balance** | **8** | **$80.40** |

Thank you for your military service and commitment to our country. Your monthly service fee was waived as a benefit of Chase Military Banking.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $0.40.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Zelle Payment From [redacted] | $75.00 |
| 08/03 | Zelle Payment From [redacted] E [redacted] | 40.00 |
| 08/10 | Zelle Payment From [redacted] | 50.00 |
| 08/10 | Zelle Payment From [redacted] Baclbfewfrww | 35.00 |
| 08/19 | Zelle Payment From [redacted] | 60.00 |
| 08/31 | Zelle Payment From [redacted] Cofsfqlphjgi | 20.00 |
| **Total Deposits and Additions** | | **$280.00** |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]9163

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Zelle Payment To [redacted] | $115.00 |
| 08/12 | Zelle Payment To [redacted] | 85.00 |
| **Total Electronic Withdrawals** | | **$200.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/03 | $115.40 |
| 08/06 | 0.40 |
| 08/10 | 85.40 |
| 08/12 | 0.40 |
| 08/19 | 60.40 |
| 08/31 | 80.40 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO. 24-24228-CIV-ALTONAGA/Reid

MEGAN PETE,

Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

Defendant.

______________________________________/

**EXHIBIT C**

Redacted Statements — Bank of America Personal Account

ending 3705

July 2026 and August 2026

Filed in support of ECF Nos. 348 and 349

Redacted pursuant to ECF No. 350

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BofA REWARDS

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

MILAGRO COOPER
[redacted]
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking
# BofA Rewards Member

for June 25, 2026 to July 27, 2026

Account number: [redacted] [redacted] 3705

**MILAGRO COOPER**

## Account summary

| | |
|---|---|
| Beginning balance on June 25, 2026 | $596.38 |
| Deposits and other additions | 17,613.78 |
| ATM and debit card subtractions | -2,273.41 |
| Other subtractions | -15,772.75 |
| Checks | -0.00 |
| Service fees | -5.00 |
| **Ending balance on July 27, 2026** | **$159.00** |

BofA REWARDS

## Welcome to BofA Rewards(TM)

Now, you will enjoy benefits and rewards designed to recognize your full relationship with Bank of America. To ensure you are getting the most out of your benefits and rewards, visit bankofamerica.com/MyBofARewards.

BofA Rewards is a trademark of Bank of America Corporation.

SSM-01-26-2314B | 8697035

BANK OF AMERICA

MILAGRO COOPER | Account # [redacted] 3705 | June 25, 2026 to July 27, 2026

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 06/30/26 | Zelle payment from MOB RADIO LLC Conf# [redacted] | 750.00 |
| 07/02/26 | PAYPAL*COOPER 07/02 [redacted] PMNT RCVD PAYPAL*COOPER MIL Houston TX | 590.40 |
| 07/07/26 | Zelle payment from MOB RADIO LLC Conf# [redacted] | 110.00 |
| 07/08/26 | GiveSendGo Campa DES:GiveSendGo [redacted] INDN:MILAGRO COOPER CO ID:4270465600 CCD | 3,256.08 |
| 07/13/26 | BKOFAMERICA ATM 07/12 [redacted] DEPOSIT [redacted] HOUSTON TX | 300.00 |
| 07/13/26 | VENMO*GRAMZ M 07/10 [redacted] PMNT RCVD VENMO*GRAMZ M San Jose CA | 398.90 |
| 07/15/26 | Twitch Interacti DES:EDI PYMNTS [redacted] INDN:Milagro Cooper CO ID:1462121493 PPD | 6,341.48 |
| 07/20/26 | VENMO*GRAMZ M 07/18 [redacted] PMNT RCVD VENMO*GRAMZ M San Jose CA | 108.08 |
| 07/21/26 | GOOGLE DES:YOUTUBE_PA [redacted] INDN:Milagro CO [redacted] PPD | 5,590.17 |
| 07/22/26 | PAYPAL*COOPER 07/22 [redacted] PMNT RCVD PAYPAL*COOPER MIL Houston TX | 168.67 |
| **Total deposits and other additions** | | **$17,613.78** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 06/25/26 | CHECKCARD 0610 GO2BANK [redacted] OH [redacted] | -52.00 |
| 06/25/26 | PURCHASE 0623 PMUSA [redacted] R&H [redacted] GA | -11.54 |
| 06/25/26 | PURCHASE 0624 AMAZON MKTPL*XJ2X [redacted] WA | -82.24 |
| 06/25/26 | PURCHASE 0624 AMAZON MKTPL*LW6Y [redacted] WA | -42.21 |
| 06/25/26 | [redacted] 06/25 [redacted] WITHDRWL [redacted] TX | -202.99 |
| 06/25/26 | [redacted] Expres 06/25 [redacted] WITHDRWL [redacted] TX | -202.99 |

*continued on the next page*


## Can you spot a scam?

Be aware of these common red flags:

— Contacted unexpectedly by an individual claiming to be the bank
— Asked to transfer money to resolve fraud
— Pressured to act fast and click through warning messages

Share these tips with friends and family so they can help protect themselves.

**Scan this code or visit bofa.com/HelpProtectYourself to see trending scams.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-05-25-0385.B | [redacted]

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 06/25/26 | H-E-B [redacted] 06/25 [redacted] PURCHASE H-E-B [redacted] HOUSTON TX | -5.69 |
| 07/01/26 | CHECKCARD 0701 HULU SANTA MONICA CA [redacted] RECURRING | -3.24 |
| 07/08/26 | PURCHASE 0707 CALM.COM SUBSCRIP PALO ALTO CA | -12.99 |
| 07/13/26 | PURCHASE 0710 PAYPAL *ANCESTRYC [redacted] UT | -4.92 |
| 07/13/26 | PURCHASE 0713 PAYPAL *MICROSOFT [redacted] WA | -10.81 |
| 07/20/26 | PURCHASE 0717 ZEUS NETWORKS* ZE [redacted] CA | -7.57 |
| 07/22/26 | CHECKCARD 0721 ACI*CREDIT ONE BA [redacted] NV [redacted] | -1,231.18 |
| 07/23/26 | CHECKCARD 0722 STARBUCKS 66476 HOUSTON TX [redacted] | -27.49 |
| 07/23/26 | PMNT SENT 0722 PAYPAL *COOPER MI [redacted] TX | -200.00 |
| 07/23/26 | CHECKCARD 0722 THE UPS STORE 044 HOUSTON TX [redacted] | -135.33 |
| 07/23/26 | CHECKCARD 0722 MCDONALDS F7619 HOUSTON TX [redacted] | -10.00 |
| 07/24/26 | CHECKCARD 0724 NETFLIX.COM LOS GATOS CA | -29.22 |
| 07/27/26 | PURCHASE 0726 BVE*BEENVERIFIED. [redacted] NY | -1.00 |
| **Total ATM and debit card subtractions** | | **-$2,273.41** |

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 06/30/26 | Zelle payment to [redacted] Conf# [redacted] | -200.00 |
| 07/01/26 | DISCOVER DES:E-PAYMENT ID:8377 INDN:COOPER MILAGRO CO ID:2510020270 WEB | -500.00 |
| 07/02/26 | Zelle payment to [redacted] Conf# [redacted] | -525.00 |
| 07/03/26 | CAPITAL ONE DES:MOBILE PMT [redacted] INDN:Milagro Cooper CO ID:9279744380 WEB | -100.00 |
| 07/08/26 | Zelle payment to [redacted] EMADI Conf# [redacted] | -100.00 |
| 07/08/26 | CAPITAL ONE DES:MOBILE PMT [redacted] INDN:Milagro Cooper CO ID:9279744380 WEB | -100.00 |
| 07/09/26 | Credit One Bank DES:Payment ID:83313777 INDN:MILAGRO COOPER CO [redacted] WEB | -1,758.92 |
| 07/09/26 | DISCOVER DES:E-PAYMENT ID:8377 INDN:COOPER MILAGRO CO ID:2510020270 WEB | -933.44 |
| 07/09/26 | CAPITAL ONE DES:MOBILE PMT [redacted] INDN:Milagro Cooper CO ID:9279744380 WEB | -256.77 |
| 07/13/26 | Zelle payment to [redacted] Conf# [redacted] | -500.00 |
| 07/13/26 | Zelle payment to [redacted] BY [redacted] PRODUCTS SERVICES for "Milagro Cooper, Appt. 7-15 at 10:30"; [redacted] | -350.00 |
| 07/15/26 | CAPITAL ONE DES:MOBILE PMT [redacted] INDN:Milagro Cooper CO ID:9279744380 WEB | -4,167.35 |

continued on the next page

BANK OF AMERICA

MILAGRO COOPER | Account # [redacted] 3705 | June 25, 2026 to July 27, 2026

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 07/15/26 | CAPITAL ONE DES:ONLINE PMT [redacted] INDN:Milagro Cooper CO ID:9279744391 WEB | -463.38 |
| 07/16/26 | IRS DES:USATAXPYMT ID:240659714597490 [redacted] CO ID:3387702000 WEB | -700.00 |
| 07/16/26 | ALLY DES:ALLY PAYMT ID:228521431796 INDN:Milagro Cooper CO ID:9833122002 WEB | -554.54 |
| 07/16/26 | DISCOVER DES:E-PAYMENT ID:8377 INDN:COOPER MILAGRO CO ID:2510020270 WEB | -450.00 |
| 07/16/26 | CITI CARD ONLINE DES:PAYMENT ID:432066214466952 INDN:MILAGRO E COOPER CO [redacted] WEB | -35.00 |
| 07/20/26 | Zelle payment to [redacted] Conf# [redacted] | -80.00 |
| 07/21/26 | ATT DES:PAYMENT [redacted] INDN:Milagro Cooper CO ID:9864031004 PPD | -386.48 |
| 07/22/26 | Zelle payment to [redacted] Conf# [redacted] | -100.00 |
| 07/22/26 | CAPITAL ONE DES:MOBILE PMT [redacted] INDN:Milagro Cooper CO ID:9279744380 WEB | -1,256.80 |
| 07/22/26 | DISCOVER DES:E-PAYMENT ID:8377 INDN:COOPER MILAGRO CO ID:2510020270 WEB | -857.91 |
| 07/22/26 | CAPITAL ONE DES:MOBILE PMT [redacted] INDN:Milagro Cooper CO ID:9279744380 WEB | -253.62 |
| 07/23/26 | CAPITAL ONE DES:MOBILE PMT [redacted] INDN:Milagro Cooper CO ID:9279744380 WEB | -921.22 |
| 07/24/26 | Zelle payment to [redacted] Conf# [redacted] | -100.00 |
| 07/24/26 | ASI LLOYDS DES:PURCHASE ID:866-274-8765 INDN:COOPER MILAGRO CO ID:2330903620 WEB | -22.32 |
| 07/27/26 | Zelle payment to [redacted] Conf# [redacted] | -100.00 |
| **Total other subtractions** | | **-$15,772.75** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 06/25/26 | [redacted] 06/25 [redacted] WITHDRWL [redacted] TX FEE | -2.50 |
| 06/25/26 | [redacted] Expres 06/25 [redacted] WITHDRWL [redacted] TX FEE | -2.50 |
| **Total service fees** | | **-$5.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

BANK OF AMERICA

BofA REWARDS

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

MILAGRO COOPER
[redacted]

P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking BofA Rewards Member

for July 28, 2026 to August 25, 2026

Account number: [redacted] [redacted] 3705

**MILAGRO COOPER**

## Account summary

| | |
|---|---|
| Beginning balance on July 28, 2026 | $159.00 |
| Deposits and other additions | 16,086.43 |
| ATM and debit card subtractions | -1,952.59 |
| Other subtractions | -13,291.78 |
| Checks | -0.00 |
| Service fees | -10.00 |
| **Ending balance on August 25, 2026** | **$991.06** |

**Cash back deals are better than ever.**

Find more cash back deals from thousands of top brands. Check it out today!

**Explore your deals at bankofamerica.com/deals.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. You must be enrolled in Online Banking or Mobile Banking to participate in the deals program and have either an eligible Bank of America® debit or credit card or Merrill credit card. Earned cash back will be credited into the eligible consumer deposit or credit account used to make the purchase. This deals program may not include deals available through other rewards programs. Data connection required. Wireless carrier fees may apply. For SafeBalance Banking® for Family Banking accounts, the parent owner can participate in the deals program but their child using the account cannot. Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices. Message and data rates may apply.

SSM-04-26-0252.B | [redacted]

BANK OF AMERICA

MILAGRO COOPER | Account # 4881[redacted] | July 28, 2026 to August 25, 2026

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 08/06/26 | VENMO*GRAMZ M 08/06 [redacted] PMNT RCVD VENMO*GRAMZ M San Jose CA | 712.32 |
| 08/06/26 | Zelle payment from MOB RADIO LLC Conf# [redacted] | 115.00 |
| 08/11/26 | PAYPAL*COOPER 08/11 [redacted] PMNT RCVD PAYPAL*COOPER MIL Houston TX | 492.50 |
| 08/11/26 | Zelle payment from MOB RADIO LLC Conf# [redacted] | 85.00 |
| 08/12/26 | GiveSendGo Campa DES:GiveSendGo ID:ST-U6S5M7V3P8U8 INDN:MILAGRO COOPER CO ID:4270465600 CCD | 467.40 |
| 08/13/26 | Twitch Interacti DES:EDI PYMNTS [redacted] INDN:Milagro Cooper CO ID:1462121493 PPD | 4,893.14 |
| 08/17/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-14) | 1,035.65 |
| 08/17/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-14) | 700.00 |
| 08/17/26 | GiveSendGo Campa DES:GiveSendGo [redacted] INDN:MILAGRO COOPER CO ID:4270465600 CCD | 529.19 |
| 08/19/26 | BKOFAMERICA ATM 08/19 [redacted] DEPOSIT [redacted] CYPRESS TOMBALL TX | 1,000.00 |
| 08/21/26 | GOOGLE DES:YOUTUBE_PA [redacted] INDN:Milagro CO [redacted] PPD | 5,999.27 |
| 08/21/26 | PAYPAL*COOPER 08/21 [redacted] PMNT RCVD PAYPAL*COOPER MIL Houston TX | 56.96 |
| **Total deposits and other additions** | | **$16,086.43** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 08/10/26 | CHECKCARD 0807 HLU*HULUPLUS [redacted] CA [redacted] RECURRING | -3.24 |
| 08/10/26 | PURCHASE 0807 PAYPAL *PARAMNTPL [redacted] CA | -4.44 |
| 08/10/26 | PURCHASE 0808 PAYPAL *WONDERSD2 [redacted] 00 | -21.24 |
| 08/13/26 | H-E-B [redacted] 08/13 [redacted] PURCHASE H-E-B [redacted] HOUSTON TX | -605.69 |

*continued on the next page*

Available in English and Spanish

Make bank transfers in the Mobile Banking app

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and may not be available for select mobile devices.
Message and data rates may apply.
Fees or other costs may apply to wire transfers.

SSM-11-25-0293.B | [redacted]

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
| --- | --- | --- |
| 08/14/26 | CHECKCARD 0813 ACI*CREDIT ONE BA [redacted] NV [redacted] | -1,264.76 |
| 08/14/26 | CHECKCARD 0813 POPEYES 7257 HOUSTON TX [redacted] | -16.43 |
| 08/18/26 | CHECKCARD 0817 ZEUS NETWORKS* ZE [redacted] CA [redacted] RECURRING | -7.57 |
| 08/24/26 | CHECKCARD 0824 NETFLIX.COM Los Gatos CA | -29.22 |
| **Total ATM and debit card subtractions** | | **-$1,952.59** |

## Other subtractions

| Date | Description | Amount |
| --- | --- | --- |
| 07/31/26 | DISCOVER DES:E-PAYMENT ID:8377 INDN:COOPER MILAGRO CO ID:2510020270 WEB | -132.00 |
| 08/06/26 | Zelle payment to [redacted] Conf# nka5uweqh | -720.00 |
| 08/10/26 | Zelle payment to [redacted] Conf# [redacted] | -20.00 |
| 08/12/26 | Zelle payment to [redacted] Conf# pxvmshvmd | -450.00 |
| 08/13/26 | CAPITAL ONE DES:ONLINE PMT [redacted] INDN:Milagro Cooper CO ID:9279744391 WEB | -3,000.00 |
| 08/13/26 | CAPITAL ONE DES:ONLINE PMT [redacted] INDN:Milagro Cooper CO ID:9279744391 WEB | -345.34 |
| 08/14/26 | DISCOVER DES:E-PAYMENT ID:8377 INDN:COOPER MILAGRO CO ID:2510020270 WEB | -1,035.65 |
| 08/14/26 | IRS DES:USATAXPYMT ID:240662664140098 [redacted] CO ID:3387702000 WEB | -700.00 |
| 08/14/26 | ALLY DES:ALLY PAYMT [redacted] INDN:Milagro Cooper CO ID:9833122002 WEB | -555.18 |
| 08/19/26 | DISCOVER DES:RETRY PYMT ID:8377 INDN:COOPER MILAGRO CO ID:2510020270 WEB | -1,035.65 |
| 08/24/26 | Zelle payment to [redacted] Conf# [redacted] | -100.00 |
| 08/24/26 | San Cierra DES:WEB PMTS [redacted] INDN:Milagro Cooper CO ID:1752788861 WEB | -2,705.65 |
| 08/24/26 | IRS DES:USATAXPYMT ID:240663682693019 [redacted] CO ID:3387702000 WEB | -700.00 |
| 08/24/26 | CITI CARD ONLINE DES:PAYMENT ID:432098150974893 INDN:MILAGRO E COOPER CO [redacted] WEB | -100.00 |
| 08/25/26 | CITI CARD ONLINE DES:PAYMENT ID:422100585200561 INDN:MILAGRO E COOPER CO [redacted] WEB | -1,000.00 |
| 08/25/26 | DISCOVER DES:E-PAYMENT ID:8377 INDN:COOPER MILAGRO CO [redacted] WEB | -670.00 |
| 08/25/26 | ASI LLOYDS DES:PURCHASE ID:866-274-8765 INDN:COOPER MILAGRO CO ID:2330903620 WEB | -22.31 |
| **Total other subtractions** | | **-$13,291.78** |

BANK OF AMERICA

MILAGRO COOPER | Account # 4881[redacted] | July 28, 2026 to August 25, 2026

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $10.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|---|---|---|
| 08/14/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-14 | -10.00 |
| **Total service fees** | | **-$10.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CASE NO. 24-24228-CIV-ALTONAGA/Reid

MEGAN PETE,

Plaintiff,

v.

MILAGRO ELIZABETH COOPER,

Defendant.

______________________________________/

**EXHIBIT D**

Chase Correspondence — Closed Account

ending 7022

Email dated October 9, 2025

Filed in support of ECF Nos. 348 and 349

Filed pursuant to ECF No. 350

Gmail

Mílagrō Gramz <milagrogramz@gmail.com>

**Milagro E Cooper, please contact us as soon as possible regarding your bank account.**
1 message

**Chase** <Chase@e.chase.com> Thu, Oct 9, 2025 at 5:50 PM
Reply-To: "Chase@e.chase.com" <Chase-HP2v600000199cb2abe75b74842f4bbc786c8046@e.chase.com>
To: milagrogramz@gmail.com

This is an important message about your options.

**View in Browser**

For your account ending in 7022

CHASE

# Reach out to us to review your options.

Dear Milagro E Cooper,

We still haven't received a payment toward the negative balance of $8,558.38 on your account ending in 7022. Please make a payment as soon as possible to pay off your negative balance. If you are unable to make a payment and need to discuss additional payment options, we are here to help. Call us at the number listed below.

You can disregard this email if you have already paid your total negative balance.

**Please note:** Because this account is closed, you cannot use your Chase debit or ATM cards and no longer have access to it at chase.com. You can call us to discuss options to resolve your account.

## Here are three easy ways to make a payment:

Visit a branch with cash or a check

Call us at 1-866-965-4578

Mail a check or money order, made payable to Chase:
Chase National Payment Services
Mail Code: OH1-1272
P.O. Box 182223
Columbus, OH 43218

We're available Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 5 p.m. Eastern Time.

CHASE

**Email Security Information**

Email intended for **Milagro E Cooper**

For your account ending in **7022**

If you have concerns about the authenticity of this message, please visit chase.com/CustomerService for options on how to contact us.

**ABOUT THIS MESSAGE**

This service message was sent to you as a Chase customer to provide you with account updates and information about your Chase relationship. In the future, we may be sending sensitive account information about any past due balances to you.

Click here to stop receiving further collection related emails to this email address for this account. By electing to unsubscribe from collections specific emails, you will continue to receive servicing emails such as payment confirmation, fraud, marketing, etc. This unsubscribe will not undo any other preferences you have specified or elected to receive. Replies to this email message will not be read or responded to. To contact Chase, please do not reply to this message, but instead go to chase.com/CustomerService for options on how to contact us.

Chase Privacy Notice

©2025 JPMorgan Chase & Co.

O060
COLRET-O060-02E

MILAGRO COOPER
(281) 640-4536
PMB 529
21175 ST HWY 249
HOUSTON TX 77070

0.4 LBS LTR
SHP WT: LTR
DATE: 04 SEP 2026

REC'D BY______D.C.

SEP 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SHIP TO:
CLERK OF COURT - MIAMI DIVISION
US DIST CRT SOUTH DIST OF FLORIDA
RE MEGAN PETE V MILAGRO COOPER
WILKIE D FERGUSON, JR US COURTHOUS
400 N MIAMI AVE, FL8
MIAMI FL 33128-1801

FL 330 9-03

UPS EARLY 1+

TRACKING #: 1Z 759 093 15 7383 3026

BILLING: P/P

The UPS Store Smart Label

Tracking #

1Z7590931573833026